# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Xilinx, Inc.,**<br><br>　　　　Defendant. | C.A. No. 20-1228-CFC |

## WORD COUNT CERTIFICATION

The undersigned hereby certifies that Defendant Xilinx, Inc.'s Opening Brief in Support of its Partial Motion to Dismiss contains 1765 words (exclusive of the cover page, table of contents, table of authorities, and signature block) in Times New Roman 14-point font, counted using Microsoft Word's word count feature.

Dated: November 9, 2020

OF COUNSEL:

Hilda C. Galvan
JONES DAY
2727 North Harwood Street,
Suite 500
Dallas, Texas 75201-1515
(214) 969-4556
hcgalvan@jonesday.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

| | |
|---|---|
| David B. Cochran<br>JONES DAY<br>North Point 901 Lakeside Avenue<br>Cleveland, Ohio 44114-1190<br>(216) 586-7029<br>dcochran@jonesday.com<br><br>Thomas W. Ritchie<br>JONES DAY<br>77 West Wacker, Suite 3500<br>Chicago, Illinois 60601-1692<br>(312) 269-4003<br>twritchie@jonesday.com | bswadley@ycst.com<br><br>*Attorneys for Xilinx, Inc.* |