## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>Plaintiff,<br><br>v.<br><br>**Xilinx, Inc.,**<br><br>Defendant. | C.A. No. 20-1228-CFC |

## DEFENDANT XILINX, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Xilinx, Inc., by and through its undersigned counsel, hereby discloses that it is a nongovernmental corporate party in this action. Xilinx, Inc. has no parent corporation.  The lone corporation owning 10% or more of Xilinx, Inc.'s stock is The Vanguard Group, Inc.

November 9, 2020

OF COUNSEL:
Hilda C. Galvan
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515

David B. Cochran
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Thomas W. Ritchie
JONES DAY
77 West Wacker Dr.
Chicago, IL  60601-1692

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
bswadley@ycst.com

*Attorneys for Xilinx, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Anne Shea Gaza, hereby certify that on November 9, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James M. Lennon, Esquire
> Devlin Law Firm LLC
> 1526 Gilpin Avenue
> Wilmington, DE 19806
> *jlennon@devlinlawfirm.com*
>
> *Attorneys for Plaintiff*

I further certify that on November 9, 2020, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

> Isaac Rabicoff, Esquire
> Rabicoff Law Firm LLC
> 5680 King Centre Drive, Suite 645
> Alexandria, VA 22315
> *isaac@rabilaw.com*
>
> *Attorneys for Plaintiff*

Dated:   November 9, 2020

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
(302) 571-6600
*agaza@ycst.com*
*rvrana@ycst.com*
*bswadley@ycst.com*

*Attorneys for Xilinx, Inc.*

27308804.1