# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 20-1228-CFC |
| v. | ) ) | |
| XILINX, INC., | ) ) ) | |
| Defendant. | ) ) | |
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 20-1229-CFC |
| v. | ) ) | |
| XILINX, INC., | ) ) ) | |
| Defendant. | ) ) | |

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) ) |
| Plaintiff, | ) C.A. No. 20-1231-CFC ) |
| v. | ) ) |
| XILINX, INC., | ) ) |
| Defendant. | ) ) |
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) ) |
| Plaintiff, | ) C.A. No. 20-1232-CFC ) |
| v. | ) ) |
| XILINX, INC., | ) ) |
| Defendant. | ) ) |
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) ) |
| Plaintiff, | ) C.A. No. 20-1233-CFC ) |
| v. | ) ) |
| XILINX, INC., | ) ) |
| Defendant. | ) ) |

2

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Hilda C. Galvan, Esquire, David B. Cochran, Esquire, and Thomas W. Ritchie, Esquire, of Jones Day, to represent Defendant Xilinx, Inc. in the above-captioned actions.

Dated: November 9, 2020

OF COUNSEL:

Hilda C. Galvan
JONES DAY
2727 North Harwood Street, Suite 500
Dallas, Texas 75201-1515
(214) 969-4556
hcgalvan@jonesday.com

David B. Cochran
JONES DAY
North Point 901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-7029
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY
77 West Wacker, Suite 3500
Chicago, Illinois 60601-1692
(312) 269-4003
twritchie@jonesday.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
bswadley@ycst.com

*Attorneys for Xilinx, Inc.*

3

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Hilda C. Galvan, Esquire, David B. Cochran, Esquire, and Thomas W. Ritchie, Esquire is GRANTED.

Date: _____, 2020

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 9, 2020

/s/ Hilda C. Galvan
Hilda C. Galvan
JONES DAY
2727 North Harwood Street, Suite 500
Dallas, Texas 75201-1515
214-969-4556
hcgalvan@jonesday.com

27302783.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  November 9, 2020          _____/*David B. Cochran*/_____
                                  David B. Cochran
                                  JONES DAY
                                  North Point 901 Lakeside Avenue
                                  Cleveland, Ohio  44114-1190
                                  216-586-7029
                                  dcochran@jonesday.com

27302825.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 6, 2020

/s/ T.W. Ritchie
Thomas W. Ritchie
JONES DAY
77 West Wacker, Suite 3500
Chicago, Illinois 60601-1692
312-269-4003
twritchie@jonesday.com

27302837.1

## **CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, hereby certify that on November 9, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James M. Lennon, Esquire
>Devlin Law Firm LLC
>1526 Gilpin Avenue
>Wilmington, DE 19806
>*jlennon@devlinlawfirm.com*
>
>*Attorneys for Plaintiff*

I further certify that on November 9, 2020, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

>Isaac Rabicoff, Esquire
>Rabicoff Law Firm LLC
>5680 King Centre Drive, Suite 645
>Alexandria, VA 22315
>*isaac@rabilaw.com*
>
>*Attorneys for Plaintiff*

27308804.1

| | |
|---|---|
| Dated: November 9, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | /s/ *Anne Shea Gaza* |
| | Anne Shea Gaza (No. 4093) |
| | Robert M. Vrana (No. 5666) |
| | Beth A. Swadley (No. 6331) |
| | Rodney Square |
| | 1000 N. King Street |
| | Wilmington, Delaware 19801 |
| | (302) 571-6600 |
| | *agaza@ycst.com* |
| | *rvrana@ycst.com* |
| | *bswadley@ycst.com* |
| | |
| | *Attorneys for Xilinx, Inc.* |

27308804.1

2