# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | § § § § | |
| Plaintiff, | § § | **C.A. No. 20-1228-CFC** |
| v. | § § | |
| **XILINX, INC.,** | § § § | |
| Defendant. | § § | |
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | § § § § | |
| Plaintiff, | § § | **C.A. No. 20-1229-CFC** |
| v. | § § | |
| **XILINX, INC.,** | § § § | |
| Defendant. | § § | |
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | § § § § | |
| Plaintiff, | § § | **C.A. No. 20-1231-CFC** |
| v. | § § | |
| **XILINX, INC.,** | § § § | |
| Defendant. | § § § | |

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**XILINX, INC.,**<br><br>　　　　　Defendant. | § § § § § § § § § § § § § § | **C.A. No. 20-1232-CFC** |
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**XILINX, INC.,**<br><br>　　　　　Defendant. | § § § § § § § § § § § § § § | **C.A. No. 20-1233-CFC** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Jonathan K. Waldrop, Darcy L. Jones, Marcus A. Barber, John W. Downing, Heather S. Kim, ThucMinh Nguyen, Jack Shaw and Paul G. Williams of Kasowitz Benson Torres LLP to represent Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development in the above-captioned actions.

Dated: December 23, 2020

OF COUNSEL:

Isaac Philip Rabicoff
RABICOFF LAW LLC
5680 King Centre Dr., Suite 654
Alexandria, VA 22315
(773) 669-4590
isaac@rabilaw.com

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
Jack Shaw
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
(650) 453-5170
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
jshaw@kasowitz.com
tnguyen@kasowitz.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
(404) 260-6080
pwilliams@kasowitz.com

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 440-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff
WSOU Investments, LLC d/b/a
Brazos Licensing and Development*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Jonathan K. Waldrop, Darcy L. Jones, Marcus A. Barber, John W. Downing, Heather S. Kim, ThucMinh Nguyen, Jack Shaw and Paul G. Williams is GRANTED.

Date: _____, 2020

                                                                          _____
                                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of California, Georgia, Virginia, New York, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  December 23, 2020        */s/ Jonathan K. Waldrop*
                                                            Jonathan K. Waldrop
                                                            KASOWITZ BENSON TORRES LLP
                                                            333 Twin Dolphin Drive, Suite 200
                                                            Redwood Shores, California 94065
                                                            (650) 453-5170
                                                            jwaldrop@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of California, Georgia, and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  December 23, 2020      */s/ Darcy L. Jones*
                               Darcy L. Jones
                               KASOWITZ BENSON TORRES LLP
                               333 Twin Dolphin Drive, Suite 200
                               Redwood Shores, California 94065
                               (650) 453-5170
                               djones@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED** *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of California, Georgia, and South Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  December 23, 2020         */s/ Marcus A. Barber*
                                  Marcus A. Barber
                                  KASOWITZ BENSON TORRES LLP
                                  333 Twin Dolphin Drive, Suite 200
                                  Redwood Shores, California 94065
                                  (650) 453-5170
                                  mbarber@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of California and Arizona, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  December 23, 2020          */s/ John W. Downing*
                                                       John W. Downing
                                                      KASOWITZ BENSON TORRES LLP
                                                      333 Twin Dolphin Drive, Suite 200
                                                      Redwood Shores, California 94065
                                                      (650) 453-5170
                                                      jdowning@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  December 23, 2020  */s/ Heather S. Kim*
Heather S. Kim
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
(650) 453-5170
hkim@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  December 23, 2020    */s/ ThucMinh Nguyen*
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
(650) 453-5170
tnguyen@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of California and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  December 23, 2020            */s/ Jack Shaw*
                                     Jack Shaw
                                     KASOWITZ BENSON TORRES LLP
                                     333 Twin Dolphin Drive, Suite 200
                                     Redwood Shores, California 94065
                                     (650) 453-5170
                                     jshaw@kasowitz.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  December 23, 2020         */s/ Paul G. Williams*
                                  Paul G. Williams
                                  KASOWITZ BENSON TORRES LLP
                                  1230 Peachtree Street N.E., Suite 2445
                                  Atlanta, Georgia 30309
                                  (404) 260-6080
                                  pwilliams@kasowitz.com