# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>  Plaintiff,<br><br>  v.<br><br>**Xilinx, Inc.,**<br><br>  Defendant. | C.A. No. 20-1228-CFC<br>C.A. No. 20-1229-CFC<br>C.A. No. 20-1231-CFC<br>C.A. No. 20-1232-CFC<br>C.A. No. 20-1233-CFC |

## XILINX INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404

Pursuant to 28 U.S.C. § 1404, Defendant Xilinx, Inc. ("Xilinx") hereby moves for an Order, substantially similar to the proposed Order attached hereto, transferring the above-captioned actions to the United States District Court for the Northern District of California. The grounds for this Motion are set forth in Xilinx's Opening Brief in support of its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404, the Declaration of Xin Wu in Support of Xilinx Inc.'s Motion to Transfer, and the Declaration of Jeffrey M. White in Support of Xilinx Inc.'s Motion to Transfer, filed concurrently herewith.

| | |
|---|---|
| December 23, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL:<br>Hilda C. Galvan<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br>(214) 969-4556<br>hcgalvan@jonesday.com | /s/ *Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Beth A. Swadley (No. 6331)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>bswadley@ycst.com |
| David B. Cochran<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114-1190<br>(216) 586-7029<br>dcochran@jonesday.com | *Attorneys for Xilinx, Inc.* |
| Thomas W. Ritchie<br>JONES DAY<br>77 West Wacker Dr.<br>Chicago, IL 60601-1692<br>(312) 269-4003<br>twritchie@jonesday.com | |

## CERTIFICATE OF SERVICE

I, Anne Shea Gaza, hereby certify that on December 23, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James M. Lennon, Esquire
>Devlin Law Firm LLC
>1526 Gilpin Avenue
>Wilmington, DE 19806
>*jlennon@devlinlawfirm.com*
>
>*Attorneys for Plaintiff*

I further certify that on December 23, 2020, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

>Isaac Rabicoff, Esquire
>Rabicoff Law Firm LLC
>5680 King Centre Drive, Suite 645
>Alexandria, VA 22315
>*isaac@rabilaw.com*
>
>*Attorneys for Plaintiff*

27308804.1

|  |  |
|---|---|
| Dated: December 23, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

/s/ *Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
(302) 571-6600
*agaza@ycst.com*
*rvrana@ycst.com*
*bswadley@ycst.com*

*Attorneys for Xilinx, Inc.*

27308804.1

2