# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>Plaintiff,<br><br>v.<br><br>**Xilinx, Inc.,**<br><br>Defendant. | C.A. No. 20-1228-CFC<br>C.A. No. 20-1229-CFC<br>C.A. No. 20-1231-CFC<br>C.A. No. 20-1232-CFC<br>C.A. No. 20-1233-CFC |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2021, the Court having considered Defendant Xilinx, Inc.'s ("Xilinx") Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 and the papers submitted in connection therewith,

IT IS HEREBY ORDERED that Xilinx's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 is GRANTED and that the above-captioned actions shall be transferred to the United States District Court for the Northern District of California.

_____
The Honorable Colm F. Connolly
United States District Judge