# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**Xilinx, Inc.,**<br><br>　　　　Defendant. | CA No. 20-1228-CFC<br>CA No. 20-1229-CFC<br>CA No. 20-1231-CFC<br>CA No. 20-1232-CFC<br>CA No. 20-1233-CFC |

## DECLARATION OF XIN WU IN SUPPORT OF XILINX INC.'S MOTION TO TRANSFER

I, Xin Wu, hereby declare:

1.	I am currently employed by Defendant Xilinx, Inc. ("Xilinx") as Vice President, Silicon Technology.  I work in Xilinx's headquarters in San Jose, California and have been employed by Xilinx since May 1993.  I make this declaration in the five above-captioned cases of *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Xilinx, Inc.* pending in the District of Delaware in support of Xilinx's Motion to Transfer these cases to the Northern District of California.  Unless otherwise indicated, the following is based on my personal knowledge or corporate records maintained by Xilinx in the ordinary course of business.  If called as a witness, I could and would testify competently as to this declaration.

2.	Xilinx is recognized as a leader in the business of designing, developing, and marketing field programmable gate arrays (FPGAs) and other logic devices.

3.	Xilinx is headquartered at 2100 Logic Drive in San Jose, California, within the Northern District of California, about eleven miles from the Federal Courthouse in San Jose, located at 280 South 1st Street, San Jose, California.

4.	I understand that the Xilinx products alleged to be at issue in these cases are described in the exhibits to WSOU's Complaints in the five cases as the "Ultrascale GTY Transceiver" (CA No. 20-1228-CFC); "Zynq Ultrascale+" (CA

No. 20-1229-CFC); "Zync-Ultra scale+ with RFSoC ZCU216" (CA No. 20-1231-CFC); "Ultra Scale+ FPGA Family," "such as Virtex Ultrascale, Virtex Ultrascale+" (CA No. 20-1232-CFC); and "UltraScale FPGA," including "Kintex FPGAs and Virtex FPGAs" (CA No. 20-1233-CFC). These accused products were primarily researched, designed, developed, and marketed at Xilinx's principal place of business in San Jose, California.

5. Xilinx does not have a Delaware office or facility. Xilinx's headquarters are in San Jose, California, and Xilinx has additional corporate offices in Longmont, Colorado, and outside the U.S. at addresses listed at http://xilinx.com/about/contact/locations.html. Xilinx has approximately 1,633 employees at the San Jose, California headquarters, and the Xilinx employees relevant to the products listed in ¶ 4 primarily work at the San Jose, California, offices or outside of the United States.

6. Xilinx's documents that may be relevant to the research, development, marketing, and sale of the accused products are maintained in, and their access is controlled by employees in, Xilinx's San Jose headquarters.

7. Although Xilinx is registered as a Delaware corporation, Xilinx's general business records are also maintained and controlled at Xilinx's headquarters in San Jose, California.

- 3 -

8. The Northern District of California would be a far more convenient forum to litigate these cases, including because witnesses located in or around San Jose, California, will not need separate hotel or airfare to be able to testify, will not lose days on either end of their testimony for cross-country travel (resulting in both lost productivity and in extended personal disruption), and will be able to maintain normal schedules outside of business hours, potentially easing childcare, elder care, and other similar issues. The cost in both dollars and time lost from work and personal responsibilities from travel would be much less in California than what would be required to attend trial in Delaware. In contrast, Xilinx is aware of no potential witnesses in or near Delaware.

9. Xilinx has no record of any sales of its products into Delaware.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this date:  *December 9, 2020*

By:  */s/Xin Wu*
Xin Wu

In:  San Jose, California

# CERTIFICATE OF SERVICE

I, Anne Shea Gaza, hereby certify that on December 23, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James M. Lennon, Esquire
> Devlin Law Firm LLC
> 1526 Gilpin Avenue
> Wilmington, DE 19806
> *jlennon@devlinlawfirm.com*
>
> *Attorneys for Plaintiff*

I further certify that on December 23, 2020, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

> Isaac Rabicoff, Esquire
> Rabicoff Law Firm LLC
> 5680 King Centre Drive, Suite 645
> Alexandria, VA 22315
> *isaac@rabilaw.com*
>
> *Attorneys for Plaintiff*

27308804.1

| | |
|---|---|
| Dated:  December 23, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Beth A. Swadley (No. 6331)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>*agaza@ycst.com*<br>*rvrana@ycst.com*<br>*bswadley@ycst.com*<br><br>*Attorneys for Xilinx, Inc.* |