# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>Plaintiff,<br><br>v.<br><br>**Xilinx, Inc.,**<br><br>Defendant. | CA No. 20-1228-CFC<br>CA No. 20-1229-CFC<br>CA No. 20-1231-CFC<br>CA No. 20-1232-CFC<br>CA No. 20-1233-CFC |

## DECLARATION OF JEFFREY M. WHITE IN SUPPORT OF XILINX INC.'S MOTION TO TRANSFER

I, Jeffrey M. White, hereby declare:

1.     I am an attorney with the law firm of Jones Day, counsel for Xilinx, Inc. ("Xilinx") in this action.  I make this declaration in the five above-captioned cases of *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Xilinx, Inc.* pending in the District of Delaware in support of Xilinx's Motion to Transfer these cases to the Northern District of California.  Unless otherwise indicated, the following is based on my personal knowledge.  If called as a witness, I could and would testify competently as to this declaration.

2.     Attached hereto as Exhibit A is a true and correct copy of WSOU Investments, LLC's publicly available record of incorporation in Delaware.

3.     Attached hereto as Exhibit B is a true and correct copy of WSOU Investments, LLC's publicly available Texas Application for Registration of a Foreign Limited Liability Company.

4.     Attached hereto as Exhibit C is a true and correct copy of the publicly available historical USPTO patent assignment records for U.S. Patent No. 6,784,653 showing assignment 4 (at reel/frame 044000/0053) from assignor Alcatel Lucent to assignee WSOU Investments, LLC.

5.     Attached hereto as Exhibit D is a true and correct copy of the publicly available historical USPTO patent assignment records for U.S. Patent No. 7,068,950

showing assignment 4 (at reel/frame 044000/0053) from assignor Alcatel Lucent to assignee WSOU Investments, LLC.

6.      Attached hereto as Exhibit E is a true and correct copy of the publicly available historical USPTO patent assignment records for U.S. Patent No. 7,613,938 showing assignment 3 (at reel/frame 044000/0053) from assignor Alcatel Lucent to assignee WSOU Investments, LLC.

7.      Attached hereto as Exhibit F is a true and correct copy of the publicly available historical USPTO patent assignment records for U.S. Patent No. 9,312,838 showing assignment 5 (at reel/frame 044000/0053) from assignor Alcatel Lucent to assignee WSOU Investments, LLC.

8.      Attached hereto as Exhibit G is a true and correct copy of select pages of the publicly available assignment record submitted to the USPTO and recorded at reel: 044000, frame: 0053, which includes a "Patent Assignment" between Alcatel Lucent and Wade and Company on August 2, 2017 (frame:  0137–0139), an "Assignment of Patent Purchase Agreement" between Wade and Company and WSOU Investments, LLC on August 21, 2017 (frame:  0140), and an "Exhibit A of AMENDED SCHEDULE B1 - Assigned Patents (ALU Only Assets) of PPA," which includes U.S. Patent No. 6,784,653 (frame:  0155), U.S. Patent No. 7,613,938 (frame:  0177), U.S. Patent No. 9,312,838 (frame:  0205), and U.S. Patent No. 7,068,950 (frame:  0272).

9.     Attached hereto as Exhibit H is a true and correct copy of the publicly available historical USPTO patent assignment records for U.S. Patent No. 7,903,971 showing assignment 4 (at reel/frame 045085/0001) from assignor Alcatel Lucent to assignee WSOU Investments, LLC.

10.     Attached hereto as Exhibit I is a true and correct copy of select pages of the publicly available assignment record submitted to the USPTO and recorded at reel:  045085, frame:  0001, which includes a "Patent Assignment" between Alcatel Lucent and WSOU Investments, LLC on December 22, 2017 (frame:  0009–0010) and an "Exhibit A," which includes U.S. Patent No. 7,903,971 (frame:  0014).

