# EXHIBIT A

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | **6491846** | Incorporation Date / Formation Date: | **7/25/2017** (mm/dd/yyyy) |
| Entity Name: | **WSOU INVESTMENTS, LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **State:** |
| Status: | **Good Standing** | Status Date: | 7/25/2017 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **HARVARD BUSINESS SERVICES, INC.** | | |
| Address: | **16192 COASTAL HWY** | | |
| City: | **LEWES** | County: | **Sussex** |
| State: | **DE** | Postal Code: | **19958** |
| Phone: | **302-645-7400** | | |

Back to Entity Search    Email Status

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT B

DocuSign Envelope ID: C6565364-6B4B-4358-9BA3-1C6624265992

**Form 304**
**(Revised 05/11)**

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
**Filing Fee: $750**



**Application for**
**Registration**
**of a Foreign Limited**
**Liability Company**

This space reserved for office use.

**F I L E D**
**In the Office of the**
**Secretary of State of Texas**

**JAN 0 7 2020**

**Corporations Section**

1. The entity is a foreign limited liability company. The name of the entity is:

**WSOU Investments, LLC**

*Provide the full legal name of the entity as stated in the entity's formation document in its jurisdiction of formation.*

2A. The name of the entity in its jurisdiction of formation does not contain the word "limited liability company" or "limited company" (or an abbreviation thereof). The name of the entity with the word or abbreviation that it elects to add for use in Texas is:

2B. The entity name is not available in Texas. The assumed name under which the entity will qualify and transact business in Texas is:

*The assumed name must include an acceptable organizational identifier or an accepted abbreviation of one of these terms.*

3. Its federal employer identification number is: **82-2355783**

☐ Federal employer identification number information is not available at this time.

4. It is organized under the laws of: (set forth state or foreign country) **Delaware**
and the date of its formation in that jurisdiction is: **07/21/2017**
*mm/dd/yyyy*

5. As of the date of filing, the undersigned certifies that the foreign limited liability company currently exists as a valid limited liability company under the laws of the jurisdiction of its formation.

6. The purpose or purposes of the limited liability company that it proposes to pursue in the transaction of business in Texas are set forth below.

Licensing

The entity also certifies that it is authorized to pursue such stated purpose or purposes in the state or country under which it is organized.

7. The date on which the foreign entity intends to transact business in Texas, or the date on which the foreign entity first transacted business in Texas is: 01/06/2020
*mm/dd/yyyy*                    *Late fees may apply (see instructions).*

8. The principal office address of the limited liability company is:

| 605 Austin Avenue, #6 | Waco | TX | USA | 76701 |
|---|---|---|---|---|
| *Address* | *City* | *State* | *Country* | *Zip/Postal Code* |

Form 304                    6

1

DocuSign Envelope ID: C6565364-6B4B-4358-9BA3-1C6624265992

Complete item 9A or 9B, but not both. Complete item 9C.

[X] 9A. The registered agent is an organization (cannot be entity named above) by the name of:

**Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company**

**OR**

[ ] 9B. The registered agent is an individual resident of the state whose name is:

---

| *First Name* | *M.I.* | *Last Name* | *Suffix* |

9C. The business address of the registered agent and the registered office address is:

**211 E. 7th Street  Ste 620, Austin, TX 78701-3218**

---

| *Street Address* | *City* | *State* | *Zip Code* |

10. The entity hereby appoints the Secretary of State of Texas as its agent for service of process under the circumstances set forth in section 5.251 of the Texas Business Organizations Code.

