# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Xilinx, Inc.,**<br><br>    Defendant. | C.A. No. 20-1228-CFC<br>C.A. No. 20-1229-CFC<br>C.A. No. 20-1231-CFC<br>C.A. No. 20-1232-CFC<br>C.A. No. 20-1233-CFC |

## WORD COUNT CERTIFICATION

The undersigned hereby certifies that Defendant Xilinx, Inc.'s Opening Brief in Support of its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 contains 4,973 words (exclusive of the cover page, table of contents, table of authorities, and signature block) in Times New Roman 14-point font, counted using Microsoft Word's word count feature.

| | |
|---|---|
| December 23, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL:<br>Hilda C. Galvan<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br>(214) 969-4556<br>hcgalvan@jonesday.com<br><br>David B. Cochran<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114-1190<br>(216) 586-7029<br>dcochran@jonesday.com<br><br>Thomas W. Ritchie<br>JONES DAY<br>77 West Wacker Dr.<br>Chicago, IL  60601-1692<br>(312) 269-4003<br>twritchie@jonesday.com | /s/ *Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Beth A. Swadley (No. 6331)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>bswadley@ycst.com<br><br>*Attorneys for Xilinx, Inc.* |