# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>  Plaintiff,<br><br>  v.<br><br>XILINX, INC.,<br><br>  Defendant. | C.A. No. 20-1228-CFC<br>C.A. No. 20-1229-CFC<br>C.A. No. 20-1231-CFC<br>C.A. No. 20-1232-CFC<br>C.A. No. 20-1233-CFC |

### DECLARATION OF JONATHAN WALDROP IN SUPPORT OF WSOU INVESTMENTS, LLC'S OPPOSITION TO XILINX, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404

I, Jonathan K. Waldrop, declare as follows:

1.  I am a Partner with the law firm of Kasowitz Benson Torres LLP and represent plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). If called to testify under oath in court, I could and would testify competently to the facts stated herein.

2.  Attached as Exhibit 1 is a true and correct copy of the Department of State Division of Corporations' Entity Details for WSOU available at: https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx.

3. Attached as Exhibit 2 is a true and correct copy of the first page of U.S. Patent No. 7,068,950 listing the inventor Jeffrey H. Sinsky and patent file history page listing the patent prosecution attorneys, Steve Mendelsohn and Yuri Gruzdkov.

4. Attached as Exhibit 3 is a true and correct copy of LexisNexis address record for Jeffrey H. Sinsky listing his current address in Marlboro, New Jersey.

5. Attached as Exhibit 4 is a true and correct copy of Google Maps showing 94-mile distance between Mr. Sinsky's address and the Courthouse located at 844 North King St., Wilmington, DE 19801-3570 ("Courthouse").

6. Attached as Exhibit 5 is a true and correct copy of Steve Mendelsohn's biography page and work address at Mendelsohn & Associates, P.C., in Philadelphia, Pennsylvania.

7. Attached as Exhibit 6 is a true and correct copy of Yuri Gruzdkov's biography page and work address at Mendelsohn & Associates, P.C., in Philadelphia, Pennsylvania.

8. Attached as Exhibit 7 is a true and correct copy of Google Maps showing 32-mile distance between Mendelsohn & Associates, P.C.'s office and the Courthouse.

9. Attached as Exhibit 8 is a true and correct copy of the first page of U.S. Patent No. 6,784,653 listing the inventor Wolfgang Baumert and patent file history page listing the patent prosecution attorney, David Cushing.

10. Attached as Exhibit 9 is a true and correct copy of David Cushing's biography page and work address at Sughrue Mion PLLC in Washington, D.C.

11. Attached as Exhibit 10 is a true and correct copy of Google Maps showing 114-mile distance between Sughrue Mion PLLC's office and the Courthouse.

12. Attached as Exhibit 11 is a true and correct copy of the first page of the U.S. Patent No. 7,903,971 listing the inventor Heinz-Georg Krimmel and patent file history page listing the patent prosecution attorneys, Gary D. Yacura, John A. Castellano, Donald J. Daley, and Terry L. Clark.

13. Attached as Exhibit 12 is a true and correct copy of Gary D. Yacura's biography page and work address at Harness, Dickey & Pierce, PLC, in Reston, Virginia.

14. Attached as Exhibit 13 is a true and correct copy of John A. Castellano's biography page and work address at Harness, Dickey & Pierce, PLC, in Reston, Virginia.

15.     Attached as Exhibit 14 is a true and correct copy of Donald J. Daley's biography page and work address at Harness, Dickey & Pierce, PLC, in Reston, Virginia.

14.     Attached as Exhibit 15 is a true and correct copy of Google Maps showing 126-mile distance between Harness, Dickey & Pierce, PLC's office and the Courthouse.

15     Attached as Exhibit 16 is a true and correct copy of Terry L. Clark's biography page and work address at Bass, Berry & Sims PLC in Washington, D.C.

16.     Attached as Exhibit 17 is a true and correct copy of Google Maps showing 111-mile distance between Bass, Berry & Sims PLC in Washington, D.C. and the Courthouse.

17.     Attached as Exhibit 18 is a true and correct copy of the power of attorney form for U.S. Patent No. 7,903,971, listing Gregory J. Muria, Senior Director Patent Creation – Americas and Senior IP Corporate Counsel at Alcatel-Lucent USA, Inc. ("Alcatel-Lucent"), the original assignee of the '971 patent.

18.     Attached as Exhibit 19 is a true and correct copy of the power of attorney form for U.S. Patent No. 9,312,838 listing Gregory J. Muria, Senior Director Patent Creation – Americas and Senior IP Corporate Counsel at Alcatel-Lucent, the original assignee of the '838 patent.

19. Attached as Exhibit 20 is a true and correct copy of an SEC report listing Alcatel-Lucent's address in Murray Hill, New Jersey.

20. Attached as Exhibit 21 is a true and correct copy of Google Maps showing 126-mile distance between Alcatel-Lucent and the Courthouse.

21. Attached as Exhibit 22 is a true and correct copy of the Department of State Division of Corporations' Entity Details for Xilinx, Inc. available at: https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx.

22. Attached as Exhibit 23 is a true and correct copy of Xilinx, Inc.'s Form 10-K for the fiscal year ended March 28, 2020.

23. Attached as Exhibit 24 is a true and correct copy of the office locations page from the website of Avnet Inc., the global distributor of Xilinx Inc.'s products.

24. Attached as Exhibit 25 is a true and correct copy of Pacer Case Locator search results for lawsuits involving Xilinx, Inc. and filed with this Court.

25. Attached as Exhibit 26 is a true and correct copy of Xilinx Inc.'s Answering Brief in Opposition to Defendant's Motion to Dismiss or Transfer Declaratory Judgment Claims and to Dismiss Xilinx Patent Claims in *Xilinx, Inc. v. LSI Corp., et al.*, C.A. No. 09-cv-MMB.

26.   Attached as Exhibit 27 is a true and correct copy of "United States District Court – National Caseload Profile" pages for Delaware and Northern District of California.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 20th day of January, 2021, in San Mateo, California.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
