# EXHIBIT 2

US007068950B2

## (12) United States Patent
### Sinsky

(10) Patent No.: **US 7,068,950 B2**
(45) Date of Patent: **Jun. 27, 2006**

(54) **CORRECTING MISALIGNMENT BETWEEN DATA AND A CARRIER SIGNAL IN TRANSMITTERS**

(75) Inventor: **Jeffrey H. Sinsky**, Marlboro, NJ (US)

(73) Assignee: **Lucent Technologies Inc.**, Murray Hill, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 662 days.

(21) Appl. No.: **10/100,521**

(22) Filed: **Mar. 18, 2002**

(65) **Prior Publication Data**

US 2004/0208635 A1   Oct. 21, 2004

(51) Int. Cl.
*H04B 10/04* (2006.01)
(52) U.S. Cl. .................. **398/198**; 398/154; 398/159
(58) Field of Classification Search .......... 398/66, 398/147, 81, 154, 155, 158, 159, 161, 188, 398/198; 328/150; 375/216, 24, 42; 385/11, 385/122
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,513,249 | A | * | 4/1985 | Baghdady | 327/356 |
| 4,546,322 | A | * | 10/1985 | Crutcher | 329/308 |
| 5,367,536 | A | * | 11/1994 | Tsujimoto | 375/269 |
| 5,418,815 | A | * | 5/1995 | Ishikawa et al. | 375/216 |
| 6,487,352 | B1 | * | 11/2002 | Sobiski et al. | 385/122 |
| 6,496,079 | B1 | * | 12/2002 | Pleasant et al. | 332/103 |
| 6,671,079 | B1 | * | 12/2003 | Fuller et al. | 359/264 |
| 2001/0030791 | A1 | * | 10/2001 | Taneda | 359/181 |
| 2002/0149824 | A1 | * | 10/2002 | Baulieu et al. | 359/158 |
| 2002/0176129 | A1 | * | 11/2002 | Dinu et al. | 359/110 |
| 2002/0191260 | A1 | * | 12/2002 | Bergano | 359/181 |
| 2002/0191261 | A1 | * | 12/2002 | Notargiacomo et al. | 359/181 |

* cited by examiner

*Primary Examiner*—Christina Y. Leung

(57) **ABSTRACT**

A device and technique for aligning an optical carrier signal (e.g., a soliton pulse train) with a data signal in a transmitter. According to the invention, the device is configured to analyze the radio frequency (RF) spectrum of the transmitter's output. In one implementation, the device evaluates the amount of energy in a certain frequency band located near a selected null of the RF spectrum. In another implementation, the device examines the shape of the RF spectrum within that frequency band. In either case, based on the analysis, the device adjusts the phase of the clock signal driving an electro-optic (E/O) modulator in the transmitter. Such adjustment reduces misalignment between the optical carrier signal and data resulting, e.g., from thermal effects in the E/O modulator. The device may be used, e.g., in long-haul optical transmission systems operating at 10 GBit/s.

**36 Claims, 9 Drawing Sheets**



03-19-02

A

**IN THE UNITED STATES
PATENT AND TRADEMARK OFFICE**

PATENT APPLICATION

| | |
|---|---|
| APPLICANT: | Jeffrey H. Sinsky |
| CASE NAME: | Sinsky 4 |
| TITLE: | Correcting Misalignment Between Data and a Carrier Signal in Transmitters |

22186
PATENT TRADEMARK OFFICE

**ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231**

**SIR:**

Enclosed are the following papers relating to the above-named application for patent:

1. Check in the amount of $924.00;
2. Transmittal Letter (1 page);
3. Declaration and Power of Attorney (4 pages);
4. Assignment Recordation Form Cover Sheet (1 page);
5. Assignment (2 pages); and
6. Patent Application with Informal Drawings (1 Cover Page; 8 Pages of Specification; 4 Pages of Claims; 1 Page of Abstract; 9 Sheet(s) of Drawings).

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| | NO. FILED | NO. EXTRA | RATE | CALCULATIONS |
| Total Claims | 28 - 20= | 0 | x $18 = | $144 |
| Independent Claims | 2 - 3= | 0 | x $84 = | $ |
| Multiple Dependent Claim(s), if applicable | | | $280 = | $ |
| Basic Fee | | | | $740 |
| | | | TOTAL FEE: | $884 |

**METHOD OF PAYMENT OF FEES:**

A check in the amount of $924.00 to cover the filing fee and the assignment fee is enclosed.

The Commissioner for Patents is hereby authorized to charge payment of any filing fees for presentation of extra claims under 37 CFR 1.16 and any patent application processing fees under 37 CFR 1.17 during the pendency of this application or credit any overpayment to **Mendelsohn & Associates, P.C. Deposit Account No. 50-0782.**

Please address all correspondence to **Steve Mendelsohn, Mendelsohn & Associates, P.C., 1515 Market Street, Suite 715, Philadelphia, Pennsylvania 19102**. Telephone calls should be made to me at Area Code (215) 557-6657.

Respectfully submitted,

Date: 3/18/02

Customer No. 22186
Mendelsohn & Associates, P.C.
1515 Market Street, Suite 715
Philadelphia, Pennsylvania 19102

Yuri Gruzdkov
Registration No. 50,762
Agent for Applicant
(215) 557-8544

990.0388