# EXHIBIT 3



# 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2020 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:11/19/2020
Report processed by:
Jones Day

| Full Name | Address | County | Phone |
|---|---|---|---|
| SINSKY, JEFFREY H | MARLBORO, NJ | | |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| | | | 002344821750 | |

**Subject Summary**

**Name Variations**
1:   SINCKY, JEFFREY W
2:   SINSKI, JEFFREY
3:   SINSKY, J
4:   SINSKY, JEFFERY
5:   SINSKY, JEFFREY
6:   SINSKY, JEFFREY H
7:   SINSKY, JEFFREY M

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|

Most frequent SSN attributed to subject:
1:

**DOBs**
**Reported DOBs:**

**Others Using SSN - 0 records found**
**Address Summary - 12 records found**

| No. | Address |
|---|---|
| 1: | MARLBORO, NJ |
| 2: | HOLMDEL, NJ |
| 3: | REISTERSTOWN, MD |