# EXHIBIT 4

Marlboro, NJ to 844 N King St, Wilmington, DE 19801

Drive 94.1 miles, 1 hr 40 min



Map data ©2021 Google   10 mi

## Marlboro
New Jersey

**Get on NJ-133 in East Windsor from Gordons Corner Rd, Tennent Rd, Woodward Rd and NJ-33 W**

26 min (15.6 mi)

↑ 1. Head northeast on Quoque Ct toward Stony Hill Dr

118 ft

↱ 2. Turn right onto Stony Hill Dr

295 ft

↱ 3. Turn right onto Patigo Ln

295 ft

↱ 4. Turn right onto Gordons Corner Rd

1.9 mi

↑ 5. Continue onto Wickatunk Rd

0.5 mi

↰ 6. Turn left onto Tennent Rd/Wickatunk Rd
ⓘ Continue to follow Tennent Rd

2.9 mi

↑ 7. Continue onto Main St

0.8 mi

↑ 8. Continue onto Woodward Rd

2.1 mi

↱ 9. Turn right onto NJ-33 W

0.7 mi

↑ 10. Continue onto NJ-33 W

6.3 mi

⅄ 11. Use the left 2 lanes to turn left onto the ramp to I-95/NJ TP
⚠ Toll road

0.2 mi

### Take I-95 S and NJ Tpke S to N Adams St in Wilmington. Take exit 7 from I-95 N/US-202 N

1 hr 8 min (77.6 mi)

⅄ 12. Merge onto NJ-133
⚠ Toll road

0.4 mi

↰ 13. Use the left lane to take the Interstate 95 S/Turnpike S exit toward Trenton
⚠ Toll road

0.4 mi

⅄ 14. Keep left at the fork and merge onto I-95 S
⚠ Toll road

16.1 mi

↑ 15. Continue onto NJ Tpke S
⚠ Toll road

48.8 mi

⅄ 16. Keep left at the fork

0.4 mi

⅄ 17. Merge onto NJ Tpke S
⚠ Toll road

1.5 mi

↑ 18. Continue onto US-40 W/NJ Tpke S
⚠ Toll road

0.5 mi

⅄ 19. Merge onto I-295 S
⚠ Toll road
ⓘ Entering Delaware

5.8 mi

↱ 20. Take the exit onto I-95 N/US-202 N toward Wilmington

3.4 mi

21. Take exit 7 toward DE-52/Delaware Ave

0.2 mi

**Take W 11th St to N King St**

4 min (0.9 mi)

22. Use the right lane to merge onto N Adams St

0.1 mi

23. Turn right onto W 11th St

0.6 mi

24. Turn right onto N King St
    ⓘ Destination will be on the left

0.2 mi

# 844 N King St
Wilmington, DE 19801

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.