# EXHIBIT 5

Steve Mendelsohn, Attorney - Mendelsohn Dunleavy, P.C.






# Steve Mendelsohn, Attorney



Steve Mendelsohn specializes in the preparation and prosecution of patent applications for inventions in the electrical, computer, and mechanical arts. He is admitted to practice law in Pennsylvania, before the Court of Appeals for the Federal Circuit, and at the United States Patent and Trademark Office.

Steve earned a BS in Physics from the University of Michigan, an MS in Electrical Engineering from the University of Pennsylvania, and a JD also from the University of Pennsylvania.

Prior to founding the firm in 1999, Steve was an associate in the Intellectual Property department at the Philadelphia general-practice firm of Schnader Harrison Segal & Lewis for six years and, after that, at the IP boutique firm of Weiser & Associates for two years. Before going to law school, Steve worked for six years as a Systems Engineer at GE's Aerospace Division in Valley Forge, Pennsylvania, designing satellites for NASA and the Defense Department.





## ATTORNEYS

> Steve Mendelsohn, Attorney



Case 1:20-cv-01228-CFC    Document 25-5    Filed 01/20/21    Page 4 of 4 PageID #: 1372

> Kevin J. Dunleavy, Attorney

> Yuri Gruzdkov, PhD, Attorney

> Garth M. Dahlen, PhD, Attorney

> Sandra J. Lex, Attorney

## CONTACT US

Mendelsohn Dunleavy, P.C.

1500 John F. Kennedy Blvd.
Suite 312
Philadelphia, PA 19102

(215) 557-6656

firm@mendelip.com

http://www.mendelip.com

All Rights Reserved ©2015

