# EXHIBIT 6

1/15/2021 Yuri Gruzdkov, PhD, Attorney | Mendelsohn Dunleavy, P.C.

Case 1:20-cv-01228-CFC   Document 25-6   Filed 01/20/21   Page 2 of 5 PageID #: 1374



## Yuri Gruzdkov, PhD, Attorney

Yuri Gruzdkov, PhD, specializes in the preparation and prosecution of patent applications for inventions in the electrical, optical, chemical, and mechanical arts. He is admitted to practice law in Pennsylvania and at the United States Patent and Trademark Office.

Yuri earned a BS and an MS in Physics from Novosibirsk State University in Russia, a PhD in Physical Chemistry from the Institute of Catalysis at the Russian Academy of Sciences, and a JD from Temple University Beasley School of Law.

Prior to joining the firm in 2001, Yuri was a senior scientist at the Institute for Shock Physics of Washington State University, where he carried out interdisciplinary (physics, chemistry, engineering) research under the auspices of the Departments of Energy and Defense. During his scientific career, Yuri has authored over 30 peer-reviewed papers and delivered multiple conference presentations, including invited lectures at the 10th and 12th American Physical Society Topical Conferences on Shock Compression of Condensed Matter, the 11th International Detonation Symposium, and the 2000 Gordon Research Conference on Energetic Materials.

## REPRESENTATIVE U.S. PATENTS BY TECHNOLOGY AREA

| | | | |
|---|---|---|---|
| Electrical: | 7,092,180 [PDF] | 7,051,261 [PDF] | 6,940,969 [PDF] |
| Optical: | 7,164,526 [PDF] | 7,123,402 [PDF] | 7,058,259 [PDF] |
| Mechanical: | 6,995,895 [PDF] | 6,933,901 [PDF] | 6,711,338 [PDF] |
| Instrumentation: | 7,042,213 [PDF] | 6,980,239 [PDF] | 6,795,617 [PDF] |
| IC Fabrication: | 7,180,102 [PDF] | 7,122,872 [PDF] | 7,098,570 [PDF] |
| Software: | 7,079,486 [PDF] | 6,813,754 [PDF] | 6,574,665 [PDF] |

# REPRESENTATIVE SCIENTIFIC PUBLICATIONS

Shock Wave Induced Decomposition Chemistry of Pentaerythritol Tetranitrate Single Crystals: Time-Resolved Emission Spectroscopy [PDF]

Thermomechanical model and temperature measurements for shocked ammonium perchlorate single crystals [PDF]

Vibrational Properties and Structure of Pentaerythritol Tetranitrate [PDF]

Mechanism of Amine Sensitization in Shocked Nitromethane [PDF]

Laser-induced photochemistry of methane on Pt(111): Excitation mechanism and dissociation dynamics [PDF]





## ATTORNEYS

- Steve Mendelsohn, Attorney
- Kevin J. Dunleavy, Attorney
- Yuri Gruzdkov, PhD, Attorney
- Garth M. Dahlen, PhD, Attorney
- Sandra J. Lex, Attorney

## CONTACT US

Mendelsohn Dunleavy, P.C.

1500 John F. Kennedy Blvd.
Suite 312
Philadelphia, PA 19102

(215) 557-6656

firm@mendelip.com





http://www.mendelip.com

All Rights Reserved ©2015

