# EXHIBIT 7

 **1500 John F Kennedy Blvd to 844 N King St, Wilmington, DE 19801**   Drive 32.1 miles, 38 min



Map data ©2021 Google    2 mi

# 1500 John F Kennedy Blvd
Philadelphia, PA 19102

**Get on I-676/US-30 E from N 16th St/SR 3027/State Rte 3027**

4 min (0.7 mi)

↑ 1. Head west on John F Kennedy Blvd

43 ft

↱ 2. Turn right onto N 16th St/SR 3027/State Rte 3027

0.3 mi

↱ 3. Turn right onto Vine St

0.1 mi

⤻ 4. Use the left 2 lanes to take the I-676 E/US-30 E ramp to I-95

0.2 mi

**Follow I-95 S to W 11th St in Wilmington. Take exit 7A from I-95 S**

30 min (30.7 mi)

5. Merge onto I-676/US-30 E

0.4 mi

6. Use the left 2 lanes to take the exit toward Chester

1.1 mi

7. Merge onto I-95 S

0.4 mi

8. Keep right to stay on I-95 S

2.1 mi

9. Keep left to stay on I-95 S

11.9 mi

10. Keep left to stay on I-95 S

5.0 mi

11. Keep left to stay on I-95 S

1.8 mi

12. Keep left to stay on I-95 S, follow signs for Wilmington
    ⓘ Entering Delaware

7.8 mi

13. Take exit 7A toward DE-52 S/Delaware Ave

0.2 mi

**Continue on W 11th St. Drive to N King St**

4 min (0.7 mi)

14. Continue onto W 11th St

0.6 mi

15. Turn right onto N King St
    ⓘ Destination will be on the left

0.2 mi

# 844 N King St

Wilmington, DE 19801

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.