# EXHIBIT 8

US006784653B2

(12) United States Patent
Baumert

(10) Patent No.: US 6,784,653 B2
(45) Date of Patent: Aug. 31, 2004

(54) **EYE MONITOR**

(75) Inventor: **Wolfgang Baumert**, Schwieberdingen (DE)

(73) Assignee: **Alcatel**, Paris (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 238 days.

(21) Appl. No.: **10/192,549**

(22) Filed: **Jul. 11, 2002**

(65) **Prior Publication Data**

US 2003/0025491 A1 Feb. 6, 2003

(30) **Foreign Application Priority Data**

Jan. 8, 2001 (EP) .......................................... 01440248

(51) **Int. Cl.**[7] .......................................... **G01R 23/167**

(52) **U.S. Cl.** .................................. **324/76.28**; 375/224

(58) **Field of Search** ...................... 324/76.28; 375/224

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,449,223 A | | 5/1984 | Liskov et al. | | |
| 4,475,210 A | | 10/1984 | Couch | | |
| 4,847,874 A | * | 7/1989 | Kroeger et al. | ............ | 375/360 |
| 5,333,147 A | | 7/1994 | Nohara et al. | | |
| 5,736,875 A | | 4/1998 | Sakamoto et al. | | |
| 6,278,391 B1 | * | 8/2001 | Walker | ...................... | 341/118 |
| 6,282,592 B1 | * | 8/2001 | Aston et al. | ................ | 710/100 |
| 2002/0060820 A1 | * | 5/2002 | Buchall | ...................... | 359/109 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 1282256 A1 | * | 2/2003 | ............ H04L/1/20 |
| GB | 2 352 597 A | | 1/2001 | |

OTHER PUBLICATIONS

Buchali F, et al.: "Fast Eye Monitor for 10Gbit/s and its Application for Optical PMD Compensation", OFC 2001, Optical Fiber Communication Conference and Exhibit Technical Digest Postconference Edition, Mar. 17–22, 2001, Anaheim, CA, USA.

Ellermeyer T, et al.: "A 10Gb/s eye Opening Monitor IC for Decision–guided Optimization of the Frequency Response of an Optical Receiver" 2000 IEEE International Solid–State Circuits Conference. Digest Oftechnical Papers, Feb. 7–9, 2000, pp. 50–51, San Francisco.

H. Bulow, et al.: "Adaptation of an Electronic PMD Mitigator by Maximization of the Eye Opening", 26th European Conference on Optical Communications, Sep. 3–7, 2000, Munich, Germany, Proceedings, vol. 3, pp. 209–210.

* cited by examiner

*Primary Examiner*—Charles H. Nolan, Jr.
(74) *Attorney, Agent, or Firm*—Sughrue Mion, PLLC

(57) **ABSTRACT**

An eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal is described. A decision circuit is provided which is directly connected to an integrator. The input signal and a variable threshold are provided to the decision circuit. An output signal of the integrator is used to recognize the edges of the eye diagram.

**7 Claims, 2 Drawing Sheets**



10192549 .071102



SUGHRUE MION, PLLC

2100 Pennsylvania Avenue, NW
Washington, DC 20037-3213
T 202.293.7060
F 202.293.7860

1010 El Camino Real
Menlo Park, CA 94025
T 650.325.5800
F 650.325.6606

Toei Nishi Shimbashi Bldg. 4F
13-5 Nishi Shimbashi 1-Chome
Minato-Ku, Tokyo 105-0003
Japan
T 03.3503.3760
F 03.3503.3756

www.sughrue.com

David J. Cushing
T 202-663-7925
dcushing@sughrue.com

J1129 U.S. PTO
07/11/02

July 11, 2002

BOX PATENT APPLICATION
Commissioner for Patents
Washington, D.C. 20231

Re: Application of Wolfgang BAUMERT
EYE MONITOR
**Assignee: ALCATEL**
Our Ref. Q70921

Dear Sir:

Attached hereto is the application identified above comprising 10 sheets of the specification, including the claims and abstract, 2 sheets of drawings, an executed Assignment and PTO 1595 form, and an executed Declaration and Power of Attorney.

The Government filing fee is calculated as follows:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total claims | 7 | - | 20 | = | | x | $18.00 = | $.00 |
| Independent claims | 3 | - | 3 | = | | x | $84.00 = | $.00 |
| Base Fee | | | | | | | | $740.00 |
| **TOTAL FILING FEE** | | | | | | | | **$740.00** |
| Recordation of Assignment | | | | | | | | $40.00 |
| **TOTAL FEE** | | | | | | | | **$780.00** |

Checks for the statutory filing fee of $740.00 and Assignment recordation fee of $40.00 are attached. The USPTO is directed and authorized to charge all required fees, except for the Issue Fee and the Publication Fee, to Deposit Account No. 19-4880. Please also credit any overpayments to said Deposit Account. A duplicate copy of this transmittal letter is attached.

Priority is claimed from:

| Country | Application No | Filing Date |
|---|---|---|
| Europe | 01440248.1 | August 1, 2001 |

The priority document is enclosed herewith.

Respectfully submitted,
SUGHRUE MION, PLLC

Attorneys for Applicant

By: [signature]
David J. Cushing
Registration No. 28,703