# EXHIBIT 9

## Contact

www.linkedin.com/in/david-cushing-04826610 (LinkedIn)

# David Cushing

Partner at Sughrue Mion
Chevy Chase

## Experience

Sughrue Mion
Partner

———

Connect  Message  ...

# David Cushing

Sughrue Mion

Partner at Sughrue Mion

Washington, District of Columbia, United States

[Contact info](Contact info)

## Activity

Posts David created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

**Partner**
Sughrue Mion