# EXHIBIT 10

## Google Maps

**2100 Pennsylvania Avenue NW to 844 N King St, Wilmington, DE 19801**

Drive 114 miles, 2 hr 13 min



Map data ©2021 Google  10 mi

## 2100 Pennsylvania Avenue NW
Washington, DC 20037

**Get on I-495 E in Silver Spring from Rock Creek and Potomac Pkwy NW, Beach Dr NW, Piney Branch Pkwy NW and 16th St NW**

28 min (10.2 mi)

↑ 1. Head northwest on Pennsylvania Avenue NW toward 22nd St NW

0.2 mi

| | | |
|---|---|---|
| ⟳ | 2. At Washington Cir NW, take the 2nd exit | |
| | | 404 ft |
| ↑ | 3. Continue straight onto K St NW | |
| | | 272 ft |
| ↑ | 4. Continue straight to stay on K St NW | |
| | | 456 ft |
| ↰ | 5. Slight left toward K St NW | |
| | | 89 ft |
| ↱ | 6. Slight right onto K St NW | |
| | | 0.1 mi |
| ↱ | 7. Take the exit toward Rock Creek Parkway N<br>⚠ Turn is not allowed Mon–Fri 6:45 – 9:30 AM | |
| | | 430 ft |
| ⋏ | 8. Merge onto Rock Creek and Potomac Pkwy NW<br>⚠ Parts of this road are closed Mon–Fri 6:45 – 9:30 AM | |
| | | 1.7 mi |
| ↑ | 9. Continue onto Beach Dr NW/Rock Creek Pkwy NW<br>⚠ Closed Mon–Fri 6:45 – 9:30 AM | |
| | | 249 ft |
| ↱ | 10. Keep right to continue on Beach Dr NW<br>⚠ Parts of this road are closed Mon–Fri 6:45 – 9:30 AM | |
| | | 1.4 mi |
| ↱ | 11. Turn right onto Piney Branch Pkwy NW | |
| | | 0.9 mi |
| ↰ | 12. Sharp left onto Arkansas Ave NW | |
| | | 0.1 mi |
| ↱ | 13. Turn right onto 16th St NW<br>ⓘ Entering Maryland | |
| | | 3.7 mi |
| ⟳ | 14. At the traffic circle, take the 2nd exit onto 16th St | |
| | | 1.1 mi |
| ↰ | 15. Use any lane to turn left onto Georgia Ave | |
| | | 0.4 mi |
| ⋏ | 16. Turn right to merge onto I-495 E toward Beltway/Baltimore | |
| | | 0.3 mi |

**Take I-95 N to N Adams St in Wilmington. Take exit 7 from I-95 N**

| | | |
|---|---|---|
| | | 1 hr 34 min (103 mi) |
| ⋏ | 17. Merge onto I-495 E | |
| | | 4.3 mi |
| ↱ | 18. Use the right 2 lanes to take exit 27 for I-95 N toward Baltimore | |
| | | 1.3 mi |

| | | |
|---|---|---|
| ↑ | 19. Continue onto I-95 N<br>⚠ Toll road | |
| | | 26.8 mi |
| ↑ | 20. Continue straight to stay on I-95 N<br>⚠ Toll road | |
| | | 1.8 mi |
| ↰ | 21. Keep left to stay on I-95 N<br>⚠ Toll road | |
| | | 4.6 mi |
| ⑂ | 22. Keep left at the fork to continue on I-95 Express Toll, follow signs for I-95 N<br>⚠ Toll road | |
| | | 7.6 mi |
| ⋏ | 23. Merge onto I-95 N<br>⚠ Toll road<br>ⓘ Entering Delaware | |
| | | 41.7 mi |
| ⑂ | 24. Keep left at the fork to stay on I-95 N<br>⚠ Toll road | |
| | | 11.4 mi |
| ↰ | 25. Keep left to stay on I-95 N | |
| | | 3.2 mi |
| ↱ | 26. Take exit 7 toward DE-52/Delaware Ave | |
| | | 0.2 mi |

**Take W 11th St to N King St**

4 min (0.9 mi)

| | | |
|---|---|---|
| ⋏ | 27. Use the right lane to merge onto N Adams St | |
| | | 0.1 mi |
| ↱ | 28. Turn right onto W 11th St | |
| | | 0.6 mi |
| ↱ | 29. Turn right onto N King St<br>ⓘ Destination will be on the left | |
| | | 0.2 mi |

# 844 N King St

Wilmington, DE 19801

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.