# EXHIBIT 11

US007903971B2

## (12) United States Patent
### Krimmel

(10) Patent No.: **US 7,903,971 B2**
(45) Date of Patent: **Mar. 8, 2011**

(54) **METHOD OF OPERATING A PASSIVE OPTICAL NETWORK**

(75) Inventor: **Heinz-Georg Krimmel**, Korntal-Münchingen (DE)

(73) Assignee: **Alcatel Lucent**, Paris (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1242 days.

(21) Appl. No.: **11/390,313**

(22) Filed: **Mar. 28, 2006**

(65) **Prior Publication Data**
US 2006/0222362 A1    Oct. 5, 2006

(30) **Foreign Application Priority Data**
Apr. 4, 2005   (EP) .................................... 05290737

(51) Int. Cl.
*H04B 10/20*   (2006.01)
(52) **U.S. Cl.** ............................... **398/63**; 398/76; 398/91
(58) **Field of Classification Search** .................... 398/63, 398/76, 91
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,062,152 | A | * | 10/1991 | Faulkner | 398/190 |
| 5,920,416 | A | * | 7/1999 | Beylat et al. | 398/185 |
| 6,763,193 | B1 | * | 7/2004 | Chand et al. | 398/76 |
| 2002/0172216 | A1 | * | 11/2002 | Asashiba et al. | 370/442 |
| 2003/0011835 | A1 | * | 1/2003 | Elbers et al. | 359/110 |
| 2003/0011854 | A1 | * | 1/2003 | Kahn et al. | 359/173 |
| 2004/0057733 | A1 | * | 3/2004 | Azadet et al. | 398/183 |
| 2005/0180575 | A1 | * | 8/2005 | Maeda et al. | 380/278 |

* cited by examiner

*Primary Examiner* — Dzung D Tran
(74) *Attorney, Agent, or Firm* — Harness, Dickey & Pierce

(57) **ABSTRACT**

The invention relates to a method of operating a passive optical network. The passive optical network comprises an optical line termination being connected via optical fibers to a number of network terminations. The method comprises the step of generating an optical signal to be transmitted on one of the optical fibers comprising a number of signal states. The method is characterized in that the number of signal states is changed.

**20 Claims, 2 Drawing Sheets**



Attorney Docket No. 29250S-000004/US
Application No. 11/390,313

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Inventors: Heinz-Georg KRIMMEL

Conf. No. 2207

Application No.: 11/390,313

Group Art Unit: 2613

Filing Date: March 28, 2006

Examiner: Unassigned

Title: METHOD OF OPERATING A PASSIVE OPTICAL NETWORK

### REVOCATION AND SUBSTITUTION OF POWER OF ATTORNEY AND CHANGE OF ADDRESS

Customer Service Window
Randolph Building
401 Dulany Street
Alexandria, VA  22314

Sir:

### POWER OF ATTORNEY

Please hereby revoke all previous powers of attorney and substitute the attorneys of Customer No. **30594**, including the following attorneys of Harness, Dickey & Pierce, P.L.C., to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| | |
|---|---|
| Gary D. Yacura | Registration No. 35,416 |
| John A. Castellano | Registration No. 35,094 |
| Terry L. Clark | Registration No. 32,644 |
| Donald J. Daley | Registration No. 34,313 |

Attorney Docket No. 29250S-000004/US
Application No. 11/390,313

## CORRESPONDENCE ADDRESS

I request the Patent and Trademark Office to direct all correspondence and telephone calls relative to this application to Customer No. **30594**, Harness, Dickey & Pierce, P.L.C., P.O. Box 8910, Reston, Virginia 20195, (703) 668-8000.

## STATEMENT UNDER 37 CFR 3.73(b)

The undersigned is empowered with full Power of Attorney on behalf of the assignee. The Assignee has the entire right, title, and interest; and that interest having been recorded at Reel 017728, Frame 0437.

Respectfully submitted,

By: _____
Gregory J. Murgia
Assistant Vice President – Patent Creation-North America