# EXHIBIT 13



# JOHN A. CASTELLANO, III

**PRINCIPAL / WASHINGTON, D.C. METRO OFFICE**

John concentrates his practice on patent application preparation and prosecution in semiconductors, semiconductor processing and semiconductor packaging, as well as telecommunications, consumer electronics, digital image signal processing, microelectronics, computer architecture, microwave reaction chambers, medical imaging, computer software and internet-related technologies, and GPS and satellite communications.

While attending law school, John developed computer programs for processing underwater acoustic signals.

**PRACTICE AREAS**

Patents

**INDUSTRIES**

Chemistry & Materials Science; Consumer Electronics; Electrical, Computer & Internet; Mechanical & Electromechanical; Semiconductor Processing & Devices; Software & Information Technology; Telecommunications & Wireless Technology



Direct: 703.668.8029
Fax: 703.668.8200
jcastellano@hdp.com
Download vCard

**NEWS/EVENTS**

**PRESENTATIONS**

John has lectured on U.S. patent prosecution and enforcement strategies at the Swedish Patent Office in Stockholm, Sweden; the Danish Patent Office in Copenhagen, Denmark; and the Swiss Patent Office in Bern, Switzerland.

**BACKGROUND**

**AWARDS & DISTINCTIONS**

- *Managing Intellectual Property*, "IP Stars," 2014-2020

**MEMBERSHIPS**

- American Bar Association
- American Intellectual Property Law Association
- Patent Lawyers Club of Washington, Past President

**EDUCATION**

J.D., Patent Law, George Mason University, 1992

M.S., Electrical Engineering, George Washington University, 1987

B.S., Chemical Engineering, Lafayette College, 1983

**BAR & COURT ADMISSIONS**

Virginia

U.S. Patent and Trademark Office