# EXHIBIT 14



# DONALD J. DALEY

**PRINCIPAL / WASHINGTON, D.C. METRO OFFICE**



A true problem-solver, Don delivers decades of *proven results* in analyzing, prosecuting, managing and safeguarding domestic and international patent applications. He strives to keep his clients *ahead of the curve* when it comes to changes in the law, new trends in technology and shifting economic conditions.

Don is valued for his ability to *design around* or, when needed, combat the patents of others. His veteran counsel in patent litigation, appeals and comprehensive opinion drafting often result in the mitigation of problems before they can become marketplace obstacles.

Don is focused on efficiently and expeditiously obtaining broad patent protection for his clients. A prior Patent Examiner himself, Don's first-hand knowledge and long standing relationships within the USPTO enable him to provide broad patent protection in an expeditious manner, resulting in a *competitive advantage* for his clients.

**PRACTICE AREAS**

Patents

**INDUSTRIES**

Consumer Electronics; Electrical, Computer & Internet; Energy Production & Delivery; Image Processing, Lasers & Optics; Mechanical & Electromechanical; Software & Information Technology; Telecommunications & Wireless Technology

Direct: 703.668.8030
Fax: 703.668.8200
ddaley@hdp.com
Download vCard

**KEY MATTERS**

- Drafts patent applications, defends patents and develops a world-wide patent portfolio growth strategy for a Pittsburgh based company specializing in speech synthesis systems for the physically and cognitively challenged

- Manages patent portfolios for multiple large Asian consumer electronics companies specializing in LCD technology

- Manages patent portfolios for a large European company specializing in medical imaging

- Counsels clients on developing successful reissue strategies and procures reissue patent portfolios for several companies in their core technology

- Helps clients design around patents of others and produces many strong opinions of counsel resulting in successful avoidance of patent litigation

## NEWS/EVENTS

**PRESENTATIONS**

- "Dealing with Patents of Others?  Strengthen Your Defense And Let Your Offense Help Your Defense," Presented at two day seminar of the International Intellectual Property Law Association (IIPLA) in Brussels Belgium, June 2017.

- "Valuable Claims — The Union of Claim Drafting and Portfolio Management," Presented and moderated at two day seminar of the International Intellectual Property Law Association (IIPLA) in London England, June 2016.

- "U.S. Patent Prosecutor's Toolkit — A Guide to Maximizing the Use of USPTO Programs for Expediting Patent Prosecution," Presented and moderated at inaugural two day seminar of the International Intellectual Property Law Association (IIPLA) in Dubai, UAE, January 2015

- "Maximizing the Use of USPTO Programs for Expediting Patent Prosecution" and "Effects of the Supreme Court's Recent Decision on Computer/Software/Electrical Inventions" and "Tips for Extending Computer/Software/Electrical Patent Protection Via Reissue," Organized and presented in one day Patent Seminar sponsored by the Kyoto Comparative Law Center in Osaka, Japan, October 2014

- "Tricks and Traps of America Invents Act" and "Computer Related Inventions… Eligibility, Claiming and Patenting," Organized and presented in one Day Patent Seminar sponsored by the Kyoto Comparative Law Center in Osaka, Japan, October 2013

- "Legislatively Enacted AIA and Judicially Imposed Supreme Court Mandates," Co-organized and presented at two day seminar sponsored by the Swedish Patent Office in Stockholm, Sweden, September 2012

- "Making USE of the U.S. Patent System," Society of Research Administrators in Milwaukee, Wisconsin, October 2005

- "Festo — The Supreme Court Resets the Balance," Co-presented at one day seminar sponsored by the Shiga Patent Office in Tokyo, Japan, June 2002

- "Computer Software and Business Method Patenting after State Street Bank," Fédération Internationale des Conseils en Propriété Industrielle Conference in Banf, Canada, June 2001

- "U.S. Patent Law and Patent Prosecution and Enforcement Strategies," Co-organized and presented at three day seminar sponsored by the Swiss Patent Office in Bern, Switzerland, March 1999

- "U.S. Patent Law and Patent Prosecution and Enforcement Strategies," Co-organized and presented at three day seminar sponsored by the Swedish Patent Office in Stockholm, Sweden, September 1997

**EVENTS**

- Patent Attorney Don Daley to Present at IIPLA Global Summit in Brussels
- IIPLA 2nd Global IP Summit, London, June 2016

**PUBLICATIONS**

### ARTICLES

- Navigating the USPTO Subject Matter Eligibility Guidance For Computer-related Inventions

### BLOGS

- Resurfacing of Preemption for Patent-Eligibility of Software Inventions – The Bascom Decision

**BACKGROUND**

Having served on the Firm's Executive Committee, Don knows what it takes to achieve tangible results within budgetary requirements. A seasoned lawyer, effective manager and ardent team player, Don is highly adept at integrating the goals and objectives of each client into every matter. His ability to understand complex technologies and appreciate evolving legal trends provide the skills needed to synthesize and design patent protection strategies that are practical, and which include the foresight to stand the test of time. His deep bench of expertise in IP law and its application to a variety of business models allow him to continue to represent some of the most high-profile and important brands in the world.

**MEMBERSHIPS**

- American Intellectual Property Law Association
- Intellectual Property Owner's Society
- Tau Beta Pi Honor Society

**EDUCATION**

J.D., specialty track in Patent Law, George Mason University, 1992

B.S., Electrical Engineering, Widener University, 1987

**BAR & COURT ADMISSIONS**

Virginia

U.S. Supreme Court

U.S. Court of Appeals for the Federal Circuit

U.S. Court of Appeals for the Fourth Circuit

U.S. Patent and Trademark Office