# EXHIBIT 15



**11730 Plaza America Dr, Reston, VA 20190 to 844 N King St, Wilmington, DE 19801**

Drive 126 miles, 2 hr 15 min



Map data ©2021 Google    20 mi

# 11730 Plaza America Dr
Reston, VA 20190

### Get on VA-267 E from Sunset Hills Rd and Wiehle Ave
6 min (1.7 mi)

⬆ 1. Head southwest on Plaza America Dr

230 ft

↱ 2. Turn right to stay on Plaza America Dr

184 ft

↱ 3. Turn right

0.1 mi

| ↱ | 4. | Turn right onto Sunset Hills Rd | |
|---|---|---|---:|
| | | | 0.9 mi |
| ↱ | 5. | Use the right 2 lanes to turn right onto Wiehle Ave | |
| | | | 0.3 mi |
| ⬈ | 6. | Use the left 2 lanes to turn left to merge onto VA-267 E toward Washington<br>⚠ Toll road | |
| | | | 0.3 mi |

**Take I-495 N and I-95 N to N Adams St in Wilmington. Take exit 7 from I-95 N**

1 hr 55 min (124 mi)

| ⬈ | 7. | Merge onto VA-267 E<br>⚠ Toll road | |
|---|---|---|---:|
| | | | 1.4 mi |
| ⑂ | 8. | Keep right at the fork to stay on VA-267 E<br>⚠ Toll road | |
| | | | 5.3 mi |
| ↱ | 9. | Use the right 2 lanes to take the EXIT 18 B/I-495 N exit toward Baltimore | |
| | | | 0.7 mi |
| ⬈ | 10. | Merge onto I-495 N<br>ℹ Entering Maryland | |
| | | | 6.7 mi |
| ⑂ | 11. | Keep right at the fork to stay on I-495 N | |
| | | | 11.3 mi |
| ↱ | 12. | Use the right 2 lanes to take exit 27 for I-95 N toward Baltimore | |
| | | | 1.3 mi |
| ↑ | 13. | Continue onto I-95 N<br>⚠ Toll road | |
| | | | 26.8 mi |
| ↑ | 14. | Continue straight to stay on I-95 N<br>⚠ Toll road | |
| | | | 1.8 mi |
| ↱ | 15. | Take the exit toward I-95 N<br>⚠ Toll road | |
| | | | 0.3 mi |
| ↰ | 16. | Keep left and merge onto I-95 N<br>⚠ Toll road | |
| | | | 4.3 mi |
| ⑂ | 17. | Keep left at the fork to continue on I-95 Express Toll, follow signs for I-95 N<br>⚠ Toll road | |
| | | | 7.6 mi |

| | 18. | Merge onto I-95 N ⚠ Toll road ℹ Entering Delaware | |
|---|---|---|---|
| | | | 41.7 mi |
| | 19. | Keep left at the fork to stay on I-95 N ⚠ Toll road | |
| | | | 11.4 mi |
| | 20. | Keep left to stay on I-95 N | |
| | | | 3.2 mi |
| | 21. | Take exit 7 toward DE-52/Delaware Ave | |
| | | | 0.2 mi |

### Take W 11th St to N King St

4 min (0.9 mi)

| | 22. | Use the right lane to merge onto N Adams St | |
|---|---|---|---|
| | | | 0.1 mi |
| | 23. | Turn right onto W 11th St | |
| | | | 0.6 mi |
| | 24. | Turn right onto N King St ℹ Destination will be on the left | |
| | | | 0.2 mi |

## 844 N King St
Wilmington, DE 19801

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.