# EXHIBIT 16

# BASS BERRY + SIMS
CENTERED TO DELIVER.



# Terry L. Clark

Member

Washington, D.C.
(202) 827-2951

tclark@bassberry.com
https://www.bassberry.com/professionals/clark-terry-l/

For more than 30 years, Terry Clark has counseled technology companies on intellectual property related matters including patent portfolio development, strategic planning and IP protection through litigation and alternative dispute resolution (ADR) before various national and international forums, including various district courts, the U.S. Court of Appeals for the Federal Circuit, the U.S. Patent and Trademark Office (USPTO), including the Patent Trial and Appeals Board (PTAB), and the U.S. International Trade Commission (USITC). He has helped clients enforce their rights across an array of high technologies, including chemical, pharmaceutical, semiconductors, computer-related technologies, textiles, power tools, automotive and consumer electronics.

Terry works with leaders at technology-based companies by developing strategic plans and related intellectual property policies, counseling them on dispute prevention and

## Related Services

Patents
PTAB Litigation
Intellectual Property & Technology
Intellectual Property Litigation
Alternative Dispute Resolution
Trademarks & Global Brand Management
Anti-Counterfeiting
Litigation & Dispute Resolution
Corporate Plaintiff's Litigation
Life Sciences

representing them aggressively when litigation or investigations arise. His practice involves:

- **Intellectual Property Disputes** - Representing clients by both enforcing and defending their intellectual property rights; dispute prevention or litigation over matters related to infringement, cybersquatting, trolling and counterfeiting; preparing complex patent opinions.
- **Intellectual Property Investigations** - Representing international entities across various industries in investigations of patent infringement under Section 337 before the USITC, especially from Japan and the United Kingdom.

Terry applies his years of experience and successful IP representation to assist these companies in leveraging their intellectual property for future business successes. As part of his practice, Terry regularly serves as an arbitrator and mediator in resolving high technology disputes through domestic and international ADR.

# Memberships

American Intellectual Property Law Association

Washington Patent Lawyers Club – Past President

International Trademark Association

I.T.C. Trial Lawyers Association

American Arbitration Association – Panel of Commercial Arbitrators; Large and Complex Panel of Neutrals; AAA Mediator

# Representative Experience

## Education

The George Washington University - LL.M., 1988

University of Kentucky College of Law - J.D., 1984

Murray State University - B.S., 1981

## Admissions

Virginia, 1989

District of Columbia, 1985

Kentucky, 1984

U.S. District Court, District of Columbia, 2000

U.S. District Court, Eastern District of Virginia, 1992

U.S. Supreme Court, 1988

U.S. Court of Appeals, Federal Circuit, 1988

U.S. Patent and Trademark Office, 1986

### Defense of Patent Infringement Against Patent Troll

Representation of one of the world's largest manufacturers of outdoor camping gear against claims of patent infringement

Client Type: Private Company

### Patent Infringement Defense Against Patent Troll

Representation of Camping World, one of the nation's largest retailers of RVs, RV accessories and RV-related services, in Federal Circuit Court against claims of patent infringement

Client Type: Private Company

### Summary Judgment of Non-Infringement in Favor of AutoZone

Represented AutoZone in a patent infringement case and were granted summary judgment of non-infringement

Client Type: Public Company

### TVV Capital Acquires Pitonyak Machinery Corporation

Represented TVV Capital in its acquisition of Pitonyak Machinery Corporation, a branded manufacturer of a wide range of agricultural implements

Client Type: Private Company

### AutoZone Acquisition of Assets of AutoAnything

Assisted AutoZone in its acquisition of assets and some debt of AutoAnything, a privately-held online auto parts retailer

Client Type: Public Company

### Resolution of Patent Troll's Claims Against Outdoor Equipment Distributor

Represented one of the largest distributors of camping and outdoor equipment in a patent infringement suit related to LED flashlights

### Defense of Patent Infringement Claims for edo Interactive

Represented edo Interactive and two well-known financial institutions in connection with patent infringement claims

Client Type: Private Company

### Bass, Berry & Sims Serves as Chief IP Counsel to Griffin Technology, Inc.

Serve as IP counsel to Griffin Technology, Inc. handling global brand rollout and worldwide trademark enforcement efforts

Client Type: Private Company

## Publications

### U.S. Supreme Court Upholds Constitutionality of Patent Inter Partes Review

April 24, 2018

### The STRONGER Patents Act: Swinging the Pendulum in Favor of Patent Owners

July 13, 2017

### U.S. Supreme Court Upends Nearly 30 Years of Patent Venue Law

May 22, 2017

## Past Events

### Exploring the Changes Hidden in the August 3, 2020 Final USPTO Fee Rules

October 15, 2020 | Webinar

### Preparing for War: Collecting and Preserving Evidence for IP Disputes

May 8, 2020 | Webinar
American Intellectual Property Law Association's 2020 Virtual Spring Meeting

### Monetizing and Defending Your IP: Strategic Guidance on the Strengths and Weaknesses of Your IP Portfolio

December 6-7, 2016 | San Diego, California

Global IP Exchange US

# Media Mentions & Firm News

### Terry Clark Provides Insight on Immunity in Patent Licensing for Universities

August 5, 2020

### IP STARS 2020 Recognizes Bass, Berry & Sims and Four Attorneys

May 1, 2020

### IP STARS 2019 Recognizes Firm and Four Attorneys

May 28, 2019

# Accolades

Martindale-Hubbell – AV Preeminent® Peer Review Rated

IP STARS – Trademark Star (2015-2020), Patent Star (2015-2019)

Virginia Elite Attorneys