# EXHIBIT 17

 Maps
1201 Pennsylvania Avenue NW to 844 N King St, Wilmington, DE 19801

Drive 111 miles, 2 hr 6 min



Map data ©2021 Google   10 mi ⊢━━━━━⊣

## 1201 Pennsylvania Avenue NW

Washington, DC 20004

**Get on I-395 N from 9th St NW and 9th St Expy**

4 min (1.3 mi)

↑ 1. Head north on 12th St NW toward E St NW
⚠ May be closed at certain times or days

121 ft

↱ 2. Turn right at the 1st cross street onto E St NW

0.2 mi

3. Turn right onto 9th St NW
⚠ Parts of this road may be closed at certain times or days

0.3 mi

4. Continue onto 9th St Expy
⚠ Parts of this road may be closed at certain times or days

0.6 mi

5. Use the left lane to merge onto I-395 N via the ramp to I-695
⚠ Parts of this road may be closed at certain times or days

0.2 mi

**Take Baltimore-Washington Pkwy, MD-295 N, I-895 N and I-95 N to N Adams St in Wilmington. Take exit 7 from I-95 N**

1 hr 44 min (108 mi)

6. Merge onto I-395 N

0.1 mi

7. Keep left at the fork to continue on I-695 E

1.9 mi

8. Use the right 2 lanes to take exit 2B for State Hwy 295 N toward US-50

0.5 mi

9. Merge onto State Hwy 295
ℹ Entering Maryland

4.3 mi

10. Continue onto MD-201 (signs for Baltimore-Washington Parkway N/Interstate 95/Baltimore)

0.1 mi

11. Keep left to continue on Baltimore-Washington Pkwy

18.6 mi

12. Continue onto MD-295 N/Baltimore-Washington Pkwy

8.7 mi

13. Take the Harbor Tunnel Thrwy/I-895 N exit
⚠ Toll road

0.3 mi

14. Merge onto I-895 N
⚠ Toll road

6.9 mi

15. Keep left to stay on I-895 N
⚠ Toll road

2.6 mi

16. Continue straight to stay on I-895 N

1.1 mi

17.  Merge onto I-95 N

⚠ Toll road

ℹ Entering Delaware

48.6 mi

18.  Keep left at the fork to stay on I-95 N

⚠ Toll road

11.4 mi

19.  Keep left to stay on I-95 N

3.2 mi

20.  Take exit 7 toward DE-52/Delaware Ave

0.2 mi

## Take W 11th St to N King St

4 min (0.9 mi)

21.  Use the right lane to merge onto N Adams St

0.1 mi

22.  Turn right onto W 11th St

0.6 mi

23.  Turn right onto N King St

ℹ Destination will be on the left

0.2 mi

# 844 N King St

Wilmington, DE 19801

These directions are for planning purposes only.
You may find that construction projects, traffic,
weather, or other events may cause conditions to
differ from the map results, and you should plan
your route accordingly. You must obey all signs or
notices regarding your route.