# EXHIBIT 18

Attorney Docket No. 29250S-000004/US
Application No. 11/390,313

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Inventors: Heinz-Georg KRIMMEL

Conf. No. 2207

Application No.: 11/390,313

Group Art Unit: 2613

Filing Date: March 28, 2006

Examiner: Unassigned

Title: METHOD OF OPERATING A PASSIVE OPTICAL NETWORK

## REVOCATION AND SUBSTITUTION OF POWER OF ATTORNEY AND CHANGE OF ADDRESS

Customer Service Window
Randolph Building
401 Dulany Street
Alexandria, VA 22314

Sir:

## POWER OF ATTORNEY

Please hereby revoke all previous powers of attorney and substitute the attorneys of Customer No. **30594**, including the following attorneys of Harness, Dickey & Pierce, P.L.C., to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| | |
|---|---|
| Gary D. Yacura | Registration No. 35,416 |
| John A. Castellano | Registration No. 35,094 |
| Terry L. Clark | Registration No. 32,644 |
| Donald J. Daley | Registration No. 34,313 |

Attorney Docket No. 29250S-000004/US
Application No. 11/390,313

## CORRESPONDENCE ADDRESS

I request the Patent and Trademark Office to direct all correspondence and telephone calls relative to this application to Customer No. **30594**, Harness, Dickey & Pierce, P.L.C., P.O. Box 8910, Reston, Virginia 20195, (703) 668-8000.

## STATEMENT UNDER 37 CFR 3.73(b)

The undersigned is empowered with full Power of Attorney on behalf of the assignee. The Assignee has the entire right, title, and interest; and that interest having been recorded at Reel 017728, Frame 0437.

Respectfully submitted,

By: *[signature]*
Gregory J. Murgia
Assistant Vice President – Patent Creation-North America