# EXHIBIT 20

# Alcatel-lucent Usa Inc.

## SEC CIK #0001006240

SEC.report (https://sec.report) › / CIK (https://sec.report/CIK) › / Alcatel-lucent Usa Inc. (https://sec.report/CIK/0001006240)

**Alcatel-lucent Usa Inc.** is registered with the U.S. Security and Exchange Commission and incorporated in the state of Delaware. Alcatel-lucent Usa Inc is primarily in the business of telephone & telegraph apparatus. For financial reporting, their fiscal year ends on September 30th. This page includes all SEC registration details as well as a list of all documents (S-1, Prospectus, Current Reports, 8-K, 10K, Annual Reports) filed by Alcatel-lucent Usa Inc..

Lucent has entered into a plan to merge with Alcatel. Lucent shareholders will receive 0.1952 of an Alcatel American depository share for each Lucent share. Lucent, which spun off from AT&T in 1996, is a supplier to big telecom carriers. While it continues to sell traditional central-office voice switches, Lucent has become a leading provider of wireless infrastructure, optical systems, and network-access equipment. The vaunted Bell Labs continues to provide research support.

### Company Details

| | |
|---|---|
| IRS Number (EIN) | 223408857 ( EIN # 22-3408857) |
| Reporting File Number | 001-11639 |
| State of Incorporation | DELAWARE |
| Fiscal Year End | 09-30 |
| Date of Edgar Filing Update | 2013-05-08 |
| SIC | 3661 [TELEPHONE & TELEGRAPH APPARATUS] |
| Business Address | 600 MOUNTAIN AVE<br>MURRAY HILL NJ 07974 |
| Business Phone | 9085828500 |
| Mailing Address | 600 MOUNTAIN AVE<br>MURRAY HILL<br>NJ<br>07974 |
| NCAGE Code [show more] | 09JX9(https://cage.report/NCAGE/09JX9)    ALCATEL-LUCENT USA INC. (https://cage.report/NCAGE/09JX9) |
| CAGE Code [show more] | 07YF9(https://cage.report/CAGE/07YF9)<br>ALCATEL-LUCENT USA INC. (https://cage.report/CAGE/07YF9) L G S INNOVATIONS LGS INNOVATIONS LLC |

| | |
|---|---|
| Annual Report (/Document/0000950123-06-015189) | [latest filing - 2006-12-14 15:11:27] |
| 10-Q Quarterly Report (/Document/0000950117-06-003399) | [latest filing - 2006-08-08 16:06:15] |

### –Documents

Email Notifications    (/CIK/0001006240.rss)

| Form | Title | Date |
|---|---|---|
| SC TO-I/A | Tender Offer Acquisition Statement [Amended] (/Document/0001193125-13-260522/) | 2013-06-17 09:00:48 |
| SC TO-I/A | Tender Offer Acquisition Statement [Amended] (/Document/0001193125-13-256827/) | 2013-06-13 06:11:45 |

