# EXHIBIT 21

# Google Maps

**600 Mountain Ave, New Providence, NJ 07974 to 844 N King St, Wilmington, DE 19801**

Drive 126 miles, 2 hr



Map data ©2021 Google   10 mi

## 600 Mountain Ave
New Providence, NJ 07974

### Get on I-78 E in Berkeley Heights from Glenside Rd
3 min (1.8 mi)

↑ 1. Head northeast on Mountain Ave

0.3 mi

↱ 2. Turn right onto Glenside Rd

0.7 mi

| | | |
|---|---|---|
| ↱ | 3.　Turn right onto Glenside Ave | |
| | | 0.5 mi |
| 人 | 4.　Turn right to merge onto I-78 E toward Newark | |
| | | 0.4 mi |

**Continue on I-78 E. Take Garden State Pkwy, I-95 S/NJ Turnpike S and NJ Tpke S to N Adams St in Wilmington. Take exit 7 from I-95 N/US-202 N**

1 hr 49 min (123 mi)

| | | |
|---|---|---|
| 人 | 5.　Merge onto I-78 E | |
| | | 3.2 mi |
| ⑂ | 6.　Use the right lane to keep right at the fork, stay on I-78 E and follow signs for Newark | |
| | | 0.7 mi |
| ↱ | 7.　Keep right to stay on I-78 E | |
| | | 3.8 mi |
| ↱ | 8.　Use the right lane to take exit 52 for G S Parkway | |
| | | 0.3 mi |
| ⑂ | 9.　Keep right at the fork, follow signs for Garden State Parkway S and merge onto Garden State Pkwy | |
| | | 13.5 mi |
| ↱ | 10.　Use the 2nd from the right lane to take exit 129 for I-95/US-9/N.J. Turnpike toward NJ-440/I-287/Woodbridge/Perth Amboy/Del. Memorial Bridge | |
| | | 0.3 mi |
| ↰ | 11.　Keep left, follow signs for I-95 S/NJ Turnpike<br>⚠ Toll road | |
| | | 0.8 mi |
| ⑂ | 12.　Keep left at the fork and merge onto I-95 S/NJ Turnpike S<br>⚠ Toll road | |
| | | 39.6 mi |
| ↑ | 13.　Continue onto NJ Tpke S/NJ Turnpike S<br>⚠ Toll road | |
| | | 48.8 mi |
| ⑂ | 14.　Keep left at the fork | |
| | | 0.4 mi |
| 人 | 15.　Merge onto NJ Tpke S<br>⚠ Toll road | |
| | | 1.5 mi |
| ↑ | 16.　Continue onto US-40 W/NJ Tpke S<br>⚠ Toll road | |
| | | 0.5 mi |

17. Merge onto I-295 S
   ⚠ Toll road
   ℹ Entering Delaware

   5.8 mi

18. Take the exit onto I-95 N/US-202 N toward Wilmington

   3.4 mi

19. Take exit 7 toward DE-52/Delaware Ave

   0.2 mi

### Take W 11th St to N King St

4 min (0.9 mi)

20. Use the right lane to merge onto N Adams St

   0.1 mi

21. Turn right onto W 11th St

   0.6 mi

22. Turn right onto N King St
   ℹ Destination will be on the left

   0.2 mi

# 844 N King St
Wilmington, DE 19801

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.