# EXHIBIT 24

# Locations

## Corporate Headquarters



### Avnet

2211 South 47th Street
Phoenix, AZ USA 85034

Phone: **480-643-2000**

### Accounts Receivable/Credit

**North America**

Credit card customers call **480-643-5600**
For credit reference call **480-643-2460**
Refer to your invoice for the credit telephone number.

### Corporate Procurement

non-inventory purchasing

**North America**
**The Corporate Procurement services team** is dedicated to lowering costs and driving the highest value thru standardization and leveraging our economies of scale for all capital, indirect expense and service purchases thru extensive commodity knowledge, delivering favorable contracts and pricing agreements to the Business Units.

### Accounts Payable

Customer Service

**North America**
Phone: **214-553-2112**
Accounts Payable email (mailto:APCustomerService@avnet.com)

### Investor Relations
Request information (http://ir.avnet.com/investor-contact)

### Corporate Communications / Public Relations

Global press contacts (http://news.avnet.com/press-contacts)
Webmaster (mailto:Webmaster@Avnet.com)

## Filter Locations

Select Region:

See All

This site uses cookies and other tracking technologies to assist with navigation and your ability to provide feedback, analyze your use of our products and services, assist with our promotional and marketing efforts, and provide content from third parties.

Cookies Settings

Accept Cookies



All Locations



This site uses cookies and other tracking technologies to assist with navigation and your ability to provide feedback, analyze your use of our products and services, assist with our promotional and marketing efforts, and provide content from third parties.

Cookies Settings



This site uses cookies and other tracking technologies to assist with navigation and your ability to provide feedback, analyze your use of our products and services, assist with our promotional and marketing efforts, and provide content from third parties.

Cookies Settings

Accept Cookies





This site uses cookies and other tracking technologies to assist with navigation and your ability to provide feedback, analyze your use of our products and services, assist with our promotional and marketing efforts, and provide content from third parties.

Cookies Settings

Accept Cookies

Hello! Let's Chat.

This site uses cookies and other tracking technologies to assist with navigation and your ability to provide feedback, analyze your use of our products and services, assist with our promotional and marketing efforts, and provide content from third parties.

Cookies Settings

Accept Cookies

Need Chat.







This site uses cookies and other tracking technologies to assist with navigation and your ability to provide feedback, analyze your use of our products and services, assist with our promotional and marketing efforts, and provide content from third parties.

Cookies Settings

Accept Cookies

Hello. Let's Chat.

This site uses cookies and other tracking technologies to assist with navigation and your ability to provide feedback, analyze your use of our products and services, assist with our promotional and marketing efforts, and provide content from third parties.

Cookies Settings

Accept Cookies

Hello. Let's Chat.

| « | < | 1 | 2 | 3 | 4 | 5 | > | » |

Showing 1 to 20 of 298 locations

### Bloomington, MN

When browsing and using our website, Avnet collects, stores and/or processes personal data. To ensure fair and transparent processing of your personal data and compliance with applicable laws on data protection, please read our Privacy and Data Protection Information (/wps/portal/us/about-avnet/data-protection-policy/) on your personal data. You can see what cookies we serve and how to set your own preferences in our Cookie Policy (/wps/portal/us/about-avnet/about-cookies/).

2740 American Blvd W.
Suite 150
Bloomington, MN 55431

| INVESTORS (HTTP://IR.AVNET.COM/) | NEWSROOM (HTTP://NEWS.AVNET.COM/) | CAREERS (/WPS/PORTAL/US/ABOUT-AVNET/CAREERS/) | SITEMAP (/WPS/PORTAL/US/ABOUT-AVNET/SITEMAP/) | LOCATIONS (/WPS/PORTAL/US/AVNET/LOCATIONS/) |

HUMAN RIGHTS (/WPS/PORTAL/US/ABOUT-AVNET/HUMAN-RIGHTS/) | PRIVACY (/WPS/PORTAL/US/ABOUT-AVNET/PRIVACY/) | COOKIES (/WPS/PORTAL/US/ABOUT-AVNET/ABOUT-COOKIES/) | LEGAL (/WPS/PORTAL/US/ABOUT-AVNET/LEGAL/) | ACCESSIBILITY (/WPS/PORTAL/US/ABOUT-AVNET/ACCESSIBILITY)

**AVNET**

(https://www.facebook.com/AvnetInc) (https://twitter.com/avnet) (https://www.linkedin.com/company/avnet) (https://news.avnet.com/resources/RSS-Feeds/default.aspx) (https://www.youtube.com/user/AvnetInc/)

Copyright ©2021 Avnet, Inc. All rights reserved.

This site uses cookies and other tracking technologies to assist with navigation and your ability to provide feedback, analyze your use of our products and services, assist with our promotional and marketing efforts, and provide content from third parties.

Cookies Settings

Accept Cookies

