# EXHIBIT 25

Public Access To Court Electronic Records

# PACER Case Locator

Log In ...
New Search
Saved Items
Settings
kb1477 [12308301-fuzylov]

- New Search
- Saved Items
- Court Information
- Settings
- kb1477 [12308301-fuzylov]

- 
- Party Search
- Advanced Search
- Search Results

Search Criteria: Party Search; Jurisdiction Type: [Civil]; Court ID: [DE]; Last Name: [xilinx]

Result Count: 29

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Xilinx Asia Pacific Pte. Ltd. (cc) | 1:2019cv02225 | Analog Devices, Inc. v. Xilinx, Inc. | Delaware District Court | 12/05/2019 | |
| Xilinx Inc. (pla) | 1:2009cv00886 | Xilinx Inc. v. LSI Corp. et al | Delaware District Court | 11/20/2009 | 04/08/2010 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Xilinx Inc. (cc) | 1:2010cv00645 | Intellitech Coproration v. Altera Corporation et al | Delaware District Court | 07/30/2010 | 10/14/2011 |
| | Xilinx Inc. (dft) | 1:2010cv00645 | Intellitech Coproration v. Altera Corporation et al | Delaware District Court | 07/30/2010 | 10/14/2011 |
| | Xilinx Inc. (dft) | 1:2011cv00770 | HSM Portfolio LLC et al v. Elpida Memory Inc. et al | Delaware District Court | 09/01/2011 | 03/15/2016 |
| | Xilinx Inc. (cc) | 1:2012cv00691 | Semcon Tech LLC v. Xilinx Inc. | Delaware District Court | 05/30/2012 | 08/05/2013 |
| | Xilinx Inc. (cd) | 1:2012cv00691 | Semcon Tech LLC v. Xilinx Inc. | Delaware District Court | 05/30/2012 | 08/05/2013 |
| | Xilinx Inc. (dft) | 1:2012cv00691 | Semcon Tech LLC v. Xilinx Inc. | Delaware District Court | 05/30/2012 | 08/05/2013 |
| | Xilinx Inc. (dft) | 1:2014cv00945 | PLL Technologies Inc. v. Xilinx Inc. | Delaware District Court | 07/17/2014 | 07/19/2017 |
| | Xilinx Inc. (dft) | 1:2014cv01376 | Papst Licensing GmbH & Co. KG v. Xilinx Inc. | Delaware District Court | 11/07/2014 | 02/24/2016 |
| | Xilinx, Inc. (cc) | 1:1995cv00242 | Altera Corporation v. Xilinx, Inc. | Delaware District Court | 04/20/1995 | 03/29/1996 |
| | Xilinx, Inc. (dft) | 1:1995cv00242 | Altera Corporation v. Xilinx, Inc. | Delaware District Court | 04/20/1995 | 03/29/1996 |
| | Xilinx, Inc. (dft) | 1:2010cv01065 | Intellectual Ventures I LLC et al v. Xilinx Inc. | Delaware District Court | 12/08/2010 | 05/02/2014 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Xilinx, Inc. (cd) | 1:2011cv00666 | Xilinx, Inc. v. Invention Investment Fund I LP et al | Delaware District Court | 07/28/2011 | 05/05/2014 |
| | Xilinx, Inc. (pla) | 1:2011cv00666 | Xilinx, Inc. v. Invention Investment Fund I LP et al | Delaware District Court | 07/28/2011 | 05/05/2014 |
| | Xilinx, Inc. (am) | 1:2012cv00769 | Parallel Iron LLC v. NetApp Inc. | Delaware District Court | 06/18/2012 | 03/31/2014 |
| | Xilinx, Inc. (dft) | 1:2016cv00773 | North Star Innovations Inc. v. Xilinx, Inc. | Delaware District Court | 09/02/2016 | 09/07/2016 |
| | Xilinx, Inc. (dft) | 1:2016cv01182 | North Star Innovations, Inc. v. Xilinx, Inc. | Delaware District Court | 12/13/2016 | 01/24/2017 |
| | Xilinx, Inc. (dft) | 1:2019cv01573 | Globalfoundries U.S. Inc. v. Xilinx, Inc. et al | Delaware District Court | 08/26/2019 | 11/08/2019 |
| | Xilinx, Inc. (dft) | 1:2019cv01576 | Globalfoundries U.S. Inc. v. Xilinx, Inc. et al | Delaware District Court | 08/26/2019 | 11/08/2019 |
| | Xilinx, Inc. (dft) | 1:2019cv01986 | Arbor Global Strategies LLC v. Xilinx, Inc. | Delaware District Court | 10/18/2019 | |
| | Xilinx, Inc. (dft) | 1:2019cv02225 | Analog Devices, Inc. v. Xilinx, Inc. | Delaware District Court | 12/05/2019 | |
| | Xilinx, Inc. (cc) | 1:2019cv02225 | Analog Devices, Inc. v. Xilinx, Inc. | Delaware District Court | 12/05/2019 | |
| | Xilinx, Inc. (dft) | 1:2020cv00601 | FG SRC LLC v. Xilinx, Inc. | Delaware District Court | 04/30/2020 | |
| | Xilinx, Inc. (dft) | 1:2020cv01228 | WSOU Investments, LLC v. Xilinx, Inc. | Delaware District Court | 09/16/2020 | |

|  | Xilinx, Inc. (dft) | 1:2020cv01229 | WSOU Investments, LLC v. Xilinx, Inc. | Delaware District Court | 09/16/2020 |  |
|--|--|--|--|--|--|--|
|  | Xilinx, Inc. (dft) | 1:2020cv01232 | WSOU Investments, LLC v. Xilinx, Inc. | Delaware District Court | 09/16/2020 |  |
|  | Xilinx, Inc. (dft) | 1:2020cv01231 | WSOU Investments, LLC v. Xilinx, Inc. | Delaware District Court | 09/16/2020 |  |
|  | Xilinx, Inc. (dft) | 1:2020cv01233 | WSOU Investments, LLC v. Xilinx, Inc. | Delaware District Court | 09/16/2020 |  |

**PACER Service Center**
**Receipt** 01/20/2021 12:15:48 1798828855

| **User** | kb1477 |
|--|--|
| **Client Code** | 12308301-fuzylov |
| **Description** | All Court Types Party Search |
|  | All Courts; Name xilinx; Court ID DE; Jurisdiction CV; Page: 1 |
| **Billable Pages** | 1 ($0.10) Print Receipt |

Icon Legend

|  | Save search to Saved Searches |
|--|--|
|  | Sort search results |
|  | Choose columns to display |
|  | Refine the current search |
|  | Download search results |
|  | Save case to Saved Cases |
|  | Remove case from Saved Cases |

# PACER FAQ