# EXHIBIT 27

## U.S. District Court — Judicial Caseload Profile

| DELAWARE | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 1,522 | 1,466 | 1,867 | 2,174 | 2,551 | 2,218 | | |
| | | Terminations | 2,143 | 1,697 | 1,611 | 2,037 | 2,244 | 2,370 | | |
| | | Pending | 2,090 | 1,856 | 2,112 | 2,250 | 2,558 | 2,445 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 45.7 | 51.3 | 18.8 | 2.0 | -13.1 | | 76 | 5 |
| | | Number of Judgeships | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | | Vacant Judgeship Months [2] | 0.0 | 0.0 | 6.8 | 24.0 | 2.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 381 | 367 | 467 | 544 | 638 | 555 | 24 | 2 |
| | | Civil | 358 | 334 | 441 | 518 | 600 | 529 | 14 | 2 |
| | | Criminal Felony | 15 | 27 | 20 | 21 | 31 | 23 | 92 | 6 |
| | | Supervised Release Hearings | 8 | 6 | 5 | 5 | 7 | 4 | 90 | 5 |
| | Pending Cases [2] | | 523 | 464 | 528 | 563 | 640 | 611 | 23 | 4 |
| | Weighted Filings [2] | | 604 | 526 | 652 | 870 | 1,093 | 971 | 2 | 1 |
| | Terminations | | 536 | 424 | 403 | 509 | 561 | 593 | 20 | 2 |
| | Trials Completed | | 20 | 13 | 15 | 13 | 16 | 23 | 14 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.0 | 12.9 | 12.0 | 12.0 | 9.7 | 6.7 | 13 | 1 |
| | | Civil [2] | 10.8 | 12.5 | 8.2 | 5.4 | 5.4 | 5.7 | 8 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 34.1 | 24.2 | 25.7 | 26.5 | 32.5 | 29.3 | 22 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 287 14.8 | 223 13.3 | 228 11.7 | 204 9.9 | 230 9.6 | 285 12.4 | 64 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.2 | 1.2 | 1.1 | 1.0 | | |
| | Jurors | Avg. Present for Jury Selection | 61.8 | 44.0 | 51.2 | 98.9 | 43.2 | 43.5 | | |
| | | Percent Not Selected or Challenged | 42.8 | 30.1 | 38.6 | 47.6 | 24.2 | 31.0 | | |

| 2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,114 | 22 | 75 | 167 | 1 | 3 | 19 | 201 | 46 | 884 | 90 | 8 | 598 |
| Criminal [1] | 90 | 1 | 23 | 36 | 15 | 7 | - | 3 | - | - | 3 | - | 2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 6,884 | 7,981 | 8,532 | 8,659 | 8,924 | 10,008 | | |
| | | Terminations | 7,085 | 6,650 | 7,178 | 7,795 | 8,231 | 8,307 | | |
| | | Pending | 6,424 | 7,689 | 9,020 | 9,850 | 10,503 | 12,173 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 45.4 | 25.4 | 17.3 | 15.6 | 12.1 | | 7 | 2 |
| | | Number of Judgeships | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | | Vacant Judgeship Months [2] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 492 | 570 | 609 | 619 | 637 | 715 | 12 | 3 |
| | | Civil | 406 | 495 | 533 | 536 | 546 | 632 | 7 | 2 |
| | | Criminal Felony | 49 | 38 | 39 | 37 | 45 | 44 | 77 | 11 |
| | | Supervised Release Hearings | 38 | 37 | 38 | 45 | 46 | 38 | 35 | 8 |
| | Pending Cases [2] | | 459 | 549 | 644 | 704 | 750 | 870 | 11 | 2 |
| | Weighted Filings [2] | | 486 | 504 | 538 | 594 | 607 | 598 | 18 | 4 |
| | Terminations | | 506 | 475 | 513 | 557 | 588 | 593 | 20 | 5 |
| | Trials Completed | | 12 | 11 | 10 | 9 | 10 | 6 | 85 | 14 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.7 | 13.2 | 17.3 | 19.0 | 14.7 | 11.2 | 59 | 8 |
| | | Civil [2] | 7.8 | 7.4 | 7.4 | 7.0 | 8.5 | 10.1 | 59 | 8 |
| | From Filing to Trial [2] (Civil Only) | | 31.6 | 24.6 | 26.1 | 29.7 | 25.3 | 29.3 | 22 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 477 9.1 | 496 7.6 | 501 6.4 | 550 6.3 | 1,341 14.4 | 1,440 13.1 | 66 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.4 | 1.4 | 1.3 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 60.8 | 72.9 | 57.6 | 67.2 | 74.7 | 89.8 | | |
| | | Percent Not Selected or Challenged | 42.9 | 49.1 | 38.9 | 26.7 | 53.4 | 59.9 | | |

| 2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 8,850 | 228 | 3,110 | 1,059 | 11 | 101 | 426 | 655 | 374 | 470 | 1,363 | 104 | 949 |
| Criminal [1] | 619 | 26 | 294 | 18 | 116 | 67 | 16 | 27 | 3 | 10 | 6 | 10 | 26 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."