# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>Plaintiff,<br><br>v.<br><br>**Xilinx, Inc.,**<br><br>Defendant. | C.A. No. 20-1228-CFC<br>C.A. No. 20-1229-CFC<br>C.A. No. 20-1231-CFC<br>C.A. No. 20-1232-CFC<br>C.A. No. 20-1233-CFC |

# DECLARATION OF CHRISTOPHER A. BUXTON IN SUPPORT OF
# XILINX, INC.'S MOTION TO TRANSFER VENUE

I, Christopher A. Buxton, hereby declare:

1. I am an attorney with the law firm of Jones Day, counsel for Xilinx, Inc. ("Xilinx") in this action. I make this declaration in the five above-captioned cases of *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Xilinx, Inc.* pending in the District of Delaware in support of Xilinx's Motion to Transfer these cases to the Northern District of California. Unless otherwise indicated, the following is based on my personal knowledge. If called as a witness, I could and would testify competently as to this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of the record of the case (D.I. 88) transferred from the Northern District of California to the District of Delaware in *Xilinx, Inc. v. Invention Investment Fund I LP, et al.*, C.A. No. 11-666-LPS (D. Del. July 29, 2011).

3. Attached hereto as Exhibit B is a true and correct copy of the Complaint (D.I. 1) filed in *Xilinx, Inc. v. LSI Corp., et al.*, C.A. No. 09-886-MMB (D. Del. Nov. 20, 2009).

4. Attached hereto as Exhibit C is a true and correct copy of Xilinx's Answering Brief in Opposition to Defendant's Motion to Dismiss or Transfer Declaratory Judgment Claims and to Dismiss Xilinx Patent Claims (D.I. 38) in *Xilinx, Inc. v. LSI Corp., et al.*, C.A. No. 09-886-MMB (D. Del. Feb. 16, 2010).

5. Attached hereto as Exhibit D is a true and correct copy of select pages of the LinkedIn webpage for Craig Etchegoyen, accessed on January 29, 2021, listing his location as Kailua-Kona, Hawaii.

6. Attached hereto as Exhibit E is a true and correct copy of select pages of the LinkedIn webpage for Stuart Shanus, accessed on January 29, 2021, listing his location as Los Angeles, California.

7. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Matt Hogan (D.I. 51-5), filed in *WSOU Investments LLC v. Dell Technologies Inc.*, C.A. No. 6:20-cv-00473 (W.D. Tex. Nov. 18, 2020).

8. Attached hereto as Exhibit G is a true and correct copy of select pages from each of the initial Complaints filed in *WSOU Investments, LLC v. Dell Technologies Inc.*, C.A. No. 6:20-cv-403 (W.D. Tex. May 18, 2020); *WSOU Investments, LLC v. Hewlett Packard Enterprise Company*, C.A. No. 6:20-cv-725 (W.D. Tex. Aug. 12, 2020); *WSOU Investments, LLC v. Juniper Networks, Inc.*, C.A. No. 6:20-cv-812 (W.D. Tex. Sept. 4, 2020); *WSOU Investments, LLC v. Arista Networks, Inc.*, C.A. No. 6:20-cv-1083 (W.D. Tex. Nov. 25, 2020); and *WSOU Investments, LLC v. Salesforce.com, Inc.*, C.A. No. 6:20-cv-1172 (W.D. Tex. Dec. 18, 2020).

9.     Attached hereto as Exhibit H is a true and correct copy of the DocketNavigator list of patent infringement cases filed by WSOU Investments, LLC against Juniper Networks, Inc., generated on February 3, 2021.

10.    Attached hereto as Exhibit I is a true and correct copy of the DocketNavigator list of patent infringement cases filed by WSOU Investments, LLC against Huawei Technologies Co., Ltd. and Huawei Investment & Holding Co., Ltd., generated on February 3, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this date:     February 3, 2021

By:                        */s/ Christopher A. Buxton*
                           Christopher A. Buxton
In:                        Dallas, Texas

## **CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, hereby certify that on February 3, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James M. Lennon, Esquire
> Devlin Law Firm LLC
> 1526 Gilpin Avenue
> Wilmington, DE 19806
> *jlennon@devlinlawfirm.com*
>
> *Attorneys for Plaintiff*

I further certify that on February 3, 2021, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

> Isaac Rabicoff, Esquire
> Rabicoff Law Firm LLC
> 5680 King Centre Drive, Suite 645
> Alexandria, VA 22315
> *isaac@rabilaw.com*

27308804.1

Jonathan K. Waldrop, Esquire
Darcy L. Jones, Esquire
Marcus A. Barber, Esquire
John W. Downing, Esquire
Heather S. Kim, Esquire
Jack Shaw , Esquire
ThucMinh Nguyen, Esquire
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
jshaw@kasowitz.com
tnguyen@kasowitz.com

Paul G. Williams, Esquire
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
pwilliams@kasowitz.com

Shelley Ivan, Esquire
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
sivan@kasowitz.com

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: February 3, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Beth A. Swadley (No. 6331)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>*agaza@ycst.com*<br>*rvrana@ycst.com*<br>*bswadley@ycst.com*<br><br>*Attorneys for Xilinx, Inc.* |

27308804.1

3