# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>Plaintiff,<br><br>v.<br><br>**Xilinx, Inc.,**<br><br>Defendant. | CA No. 20-1228-CFC<br>CA No. 20-1229-CFC<br>CA No. 20-1231-CFC<br>CA No. 20-1232-CFC<br>CA No. 20-1233-CFC |

## SUPPLEMENTAL DECLARATION OF XIN WU IN SUPPORT OF XILINX INC.'S MOTION TO TRANSFER

I, Xin Wu, hereby declare:

1.       I am currently employed by Defendant Xilinx, Inc. ("Xilinx") as Vice President, Silicon Technology.   I work in Xilinx's headquarters in San Jose, California and have been employed by Xilinx since May 1993.   I make this declaration in the five above-captioned cases of *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Xilinx, Inc.* pending in the District of Delaware in support of Xilinx's Motion to Transfer these cases to the Northern District of California.   Unless otherwise indicated, the following is based on my personal knowledge or corporate records maintained by Xilinx in the ordinary course of business.   If called as a witness, I could and would testify competently as to this declaration.

2.       Xilinx is recognized as a leader in the business of designing, developing, and marketing field programmable gate arrays (FPGAs) and other logic devices.   These FPGA and logic devices are used by entities in a variety of industries ("FPGA Customers").   The FPGA Customers incorporate the FPGAs and logic devices into their own products and may sell those products to their own customers ("Third Party Customers").

3.       I understand that in its brief opposing the motion to transfer, WSOU questioned whether the statement in my original declaration regarding sales of the accused products into Delaware included sales by distributors.   That sales

information included sales by Xilinx and its distributors.  In reviewing the sales data to confirm, Xilinx finance determined that sales of evaluation kits containing the accused products had been inadvertently excluded from the sales information. Accordingly, I must amend the statement in my December 9th declaration to reflect that there have been eighteen sales in Delaware of the accused products.  Two of those sales occurred after December 9, 2020.   The total sales by Xilinx and its distributors of the accused products into Delaware is $71,500.25.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this date: *February 2nd, 2021*

By:

Xin Wu
San Jose, California

In:

## <u>CERTIFICATE OF SERVICE</u>

I, Anne Shea Gaza, hereby certify that on February 3, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James M. Lennon, Esquire
> Devlin Law Firm LLC
> 1526 Gilpin Avenue
> Wilmington, DE 19806
> *jlennon@devlinlawfirm.com*
>
> *Attorneys for Plaintiff*

I further certify that on February 3, 2021, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

> Isaac Rabicoff, Esquire
> Rabicoff Law Firm LLC
> 5680 King Centre Drive, Suite 645
> Alexandria, VA 22315
> *isaac@rabilaw.com*

27308804.1

Jonathan K. Waldrop, Esquire
Darcy L. Jones, Esquire
Marcus A. Barber, Esquire
John W. Downing, Esquire
Heather S. Kim, Esquire
Jack Shaw , Esquire
ThucMinh Nguyen, Esquire
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
jshaw@kasowitz.com
tnguyen@kasowitz.com

Paul G. Williams, Esquire
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
pwilliams@kasowitz.com

Shelley Ivan, Esquire
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
sivan@kasowitz.com

*Attorneys for Plaintiff*

Dated:   February 3, 2021

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
(302) 571-6600
*agaza@ycst.com*
*rvrana@ycst.com*
*bswadley@ycst.com*

*Attorneys for Xilinx, Inc.*

27308804.1

3