IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 20-1228-CFC C.A. No. 20-1229-CFC C.A. No. 20-1231-CFC C.A. No. 20-1232-CFC C.A. No. 20-1233-CFC |
| Plaintiff, | | |
| v. | | |
| XILINX, INC., | | |
| Defendant. | | |

**WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF IN OPPOSITION TO XILINX, INC.'S <u>MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404</u>**

Dated:  February 10, 2021

| | |
|---|---|
| OF COUNSEL: | DEVLIN LAW FIRM LLC |
| | |
| Jonathan K. Waldrop | James Michael Lennon (No. 4570) |
| Darcy L. Jones | 1526 Gilpin Avenue |
| Marcus A. Barber | Wilmington, DE 19806 |
| ThucMinh Nguyen | (302) 449-9010 |
| John W. Downing | jlennon@devlinlawfirm.com |
| Heather S. Kim | |
| Jack Shaw | |
| KASOWITZ BENSON TORRES LLP | |
| 333 Twin Dolphin Drive, Suite 200 | |
| Redwood Shores, CA 94065 | |
| (650) 453-5170 | |

Shelley Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") hereby moves this Court for permission to file a sur-reply brief in opposition to Defendant Xilinx, Inc.'s ("Xilinx") motion to transfer venue to the Northern District of California pursuant to U.S.C. § 1404 ("Motion"), as to address a new key fact and related arguments in Xilinx's reply brief ("Reply").

## BACKGROUND

On September 16, 2020, WSOU commenced the above-captioned actions by filing five complaints against Xilinx for direct and indirect patent infringement of U.S. Patent Nos. 6,784,653, 7,068,950, 7,613,938, 7,903,971, and 9,312,838.

On December 23, 2020, Xilinx moved to transfer venue to the Northern District of California asserting that Xilinx had: (i) no connections to Delaware; and (ii) zero sales in Delaware. D.I. 17. On January 20, 2021, WSOU filed its opposition including a legal analysis based on Xilinx's factual assertions in the Motion. D.I. 23. On February 3, 2021, Xilinx filed its Reply stating for the first time that Xilinx had been selling the accused products in Delaware. D.I. 26.

Because this key fact was presented for the first time in Xilinx's Reply and WSOU has not had the opportunity to incorporate it in its analysis, the Court should grant WSOU's motion to file a sur-reply brief.

A copy of the sur-reply brief that WSOU is prepared to file upon the Court's permission is attached hereto as **Exhibit A**.

## **SUPPORTING LEGAL AUTHORITY**

Local Rule 7.1.2 requires WSOU to obtain Court approval to file a sur-reply brief. *See* L. R. 7.1.2. (b) (After briefing is complete, "no additional papers shall be filed absent court approval.").

This Court may grant leave to file sur-reply if it responds to new evidence, facts, or arguments. *See St. Clair Intellectual Prop. Consultants, Inc. v. Samsung Elecs. Co. Ltd.*, 291 F.R.D. 75, 80 (D. Del. 2013) (granting plaintiff's motion to file sur-reply where the brief was relatively short when addressing defendants' new evidence and allowed the Court "to more fully and fairly" evaluate defendants' pending motion); *Belden Techs., Inc. v. LS Corp.*, C.A. No. 08-823-SLR, 2010 WL 11205228, at *1 (D. Del. July 14, 2010) (granting plaintiff's motion to file sur-reply to address new evidence).

Other district courts in the Third Circuit have similarly permitted the filing of sur-reply as a discretionary matter. *See e.g., Walsh v. Irvin Stern's Costumes*, C.A. No. 05-2515, 2006 WL 166509, at *12 (E.D. Pa. Jan. 19, 2006) (granting plaintiff's motion to file sur-reply where the brief addressed new evidence and arguments).

Here, WSOU is asking the Court for permission to file a sur-reply brief as to incorporate in its analysis the new key fact that Xilinx has been selling the accused products in Delaware, and further demonstrate that Xilinx's motion to transfer venue

must be denied. WSOU's sur-reply will thus allow the Court to more fully and fairly evaluate Xilinx's pending Motion.

Accordingly, the Court should grant WSOU's motion to file a sur-reply brief.

## CONCLUSION

For the foregoing reasons, WSOU respectfully requests that this Court permit the filing of the sur-reply brief attached hereto as Exhibit A.

Dated: February 10, 2021

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
Jack Shaw
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Shelley Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080

Respectfully submitted,

DEVLIN LAW FIRM LLC

By:  /s/ *James Michael Lennon*

James Michael Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

3

## **WORD COUNT CERTIFICATION**

The undersigned counsel hereby certifies that WSOU Investments, LLC d/b/a Brazos Licensing and Development's Unopposed Motion for Leave to File Sur-Reply Brief In Opposition to Xilinx, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 contains 507 words, which were counted by James Michael Lennon by using the word count feature in Microsoft Word, in 14-point Times New Roman font.  The foregoing word count does not include the cover page or the counsel blocks.

Dated: February 10, 2021         */s/ James Michael Lennon*
                                 James Michael Lennon (No. 4570)

## RULE 7.1.1 CERTIFICATE

The undersigned attorney hereby certifies that counsel for movant have made a reasonable effort to reach agreement with the opposing counsel on the matters set forth in the motion.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 10, 2021, via the Court's CM/ECF system.

*/s/ James Michael Lennon*
James Michael Lennon (No. 4570)