IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) | C.A. No. 20-1228-CFC |
| | ) | C.A. No. 20-1229-CFC |
| Plaintiff, | ) | C.A. No. 20-1231-CFC |
| | ) | C.A. No. 20-1232-CFC |
| v. | ) | C.A. No. 20-1233-CFC |
| | ) | |
| XILINX, INC., | ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF**

WHEREAS, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") has moved for leave (the "Motion") to file a sur-reply brief in opposition to Defendant Xilinx, Inc.'s ("Xilinx") motion to transfer venue, attached as Exhibit A to the Motion.

WHEREAS, the Court has considered the Motion, and finds good cause to grant the Motion.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is GRANTED and Exhibit A to the Motion is hereby entered as WSOU's sur-reply.

DATE: _____

_____
THE HONORABLE COLM F. CONNOLLY
UNITED STATE DISTRICT JUDGE