IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>            Plaintiff,<br><br>v.<br><br>XILINX, INC.,<br><br>            Defendant. | C.A. No. 1:20-01228-CFC<br>C.A. No. 1:20-01229-CFC<br>C.A. No. 1:20-01231-CFC<br>C.A. No. 1:20-01232-CFC<br>C.A. No. 1:20-01233-CFC |

**WSOU INVESTMENTS, LLC'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT XILINX, INC.'S MOTIONS TO TRANSFER**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") respectfully requests oral argument on Defendant Xilinx, Inc's ("Xilinx") Motions to Transfer Venue Pursuant to 28 U.S.C. § 1404 (D.I. 16 in C.A. 20-1228; D.I. 16 in C.A. 20-1229; D.I. 16 in C.A. 20-1231; D.I. 16 in C.A. 20-1232; and D.I. 15 in C.A. 12-1233).

Dated: February 12, 2021

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
Jack Shaw

D<small>EVLIN</small> L<small>AW</small> F<small>IRM</small> LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*

KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
tnguyen@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
jshaw@kasowitz.com

Shelley Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
sivan@kasowitz.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
pwilliams@kasowitz.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 12, 2021, via the Court's CM/ECF system.

*/s/ James M. Lennon*
James M. Lennon (No. 4570)