# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>XILINX, INC.,<br><br>　　　　　　Defendant. | C.A. No. 20-1228-CFC-JLH<br>C.A. No. 20-1229-CFC-JLH<br>C.A. No. 20-1231-CFC-JLH<br>C.A. No. 20-1232-CFC-JLH<br>C.A. No. 20-1233-CFC-JLH |

## **STIPULATION AND PROPOSED ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Xilinx, Inc., through their undersigned counsel and subject to the approval of the Court, that the time for the parties to file a proposed Scheduling Order and joint letter in the above captioned actions shall be extended to August 2, 2021.

The reason for this stipulation is to allow the parties additional time to attempt to resolve disputes that have arisen regarding the terms of the Proposed Scheduling Order. The requested extensions should not disrupt the schedule in this case, as a Rule 16 conference has not been scheduled in this matter.

Dated: July 29, 2021

| | |
|---|---|
| DEVLIN LAW FIRM LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ James M. Lennon* | */s/ Beth A. Swadley* |
| James M. Lennon (No. 4570) | Anne Shea Gaza (No. 4093) |
| 1526 Gilpin Avenue | Robert M. Vrana (No. 5666) |
| Wilmington, DE 19806 | Beth A. Swadley (No. 6331) |
| Phone: (302) 449-9010 | Rodney Square |
| Fax: (302) 353-4251 | 1000 N. King Street |
| jlennon@devlinlawfirm.com | Wilmington, Delaware 19801 |
| | (302) 571-6600 |
| OF COUNSEL: | agaza@ycst.com |
| | rvrana@ycst.com |
| Jonathan K. Waldrop | bswadley@ycst.com |
| jwaldrop@kasowitz.com | |
| Darcy L. Jones | OF COUNSEL: |
| djones@kasowitz.com | |
| Marcus A. Barber | Hilda C. Galvan |
| mbarber@kasowitz.com | JONES DAY |
| John W. Downing | 2727 North Harwood Street |
| jdowning@kasowitz.com | Dallas, TX 75201-1515 |
| Heather S. Kim | (214) 969-4556 |
| hkim@kasowitz.com | hcgalvan@jonesday.com |
| Jack Shaw | |
| jshaw@kasowitz.com | David B. Cochran |
| ThucMinh Nguyen | JONES DAY |
| tnguyen@kasowitz.com | 901 Lakeside Avenue |
| KASOWITZ BENSON TORRES LLP | Cleveland, Ohio 44114-1190 |
| 333 Twin Dolphin Drive, Suite 200 | (216) 586-7029 |
| Redwood Shores, CA 94065 | dcochran@jonesday.com |
| Telephone: (650) 453-5170 | |
| Facsimile: (650) 453-5171 | Thomas W. Ritchie |
| | JONES DAY |
| Shelley Ivan | 77 West Wacker Dr. |
| sivan@kasowitz.com | Chicago, IL 60601-1692 |
| KASOWITZ BENSON TORRES LLP | (312) 269-4003 |
| 1633 Broadway | twritchie@jonesday.com |
| New York, NY 10019 | |
| (212) 506-1700 | *Attorneys for Xilinx, Inc.* |

Paul G. Williams
pwilliams@kasowitz.com
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

*Attorneys for Plaintiff*

        SO ORDERED this _____ day of July, 2021.

                                      _____
                                      United States Magistrate Judge