# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>                Plaintiff,<br><br>   v.<br><br>XILINX, INC.,<br><br>                Defendant. | C.A. No. 20-1228-CFC-JLH<br>C.A. No. 20-1229-CFC-JLH<br>C.A. No. 20-1231-CFC-JLH<br>C.A. No. 20-1232-CFC-JLH<br>C.A. No. 20-1233-CFC-JLH |

## **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, the parties' proposed Protective Order and proposed Stipulation and Proposed Order Regarding Discovery, Including Discovery of Electronically Stored Information ("ESI Order") are due to be filed by August 25, 2021;

WHEREAS, the parties would benefit from additional time to negotiate the provisions of the proposed Protective Order and proposed ESI Order to try and resolve disputes;

WHEREAS, the parties have agreed, subject to the approval of the Court, that if there are any remaining disputes regarding the proposed Protective Order or proposed ESI Order that they will file a Motion for Teleconference to Resolve [Discovery/Protective Order] Disputes, pursuant to the paragraph 8(g) of the Scheduling Order, by August 27, 2021;

WHEREAS, the parties have agreed, subject to the approval of the Court, that any disputed provisions of the proposed Protective Order and proposed ESI Order shall be submitted to the Court through one round of simultaneous 3-page letter briefs, which shall be submitted to the Court by 10:00 am on September 1, 2021; and

WHEREAS, the parties respectfully request, subject to the approval of the Court, that any disputes regarding the proposed Protective Order and proposed ESI Order be heard during the Scheduling Conference to take place on September 3, 2021.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through the undersigned counsel and subject to the approval of the Court, as follows:

(1) The parties will file the proposed Protective Order and ESI Order or the Joint Motion for Teleconference on August 27, 2021;

(2) If necessary, the parties will file one round of simultaneous 3-page letter briefs for any proposed Protective Order or proposed ESI Order disputes by 10:00 am on September 1, 2021; and

(3) If necessary, any disputes will be heard at the September 3, 2021 Scheduling Conference.

Dated: August 25, 2021

| DEVLIN LAW FIRM LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ James M. Lennon* | */s/ Beth A. Swadley* |
| James M. Lennon (No. 4570) | Anne Shea Gaza (No. 4093) |
| 1526 Gilpin Avenue | Robert M. Vrana (No. 5666) |
| Wilmington, DE 19806 | Beth A. Swadley (No. 6331) |
| Phone: (302) 449-9010 | Rodney Square |
| Fax: (302) 353-4251 | 1000 N. King Street |
| jlennon@devlinlawfirm.com | Wilmington, Delaware 19801 |
| | (302) 571-6600 |
| OF COUNSEL: | agaza@ycst.com |
| | rvrana@ycst.com |
| Jonathan K. Waldrop | bswadley@ycst.com |
| jwaldrop@kasowitz.com | |
| Darcy L. Jones | OF COUNSEL: |
| djones@kasowitz.com | |
| Marcus A. Barber | Hilda C. Galvan |
| mbarber@kasowitz.com | Christopher A. Buxton |
| John W. Downing | JONES DAY |
| jdowning@kasowitz.com | 2727 North Harwood Street |
| Heather S. Kim | Dallas, TX 75201-1515 |
| hkim@kasowitz.com | (214) 969-4556 |
| Jack Shaw | hcgalvan@jonesday.com |
| jshaw@kasowitz.com | cbuxton@jonesday.com |
| ThucMinh Nguyen | |
| tnguyen@kasowitz.com | David B. Cochran |
| KASOWITZ BENSON TORRES LLP | JONES DAY |
| 333 Twin Dolphin Drive, Suite 200 | 901 Lakeside Avenue |
| Redwood Shores, CA 94065 | Cleveland, OH 44114-1190 |
| Telephone: (650) 453-5170 | (216) 586-7029 |
| Facsimile: (650) 453-5171 | dcochran@jonesday.com |

| | |
|---|---|
| Shelley Ivan<br>sivan@kasowitz.com<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-170 | Thomas W. Ritchie<br>JONES DAY<br>77 West Wacker Drive<br>Chicago, IL 60601-1692<br>(312) 269-4003<br>twritchie@jonesday.com |
| Paul G. Williams<br>pwilliams@kasowitz.com<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street N.E., Suite 2445<br>Atlanta, GA 30309<br>(404) 260-6080 | Stephanie M. Mishaga<br>JONES DAY<br>4655 Executive Dr., Suite 1500<br>San Diego, CA 92121-3134<br>(858) 703-3140<br>smishaga@jonesday.com |
| *Attorneys for Plaintiff* | *Attorneys for Xilinx, Inc.* |

SO ORDERED this _____ day of August, 2021.

_____
United States Magistrate Judge