# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>XILINX, INC.,<br><br>　　　　　　　Defendant. | C.A. No. 20-1228-CFC-JLH<br>(Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 29, 2021, copies of *Defendant Xilinx, Inc.'s Core Technical Documents* were caused to be served on the following counsel of record in the manner indicated below:

### BY E-MAIL/FTP

James M. Lennon, Esquire
Peter Mazur, Esquire
Andrew Demarco, Esquire
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
jlennon@devlinlawfirm.com
pmazur@devlinlawfirm.com
ademarco@devlinlawfirm.com
DLF-DE-Assoc@devlinlawfirm.com

Isaac Rabicoff, Esquire
Rabicoff Law Firm LLC
5680 King Centre Drive, Suite 645

Alexandria, VA 22315
isaac@rabilaw.com

Jonathan K. Waldrop, Esquire
Darcy L. Jones, Esquire
Marcus A. Barber, Esquire
John W. Downing, Esquire
Heather S. Kim, Esquire
Jack Shaw, Esquire
ThucMinh Nguyen, Esquire
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
jshaw@kasowitz.com
tnguyen@kasowitz.com

Paul G. Williams, Esquire
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
pwilliams@kasowitz.com

Shelley Ivan, Esquire
Hershy Stern, Esquire
Joshua A. Whitehill, Esquire
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
sivan@kasowitz.com
hstern@kasowitz.com
jwhitehill@kasowitz.com
WSOUvXilinx@kasowitz.com

*Attorneys for Plaintiff*

PLEASE TAKE FURTHER NOTICE that the undersigned hereby certifies that on September 29, 2021, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record and served via electronic mail upon the above-listed counsel.

| | |
|---|---|
| Dated: September 29, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| | /s/ Beth A. Swadley |
| Hilda C. Galvan | Anne Shea Gaza (No. 4093) |
| Christopher A. Buxton | Robert M. Vrana (No. 5666) |
| JONES DAY | Beth A. Swadley (No. 6331) |
| 2727 North Harwood Street | Rodney Square |
| Dallas, TX 75201 | 1000 North King Street |
| (214) 969-4556 | Wilmington, DE 19801 |
| hcgalvan@jonesday.com | (302) 571-6600 |
| cbuxton@jonesday.com | agaza@ycst.com |
| | rvrana@ycst.com |
| David B. Cochran | bswadley@ycst.com |
| JONES DAY | |
| North Point 901 Lakeside Avenue | *Attorneys for Xilinx, Inc.* |
| Cleveland, Ohio 44114 | |
| (216) 586-7029 | |
| dcochran@jonesday.com | |
| | |
| Thomas W. Ritchie | |
| JONES DAY | |
| 77 West Wacker, Suite 3500 | |
| Chicago, Illinois 60601 | |
| (312) 269-4003 | |
| twritchie@jonesday.com | |
| | |
| Stephanie M. Mishaga | |
| JONES DAY | |
| 4655 Executive Drive, Suite 1500 | |

San Diego, California 92121
(858) 703-3140
smishaga@jonesday.com