# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br> v.<br><br>XILINX, INC.,<br><br>    Defendant. | C.A. No. 20-1228-CFC-JLH (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 4, 2021, copies of *Defendant Xilinx, Inc.'s Initial Disclosures Pursuant to Paragraph 3 of the Stipulation and Order Regarding Discovery (D.I. 55)* were caused to be served on the following counsel of record in the manner indicated below:

### BY E-MAIL

James M. Lennon, Esquire
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
jlennon@devlinlawfirm.com

Isaac Rabicoff, Esquire
RABICOFF LAW FIRM LLC
5680 King Centre Drive, Suite 645
Alexandria, VA 22315
isaac@rabilaw.com

>Jonathan K. Waldrop, Esquire
>Darcy L. Jones, Esquire
>Marcus A. Barber, Esquire
>John W. Downing, Esquire
>Heather S. Kim, Esquire
>Jack Shaw, Esquire
>ThucMinh Nguyen, Esquire
>KASOWITZ BENSON TORRES LLP
>333 Twin Dolphin Drive, Suite 200
>Redwood Shores, California 94065
>jwaldrop@kasowitz.com
>djones@kasowitz.com
>mbarber@kasowitz.com
>jdowning@kasowitz.com
>hkim@kasowitz.com
>jshaw@kasowitz.com
>tnguyen@kasowitz.com
>
>Paul G. Williams, Esquire
>KASOWITZ BENSON TORRES LLP
>1230 Peachtree Street N.E., Suite 2445
>Atlanta, Georgia 30309
>pwilliams@kasowitz.com
>
>Shelley Ivan, Esquire
>Hershy Stern, Esquire
>Joshua A. Whitehill, Esquire
>KASOWITZ BENSON TORRES LLP
>1633 Broadway
>New York, NY 10019
>sivan@kasowitz.com
>hstern@kasowitz.com
>jwhitehill@kasowitz.com
>
>*Attorneys for Plaintiff*

PLEASE TAKE FURTHER NOTICE that the undersigned hereby certifies that on October 4, 2021, a true and correct copy of this Notice of Service was

electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record and served via electronic mail upon the above-listed counsel.

Dated: October 4, 2021

OF COUNSEL:

Hilda C. Galvan
Christopher A. Buxton
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
(214) 969-4556
hcgalvan@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY
North Point 901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-7029
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY
77 West Wacker, Suite 3500
Chicago, Illinois 60601
(312) 269-4003
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
(858) 703-3140
smishaga@jonesday.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Beth A. Swadley
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
bswadley@ycst.com

*Attorneys for Xilinx, Inc.*