# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>           Plaintiff,<br><br>   v.<br><br>XILINX, INC.,<br><br>           Defendant. | C.A. No. 20-1228-CFC-JLH<br>(consolidated) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant Xilinx, Inc., through their undersigned counsel and subject to the approval of the Court, that the time for WSOU to serve its Disclosures pursuant to Paragraph 3 of the Stipulation and Order Regarding Discovery, Including Discovery of Electronically Stored Information (ESI) (D.I. 55) shall be extended to October 11, 2021.

Dated: October 5, 2021

| | |
|---|---|
| DEVLIN LAW FIRM LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ James M. Lennon* | */s/ Anne Shea Gaza* |
| James M. Lennon (No. 4570) | Anne Shea Gaza (No. 4093) |
| 1526 Gilpin Avenue | Robert M. Vrana (No. 5666) |
| Wilmington, DE 19806 | Beth A. Swadley (No. 6331) |
| Phone: (302) 449-9010 | Rodney Square |
| Fax: (302) 353-4251 | 1000 N. King Street |
| jlennon@devlinlawfirm.com | Wilmington, Delaware 19801 |
| | (302) 571-6600 |
| OF COUNSEL: | agaza@ycst.com |
| | rvrana@ycst.com |
| Jonathan K. Waldrop | bswadley@ycst.com |
| jwaldrop@kasowitz.com | |
| Darcy L. Jones | OF COUNSEL: |
| djones@kasowitz.com | |
| Marcus A. Barber | Hilda C. Galvan |
| mbarber@kasowitz.com | JONES DAY |
| John W. Downing | 2727 North Harwood Street |
| jdowning@kasowitz.com | Dallas, TX 75201-1515 |
| Heather S. Kim | (214) 969-4556 |
| hkim@kasowitz.com | hcgalvan@jonesday.com |
| Jack Shaw | |
| jshaw@kasowitz.com | David B. Cochran |
| ThucMinh Nguyen | JONES DAY |
| tnguyen@kasowitz.com | 901 Lakeside Avenue |
| KASOWITZ BENSON TORRES LLP | Cleveland, Ohio 44114-1190 |
| 333 Twin Dolphin Drive, Suite 200 | (216) 586-7029 |
| Redwood Shores, CA 94065 | dcochran@jonesday.com |
| Telephone: (650) 453-5170 | |
| Facsimile: (650) 453-5171 | Thomas W. Ritchie |
| | JONES DAY |
| Shelley Ivan | 77 West Wacker Dr. |
| sivan@kasowitz.com | Chicago, IL 60601-1692 |
| KASOWITZ BENSON TORRES LLP | (312) 269-4003 |
| 1633 Broadway | twritchie@jonesday.com |
| New York, NY 10019 | |
| (212) 506-1700 | Stephanie M. Mishaga |

| | |
|---|---|
| Paul G. Williams<br>pwilliams@kasowitz.com<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street N.E., Suite 2445<br>Atlanta, GA 30309<br>Telephone: (404) 260-6080<br>Facsimile: (404) 260-6081<br><br>*Attorneys for Plaintiff* | JONES DAY<br>4655 Executive Dr., Suite 1500<br>San Diego, CA 92121-3134<br>(858) 703-3140<br>smishaga@jonesday.com<br><br>*Attorneys for Xilinx, Inc.* |

      SO ORDERED this _____ day of October, 2021.


_____
The Honorable Jennifer L. Hall
United States Magistrate Judge