# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>                   Plaintiff,<br><br>   v.<br><br>XILINX, INC.,<br><br>                   Defendant. | C.A. No. 20-1228-CFC-JLH (Consolidated) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Jonathan McNeal Smith, Esquire of Jones Day, to represent Defendant Xilinx, Inc. in the above-captioned action.

Dated: October 6, 2021

OF COUNSEL:

Hilda C. Galvan
Christopher A. Buxton
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
(214) 969-4556
hcgalvan@jonesday.com
cbuxton@jonesday.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Beth A. Swadley*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com

David B. Cochran  
JONES DAY  
North Point 901 Lakeside Avenue  
Cleveland, Ohio 44114  
(216) 586-7029  
dcochran@jonesday.com  

Thomas W. Ritchie  
JONES DAY  
77 West Wacker, Suite 3500  
Chicago, Illinois 60601  
(312) 269-4003  
twritchie@jonesday.com  

Stephanie M. Mishaga  
JONES DAY  
4655 Executive Drive, Suite 1500  
San Diego, California 92121  
(858) 703-3140  
smishaga@jonesday.com  

Jonathan McNeal Smith  
JONES DAY  
555 South Flower Street  
Fiftieth Floor  
Los Angeles, CA 90071  
(213) 243-2559  
jonathansmith@jonesday.com  

rvrana@ycst.com  
bswadley@ycst.com  

*Attorneys for Xilinx, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Jonathan McNeal Smith, Esquire, is GRANTED.

Date: _____, 2021

_____
United States Magistrate Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: 06 Oct. 2021

Jonathan McNeal Smith
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2559
jonathansmith@jonesday.com

## **CERTIFICATE OF SERVICE**

I, Beth A. Swadley, hereby certify that on October 6, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James M. Lennon, Esquire
>DEVLIN LAW FIRM LLC
>1526 Gilpin Avenue
>Wilmington, DE 19806
>jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*

I further certify that on October 6, 2021, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

>Isaac Rabicoff, Esquire
>RABICOFF LAW FIRM LLC
>5680 King Centre Drive, Suite 645
>Alexandria, VA 22315
>isaac@rabilaw.com

>Jonathan K. Waldrop, Esquire
>Darcy L. Jones, Esquire
>Marcus A. Barber, Esquire
>John W. Downing, Esquire
>Heather S. Kim, Esquire
>Jack Shaw, Esquire
>ThucMinh Nguyen, Esquire
>KASOWITZ BENSON TORRES LLP
>333 Twin Dolphin Drive, Suite 200
>Redwood Shores, California 94065
>jwaldrop@kasowitz.com

djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
jshaw@kasowitz.com
tnguyen@kasowitz.com

Paul G. Williams, Esquire
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
pwilliams@kasowitz.com

Shelley Ivan, Esquire
Hershy Stern, Esquire
Joshua A. Whitehill, Esquire
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
sivan@kasowitz.com
hstern@kasowitz.com
jwhitehill@kasowitz.com
*Attorneys for Plaintiff*

Dated:   October 6, 2021

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Beth A. Swadley*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
(302) 571-6600
*agaza@ycst.com*
*rvrana@ycst.com*
*bswadley@ycst.com*

*Attorneys for Xilinx, Inc.*