## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>                    Plaintiff,<br><br>          v.<br><br>XILINX, INC.,<br><br>                    Defendant. | C.A. No. 20-1228-CFC-JLH (consolidated) |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on October 11, 2021, copies of

*Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's*

*Disclosures Pursuant to Paragraph 3 of Stipulation and Order Regarding*

*Discovery,* were caused to be served upon the following counsel in the manner

indicated:

**<u>BY E-MAIL</u>:**

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

Hilda C. Galvan
Christopher A. Buxton
JONES DAY (Dallas, TX)
hcgalvan@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY (Cleveland, OH)
dcochran@jonesday.com

Thomas W. Ritchie

bswadley@ycst.com

JONES DAY (Chicago, IL)
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY (San Diego, CA)
smishaga@jonesday.com

Dated: October 12, 2021

DEVLIN LAW FIRM LLC

OF COUNSEL:

*/s/ James M. Lennon*
James M. Lennon (No. 4570)

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
Jack Shaw
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*
*WSOU Investments LLC d/b/a*
*Brazos Licensing and Development*

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080