# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>     Plaintiff,<br><br>  v.<br><br>XILINX, INC.,<br><br>     Defendant. | C.A. No. 20-1228-CFC-JLH (consolidated) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Howard L. Bressler and Bradley P. Lerman, Esquire, of Kasowitz Benson Torres LLP, to represent Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development in the above-captioned actions.

Dated:  October 12, 2021

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
Jack Shaw
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
(650) 453-5170

Shelley Ivan
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
(404) 260-6080

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 440-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Howard L. Bressler and Bradley P. Lerman, Esquire is GRANTED.

Date: _____, 2021

_____
United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  October 12, 2021       */s/ Howard L. Bressler*
                               Howard L. Bressler
                               KASOWITZ BENSON TORRES LLP
                               1633 Broadway
                               New York, New York 10019
                               (212) 506-1704
                               hbressler@kasowitz.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.


Dated:  October 12, 2021       */s/ Bradley P. Lerman*
                                  Bradley P. Lerman
                                  KASOWITZ BENSON TORRES LLP
                                  1633 Broadway
                                  New York, New York 10019
                                  (212) 506-3388
                                  blerman@kasowitz.com