# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br> v.<br><br>XILINX, INC.,<br><br>    Defendant. | C.A. No. 20-1228-CFC-JLH (consolidated) |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE PROTECTIVE ORDER AND SCHEDULING ORDER DISPUTES

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant Xilinx, Inc. ("Xilinx") respectfully move this Court to schedule a teleconference to address the following outstanding dispute regarding the Protective Order (D.I. 64) and Scheduling Order (D.I. 63):

- Xilinx issue: Xilinx's objection pursuant to the Protective Order in this case to WSOU providing Lloyd Linder, one of WSOU's five technical experts, access to Xilinx's Protected Material, including HIGHLY CONFIDENTIAL – SOURCE CODE. Mr. Linder's disclosure, in accordance with the Protective Order, was completed on October 13, 2021.

- WSOU issue: WSOU's request to for a reasonable extension of the deadline for WSOU to serve initial infringement contentions in light of the dispute over review of Xilinx's Protected Material.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on October 14, 2021.

Delaware Counsel:

    Peter A. Mazur for Plaintiff

    Beth Swadley for Defendant

    Anne Shea Gaza for Defendant

Lead Counsel:

    Joshua Whitehill for Plaintiff

    Bradley P. Lerman for Plaintiff

    Thomas Ritchie for Defendant

    Jonathan McNeal Smith for Defendant

The parties are available for a teleconference on the following dates: October 21, 22, or 25.

Dated: October 18, 2021

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | DEVLIN LAW FIRM LLC |
| | |
| */s/ Anne Shea Gaza* | */s/ James M. Lennon* |
| Anne Shea Gaza (No. 4093) | James M. Lennon (No. 4570) |
| Robert M. Vrana (No. 5666) | 1526 Gilpin Avenue |
| Beth A. Swadley (No. 6331) | Wilmington, DE 19806 |
| Rodney Square | (302) 449-9010 |
| 1000 North King Street | jlennon@devlinlawfirm.com |
| Wilmington, DE 19801 | |
| (302) 571-6600 | *Attorneys for Plaintiff* |
| agaza@ycst.com | *WSOU Investments LLC d/b/a* |
| rvrana@ycst.com | *Brazos Licensing and Development* |
| bswadley@ycst.com | |
| | OF COUNSEL: |
| *Attorneys for Defendant Xilinx, Inc.* | |
| | Jonathan K. Waldrop |
| OF COUNSEL: | Darcy L. Jones |
| | Marcus A. Barber |
| Hilda C. Galvan | ThucMinh Nguyen |
| Christopher A. Buxton | John W. Downing |
| JONES DAY | Heather S. Kim |
| 2727 North Harwood Street | Jack Shaw |
| Dallas, TX 75201 | KASOWITZ BENSON TORRES LLP |
| (214) 969-4556 | 333 Twin Dolphin Drive, Suite 200 |
| hcgalvan@jonesday.com | Redwood Shores, CA 94065 |
| cbuxton@jonesday.com | (650) 453-5170 |
| | |
| David B. Cochran | Shelley Ivan |
| JONES DAY | Hershy Stern |
| North Point 901 Lakeside Avenue | Joshua A. Whitehill |
| Cleveland, OH 44114 | Howard L. Bressler |
| (216) 586-7029 | Bradley P. Lerman |
| dcochran@jonesday.com | KASOWITZ BENSON TORRES LLP |
| | 1633 Broadway |
| Thomas W. Ritchie | New York, NY 10019 |
| JONES DAY | (212) 506-1700 |
| 77 West Wacker, Suite 3500 | |

Chicago, IL 60601
(312) 269-4003
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
(858) 703-3140
smishaga@jonesday.com

Jonathan McNeal Smith
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2559
jonathansmith@jonesday.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080