IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>XILINX, INC.,<br><br>　　　　Defendant. | C.A. No. 20-1228-CFC-JLH (consolidated) |

## [PROPOSED] ORDER

Having considered Defendant Xilinx, Inc.'s ("Xilinx") request for an order, pursuant to the Protective Order in this action, barring Plaintiff's expert Lloyd Linder ("Mr. Linder") from accessing Xilinx's HIGHLY SENSITIVE MATERIAL (D.I. 64, ¶ 14), and the parties' positions and submissions in relation thereto;

IT IS HEREBY ORDERED this ___ day of _____, 2021 that Mr. Linder is prohibited from accessing, and Plaintiff is prohibited from providing Mr. Linder with access to, any materials designated by Xilinx as HIGHLY SENSITIVE MATERIAL under the Protective Order.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jennifer L. Hall
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

28746885