IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>  v.<br><br>XILINX, INC.,<br><br>        Defendant. | C.A. No. 20-1228-CFC-JLH<br>(Consolidated) |

### DECLARATION OF JONATHAN MCNEAL SMITH IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

I, Jonathan McNeal Smith, hereby declare:

1. I am counsel of record for Xilinx, Inc. I have knowledge of the facts set forth below. If called as a witness, I could and would testify competently as to this declaration.

2. Attached as Exhibit A is a true and correct copy of an email that WSOU's counsel Jack Shaw sent on October 7, 2021, identifying Jerry Barth, Lloyd Linder, Nathan Palacios, and James Anton Strickland as technical experts for WSOU.

3. Attached as Exhibit B is an annotated copy of a document provided to Xilinx's counsel by WSOU's counsel Bradley Lerman, which purports to be Lloyd Linder's resume.

4. Attached as Exhibit C is a true and correct copy of an email from Jonathan McNeal Smith to WSOU's counsel sent on October 8, 2021.

5. Attached as Exhibit D is a true and correct copy of an email from Jonathan McNeal Smith to WSOU's counsel sent on October 12, 2021.

6. On October 14, 2021, counsel for WSOU and counsel for Xilinx met and conferred to discuss Xilinx's objection to Mr. Linder receiving Xilinx's Protected Material. During the meet

28747099.1

and confer, WSOU's counsel indicated that WSOU would not withdraw Mr. Linder as an expert witness. WSOU's counsel also informed Xilinx's counsel that Mr. Linder would not agree to discontinue consulting in the industry. WSOU's counsel did not request an extension of the deadline for WSOU's infringement contentions, nor did counsel indicate that an extension would be necessary in light of Xilinx's objection to Mr. Linder.

7. Attached as Exhibit E is a true and correct excerpt of Xilinx's Form 10-K for 2021.

8. Attached as Exhibit F is a true and correct copy of an exported search result from the website Espacenet.com, reflecting 109 patents or published patent applications in English, German, or French, where Lloyd Linder is listed as an inventor: https://worldwide.espacenet.com/patent/search?q=in%20all%20%22Lloyd%20Linder%22

9. Attached as Exhibit G is a true and correct copy of a printout of Lloyd Linder's LinkedIn profile. Linder's LinkedIn profile indicates that he holds "101 U.S. patents issued, 200-300 international issued patents, with 30 U.S. patents pending."

10. Attached as Exhibit H is a true and correct copy of a letter signed by Lloyd Linder. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this date:
October 25, 2021

By:
/s/ Jonathan McNeal Smith

In:
Jonathan McNeal Smith
Los Angeles, California

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2021, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY E-MAIL**

James M. Lennon
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
jlennon@devlinlawfirm.com

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
Jack Shaw
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
jshaw@kasowitz.com
tnguyen@kasowitz.com

Isaac Rabicoff
RABICOFF LAW FIRM LLC
5680 King Centre Drive, Suite 645
Alexandria, VA 22315
isaac@rabilaw.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309
pwilliams@kasowitz.com

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Bradley P. Lerman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
sivan@kasowitz.com
hstern@kasowitz.com
jwhitehill@kasowitz.com
hbressler@kasowitz.com
blerman@kasowitz.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
bswadley@ycst.com

*Attorneys for Xilinx, Inc.*