# EXHIBIT A

**Smith, Jonathan McNeal**

| | |
|---|---|
| **From:** | Jack Shaw <JShaw@kasowitz.com> |
| **Sent:** | Thursday, October 7, 2021 1:14 PM |
| **To:** | Buxton, Christopher A.; Cochran, David B.; Fanelli, Dominic; Galvan, Hilda C.; Gaza, Anne Shea; Smith, Jonathan McNeal; Ritchie, Thomas W.; Mishaga, Stephanie M.; Swadley, Beth A.; Vrana, Robert |
| **Cc:** | Lennon, James; 'Peter Mazur'; Feng Xu; WSOU v. Xilinx |
| **Subject:** | WSOU v. Xilinx (D. Del.) Expert and consultant disclosures |
| **Attachments:** | wsou v xilinix po - signed-JB.PDF; 2021 09 23 Stipulated Protective Order (dkt. 64) (1228)_ll_signed.pdf; 2021 09 23 Stipulated Protective Order (dkt. 64) (1228)(NP Signed).pdf; Xilinx Signed Protective Order - Anton Strickland.pdf; Jerry Barth-CV.PDF; Lloyd Linder-CV.PDF; Nathan Palacios-CV.PDF; James Strickland-CV.PDF |

**\*\* External mail \*\***

Counsel,

     Pursuant to the Stipulated Protective Order entered in the five *WSOU v. Xilinx* cases, WSOU is disclosing Jerry Barth, Lloyd F. Linder, Nathan Palacios, and James Anton Strickland as experts and consultants to obtain access to Protected Materials.

     Attached please find their signed undertakings and CVs with lists of their cases.

     Regards,

Jack

Jack Shaw
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel.  (650) 453-5410
Fax. (650) 429-2085
JShaw@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

# EXHIBIT B

**Lloyd F. Linder**



## PERSONAL INFORMATION

**Name**: Lloyd Linder
**Designation**: Sr. Consultant
**Office Address**: UnitedLex, 1114 Lost Creek Blvd, Suite 400, Austin, TX 78746
**Phone**: 818-632-9660
**Email**: Floyd.linder@unitedlex.com
**Employment History**:

| Company | Designation | Date |
|---|---|---|
| UnitedLex | Sr. Consultants | September 2021 - Present |
| Lloyd Linder Consulting | Consultant | April 2006 – Present |
| Aerius Photonics | Senior Systems Engineer | August 2009 – May 2011 |
| Menara Networks | Director of ASIC Development | April 2008 – January 2009 |
| TelASIC Communications | Director of Technology/Founder | February 2002 – April 2006 |
| Hughes Aircraft/Raytheon | Engineering Fellow | 1999 – February 2002 |

## TECHNOLOGY SPECIALIZATION

- IP analysis / technical due diligence for M&A
- IP portfolio management and creative contribution to new IP generation
- Prior art searches and technical support for patent office action amendments
- Perform simulations, review IP, and provide expertise in support of patent litigation
- System Design/Architecture/Analysis/Block Specifications
- New business development/capture
- Winning proposals for small (SBIR Phase I and II) and large businesses
- Product road maps
- VC funding pursuits
- Technical due diligence for VCs, angel investors, and M&A
- IP creation and protection
- Client deposition
- Technical lead for IC design groups and product development
- AMS/RFIC Design Chip/Circuit/System Architect
- High speed, high performance ADC, Sample/Hold, ADC driver amplifier, and DAC architectures
- RF/AMS/SOC BIST/DFT architectures and methodologies
- PLL and DDS
- Digitally programmable RF transceivers/SDR/GPS/cellular/wireless transceiver architectures
- RF TxRx, optical TxRx, modulator driver, LDD, TIA
- Flash Ladar, active/passive imaging ROIC
- regulators, high voltage/high current switches, ATE electronics
- SiGe BiCMOS, CMOS, SOI, bipolar, Complementary bipolar, GaAs, InP
- Digital beamforming
- Cadence tools - schematic capture, SPECTRE, layout review
- Solutions to production problems

## EDUCATION

**PhD in Electrical Engineering**                                                    **(1989)**
The University of Southern California

**BS in Electrical Engineering, Summa Cum Laude**                          **(1987)**

**Lloyd F. Linder**



University of California Los Angeles

## PROVIDED CONSULTING SERVICES IN THE FOLLOWING LITIGATION MATTERS

| Date/Time | Matter | Parties Supported | Venue & Case Number | Technology Domain |
|---|---|---|---|---|
| April 2014* | Linearchip v. Airpointe | Linearchip | 14117400739 13 | RFIC |
| August 2015 – May 2016 | Parkervision Inc. v. Qualcomm | Parkervision Inc. | 6:14-cv-687-Orl-40KRS in United States District Court of the Middle District of Florida | RFIC |
| May 2016 - May 2017* | Ericsson vs. TCL | Ericsson | 2:15-cv-00011-JRGRSP in the United States District Court for the Eastern District of Texas | RFIC |
| Jan. 2020 – May 2020 | Cellect LLC v. Samsung Electronics LTD. And Samsung Inc. | Cellect LLC | 19-cv-00438-CMA-MEH in the United States District Court for the District of Colorado | Image sensor |
| June 2020-Present | OmniProphis Corp. d/b/a Screened Images Inc. v, Vanteon Corp | Screened Images Inc. | 6:20-cv-06612 in the United States District Court Western District of New York | Software defined radio |
| June 2021 – Sept. 2021** | Monterey Research LLC v. Broadcom Inc., Corp., and Ltd. | Broadcom Inc. | 6:21cv541 Western District of Texas Waco Division | Memory transistor design / access / circuits, parallel processing, and digital electronics |
| June 2021-Sept. 2021** | Arigna Technology Limited v. GM, Honda Nissan | GM, Honda, Nissan | 2:21-cv-174 Eastern District of Texas Marshall Division | High side / low side driver circuit |
| Sept. 2021 - Current** | Satco Products Inc. v. Seoul Semiconductor Co., Ltd., Inc. | Satco Products Inc. | 1:21-cv-00643-TCB District Court for the Northern District of Georgia Atlanta Division | LED device construction and LED process development |

\* Cases where I testified or provided expert opinion in an expert report

\*\* Cases where I provided consulting services to GreyB Service, Pte. Ltd.

**Lloyd F. Linder**



## PROVIDED CONSULTING SERVICES TO THE FOLLOWING

| Date/Time | Company/University | Description (including Technology Domain) |
|---|---|---|
| 2021 – Present | Strategic IP Initiatives, Inc. | • Review of patent portfolio for PIC applications in SFP optical modules. |
| 2021 – Present | GreyB Service, Pte. Ltd. | • Provide expertise for many different invalidity cases for many different clients. |
| 2020 – Present | Upwork | • Technical Writer for application notes and VNA user's guide. |
| 2021 – July 2021 | Symatec, Inc. | • Consult on ROICs for SBIR proposals. |
| 2019 – Present | Kenney & Sams, P.C. | • Expert witness in software defined radio development case. |
| 2019 | Microchip Technology, Inc. | • Participated in ADC architecture study for 28 and 56 GBps SERDES products.<br>• Did webinar for world-wide IC design staff on ADC design issues. |
| 2017 | ElevATE Semiconductor | • Write white paper on ATE products |
| 2018 – 2019 | GoodIP GmbH | • Review and analysis of GaN and LED patent portfolio for potential acquisition.<br>• Spoke as the GaN / LED IP expert at webinar to discuss IP auction. |
| 2017 – 2019 | Nevada Nanosystems, Inc. | • Review and analysis of ASIC architecture and requirements in support of MEMS control circuitry. Evaluate IC design houses in the down-select process |
| 2018 – 2019 | Axzon, Inc. | • Contribute to the analysis and review of CMOS transceiver architecture for UHF RFID reader. |
| 2017 – 2019 | Microcosm, Inc. | • Architect the discrete RF transceiver and analog base band signal processing solution for digital beamformer. Develop packaging concepts for the beamfomer and interface to the antenna elements. |
| 2016 – 2018 | Otava, Inc. | • Contribute to the definition of overall transceiver and circuit architectures for 5G beam formimg solution for 28-40 GHz 5G applications. |
| 2016 – 2017 | Analog Circuit Works | • Review of specification for fiber optic SOC application. Contribute to system level analysis and architecture. |
| 2016 – 2018 | Second Sight Medical | • Debug of current eyewear for blind people. Contribute to reduction of noise and coherent spurs in current product. |

**Lloyd F. Linder**



| 2016 – Present | Linear Microsystems | • Architect for high volume SOC for VR headset application. System analysis for SOC proposal for fiber optic communications applications. |
|---|---|---|
| 2017 – October 2021 | Analog Devices, Inc. | • Work with design team on a DAC buffer IC to improve performance in the lab and remove oscillation. Review existing architecture for redesign and developed new architecture. |
| 2016 – 2018 | Facebook | • Schematic and board layout reviews of electronics for flight system |
| 2016 – 2019 | GHB Intellect | • Review of Patent claims for client for multiple issued patents in the wireless communications area. |
| 2015 – 2020 | BINJ Labs | • Definition of top level Software Defined Radio architecture for wide band operation. Work with board development effort and SDR development company. |
| 2011 – 2012 | Sentinel Monitoring Systems, Inc. | • Schematic review of high speed data converter and timing board schematic. |
| 2015 – 2020 | FlexPower Control | • Consultation on system level requirements document in-home energy control product development. Develop IP for the company. |
| 2014 – 2015 | SpectraResearch | • Consultation on integration considerations for discrete X-band and Ka / Ku-band transponder architecture for SWAP-C improvements. |
| 2014 – 2016 | Quantum Semiconductor, LLC | • Consultation on architecture and simulations for proprietary ADC architecture. |
| 2015 – 2016 | Maven Research | • Consultation on use of design house by third party for products |
| 2016 – 2018 | Faraday Technology Corp. | • Review of third party transceiver RFIC schematic design, layout, and testability. |
| 2012 – Present | Alphacore, Inc. | • Architecture review and enhancements of high speed CMOS ADC and visible monolithic imaging chips. Develop DROIC architectures for SBIR proposal pursuits. |
| 2011 – 2013 | Brady Worldwide, Inc. | • IP review of start-up for potential investment / acquisition. Develop sensitivity analysis for present products and future CMOS technology scaling. |
| 2012 – 2015 | InPhi Corp. | • Review and contribute to architecture refinements for single channel and multi-channel EAM drivers for 2 level and 4 level PAM. Perform architecture study for low power EAM driver |
| 2015 – 2016 | DRS RSTA, Inc. | • Help with EDA methodology for AMS design for ROICs. |
| 2015 – 2016 | Ridgetop Group | • Architected wide band RF front end for multiple current SBIR proposals. |

**Lloyd F. Linder**



| 2012 – 2013 | SpaceMicro | • Review of 0.18 μm CMOS quadrature DAC design and layout. |
|---|---|---|
| 2012 – 2020 | Lockheed Martin | • Involved in high voltage driver IC development for GaN PA.<br>• Involved in architecture development and review of wide band band receiver integrated circuits from DC to Ka / Ku in SiGe.<br>• Involved in overall ADC architecture development and definition, and transistor level circuit architectures, for next generation RFIC transceivers and data converters. Architect of next generation transceiver architectures for SOC / heterogeneous applications. Involved in study for government customer of data converter architectures for next generation digital beam forming applications. Architecture review and development for high voltage analog driver array. Involved in architecture for multiple receiver RFIC developments for S, C, and Ka bands. |
| 2011 – 2013 | HRL | • Perform market survey of component technologies for multi-mode, multi-mode commercial software defined radio applications. Summarize capability for data converters, front end modules, antennas, transceivers, and base band processors. Compare the available technology to an architecture based on custom chip development for the solution. |
| 2012 – 2015 | Micrel | • Involved in the testing, debug, and redesign of a 65 nm CMOS 2.4 G / 5 G WiFi transceiver product. Provide technical guidance for redesign of RF front end and the 2.4 G / 5 G LO clock distribution |
| 2012 – 2016 | Key2Mobile | • Developed RF transceiver concepts for multi-band, multi-mode remote radio head system. This is included transceiver architectures based on digital beam-forming and direct RF sampling and direct RF synthesis data converters. |
| 2008 – 2010 | Hittite Microwave | • Consultant on the architecture for the high dynamic range, high speed IBM SiGe 8HP BiCMOS DAC and complementary bipolar ADC driver amplifier products for the cellular base station market. |
| 2010 – 2012 | Semtech | • Technical consultant on IBM SiGe 8HP BiCMOS interleaver IC and IBM 32 nm SOI monolithic coherent detection transceiver SOC for 100G coherent optical detection systems. Involved at the architectural level for the SOI |

**Lloyd F. Linder**



| | | |
|---|---|---|
| | | interleaver, 8 bit, 64 GSPS ADC, and 8 bit 64 GSPS DAC circuits, and overall system calibration.<br>• Developed concepts for 10-12 bit, 4-8 GSPS ADC architectures for digital array radar and digital beam-forming applications, as well as high performance sample and hold architecture for military applications. |
| 2007 – 2008 | FBI | • Technical consultant on matters of national security. Awarded medal for service to the country. |
| 2006 – 2016 | Nu-Trek, Inc. | • Developed an RF BIST architecture for characterization of a RF transceiver. Helped the company win Air Force Phase I and Phase II awards.<br>• Involved with test evaluation of pipeline ADC for cryogenic applications, L1 / L2 band GPS receiver, and Universal Reliability SOC development for lifetime testing of X-Band and L-Band transceivers.<br>• Responsible for the development of the company's product roadmaps.<br>• Contributed to SBIR and STTR proposals on nonlinear coupled oscillators for active array applications, active sonar signal processing, high dynamic range ADC, GPS, RFIC transceivers, RIICs, and ROICs. Involved in testing of ADCs for ROICs, and architecture development for RF BIST. |
| 2011 – 2013 | FLIR Electro-Optical Components | • Technical lead for the development on ROIC architectures for NASA, Navy, Air Force, MDA, and Army SBIR Phase I and Phase II programs. Development of novel active and passive unit cell architectures. |
| 2008 – 2009 | SYS Technologies/Kratos Defense | • Review of SiGe BiCMOS class E power amplifier design to improve reliability of operation. Reviewed circuit, simulation results, test results (dynamic and DC), and performed thermal analysis based on self-heating.<br>• Review of schematic and layout for small form factor PCB that contains GPS transceiver RFIC and companion digital ASIC. Review of schematic and layout for PLL, IF / baseband test chip evaluation boards. Suggestions for characterization / test debug.<br>• Review Transmitter and Receiver schematics and block layouts of GPS transceiver IC in IBM 7HP 0.18 μm SiGe BiCMOS for redesign effort. Review of improved receiver IC design.<br>• Review of test results for the evaluation board and suggestions for characterization and debug. |

**Lloyd F. Linder**



| | | |
|---|---|---|
| | | Review of board design and layout revisions for improved electrical and thermal drift performance for successful demo. Help with board yield and manufacturing issues. |
| 2006 – 2011 | Aerius Photonics, LLC | • Technical lead for STTR Phase I ROIC circuit design partner<br>• Developed ROIC architectures for laser vibrometer SBIR Phase I proposal |
| | | • Developed complete single chip CMOS 802.11 a/b/g/n/ac transceiver architecture, with on-chip T/R switch, for proposal to commercial test equipment house. |
| 2006 – 2011 | LinearChip, Inc. | • Developed CMOS MSK transmitter for patient temperature monitor and medical equipment tracking ASIC. Developed overall quadrature transmitter architecture, circuit topologies for the DAC, active filter, quadrature mixer, power amplifier, and temperature stabilized reference oscillator. Performed noise / distortion budgets, duty-cycled power calculations for extended battery life, determined PLL phase noise requirements, and defined the circuit block specifications. Technical lead for the circuit simulations in XFAB XH018 0.18μm CMOS RF process.<br>• Participating in pursuit of new IC design business. Development of PHEMT TIA gain block concept, satellite receiver / de-multiplexer architecture, CMOS and SiGe RF receiver architectures, and CMOS analog AFE for hand-held controller for telescope, including 16 bit audio DAC architecture. Involved with multiple RFIC proposals for military and commercial applications. Developed multi-channel AM/FM receiver for location positioning application. |
| | | • Developed unique TIA / AGC / output amp circuit concept for cable TV over fiber market based on JAZZ 0.18μm SBCH18XL SiGe BiCMOS process.<br>• Review of battery charger circuit architectures for XFAB XC06 0.6 μm CMOS IC. Architecture suggestions for capacitor charging loop and low battery indicator circuit. |
| 2008 – 2010 | Wistron Corporation | • Contributed to discrete quadrature receiver architecture for a new module business<br>• proposal to DirectTV.<br>• Involved with review of existing ODU L-Band module specifications, and application to new digital L-Band module. Contribute to the definition of ASIC requirements and discrete |

**Lloyd F. Linder**



| | | |
|---|---|---|
| | | component requirements for new ODU architecture. |
| 2006 – 2011 | Arete Associates | • Phase I and internal IRAD programs for advanced TIA architecture development for high speed laser pulse return processing.<br>• Review of schematics, simulation results, and layout floor plan, and layout for a 64 channel TIA / OTA wavelength converter in IBM 5HPE 0.5μm SiGe BiCMOS. Function is to receive 1 ns laser pulse and provide linear gain for retransmission. Made suggestions for additional simulations for design robustness and concerns, as well as improved performance based on layout changes. Also made layout suggestions for improved isolation and performance.<br>• Developing unique 3D FPA and digitally programmable ROIC pixel unit cell architectures for inclusion in STTR proposal.<br>• Review of 2 TIA input / 128 channel output VCSEL driver, 2 GHz pulsed sampling IC in IBM 7WL 0.18 μm SiGe BiCMOS. |
| 2006 – 2012 | Raytheon Corp. | • Involved in the development of 40 GSPS ADC architecture in 32 nm IBM SOI.<br>• Involved in development of on-chip mechanical stress measurement circuit for thermal imaging sensor IC in IBM 9SF 90 nm CMOS process. Submitted patent disclosure on stress sensor circuit. Reviewed the pixel circuit design and the overall ROIC circuitry and timing.<br>• Participated in winning MDREX proposal effort to AFRL to develop high performance 10 bit, 2.2 GSPS ADC, 14 bit, 3 GSPS DDS, and 1:4 DMUX ICs in IBM 8HP 0.12μm SiGe BiCMOS, and integrate these functions with 8HP receiver and transmitter circuits developed by AFRL, as well as 8HP bias and control circuits developed by Raytheon. Involved with Phase I kick-off meeting. |
| | | • Participate in SBIR proposals development with partners Nu-Trek and Crossfield. Developed design methodology for CMOS GPS SOC integration. Developed sub-threshold CMOS RF circuits for low power GPS receiver concept. Generated phase adjust circuit for RF clock distribution for antenna array electronics, and submitted patent disclosure. Contributed write-up on high speed, high performance DAC topologies for DDS proposals. 1 Phase I SBIR proposal awarded. |

