# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>    v.<br><br>XILINX, INC.,<br><br>        Defendant. | C.A. No. 20-1228-CFC-JLH (consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 22, 2021, copies *of (1) Plaintiff's Notice of Deposition of Ahmad Ansari, (2) Plaintiff's Notice of Deposition of Alan Wong, (3) Plaintiff's Notice of Deposition of Ankur Jain, (4) Plaintiff's Notice of Deposition of Bruno Miguel Vaz, (4) Plaintiff's Notice of Deposition of Chris Borrelli,(5) Plaintiff's Notice of Deposition of Christophe Erdmann, (6) Plaintiff's Notice of Deposition of Dickson Gee, (7) Plaintiff's Notice of Deposition of Hemang Parekh, (8) Plaintiff's Notice of Deposition of Rich Swanson,* and (9) *Plaintiff's Notice of Deposition of Yohan Frans* , were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

| | |
|---|---|
| Anne Shea Gaza (No. 4093) | Hilda C. Galvan |
| Robert M. Vrana (No. 5666) | Christopher A. Buxton |

<div style="display: flex;">

Beth A. Swadley (No. 6331)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
bswadley@ycst.com

JONES DAY (Dallas, TX)
hcgalvan@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY (Cleveland, OH)
dcochran@jonesday.com

Stephanie M. Mishaga
JONES DAY (San Diego, CA)
smishaga@jonesday.com

Thomas W. Ritchie
JONES DAY (Chicago, IL)
twritchie@jonesday.com

Jonathan McNeal Smith
JONES DAY (San los Angeles, CA)
jonathansmith@jonesday.com

</div>

| | |
|---|---|
| Dated: October 26, 2021 | DEVLIN LAW FIRM LLC |
| | |
| OF COUNSEL: | */s/ James M. Lennon* |
| | James M. Lennon (No. 4570) |
| Jonathan K. Waldrop | 1526 Gilpin Avenue |
| Darcy L. Jones | Wilmington, DE 19806 |
| Marcus A. Barber | (302) 449-9010 |
| ThucMinh Nguyen | jlennon@devlinlawfirm.com |
| John W. Downing | |
| Heather S. Kim | *Attorneys for Plaintiff* |
| Jack Shaw | *WSOU Investments LLC d/b/a* |
| KASOWITZ BENSON TORRES LLP | *Brazos Licensing and Development* |
| 333 Twin Dolphin Drive, Suite 200 | |
| Redwood Shores, CA 94065 | |
| (650) 453-5170 | |

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Bradley P. Lerman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080