# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>Plaintiff,<br><br>v.<br><br>**Xilinx, Inc.,**<br><br>Defendant. | CA No. 20-1228-CFC-JLH (Consolidated) |

## DECLARATION OF JONATHAN MCNEAL SMITH IN OPPOSITION TO WSOU'S REQUEST TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DEADLINE FOR INITIAL CLAIM CHARTS PURSUANT TO PARAGRAPH 7(C) OF THE SCHEDULING ORDER (D.I. 63)

I, Jonathan McNeal Smith, hereby declare:

1. I am counsel of record for Xilinx, Inc. I have knowledge of the facts set forth below. If called as a witness, I could and would testify competently as to this declaration.

2. Attached as Exhibit 1 is a true and correct copy of an email that WSOU's counsel Bradley Lerman sent on October 13, 2021, providing availability to meet and confer on October 14, 2021.

3. Attached as Exhibit 2 is true and correct copy of an email and attachment from WSOU's counsel Peter Mazur sent on October 15, 2021, providing a draft joint motion for teleconference.

4. During the parties' meet and confer on October 14, 2021, WSOU's counsel did not discuss an extension of the October 27, 2021 deadline for WSOU's infringement contentions, or suggest that an extension was necessary in light of Xilinx's objection to Lloyd Linder.

5. Attached as Exhibit 3 is a true and correct copy of an email from Xilinx's counsel Anne Shea Gaza sent on October 15, 2021, returning a revised draft of WSOU's proposed joint motion for teleconference.

6. Attached as Exhibit 4 is a true and correct copy of an email from WSOU's counsel Peter Mazur sent on October 18, 2021, responding to Anne Shea

Gaza's October 15 email and enclosing a revised draft of the proposed joint motion for teleconference.

7. Attached as Exhibit 5 is a true and correct copy of an email from WSOU's counsel Bradley Lerman sent on October 15, 2021, confirming that WSOU's expert Nathan Palacios would arrive at the offices of Xilinx's local counsel to begin reviewing source code on October 19, 2021. I was informed by Xilinx's local counsel Beth Swadley that Mr. Palacios did in fact begin reviewing source code at their offices on October 19.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this date: October 27, 2021

By: /s/ Jonathan McNeal Smith
Jonathan McNeal Smith
In: Los Angeles, California

28753445

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 27, 2021, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| James M. Lennon<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>jlennon@devlinlawfirm.com | Isaac Rabicoff<br>RABICOFF LAW FIRM LLC<br>5680 King Centre Drive, Suite 645<br>Alexandria, VA 22315<br>isaac@rabilaw.com |
| Jonathan K. Waldrop<br>Darcy L. Jones<br>Marcus A. Barber<br>John W. Downing<br>Heather S. Kim<br>Jack Shaw<br>ThucMinh Nguyen<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>jwaldrop@kasowitz.com<br>djones@kasowitz.com<br>mbarber@kasowitz.com<br>jdowning@kasowitz.com<br>hkim@kasowitz.com<br>jshaw@kasowitz.com<br>tnguyen@kasowitz.com | Paul G. Williams<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street N.E., Suite 2445<br>Atlanta, GA 30309<br>pwilliams@kasowitz.com<br><br>Shelley Ivan<br>Hershy Stern<br>Joshua A. Whitehill<br>Howard L. Bressler<br>Bradley P. Lerman<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>sivan@kasowitz.com<br>hstern@kasowitz.com<br>jwhitehill@kasowitz.com<br>hbressler@kasowitz.com<br>blerman@kasowitz.com |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
bswadley@ycst.com

*Attorneys for Xilinx, Inc.*