# EXHIBIT 1

**Smith, Jonathan McNeal**

| | |
|---|---|
| **From:** | Bradley P. Lerman <BLerman@kasowitz.com> |
| **Sent:** | Wednesday, October 13, 2021 1:41 PM |
| **To:** | Jack Shaw; Buxton, Christopher A.; Cochran, David B.; Fanelli, Dominic; Galvan, Hilda C.; Gaza, Anne Shea; Smith, Jonathan McNeal; Ritchie, Thomas W.; Mishaga, Stephanie M.; Swadley, Beth A.; Vrana, Robert |
| **Cc:** | Lennon, James; 'Peter Mazur'; Feng Xu; WSOU v. Xilinx |
| **Subject:** | RE: WSOU v. Xilinx (D. Del.) Expert and consultant disclosures |


** External mail **

Jonathan,

Following up on the below, we disagree that disclosing Xilinx's confidential information to Dr. Linder under the protective order would pose any threat to the confidentiality of Xilinx's sensitive information or impose any competitive disadvantage or unfair prejudice to Xilinx.  The vagueness of Xilinx's objection, compounded by Xilinx's refusal to consent to even a modest extension of WSOU's due date for serving its preliminary infringement contentions, suggests that Xilinx is engaging in improper gamesmanship in an attempt to delay or hinder WSOU's ability to comprehensively review Xilinx's confidential information, including its source code and schematics.  We seek to resolve this issue as soon as possible.

Please let us know your availability to meet and confer tomorrow (Thursday 10/14) between 10am-5pm ET.  I will circulate a Zoom teleconference link once we settle on a time.  Prior to the call, please articulate to us in writing what exactly Xilinx objects to under "Paragraph 5(e) based on Dr. Linder's recent and current consulting activities in technology spaces where Xilinx competes" and on what specific bases Xilinx contends that providing "Dr. Linder with access to Xilinx's confidential information would competitively disadvantage and unfairly prejudice Xilinx."

Furthermore, your position that there is "no pending disclosure for Dr. Linder to which Xilinx is obligated to object" is baseless.  Dr. Linder was properly disclosed under the protective order, and your feigned surprise that WSOU intends to utilize him in this matter, despite no indication from us otherwise, is meritless.  In any event, we are looking into whether there is any additional information about Dr. Linder's prior engagements that ought to have been disclosed, and anticipate having any such information by tomorrow.  Pursuant to Paragraph 5(e) of the protective order, if the parties cannot resolve the dispute after tomorrow's meet and confer, Xilinx's deadline to raise its objections and seek a protective order from the Court is Monday, October 18.

Regards, Brad.


Bradley P. Lerman
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 506-3388
Fax. (212) 835-5000
BLerman@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Jack Shaw
**Sent:** Thursday, October 7, 2021 8:20 PM

**To:** cbuxton@jonesday.com; Cochran, David <dcochran@jonesday.com>; Fanelli, Dominic <DFanelli@ycst.com>; Galvan, Hilda <hcgalvan@jonesday.com>; Gaza, Anne Shea <agaza@ycst.com>; jonathansmith@jonesday.com; Ritchie, Thomas <twritchie@jonesday.com>; smishaga@jonesday.com; Swadley, Beth A. <BSwadley@ycst.com>; Vrana, Robert <RVrana@ycst.com>
**Cc:** Lennon, James <jlennon@devlinlawfirm.com>; 'Peter Mazur' <pmazur@devlinlawfirm.com>; Feng Xu <fxu@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>
**Subject:** RE: WSOU v. Xilinx (D. Del.) Expert and consultant disclosures

Counsel,

Further to the following, attached is Mr. Lloyd F. Linder's CV updated with some recent cases added to his list.

Regards,

Jack


Jack Shaw
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel.  (650) 453-5410
Fax. (650) 429-2085
JShaw@kasowitz.com

**From:** Jack Shaw
**Sent:** Thursday, October 7, 2021 1:14 PM
**To:** 'cbuxton@jonesday.com' <cbuxton@jonesday.com>; 'Cochran, David' <dcochran@jonesday.com>; 'Fanelli, Dominic' <DFanelli@ycst.com>; 'Galvan, Hilda' <hcgalvan@jonesday.com>; 'Gaza, Anne Shea' <agaza@ycst.com>; 'jonathansmith@jonesday.com' <jonathansmith@jonesday.com>; 'Ritchie, Thomas' <twritchie@jonesday.com>; 'smishaga@jonesday.com' <smishaga@jonesday.com>; 'Swadley, Beth A.' <BSwadley@ycst.com>; 'Vrana, Robert' <RVrana@ycst.com>
**Cc:** 'Lennon, James' <jlennon@devlinlawfirm.com>; 'Peter Mazur' <pmazur@devlinlawfirm.com>; 'Feng Xu' <fxu@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>
**Subject:** WSOU v. Xilinx (D. Del.) Expert and consultant disclosures

