## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>                Plaintiff,<br><br>   v.<br><br>XILINX, INC.,<br><br>                Defendant. | C.A. No. 1:20-cv-01228-CFC-JLH<br>(Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 27, 2021, copies of *WSOU's Initial Claim Charts* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
bswadley@ycst.com

Hilda C. Galvan
Christopher A. Buxton
JONES DAY (Dallas, TX)
hcgalvan@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY (Cleveland, OH)
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY (Chicago, IL)
twritchie@jonesday.com

                                      Stephanie M. Mishaga
                                      JONES DAY (San Diego, CA)
                                      smishaga@jonesday.com

                                      Jonathan McNeal Smith
                                      JONES DAY (San Los Angeles, CA)
                                      jonathansmith@jonesday.com

Dated: October 29, 2021             DEVLIN LAW FIRM LLC

OF COUNSEL:                         */s/ James M. Lennon*
                                      James M. Lennon (No. 4570)
Jonathan K. Waldrop            1526 Gilpin Avenue
Darcy L. Jones                     Wilmington, DE 19806
Marcus A. Barber                (302) 449-9010
ThucMinh Nguyen              jlennon@devlinlawfirm.com
John W. Downing
Heather S. Kim                    *Attorneys for Plaintiff*
Jack Shaw                          *WSOU Investments LLC d/b/a*
KASOWITZ BENSON TORRES LLP    *Brazos Licensing and Development*
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Bradley P. Lerman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080