**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>XILINX, INC.,<br><br>　　　　　　　Defendant. | C.A. No. 20-1228-CFC-JLH (consolidated)<br><br>**Redacted Version filed November 4, 2021** |

**EXHIBIT A
TO PLAINTIFF'S LETTER IN OPPOSITION TO XILINX'S
OCTOBER 25, 2021 LETTER TO THE HONORABLE JENNIFER L. HALL
REGARDING SCHEDULING ORDER DISCOVERY DISPUTE**

Dated: October 27, 2021　　　　　DEVLIN LAW FIRM LLC
　　　　　　　　　　　　　　　　James M. Lennon (No. 4570)
　　　　　　　　　　　　　　　　1526 Gilpin Avenue
　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　(302) 449-9010
　　　　　　　　　　　　　　　　jlennon@devlinlawfirm.com

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>    Plaintiff,<br><br>v.<br><br>**Xilinx, Inc.,**<br><br>    Defendant. | C.A. No. 20-1228-CFC-JLH<br>C.A. No. 20-1229-CFC-JLH<br>C.A. No. 20-1231-CFC-JLH<br>C.A. No. 20-1232-CFC-JLH<br>C.A. No. 20-1233-CFC-JLH |

## DECLARATION OF LLOYD LINDER

LLOYD LINDER, under penalty of perjury, declares as follows:

1. I am over the age of 18 and competent to make this declaration. I submit this Declaration in support of plaintiff WSOU Investments, LLC's ("WSOU") letter in opposition to defendant Xilinx, Inc.'s October 25, 2021 Letter to the Hon. Jennifer L. Hall Regarding Scheduling Order Discovery Dispute.

2. I am a Senior Consultant for UnitedLex, and have been retained as an expert consultant for WSOU in these cases, and specifically with regard to a planned review of source code and schematics of Xilinx related to the accused products at issue in these cases. I have substantial experience and expertise in, among other areas, high speed, high performance ADC, Sample/Hold, ADC driver amplifier, and DAC architectures. A copy of my curriculum vitae is attached hereto.

3. I have acted as a consultant for hundreds of clients in the field of integrated circuits and systems. In connection with those retentions, I have signed hundreds of nondisclosure

and confidentiality agreements covering confidential and sensitive business information received from those clients in the course of my consultancy.

4. I have never been accused of violating any of the nondisclosure or confidentiality agreements I have signed in connection with my work.

5. 

Dated: October 27, 2021

Lloyd Linder

# LLOYD F. LINDER
# CURRICULUM VITAE

-

**Entirety Designated Confidential**

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the foregoing document to be served on October 27, 2021, upon the following in the manner indicated:

**BY E-MAIL:**

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
bswadley@ycst.com

Hilda C. Galvan
Christopher A. Buxton
JONES DAY (Dallas, TX)
hcgalvan@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY (Cleveland, OH)
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY (Chicago, IL)
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY (San Diego, CA)
smishaga@jonesday.com

Jonathan McNeal Smith
JONES DAY (San Los Angeles, CA)
jonathansmith@jonesday.com

    */s/ James M. Lennon*
    James M. Lennon