# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>  Plaintiff,<br><br>  v.<br><br>XILINX, INC.,<br><br>  Defendant. | C.A. No. 1:20-cv-01228-CFC-JLH (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 8, 2021, pursuant to the Court's Order dated October 28, 2021 (D.I. 93), copies of Plaintiff's proposed Amended Initial Claim Charts were caused to be served upon the following counsel in the manner indicated:

## BY E-MAIL:

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

Hilda C. Galvan
Christopher A. Buxton
JONES DAY (Dallas, TX)
hcgalvan@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY (Cleveland, OH)
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY (Chicago, IL)
twritchie@jonesday.com

|  |  |
|---|---|
|  | Stephanie M. Mishaga<br>JONES DAY (San Diego, CA)<br>smishaga@jonesday.com |
|  | Jonathan McNeal Smith<br>JONES DAY (San Los Angeles, CA)<br>jonathansmith@jonesday.com |
| Dated: November 12, 2021 | DEVLIN LAW FIRM LLC |
| OF COUNSEL: | */s/ James M. Lennon* |
|  | James M. Lennon (No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com |
| Jonathan K. Waldrop<br>Darcy L. Jones<br>Marcus A. Barber<br>ThucMinh Nguyen<br>John W. Downing<br>Heather S. Kim<br>Jack Shaw<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>(650) 453-5170 | *Attorneys for Plaintiff<br>WSOU Investments LLC d/b/a<br>Brazos Licensing and Development* |

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Bradley P. Lerman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080