IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>                Plaintiff,<br><br>    v.<br><br>XILINX, INC.,<br><br>                Defendant. | C.A. No. 20-1228-CFC-JLH<br>(Consolidated) |

### XILINX, INC.'S NOTICE OF SUBPOENA TO CHARLES ALEXANDER PEARSE

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 45, Defendant Xilinx, Inc. ("Xilinx") shall cause a subpoena to testify at a deposition to be served on Charles Alexander Pearse. A true and correct copy of the subpoena is attached as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that, Xilinx, by and through its attorneys, will take the deposition by oral examination of Charles Alexander Pearse via videoconference, or other similar means, at 12pm ET on December 21, 2021, or at such other time and location as is mutually agreeable to the parties and Charles Alexander Pearse, and continuing day-to-day until completed.

This deposition will be taken before an officer authorized to administered oaths and take testimony, and the deposition may be recorded by any means that the Federal Rules of Civil Procedure permit, including audio, video, and stenographic means, as well as means for the instant display of testimony on a computer.

<div style="column-count:2">

Dated: November 24, 2021

OF COUNSEL:

Hilda C. Galvan
Christopher A. Buxton
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
(214) 220-3939
hcgalvan@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-7029
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY
77 West Wacker Dr.
Chicago, IL 60601-1692
(312) 269-4003
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY
4655 Executive Dr., Suite 1500
San Diego, CA 92121-3134
(858) 703-3140
smishaga@jonesday.com

Jonathan McNeal Smith
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2559
jonathansmith@jonesday.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
(302) 571-6600
agaza@ycst.com
rvrna@ycst.com

*Attorneys for Xilinx, Inc.*

</div>