## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>XILINX, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 20-1228-CFC-JLH<br>)    (Consolidated)<br>)<br>)<br>)<br>) |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on December 1, 2021, copies of the following

were served on the persons listed below in the manner indicated:

    1)   Xilinx, Inc.'s Initial Invalidity Contentions

**BY E-MAIL/FTP**

James M. Lennon
Peter Mazur
Andrew DeMarco
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
jlennon@devlinlawfirm.com
pmazur@devlinlawfirm.com
ademarco@devlinlawfirm.com
DLF-DE-Assoc@devlinlawfirm.com

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim

Isaac Rabicoff
RABICOFF LAW FIRM LLC
5680 King Centre Drive, Suite 645
Alexandria, VA 22315
isaac@rabilaw.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309
pwilliams@kasowitz.com

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler

Jack Shaw
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
jshaw@kasowitz.com
tnguyen@kasowitz.com

Bradley P. Lerman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
sivan@kasowitz.com
hstern@kasowitz.com
jwhitehill@kasowitz.com
hbressler@kasowitz.com
blerman@kasowitz.com

WSOUvXilinx@kasowitz.com

PLEASE TAKE FURTHER NOTICE that on December 1, 2021, a copy of
this Notice of Service was electronically filed with the Clerk of the Court using
CM/ECF, and will be served by e-mail on the persons listed above.

Dated:  December 1, 2021

OF COUNSEL:

Hilda C. Galvan
Christopher A. Buxton
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
(214) 969-4556
hcgalvan@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY
North Point 901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7029
dcochran@jonesday.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Xilinx, Inc.*

Thomas W. Ritchie
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL 60601
(312) 269-4003
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
(858) 703-3140
smishaga@jonesday.com

Jonathan McNeal Smith
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2559
jonathansmith@jonesday.com