## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, <br><br>                      Plaintiff, <br><br>     v. <br><br> XILINX, INC., <br><br>                   Defendant. | C.A. No. 1:20-cv-01228-CFC-JLH (Consolidated) |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on December 13, 2021, copies of (1) *Plaintiff's Responses and Objections to Defendant Xilinx, Inc.'s First Set of Interrogatories (Nos. 1-13);* and (2) *Plaintiff's Responses and Objections to Defendant Xilinx, Inc.'s First Requests for Production (Nos. 1-50)* were caused to be served upon the following counsel in the manner indicated:

### <u>BY E-MAIL</u>:

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

Hilda C. Galvan
Christopher A. Buxton
JONES DAY (Dallas, TX)
hcgalvan@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY (Cleveland, OH)
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY (Chicago, IL)
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY (San Diego, CA)
smishaga@jonesday.com

Jonathan McNeal Smith
JONES DAY (San Los Angeles, CA)
jonathansmith@jonesday.com

Dated: December 14, 2021                DEVLIN LAW FIRM LLC

OF COUNSEL:                             */s/ James M. Lennon*
                                        James M. Lennon (No. 4570)
Jonathan K. Waldrop                     1526 Gilpin Avenue
Darcy L. Jones                          Wilmington, DE 19806
Marcus A. Barber                        (302) 449-9010
ThucMinh Nguyen                         jlennon@devlinlawfirm.com
John W. Downing
Heather S. Kim                          *Attorneys for Plaintiff*
KASOWITZ BENSON TORRES LLP              *WSOU Investments LLC d/b/a*
333 Twin Dolphin Drive, Suite 200       *Brazos Licensing and Development*
Redwood Shores, CA 94065
(650) 453-5170

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Bradley P. Lerman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080