# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>            Plaintiff,<br><br>    v.<br><br>XILINX, INC.,<br><br>            Defendant. | C.A. No. 1:20-cv-01228-CFC-JLH (Consolidated) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant Xilinx, Inc. ("Xilinx"), subject to the approval of the Court, that the following claim construction deadlines be extended as follows:

| **Document** | **Original Due Date** | **Extended Due Date** |
|---|---|---|
| Claim Terms/Phrases | December 15, 2021 | December 21, 2021 |
| Proposed Claim Constructions, use/non-use of extrinsic evidence, including expert declarations, with claim construction briefing | January 6, 2022 | January 13, 2022 |
| Joint Claim Construction Chart | January 20, 2022 | January 27, 2022 |

Dated: December 15, 2021

| | |
|---|---|
| DEVLIN LAW FIRM LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| /s/ Peter Mazur | /s/ Robert M. Vrana |
| James M. Lennon (No. 4570) | Anne Shea Gaza (No. 4093) |
| Peter Akawie Mazur (No. 6732) | Robert M. Vrana (No. 5666) |
| 1526 Gilpin Avenue | Rodney Square |
| Wilmington, DE 19806 | 1000 North King Street |
| (302) 440-9010 | Wilmington, DE 19801 |
| jlennon@devlinlawfirm.com | (302) 571-6600 |
| pmazur@devlinlawfirm.com | agaza@ycst.com |
| | rvrana@ycst.com |
| OF COUNSEL: | |
| | OF COUNSEL: |
| Jonathan K. Waldrop | |
| Darcy L. Jones | Hilda C. Galvan |
| Marcus A. Barber | Christopher A. Buxton |
| John W. Downing | JONES DAY (Dallas, TX) |
| Heather S. Kim | hcgalvan@jonesday.com |
| ThucMinh Nguyen | cbuxton@jonesday.com |
| KASOWITZ BENSON TORRES LLP | |
| 333 Twin Dolphin Drive, Suite 200 | David B. Cochran |
| Redwood Shores, California 94065 | JONES DAY (Cleveland, OH) |
| (650) 453-5170 | dcochran@jonesday.com |
| | |
| Shelley Ivan | Thomas W. Ritchie |
| Hershy Stern | JONES DAY (Chicago, IL) |
| Joshua A. Whitehill | twritchie@jonesday.com |
| Howard L. Bressler | |
| Bradley P. Lerman | Stephanie M. Mishaga |
| KASOWITZ BENSON TORRES LLP | JONES DAY (San Diego, CA) |
| 1633 Broadway | smishaga@jonesday.com |
| New York, NY 10019 | |
| (212) 506-1700 | Jonathan McNeal Smith |
| | JONES DAY (San Los Angeles, CA) |
| Paul G. Williams | jonathansmith@jonesday.com |
| KASOWITZ BENSON TORRES LLP | |
| 1230 Peachtree Street N.E., Suite 2445 | *Attorneys for Defendant Xilinx, Inc.* |
| Atlanta, GA 30309 | |
| (404) 260-6080 | |

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

SO ORDERED this _____ day of December, 2021.

_____
United States Magistrate Judge