# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>                Plaintiff,<br><br>     v.<br><br>XILINX, INC.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 20-1228-CFC-JLH<br>)   (Consolidated)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 27, 2021, copies of the following were served on the persons listed below in the manner indicated:

1) Defendant Xilinx's Objections and Responses to Plaintiff's Notice of Deposition Pursuant to FRCP 30(b)(6)

**BY E-MAIL**

James M. Lennon
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
jlennon@devlinlawfirm.com

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

Isaac Rabicoff
RABICOFF LAW FIRM LLC
5680 King Centre Drive, Suite 645
Alexandria, VA 22315
isaac@rabilaw.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309
pwilliams@kasowitz.com

Shelley Ivan
Hershy Stern
Joshua A. Whitehill

| | |
|---|---|
| jwaldrop@kasowitz.com | Howard L. Bressler |
| djones@kasowitz.com | Bradley P. Lerman |
| mbarber@kasowitz.com | KASOWITZ BENSON TORRES LLP |
| jdowning@kasowitz.com | 1633 Broadway |
| hkim@kasowitz.com | New York, NY 10019 |
| tnguyen@kasowitz.com | sivan@kasowitz.com |
| | hstern@kasowitz.com |
| | jwhitehill@kasowitz.com |
| | hbressler@kasowitz.com |
| | blerman@kasowitz.com |

PLEASE TAKE FURTHER NOTICE that on December 27, 2021, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, and will be served by e-mail on the persons listed above.

Dated: December 27, 2021

OF COUNSEL:

Hilda C. Galvan
Christopher A. Buxton
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
(214) 969-4556
hcgalvan@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY
North Point 901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7029
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY
77 West Wacker, Suite 3500

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert M. Vrana
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Xilinx, Inc.*

2

Chicago, IL 60601
(312) 269-4003
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
(858) 703-3140
smishaga@jonesday.com

Jonathan McNeal Smith
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2559
jonathansmith@jonesday.com