# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>            Plaintiff,<br><br>     v.<br><br>XILINX, INC.,<br><br>            Defendant. | C.A. No. 20-1228-CFC-JLH<br>(consolidated) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Noah P. Dorman of Kasowitz Benson Torres LLP to represent Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development in the above-captioned action.

Dated: January 4, 2022

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 440-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff
WSOU Investments, LLC d/b/a
Brazos Licensing and Development*

Shelley Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309
(404) 260-6080

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Noah P. Dorman is GRANTED.

Date: _____, 2022.

_____
United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: January 4, 2022

*/s/ Noah P. Dorman*
Noah P. Dorman
District of Columbia Bar ID 1779821
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 542-4742
NDorman@kasowitz.com