11.     Attached hereto as Exhibit J is a true and correct copy of select pages of the LinkedIn webpage for Jeffrey Sinsky, accessed on November 19, 2020, listing his location as Holmdel, New Jersey.

12.     Attached hereto as Exhibit K is a true and correct copy of the LexisNexis address summary records for Jeffrey H. Sinsky, accessed on November 19, 2020, listing his current address in Marlboro, New Jersey.

13.     Attached hereto as Exhibit L is a true and correct copy of select pages of the LinkedIn webpage for Eric Doyon, accessed on November 19, 2020, listing his location as Ottawa, Ontario, Canada.

14.    Attached hereto as Exhibit M is a true and correct copy of select pages of the LinkedIn webpage for Tony D'Addona, accessed on November 19, 2020, listing his location as Ottawa, Ontario, Canada.

15.    Attached hereto as Exhibit N is a true and correct copy of the front page of U.S. Patent No. 8,787,409, which issued July 22, 2014, names Heinz-Georg Krimmel as the inventor, and identifies his location as Korntal-Muenchingen, Germany.

16.    Attached hereto as Exhibit O is a true and correct copy of the LexisNexis address summary records for Jeffrey Lee Zwiebel, accessed on November 19, 2020, listing his current address in Dallas, Texas.

17.    Attached hereto as Exhibit P is a true and correct copy of select pages of the LinkedIn webpage for Andrea Galbiati, accessed on November 20, 2020, listing his location as Milan, Lombardy, Italy.

18.    Attached hereto as Exhibit Q is a true and correct copy of the DocketNavigator list of patent infringement cases for WSOU Investments, LLC generated on December 22, 2020.

19.    Attached hereto as Exhibit R is a true and correct copy of the Complaint in *WSOU Investments, LLC v. Dell Technologies Inc.*, C.A. No. 6:20-cv-403 (W.D. Tex. May 18, 2020).

20.     Attached hereto as Exhibit S is a true and correct copy of the Complaint in *WSOU Investments, LLC v. Google LLC*, C.A. No. 6:20-cv-571 (W.D. Tex. June 29, 2020).

21.     Attached hereto as Exhibit T is a true and correct copy of the Complaint in *WSOU Investments, LLC v. Hewlett Packard Enterprise Company*, C.A. No. 6:20-cv-725 (W.D. Tex. Aug. 12, 2020).

22.     Attached hereto as Exhibit U is a true and correct copy of the Complaint in *WSOU Investments, LLC v. Juniper Networks, Inc.*, C.A. No. 6:20-cv-812 (W.D. Tex. Sept. 4, 2020).

23.     Attached hereto as Exhibit V is a true and correct copy of the Complaint in *WSOU Investments, LLC v. Arista Networks, Inc.*, C.A. No. 6:20-cv-1083 (W.D. Tex. Nov. 25, 2020).

24.     Attached hereto as Exhibit W is a true and correct copy of the Complaint in *WSOU Investments, LLC v. Salesforce.com, Inc.*, C.A. No. 6:20-cv-1172 (W.D. Tex. Dec. 18, 2020).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Executed on this date: | December 22, 2020 |
| By: | */s/ Jeffrey M. White* |
| | Jeffrey M. White |
| In: | Dallas, Texas |

## <u>CERTIFICATE OF SERVICE</u>

I, Anne Shea Gaza, hereby certify that on December 23, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

James M. Lennon, Esquire
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
*jlennon@devlinlawfirm.com*

*Attorneys for Plaintiff*

I further certify that on December 23, 2020, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

Isaac Rabicoff, Esquire
Rabicoff Law Firm LLC
5680 King Centre Drive, Suite 645
Alexandria, VA 22315
*isaac@rabilaw.com*

*Attorneys for Plaintiff*

Dated:   December 23, 2020

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
(302) 571-6600
*agaza@ycst.com*
*rvrana@ycst.com*
*bswadley@ycst.com*

*Attorneys for Xilinx, Inc.*

27308804.1