11. The name and address of each governing person is:

**NAME AND ADDRESS OF GOVERNING PERSON** (Enter the name of either an individual or an organization, but not both.)

**IF INDIVIDUAL**

| Stuart | | Shanus | |
|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

**OR**

**IF ORGANIZATION**

| *Organization Name* | | | | | |
|---|---|---|---|---|---|
| 605 Austin Ave #6 | Waco | TX | USA | 76701 | |
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* | |

**NAME AND ADDRESS OF GOVERNING PERSON** (Enter the name of either an individual or an organization, but not both.)

**IF INDIVIDUAL**

| *First Name* | *M.I.* | *Last Name* | *Suffix* |
|---|---|---|---|

**OR**

**IF ORGANIZATION**

| *Organization Name* | | | | |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

**NAME AND ADDRESS OF GOVERNING PERSON** (Enter the name of either an individual or an organization, but not both.)

**IF INDIVIDUAL**

| *First Name* | *M.I.* | *Last Name* | *Suffix* |
|---|---|---|---|

**OR**

**IF ORGANIZATION**

| *Organization Name* | | | | |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

Form 304

2      7

DocuSign Envelope ID: C6565364-6B4B-4358-9BA3-1C6624265992

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

## Effectiveness of Filing (Select either A, B, or C.)

A. [X] This document becomes effective when the document is filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. [ ] This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: 01/06/2019

DocuSigned by:

*Stuart Shanus*

DC1554D751CA4D1...

Signature of authorized person (see instructions)

Stuart Shanus

Printed or typed name of authorized person.

**Form 401-A**
**(Revised 12/09)**



### Acceptance of Appointment
### and
### Consent to Serve as Registered Agent
### §5.201(b) Business Organizations Code

The following form may be used when the person designated as registered agent in a registered agent filing is an individual.

---

Acceptance of Appointment and Consent to Serve as Registered Agent

I acknowledge, accept and consent to my designation or appointment as registered agent in Texas for

*Name of represented entity*

I am a resident of the state and understand that it will be my responsibility to receive any process, notice, or demand that is served on me as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if I resign.

**x:** _____

   *Signature of registered agent*                         *Printed name of registered agent*             *Date (mm/dd/yyyy)*

---

The following form may be used when the person designated as registered agent in a registered agent filing is an organization.

---

Acceptance of Appointment and Consent to Serve as Registered Agent

I am authorized to act on behalf of Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company

                             *Name of organization designated as registered agent*

The organization is registered or otherwise authorized to do business in Texas. The organization acknowledges, accepts and consents to its appointment or designation as registered agent in Texas for:

**WSOU INVESTMENTS, LLC**

*Name of represented entity*

The organization takes responsibility to receive any process, notice, or demand that is served on the organization as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if the organization resigns.

                                          Brian Courtney,
                                          Asst. Vice President       01/07/2020

**x: By:** _____

   *Signature of person authorized to act on behalf of organization*       *Printed name of authorized person*        *Date (mm/dd/yyyy)*

Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company

---

# EXHIBIT C

# uspto
## UNITED STATES
## PATENT AND TRADEMARK OFFICE

## Assignment abstract of title for Application 10192549

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| EYE MONITOR | 6784653 | 20030025491 | 10192549 | | |
| Wolfgang Baumert | Aug 31, 2004 | Feb 06, 2003 | Jul 11, 2002 | | |

## Assignments (7 of 7 total)

### Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049246/0405 | May 16, 2019 | May 21, 2019 | 3944 | 315 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
OCO OPPORTUNITIES MASTER FUND, L.P. (F/K/A
OMEGA CREDIT OPPORTUNITIES MASTER FUND
LP

**Correspondent**
ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BOULEVARD, SUITE 1400
LOS ANGELES, CALIFORNIA 90025

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049235/0068 | May 16, 2019 | May 20, 2019 | 2320 | 118 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
WSOU INVESTMENTS, LLC

**Correspondent**
BROWN RUDNICK LLP
ONE FINANCIAL CENTER
BOSTON, MA 02111

**Assignee**
BP FUNDING TRUST, SERIES SPL-VI
44 SOUTH BROADWAY, 11TH FLOOR
C/O BASEPOINT ADMINISTRATIVE, LLC
WHITE PLAINS, NEW YORK 10601

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043966/0574 | Aug 22, 2017 | Sep 21, 2017 | 3944 | 316 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
WSOU INVESTMENTS, LLC

**Correspondent**
ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

**Assignee**

OMEGA CREDIT OPPORTUNITIES MASTER FUND,
LP
C/O OMEGA ADVISORS, INC. - 810 7TH AVENUE
33RD FLOOR
NEW YORK, NEW YORK 10019

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 044000/0053 | Jul 22, 2017 | Sep 25, 2017 | 2979 | 238 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ALCATEL LUCENT