| | | |
|---|---|---|
| SC TO-I/A | Tender Offer Acquisition Statement [Amended] (/Document/0001193125-13-244630/) | 2013-06-03 12:02:15 |
| CORRESP | S.E.C. Correspondence Letter (/Document/0001193125-13-233015/) | 2013-05-23 13:44:25 |
| SC TO-I/A | Tender Offer Acquisition Statement [Amended] (/Document/0001193125-13-232997/) | 2013-05-23 13:39:57 |
| UPLOAD | Securities Filing Public Response (/Document/0000000000-13-027434/) | 2013-05-17 16:18:55 |
| SC TO-I | Tender Offer Acquisition Statement (/Document/0001193125-13-217879/) | 2013-05-14 06:44:10 |
| 11-K | Employee Stock Plan Annual Report (/Document/0000930413-08-003812/) | 2008-06-18 14:24:21 |
| 11-K | Employee Stock Plan Annual Report (/Document/0000930413-08-003811/) | 2008-06-18 14:22:00 |
| 10-K | Annual Report (/Document/0000950123-06-015189/) | 2006-12-14 15:11:27 |
| 25-NSE | Delisting (/Document/0000876661-06-001006/) | 2006-12-07 15:49:01 |
| 8-K | Current Report (/Document/0000898822-06-001443/) | 2006-12-06 17:21:01 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000142/) | 2006-11-30 21:48:43 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000141/) | 2006-11-30 21:46:26 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000140/) | 2006-11-30 21:44:50 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-06-062161/) | 2006-11-30 21:44:21 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-06-062160/) | 2006-11-30 21:44:14 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-06-062158/) | 2006-11-30 21:43:28 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000139/) | 2006-11-30 21:43:24 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-06-062157/) | 2006-11-30 21:43:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-06-062156/) | 2006-11-30 21:42:51 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-06-062155/) | 2006-11-30 21:41:53 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000138/) | 2006-11-30 21:35:47 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000136/) | 2006-11-30 21:33:30 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000134/) | 2006-11-30 21:29:30 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000132/) | 2006-11-30 21:20:53 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000130/) | 2006-11-30 21:18:18 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000128/) | 2006-11-30 21:13:33 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000126/) | 2006-11-30 21:03:28 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000124/) | 2006-11-30 21:00:19 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000123/) | 2006-11-30 20:59:15 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000121/) | 2006-11-30 20:55:39 |
| 15-12G | Notice of termination of registration of a class of securities under Section 12(g) (/Document/0000898822-06-001394/) | 2006-11-30 10:10:38 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000116/) | 2006-11-22 16:16:11 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000115/) | 2006-11-22 16:15:28 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000114/) | 2006-11-22 16:15:03 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000113/) | 2006-11-22 16:13:48 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000102/) | 2006-11-21 17:21:00 |
| 8-K | Current Report (/Document/0000898822-06-001352/) | 2006-11-17 20:58:03 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000100/) | 2006-11-17 17:54:41 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000099/) | 2006-11-17 17:52:53 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000096/) | 2006-11-17 17:40:24 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000094/) | 2006-11-17 17:37:24 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000092/) | 2006-11-17 17:24:56 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000090/) | 2006-11-17 17:22:54 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000088/) | 2006-11-17 17:21:46 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000086/) | 2006-11-17 17:16:47 |
| 25 | Securities Removal Notice (/Document/0000898822-06-001347/) | 2006-11-17 17:16:10 |
| 4 | Security Sale/Purchase Record (/Document/0001006240-06-000084/) | 2006-11-17 17:15:10 |
| 25 | Securities Removal Notice (/Document/0000898822-06-001345/) | 2006-11-17 17:14:39 |

[ 2 ] Next-> (/CIK/0001006240/2#documents)

1/20/2021 Case 1:20-cv-01228-CFC Document 25-20 Filed 01/20/21 Page 4 of 7 PageID #: 1428
Alcatel-Lucent Usa Inc. SEC Registration

0-50 of 727 Results

Page: **1** | 2 (/CIK/0001006240/2#documents) | 3 (/CIK/0001006240/3#documents) | 4 (/CIK/0001006240/4#documents) | 5 (/CIK/0001006240/5#documents) | 6 (/CIK/0001006240/6#documents) | 7 (/CIK/0001006240/7#documents) | 8 (/CIK/0001006240/8#documents) | 9 (/CIK/0001006240/9#documents) | 10 (/CIK/0001006240/10#documents) | 11 (/CIK/0001006240/11#documents) | 12 (/CIK/0001006240/12#documents) | 13 (/CIK/0001006240/13#documents) | 14 (/CIK/0001006240/14#documents) | 15 (/CIK/0001006240/15#documents) |

## Company Details

| | |
|---|---|
| Ticker | XNYS:LU (/Ticker/LU) |
| Market Cap | — |
| Net Income | — |
| Sales | — |
| Sector | — |
| Industry | — |
| Stock Style | — |
| Direct Investment | — |
| Dividend Re-Investment | — |

## Investor Relations

| | |
|---|---|
| Telephone | +1 908 582-8500 |
| Fax | +1 908 582-7826 |
| E-Mail | — |
| Website | www.lucent.com (http://www.lucent.com) [domain rank & analysis (https://domain.glass/www.lucent.com)] |

## Industry Codes

| | |
|---|---|
| ISIC | 2630: Manufacture of Communication Equipment |
| SIC | 4813: Telephone Communications, Except Radiotelephone |
| NAICS | 517311: — |