**Lloyd F. Linder**

UnitedLex

| | | |
|---|---|---|
| | | • Schematic and layout review of IBM 7HP 0.18µm SiGe BiCMOS digital control and bias regulation circuits for MMIC common leg circuit. Reviewed regulator loading problems, solutions, and simulation results. Made simulation recommendations for verification of design robustness. Reviewed metal mask fixes.<br>• Review of test data, process parameters, and circuit design for production HRL G1.5 2µm InP band-pass Σ-Δ IC for yield enhancement. Developed vendor RFQ for multi-phase IC redesign effort. |
| | | • Involved in metal mask effort for 14 bit, 3 GSPS DDS / DAC IC in IBM 7HP 0.18µm SiGe BiCMOS through the Trusted Foundry program. Contributed to design, layout changes in the high speed digital DLL section to improve performance for higher clock applications. Documented circuit design limitations for future redesign for clock rate enhancement. |
| | | • Analyzing test data, PCM data for the metal mask DDS chip. Correlate sensitivity of test results to process parameters, and simulation results, to improve yield on future fabrications. Investigate design improvements for possible new mask set. Provide suggestions for performance improvements at the board level. Involved in improvements of the DLL section for next all-layer mask release.<br>• Member of team analyzing radiation induced latch-up effects in commercially available data converter for space application. Involved in focused laser beam testing to create single events in the converter. Analyzing radiation data, reliability data, and design guides for end-of-life DC power estimates for ICs designed in NS 0.8µm ABIC-IV BiCMOS, MAXIM GST-1 bipolar, IBM 5SF CMOS, and Honeywell HX3000 SOI.<br>• Review of link budget and block performance for IF and base-band ICs implementing high dynamic range receiver, including IF amp, mixer, VGA / attenuator, and ADC driver amp in IBM 5HPE 0.5µm SiGe BiCMOS. Made architectural suggestions for improved performance. Reviewed test results, and made suggestions for debug.<br>• Design review of IBM 5HPE 0.5µm SiGe BiCMOS IF receiver ASIC including mixer, gain control amp, and ADC buffer amplifier. |

**Lloyd F. Linder**



| | | Review of measurements for test circuits. |
|---|---|---|
| | | • Jitter analysis for ADC module clock path using divider circuits. |
| | | • Design reviews of IBM 5DM 0.5µm SiGe BiCMOS L1 / L2 GPS dual channel receiver IC: LNA1, LNA2, RF amp, RF mixer, IF mixer / AGC, gain calibration loop, baseband amp, PLL, and ADC. Defined layout floor plan, channel layout isolation techniques, and package requirements to meet isolation requirements. Reviewed final GPS receiver layout and developed plan for simulation of layout, package, and external component parasitics. Contributed to correlation of test results. Review of socketed test board layout.<br>• Review of quad channel IQ detector hybrid design and layout. Made suggestions for debugging of existing hybrid oscillation and improved performance. Review of TI BiCOM-2 0.7µm CBiCMOS IQ IC performance and correlation to hybrid measurement.<br>• Review of simulations and test results for IBM 8HP 0.12µm SiGe BiCMOS millimeter wave transceiver chipset module performance from outside vendor.<br>• Review of M/N PLL hybrid design. Review of TI BiCOM-2 0.7 µm CBiCMOS M/N PLL IC performance and correlation to hybrid measurement.<br>• Performed BOL and EOL noise analysis to estimate the jitter of on-chip clock receiver circuits for the SPT7760 ADC IC based on the MAXIM GST-1 process parameters, and off-chip COTS components for satellite application. |
| 2006 – 2009 | Menara Networks | • Reviewed schematics and simulation results for high frequency, multi-GHz active RF low pass filter in JAZZ SBC18HXL 0.18µm SiGe BiCMOS. Involved in top level layout review of first generation EDC IC.<br>• Contributing to the development of Nyquist 10 GSPS sample / hold circuit, for hold mode feed-through reduction, low distortion, and low power. Contributed to the DC AGC circuit to generate coefficients for Gilbert multiplier as well as developed a new summing circuit for the sampled signals in the analog sampled FIR filter. Involved in solving layout-induced performance problems.<br>• Involve in the clock distribution architecture and feedback loop to reduce DC offset effects |

**Lloyd F. Linder**



| | | |
|---|---|---|
| | | on zero crossing. Review of regulator circuit power-up issues. Created new ADC-based residue architecture to generate the appropriate transfer function for a phase detector circuit for consideration on a higher performance, lower power version of the existing Fiber Optic Receiver IC in JAZZ SBC18HXL 0.18μm SiGe BiCMOS. |
| | | • Preliminary review of third party design of 10 Gb/sec CDR PLL schematic blocks for SOC application in STM 0.13μm SiGe BiCMOS. Reviewed metal mask circuit design changes. |
| 2006 – 2007 | MOSIS/ISI | • Review of MOSIS website. Provide report consisting of ways to improve technical and business information on the website, as well as customer support. Used client questionnaire to provide additional insight into website, technical information, customer service and support. |
| 2008 – 2009 | Tangea Semiconductor | • Participated in business plan development, facility requirements, engineering manpower requirements, technical concepts, and potential investor meetings. |
| 2006 – 2008 | Technoconcepts, Inc./Terocelo | • Involved in the design, development, and review of RF receiver and transmitter ICs for multi-band, multi-mode applications using JAZZ SBC18HXL 0.18 μm SiGe BiCMOS. Versions of the Receiver IC include RF VGA, mixer, RZ (Return-to-Zero) and NRZ (non-Return-to-Zero) 6 GSPS 1 bit Σ-Δ ADC, with 2 feedback DAC and 3 feedback DAC versions, PLL, 1:16 DMUX, and base band decimation and filtering. Activities include circuit-level architectures to improve existing performance, schematic and simulation reviews, top level layout floor-planning, layout review, and evaluation board review.<br>• Involved in testing and correlation of packaged part performance, to simulation, for noise density, harmonic distortion, and intermodulation distortion products. Involved in architecture improvements and enhancements, based on test results, for a metal mask effort. Improvements include extension of VGA architecture to extend the input 1 dB compression point, IIP3, and bandwidth. Added provision to sample very low input frequencies. Improved the dynamic range of the transconductance amplifiers in the modulator. Added dither DAC at the comparator input to improve idle tone performance. Extended the dynamic range of |

**Lloyd F. Linder**



the present RZ Σ-Δ design. Improved the DAC settling and noise response. Added an LNA, and a single-ended to differential converter to interface to the existing VGA.

- Development and layout of test chips for the TSMC 90nm CRN90LP CMOS RF process. Designs include single-ended, wideband and tuned versions of high IIP3 LNA architectures using novel distortion cancellation techniques for operation in the 1- 6 GHz frequency bands. Also developing versions of a 1.8V bidirectional, tri-stated CMOS / LVDS I/O driver with resistive and active back terminations, and a single input, multi-band, multiple output, switched / tuned RF front end. Involved with CASCADE probing, and correlation to simulation results.

- Development of a wide-band, software defined, multi-band, multi-mode, receiver chip for the TSMC 65nm CRN65GP mixed signal / RF process. Architected the circuits for the wideband LNA with novel AGC and attenuator, the RF DMUX / on-chip RF filter bank, the RF MUX / single-ended-to-differential converter, the quadrature mixer with AGC, RSSI log amp, and the programmable base-band filters. All the RF blocks utilize IM3 cancellation. Target services include AM, FM, DTR, DTV, WiFi, and WiMAX for automotive application for Japanese customer. Involved in the link budget analysis, block specifications, and the requirements for the associated base band ADC and PLLs for the high band LO, low band LO, and ADC LO ICs. Also proposed this architecture for NSF proposal in order to obtain additional development funding.

- Involved in the design, layout, and review of customer demonstration board, based on existing transceiver chipset, for WiMAX applications, using Picochip base-band processor.

- Developing transceiver architecture concepts for multi-service / simultaneous /switched reception off of single multi-band antenna, diversity, and MIMO with self-calibration. Developed low power architecture for multi-service receiver summing into single ADC. Developed transmit / receive architecture for multi-band, multi-mode military radio. Architectures are baseline for new business opportunities.

Classified as Confidential-External

**Lloyd F. Linder**



| | | |
|---|---|---|
| | | • Developed IBM 0.12μm 8HP SiGe BiCMOS low power LNA topologies for 10-20 GHz for SBIR proposal. Developed RF interference cancellation architecture for SBIR proposal. |
| 2008 – 2009 | Red Dot Wireless | • Performed transceiver architecture study for TD-SCDMA / EVDO / WiFi / MIMO WiMAX application. Involved in presentations to investors. |
| 2006 – 2009 | Ubidyne | • Schematic, simulation, and layout review of IHP SG25H1 SiGe BiCMOS S1.0 Receiver RFIC. Review of characterization test results.<br>• Schematic, simulation, and layout review of JAZZ SBCH18XL SiGe BiCMOS S2.0 receiver, transmitter, and PA driver IC designs. Schematic and layout review of Toshiba 90nm CMOS high speed custom digital IC design.<br>• Review of test data and circuit design for S2.0 receiver to determine yield issues. |
| 2006 – 2009 | Dynamic Research Corp. | • Review of existing top level IC issues and proposed packaging approach for GPS transceiver in IBM 7HP 0.18 μm SiGe BiCMOS. |
| 2006 – 2007 | Q3Web Wideband Wireless, Inc. | • Constructed white paper on the development of IP libraries in the IBM CMOS and SiGe BiCMOS technologies for use by military contractors. Being submitted to government for funding consideration. |
| August 2009 – May 2011 | Aerius Photonics | • Directly responsible for winning new SBIR business for ROIC development.<br>• Captured $2.6M of SBIR ROIC development money<br>• Lead multiple winning proposals for Army, Navy, MDA, NASA, Air Force, and NSF SBIR Phase I and Phase II efforts. |
| April 2008 – January 2009 | Menara Networks | • Contributed to the development of an Electronic Dispersion Compensation (EDC) IC for long haul optical communications.<br>• Design of transmitter for quad 10 Gb/s transceiver with integrated EFEC. |
| February 2002 – April 2006 | TelASIC Communications | • Technical lead for the development of high-performance ADC IC and DAC IC products for the commercial cellular base station market.<br>• Delivered product in base station quantities to end customer Panasonic for the NTT DoCoMo build-out. |
| 1999 – February 2002 | Raytheon Advanced Products | • Technical lead for the development of integrated circuits for RF transceivers, high dynamic range ADCs, DACs, and ROICs.<br>• Technical support for new business pursuits in military / space / commercial ICs. |

**Lloyd F. Linder**



| | | |
|---|---|---|
| | | • Worked with organizations across the company<br>• Lead IRAD projects in a number of different process technologies for analog / mixed signal integrated circuits applications. |
| 1993 - 1999 | Hughes Communications Products | • Technical lead of the development ICs for the Digital Receiver Program. This included NS ABIC-IV 0.8μm BiCMOS ICs with the following functions: LNA, mixer, LO driver, DAGC, fractional frequency hopping low phase noise PLL, IF amplifier, video amplifier, serial interface, log detection / blanking, and control logic, and a LUCENT CBIC-V2 summing amplifier IC. Involved in the packaging and test of plastic packaged parts. Digital Receiver board contained 2 chip UHF receiver, single chip GPS receiver IC, and master PLL IC.<br>• Technical lead for research and development of RF and analog ICs in CMOS, Hughes NB SOS / SOI, silicon (NS ABIC-IV, V, MAXIM SHPi), and IBM SiGe bipolar / BiCMOS process technologies. Functions included LNAs, RF LNA, mixer, VCO, ring oscillator, video amplifier, IF amplifier, sample / hold, high speed 10 bit ECL-to-CMOS translator / latch, 12 bit DAC, and LP Σ-Δ.<br>• Development of AM / FM LNAs in IC Delco 1.2μm CMOS for automotive radio.<br>• Involved in the chipset development for NS for the 1.0625 Gbit/sec ANSI X3T11 8B/10B standard using ABIC-IV process. Involved in laser diode driver, TZA, SIPO, PISO, Transceiver ICs.<br>• Involved with process development / modeling for CMOS, SOS, and silicon / SiGe BiCMOS process technologies.<br>• Team member of the NS ABIC-IV ADC chip development based on requirements for the ICO satellite system<br>• Involved in the debug, characterization, and production of hybrids and modules for airborne radar and AMRAAM missile applications. |
| 1991 – 1993 | Radar Systems Group, Hughes Aircraft | • Lead the IC development of high performance data converter components including sample / hold, summing amplifier, timing generator, band-gap, ADC reference amplifier, video amplifier, DAC, flash quantizers, and buffer amplifier in LUCENT CBIC-U / U2 and MAXIM SHPi and CPi processes.<br>• Involved in the development of mixer ICs for high dynamic range radar using HRL InP, |

**Lloyd F. Linder**



| | | |
|---|---|---|
| | | AlGaAs, and Litton and Hughes D-MESFET technologies. |
| 1990 | Electrophysics Department, USC | • Taught EE448, Senior Electronics. Generated syllabus, created homework problems, tests, and solutions. Handed out final grades. |
| 1986 – 1991 | Radar Systems Group, Hughes Aircraft | • Involved in the design of components for high performance data converters.<br>• Contributed to the design of high dynamic range buffer amplifiers, sample / holds, integrators, and gain stages in Hughes 2 μm CBiCMOS, Fairchild 1.25 μm Fast-Z Fineline, and NS Aspect-II, Aspect-III, and ABIC-IV.<br>• Designed 2 bit adaptive threshold ADC IC in ORBIT 2μm CMOS for EPLRS radio.<br>• Contributed to architecture for Hughes NB 2 μm CMOS gate array ASIC.<br>• Involved with process development / modeling for bipolar, complementary bipolar, CMOS, BiCMOS, CBiCMOS.<br>• Generated analog tile array for the Hughes Carlsbad CBiCMOS process |
| July 1985 – 1986 | Radar Systems Group, Hughes Aircraft | • Involved in design of high speed digital ICs for the VHSIC (Very High Speed Integrated Circuit) program using Fairchild Fast-Z Fineline 1.25μm bipolar.<br>• Involved in design of high speed 64 X 16, 124 X 24, and 1K X 24 SRAM ICs.<br>• Contributed to the merged junction bipolar SPICE model.<br>• Designed current mode logic for UHSBL (Ultra High Speed Bipolar Logic) cell library in NS Aspect-III. Cells used in high speed MUX, DMUX, and DDS ICs.<br>• Developed digital IC architectures for high speed radar signal processing. |

*Classified as Confidential-External*

**Lloyd F. Linder**



## PERSONAL INFORMATION

**Name**: Lloyd Linder
**Designation**: Sr. Consultant
**Office Address**: UnitedLex, 1114 Lost Creek Blvd, Suite 400, Austin, TX 78746
**Phone**: 818-632-9660
**Email**: Floyd.linder@unitedlex.com
**Employment History**:

| Company | Designation | Date |
| --- | --- | --- |
| UnitedLex | Sr. Consultants | September 2021 - Present |
| Lloyd Linder Consulting | Consultant | April 2006 – Present |
| Aerius Photonics | Senior Systems Engineer | August 2009 – May 2011 |
| Menara Networks | Director of ASIC Development | April 2008 – January 2009 |
| TelASIC Communications | Director of Technology/Founder | February 2002 – April 2006 |
| Hughes Aircraft/Raytheon | Engineering Fellow | 1999 – February 2002 |

## TECHNOLOGY SPECIALIZATION

- IP analysis / technical due diligence for M&A
- IP portfolio management and creative contribution to new IP generation
- Prior art searches and technical support for patent office action amendments
- Perform simulations, review IP, and provide expertise in support of patent litigation
- System Design/Architecture/Analysis/Block Specifications
- New business development/capture
- Winning proposals for small (SBIR Phase I and II) and large businesses
- Product road maps
- VC funding pursuits
- Technical due diligence for VCs, angel investors, and M&A
- IP creation and protection
- Client deposition
- Technical lead for IC design groups and product development
- AMS/RFIC Design Chip/Circuit/System Architect
- High speed, high performance ADC, Sample/Hold, ADC driver amplifier, and DAC architectures
- RF/AMS/SOC BIST/DFT architectures and methodologies
- PLL and DDS
- Digitally programmable RF transceivers/SDR/GPS/cellular/wireless transceiver architectures
- RF TxRx, optical TxRx, modulator driver, LDD, TIA
- Flash Ladar, active/passive imaging ROIC
- regulators, high voltage/high current switches, ATE electronics
- SiGe BiCMOS, CMOS, SOI, bipolar, Complementary bipolar, GaAs, InP
- Digital beamforming
- Cadence tools - schematic capture, SPECTRE, layout review
- Solutions to production problems

## EDUCATION

**PhD in Electrical Engineering**                                                                         **(1989)**
The University of Southern California

**BS in Electrical Engineering, Summa Cum Laude**                                          **(1987)**

*Classified as Confidential-External*

**Lloyd F. Linder**



University of California Los Angeles

## PROVIDED CONSULTING SERVICES IN THE FOLLOWING LITIGATION MATTERS

| Date/Time | Matter | Parties Supported | Venue & Case Number | Technology Domain |
|---|---|---|---|---|
| April 2014* | Linearchip v. Airpointe | Linearchip | 14117400739 13 | RFIC |
| August 2015 – May 2016 | Parkervision Inc. v. Qualcomm | Parkervision Inc. | 6:14-cv-687-Orl-40KRS in United States District Court of the Middle District of Florida | RFIC |
| May 2016 - May 2017* | Ericsson vs. TCL | Ericsson | 2:15-cv-00011-JRGRSP in the United States District Court for the Eastern District of Texas | RFIC |
| Jan. 2020 – May 2020 | Cellect LLC v. Samsung Electronics LTD. And Samsung Inc. | Cellect LLC | 19-cv-00438-CMA-MEH in the United States District Court for the District of Colorado | Image sensor |
| June 2020-Present | OmniProphis Corp. d/b/a Screened Images Inc. v, Vanteon Corp | Screened Images Inc. | 6:20-cv-06612 in the United States District Court Western District of New York | Software defined radio |
| June 2021 – Sept. 2021** | Monterey Research LLC v. Broadcom Inc., Corp., and Ltd. | Broadcom Inc. | 6:21cv541 Western District of Texas Waco Division | Memory transistor design / access / circuits, parallel processing, and digital electronics |
| June 2021-Sept. 2021** | Arigna Technology Limited v. GM, Honda Nissan | GM, Honda, Nissan | 2:21-cv-174 Eastern District of Texas Marshall Division | High side / low side driver circuit |
| Sept. 2021 - Current** | Satco Products Inc. v. Seoul Semiconductor Co., Ltd., Inc. | Satco Products Inc. | 1:21-cv-00643-TCB District Court for the Northern District of Georgia Atlanta Division | LED device construction and LED process development |

\* Cases where I testified or provided expert opinion in an expert report

\*\* Cases where I provided consulting services to GreyB Service, Pte. Ltd.