Counsel,

Pursuant to the Stipulated Protective Order entered in the five *WSOU v. Xilinx* cases, WSOU is disclosing Jerry Barth, Lloyd F. Linder, Nathan Palacios, and James Anton Strickland as experts and consultants to obtain access to Protected Materials.

Attached please find their signed undertakings and CVs with lists of their cases.

Regards,

Jack

# EXHIBIT 2

**Smith, Jonathan McNeal**

| | |
|---|---|
| **From:** | Peter Mazur <pmazur@devlinlawfirm.com> |
| **Sent:** | Friday, October 15, 2021 10:22 AM |
| **To:** | Mishaga, Stephanie M.; Swadley, Beth A.; Vrana, Robert; Galvan, Hilda C.; Buxton, Christopher A.; Cochran, David B.; Gaza, Anne Shea; Smith, Jonathan McNeal |
| **Cc:** | Jim Lennon; WSOU v. Xilinx; Bradley P. Lerman; Joshua A. Whitehill; Heather Kim |
| **Subject:** | WSOU v. Xilinx protective order/discovery dispute |
| **Attachments:** | 2021-10-15 WSOU v. Xilinx - Motion for Teleconference.docx |

** External mail **

Counsel:

In light of the impasse over WSOU's designated source code reviewer, WSOU intends to file the attached motion as soon as possible.  To that end, could you please let us know 1) if the dates listed for the teleconference are acceptable to Xilinx; and 2) if there are any counsel present on the call yesterday whose names are not listed?

If the dates listed are not acceptable, please propose three alternatives.

Thank you,

Peter



**DEVLIN LAW FIRM LLC**
INTELLECTUAL PROPERTY LAW

**Peter Mazur**
1526 Gilpin Ave, Wilmington, DE 19806
(302) 528-1220

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>          Plaintiff,<br><br>    v.<br><br>XILINX, INC.,<br><br>          Defendant. | C.A. No. 20-1228-CFC-JLH (consolidated) |

## MOTION FOR TELECONFERENCE TO RESOLVE
## <u>DISCOVERY DISPUTES</u>

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery/protective order matters:

- Defendant refuses to allow Plaintiff's disclosed/designated expert source code reviewer to have access to the proffered source code for review because of objections concerning the designee made by Defendant that Plaintiff finds unreasonable.  The source code review is necessary for Plaintiff to develop its infringement case and to prepare its preliminary infringement contentions.  Moreover, in view of this impasse, Defendant refuses to agree to a reasonable extension of the October 27, 2021 deadline

for Plaintiff to "produce an initial claim chart relating each known accused product" (D.I. 63 at 5).

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date: October 14, 2021.

Delaware Counsel:

Peter A. Mazur for Plaintiff

Beth Swadley for Defendant

Lead Counsel:

Joshua Whitehill for Plaintiff

Bradley P. Lerman for Plaintiff

Jonathan McNeal Smith for Defendant

The parties are available for a teleconference on the following dates: October 18, 19, or 20.

Dated: October 15, 2021

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
Jack Shaw
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*
*WSOU Investments LLC d/b/a*
*Brazos Licensing and Development*

# EXHIBIT 3

**Smith, Jonathan McNeal**

| | |
|---|---|
| **From:** | Gaza, Anne Shea <agaza@ycst.com> |
| **Sent:** | Friday, October 15, 2021 3:20 PM |
| **To:** | 'Peter Mazur'; Mishaga, Stephanie M.; Swadley, Beth A.; Vrana, Robert; Galvan, Hilda C.; Buxton, Christopher A.; Cochran, David B.; Smith, Jonathan McNeal |
| **Cc:** | Jim Lennon; WSOU v. Xilinx; Bradley P. Lerman; Joshua A. Whitehill; Heather Kim; Gaza, Anne Shea |
| **Subject:** | RE: WSOU v. Xilinx protective order/discovery dispute |
| **Attachments:** | NAI_1522271711_3_Xilinx--JD Revisions to 2021-10-15 WSOU v. Xilinx - Motion for Teleconference.DOCX |

**\*\* External mail \*\***

Peter,

Please see the attached revised draft of the motion for teleconference.