**Correspondent**
BURDICK PATENTS
2526 W. STATE STREET
BOISE, ID 83702

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033868/0001 | Aug 19, 2014 | Sep 30, 2014 | 1610 | 173 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
CREDIT SUISSE AG

**Correspondent**
KIRKLAND & ELLIS LLP
ATTN: HAYLEY SMITH SR. LEGAL
ASSISTANT
601 LEXINGTON AVENUE
NEW YORK, NY 10022

**Assignee**
ALCATEL LUCENT
3, AVENUE OCTAVE GRÉARD , 75007
PARIS
FRANCE

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 029821/0001 | Jan 30, 2013 | Jan 30, 2013 | 3531 | 257 |

**Conveyance**
SECURITY AGREEMENT

**Assignors**
ALCATEL LUCENT

**Correspondent**
DANIEL ST. ONGE, ESQ.
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

**Assignee**
CREDIT SUISSE AG
ELEVEN MADISON AVENUE
NEW YORK, NEW YORK 10010

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|

013103/0176                     May 22, 2002           Jul 11, 2002            1                    2

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**                                          **Correspondent**
BAUMERT, WOLFGANG                                      SUGHRUE MION, PLLC
                                                       DAVID J. CUSHING
                                                       2100 PENNSYLVANIA AVENUE, N.W.
                                                       SUITE 800
                                                       WASHINGTON, D.C. 20037-3213

**Assignee**
ALCATEL

54, RUE LA BOETIE
75008 PARIS
FRANCE

# EXHIBIT D

# USPTO
**UNITED STATES
PATENT AND TRADEMARK OFFICE**

## Assignment abstract of title for Application 10100521

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| CORRECTING MISALIGNMENT BETWEEN DATA AND A CARRIER SIGNAL IN TRANSMITTERS | **7068950** | 20040208635 | 10100521 | | |
| Jeffrey H. Sinsky | Jun 27, 2006 | Oct 21, 2004 | Mar 18, 2002 | | |

## Assignments (7 of 7 total)

### Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049246/0405 | May 16, 2019 | May 21, 2019 | 3944 | 315 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
OCO OPPORTUNITIES MASTER FUND, L.P. (F/K/A OMEGA CREDIT OPPORTUNITIES MASTER FUND LP

**Correspondent**
ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BOULEVARD, SUITE 1400
LOS ANGELES, CALIFORNIA 90025

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049235/0068 | May 16, 2019 | May 20, 2019 | 2320 | 118 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
WSOU INVESTMENTS, LLC

**Correspondent**
BROWN RUDNICK LLP
ONE FINANCIAL CENTER
BOSTON, MA 02111

**Assignee**
BP FUNDING TRUST, SERIES SPL-VI
44 SOUTH BROADWAY, 11TH FLOOR
C/O BASEPOINT ADMINISTRATIVE, LLC
WHITE PLAINS, NEW YORK 10601

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043966/0574 | Aug 22, 2017 | Sep 21, 2017 | 3944 | 316 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
WSOU INVESTMENTS, LLC

**Correspondent**
ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

**Assignee**
OMEGA CREDIT OPPORTUNITIES MASTER FUND,
LP
C/O OMEGA ADVISORS, INC. - 810 7TH AVENUE
33RD FLOOR
NEW YORK, NEW YORK 10019

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 044000/0053 | Jul 22, 2017 | Sep 25, 2017 | 2979 | 238 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ALCATEL LUCENT

**Correspondent**
BURDICK PATENTS
2526 W. STATE STREET
BOISE, ID 83702

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033950/0261 | Aug 19, 2014 | Oct 09, 2014 | 1360 | 241 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
CREDIT SUISSE AG

**Correspondent**
KIRKLAND & ELLIS LLP
ATTN HAYLEY SMITH, SR. LEGAL
ASSISTANT
601 LEXINGTON AVENUE
NEW YORK, NY 10022

**Assignee**
ALCATEL-LUCENT USA INC.
600 MOUNTAIN AVENUE
MURRAY HILL, NEW JERSEY 07947

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030510/0627 | Jan 30, 2013 | Mar 07, 2013 | 5303 | 202 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ALCATEL-LUCENT USA INC.