## Company Names & Stock Symbols

| | |
|---|---|
| LUCENT TECHNOLOGIES INC | LU |
| ALCATEL-LUCENT USA INC. | LU |

## Where To Trade LU

| Market / Outlet | Security | Exchange | Symbol | Type |
|---|---|---|---|---|

## Latest USPTO Trademark Filings (https://uspto.report/company/Alcatel-Lucent-Usa-Inc)

| Mark Image | Registration \| Serial | Trademark | Application Date |
|---|---|---|---|
| deepfield (https://uspto.report/TM/87172094) | 5320681 \| 87172094 | DEEPFIELD(https://uspto.report/TM/87172094) | 2016-09-15 |
| HUMAN DIGITAL ORCHESTRA (https://uspto.report/TM/87016084) | 87016084 | HUMAN DIGITAL ORCHESTRA(https://uspto.report/TM/87016084) | 2016-04-27 |
| IMPACT (https://uspto.report/TM/86534620) | 4944117 \| 86534620 | IMPACT(https://uspto.report/TM/86534620) | 2015-02-13 |

| KINDSIGHT (https://uspto.report/TM/86144511) | 4571774 | 86144511 | KINDSIGHT(https://uspto.report/TM/86144511) | 2013-12-16 |
| MOTIVESMART (https://uspto.report/TM/86000219) | 4480806 | 86000219 | MOTIVESMART(https://uspto.report/TM/86000219) | 2013-07-02 |
| CLOUD GENOME (https://uspto.report/TM/85810456) | 4379896 | 85810456 | CLOUD GENOME(https://uspto.report/TM/85810456) | 2012-12-26 |
| VITALNET (https://uspto.report/TM/85293662) | | 85293662 | VITALNET(https://uspto.report/TM/85293662) | 2011-04-13 |
| SWITCHITON (https://uspto.report/TM/77819141) | | 77819141 | SWITCHITON(https://uspto.report/TM/77819141) | 2009-09-03 |
| SWITCH IT ON...AND SWITCH IT OUT! (https://uspto.report/TM/77819144) | | 77819144 | SWITCH IT ON...AND SWITCH IT OUT!(https://uspto.report/TM/77819144) | 2009-09-03 |

## USPTO Patent Activity  (https://uspto.report/company/Alcatel-Lucent-Usa-Inc/patents)

| Patent Title | Patent Numbers | Status | Date |
|---|---|---|---|
| Backward propagation with compensation of some nonlinear effects of polarization mode dispersion(https://uspto.report/patent/grant/10887022) | 15624190 / 10887022 | grant  assignee | 2021-01-05 |
| Data plane for processing function scalability(https://uspto.report/patent/grant/10841233) | 15848277 / 10841233 | grant  assignee | 2020-11-17 |
| Controlled switching of multicast traffic between selective and inclusive routes based on number of multicast receivers(https://uspto.report/patent/grant/10833880) | 14559442 / 10833880 | grant  assignee | 2020-11-10 |
| User equipment using random access channel (RACH) parameters to adjust transmit power, and method of using the RACH parameters to adjust transmit power (https://uspto.report/patent/grant/10798748) | 16312628 / 10798748 | grant  assignee | 2020-10-06 |
| Public safety/security UE communication framework for prose via presence information(https://uspto.report/patent/grant/10791452) | 14573628 / 10791452 | grant  assignee | 2020-09-29 |
| Base station synchronization(https://uspto.report/patent/grant/10772055) | 14681963 / 10772055 | grant  assignee | 2020-09-08 |
| Usage authorization control for group communications in a communication network(https://uspto.report/patent/grant/10757149) | 14563006 / 10757149 | grant  assignee | 2020-08-25 |
| Systems and methods for multi-path communication over multiple radio access technologies(https://uspto.report/patent/grant/10742541) | 15219794 / 10742541 | grant  assignee | 2020-08-11 |
| Latency control in a passive optical network(https://uspto.report/patent/grant/10735098) | 15817831 / 10735098 | grant  assignee | 2020-08-04 |
| Low-complexity constellation shaping(https://uspto.report/patent/grant/10727951) | 15215013 / 10727951 | grant  assignee | 2020-07-28 |
| Method and apparatus for device management(https://uspto.report/patent/grant/10701111) | 14871480 / 10701111 | grant  assignee | 2020-06-30 |
| Virtualized application performance through disabling of unnecessary functions(https://uspto.report/patent/grant/10645064) | 14694015 / 10645064 | grant  assignee | 2020-05-05 |