*Classified as Confidential-External*

**Lloyd F. Linder**



## PROVIDED CONSULTING SERVICES TO THE FOLLOWING

| Date/Time | Company/University | Description (including Technology Domain) |
|---|---|---|
| 2021 – Present | Strategic IP Initiatives, Inc. | • Review of patent portfolio for PIC applications in SFP optical modules. |
| 2021 – Present | GreyB Service, Pte. Ltd. | • Provide expertise for many different invalidity cases for many different clients. |
| 2020 – Present | Upwork | • Technical Writer for application notes and VNA user's guide. |
| 2021 – July 2021 | Symatec, Inc. | • Consult on ROICs for SBIR proposals. |
| 2019 – Present | Kenney & Sams, P.C. | • Expert witness in software defined radio development case. |
| 2019 | Microchip Technology, Inc. | • Participated in ADC architecture study for 28 and 56 GBps SERDES products.<br>• Did webinar for world-wide IC design staff on ADC design issues. |
| 2017 | ElevATE Semiconductor | • Write white paper on ATE products |
| 2018 – 2019 | GoodIP GmbH | • Review and analysis of GaN and LED patent portfolio for potential acquisition.<br>• Spoke as the GaN / LED IP expert at webinar to discuss IP auction. |
| 2017 – 2019 | Nevada Nanosystems, Inc. | • Review and analysis of ASIC architecture and requirements in support of MEMS control circuitry. Evaluate IC design houses in the down-select process |
| 2018 – 2019 | Axzon, Inc. | • Contribute to the analysis and review of CMOS transceiver architecture for UHF RFID reader. |
| 2017 – 2019 | Microcosm, Inc. | • Architect the discrete RF transceiver and analog base band signal processing solution for digital beamformer. Develop packaging concepts for the beamfomer and interface to the antenna elements. |
| 2016 – 2018 | Otava, Inc. | • Contribute to the definition of overall transceiver and circuit architectures for 5G beam formimg solution for 28-40 GHz 5G applications. |
| 2016 – 2017 | Analog Circuit Works | • Review of specification for fiber optic SOC application. Contribute to system level analysis and architecture. |
| 2016 – 2018 | Second Sight Medical | • Debug of current eyewear for blind people. Contribute to reduction of noise and coherent spurs in current product. |

**Lloyd F. Linder**



| | | |
|---|---|---|
| 2016 – Present | Linear Microsystems | • Architect for high volume SOC for VR headset application. System analysis for SOC proposal for fiber optic communications applications. |
| 2017 – October 2021 | Analog Devices, Inc. | • Work with design team on a DAC buffer IC to improve performance in the lab and remove oscillation. Review existing architecture for redesign and developed new architecture. |
| 2016 – 2018 | Facebook | • Schematic and board layout reviews of electronics for flight system |
| 2016 – 2019 | GHB Intellect | • Review of Patent claims for client for multiple issued patents in the wireless communications area. |
| 2015 – 2020 | BINJ Labs | • Definition of top level Software Defined Radio architecture for wide band operation. Work with board development effort and SDR development company. |
| 2011 – 2012 | Sentinel Monitoring Systems, Inc. | • Schematic review of high speed data converter and timing board schematic. |
| 2015 – 2020 | FlexPower Control | • Consultation on system level requirements document in-home energy control product development. Develop IP for the company. |
| 2014 – 2015 | SpectraResearch | • Consultation on integration considerations for discrete X-band and Ka / Ku-band transponder architecture for SWAP-C improvements. |
| 2014 – 2016 | Quantum Semiconductor, LLC | • Consultation on architecture and simulations for proprietary ADC architecture. |
| 2015 – 2016 | Maven Research | • Consultation on use of design house by third party for products |
| 2016 – 2018 | Faraday Technology Corp. | • Review of third party transceiver RFIC schematic design, layout, and testability. |
| 2012 – Present | Alphacore, Inc. | • Architecture review and enhancements of high speed CMOS ADC and visible monolithic imaging chips. Develop DROIC architectures for SBIR proposal pursuits. |
| 2011 – 2013 | Brady Worldwide, Inc. | • IP review of start-up for potential investment / acquisition. Develop sensitivity analysis for present products and future CMOS technology scaling. |
| 2012 – 2015 | InPhi Corp. | • Review and contribute to architecture refinements for single channel and multi-channel EAM drivers for 2 level and 4 level PAM. Perform architecture study for low power EAM driver |
| 2015 – 2016 | DRS RSTA, Inc. | • Help with EDA methodology for AMS design for ROICs. |
| 2015 – 2016 | Ridgetop Group | • Architected wide band RF front end for multiple current SBIR proposals. |

**Lloyd F. Linder**



| 2012 – 2013 | SpaceMicro | • Review of 0.18 µm CMOS quadrature DAC design and layout. |
|---|---|---|
| 2012 – 2020 | Lockheed Martin | • Involved in high voltage driver IC development for GaN PA.<br>• Involved in architecture development and review of wide band band receiver integrated circuits from DC to Ka / Ku in SiGe.<br>• Involved in overall ADC architecture development and definition, and transistor level circuit architectures, for next generation RFIC transceivers and data converters. Architect of next generation transceiver architectures for SOC / heterogeneous applications. Involved in study for government customer of data converter architectures for next generation digital beam forming applications. Architecture review and development for high voltage analog driver array. Involved in architecture for multiple receiver RFIC developments for S, C, and Ka bands. |
| 2011 – 2013 | HRL | • Perform market survey of component technologies for multi-mode, multi-mode commercial software defined radio applications. Summarize capability for data converters, front end modules, antennas, transceivers, and base band processors. Compare the available technology to an architecture based on custom chip development for the solution. |
| 2012 – 2015 | Micrel | • Involved in the testing, debug, and redesign of a 65 nm CMOS 2.4 G / 5 G WiFi transceiver product. Provide technical guidance for redesign of RF front end and the 2.4 G / 5 G LO clock distribution |
| 2012 – 2016 | Key2Mobile | • Developed RF transceiver concepts for multi-band, multi-mode remote radio head system. This is included transceiver architectures based on digital beam-forming and direct RF sampling and direct RF synthesis data converters. |
| 2008 – 2010 | Hittite Microwave | • Consultant on the architecture for the high dynamic range, high speed IBM SiGe 8HP BiCMOS DAC and complementary bipolar ADC driver amplifier products for the cellular base station market. |
| 2010 – 2012 | Semtech | • Technical consultant on IBM SiGe 8HP BiCMOS interleaver IC and IBM 32 nm SOI monolithic coherent detection transceiver SOC for 100G coherent optical detection systems. Involved at the architectural level for the SOI |

**Lloyd F. Linder**



| | | |
|---|---|---|
| | | interleaver, 8 bit, 64 GSPS ADC, and 8 bit 64 GSPS DAC circuits, and overall system calibration.<br>• Developed concepts for 10-12 bit, 4-8 GSPS ADC architectures for digital array radar and digital beam-forming applications, as well as high performance sample and hold architecture for military applications. |
| 2007 – 2008 | FBI | • Technical consultant on matters of national security. Awarded medal for service to the country. |
| 2006 – 2016 | Nu-Trek, Inc. | • Developed an RF BIST architecture for characterization of a RF transceiver. Helped the company win Air Force Phase I and Phase II awards.<br>• Involved with test evaluation of pipeline ADC for cryogenic applications, L1 / L2 band GPS receiver, and Universal Reliability SOC development for lifetime testing of X-Band and L-Band transceivers.<br>• Responsible for the development of the company's product roadmaps.<br>• Contributed to SBIR and STTR proposals on nonlinear coupled oscillators for active array applications, active sonar signal processing, high dynamic range ADC, GPS, RFIC transceivers, RIICs, and ROICs. Involved in testing of ADCs for ROICs, and architecture development for RF BIST. |
| 2011 – 2013 | FLIR Electro-Optical Components | • Technical lead for the development on ROIC architectures for NASA, Navy, Air Force, MDA, and Army SBIR Phase I and Phase II programs. Development of novel active and passive unit cell architectures. |
| 2008 – 2009 | SYS Technologies/Kratos Defense | • Review of SiGe BiCMOS class E power amplifier design to improve reliability of operation. Reviewed circuit, simulation results, test results (dynamic and DC), and performed thermal analysis based on self-heating.<br>• Review of schematic and layout for small form factor PCB that contains GPS transceiver RFIC and companion digital ASIC. Review of schematic and layout for PLL, IF / baseband test chip evaluation boards. Suggestions for characterization / test debug.<br>• Review Transmitter and Receiver schematics and block layouts of GPS transceiver IC in IBM 7HP 0.18 μm SiGe BiCMOS for redesign effort. Review of improved receiver IC design.<br>• Review of test results for the evaluation board and suggestions for characterization and debug. |

**Lloyd F. Linder**



| | | |
|---|---|---|
| | | Review of board design and layout revisions for improved electrical and thermal drift performance for successful demo. Help with board yield and manufacturing issues. |
| 2006 – 2011 | Aerius Photonics, LLC | • Technical lead for STTR Phase I ROIC circuit design partner<br>• Developed ROIC architectures for laser vibrometer SBIR Phase I proposal |
| | | • Developed complete single chip CMOS 802.11 a/b/g/n/ac transceiver architecture, with on-chip T/R switch, for proposal to commercial test equipment house. |
| 2006 – 2011 | LinearChip, Inc. | • Developed CMOS MSK transmitter for patient temperature monitor and medical equipment tracking ASIC. Developed overall quadrature transmitter architecture, circuit topologies for the DAC, active filter, quadrature mixer, power amplifier, and temperature stabilized reference oscillator. Performed noise / distortion budgets, duty-cycled power calculations for extended battery life, determined PLL phase noise requirements, and defined the circuit block specifications. Technical lead for the circuit simulations in XFAB XH018 0.18μm CMOS RF process.<br>• Participating in pursuit of new IC design business. Development of PHEMT TIA gain block concept, satellite receiver / de-multiplexer architecture, CMOS and SiGe RF receiver architectures, and CMOS analog AFE for hand-held controller for telescope, including 16 bit audio DAC architecture. Involved with multiple RFIC proposals for military and commercial applications. Developed multi-channel AM/FM receiver for location positioning application. |
| | | • Developed unique TIA / AGC / output amp circuit concept for cable TV over fiber market based on JAZZ 0.18μm SBCH18XL SiGe BiCMOS process.<br>• Review of battery charger circuit architectures for XFAB XC06 0.6 μm CMOS IC. Architecture suggestions for capacitor charging loop and low battery indicator circuit. |
| 2008 – 2010 | Wistron Corporation | • Contributed to discrete quadrature receiver architecture for a new module business<br>• proposal to DirectTV.<br>• Involved with review of existing ODU L-Band module specifications, and application to new digital L-Band module. Contribute to the definition of ASIC requirements and discrete |

**Lloyd F. Linder**



| | | |
|---|---|---|
| | | component requirements for new ODU architecture. |
| 2006 – 2011 | Arete Associates | • Phase I and internal IRAD programs for advanced TIA architecture development for high speed laser pulse return processing.<br>• Review of schematics, simulation results, and layout floor plan, and layout for a 64 channel TIA / OTA wavelength converter in IBM 5HPE 0.5μm SiGe BiCMOS. Function is to receive 1 ns laser pulse and provide linear gain for retransmission. Made suggestions for additional simulations for design robustness and concerns, as well as improved performance based on layout changes. Also made layout suggestions for improved isolation and performance.<br>• Developing unique 3D FPA and digitally programmable ROIC pixel unit cell architectures for inclusion in STTR proposal.<br>• Review of 2 TIA input / 128 channel output VCSEL driver, 2 GHz pulsed sampling IC in IBM 7WL 0.18 μm SiGe BiCMOS. |
| 2006 – 2012 | Raytheon Corp. | • Involved in the development of 40 GSPS ADC architecture in 32 nm IBM SOI.<br>• Involved in development of on-chip mechanical stress measurement circuit for thermal imaging sensor IC in IBM 9SF 90 nm CMOS process. Submitted patent disclosure on stress sensor circuit. Reviewed the pixel circuit design and the overall ROIC circuitry and timing.<br>• Participated in winning MDREX proposal effort to AFRL to develop high performance 10 bit, 2.2 GSPS ADC, 14 bit, 3 GSPS DDS, and 1:4 DMUX ICs in IBM 8HP 0.12μm SiGe BiCMOS, and integrate these functions with 8HP receiver and transmitter circuits developed by AFRL, as well as 8HP bias and control circuits developed by Raytheon. Involved with Phase I kick-off meeting. |
| | | • Participate in SBIR proposals development with partners Nu-Trek and Crossfield. Developed design methodology for CMOS GPS SOC integration. Developed sub-threshold CMOS RF circuits for low power GPS receiver concept. Generated phase adjust circuit for RF clock distribution for antenna array electronics, and submitted patent disclosure. Contributed write-up on high speed, high performance DAC topologies for DDS proposals. 1 Phase I SBIR proposal awarded. |

**Lloyd F. Linder**

| | | | |
|---|---|---|---|
| | | | • Schematic and layout review of IBM 7HP 0.18µm SiGe BiCMOS digital control and bias regulation circuits for MMIC common leg circuit. Reviewed regulator loading problems, solutions, and simulation results. Made simulation recommendations for verification of design robustness. Reviewed metal mask fixes.<br>• Review of test data, process parameters, and circuit design for production HRL G1.5 2µm InP band-pass Σ-Δ IC for yield enhancement. Developed vendor RFQ for multi-phase IC redesign effort. |
| | | | • Involved in metal mask effort for 14 bit, 3 GSPS DDS / DAC IC in IBM 7HP 0.18µm SiGe BiCMOS through the Trusted Foundry program. Contributed to design, layout changes in the high speed digital DLL section to improve performance for higher clock applications. Documented circuit design limitations for future redesign for clock rate enhancement. |
| | | | • Analyzing test data, PCM data for the metal mask DDS chip. Correlate sensitivity of test results to process parameters, and simulation results, to improve yield on future fabrications. Investigate design improvements for possible new mask set. Provide suggestions for performance improvements at the board level. Involved in improvements of the DLL section for next all-layer mask release.<br>• Member of team analyzing radiation induced latch-up effects in commercially available data converter for space application. Involved in focused laser beam testing to create single events in the converter. Analyzing radiation data, reliability data, and design guides for end-of-life DC power estimates for ICs designed in NS 0.8µm ABIC-IV BiCMOS, MAXIM GST-1 bipolar, IBM 5SF CMOS, and Honeywell HX3000 SOI.<br>• Review of link budget and block performance for IF and base-band ICs implementing high dynamic range receiver, including IF amp, mixer, VGA / attenuator, and ADC driver amp in IBM 5HPE 0.5µm SiGe BiCMOS. Made architectural suggestions for improved performance. Reviewed test results, and made suggestions for debug.<br>• Design review of IBM 5HPE 0.5µm SiGe BiCMOS IF receiver ASIC including mixer, gain control amp, and ADC buffer amplifier. |

**Lloyd F. Linder**                                    UnitedLex

| | | |
|---|---|---|
| | | Review of measurements for test circuits. |
| | | • Jitter analysis for ADC module clock path using divider circuits. |
| | | • Design reviews of IBM 5DM 0.5µm SiGe BiCMOS L1 / L2 GPS dual channel receiver IC: LNA1, LNA2, RF amp, RF mixer, IF mixer / AGC, gain calibration loop, baseband amp, PLL, and ADC. Defined layout floor plan, channel layout isolation techniques, and package requirements to meet isolation requirements. Reviewed final GPS receiver layout and developed plan for simulation of layout, package, and external component parasitics. Contributed to correlation of test results. Review of socketed test board layout. <br> • Review of quad channel IQ detector hybrid design and layout. Made suggestions for debugging of existing hybrid oscillation and improved performance. Review of TI BiCOM-2 0.7µm CBiCMOS IQ IC performance and correlation to hybrid measurement. <br> • Review of simulations and test results for IBM 8HP 0.12µm SiGe BiCMOS millimeter wave transceiver chipset module performance from outside vendor. <br> • Review of M/N PLL hybrid design. Review of TI BiCOM-2 0.7 µm CBiCMOS M/N PLL IC performance and correlation to hybrid measurement. <br> • Performed BOL and EOL noise analysis to estimate the jitter of on-chip clock receiver circuits for the SPT7760 ADC IC based on the MAXIM GST-1 process parameters, and off-chip COTS components for satellite application. |
| 2006 – 2009 | Menara Networks | • Reviewed schematics and simulation results for high frequency, multi-GHz active RF low pass filter in JAZZ SBC18HXL 0.18µm SiGe BiCMOS. Involved in top level layout review of first generation EDC IC. <br> • Contributing to the development of Nyquist 10 GSPS sample / hold circuit, for hold mode feed-through reduction, low distortion, and low power. Contributed to the DC AGC circuit to generate coefficients for Gilbert multiplier as well as developed a new summing circuit for the sampled signals in the analog sampled FIR filter. Involved in solving layout-induced performance problems. <br> • Involve in the clock distribution architecture and feedback loop to reduce DC offset effects |

**Lloyd F. Linder**

UnitedLex

| | | |
|---|---|---|
| | | on zero crossing. Review of regulator circuit power-up issues. Created new ADC-based residue architecture to generate the appropriate transfer function for a phase detector circuit for consideration on a higher performance, lower power version of the existing Fiber Optic Receiver IC in JAZZ SBC18HXL 0.18μm SiGe BiCMOS. |
| | | • Preliminary review of third party design of 10 Gb/sec CDR PLL schematic blocks for SOC application in STM 0.13μm SiGe BiCMOS. Reviewed metal mask circuit design changes. |
| 2006 – 2007 | MOSIS/ISI | • Review of MOSIS website. Provide report consisting of ways to improve technical and business information on the website, as well as customer support. Used client questionnaire to provide additional insight into website, technical information, customer service and support. |
| 2008 – 2009 | Tangea Semiconductor | • Participated in business plan development, facility requirements, engineering manpower requirements, technical concepts, and potential investor meetings. |
| 2006 – 2008 | Technoconcepts, Inc./Terocelo | • Involved in the design, development, and review of RF receiver and transmitter ICs for multi-band, multi-mode applications using JAZZ SBC18HXL 0.18 μm SiGe BiCMOS. Versions of the Receiver IC include RF VGA, mixer, RZ (Return-to-Zero) and NRZ (non-Return-to-Zero) 6 GSPS 1 bit $\Sigma$-$\Delta$ ADC, with 2 feedback DAC and 3 feedback DAC versions, PLL, 1:16 DMUX, and base band decimation and filtering. Activities include circuit-level architectures to improve existing performance, schematic and simulation reviews, top level layout floor-planning, layout review, and evaluation board review.<br>• Involved in testing and correlation of packaged part performance, to simulation, for noise density, harmonic distortion, and intermodulation distortion products. Involved in architecture improvements and enhancements, based on test results, for a metal mask effort. Improvements include extension of VGA architecture to extend the input 1 dB compression point, IIP3, and bandwidth. Added provision to sample very low input frequencies. Improved the dynamic range of the transconductance amplifiers in the modulator. Added dither DAC at the comparator input to improve idle tone performance. Extended the dynamic range of |

**Lloyd F. Linder**



the present RZ Σ-Δ design. Improved the DAC settling and noise response. Added an LNA, and a single-ended to differential converter to interface to the existing VGA.