Thanks, Anne



**Anne Shea Gaza**, Partner
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.6727 | F: 302.576.3439
agaza@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Peter Mazur <pmazur@devlinlawfirm.com>
**Sent:** Friday, October 15, 2021 4:05 PM
**To:** Gaza, Anne Shea <agaza@ycst.com>; Mishaga, Stephanie M. <smishaga@jonesday.com>; Swadley, Beth A. <BSwadley@ycst.com>; Vrana, Robert <RVrana@ycst.com>; Galvan, Hilda C. <hcgalvan@JonesDay.com>; Buxton, Christopher A. <cbuxton@jonesday.com>; Cochran, David B. <dcochran@JonesDay.com>; Smith, Jonathan McNeal <jonathansmith@jonesday.com>
**Cc:** Jim Lennon <jlennon@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>; Bradley P. Lerman <BLerman@kasowitz.com>; Joshua A. Whitehill <JWhitehill@kasowitz.com>; Heather Kim <HKim@kasowitz.com>
**Subject:** RE: WSOU v. Xilinx protective order/discovery dispute

Anne,

A response before the close of business today would be appreciated given the impending deadline for WSOU's claim chart.

Best regards,

Peter

**From:** Gaza, Anne Shea <agaza@ycst.com>
**Sent:** Friday, October 15, 2021 3:06 PM
**To:** Peter Mazur <pmazur@devlinlawfirm.com>; Mishaga, Stephanie M. <smishaga@jonesday.com>; Swadley, Beth A. <BSwadley@ycst.com>; Vrana, Robert <RVrana@ycst.com>; Galvan, Hilda C. <hcgalvan@JonesDay.com>; Buxton, Christopher A. <cbuxton@jonesday.com>; Cochran, David B. <dcochran@JonesDay.com>; Smith, Jonathan McNeal <jonathansmith@jonesday.com>
**Cc:** Jim Lennon <jlennon@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>; Bradley P. Lerman <BLerman@kasowitz.com>; Joshua A. Whitehill <JWhitehill@kasowitz.com>; Heather Kim <HKim@kasowitz.com>; Gaza, Anne Shea <agaza@ycst.com>
**Subject:** RE: WSOU v. Xilinx protective order/discovery dispute

Peter – we are in receipt of your email below.  We are reviewing the draft motion and will circulate proposed revisions in due course.  Thanks, Anne



**Anne Shea Gaza**, **Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.6727 | F: 302.576.3439
agaza@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Peter Mazur <pmazur@devlinlawfirm.com>
**Sent:** Friday, October 15, 2021 1:22 PM
**To:** Mishaga, Stephanie M. <smishaga@jonesday.com>; Swadley, Beth A. <BSwadley@ycst.com>; Vrana, Robert <RVrana@ycst.com>; Galvan, Hilda C. <hcgalvan@JonesDay.com>; Buxton, Christopher A. <cbuxton@jonesday.com>; Cochran, David B. <dcochran@JonesDay.com>; Gaza, Anne Shea <agaza@ycst.com>; Smith, Jonathan McNeal <jonathansmith@jonesday.com>
**Cc:** Jim Lennon <jlennon@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>; Bradley P. Lerman <BLerman@kasowitz.com>; Joshua A. Whitehill <JWhitehill@kasowitz.com>; Heather Kim <HKim@kasowitz.com>
**Subject:** WSOU v. Xilinx protective order/discovery dispute

Counsel:

In light of the impasse over WSOU's designated source code reviewer, WSOU intends to file the attached motion as soon as possible.  To that end, could you please let us know 1) if the dates listed for the teleconference are acceptable to Xilinx; and 2) if there are any counsel present on the call yesterday whose names are not listed?

If the dates listed are not acceptable, please propose three alternatives.