**Correspondent**
DANIEL ST. ONGE, ESQ.
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY  10022

**Assignee**
CREDIT SUISSE AG
ELEVEN MADISON AVENUE
NEW YORK, NEW YORK 10010

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|

012714/0061                          Mar 14, 2002          Mar 18, 2002          1          3

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**                                         **Correspondent**
SINSKY, JEFFREY H.                                    MEDELSOHN & ASSOCIATES, P.C.
                                                      STEVE MENDELSOHN
                                                      1515 MARKET STREET, SUITE 715
                                                      PHILADELPHIA, PENNSYLVANIA
                                                      19102

**Assignee**
LUCENT TECHNOLOGIES INC.
P.O. BOX 636
600 MOUNTAIN AVENUE
MURRAY HILL, NEW JERSEY 07974

# EXHIBIT E

# uspto
## UNITED STATES
## PATENT AND TRADEMARK OFFICE

## Assignment abstract of title for Application 11370618

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| POWER CYCLE CIRCUIT | 7613938 | 20070214372 | 11370618 | | |
| Eric Doyon, Charles Alexander Pearse, | Nov 03, 2009 | Sep 13, 2007 | Mar 08, 2006 | | |
| Tony D'Addona | | | | | |

## Assignments (6 of 6 total)

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049246/0405 | May 16, 2019 | May 21, 2019 | 3944 | 315 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
OCO OPPORTUNITIES MASTER FUND, L.P. (F/K/A
OMEGA CREDIT OPPORTUNITIES MASTER FUND
LP

**Correspondent**
ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BOULEVARD, SUITE 1400
LOS ANGELES, CALIFORNIA 90025

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049235/0068 | May 16, 2019 | May 20, 2019 | 2320 | 118 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
WSOU INVESTMENTS, LLC

**Correspondent**
BROWN RUDNICK LLP
ONE FINANCIAL CENTER
BOSTON, MA 02111

**Assignee**
BP FUNDING TRUST, SERIES SPL-VI
44 SOUTH BROADWAY, 11TH FLOOR
C/O BASEPOINT ADMINISTRATIVE, LLC
WHITE PLAINS, NEW YORK 10601

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043966/0574 | Aug 22, 2017 | Sep 21, 2017 | 3944 | 316 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
WSOU INVESTMENTS, LLC

**Correspondent**
ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

**Assignee**
OMEGA CREDIT OPPORTUNITIES MASTER FUND,
LP
C/O OMEGA ADVISORS, INC. - 810 7TH AVENUE
33RD FLOOR
NEW YORK, NEW YORK 10019

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 044000/0053 | Jul 22, 2017 | Sep 25, 2017 | 2979 | 238 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ALCATEL LUCENT

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

**Correspondent**
BURDICK PATENTS
2526 W. STATE STREET
BOISE, ID 83702

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 023233/0179 | Nov 30, 2006 | Sep 15, 2009 | 7 | 11 |

**Conveyance**
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

**Assignors**
ALCATEL

**Assignee**
ALCATEL LUCENT
54, RUE LA BOETIE
PARIS 75008
FRANCE

**Correspondent**
GREGORY J. MURGIA
3400 W. PLANO PARKWAY
MS LEGL2
PLANO, TX 75075

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 017668/0874 | Mar 07, 2006 | Mar 08, 2006 | 1 | 4 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
DOYON, ERIC
PEARSE, CHARLES ALEXANDER
D'ADDONA, TONY

**Assignee**
ALCATEL
54, RUE LA BOETIE
PARIS 75008
FRANCE

**Correspondent**
ARNOLD B. SILVERMAN
ECKERT SEAMENS CHERIN, ET AL.
600 GRANT STREET
44TH FLOOR
PITTSBURGH, PA 15219

# EXHIBIT F

**uspto** UNITED STATES
PATENT AND TRADEMARK OFFICE

# Assignment abstract of title for Application 14107878

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| APPARATUS AND METHOD FOR TRANSFERRING MULTIPLE ASYNCHRONOUS CLOCK SIGNALS OVER A SINGLE CONDUCTOR | 9312838 | 20150171850 | 14107878 | | |
| Jeffrey L. Zwiebel, Andrea Galbiati | Apr 12, 2016 | Jun 18, 2015 | Dec 16, 2013 | | |