## FCC Filings

| AS5BBTRX-29 (https://fccid.io/AS5BBTRX-29) | FCC ID: Original Equipment | 2016-06-15 |
| AS5BBTRX-28 (https://fccid.io/AS5BBTRX-28) | FCC ID: Original Equipment | 2016-03-08 |
| AS5BBTRX-15A (https://fccid.io/AS5BBTRX-15A) | FCC ID: Original Equipment | 2016-01-29 |
| AS5BBTRX-23 (https://fccid.io/AS5BBTRX-23) | FCC ID: Original Equipment | 2015-03-16 |

| | | |
|---|---|---|
| AS5BBTRX-21 (https://fccid.io/AS5BBTRX-21) | FCC ID: Original Equipment | 2015-02-02 |
| AS5BBTRX-22 (https://fccid.io/AS5BBTRX-22) | FCC ID: Original Equipment | 2015-01-27 |
| AS5BBTRX-19 (https://fccid.io/AS5BBTRX-19) | FCC ID: Original Equipment | 2014-06-05 |
| AS5BBTRX-18 (https://fccid.io/AS5BBTRX-18) | FCC ID: Original Equipment | 2014-04-02 |
| AS5BBTRX-17 (https://fccid.io/AS5BBTRX-17) | FCC ID: Original Equipment | 2014-01-09 |

U.S. Import Records [external site] (https://import.report/company/Alcatel-Lucent-Usa-Inc)

| Import ID | Shipment | Cargo Description | Quantity |
|---|---|---|---|
| 20190812112 (https://import.report/record/20190812112) | Shanghai ,China (Mainland) -> Long Beach, California | STEEL CONNECTOR | 13 CTN |
| 201904271525 (https://import.report/record/201904271525) | Shanghai ,China (Mainland) -> Long Beach, California | STEEL CONNECTOR | 13 CTN |
| 201903255582 (https://import.report/record/201903255582) | Shanghai ,China (Mainland) -> Long Beach, California | STEEL CONNECTOR | 13 CTN |
| 2019030822325 (https://import.report/record/2019030822325) | Shanghai ,China (Mainland) -> Long Beach, California | STEEL CONNECTOR | 13 CTN |
| 2019030245043 (https://import.report/record/2019030245043) | Shanghai ,China (Mainland) -> Long Beach, California | STEEL CONNECTOR | 13 CTN |
| 201902211294 (https://import.report/record/201902211294) | Yantian,China (Mainland) -> Los Angeles, California | UNINTERRUPTIBLE POWER SUPPLIES | 2240 CTN |
| 2019020828789 (https://import.report/record/2019020828789) | Yantian,China (Mainland) -> Los Angeles, California | UNINTERRUPTIBLE POWER SUPPLIES | 1440 CTN |
| 2019020828804 (https://import.report/record/2019020828804) | Yantian,China (Mainland) -> Los Angeles, California | UNINTERRUPTIBLE POWER SUPPLIES | 504 CTN |

Related SEC Filings - Alcatel-lucent (/CIK/Search/Alcatel-lucent)

| | |
|---|---|
| **ALCATEL-LUCENT USA INC. of DELAWARE** | 0001006240 (/CIK/0001006240) |
| Alcatel-Lucent Participations of FRANCE (/CIK/0001554119) | 0001554119 (/CIK/0001554119) |

Images from Recent SEC Filings

| | | |
|---|---|---|
| (/Document/0001193125-13-217879/) | (/Document/0001193125-13-217879/) | (/Document/0001193125-13-233015/) |
| (/Document/0001193125-13-233015/) | (/Document/0001193125-13-256827/) | (/Document/0001193125-13-256827/) |
| (/Document/0001193125-13-260522/) | (/Document/0001193125-13-260522/) | |

© 2021 SEC.report | Contact (https://sec.report/contact.php) | Privacy Policy (https://sec.report/privacy_policy.php) | API (https://sec.report/api.php) | (https://www.reddit.com/search/?q=site%3Asec.report) | (https://twitter.com/EdgarInsider)
SEC CFR Title 17 of the Code of Federal Regulations. (https://ecfr.io/Title-17/)