- Development and layout of test chips for the TSMC 90nm CRN90LP CMOS RF process. Designs include single-ended, wideband and tuned versions of high IIP3 LNA architectures using novel distortion cancellation techniques for operation in the 1- 6 GHz frequency bands. Also developing versions of a 1.8V bidirectional, tri-stated CMOS / LVDS I/O driver with resistive and active back terminations, and a single input, multi-band, multiple output, switched / tuned RF front end. Involved with CASCADE probing, and correlation to simulation results.

- Development of a wide-band, software defined, multi-band, multi-mode, receiver chip for the TSMC 65nm CRN65GP mixed signal / RF process. Architected the circuits for the wideband LNA with novel AGC and attenuator, the RF DMUX / on-chip RF filter bank, the RF MUX / single-ended-to-differential converter, the quadrature mixer with AGC, RSSI log amp, and the programmable base-band filters. All the RF blocks utilize IM3 cancellation. Target services include AM, FM, DTR, DTV, WiFi, and WiMAX for automotive application for Japanese customer. Involved in the link budget analysis, block specifications, and the requirements for the associated base band ADC and PLLs for the high band LO, low band LO, and ADC LO ICs. Also proposed this architecture for NSF proposal in order to obtain additional development funding.

- Involved in the design, layout, and review of customer demonstration board, based on existing transceiver chipset, for WiMAX applications, using Picochip base-band processor.

- Developing transceiver architecture concepts for multi-service / simultaneous /switched reception off of single multi-band antenna, diversity, and MIMO with self-calibration. Developed low power architecture for multi-service receiver summing into single ADC. Developed transmit / receive architecture for multi-band, multi-mode military radio. Architectures are baseline for new business opportunities.

**Lloyd F. Linder**



| | | |
|---|---|---|
| | | • Developed IBM 0.12μm 8HP SiGe BiCMOS low power LNA topologies for 10-20 GHz for SBIR proposal. Developed RF interference cancellation architecture for SBIR proposal. |
| 2008 – 2009 | Red Dot Wireless | • Performed transceiver architecture study for TD-SCDMA / EVDO / WiFi / MIMO WiMAX application. Involved in presentations to investors. |
| 2006 – 2009 | Ubidyne | • Schematic, simulation, and layout review of IHP SG25H1 SiGe BiCMOS S1.0 Receiver RFIC. Review of characterization test results.<br>• Schematic, simulation, and layout review of JAZZ SBCH18XL SiGe BiCMOS S2.0 receiver, transmitter, and PA driver IC designs. Schematic and layout review of Toshiba 90nm CMOS high speed custom digital IC design.<br>• Review of test data and circuit design for S2.0 receiver to determine yield issues. |
| 2006 – 2009 | Dynamic Research Corp. | • Review of existing top level IC issues and proposed packaging approach for GPS transceiver in IBM 7HP 0.18 μm SiGe BiCMOS. |
| 2006 – 2007 | Q3Web Wideband Wireless, Inc. | • Constructed white paper on the development of IP libraries in the IBM CMOS and SiGe BiCMOS technologies for use by military contractors. Being submitted to government for funding consideration. |
| August 2009 – May 2011 | Aerius Photonics | • Directly responsible for winning new SBIR business for ROIC development.<br>• Captured $2.6M of SBIR ROIC development money<br>• Lead multiple winning proposals for Army, Navy, MDA, NASA, Air Force, and NSF SBIR Phase I and Phase II efforts. |
| April 2008 – January 2009 | Menara Networks | • Contributed to the development of an Electronic Dispersion Compensation (EDC) IC for long haul optical communications.<br>• Design of transmitter for quad 10 Gb/s transceiver with integrated EFEC. |
| February 2002 – April 2006 | TelASIC Communications | • Technical lead for the development of high-performance ADC IC and DAC IC products for the commercial cellular base station market.<br>• Delivered product in base station quantities to end customer Panasonic for the NTT DoCoMo build-out. |
| 1999 – February 2002 | Raytheon Advanced Products | • Technical lead for the development of integrated circuits for RF transceivers, high dynamic range ADCs, DACs, and ROICs.<br>• Technical support for new business pursuits in military / space / commercial ICs. |

**Lloyd F. Linder**



| | | |
|---|---|---|
| | | <ul><li>Worked with organizations across the company</li><li>Lead IRAD projects in a number of different process technologies for analog / mixed signal integrated circuits applications.</li></ul> |
| 1993 - 1999 | Hughes Communications Products | <ul><li>Technical lead of the development ICs for the Digital Receiver Program. This included NS ABIC-IV 0.8µm BiCMOS ICs with the following functions: LNA, mixer, LO driver, DAGC, fractional frequency hopping low phase noise PLL, IF amplifier, video amplifier, serial interface, log detection / blanking, and control logic, and a LUCENT CBIC-V2 summing amplifier IC. Involved in the packaging and test of plastic packaged parts. Digital Receiver board contained 2 chip UHF receiver, single chip GPS receiver IC, and master PLL IC.</li><li>Technical lead for research and development of RF and analog ICs in CMOS, Hughes NB SOS / SOI, silicon (NS ABIC-IV, V, MAXIM SHPi), and IBM SiGe bipolar / BiCMOS process technologies. Functions included LNAs, RF LNA, mixer, VCO, ring oscillator, video amplifier, IF amplifier, sample / hold, high speed 10 bit ECL-to-CMOS translator / latch, 12 bit DAC, and LP $\Sigma$-$\Delta$.</li><li>Development of AM / FM LNAs in IC Delco 1.2µm CMOS for automotive radio.</li><li>Involved in the chipset development for NS for the 1.0625 Gbit/sec ANSI X3T11 8B/10B standard using ABIC-IV process. Involved in laser diode driver, TZA, SIPO, PISO, Transceiver ICs.</li><li>Involved with process development / modeling for CMOS, SOS, and silicon / SiGe BiCMOS process technologies.</li><li>Team member of the NS ABIC-IV ADC chip development based on requirements for the ICO satellite system</li><li>Involved in the debug, characterization, and production of hybrids and modules for airborne radar and AMRAAM missile applications.</li></ul> |
| 1991 – 1993 | Radar Systems Group, Hughes Aircraft | <ul><li>Lead the IC development of high performance data converter components including sample / hold, summing amplifier, timing generator, band-gap, ADC reference amplifier, video amplifier, DAC, flash quantizers, and buffer amplifier in LUCENT CBIC-U / U2 and MAXIM SHPi and CPi processes.</li><li>Involved in the development of mixer ICs for high dynamic range radar using HRL InP,</li></ul> |

**Lloyd F. Linder**                                                    

| | | |
|---|---|---|
| | | AlGaAs, and Litton and Hughes D-MESFET technologies. |
| 1990 | Electrophysics Department, USC | • Taught EE448, Senior Electronics. Generated syllabus, created homework problems, tests, and solutions. Handed out final grades. |
| 1986 – 1991 | Radar Systems Group, Hughes Aircraft | • Involved in the design of components for high performance data converters.<br>• Contributed to the design of high dynamic range buffer amplifiers, sample / holds, integrators, and gain stages in Hughes 2 μm CBiCMOS, Fairchild 1.25 μm Fast-Z Fineline, and NS Aspect-II, Aspect-III, and ABIC-IV.<br>• Designed 2 bit adaptive threshold ADC IC in ORBIT 2μm CMOS for EPLRS radio.<br>• Contributed to architecture for Hughes NB 2 μm CMOS gate array ASIC.<br>• Involved with process development / modeling for bipolar, complementary bipolar, CMOS, BiCMOS, CBiCMOS.<br>• Generated analog tile array for the Hughes Carlsbad CBiCMOS process |
| July 1985 – 1986 | Radar Systems Group, Hughes Aircraft | • Involved in design of high speed digital ICs for the VHSIC (Very High Speed Integrated Circuit) program using Fairchild Fast-Z Fineline 1.25μm bipolar.<br>• Involved in design of high speed 64 X 16, 124 X 24, and 1K X 24 SRAM ICs.<br>• Contributed to the merged junction bipolar SPICE model.<br>• Designed current mode logic for UHSBL (Ultra High Speed Bipolar Logic) cell library in NS Aspect-III. Cells used in high speed MUX, DMUX, and DDS ICs.<br>• Developed digital IC architectures for high speed radar signal processing. |

*Classified as Confidential-External*

# EXHIBIT C

**Smith, Jonathan McNeal**

| | |
|---|---|
| **From:** | Smith, Jonathan McNeal |
| **Sent:** | Friday, October 8, 2021 9:40 AM |
| **To:** | 'Jack Shaw'; Buxton, Christopher A.; Cochran, David B.; Fanelli, Dominic; Galvan, Hilda C.; Gaza, Anne Shea; Ritchie, Thomas W.; Mishaga, Stephanie M.; Swadley, Beth A.; Vrana, Robert |
| **Cc:** | Lennon, James; 'Peter Mazur'; Feng Xu; WSOU v. Xilinx |
| **Subject:** | RE: WSOU v. Xilinx (D. Del.) Expert and consultant disclosures |

Counsel:

WSOU's disclosure of Loyd Linder is insufficient under the requirements of the Protective Order.

On page 3 of Dr. Linder's CV, he identifies consulting work performed from 2019 – Present for Kenny & Sams, P.C.  The description provided states, "Expert witness in software defined radio development case."  But this case does not appear in Dr. Linder's list of cases on page 2 of his CV.  He does not identify the case name, case number, or the parties involved.  If Dr. Linder prepared a report or provided any testimony in that case, he must disclose sufficient information to identify the case.  (*See* D.I. 64 ¶ 5(e).)  Without such identifying information, his "list of other cases" is incomplete.

On page 3 of his CV, Dr. Linder identifies consulting work performed from 2021 – Present for GreyB Service, Pte. Ltd.  The description provided states, "Provide expertise for many different invalidity cases for many different clients."  But Dr. Linder fails to identify those clients or a description of the subject matter of his work for them, as required by the Protective Order.  (*See* D.I. 64 ¶ 5(e).)  Accordingly, Dr. Linder's "list of companies that [he] has been employed by or provided consulting services" for is incomplete.

Given these deficiencies in WSOU's disclosure of Dr. Linder, WSOU has not disclosed Dr. Linder as required under the Protective Order.  Please provide the missing information required by the Protective Order so that Xilinx may adequately consider whether it has any objections to Dr. Linder.

Regards,

Jonathan

--
Jonathan McNeal Smith
Associate, IP Litigation
**JONES DAY® - One Firm Worldwide®**
555 South Flower Street

Fiftieth Floor
Los Angeles, CA 90071
Office +1.213.243.2559

---

**From:** Jack Shaw <JShaw@kasowitz.com>
**Sent:** Thursday, October 7, 2021 5:20 PM
**To:** Buxton, Christopher A. <cbuxton@jonesday.com>; Cochran, David B. <dcochran@JonesDay.com>; Fanelli, Dominic <DFanelli@ycst.com>; Galvan, Hilda C. <hcgalvan@JonesDay.com>; Gaza, Anne Shea <agaza@ycst.com>; Smith, Jonathan McNeal <jonathansmith@jonesday.com>; Ritchie, Thomas W. <twritchie@jonesday.com>; Mishaga, Stephanie M. <smishaga@jonesday.com>; Swadley, Beth A. <BSwadley@ycst.com>; Vrana, Robert <RVrana@ycst.com>
**Cc:** Lennon, James <jlennon@devlinlawfirm.com>; 'Peter Mazur' <pmazur@devlinlawfirm.com>; Feng Xu <fxu@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>
**Subject:** RE: WSOU v. Xilinx (D. Del.) Expert and consultant disclosures

**\*\* External mail \*\***

Counsel,

Further to the following, attached is Mr. Lloyd F. Linder's CV updated with some recent cases added to his list.

Regards,

Jack

Jack Shaw
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel.  (650) 453-5410
Fax. (650) 429-2085
JShaw@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Jack Shaw
**Sent:** Thursday, October 7, 2021 1:14 PM
**To:** 'cbuxton@jonesday.com' <cbuxton@jonesday.com>; 'Cochran, David' <dcochran@jonesday.com>; 'Fanelli, Dominic' <DFanelli@ycst.com>; 'Galvan, Hilda' <hcgalvan@jonesday.com>; 'Gaza, Anne Shea' <agaza@ycst.com>; 'jonathansmith@jonesday.com' <jonathansmith@jonesday.com>; 'Ritchie, Thomas' <twritchie@jonesday.com>; 'smishaga@jonesday.com' <smishaga@jonesday.com>; 'Swadley, Beth A.' <BSwadley@ycst.com>; 'Vrana, Robert' <RVrana@ycst.com>
**Cc:** 'Lennon, James' <jlennon@devlinlawfirm.com>; 'Peter Mazur' <pmazur@devlinlawfirm.com>; 'Feng Xu' <fxu@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>
**Subject:** WSOU v. Xilinx (D. Del.) Expert and consultant disclosures

Counsel,

Pursuant to the Stipulated Protective Order entered in the five *WSOU v. Xilinx* cases, WSOU is disclosing Jerry Barth, Lloyd F. Linder, Nathan Palacios, and James Anton Strickland as experts and consultants to obtain access to Protected Materials.

Attached please find their signed undertakings and CVs with lists of their cases.

Regards,

Jack

# EXHIBIT D

**Smith, Jonathan McNeal**

| | |
|---|---|
| **From:** | Smith, Jonathan McNeal |
| **Sent:** | Tuesday, October 12, 2021 8:40 PM |
| **To:** | Jack Shaw; Buxton, Christopher A.; Cochran, David B.; Fanelli, Dominic; Galvan, Hilda C.; Gaza, Anne Shea; Ritchie, Thomas W.; Mishaga, Stephanie M.; Swadley, Beth A.; Vrana, Robert |
| **Cc:** | Lennon, James; 'Peter Mazur'; Feng Xu; WSOU v. Xilinx |
| **Subject:** | RE: WSOU v. Xilinx (D. Del.) - Source Code Review |
| **Attachments:** | RE: WSOU v. Xilinx (D. Del.) Expert and consultant disclosures |

Counsel:

We are surprised by your request to have Dr. Linder at a source code review.  As explained in my October 8 email (attached for your reference), WSOU has not disclosed Dr. Linder in accordance with the requirements of the Protective Order.  And because WSOU never responded to my October 8 email, we understood that WSOU no longer intended to disclose Dr. Linder.

Notwithstanding WSOU's failure to sufficiently disclose Dr. Linder under the Protective Order, Xilinx objects to Dr. Linder pursuant to Paragraph 5(e) based on Dr. Linder's recent and current consulting activities in technology spaces where Xilinx competes.  Providing Dr. Linder with access to Xilinx's confidential information would competitively disadvantage and unfairly prejudice Xilinx.

Based on this objection, and WSOU's failure to disclose Dr. Linder pursuant to the Protective Order, we do not authorize you to provide Dr. Linder with any Xilinx confidential information and will not permit Dr. Linder to be present at any source code review.  Please confirm that WSOU has not provided any confidential information to Dr. Linder, and confirm also that WSOU will not proceed with Dr. Linder.  If WSOU intends to proceed with Dr. Linder in spite of Xilinx's objection, please provide your availability to meet and confer tomorrow or Thursday, October 14, as required under the Protective Order.

To be clear, because WSOU failed to provide complete information concerning Dr. Linder's litigation and consulting activities, there is no pending disclosure for Dr. Linder to which Xilinx is obligated to object.  Moreover, given the deficiencies identified in my October 8 email, Xilinx has not been able to fully evaluate its objections to Dr. Linder.  Xilinx reserves the right to raise additional objections once WSOU has provided all of the required information for Dr. Linder.