Thank you,

Peter



# Peter Mazur

1526 Gilpin Ave, Wilmington, DE 19806

☐ (302) 528-1220

# EXHIBIT 4

**Smith, Jonathan McNeal**

| | |
|---|---|
| **From:** | Peter Mazur <pmazur@devlinlawfirm.com> |
| **Sent:** | Monday, October 18, 2021 7:03 AM |
| **To:** | Gaza, Anne Shea; Mishaga, Stephanie M.; Swadley, Beth A.; Vrana, Robert; Galvan, Hilda C.; Buxton, Christopher A.; Cochran, David B.; Smith, Jonathan McNeal |
| **Cc:** | Jim Lennon; WSOU v. Xilinx; Bradley P. Lerman; Joshua A. Whitehill; Heather Kim |
| **Subject:** | RE: WSOU v. Xilinx protective order/discovery dispute |
| **Attachments:** | 2021-10-18 WSOU v. Xilinx - Motion for Teleconference.DOCX |

**\*\* External mail \*\***

Anne,

We have made further edits on top of your changes- see attached.  We intend to file the attached shortly unless you have any objection.

Best regards,

Peter

---

**From:** Gaza, Anne Shea <agaza@ycst.com>
**Sent:** Friday, October 15, 2021 6:20 PM
**To:** Peter Mazur <pmazur@devlinlawfirm.com>; Mishaga, Stephanie M. <smishaga@jonesday.com>; Swadley, Beth A. <BSwadley@ycst.com>; Vrana, Robert <RVrana@ycst.com>; Galvan, Hilda C. <hcgalvan@JonesDay.com>; Buxton, Christopher A. <cbuxton@jonesday.com>; Cochran, David B. <dcochran@JonesDay.com>; Smith, Jonathan McNeal <jonathansmith@jonesday.com>
**Cc:** Jim Lennon <jlennon@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>; Bradley P. Lerman <BLerman@kasowitz.com>; Joshua A. Whitehill <JWhitehill@kasowitz.com>; Heather Kim <HKim@kasowitz.com>; Gaza, Anne Shea <agaza@ycst.com>
**Subject:** RE: WSOU v. Xilinx protective order/discovery dispute

Peter,

Please see the attached revised draft of the motion for teleconference.

Thanks, Anne



**Anne Shea Gaza**, Partner
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.6727 | F: 302.576.3439
agaza@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Peter Mazur <pmazur@devlinlawfirm.com>
**Sent:** Friday, October 15, 2021 4:05 PM
**To:** Gaza, Anne Shea <agaza@ycst.com>; Mishaga, Stephanie M. <smishaga@jonesday.com>; Swadley, Beth A. <BSwadley@ycst.com>; Vrana, Robert <RVrana@ycst.com>; Galvan, Hilda C. <hcgalvan@JonesDay.com>; Buxton, Christopher A. <cbuxton@jonesday.com>; Cochran, David B. <dcochran@JonesDay.com>; Smith, Jonathan McNeal <jonathansmith@jonesday.com>
**Cc:** Jim Lennon <jlennon@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>; Bradley P. Lerman <BLerman@kasowitz.com>; Joshua A. Whitehill <JWhitehill@kasowitz.com>; Heather Kim <HKim@kasowitz.com>
**Subject:** RE: WSOU v. Xilinx protective order/discovery dispute

Anne,

A response before the close of business today would be appreciated given the impending deadline for WSOU's claim chart.

Best regards,

Peter

---

**From:** Gaza, Anne Shea <agaza@ycst.com>
**Sent:** Friday, October 15, 2021 3:06 PM
**To:** Peter Mazur <pmazur@devlinlawfirm.com>; Mishaga, Stephanie M. <smishaga@jonesday.com>; Swadley, Beth A. <BSwadley@ycst.com>; Vrana, Robert <RVrana@ycst.com>; Galvan, Hilda C. <hcgalvan@JonesDay.com>; Buxton, Christopher A. <cbuxton@jonesday.com>; Cochran, David B. <dcochran@JonesDay.com>; Smith, Jonathan McNeal <jonathansmith@jonesday.com>
**Cc:** Jim Lennon <jlennon@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>; Bradley P. Lerman <BLerman@kasowitz.com>; Joshua A. Whitehill <JWhitehill@kasowitz.com>; Heather Kim <HKim@kasowitz.com>; Gaza, Anne Shea <agaza@ycst.com>
**Subject:** RE: WSOU v. Xilinx protective order/discovery dispute

Peter – we are in receipt of your email below.  We are reviewing the draft motion and will circulate proposed revisions in due course.  Thanks, Anne



**Anne Shea Gaza**, **Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.6727 | F: 302.576.3439
agaza@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