# Assignments (8 of 8 total)

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049246/0405 | May 16, 2019 | May 21, 2019 | 3944 | 315 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
OCO OPPORTUNITIES MASTER FUND, L.P. (F/K/A
OMEGA CREDIT OPPORTUNITIES MASTER FUND
LP

**Correspondent**
ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BOULEVARD, SUITE 1400
LOS ANGELES, CALIFORNIA 90025

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049235/0068 | May 16, 2019 | May 20, 2019 | 2320 | 118 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
WSOU INVESTMENTS, LLC

**Correspondent**
BROWN RUDNICK LLP
ONE FINANCIAL CENTER
BOSTON, MA 02111

**Assignee**
BP FUNDING TRUST, SERIES SPL-VI
44 SOUTH BROADWAY, 11TH FLOOR
C/O BASEPOINT ADMINISTRATIVE, LLC
WHITE PLAINS, NEW YORK 10601

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043966/0574 | Aug 22, 2017 | Sep 21, 2017 | 3944 | 316 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
WSOU INVESTMENTS, LLC

**Correspondent**
ERICK J. PALMER
P.O. BOX 2828

CHICAGO, IL 60690-2828

Assignee
OMEGA CREDIT OPPORTUNITIES MASTER FUND,
LP
C/O OMEGA ADVISORS, INC. - 810 7TH AVENUE
33RD FLOOR
NEW YORK, NEW YORK 10019

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 044000/0053 | Jul 22, 2017 | Sep 25, 2017 | 2979 | 238 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ALCATEL LUCENT

**Correspondent**
BURDICK PATENTS
2526 W. STATE STREET
BOISE, ID 83702

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 034737/0399 | Jan 13, 2015 | Jan 16, 2015 | 27 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ALCATEL-LUCENT USA INC.

**Correspondent**
GREGORY J. MURGIA
600-700 MOUNTAIN AVENUE
DOCKET ADMINISTRATOR - ROOM
3B-212F
MURRAY HILL, NJ 07974

**Assignee**
ALCATEL LUCENT
148/152 ROUTE DE LA REINE
BOULOGNE-BILLANCOURT 92100
FRANCE

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033677/0531 | Aug 19, 2014 | Sep 02, 2014 | 87 | 15 |

**Conveyance**
RELEASE OF SECURITY INTEREST

**Assignors**
CREDIT SUISSE AG

**Correspondent**
KIRKLAND & ELLIS LLP
ATTN: HAYLEY SMITH SR. LEGAL
ASSISTANT
601 LEXINGTON AVENUE
NEW YORK, NY 10022

**Assignee**
ALCATEL LUCENT
3, AVENUE OCTAVE GRÉARD , 75007
PARIS
FRANCE

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 032189/0799 | Feb 05, 2014 | Feb 10, 2014 | 87 | 16 |

**Conveyance**
SECURITY AGREEMENT

**Assignors**
ALCATEL LUCENT

**Correspondent**
KIRKLAND & ELLIS LLP
ATTN HAYLEY SMITH
601 LEXINGTON AVENUE
NEW YORK, NY 10022

**Assignee**
CREDIT SUISSE AG
ELEVEN MADISON AVENUE
NEW YORK, NEW YORK 10010

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031792/0164 | Nov 27, 2013 | Dec 16, 2013 | 1 | 4 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ZWIEBEL, JEFFREY L.
GALBIATI, ANDREA

**Correspondent**
HITT GAINES, PC ALCATEL-LUCENT
POST OFFICE BOX 832570
RICHARDSON, TX 75083

**Assignee**
ALCATEL-LUCENT USA, INC
600-700 MOUNTAIN AVENUE
MURRAY HILL, NEW JERSEY 07974-0636