Regards,

Jonathan

--
Jonathan McNeal Smith
Associate, IP Litigation
**JONES DAY® - One Firm Worldwide®**
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Office +1.213.243.2559

---

**From:** Jack Shaw <JShaw@kasowitz.com>
**Sent:** Tuesday, October 12, 2021 5:45 PM
**To:** Buxton, Christopher A. <cbuxton@jonesday.com>; Cochran, David B. <dcochran@JonesDay.com>; Fanelli, Dominic <DFanelli@ycst.com>; Galvan, Hilda C. <hcgalvan@JonesDay.com>; Gaza, Anne Shea <agaza@ycst.com>; Smith, Jonathan McNeal <jonathansmith@jonesday.com>; Ritchie, Thomas W. <twritchie@jonesday.com>; Mishaga, Stephanie M. <smishaga@jonesday.com>; Swadley, Beth A. <BSwadley@ycst.com>; Vrana, Robert <RVrana@ycst.com>
**Cc:** Lennon, James <jlennon@devlinlawfirm.com>; 'Peter Mazur' <pmazur@devlinlawfirm.com>; Feng Xu <fxu@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>
**Subject:** RE: WSOU v. Xilinx (D. Del.) - Source Code Review

**\*\* External mail \*\***

Counsel,

Further to the following, Lloyd F. Linder and Nathan Palacios (both disclosed on Oct. 7) will be at the source code review at the Wilmington offices of Young Conaway Stargatt & Taylor, LLP, starting at 9:00 AM <u>next Tuesday, October 19</u>, and continuing until October 22.

Please confirm.

Many thanks.

Jack


Jack Shaw
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel.  (650) 453-5410
Fax. (650) 429-2085
JShaw@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Jack Shaw
**Sent:** Tuesday, October 12, 2021 2:33 PM
**To:** 'cbuxton@jonesday.com' <cbuxton@jonesday.com>; 'Cochran, David' <dcochran@jonesday.com>; 'Fanelli, Dominic' <DFanelli@ycst.com>; 'Galvan, Hilda' <hcgalvan@jonesday.com>; 'Gaza, Anne Shea' <agaza@ycst.com>; 'jonathansmith@jonesday.com' <jonathansmith@jonesday.com>; 'Ritchie, Thomas' <twritchie@jonesday.com>; 'smishaga@jonesday.com' <smishaga@jonesday.com>; 'Swadley, Beth A.' <BSwadley@ycst.com>; 'Vrana, Robert'

<RVrana@ycst.com>
**Cc:** 'Lennon, James' <jlennon@devlinlawfirm.com>; 'Peter Mazur' <pmazur@devlinlawfirm.com>; 'Feng Xu'
<fxu@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>
**Subject:** WSOU v. Xilinx (D. Del.) - Source Code Review

Counsel,

    This is a notice that we will review Xilinx's information designated as "HIGHLY CONFIDENTIAL – SOURCE CODE" at the Wilmington offices of Young Conaway Stargatt & Taylor, LLP, starting at 9:00 AM on next Monday, October 18, continuing until October 22.

    We will provide the names of the individuals attending the source code review in a separate email.

    Many thanks,

Jack

# EXHIBIT E

Table of Contents

**United States**
**Securities and Exchange Commission**
**Washington, D.C. 20549**
# FORM 10-K

(Mark One)

☑    **Annual report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the fiscal year ended April 3, 2021**

☐    **Transition report pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from _____ to _____.**

**Commission File Number 000-18548**

# XILINX, INC.

*(Exact name of registrant as specified in its charter)*

| **Delaware** | **2100 Logic Drive** | **77-0188631** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | **San Jose** | (I.R.S. Employer Identification No.) |
| | **California** | **95124** |
| | (Address of principal executive offices) | (Zip Code) |

(Registrant's telephone number, including area code) **(408) 559-7778**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol** | **Name of each exchange on which registered** |
|---|---|---|
| Common stock, $0.01 par value | XLNX | The Nasdaq Global Select Market |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No o

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes o No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No o

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑ No o

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☑ | Accelerated filer | o | Non-accelerated filer | o |
|---|---|---|---|---|---|
| Smaller reporting company | ☐ | Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.    o

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☑

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant based upon the closing price of the registrant's common stock on September 26, 2020 as reported on the Nasdaq Global Select Market was approximately $20,370,129,000. Shares of common stock held by each executive officer and director and by each person who owns 5% or more of the outstanding common stock have been excluded in that such persons may be deemed affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

As of April 30, 2021, the registrant had approximately 245,840,000 shares of Common Stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Parts of the Proxy Statement for the Registrant's Annual Meeting of Stockholders to be held on August 4, 2021 are incorporated by reference into Part III of this Annual Report on Form 10-K.

XILINX_WSOU-0020202

**Xilinx, Inc.**
**Form 10-K**
**For the Fiscal Year Ended April 3, 2021**
**TABLE OF CONTENTS**

| | |
|---|---|
| **PART I** | 4 |
| Item 1. Business | 4 |
| Item 1A. Risk Factors | 19 |
| Item 1B. Unresolved Staff Comments | 32 |
| Item 2. Properties | 32 |
| Item 3. Legal Proceedings | 33 |
| Item 4. Mine Safety Disclosures | 33 |
| | |
| **PART II** | 34 |
| Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 34 |
| Item 6. Selected Financial Data | 36 |
| Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations | 37 |
| Item 7A. Quantitative and Qualitative Disclosures about Market Risk | 49 |
| Item 8. Financial Statements and Supplementary Data | 51 |
| Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 92 |
| Item 9A. Controls and Procedures | 93 |
| Item 9B. Other Information | 93 |
| | |
| **PART III** | 94 |
| Item 10. Directors, Executive Officers and Corporate Governance | 94 |
| Item 11. Executive Compensation | 94 |
| Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 94 |
| Item 13. Certain Relationships and Related Transactions, and Director Independence | 95 |
| Item 14. Principal Accountant Fees and Services | 95 |
| | |
| **PART IV** | 96 |
| Item 15. Exhibit and Financial Statement Schedules | 96 |
| Item 16. Form 10-K Summary | 99 |
| Signatures | 100 |

XILINX_WSOU-0020203

Table of Contents

**FORWARD-LOOKING STATEMENTS**

*This Annual Report on Form 10-K contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements may be found throughout this Annual Report, which may include discussions concerning our pending merger with Advanced Micro Devices, Inc., development efforts, strategy, new product introductions, backlog, litigation and other matters, including potential risks and other statements regarding the COVID-19 pandemic. Forward-looking statements involve numerous known and unknown risks and uncertainties and are based on current expectations that could cause actual results to differ materially and adversely from those expressed or implied. Such risks include, but are not limited to, those discussed throughout this document as well as in Item 1A "Risk Factors" and elsewhere in this document. Often, forward-looking statements can be identified by the use of forward-looking words, such as "may," "will," "could," "should," "expect," "believe," "anticipate," "estimate," "continue," "plan," "would," "intend," "project" and other similar terminology, or the negative of such terms. We disclaim any responsibility to update or revise any forward-looking statement provided in this Annual Report or in any of our other communications for any reason.*

PART I

ITEM 1.        BUSINESS

Xilinx, Inc. (Xilinx, the Registrant, the Company or we) designs and develops programmable devices and associated technologies, including:

- integrated circuits (ICs) in the form of programmable logic devices (PLDs), including programmable System on Chips (SoCs), three-dimensional ICs (3D ICs) and Adaptive Compute Acceleration Platform (ACAP): a highly integrated multi-core heterogeneous compute platform;
- software design tools to program the PLDs;
- software development environments and embedded platforms;
- targeted reference designs;
- printed circuit boards; and
- intellectual property (IP), which consists of Xilinx and various third-party verification and IP cores.

In addition to its programmable platforms, Xilinx provides design services, customer training, field engineering and technical support.

Xilinx develops highly flexible and adaptive processing platforms that enable rapid innovation across a variety of technologies –from the endpoint to the edge to the cloud. Xilinx is the inventor of field programmable gate arrays (FPGA), hardware programmable SoCs and ACAP, designed to deliver the most dynamic processor technology in the industry and enable the adaptable, intelligent and connected world of the future. Our product portfolio is designed to provide high integration and quick time-to-market for electronic equipment manufacturers in sub-markets such as data center, wireless, wired, aerospace and defense, test, measurement and emulation, industrial, scientific and medical, automotive, audio, video and broadcast and consumer.

We sell our products and services through independent domestic and foreign distributors and through direct sales to original equipment manufacturers (OEMs) and electronic manufacturing service providers (EMS). Sales are generated by these independent distributors, independent sales representatives or our direct sales organization.

Xilinx was founded and incorporated in California in February 1984. In April 1990, the Company was reincorporated in Delaware. Our corporate facilities and executive offices are located at 2100 Logic Drive, San Jose, California 95124, and our website address is www.xilinx.com.

Please also see the discussion in Item 7. "Management's Discussion and Analysis of Financial Condition and Results of Operations" as well as in Item 1A "Risk Factors" for further information regarding the COVID-19 pandemic declared by the World Health Organization in March 2020.

**Merger with Advanced Micro Devices, Inc.**

XILINX_WSOU-0020204

On October 27, 2020, we announced that we had entered into an Agreement and Plan of Merger (as it may be amended from time to time, the Merger Agreement) with Advanced Micro Devices, Inc. (AMD), a Delaware corporation, and Thrones Merger Sub, Inc., a wholly-owned subsidiary of AMD (Merger Sub), under which, subject to the satisfaction or (to the extent permissible) waiver of the conditions set forth therein, Merger Sub will merge with and into us, and we will survive the merger as a wholly-owned subsidiary of AMD (Merger). Under the terms of the Merger Agreement, at the effective time of the Merger (Effective Time), each share of our common stock, par value $0.01 per share, issued and outstanding immediately prior to the Effective Time (other than treasury shares and any shares of our common stock held by AMD or Merger Sub) will be converted into the right to receive 1.7234 fully paid and non-assessable shares of common stock, par value $0.01 per share, of AMD (with cash being paid, without interest and less applicable withholding taxes, in lieu of any fractional shares of AMD common stock).

The Merger has been approved by our board of directors, the board of directors of AMD, our stockholders and the stockholders of AMD. The completion of the Merger is subject to customary closing conditions, including, among others, the receipt of various regulatory approvals. Subject to the satisfaction or (to the extent permissible) waiver of such conditions, the Merger is currently expected to close by the end of calendar year 2021. We cannot guarantee that the Merger will be completed on a timely basis or at all or that, if completed, it will be completed on the terms set forth in the Merger Agreement.

The aggregate financial advisor fees associated with the Merger are $90.0 million in total, $9.0 million of which was paid upon the public announcement of the Merger, and the remainder is contingent upon the closing of the Merger. We are also obligated to pay up to an additional $40.0 million calculated based on the extent to which the value of our shares in the Merger at the time of closing exceeds a specified threshold. If the Merger is not completed, we could be required to pay a termination fee of $1.0 billion to AMD under certain circumstances as described in the Merger Agreement or AMD could be required to pay a termination fee to us equal to $1.5 billion, or $1.0 billion under certain circumstances, as described in the Merger Agreement.

**Industry Overview**

Several silicon architectures including microprocessors, graphics processing units (GPUs), application specific standard products (ASSPs), and custom application specific integrated circuits (ASICs) are used for compute in most digital electronic systems today. Central processing units (CPUs) historically have been the most common platform used by software developers but have limitations when used for modern compute tasks ranging from real-time control to machine learning. Fixed function acceleration and heterogeneous systems ranging from GPUs, ASSPs, and custom ASICs meet some of these compute demands but with a limited range of flexibility.

Xilinx develops adaptable hardware platforms that enable hardware acceleration and rapid innovation across a variety of technologies - from the endpoint to the edge to the cloud. Xilinx is the inventor of the FPGA, hardware programmable SoCs and the ACAP, all designed to deliver the most dynamic processor technology for adaptable systems. In particular, the ACAP draws on the strengths of CPUs, FPGAs, and fixed function accelerators to accelerate any workload with ease-of-use for software and hardware developers alike.

Other advantages of Xilinx adaptable platforms include:

- Faster time-to-market and increased design flexibility. Both advantages are enabled by Xilinx development tools which allow users to implement and revise their designs quickly. In contrast, ASICs and ASSPs require significant development time and offer limited, if any, flexibility to make design changes.
- Xilinx adaptable platforms are standard components. This means that the same device can be sold to many different users for a myriad of applications. In sharp contrast, ASICs and ASSPs are customized for an individual user or a specific application.

Hardware adaptable platforms are generally disadvantaged in terms of relative device size when compared to devices that are designed to perform a fixed function in a single or small set of applications. ASICs and ASSPs tend to be smaller than FPGAs, hardware programmable SoCs, and ACAPs performing the same fixed function, resulting in a lower unit cost.

However, there is a high fixed cost associated with ASIC and ASSP development that is not applicable to customers of hardware programmable ICs. This fixed cost of ASIC and ASSP development significantly increases for every next generation technology node. From a total cost of development perspective, ASICs and ASSPs have generally been more cost effective when used in high-volume production, and hardware programmable platforms have generally been more cost effective when used in low- to mid-volume production. However, we expect hardware adaptable platforms to be able to address higher volume applications and gain market share from ASIC and ASSP suppliers as the fixed cost of ASIC and ASSP development increases on next generation technology nodes.

4

XILINX_WSOU-0020205

An overview of PLD and market applications for our products is shown in the following table:

| End Markets | Sub-Markets | Applications |
|---|---|---|
| A&D, Industrial and TME | Aerospace and Defense | • Secure Communications<br>• Avionics |
| | Industrial, Scientific and Medical | • Factory Automation<br>• Medical Imaging<br>• Machine Vision |
| | Test, Measurement and Emulation | • Semiconductor Test and Measurement Equipment<br>• Semiconductor Emulation and Prototyping |
| Automotive, Broadcast and Consumer | Automotive | • Driver Assistance Systems<br>• Driver Information Systems<br>• Infotainment Systems |
| | Audio, Video and Broadcast | • Post Production Equipment<br>• "Prosumer" Video Equipment |
| | Consumer | • Digital Projectors<br>• Multifunction printers |
| Wired and Wireless | Wireless | • 3G/4G/5G Base Stations/Antennas<br>• Wireless Backhaul |
| | Wired | • Enterprise Routers and Switches<br>• Metro Optical Networks |
| Data Center | Data Center | • Compute, Networking and Storage |

**Strategy and Competition**

Our strategy for growth is to displace ASICs, ASSPs and traditional PLDs in next generation electronic systems. Additionally, we focus on enabling "building the adaptable intelligent world" with an emphasis on the three major elements described below.

- Data center first: Xilinx is ramping up its efforts with key data center customers, ecosystem partners and software application developers, to further enable innovation and deployments in compute acceleration, computational storage and network acceleration.
- Accelerated growth in core markets: core markets consist of automotive; wireless infrastructure; wired communications; audio, video and broadcast; aerospace and defense; industrial, scientific and medical; test, measurement and emulation; and consumer technologies where the Company has leadership technology and substantial market traction. These core markets and customers are central to Xilinx, and Xilinx continues to drive and enable innovation in these areas.
- Drive adaptive computing with the introduction of ACAP: in March 2018, we announced ACAP, which we believe is a breakthrough product category. ACAP is a highly integrated multi-core heterogeneous compute platform that can be programmed at the hardware level to adapt to the needs of a wide range of applications and workloads. An ACAP's adaptability, which can be done dynamically in milliseconds during operation, delivers levels of performance and performance per-watt that is unmatched by CPUs or GPUs.

The costs and risks associated with application-specific devices can only be justified for high-volume or highly-specialized commodity products. Programmable platforms, alternatively, are becoming critical for our customers to meet increasingly stringent product requirements – cost, power, performance and density – in a business environment characterized by increased complexity, shrinking market windows, rapidly changing market demands, capped engineering budgets, escalating ASIC and ASSP engineering costs and increased economic and development risk.

5

XILINX_WSOU-0020206

With every new generation of our products, our strategy is to increase the performance, density and system-level functionality and integration, while driving down cost and power consumption at each manufacturing process node. This enables us to provide simpler, smarter programmable platforms and design methodologies allowing our customers to focus on innovation and differentiation of their products. Our strategy includes expanding our user base by making our platforms more accessible to users who don't have prior experience with hardware programmable devices.

Our products now compete in several areas of the semiconductor industry that are intensely competitive and characterized by rapid technological change, increasing levels of integration, product obsolescence and continuous price erosion.  We expect continued competition from our primary PLD competitors such as Intel Corporation (Intel), Lattice Semiconductor Corporation (Lattice) and Microsemi Corporation (Microsemi, acquired by Microchip), and from ASSP vendors such as Broadcom Corporation (Broadcom), Marvell Technology Group, Ltd. (Marvell), Analog Devices and Texas Instruments Incorporated (Texas Instruments), as well as from companies such as NVIDIA with whom we historically have not competed. In addition, we expect continued competition from the ASIC market, which has been ongoing since the inception of FPGAs. Other competitors include manufacturers of:

- high-density programmable logic products characterized by FPGA-type architectures;
- high-volume and low-cost FPGAs as programmable replacements for ASICs and ASSPs;
- ASICs and ASSPs with incremental amounts of embedded programmable logic;
- high-speed, low-density complex programmable logic devices (CPLDs);
- high-performance digital signal processing (DSP) devices;
- products with embedded processors;
- products with embedded multi-gigabit transceivers;
- discrete general-purpose GPUs targeting data center and automotive applications; and
- other new or emerging programmable logic products.

We believe that important competitive factors in the logic IC industry include:

- product pricing;
- time-to-market;
- product performance, reliability, quality, power consumption and density;
- field upgradability;
- adaptability of products to specific applications;
- ease of use and functionality of software design tools;
- availability and functionality of predefined IP;
- completeness of applicable software solutions;
- adherence to industry-standard programming environments;
- inventory and supply chain management;
- access to leading-edge process technology and assembly capacity;
- ability to provide timely customer service and support; and
- access to advanced packaging technology.

**Product Overview**

A brief overview of the product offerings is listed in the table below. These products make up most of our revenues. Additionally, some of our more mature product families have been excluded from the table, even though they continue to generate revenues. We operate and track our results in one operating segment.

XILINX_WSOU-0020207

**Product Families**

| Boards/PLDs/Devices | Date Introduced |
| --- | --- |
| Artix UltraScale+ | March 2021 |
| Alveo SmartNIC | February 2021 |
| Versal Premium | March 2020 |
| Versal Prime | October 2018 |
| Versal AI Core | October 2018 |
| Alveo | October 2018 |
| Zynq UltraScale+ RFSoCs | February 2017 |
| Spartan-7 | September 2016 |
| Virtex UltraScale+ | January 2016 |
| Kintex UltraScale+ | December 2015 |
| Zynq UltraScale+ | September 2015 |
| Virtex UltraScale | May 2014 |
| Kintex UltraScale | November 2013 |
| Zynq-7000 | March 2011 |
| Virtex-7 | June 2010 |
| Kintex-7 | June 2010 |
| Artix-7 | June 2010 |
| Virtex-6 | February 2009 |
| Spartan-6 | February 2009 |

See information under the caption "Results of Operations - Net Revenues" in Item 7. "Management's Discussion and Analysis of Financial Condition and Results of Operations" for information about our revenues from our product families. See also "Note 15. Segment Information" to our consolidated financial statements included in Item 8. "Financial Information and Supplementary Data" for information regarding segments.