---

**From:** Peter Mazur <pmazur@devlinlawfirm.com>
**Sent:** Friday, October 15, 2021 1:22 PM
**To:** Mishaga, Stephanie M. <smishaga@jonesday.com>; Swadley, Beth A. <BSwadley@ycst.com>; Vrana, Robert <RVrana@ycst.com>; Galvan, Hilda C. <hcgalvan@JonesDay.com>; Buxton, Christopher A. <cbuxton@jonesday.com>; Cochran, David B. <dcochran@JonesDay.com>; Gaza, Anne Shea <agaza@ycst.com>; Smith, Jonathan McNeal

<jonathansmith@jonesday.com>
**Cc:** Jim Lennon <jlennon@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>; Bradley P. Lerman <BLerman@kasowitz.com>; Joshua A. Whitehill <JWhitehill@kasowitz.com>; Heather Kim <HKim@kasowitz.com>
**Subject:** WSOU v. Xilinx protective order/discovery dispute

Counsel:

In light of the impasse over WSOU's designated source code reviewer, WSOU intends to file the attached motion as soon as possible.  To that end, could you please let us know 1) if the dates listed for the teleconference are acceptable to Xilinx; and 2) if there are any counsel present on the call yesterday whose names are not listed?

If the dates listed are not acceptable, please propose three alternatives.

Thank you,

Peter



Peter Mazur

1526 Gilpin Ave, Wilmington, DE 19806

📱 (302) 528-1220

# EXHIBIT 5

**Smith, Jonathan McNeal**

---

| | |
|---|---|
| **From:** | Bradley P. Lerman <BLerman@kasowitz.com> |
| **Sent:** | Friday, October 15, 2021 8:28 AM |
| **To:** | Smith, Jonathan McNeal; Gaza, Anne Shea; Swadley, Beth A. |
| **Cc:** | Lennon, James; 'Peter Mazur'; Feng Xu; WSOU v. Xilinx |
| **Subject:** | RE: WSOU v. Xilinx (D. Del.) - Source Code Review |

**\*\* External mail \*\***

Counsel, Mr. Palacios will arrive around 9:00 a.m. on Tuesday October 19 at the Wilmington offices of Young, Conaway, Stargatt & Taylor.  Please let us know if there is anyone specific he should ask for upon arrival.  Thanks.

Bradley P. Lerman
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 506-3388
Fax. (212) 835-5000
BLerman@kasowitz.com

**From:** Bradley P. Lerman
**Sent:** Wednesday, October 13, 2021 5:59 PM
**To:** 'Smith, Jonathan McNeal' <jonathansmith@jonesday.com>; Gaza, Anne Shea <agaza@ycst.com>; Swadley, Beth A. <BSwadley@ycst.com>
**Cc:** Lennon, James <jlennon@devlinlawfirm.com>; 'Peter Mazur' <pmazur@devlinlawfirm.com>; Feng Xu <fxu@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>
**Subject:** RE: WSOU v. Xilinx (D. Del.) - Source Code Review

███████████████████   ███████████████████████████

**From:** Smith, Jonathan McNeal [mailto:jonathansmith@jonesday.com]
**Sent:** Wednesday, October 13, 2021 1:58 PM
**To:** Jack Shaw <JShaw@kasowitz.com>; Fanelli, Dominic <DFanelli@ycst.com>; Gaza, Anne Shea <agaza@ycst.com>; Swadley, Beth A. <BSwadley@ycst.com>; Vrana, Robert <RVrana@ycst.com>
**Cc:** Lennon, James <jlennon@devlinlawfirm.com>; 'Peter Mazur' <pmazur@devlinlawfirm.com>; Feng Xu <fxu@devlinlawfirm.com>; WSOU v. Xilinx <WSOUvXilinx@kasowitz.com>; Xilinx-WSOU <xilinx-wsou@jonesday.com>
**Subject:** RE: WSOU v. Xilinx (D. Del.) - Source Code Review

Counsel:

We are working on accommodations to make the source code review computer available at the Wilmington offices of Young, Conaway, Stargatt & Taylor beginning Tuesday, October 19.

To comply with current COVID protocols, our local counsel will need to know whether Mr. Palacios is fully vaccinated against COVID.  If Mr. Palacios is not fully vaccinated against COVID, we will need to get special approval for him to enter the office building, and getting special approval may be contingent on Mr. Palacios receiving a recent negative COVID test,