*Versal ACAP Products*

XILINX_WSOU-0020208

Versal, the first ACAP, is a fully software-programmable, heterogeneous compute platform that combines Scalar Engines, Adaptable Engines, and Intelligent Engines to achieve dramatic performance improvements over today's fastest FPGA and CPU implementations for data center, wired network, 5G wireless, automotive driver assist applications and will be used in nearly all markets that we serve over time. The Scalar Engines are built from the dual-core ARM Cortex-A72, providing a 2X increase in

per-core single-threaded performance compared to Xilinx's previous-generation ARM Cortex-A53 core. A combination of advanced architecture and power improvements from the 7 nanometer (nm) Fin Field Effect Transistor (FinFET) process yields a 2X improvement in watt over the earlier 16nm implementation. The Adaptable Engines are made up of programmable logic and memory cells connected with the next generation of the industry's fastest programmable logic. The Intelligent Engines are an array of innovative Very Long Instruction Word (VLIW) and Single Instruction, Multiple Data (SIMD) processing engines and memories, all interconnected with 100s of terabits per second of interconnect and memory bandwidth.

### Alveo Board Products

The Alveo accelerator cards provide optimized acceleration for a broad range of workloads spanning compute, networking, and storage and are available for deployment in servers from the edge to the cloud. As a real-time computing platform, Alveo is built for maximum application-specific performance and low-latency and is built on our latest FPGA architectures with the industry's fastest memory, networking connectivity, and PCIe interconnect. Customers can develop accelerated applications on Alveo using tools like the Vitis Developer Environment or choose from a broad range of pre-built accelerated applications via a large and growing ecosystem of software partners. Scale-out architectures are made easy through Alveo support for Docker containers and Kubernetes orchestration.

### UltraScale+ Product Families

The UltraScale+ portfolio consists of three product families and is manufactured using Taiwan Semiconductor Manufacturing Company Limited's (TSMC) 16 nm FinFET+ process. The UltraScale+ portfolio includes FPGAs, 3D IC technology, Multi- Processing System on a Chip (MPSoCs) products, combining new memory, 3D on 3D and multiprocessing SoC technologies, and the industry's first All Programmable SoC architecture with integrated radio frequency (RF) data converters.

- Zynq UltraScale+ RFSoCs integrate RF data converters into an All Programmable SoC architecture. Complete with an ARM Cortex-A53 processing subsystem, UltraScale+ programmable logic, and the highest signal processing bandwidth in a Zynq UltraScale+ device, the new family provides a comprehensive RF signal chain for wireless, cable access, test and measurement, early warning/radar, and other high-performance RF applications.

- Virtex UltraScale+ FPGAs, which include industry-leading capabilities such as 58G Transceivers, Peripheral Component Interconnect Express (PCIe) Gen 4 integrated cores, and UltraRam on-chip memory technology, provide the required performance and integration needed for next generation data center, 400G and terabit wireline, test and measurement, and aerospace and defense applications. We have recently expanded the Virtex portfolio to include devices with integrated High Bandwidth Memory (HBM) for the highest on chip memory density, and also added the industry's highest capacity FPGA , the VU19P for ASIC prototyping and emulation applications.

- Kintex UltraScale+ devices provide a strong price/performance watt balance in a FinFET node, delivering a very cost-effective solution for high-end capabilities including transceiver and memory interface line rates, as well as 100G connectivity cores. These devices are ideal for both packet processing and DSP-intensive functions and are well suited for applications ranging from wireless technology to high-speed wired networking and data center.

- The Zynq UltraScale+ MPSoC product family represents the Company's second generation All Programmable SoC family. This new family combines seven user programmable processors cores including a 64-bit quad-core ARM Cortex A53 Application Processing Unit, a 32-bit dual-core ARM Cortex R5 Real Time Processing Unit, and an ARM Mali 400 Graphics Processing Unit. These devices enable the development of next generation embedded vision, automotive, industrial Internet of things (IoT) and communication systems by providing significant increases in system level performance/watt and any-to-any connectivity with the security and safety required for next generation systems.

### UltraScale Product Families

These devices deliver an ASIC-class advantage, based on the UltraScale architecture and utilizing TSMC's 20nm gate density process. These devices deliver next generation routing, ASIC-like clocking, and enhancements to logic and fabric to eliminate interconnect bottlenecks while supporting consistent device utilization.

XILINX_WSOU-0020209

- Kintex UltraScale FPGAs represent the Company's second-generation mid-range FPGA family. These devices offer high price-performance at the lowest power. Kintex UltraScale devices are designed to meet the requirements for the growing number of key applications including next generation wireline and wireless communications and ultra-high definition displays and equipment.

- Virtex UltraScale FPGAs provide advanced levels of performance, system integration and bandwidth on a single chip. The largest family member delivers 4.4M logic cells, more than doubling our largest 28nm device and delivering 50M equivalent ASIC gates. Virtex UltraScale devices are used in the industry's most challenging applications including: 400G communication applications, high-performance computing, surveillance and reconnaissance systems and ASIC emulation and prototyping.

*28nm Product Families*

The 28nm product families are fabricated on a high-K metal gate, high-performance and low power 28nm process technology. These product families are based on a scalable and optimized architecture, which enables design, IP portability and re-use across all families as well as provides designers the ability to achieve the appropriate combination of input/output (I/O) support, performance, feature quantities, packaging and power consumption to address a wide range of applications. The 28nm product families include:

- Virtex-7 FPGAs, including 3D ICs, are optimized for applications requiring the highest capacity, performance, DSP and serial connectivity with transceivers operating up to 28G. Target applications include 400G and 100G line cards, high-performance computing and test and measurement applications.

- Kintex-7 FPGAs represent Xilinx's first mid-range FPGA family. These devices maximize price-performance and performance per watt. Target applications include wireless Long Term Evolution (LTE) infrastructure, video display technology and medical imaging.

- Artix-7 FPGAs offer the lowest power and system cost at higher performance than alternative high-volume FPGAs. These devices are targeted to high-volume applications such as handheld portable ultrasound devices, multi-function printers and software defined radios.

- The Zynq-7000 family is the first family of Xilinx programmable SoCs. This class of product combines an industry-standard ARM dual-core Cortex-A9 MPCore processing system with Xilinx 28nm architecture. There are five devices in the Zynq-7000 SoC family that allow designers to target cost sensitive as well as high-performance applications from a single platform using industry-standard tools. These devices are designed to enable incremental market opportunities in applications such as industrial motor control, driver assistance and smart surveillance systems and smart heterogeneous wireless networks.

- Spartan-7 FPGAs offer the best performance and power consumption in their class, along with small form factor packaging to meet the most stringent requirements. These devices are ideally suited for industrial, consumer, and automotive applications including any-to-any connectivity, sensor fusion, and embedded vision.

*40nm and 45nm Product Families*

The Virtex-6 FPGA family consists of 13 devices and is the sixth generation in the Virtex series of FPGAs. Virtex-6 FPGAs are fabricated on a high-performance 40nm process technology. There are three Virtex-6 families, and each is optimized to deliver different feature mixes to address a variety of markets.

The Spartan-6 FPGA family is fabricated on a low-power 45nm process technology. The Spartan-6 family is the PLD industry's only 45nm high-volume FPGA family, consisting of 11 devices in two product families.

*Other Product Families*

Prior generation Virtex families include Virtex-5, Virtex-4, Virtex-II Pro, Virtex-II and the original Virtex family. Spartan family FPGAs include Spartan-3 FPGAs, the Spartan-3E family and the Spartan-3A family. Prior generation Spartan families include Spartan-IIE, Spartan-II, Spartan XL and the original Spartan family.

9

XILINX_WSOU-0020210

CPLDs operate on the lowest end of the programmable logic density spectrum. CPLDs are single-chip, nonvolatile solutions characterized by instant-on and universal interconnect. CPLDs combine the advantages of ultra-low power consumption with the benefits of high performance and low cost. Prior generations of CPLDs include the CoolRunner and XC9500 product families.

**Design Platforms and Services**

*Adaptable Platforms*

We offer three types of platforms that support our customers' designs and reduce their development efforts: FPGAs, hardware programmable SoCs, and ACAPs. All devices feature adaptable hardware that enable our customers to implement domain-specific architectures on the same physical device. With both hardware-accelerated performance and flexibility beyond what CPUs, GPUs, ASSPs, and ASICs can offer, customers can introduce new innovations to the market quickly.

FPGAs feature reconfigurable hardware as well as integrated memory, digital signal processing, analog mixed signal, high-speed serial transceivers, and networking cores coupled with advanced software for a broad range of applications in all of Xilinx's end markets.

Our hardware programmable SoCs feature multi-core processors with integrated programmable hardware fabric targeting autonomous embedded systems needing real-time control, analytics, sensor fusion, and adaptable hardware for differentiation and acceleration. Our Zynq UltraScale+ RFSoCs feature integrated high-performance RF data converters targeting wireless, radar, and cable access applications. Enabled by both hardware and software design tools and an extensive operating system, middleware, software stack, and IP ecosystem, Xilinx SoC platforms target software developers as well as traditional hardware designers.

ACAPs are the most recent addition to the silicon portfolio and represent a new device category. Versal (the industry's first ACAP) combines Scalar Processing Engines, Adaptable Hardware Engines, and Intelligent Engines with leading-edge memory and interfacing technologies to deliver powerful heterogeneous acceleration for any application. ACAPs are ideally suited to accelerate a broad set of applications in the emerging era of big data and artificial intelligence. Versal ACAP's hardware and software can be programmed and optimized by software developers, data scientists, and hardware developers alike, enabled by a host of tools, software, libraries, IP, middleware, and frameworks that enable industry-standard design flows.

*Software Development Platform*

To accommodate hardware designers, as well as software developers and AI scientists, we provide design tools and software stacks tailored to each user profile.

In 2012, we introduced the next-generation hardware design environment with the Vivado Design Suite, aimed at improving designer productivity. Vivado supplies hardware design teams with the tools and methodology needed to leverage C-based functions, optimized IP reuse, system integration automation, functional verification and accelerated design closure. When coupled with the UltraFast Design Methodology, this unique combination is proven to accelerate productivity by an order of magnitude compared with traditional hardware design methodologies, by enabling designers to work at a high level of abstraction.

In 2015, we introduced the SDx development environment, which expanded our user base to include a broad community of software developers in both existing and new markets. The SDSoC and SDAccel environments respectively offered familiar embedded and accelerated server-based application development environments, for C++ and Open Computing Language (OpenCL) developers.

In 2019 and 2020, we introduced the Vitis unified software platform, as well as Vitis AI. Vitis enables the development and deployment of embedded software and accelerated applications, on our heterogeneous platforms based on FPGAs or Adaptive SoCs. It provides a unified programming model for accelerating End-point, Edge, Cloud, and Hybrid computing applications. Vitis includes a rich set of hardware-accelerated open-source libraries optimized for our platforms. It also integrates with open source Frameworks such as Gstreamer for video analytics, FFmpeg for video transcoding. Vitis AI integrates with Deep Learning Framework such as TensorFlow and PyTorch. This enables a growing ecosystem to develop applications, accelerated on our hardware platforms, from End-point to the Cloud. These applications range from Data Center to 5G wireless, automotive, industrial and various other computing applications.

10

XILINX_WSOU-0020211

# EXHIBIT F

# Espacenet

## Patent search

[109 results found for in all "Lloyd Linder"](#)
[Results 1 to 109 displayed](#)
Query language: en / de / fr
Sort by: Relevance

Open the "Results" sheet (select tab below) to vie

| Title | Inventors | Applicants | Publication number | Publication date |
|---|---|---|---|---|
| MULTIFUNCTION POWER MANAGEMENT SYSTEM | SMITH GREGORY [US] LINDER LLOYD [US] DAWSEY ROBERT [US] OUWERKERK DAVID [US] JANG MAY [US] BURDETTE JAMES T [US] PETERSON TED [US] BELLINO GEORGE [US] | FLEX POWER CONTROL INC [US] | US11011913B2 US2020244071A1 | 2020-07-30 2021-05-18 |
| BILLING ENGINE AND METHOD OF USE | JABARA GARY BERNARD [US] LINDER LLOYD FREDERICK [US] BUCK JONATHAN MASON [US] BEST JUSTIN RYAN [US] CHUN ERIC KEITH [US] | MOBILITIE LLC [US] | US10637997B2 US2019174011A1 | 2019-06-06 2020-04-28 |
| SYSTEM AND METHOD FOR SECURE APPLIANCE OPERATION | JABARA GARY BERNARD [US] ZEB SHAH J [US] LINDER LLOYD FREDERICK [US] | MOBILITIE LLC [US] | US10863234B2 US2018227627A1 | 2018-08-09 2020-12-08 |
| SYSTEM AND METHOD FOR INTELLIGENT SMALL CELL OPERATION | JABARA GARY B [US] ZEB SHAH J [US] LINDER LLOYD FREDERICK [US] | MOBILITIE LLC [US] | US10057743B2 US2018054817A1 | 2018-02-22 2018-08-21 |
| WIDEBAND SINGLE-ENDED IM3 DISTORTION NULLING | ALI WAIS M [US] LINDER LLOYD F [US] | ALI WAIS M [US] LINDER LLOYD F [US] | US10199992B2 US2018026585A1 | 2018-01-25 2019-02-05 |
| SYSTEM AND METHOD FOR CUSTOMIZED MESSAGE DELIVERY | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] RODRIGUEZ DAVID ANGEL [US] DELEON JENNIFER MARIE [US] | MOBILITIE LLC [US] | US10701018B2 US2017064399A1 | 2017-03-02 2020-06-30 |
| SYSTEM AND METHOD FOR VIDEO STREAMING TO A GEOGRAPHICALLY LIMITED SUBSCRIBER SET | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] RODRIGUEZ DAVID ANGEL [US] DELEON JENNIFER MARIE [US] | MOBILITIE LLC [US] | US10390056B2 US2017064349A1 | 2017-03-02 2019-08-20 |
| SYSTEM AND METHOD FOR CUSTOMIZED MESSAGE DELIVERY | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] RODRIGUEZ DAVID ANGEL [US] DELEON JENNIFER MARIE [US] | MOBILITIE LLC [US] | US10390072B2 US2017064362A1 | 2017-03-02 2019-08-20 |
| SYSTEM AND METHOD FOR LIVE VIDEO STREAMING | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] RODRIGUEZ DAVID ANGEL [US] DELEON JENNIFER MARIE [US] | MOBILITIE LLC [US] | US10264323B2 US2017064366A1 | 2017-03-02 2019-04-16 |
| SYSTEM AND METHOD FOR OPERATION OF A TEMPORARY CONTROL FACILITY FOR VIDEO DISTRIBUTION IN A VENUE | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | MOBILITIE LLC [US] | US10051293B2 US2016173912A1 | 2016-06-16 2018-08-14 |
| SYSTEM AND METHOD FOR DEVICE AUTHENTICATION IN A DYNAMIC NETWORK USING WIRELESS COMMUNICATION DEVICES | JABARA GARY B [US] KARMIS CHRISTOS [US] SIMON DAVID BRETT [US] LINDER LLOYD FREDERICK [US] | JABARA GARY B [US] KARMIS CHRISTOS [US] SIMON DAVID BRETT [US] LINDER LLOYD FREDERICK [US] E3 LLC [US] MOBILITIE LLC [US] | US2016127899A1 US2016337849A9 US9609513B2 | 2016-05-05 2016-11-17 2017-03-28 |

| Title | Inventors | Assignees | Publication No. | Date |
|---|---|---|---|---|
| BILLING ENGINE AND METHOD OF USE | JABARA GARY BERNARD [US] LINDER LLOYD FREDERICK [US] BUCK JONATHAN MASON [US] BEST JUSTIN RYAN [US] CHUN ERIC KEITH [US] GUIZAR ZABRINA VALENCIA [US] | MOBILITIE LLC [US] | US2015244876A1 US9439071B2 | 2015-08-27 2016-09-06 |
| SYSTEM AND METHOD FOR DEVICE AUTHENTICATION IN A DYNAMIC NETWORK USING WIRELESS COMMUNICATION DEVICES | JABARA GARY B [US] KARMIS CHRISTOS [US] SIMON DAVID BRETT [US] LINDER LLOYD FREDERICK [US] | MOBILITIE LLC [US] | EP2810465A1 EP2810465A4 | 2014-12-10 2015-10-28 |
| MULTI-STANDARD IN BUILDING MOBILE RADIO ACCESS NETWORK | DIAMOND PATRICK A [US] GIRAUDO ANTHONY [US] LINDER LLOYD [US] | KEY 2 MOBILE LLC [US] KEY2MOBILE LLC [US] | US2014313984A1 US936171B2 | 2014-10-23 2016-06-14 |
| SYSTEM AND METHOD FOR MULTI-CHANNEL WIFI VIDEO STREAMING | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | MOBILITIE LLC [US] | WO2014152677A2 WO2014152677A3 | 2014-09-25 2015-01-29 |
| SYSTEM AND METHOD FOR RETAIL SALES USING WIRELESS COMMUNICATION DEVICES IN A WIRELESS COMMUNICATION NETWORK | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | MOBILITIE LLC [US] | WO2014152618A2 WO2014152618A3 | 2014-09-25 2014-12-04 |
| SYSTEM AND METHOD FOR WIRELESS COMMUNICATION TO PERMIT AUDIENCE PARTICIPATION | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | MOBILITIE LLC [US] | WO2014152641A2 WO2014152641A3 | 2014-09-25 2014-11-20 |
| SYSTEM AND METHOD FOR WIFI VIDEO STREAMING | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | MOBILITIE LLC [US] | WO2014152658A2 WO2014152658A3 | 2014-09-25 2014-11-13 |
| SYSTEM AND METHOD FOR GAMING USING WIRELESS COMMUNICATION DEVICES | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] MOBILITIE LLC [US] | US2014248959A1 US9245408B2 | 2014-09-04 2016-01-26 |
| SYSTEM AND METHOD FOR MULTI-CHANNEL WIFI VIDEO STREAMING | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | MOBILITIE LLC [US] | US2014157325A1 US9986268B2 | 2014-06-05 2018-05-29 |
| SYSTEM AND METHOD FOR RETAIL SALES USING WIRELESS COMMUNICATION DEVICES IN A WIRELESS COMMUNICATION NETWORK | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | E3 LLC [US] MOBILITIE LLC [US] | US10387918B2 US2014108149A1 | 2014-04-17 2019-08-20 |
| SYSTEM AND METHOD FOR HANDSET OPERATION IN A WIRELESS COMMUNICATION NETWORK | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | E3 LLC [US] MOBILITIE LLC [US] | US10410251B2 US2014006161A1 | 2014-01-02 2019-09-10 |
| SYSTEM AND METHOD FOR MULTI-CHANNEL WIFI VIDEO STREAMING | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | MOBILITIE LLC [US] | US10616619B2 US2013305297A1 | 2013-11-14 2020-04-07 |
| SYSTEM AND METHOD FOR WIRELESS COMMUNICATION TO PERMIT AUDIENCE PARTICIPATION | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | E3 LLC [US] MOBILITIE LLC [US] | US2013203036A1 US9510148B2 | 2013-08-08 2016-11-29 |
| SYSTEM AND METHOD FOR GAMING USING WIRELESS COMMUNICATION DEVICES | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] E3 LLC [US] MOBILITIE LLC [US] | US10244393B2 US2012329555A1 | 2012-12-27 2019-03-26 |
| SYSTEM AND METHOD FOR HANDSET OPERATION IN A WIRELESS COMMUNICATION NETWORK | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] E3 LLC [US] MOBILITIES LLC [US] | US2012329429A1 US9055439B2 | 2012-12-27 2015-06-09 |

| | | | | |
|---|---|---|---|---|
| DUAL WELL READ-OUT INTEGRATED CIRCUIT (ROIC) | LINDER LLOYD F [US]<br>RENNER DANIEL [US]<br>MACDOUGAL MICHAEL [US]<br>GESKE JONATHAN [US]<br>BAKER R JACOB [US] | LINDER LLOYD F [US]<br>RENNER DANIEL [US]<br>MACDOUGAL MICHAEL [US]<br>GESKE JONATHAN [US]<br>BAKER R JACOB [US]<br>FLIR SYSTEMS [US] | US2012248288A1<br>US8581168B2 | 2012-10-04<br>2013-11-12 |
| SYSTEM AND METHOD FOR WIRELESS COMMUNICATION IN AN EDUCATIONAL SETTING | JABARA GARY B [US]<br>KARMIS CHRISTOS [US]<br>SIMON DAVID BRETT [US]<br>LINDER LLOYD FREDERICK [US] | JABARA GARY B [US]<br>KARMIS CHRISTOS [US]<br>SIMON DAVID BRETT [US]<br>LINDER LLOYD FREDERICK [US]<br>E3 LLC [US]<br>MOBILITIE LLP [US] | US2012202185A1<br>US9715833B2 | 2012-08-09<br>2017-07-25 |
| SYSTEM AND METHOD FOR DEVICE AUTHENTICATION IN A DYNAMIC NETWORK USING WIRELESS COMMUNICATION DEVICES | JABARA GARY B [US]<br>KARMIS CHRISTOS [US]<br>SIMON DAVID BRETT [US]<br>LINDER LLOYD FREDERICK [US] | JABARA GARY B [US]<br>KARMIS CHRISTOS [US]<br>SIMON DAVID BRETT [US]<br>LINDER LLOYD FREDERICK [US]<br>E3 LLC [US]<br>MOBILITIE LLC [US] | US2012135711A1<br>US9179296B2 | 2012-05-31<br>2015-11-03 |
| SYSTEM AND METHOD FOR GAME PLAY IN A DYNAMIC COMMUNICATION NETWORK | JABARA GARY B [US]<br>KARMIS CHRISTOS [US]<br>SIMON DAVID BRETT [US]<br>LINDER LLOYD FREDERICK [US] | JABARA GARY B [US]<br>KARMIS CHRISTOS [US]<br>SIMON DAVID BRETT [US]<br>LINDER LLOYD FREDERICK [US]<br>E3 LLC [US]<br>MOBILITIE LLC [US] | US2012129607A1<br>US9586139B2 | 2012-05-24<br>2017-03-07 |
| DIGITALLY CALIBRATED HIGH SPEED CLOCK DISTRIBUTION | HIRATA ERICK M [US]<br>LINDER LLOYD F [US] | HIRATA ERICK M [US]<br>LINDER LLOYD F [US]<br>RAYTHEON CO [US] | US2011221486A1<br>US8179173B2 | 2011-09-15<br>2012-05-15 |
| SYSTEM AND METHOD FOR MANAGEMENT OF A DYNAMIC NETWORK USING WIRELESS COMMUNICATION DEVICES | JABARA GARY B [US]<br>KARMIS CHRISTOS [US]<br>SIMON DAVID BRETT [US]<br>LINDER LLOYD FREDERICK [US]<br>GHARIBJANIANS GHARIB [US] | E3 LLC [US]<br>JABARA GARY B [US]<br>KARMIS CHRISTOS [US]<br>SIMON DAVID BRETT [US]<br>LINDER LLOYD FREDERICK [US]<br>GHARIBJANIANS GHARIB [US]<br>MOBILITIE LLC [US] | US2011201275A1<br>US8995923B2 | 2011-08-18<br>2015-03-31 |
| SYSTEM AND METHOD FOR DYNAMIC FORMATION OF A COMMUNICATION NETWORK USING WIRELESS COMMUNICATION DEVICES | JABARA GARY B [US]<br>KARMIS CHRISTOS [US]<br>SIMON DAVID BRETT [US]<br>LINDER LLOYD FREDERICK [US]<br>GHARIBJANIANS GHARIB [US]<br>GHARIBJANIAN VARAG ISHKHAN [US]<br>CHUN ERIC KEITH [US]<br>DAVIS BRYON C [US] | E3 LLC [US]<br>JABARA GARY B [US]<br>KARMIS CHRISTOS [US]<br>SIMON DAVID BRETT [US]<br>LINDER LLOYD FREDERICK [US]<br>GHARIBJANIANS GHARIB [US]<br>GHARIBJANIAN VARAG ISHKHAN [US]<br>CHUN ERIC KEITH [US]<br>DAVIS BRYON C [US]<br>MOBILITIE LLC [US] | US2011076948A1<br>US9077564B2 | 2011-03-31<br>2015-07-07 |
| ANALOG FINITE IMPULSE RESPONSE FILTER | TRAN KELVIN [US]<br>BUSSMANN MATTHIAS [US]<br>LINDER LLOYD [US]<br>ELAHMADI SALAM [US]<br>TAN HARRY [US] | MENARA NETWORKS [US] | US2009279893A1<br>US7990185B2 | 2009-11-12<br>2011-08-02 |
| System and method for extending speed capability of sheet registration in a high speed printer | CHOI INJAE [US]<br>LINDER MICHAEL J [US]<br>WILLIAMS LLOYD A [US]<br>DEJONG JOANNES N M [US] | XEROX CORP [US]<br>XEROX CORP | US2006239733A1<br>US7512377B2 | 2006-10-26<br>2009-03-31 |
| Readout integrated circuit (ROIC) for laser detection and ranging (LADAR) system and method for using same | ASBROCK JAMES F [US]<br>DIETRICH GEORGE W [US]<br>LINDER LLOYD F [US] | RAYTHEON CO [US] | US2006232760A1<br>US7206062B2 | 2006-10-19<br>2007-04-17 |

| Title | Inventors | Assignee | Publication | Date |
|---|---|---|---|---|
| Multi-mode analog to digital converter | LINDER LLOYD F [US]<br>CLINGEMPEEL MICHAEL F [US]<br>CHENG WILLIAM W [US]<br>RINARD WILLIAM J [US]<br>FELDER BENJAMIN II [US]<br>FELDER BENJAMIN [US] | RAYTHEON CO [US] | US2006082484A1<br>US7098834B2 | 2006-04-20<br>2006-08-29 |
| Low distortion amplifier | DEVENDORF DON C [US]<br>LINDER LLOYD F [US]<br>TRAN CUONG D [US] | TELASIC COMM INC [US] | US2005270107A1<br>US7253689B2 | 2005-12-08<br>2007-08-07 |
| DNL/INL trim techniques for comparator based analog to digital converters | DEVENDORF DON C [US]<br>HIRATA ERICK M [US]<br>LINDER LLOYD F [US] | TELASIC COMM INC [US] | US2005128118A1<br>US7154421B2 | 2005-06-16<br>2006-12-26 |
| Low power output driver | MARTINEZ NANCI [US]<br>EVERTON SETH L [US]<br>HIRATA ERICK M [US]<br>LINDER LLOYD F [US] | TELASIC COMM INC [US] | US2005127955A1<br>US7098700B2 | 2005-06-16<br>2006-08-29 |
| High speed switch | DEVENDORF DON C [US]<br>EVERTON SETH L [US]<br>LINDER LLOYD F [US]<br>LIOU MICHAEL H [US] | TELASIC COMM INC [US] | US2005035790A1<br>US7098684B2 | 2005-02-17<br>2006-08-29 |
| Sample and hold circuit and bootstrapping circuits therefor | DEVENDORF DON C [US]<br>LINDER LLOYD F [US]<br>TRAN KELVIN T [US] | TELASIC COMM INC [US] | US2005035791A1<br>US7088148B2 | 2005-02-17<br>2006-08-08 |
| High speed, high resolution amplifier topology | EVERTON SETH L [US]<br>LINDER LLOYD F [US]<br>LIOU MICHAEL H [US]<br>SPARGO TOM A [US]<br>TRAN KELVIN T [US] | TELASIC COMM INC [US] | US2005035821A1<br>US7071781B2 | 2005-02-17<br>2006-07-04 |
| SPLIT CELL BOWTIE DIGITAL TO ANALOG CONVERTER AND METHOD | DEVENDORF DON C [US]<br>HIRATA ERICK M [US]<br>LINDER LLOYD F [US]<br>LANGIT CHRISTOPHER B [US]<br>KOSAKA ROGER N [US] | TELASIC COMM INC [US] | US2005035892A1<br>US6879276B2 | 2005-02-17<br>2005-04-12 |
| RESISTIVE LADDER, SUMMING NODE CIRCUIT, AND TRIMMING METHOD FOR A SUBRANGING ANALOG TO DIGITAL CONVERTER | LINDER LLOYD F [US]<br>FELDER BENJAMIN [US] | TELASIC COMM INC [US] | US2005030216A1<br>US6882294B2 | 2005-02-10<br>2005-04-19 |
| Digitally trimmed DAC cell | HIRATA ERICK M [US]<br>KOSAKA ROGER N [US]<br>LANGIT CHRISTOPHER B [US]<br>LINDER LLOYD F [US] | TELASIC COMMUNICATION INC [US] | US2004257058A1<br>US7095347B2 | 2004-12-23<br>2006-08-22 |
| ADVANCED DIGITAL ANTENNA MODULE | MEYERS CLIFFORD W<br>LINDER LLOYD F | RAYTHEON CO [US] | WO2004038922A2<br>WO2004038922A3 | 2004-05-06<br>2004-07-29 |
| RF TRANSCEIVER WITH LOW POWER CHIRP ACQUISITION MODE | LINDER LLOYD F [US]<br>FELDER BENJAMIN [US]<br>DEVENDORF DON C [US] | TELASIC COMM INC [US] | US2003210737A1<br>US6683904B2 | 2003-11-13<br>2004-01-27 |
| METHOD OF INTERGRATING MEMS DEVICE WITH LOW-RESISTIVITY SILICON SUBSTRATES | HINZEL DAVID H [US]<br>GOLDSMITH CHARLES L [US]<br>LINDER LLOYD F [US] | RAYTHEON CO [US] | US2003054584A1<br>US6559530B2 | 2003-03-20<br>2003-05-06 |
| Mixed technology microcircuits | FARWELL WILLIAM D [US]<br>LINDER LLOYD F [US]<br>MEYERS CLIFFORD W [US]<br>VAHEY MICHAEL D [US] | RAYTHEON CO [US] | US2003015761A1<br>US6667519B2 | 2003-01-23<br>2003-12-23 |
| HIGH SPEED PIN DRIVER INTEGRATED CIRCUIT ARCHITECTURE FOR COMMERCIAL AUTOMATIC TEST EQUIPMENT APPLICATIONS | LINDER LLOYD F [US] | RAYTHEON CO [US]<br>TELASIC COMM INC [US] | EP1057263A1<br>EP1057263B1 | 2000-12-06<br>2003-05-21 |
| I.C. power supply terminal protection clamp | MCCLURE STEVEN W [US]<br>LINDER LLOYD F [US] | HUGHES AIRCRAFT CO [US]<br>TELASIC COMM INC [US] | EP0845848A2<br>EP0845848A3<br>EP0845848B1 | 1998-06-03<br>1999-08-11<br>2004-06-16 |
| Single-ended and differential transistor amplifier circuits with full signal modulation compensation techniques which are technology independent. | LINDER LLOYD F [US]<br>BIRDSALL DWIGHT D [US] | HUGHES AIRCRAFT CO [US]<br>TELASIC COMM INC [US] | EP0566990A2<br>EP0566990A3<br>EP0566990B1 | 1993-10-27<br>1995-02-01<br>2004-01-14 |
| Sample and hold circuit with full signal modulation compensation using bipolar transistors of single conductivity type. | LINDER LLOYD F [US] | HUGHES AIRCRAFT CO [US] | EP0566334A1<br>EP0566334B1 | 1993-10-20<br>1998-06-03 |

| | | | | |
|---|---|---|---|---|
| BILLING ENGINE AND METHOD OF USE | JABARA GARY BERNARD [US]<br>LINDER LLOYD FREDERICK [US]<br>BUCK JONATHAN MASON [US]<br>BEST JUSTIN RYAN [US]<br>CHUN ERIC KEITH [US] | MOBILITIE LLC [US]<br>JABARA GARY BERNARD [US]<br>LINDER LLOYD FREDERICK [US]<br>BUCK JONATHAN MASON [US]<br>BEST JUSTIN RYAN [US]<br>CHUN ERIC KEITH [US] | WO2020163377A1 | 2020-08-13 |
| SYSTEM AND METHOD FOR SECURE APPLIANCE OPERATION | JABARA GARY BERNARD [US]<br>ZEB SHAH J [US]<br>LINDER LLOYD FREDERICK [US] | MOBILITIE LLC [US] | EP3554044A1 | 2019-10-16 |
| BILLING ENGINE AND METHOD OF USE | JABARA GARY B [US]<br>LINDER LLOYD FREDERICK [US]<br>BUCK JONATHAN MASON [US]<br>BEST JUSTIN RYAN [US]<br>CHUN ERIC KEITH [US]<br>GUIZAR ZABRINA VALENCIA [US] | MOBILITIE LLC [US] | EP3292673A1 | 2018-03-14 |
| Latch circuit with isolated input and/or output | OMORI TOSHI [US]<br>DAVIS BRANDON R [US]<br>LINDER LLOYD F [US]<br>PEREIRA VICTORIA T [US] | LOCKHEED CORP [US] | US9866204B1 | 2018-01-09 |
| Reconfigurable wideband sub-ranging analog-to-digital converter | PEREIRA VICTORIA T [US]<br>LINDER LLOYD F [US]<br>ROBL DOUGLAS A [US]<br>DAVIS BRANDON R [US]<br>OMORI TOSHI [US] | LOCKHEED CORP [US] | US9595974B1 | 2017-03-14 |
| SYSTEM AND METHOD FOR VIDEO STREAMING TO A GEOGRAPHICALLY LIMITED SET OF VIEWERS | JABARA GARY B [US]<br>LINDER LLOYD FREDERICK [US]<br>RODRIGUEZ DAVID ANGEL [US]<br>DELEON JENNIFER MARIE [US] | MOBILITIE LLC [US] | WO2017035076A1 | 2017-03-02 |
| Front end sample and hold circuit for a reconfigurable analog-to-digital converter | PEREIRA VICTORIA TABUENA [US]<br>LINDER LLOYD FREDERICK [US]<br>ROBL DOUGLAS A [US]<br>DAVIS BRANDON R [US]<br>OMORI TOSHI [US] | LOCKHEED CORP [US] | US9219490B1 | 2015-12-22 |
| Apparatus and method for temperature compensated gain and mismatch trim in subranging quantizers and analog to digital converters | DAVIS BRANDON R [US]<br>OMORI TOSHI [US]<br>LINDER LLOYD F [US]<br>PEREIRA VICTORIA T [US] | LOCKHEED CORP [US] | US9214950B1 | 2015-12-15 |
| Reconfigurable wideband sub-ranging analog-to-digital converter | PEREIRA VICTORIA TABUENA [US]<br>LINDER LLOYD FREDERICK [US]<br>ROBL DOUGLAS A [US]<br>DAVIS BRANDON R [US]<br>OMORI TOSHI [US] | LOCKHEED CORP [US] | US9143146B1 | 2015-09-22 |
| Clocking scheme for reconfigurable wideband analog-to-digital converter | PEREIRA VICTORIA TABUENA [US]<br>LINDER LLOYD FREDERICK [US]<br>ROBL DOUGLAS A [US]<br>DAVIS BRANDON R [US]<br>OMORI TOSHI [US] | LOCKHEED CORP [US] | US9088292B1 | 2015-07-21 |
| SYSTEM AND METHOD FOR MULTI-CHANNEL VIDEO STREAMING | JABARA GARY B [US]<br>LINDER LLOYD FREDERICK [US]<br>SIMON DAVID BRETT [US] | MOBILITIE LLC [US] | US2014344847A1 | 2014-11-20 |
| SYSTEM AND METHOD FOR MULTI-CHANNEL WIFI VIDEO STREAMING | JABARA GARY B [US]<br>LINDER LLOYD FREDERICK [US]<br>SIMON DAVID BRETT [US] | MOBILITIE LLC [US] | WO2014152695A1 | 2014-09-25 |

| | | | | |
|---|---|---|---|---|
| System and method for handset operation in a wireless communication network | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | E3 LLC [US] | EP2747465A1 | 2014-06-25 |
| Direct wireless communication at a venue | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | E3 LLC [US] | EP2706763A1 | 2014-03-12 |
| MULTI-STANDARD IN BUILDING MOBILE RADIO ACCESS NETWORK | DIAMOND PATRICK A [US] GIRAUDO ANTHONY [US] LINDER LLOYD [US] | KEY 2 MOBILE LLC [US] | WO2013159060A1 | 2013-10-24 |
| SYSTEM AND METHOD FOR SOCIAL PROFILING USING WIRELESS COMMUNICATION DEVICES | JABARA GARY B [US] LINDER LLOYD FREDERICK [US] SIMON DAVID BRETT [US] | E3 LLC [US] | US2013231088A1 | 2013-09-05 |
| SYSTEM AND METHOD FOR GAMING IN A DYNAMIC NETWORK USING WIRELESS COMMUNICATION DEVICES | JABARA GARY B [US] KARMIS CHRISTOS [US] SIMON DAVID BRETT [US] LINDER LLOYD FREDERICK [US] | E3 LLC [US] | WO2013123318A1 | 2013-08-22 |
| SYSTEM AND METHOD FOR GAME PLAY IN A DYNAMIC COMMUNICATION NETWORK | JABARA GARY B [US] KARMIS CHRISTOS [US] SIMON DAVID BRETT [US] LINDER LLOYD FREDERICK [US] | E3 LLC [US] | WO2013116761A1 | 2013-08-08 |
| Frontal (front-end) analógico para digitalización de MENS/SIGE BICMOS de tecnología mixta con muestreo de RF directo | KENT SAMUEL D LINDER LLOYD F CAI KHIEM V | RAYTHEON CO [US] | ES2394205T3 | 2013-01-23 |
| Distortion Nulling for Single-Ended High Dynamic Range RF Amplifier | LINDER LLOYD F [US] ALI WAIS M [US] | TECHNOCONCEPTS INC [US] | US2008042742A1 | 2008-02-21 |
| Substraction circuit with a dummy digital to analog converter | DEVENDORF DON C [US] FELDER BENJAMIN [US] HIRATA ERICK M [US] LANGIT CHRISTOPHER B [US] LINDER LLOYD F [US] | | US2005038846A1 | 2005-02-17 |
| Clamped comparator | DEVENDORF DON C [US] HIRATA ERICK M [US] HORHOTA ROBERT M [US] LANGIT CHRISTOPHER B [US] LINDER LLOYD F [US] PHAN PHUNG N [US] | | US2005035788A1 | 2005-02-17 |
| Trickle current-cascode DAC | CHENG WILLIAM W [US] DEVENDORF DON C [US] HIRATA ERICK M [US] KOSAKA ROGER N [US] LANGIT CHRISTOPHER B [US] LINDER LLOYD F [US] | | US2004257125A1 | 2004-12-23 |
| High-performance track and hold circuit | LINDER LLOYD F [US] DEVENDORF DON C [US] HIRATA ERICK M [US] | TELASIC COMM INC [US] | US6825697B1 | 2004-11-30 |
| VERSTÄRKUNGSREGELSSTUFE FÜR DIFFERENZVERSTÄRKER | CHEN RICKY Y [US] LINDER LLOYD F [US] DEVENDORF DON C [US] GORDER MATTHEW S [US] | TELASIC COMM INC [US] | AT265103T | 2004-05-15 |
| TEMPERATURKOMPENSIERTER VERSTÄRKER | HIEU M LE [US] LINDER LLOYD F [US] HIRATA ERICK M [US] DEVENDORF DON C [US] | TELASIC COMM INC [US] | AT262235T | 2004-04-15 |
| Mixed technology MEMS/BiCMOS LC bandpass sigma-delta for direct RF sampling | LINDER LLOYD [US] | RAYTHEON CO [US] | US6693573B1 | 2004-02-17 |
| HIGH RESOLUTION ADC BASED ON AN OVERSAMPLED SUBRANGING ADC | DEVENDORF DON C [US] FELDER BENJAMIN [US] LINDER LLOYD F [US] | TELASIC COMM INC [US] | EP1382122A2 | 2004-01-21 |
| ON-CHIP MULTILAYER METAL SHIELDED TRANSMISSION LINE | REAMON ALAN E [US] LINDER LLOYD F [US] HIRATA ERICK M [US] ELMI NICK [US] | TELASIC COMM INC [US] | EP1380105A2 | 2004-01-14 |

| | | | | |
|---|---|---|---|---|
| MONOLITHIC I-LOAD ARCHITECTURES FOR AUTOMATIC TEST EQUIPMENT | LINDER LLOYD F | TELASIC COMM INC | AU2003269419A1 AU2003269419A8 | 2003-12-02 |
| TERMINAL DE ENTRADA ANALOGICA DE BAJA TENSION. | CHEN RICKY Y [US] LINDER LLOYD F [US] DEVENDORF DON C [US] | TELASIC COMM INC | ES2194310T3 | 2003-11-16 |
| PINZA DE AMPLIFICADOR DIFERENCIAL PARA REALIMENTACION DE CORRIENTE. | HIEU M LE [US] HIRATA ERICK M [US] KOSAKA ROGER N [US] LINDER LLOYD F [US] FELDER BENJAMIN [US] MCMULLIN DONALD G [US] | TELASIC COMM INC | ES2194313T3 | 2003-11-16 |
| WIDEBAND FAST-HOPPING RECEIVER FRONT-END AND MIXING METHOD | LINDER LLOYD F [US] DEVENDORF DON C [US] | TELASIC COMM INC [US] | EP1320926A2 | 2003-06-25 |
| LOW NOISE, LOW DISTORTION, COMPLEMENTARY IF AMPLIFIER | LINDER LLOYD F [US] FROST THOMAS [US] | TELASIC COMM INC [US] | EP1297622A1 | 2003-04-02 |
| LOW NOISE, LOW DISTORTION, GILBERT CELL MIXER WITH GAIN CONTROL , AND METHOD | LINDER LLOYD F [US] DUONG CLIFFORD N [US] DEVENDORF DON C [US] | TELASIC COMM INC [US] | EP1285494A2 | 2003-02-26 |
| UNIT CELL WITH FAN-OUT FOR LARGE FOCAL PLANE ARRAYS WITH SMALL DETECTOR PITCH | LINDER LLOYD F [US] REAMON ALAN E [US] | RAYTHEON CO [US] | EP1228532A2 | 2002-08-07 |
| Apparatus for translating digital signals | LUNA RALPH T [US] LINDER LLOYD F [US] HIRATA ERICK M [US] | | US6404228B1 | 2002-06-11 |
| Low noise, low distortion RF amplifier topology | TRAN KELVIN T [US] DUONG CLIFFORD [US] FARIAS MICHAEL N [US] DEVENDORF DON C [US] LINDER LLOYD F [US] | RAYTHEON CO [US] | US6400229B1 | 2002-06-04 |
| MONOLITHIC PAYLOAD INTERMEDIATE FREQUENCY SWITCH | HIRATA ERICK M [US] LINDER LLOYD F [US] | RATHEON COMPANY [US] | EP1133881A1 | 2001-09-19 |
| WIDEBAND IF IMAGE REJECTING RECEIVER | SPARGO THOMAS A [US] LINDER LLOYD F [US] GORDER MATTHEW S [US] | RAYTHEON CO [US] | EP1057254A1 | 2000-12-06 |
| Self-calibrating, self-correcting transceivers and methods | NARUMI ROBERT T [US] LINDER LLOYD F [US] HIRATA ERICK M [US] DEVENDORF DON C [US] GORDER MATTHEW S [US] PHAN PHUNG N [US] CHEN RICKY Y [US] | RAYTHEON CO [US] | US6118811A | 2000-09-12 |
| Monolithic circuit and method for adding a randomized dither signal to the fine quantizer element of a subranging analog-to digital converter (ADC) | LINDER LLOYD F [US] HIRATA ERICK M [US] FELDER BENJAMIN [US] CHENG WILLIAM W [US] TSO ROBERT [US] | RAYTHEON CO [US] | US5990815A | 1999-11-23 |
| Test circuit and method of trimming a unary digital-to-analog converter (DAC) in a subranging analog-to-digital converter (ADC) | MCMULLEN DONALD G [US] HIRATA ERICK M [US] LINDER LLOYD F [US] WU ADAM [US] | RAYTHEON CO [US] | US5973631A | 1999-10-26 |
| Monolithic class AB shunt-shunt feedback CMOS low noise amplifier having self bias | LINDER LLOYD F [US] TRAN KELVIN T [US] | RAYTHEON CO [US] | US5963094A | 1999-10-05 |
| Power management system for an implantable device | PALM WILLIAM A [US] VAN HOFWEGEN LLOYD A [US] HSUNG JEAN-CHEUI [US] DOOLEY MICHAEL W [US] MAILE KEITH R [US] LINDER WILLIAM J [US] KELLY DAVID W [US] LAACKMANN JEFFREY [US] WESSELS RICHARD J [US] | CARDIAC PACEMAKERS INC [US] | US5869970A | 1999-02-09 |
| Mixer structures with enhanced conversion gain and reduced spurious signals | HONG BO S [US] LINDER LLOYD F [US] HIRATA ERICK M [US] DEVENDORF DON C [US] | RAYTHEON CO [US] | US5859559A | 1999-01-12 |
| Overdrive protection clamp scheme for feedback amplifiers | LAM KHANH [US] LINDER LLOYD F [US] LO CARRIE C [US] NG TIM M [US] TRAN KELVIN T [US] | RAYTHEON CO [US] | US5856760A | 1999-01-05 |

| | | | | |
|---|---|---|---|---|
| Variable gain amplifier circuit | LINDER LLOYD F [US] DEVENDORF DON C [US] GARLEPP BRUNO W [US] | HUGHES AIRCRAFT CO [US] | US5581213A | 1996-12-03 |
| Transistor current switch array for digital-to-analog converter (DAC) including bias current compensation for individual transistor current gain and thermally induced base-emitter voltage drop variation | ELLIOTT PHILLIP L [US] BIRDSALL DWIGHT D [US] LINDER LLOYD F [US] TRAN KELVIN T [US] | HUGHES AIRCRAFT CO [US] | US5483150A | 1996-01-09 |
| Differential logic level translator circuit with dual output logic levels selectable by power connector options | WONG PUCK [US] LINDER LLOYD F [US] HIRATA ERICK M [US] | HUGHES AIRCRAFT CO [US] | US5428305A | 1995-06-27 |
| Single-ended and differential amplifiers with high feedback input impedance and low distortion | BIRDSALL DWIGHT D [US] ELLIOTT PHILLIP L [US] LINDER LLOYD F [US] TRAN KELVIN T [US] MCMULLIN DONALD G [US] | HUGHES AIRCRAFT CO [US] | US5410274A | 1995-04-25 |
| Sample-and-hold circuit including push-pull transconductance amplifier and current mirrors for parallel feed-forward slew enhancement and error correction | BIRDSALL DWIGHT D [US] LINDER LLOYD F [US] ELLIOTT PHILLIP L [US] | HUGHES AIRCRAFT CO [US] | US5378938A | 1995-01-03 |
| Sample and hold circuit with push-pull output charging current | CHENG WILLIAM W [US] LINDER LLOYD F [US] | HUGHES AIRCRAFT CO [US] | US5350952A | 1994-09-27 |
| Power-efficient sample and hold circuit using bipolar transistors of single conductivity type | FELDER BENJAMIN [US] BIRDSALL DWIGHT D [US] | HUGHES AIRCRAFT CO [US] | US5315169A | 1994-05-24 |
| Symmetrical bipolar bias current source with high power supply rejection ratio (PSRR) | LINDER LLOYD F [US] BIRDSALL DWIGHT D [US] TRAN KELVIN T [US] | HUGHES AIRCRAFT CO [US] | US5315231A | 1994-05-24 |

# EXHIBIT G

## Contact

www.linkedin.com/in/lloyd-linder-20a1844 (LinkedIn)

## Top Skills

Mixed Signal

Analog

CMOS

# Lloyd Linder

Independent Semiconductor, Integrated Circuit, Intellectual Property, Wireless, and Systems Consultant

Agoura Hills

## Summary

Extensive experience in high performance / high dynamic range analog mixed signal, custom digital, and RF integrated circuit design, layout, and test, from concept to production for commercial, military, and space IC products. Have knowledge of IC process development, characterization, and modeling. Have significant amount of experience in obtaining new military, space, and commercial IC business, as well as obtaining funding for start-up activities. Technical oversight for large IC design teams (20-40 people). Have ability to contribute creatively to the solution of difficult IC technical problems. Have 101 U.S. patents issued, 200-300 international issued patents, with 30 U.S. patents pending. Author or co-author of 15 published conference and journal papers. Also have experience at the discrete analog / RF / mixed signal level for system analysis, link budget analysis, board level circuit design and layout. Experience in system design, architecture, and analysis.

Specialties: System Design/Architecture/Analysis/Block Specifications
expert witness and expert support in patent litigation cases
Client deposition
IP creation and protection
Technical due diligence for VCs, angel investors, M&A
New business development/capture
Winning proposals for small (SBIR Phase I / II) and large businesses
Product road maps
VC funding pursuits
Tech. lead for IC design groups and product development
AMS/RFIC Design
High speed, high performance ADC, S/H, driver amplifier, and DAC architectures
RF/AMS/SOC BIST/DFT architectures and methodologies
PLL and DDS

DIgitally programmable RF transceivers/SDR/GPS/cellular/wireless transceiver architectures

RF TxRx, optical TxRx, modulator driver, LDD, TIA

Flash Ladar, active/passive imaging ROIC

regulators, high voltage/high current switches, ATE electronics

SiGe BiCMOS, CMOS, SOI, bipolar, Complementary bipolar, GaAs, InP

Digital beamforming

Cadence tools - schematic capture, SPECTRE, layout review

solutions to production problems

clearance

———

## Experience

### Lloyd Linder Consulting

Independent Integrated Circuit Design, Systems, Intellectual Property, and Wireless Consultant

March 2006 - Present (15 years 8 months)

Clients / Contracting Companies:

Aerius Photonics/FLIR EOC

Alphacore Semiconductor

Analog Circuit Works, Inc.

Analog Devices Inc./EDA Staffing/Randsatd

Arete Associates

Axzon Inc./RFMicron Inc.

Ball Aerospace

BINJ Labs/Screened Images/Corrections.com/OmniProphis

Black Forest Engineering/LuminarTechnologies

Brady Worldwide Inc.

DRS RSTA Inc.

Dynamic Research Corp./Kratos Defense Systems

ElevATE Semiconductor

Facebook/PRO Unlimited

Faraday Technology Corporation

FBI

FlexPowerControl Inc.

GoodIP

GHB Intellect

GreyB

Hittite Microwave

HRL

InPhi Corporation

IQ Analog

iRunway

Kenney&Sams, P.C.

Key2Mobile

Linearchip

Linear Microsystems Inc.

Lockheed Martin

Maven Research

McKool Smith

Menara Networks

Micrel/Microchip

Microcosm Inc.

Mobilitie LLC

MOSIS / ISI

Nevada Nanotech Systems Inc.

Nu-Trek Inc.

Otava, Inc.

Raytheon/American Cybersystems

Red Dot Wireless

Ridgetop Group

Semtech

Second Sight Medical Products, Inc.

Sentinel Monitoring Systems Inc.

SpaceMicro

SpectraResearch

Strategic IP Initiatives, Inc.

SYS Technologies

Tangea Semiconductor

Technical-Link

Technoconcepts/Terocelo

Teklicon

Teqnovations

Teradyne/CDI Corp.

Treehouse Design Inc.

Q3Web Wideband Wireless

Quantum Semiconductor LLC

Ubidyne

Upwork

Wistron

Zintro

Advanced Technology Group Holdings, LLC

ARmedia LLC

Birdie Bikini LLC

Birdie Wellness LLC

Black Ball Surf Company

Casagave LLC

Chihuahua Brewing Co. LLC

Complete Athlete LLC

E3 LLC

Farm Freeze LLC

ioXt LLC

ioXt Alliance Inc.

IP Investment Holdings, LLC

LiVideo LLC

Mobilecomm Site Management LLC

Mobilitie Management, LLC

Mobilitie Investments III, LLC

My Key Real Estate Services LLC

Social Worm LLC

Solar Sphere LLC

Villa Real Estate

digitGaps

Propel(x)


## Menara Networks
Director of ASIC Design
April 2008 - January 2009 (10 months)

Involved with the development of electronic dispersion compensation (EDC) IC and the development of quad transceiver for next-generation 10 Gb/s ASIC with integrated FEC / EFEC in CMOS.


## TelASIC Communications
Director of Technology / Founder
February 2002 - March 2006 (4 years 2 months)

Technical lead for the development of state-of-the-art ADC and DAC commercial products for the base station market.


## Raytheon

### Engineering Fellow
1985 - 2002 (17 years)

Technical lead for RF / analog / mixed signal IC development. Subject matter expert (SME) in integrated circuits. Company-wide resource for review of IC designs and technical support of new business.

### Hughes Aircraft Company
Senior Scientist
1985 - 1997 (12 years)

Technical lead for RF / analog / mixed signal IC development. Subject matter expert (SME) in integrated circuits. Company-wide resource for review of IC designs and technical support of new business.

### USC Ming Hsieh Institute - Department of Electrical Engineering
Lecturer
August 1989 - December 1989 (5 months)
USC

Taught senior electronics class in Electrophysics. Responsible for homework, exams, and grades.

### UCLA Academic Advancement Program (AAP)
Tutor
September 1984 - June 1985 (10 months)
UCLA

Tutor for students in mathematics and basic calculus.

### Rockwell
Summer Intern
June 1984 - September 1984 (4 months)
Seal Bach, CA.

Reviewed schematics and netlists for digital modules for GPS satellites.

### KInko's Copies
employee
June 1980 - January 1984 (3 years 8 months)
Long Beach, CA.

Performed various tasks, including binding books, making copies, and delivery.

———

# Education

University of Southern California

PHD Candidate, Electrical Engineering · (1989 - 2002)

University of Southern California

EEE, Electrical engineering · (1987 - 1989)

University of California, Los Angeles

BSEE, MSEE  · (1980 - 1987)