# EXHIBIT G



SUGHRUE MION, PLLC

2100 Pennsylvania Avenue, NW
Washington, DC 20037-3213
T 202.293.7060
F 202.293.7860

1010 El Camino Real
Menlo Park, CA 94025
T 650.325.9300
F 650.325.6666

Toei Nishi Shimbashi Bldg. 4F
13-5 Nishi Shimbashi 1-Chome
Minato-Ku, Tokyo 105-0003
Japan

T 03.3503.3760
F 03.3503.3756

www.sughrue.com

**David J. Cushing**
T 202-663-7925
dcushing@sughrue.com

July 11, 2002

BOX PATENT APPLICATION
Commissioner for Patents
Washington, D.C. 20231

Re:   Application of Wolfgang BAUMERT
      EYE MONITOR
      **Assignee:  ALCATEL**
      Our Ref.  Q70921

Dear Sir:

Attached hereto is the application identified above comprising 10 sheets of the specification, including the claims and abstract, 2 sheets of drawings, an executed Assignment and PTO 1595 form, and an executed Declaration and Power of Attorney.

The Government filing fee is calculated as follows:

| | | | | | |
|---|---|---|---|---|---|
| Total claims | 7 - 20 | = | x | $18.00 = | $.00 |
| Independent claims | 3 - 3 | = | x | $84.00 = | $.00 |
| Base Fee | | | | | $740.00 |

| | |
|---|---|
| **TOTAL FILING FEE** | **$740.00** |
| Recordation of Assignment | $40.00 |
| **TOTAL FEE** | **$780.00** |

Checks for the statutory filing fee of $740.00 and Assignment recordation fee of $40.00 are attached. The USPTO is directed and authorized to charge all required fees, except for the Issue Fee and the Publication Fee, to Deposit Account No. 19-4880. Please also credit any overpayments to said Deposit Account. A duplicate copy of this transmittal letter is attached.

Priority is claimed from:

| Country | Application No | Filing Date |
|---|---|---|
| Europe | 01440248.1 | August 1, 2001 |

The priority document is enclosed herewith.

Respectfully submitted,
SUGHRUE MION, PLLC

Attorneys for Applicant

By: David J. Cushing
    Registration No. 28,703

1

**Eye Monitor**

Background of the invention:

The invention is based on a priority application EP 01 440 248.1 which is hereby incorporated by reference.

The invention relates to an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal. The invention also relates to a corresponding receiver and to a corresponding method.

Such an eye monitor is known from H. Buelow et al., "Adaption of an electronic PMD mitigator by maximization of the eye opening", 26th European Conference on Optical Communication, September 3-7, 2000, Munich, Germany, Proceedings, Volume 3, pages 209-210.

Summary of the invention:

Figure 1 shows a schematic block diagram of an eye monitor 10 as described in the above prior art document. The eye monitor 10 may be comprised in a receiver of an optical transmission system. The eye monitor 10 receives a binary input signal Uin of a transmission link comprising noise. Due to the noise, the

2

received bits of the input signal Uin may be incorrect which is usually described with the help of a so-called eye diagram.

Figure 2 shows a schematic eye diagram as described in the above prior art document. In figure 2, the input signal Uin is depicted over the time t. In the upper part of figure 2, the input signal Uin is a binary "1" and in the lower part, the input signal Uin is a binary "0". Figure 2 also shows a threshold Uthr. If this threshold Uthr is about in the middle of the eye diagram, then it may be used to decide whether the input signal Uin is a binary "1" or a binary "0".

According to figure 1, the input signal Uin is forwarded to a first decision circuit 11 which is provided with an optimum threshold Uopt. This optimum threshold Uopt is located about in the middle of the eye diagram as described above. The first decision circuit 11 is therefore used to recover the received bits of the input signal Uin by deciding whether a binary "1" or a binary "0" was received. These recovered bits are provided by the first decision circuit 11 as an output signal Uout.

According to figure 1, the input signal Uin is also forwarded to a second decision ciruit 12 which is provided with a variable threshold Uvar. If the variable threshold Uvar is about in the middle of the eye diagram, then the decision of the second decision circuit 12 is probably correct. The varibale threshold Uvar is permanently increased and decreased. If the variable threshold is at one of the edges of the eye diagram, then the decisions of the second decision circuit 12

2

3

probably become incorrect. All decisions of the second decision circuit 12 are provided as an output signal Uincorr.

According to figure 1, the output signal Uout of the first decision circuit 11 and the output signal Uincorr of the second decision circuit 12 are provided to an EXOR circuit 13. If both output signal Uout and Uincorr are identical, then the output signal of the EXOR circuit 13 is "0". However, in any other case, i.e. if the two output signals Uout and Uincorr are not identical, the output signal of the EXOR circuit 13 is "1".

According to figure 1, this output signal of the EXOR circuit 13 is integrated by an integrator 14 which provides an output signal Ueye.

As the output signal Uincorr of the second decision circuit 12 probably becomes incorrect at the edges of the eye diagram, the output signal or the EXOR circuit 13 probably becomes "1" at these edges. This has the consequence that the output signal Ueye of the integrator 14 increases at the edges of the eye diagram. Due to this change of the output signal Ueye, it is possible to recognize and characterize the edges of the eye diagram and to calculate a so-called eye opening.

It has to be added that the two decision circuits 11, 12 are provided with a clocking signal C which corresponds to the bit rate of the input signal Uin, wherein the eye monitor 10 as described above and as disclosed in the cited prior art document works with a bit rate of up to 10 Gbit/s.

4

The described eye monitor of figure 1 has the disadvantage that the EXOR circuit 13 is not able to follow bit rates above 10 Gbit/s. As a consequence, the eye monitor 10 cannot be used for a bit rate of e.g. 40 Gbit/s.

It is an object of the invention to provide an eye monitor which allows to recognize and characterize the edges of the eye diagram at bit rates which are greater than 10 Gbit/s, e.g. at a bit rate of 40 Gbit/s.

According to the invention, this object is solved by an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, comprising a decision circuit which is directly connected to an integrator, wherein the input signal and a variable threshold are provided to the decision circuit and wherein an output signal of the integrator is used to recognize the edges of the eye diagram.

The eye monitor of the invention does not comprise an EXOR circuit. Any bit rate restriction due to the EXOR circuit is therefore overcome. As a result, the eye monitor of the invention has the advantage that it can be used for bit rates which are greater than 10 Gbit/s, e.g. at a bit rate of 40 Gbit/s. This advantage is reached without any further electrical circuits or the like.

In an advantageous embodiment of the invention, the output signal provides at least one second value if the variable threshold is in an upper and/or a lower part of the eye diagram. This second value may then be used to characterize the

US10,192,649,971,102

5

eye diagram of the input signal and in particular the edges of the eye diagram. In a further particular embodiment, an eye opening is evaluated based on the second value.

Further embodiments as well as further advantages of the invention are outlined in the following description of the following figures.

Figure 3 shows a schematic block diagram of an embodiment of an eye monitor according to the invention, and figure 4 shows a schematic diagram of an output signal provided by the eye monitor of figure 3.

Figure 3 shows an eye monitor 30 according to the invention. The eye monitor 30 is similar to the eye monitor 10 of figure 1. Therefore, corresponding circuits and signals have the same reference numerals and abbreviations in both figures.

The difference between the eye monitor 30 of figure 3 and the eye monitor 10 of figure 1 is the fact that the eye montor 30 of figure 3 does not comprise the EXOR circuit 13 of the eye monitor 10 of figure 1. Instead, the second decision circuit 12 is directly connected to the integrator 14 so that the output signal Uincorr of the second decision circuit 12 is directly forwarded into the integrator 14.

The integrator 14 then integrates this output signal Uincorr and provides an output signal Ueyenew as shown in figure 4.

5

1D1CEABE542E7F6F

6

As described, the varibale threshold Uvar is permanently increased and decreased.

If the varibale threshold Uvar is about in the middle of the eye diagram, then the output signal Uincorr is probably correct. Based on the assumption that the number of binary "1"-s and binary "0"-s of the succeeding bits of the input signal Uin is almost the same, the integrator 14 provides an output signal Ueyenew which as about Zero. This value is depicted with reference numeral 31 in figure 4.

If the variable threshold value Uvar is e.g. in the upper part of the eye diagram, then it is probable that the second decision signal 12 decides a bit of the input signal Uin to be a binary "0" whereas it is actually a binary "1". As a consequence, the number of bits which are decided to be "0"-s becomes greater than the number of decided "1"-s. This results in an increase of the output signal Ueyenew of the integrator 14. This increase is depicted with reference numeral 32 in figure 4.

If the variable threshold value Uvar is in the lower part of the eye diagram, then the situation changes into the opposite. This leads to a decrease of the output signal Ueyenew which is depicted with reference numeral 33 in figure 4.

According to figure 4, two threshold values Ut1 and Ut2 are provided which are symmetrical to Zero. From the crosspoints of the output signal Ueyenew with these threshold values Ut1, Ut2, an eye opening EO may be evaluated. This eye

7

opening characterizes the eye diagram of the input signal Uin and in particular the edges of this eye diagram.

If the quality of the transmission becomes worse, then the eye diagram of the input signal Uin becomes smaller in the sense of a smaller distance between the upper and the lower edge of the eye diagram. This becomes apparent in the output signal Ueyenew of the eye monitor 30 of figure 3 in that the output signal Ueyenew becomes more flat and the eye opening EO becomes smaller.

However, if the quality of the transmission is very good, then the output signal Ueyenew becomes more sharp in the sense of a binary course with the consequence that the eye opening EO becomes greater.

1

## Claims

1. Eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, comprising a decision circuit which is directly connected to an integrator, wherein the input signal and a variable threshold are provided to the decision circuit and wherein an output signal of the integrator is used to recognize the edges of the eye diagram.

2. Eye monitor of claim 1 wherein the output signal provides a first value if the variable threshold is about in the middle of the eye diagram.

3. Eye monitor of claim 1 wherein the output signal provides at least one second value if the variable threshold is in an upper and/or a lower part of the eye diagram.

4. Eye monitor of claim 3 wherein the second value  is used to characterize the eye diagram of the input signal and in particular the edges of the eye diagram.

5. Eye monitor of claim 4 wherein an eye opening is evaluated based on the second value.

2

6. Receiver of a transmission system comprising an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, the eye monitor comprising a decision circuit which is directly connected to an integrator, wherein the input signal and a variable threshold are provided to the decision circuit and wherein an output signal of the integrator is used to recognize the edges of the eye diagram.

7. Method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal, wherein a decision circuit is directly connected to an integrator, and comprising the steps of providing the input signal and a variable threshold to the decision circuit and using an output signal of the integrator to recognize the edges of the eye diagram.

1

## Abstract

An eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal is described. A decision circuit is provided which is directly connected to an integrator. The input signal and a variable threshold are provided to the decision circuit. An output signal of the integrator is used to recognize the edges of the eye diagram.

"Eye Monitor"
Wolfgang BAUMERT
Attorney Docket No.   Q70921

1 / 2

## Fig. 1



## Fig. 2



"Eye Monitor"
Wolfgang BAUMERT
Attorney Docket No.   Q70921



**2 / 2**

## Fig. 3



## Fig. 4



PATENT APPLICATION

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of

Wolfgang BAUMERT

Appln. No. Not Assigned

Confirmation No.:Not Assigned

Filed: July 11, 2002

For:   EYE MONITOR

Docket No:  Q70921

Group Art Unit: Not Assigned

Examiner: Not Assigned

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 C.F.R. §§ 1.97 and 1.98

Commissioner for Patents
Washington, D.C. 20231

Sir:

In accordance with the duty of disclosure under 37 C.F.R. § 1.56, Applicant hereby

notifies the U.S. Patent and Trademark Office of the documents which are listed on the attached

PTO/SB/08 A & B (modified) (substitute for PTO Form 1449) form and/or listed herein and

which the Examiner may deem material to patentability of the claims of the above-identified

application.

One copy of each of the listed documents is submitted herewith, along with a copy of the

corresponding Communication from a Foreign Patent Office.

The present Information Disclosure Statement is being filed:  (1) No later than three

months from the application's filing date for an application other than a continued prosecution

application (CPA) under §1.53(d); (2) Before the mailing date of the first Office Action on the

merits (whichever is later); or (3) Before the mailing date of the first Office Action after filing a



INFORMATION DISCLOSURE STATEMENT
Attorney Docket No. Q70921

request for continued examination (RCE) under §1.114, and therefore, no Statement under 37 C.F.R. § 1.97(e) or fee under 37 C.F.R. § 1.17(p) is required.

The submission of the listed documents is not intended as an admission that any such document constitutes prior art against the claims of the present application. Applicant does not waive any right to take any action that would be appropriate to antedate or otherwise remove any listed document as a competent reference against the claims of the present application.

Respectfully submitted,

David J. Cushing
Registration No. 28,703

SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037-3213
Telephone: (202) 293-7060
Facsimile: (202) 293-7860

Date: July 11, 2002

2

PTO/SB/08 A & B (modified)

| | Complete if Known | |
|---|---|---|
| **Substitute for Form 1449 A & B/PTO** | | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | Not Assigned |
| | Confirmation Number | Not Assigned |
| | Filing Date | July 11, 2002 |
| | First Named Inventor | Wolfgang BAUMERT |
| *(use as many sheets as necessary)* | Art Unit | Not Assigned |
| | Examiner Name | Not Assigned |
| Sheet | 1 | of | 1 | Attorney Docket Number | Q70921 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document |
|---|---|---|---|---|---|
| | | Number | Kind Code[2] (if known) | | |
| | | US 5,333,147 | A | 07-26-1994 | Nohara et al. |
| | | US 5,736,875 | A | 04-07-1998 | Sakamoto et al. |
| | | US 4,449,223 | A | 05-15-1984 | Liskov et al. |
| | | US 4,475,210 | A | 10-02-1984 | Couch |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document | | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Translation[6] |
|---|---|---|---|---|---|---|---|
| | | Country Code[3] | Number[4] | Kind Code[5] (if known) | | | |
| | | GB | 2 352 597 | A | 01-31-2001 | Kabushiki Kaisha Toshiba | Yes |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city, and/or country where published. | Translation[6] |
|---|---|---|---|
| | | BUCHALI F, ET AL.: "Fast Eye Monitor for 10Gbit/s and its Application for Optical PMD Compensation", OFC 2001, Optical Fiber Communication Conference and Exhibit Technical Digest Postconference Edition, March 17-22, 2001, Anaheim, CA, USA | Yes |
| | | ELLERMEYER T, ET AL.: "A 10Gb/s eye Opening Monitor IC for Decision-guided Optimization of the Frequency Response of an Optical Receiver" 2000 IEEE International Solid-State Circuits Conference. Digest Oftechnical Papers, February 7-9, 2000, pages 50-51, San Francisco | Yes |
| | | H. BULOW, ET AL.: "Adaptation of an Electronic PMD Mitigator by Maximization of the Eye Opening", 26th European Conference on Optical Communications, September 3-7, 2000, Munich, Germany, Proceedings, Volume 3, pages 209-210. | Yes |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov, MPEP 901.04 or in the comment box of this document. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST. 3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to indicate here if English language Translation is attached.

# Special Instructions for Evidence
# Copy Box Identification

Documents in this patent application scanned prior to the scan date of this document may not have a box number present in the database. The documents are in the same box as this paper. If the patent application documents that do not have a box number are stored in more than one box, a copy of this form is placed in each box. Check the database box number for each copy of this form to identify all of the evidence copy box numbers for documents that do not have a box number.

 The documents stored in this box are original application papers scanned and endorsed by PACR and imported into IFW.

 The documents stored in this box were scanned into the IFW prototype for GAU 1634, 2827, or 2834.

Indexer, place an X in only one box above to indicate the documents placed in this box that were previously scanned in PACR or IFW and will not be scanned again.

THIS PAGE BLANK (USPTO)

(12) **UK Patent Application** (19) **GB** (11) **2 352 597** (13) **A**

(43) Date of A Publication **31.01.2001**

(21) Application No **0013794.3**

(22) Date of Filing **06.06.2000**

(30) Priority Data
(31) **11167550** (32) **14.06.1999** (33) **JP**

(71) Applicant(s)
**Kabushiki Kaisha Toshiba**
**(Incorporated in Japan)**
**72 Horikawa-cho, Saiwai-ku, Kawasaki-shi,**
**Kanagawa-ken 210, Japan**

(72) Inventor(s)
**Mitsuru Sugawara**

(74) Agent and/or Address for Service
**Batchellor, Kirk & Co**
**102-108 Clerkenwell Road, LONDON, EC1M 5SA,**
**United Kingdom**

(51) INT CL⁷
$INT\ CL^7$
**H04L 1/20**

(52) UK CL (Edition S )
**H4P PEM**

(56) Documents Cited
**EP 0999670 A2   JP 100206469 A   JP 100010176 A**
**US 5333147 A**

(58) Field of Search
**UK CL (Edition R )  H4P PDRA PDRX PEF PEM**
**INT CL⁷  H04L 1/20 25/08**
**Online: WPI, EPODOC, JAPIO**

(54) Abstract Title
**Digital signal quality monitoring method using a scanned discrimination level**

(57)   A method of monitoring the signal quality of digital signals in which input signal values are compared with a scanned discrimination level to produce a plurality of discriminated signals. The discriminated signals are then averaged to produce an average 'value' which is used to calculate a quality parameter. In one embodiment the discrimination level is varied stepwise and the average 'value' is proportional to a distribution function which is differentiated with respect to discrimination level to produce a probability density function. In an alternative embodiment the discrimination level is swept as a saw-tooth wave and the average 'value' is differentiated with respect to time to produce a probability density function. In both of th above embodiments a mean value and a dispersion value (i.e. standard deviation) of, for example, the mark level and space level of the input signal are computed from the probability density function. Accordingly, a Q value, as a quality parameter is obtained.



FIG. 3

GB 2 352 597 A

BNSDOCID: <GB___2352597A__I_>



2/9



FIG. 3

FIG. 4

BNSDOCID: <GB___2352597A__I_>

3/9



FIG. 5A

FIG. 5B

FIG. 5C



F I G. 6

F I G. 7



F I G. 8

F I G. 9

6/9



FIG. 10



FIG. 11

BNSDOCID: <GB___2352597A___I_>

7/9



FIG. 12



FIG. 13

8/9



FIG. 14

9/9



FIG.15

**2352597**

- 1 -

TITLE OF THE INVENTION

DIGITAL-SIGNAL QUALITY MONITORING METHOD AND

COMMUNICATIONS APPARATUS USING THIS METHOD

BACKGROUND OF THE INVENTION

5        The present invention relates to a digital-signal
quality monitoring method which is used in a digital
transmission system such as an optical transmission
system and can easily monitor the quality of
transmission signals, and a communications apparatus
10      which uses this method.

In the field of recent digital transmission
systems, as improvements are being made on the wave-
length multiplexing technology and optical switching
technology, there is an expectation for realization of
15      large-capacity and highly-flexible optical networks.
A great attention is paid particularly to a WDM
(Wavelength Division Multiplexing) network which is
characterized by its capability of employing different
transmission speeds, transmission frame formats and
20      modulation systems for different wavelength channels.

This type of network needs such control as to
always monitor the quality of signals to transfer in
an optical fiber and switch that optical fiber to
a redundant system when some failure occurs in the
25      optical fiber.  Possible factors for the degradation
of the quality of signals in an optical fiber are the
deterioration of the S/N ratio caused by an increase

BNSDOCID: <GB___2352597A_I_>

- 2 -

in spontaneous emission (ASE) noise that is generated
in an optical amplifier, the deterioration of waveforms
originated by the wavelength dispersion and the
non-linear characteristic of a transmission fiber
5    and crosstalk to another wavelength channel due to
a variation in signal wavelength.

A Q value has often been used as a parameter for
monitoring the quality of binary digital signals that
travel through an optical fiber.  The Q value is
10   a parameter which represents the S/N ratio that is
defined by the following equation.

$$Q = \frac{|\mu_1 - \mu_0|}{\sigma_1 + \sigma_0}$$

where $\mu_1$ and $\mu_0$ are average values of the mark level
15   and space level respectively and $\sigma_1$ and $\sigma_0$ are
dispersion values of the mark level and space level
respectively.

Available methods for the acquisition of a Q value
are a method of acquiring a Q value by measuring the
20   reception error ratio while scanning a discrimination
threshold value, as proposed in IEEE Photonics Tecnol.
Lett., Vol. 5, No. 3, pp. 304-306, 1993, "Margin
measurements in optical amplifier system" by N. S.
Bargano et al., and a method of acquiring a Q value
25   from the amplitude histogram of an eye pattern obtained
by using the sampling technique, as proposed in ECOC
'98, pp. 707-709, "Application of amplitude histograms

BNSDOCID: <G2  23535070  ! >

- 3 -

for quality of service measurements of optical channels and fault identification" by K. Muller et al.

But, the first quality monitoring method which evaluates the quality by acquiring a Q value from a measured error ratio needs to generate a reference data pattern from a signal to be measured in order to detect an error, and also needs to count error bits. The second quality monitoring method which evaluates the quality by acquiring a Q value from the amplitude histogram of an eye pattern obtained by sampling requires a sampling circuit like a sampling oscilloscope and a data processing circuit. The use of those quality monitoring methods results in an increased number of constituting components and enlarges the apparatus. Those methods also complicate the measuring algorithm.

While an error in a received signal can be measured by using error monitoring bytes $B_1$ and $B_2$ in an STM-n (Synchronous Transport Module-n) frame, this method not only requires a frame process but also a long time measure the signal quality when the error ratio is very small.

BRIEF SUMMARY OF THE INVENTION

Accordingly, it is an object of the present invention to provide a digital-signal quality monitoring method which can easily and accurately monitor the quality of received digital signals, and

BNSDOCID: <GB___2352597A_I_>

- 4 -

a communications apparatus which uses this method.

To achieve the above object, a digital-signal quality monitoring method according to this invention is designed as follows.

5      (1)  A digital-signal quality monitoring method comprising the steps of scanning a discrimination level while discriminating a value of an input n-value digital signal (n being a natural number equal to or larger than 2) by comparing that value with the

10     discrimination level; detecting an average value of the discriminated signal; and computing a quality parameter from the average value.

(2)  A digital-signal quality monitoring method comprising the steps of scanning a discrimination level

15     and discrimination timings while discriminating a value of an input n-value digital signal (n being a natural number equal to or larger than 2) by comparing that value with the discrimination level; detecting an average value of the discriminated signal; and

20     computing a quality parameter from the average value.

(3)  In the digital-signal quality monitoring method (1), a probability density function along an amplitude axis of the input signal is acquired by differentiating the average value of the discriminated

25     signal with respect to the discrimination levels and the quality parameter is computed from the probability density function.

- 5 -

(4)  In the digital-signal quality monitoring method (2), a probability density function along an amplitude axis of the input signal at individual discrimination timing is acquired by differentiating the average value of the discriminated signal with respect to the discrimination levels and the quality parameter is computed from the probability density function.

(5)  In the digital-signal quality monitoring method (1), a probability density function along an amplitude axis of the input signal is acquired by scanning the discrimination levels in such a way as to be proportional to time and differentiating the average value of the discriminated signal with respect to time and the quality parameter is computed from the probability density function.

(6)  In the digital-signal quality monitoring method (2), a probability density function along an amplitude axis of the input signal at individual discrimination timing is acquired by scanning the discrimination levels in such a way as to be proportional to time and differentiating the average value of the discriminated signal with respect to time and the quality parameter is computed from the probability density function.

(7)  In any one of the digital-signal quality monitoring methods (3) to (6), a probability density

BNSDOCID: <GB___2352597A__I_>

- 6 -

function along an amplitude axis with no input made has been acquired in advance, and the probability density function acquired at a time a signal is input is corrected based on that former probability density

5    function.

(8)  In any one of the digital-signal quality monitoring methods (3) to (6), an n number of average values and n number of dispersion values of the discriminated signal are acquired from the probability

10   density function and the quality parameter is computed from the probability density function.

(9)  In the digital-signal quality monitoring method (4) or (6), an eye opening is computed from the probability density function along the amplitude axis

15   of the input signal at individual discrimination timing.

The following are feasible communications apparatuses which use the digital-signal quality monitoring method of this invention.

20   (10)  A regular-system/reserved-system switching apparatus comprising switching means for selectively outputting an n-value digital signal (n being a natural number equal to or larger than 2) of a regular system or an n-value digital signal of a reserved system;

25   quality monitoring means for monitoring the n-value digital signal output by the switching means, thereby acquiring a quality parameter; switching control means

- 7 -

for controlling a switching action of the switching
means based on the quality parameter obtained by
the quality monitoring means, whereby the quality
monitoring means scans a discrimination level while

5    discriminating a value of the n-value digital signal by
comparing that value with the discrimination level,
detects an average value of the discriminated signal
and computes a quality parameter of the n-value digital
signal from the average value.

10       (11)   A regular-system/reserved-system switching
apparatus comprising quality monitoring means for
monitoring n-value (n being a natural number equal to
or larger than 2) digital signals of both a regular
system and a reserved system and acquiring quality

15   parameters; switching means for selectively outputting
the n-value digital signal of the regular system or the
n-value digital signal of the reserved system; and
switching control means for controlling a switching
action of the switching means based on the quality

20   parameters of the regular system and the reserved
system obtained by the quality monitoring means,
whereby the quality monitoring means scans a discrimi-
nation level while discriminating values of the n-value
digital signals of both the regular system and the

25   reserved system by comparing those values with the
discrimination level, detects average values of the
discriminated signals and computes quality parameters

- 8 -

of the n-value digital signals of both the regular
system and the reserved system from the average values.

(12)   In the regular-system/reserved-system
switching apparatus (10) or (11), the quality
5    monitoring means scans the discrimination levels and
also discrimination timings.

(13)   A transmission quality monitoring apparatus
for monitoring transmission qualities of n-value
digital signals (n being a natural number equal to or
10   larger than 2) in a plurality of wavelength channels,
which are optically transmitted over an optical
transmission line of a wavelength division multiplexing
network, comprising optical branching means for
branching a part of transmitted light from the optical
15   transmission line of the wavelength division
multiplexing network; digital signal extracting means
for extracting digital signals of the plurality of
wavelength channels from the transmitted light branched
by the optical branching means; quality monitoring
20   means for receiving the digital signals of the
plurality of wavelength channels extracted by the
digital signal extracting means and acquiring quality
parameters of the digital signals; and check means for
checking if there is an abnormality for each of the
25   wavelength channels from the quality parameters
obtained by the quality monitoring means and generating
an abnormality detection signal upon detection of the

- 9 -

abnormality, whereby the quality monitoring means scans
a discrimination level while discriminating values of
the n-value digital signals of the wavelength channels
by comparing those values with the discrimination

5    level, detects average values of the discriminated
signals and computes quality parameters for the
wavelength channels from the average values.

(14)  A transmission quality monitoring apparatus
for monitoring transmission qualities of n-value

10   digital signals (n being a natural number equal to or
larger than 2) in a plurality of wavelength channels,
which are optically transmitted over an optical
transmission line of a wavelength division multiplexing
network, comprising optical branching means for

15   branching a part of transmitted light from the optical
transmission line of the wavelength division
multiplexing network; digital signal extracting means
for extracting digital signals of the plurality of
wavelength channels from the transmitted light branch d

20   by the optical branching means; signal selecting means
for selectively outputting an arbitrary one of the
digital signals of the plurality of wavelength channels
extracted by the digital signal extracting means;
quality monitoring means for receiving the digital

25   signal selected by the signal selecting means and
acquiring a quality parameter of the digital signal;
and check means for checking if there is an abnormality

BNSDOCID: <GB___2352597A__I_>

- 10 -

in the selected digital signal from the quality parameter obtained by the quality monitoring means and generating an abnormality detection signal upon detection of the abnormality, whereby the quality

5   monitoring means scans discrimination level while discriminating a value of the digital signal selected by the signal selecting means by comparing that value with the discrimination level, detects an average value of the discriminated signal and computes a quality

10   parameter for each of the wavelength channels from the average value.

(15)  In the transmission quality monitoring apparatus (13) or (14), the quality monitoring means scans the discrimination levels and also discrimination

15   timings.

(16)  A receiving apparatus for demodulating a data signal by comparing an input n-value digital signal (n being a natural number equal to or larger than 2) with (n − 1) threshold values, comprising

20   quality monitoring means for scanning discrimination levels while discriminating a value of the input digital signal by comparing that value with the discrimination levels, detecting an average value of the discriminated signal, and computing a quality

25   parameter from the average value; and threshold value control means for detecting (n − 1) discrimination levels that optimize the quality parameter acquired by

- 11 -

the quality monitoring means and using the (n - 1) discrimination levels as the (n - 1) threshold values.

(17)  A receiving apparatus for demodulating a data signal by comparing an input n-value digital
5  signal (n being a natural number equal to or larger than 2) with (n - 1) threshold values, comprising quality monitoring means for scanning discrimination levels and discrimination timings while discriminating a value of the input digital signal by comparing
10  that value with the discrimination levels, detecting an average value of the discriminated signal, and computing a quality parameter from the average value; and threshold value control means for detecting (n - 1) discrimination levels that optimize the quality
15  parameter acquired by the quality monitoring means and using the (n - 1) discrimination levels as the (n - 1) threshold values.

Additional objects and advantages of the invention will be set forth in the description which follows, and
20  in part will be obvious from the description, or may be learned by practice of the invention.  The objects and advantages of the invention may be realized and obtained by means of the instrumentalities and combinations particularly pointed out hereinafter.

25  BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWING

The accompanying drawings, which are incorporated in and constitute a part of the specification,

- 12 -

illustrate presently preferred embodiments of the invention, and together with the general description given above and the detailed description of the preferred embodiments given below, serve to explain

5    the principles of the invention.

FIGS. 1A through 1C are diagrams for explaining the principle of a quality monitoring method according to this invention;

FIG. 2 is a block diagram illustrating the

10   structure that embodies the quality monitoring method according to this invention;

FIG. 3 is a block diagram showing the structure of a first embodiment of a quality monitoring method to which this invention is adapted;

15   FIG. 4 is a block diagram showing the structure of a second embodiment of the quality monitoring method to which this invention is adapted;

FIGS. 5A through 5C are diagrams exemplifying signals at individual sections in the second

20   embodiment;

FIG. 6 is a block diagram showing the structure of a third embodiment of the quality monitoring method to which this invention is adapted;

FIG. 7 is a block diagram showing the structure of

25   a fourth embodiment of the quality monitoring method to which this invention is adapted;

FIG. 8 is a block diagram showing the structure of

— 13 —

a fifth embodiment of the quality monitoring method to which this invention is adapted;

FIG. 9 is a block diagram showing the structure of a sixth embodiment of the quality monitoring method to which this invention is adapted;

FIG. 10 is a block diagram illustrating the structure of a regular-system/reserved-system switching apparatus to which the quality monitoring method according to this invention is adapted;

FIG. 11 is a block diagram illustrating another structure of the regular-system/reserved-system switching apparatus to which the quality monitoring method according to this invention is adapted;

FIG. 12 is a block diagram depicting the structure of a transmission quality monitoring apparatus in a WDM network to which the quality monitoring method according to this invention is adapted;

FIG. 13 is a block diagram depicting another structure of the transmission quality monitoring apparatus in a WDM network to which the quality monitoring method according to this invention is adapted;

FIG. 14 is a block diagram showing the structure of an optical receiving apparatus to which the quality monitoring method according to this invention is adapted; and

FIG. 15 is a block diagram showing another

- 14 -

structure of an optical receiving apparatus to which the quality monitoring method according to this invention is adapted.

### DETAILED DESCRIPTION OF THE INVENTION

5     Before the explanation of preferred embodiments of this invention, the principle of a quality monitoring method of this invention will be discussed with reference to the case where an input signal is a binary digital signal.

10     FIGS. 1A through 1C show the relationships between an input signal (received digital signal) and a probability density function and a distribution function.  FIG. 1A shows the eye pattern of the input signal, FIG. 1B shows the probability density function 15 $f(x)$ which represents the probability of $X = x$ ($X$ is an input signal amplitude).  And FIG. 1C shows the distribution function $F(x)$ that represents the probability of $X \leqq x$.  The following equations are satisfied.

20

$$F(x) = \int_{-\infty}^{x} f(u)du$$
$$\frac{dF(x)}{dx} = f(x)$$

FIG. 2 illustrates the structure that embodies the quality monitoring method according to this invention. The input signal is supplied to a discrimination 25 section 1 where it is converted to a binary value based on the discrimination level $x$.  The binary value is then averaged in an average-value detecting section 2,

- 15 -

and the average value is differentiated by a differentiation section 3. The differentiation result is output as the result of the monitoring.

Specifically, when the amplitude X of the input signal is equal to or smaller than the discrimination level x, the discrimination section 1 discriminates the input signal as space and outputs $D_0$ as the output value. When the amplitude X of the input signal is larger than the discrimination level x, the discrimination section 1 discriminates the input signal as a mark and outputs $D_1$ as the output value. Given that $P_1(x)$ is the probability of discriminating the input signal as a mark and $P_0(x)$ is the probability of discriminating the input signal as space, then

$$P_0(x) = F(x)$$

$$P_1(x) = 1 - F(x)$$

Thus, an average value M(x) of the discrimination output that is obtained by the average-value detecting section 2 is expressed by:

$$M(x) = D_0 \cdot F(x) + D_1 \cdot (1 - F(x)) = (D_0 - D_1) \cdot F(x) + D_1.$$

Because $D_0$ and $D_1$ are known values that are determined by the processing of the discrimination section 1, the distribution function F(x) of the input signal as shown in FIG. 1C is acquired from the average value after discrimination using the following equation.

$$F(x) = \frac{M(x) - D_1}{D_0 - D_1}$$

Changing the discrimination level x and then

- 16 -

differentiating the average value after discrimination with respect to x in the differentiation section 3 yields

5
$$\frac{dM(x)}{dx} = (D_0 - D_1) \cdot \frac{dF(x)}{dx} = (D_0 - D_1) \cdot f(x)$$

Rearranging the above equation yields

$$f(x) = \frac{1}{D_0 - D_1} \cdot \frac{dM(x)}{dx}$$

from which the probability density function f(x) of

10   the input signal as shown in FIG. 1B is obtained.

It is apparent from the above that the distribution function F(x) of an input signal is acquired by detecting the average value of a discriminated output in the average-value detecting section 2 while scanning

15   the discrimination level x in the discrimination section 1, and the probability density function f(x) is acquired by the differential process in the differentiation section 3. As the distribution function and probability density function are acquired, the average

20   values $\mu_1$ and $\mu_0$ of, for example, the mark level and space level of the input signal and dispersion values $\sigma_1^2$ and $\sigma_0^2$ of the individual levels are computed from those functions and a Q value as a quality parameter can be acquired from those average values and

25   dispersion values.

Preferred embodiments of this invention will be discussed below in detail with reference to FIGS. 3 to 9. The following discusses circuits as adapted to

- 17 -

monitor a binary digital optical signal of an NRZ code according to an intensity modulation - direct detection transmission system.

(First Embodiment)

5      FIG. 3 is a block diagram showing the structure of the first embodiment of a quality monitoring method to which this invention is adapted.  In FIG. 3, an optical/electrical (O/E) converter 4 which performs a linear operation converts an input binary digital

10   optical signal to an electrical signal.  This electrical signal is supplied to a discrimination circuit 5 where it is binarized based on a discrimination voltage Vth which is generated by a discrimination-voltage generator 6.  The binary

15   output of the discrimination circuit 5 is averaged by an average value detector 7 and the resultant average value, Vm, is converted to a digital signal by an A/D (Analog to Digital) converter 8.  The digital signal is supplied to a data processing circuit 10.  This data

20   processing circuit 10 receives the discrimination voltage Vth that has been digitized by an A/D converter 9, acquires the characteristic of the average value Vm with respect to this discrimination voltage Vth and computes a signal quality parameter such as a Q value.

25      The above will be discussed more specifically. An optical signal which travels through an optical fiber is converted by the optical/electrical converter

- 18 -

4 to an electrical signal which is in turn supplied to
the discrimination circuit 5 to be compared with the
discrimination voltage Vth from the discrimination-
voltage generator 6. The discrimination-voltage
5    generator changes the discrimination voltage Vth
stepwise at predetermined intervals, for example. The
discrimination circuit 5 compares the discrimination
voltage Vth supplied from the discrimination-voltage
generator with the voltage of the input signal that has
10   been converted to an electrical signal, and outputs
such a binary signal as to be a mark voltage $V_1$ when
the voltage of the input signal is greater than the
discrimination voltage Vth and a space voltage $V_0$ when
the voltage of the input signal is smaller than the
15   discrimination voltage Vth. This binary signal is
supplied to the average value detector 7.

The average value detector 7 detects the average
value Vm of the input binary signal of the maker
voltage $V_1$ and space voltage $V_0$. The acquired average
20   value Vm is converted by the A/D converter 8 to a
digital signal which is in turn supplied to the data
processing circuit 10. The discrimination voltage
Vth generated by the discrimination-voltage generator
6 is converted by the A/D converter 9 to a digital
25   signal which is then supplied to the data processing
circuit 10.

The data processing circuit 10 acquires a

— 19 —

distribution function from the input average value Vm, differentiates the distribution function with respect to a change in the discrimination voltage Vth to thereby acquire a probability density function, and

5    computes a signal quality parameter such as a Q value from the distribution function and probability density function.

The above-described structure can accurately monitor the quality of a received digital signal with

10   simple circuit structures which perform binarization, detection of an average value and data processing merely based on the discrimination voltage, without measuring an error ratio or measuring the amplitude histogram of an eye pattern as needed in the prior art.

15   (Second Embodiment)

FIG. 4 is a block diagram showing the structure of the second embodiment of the quality monitoring method to which this invention is adapted.  Like or same reference numerals are given to those components

20   in FIG. 4 which are the same as the corresponding components in FIG. 3, and the following discusses the differences between the first embodiment and the second embodiment.

This embodiment differs from the first embodiment

25   shown in FIG. 3 in that a saw-tooth generator 11 provides the discrimination voltage Vth and that the output of the average value detector 7 is input to

- 20 -

a differentiation circuit 12 and a differential output with respect to time is digitized by an A/D converter 13 before being input to a data processing circuit 14.

Referring to FIG. 4, the saw-tooth generator 11
5   generates the discrimination voltage Vth that changes in the form of a saw-tooth in proportion to time, and generates a timing signal for the transitional point. The discrimination voltage Vth is supplied to the discrimination circuit 5 and the timing signal for the
10  transitional point is supplied to the data processing circuit 14.  The differentiation circuit 12 outputs a signal representing the result of differentiating the output of the average value detector 7 with respect to time.  This time-differential signal is converted by
15  the A/D converter 13 to a digital signal which is then connected to the data processing circuit 14.

The contents of the processing of the data processing circuit 14 will now be discussed with reference to FIGS. 5A through 5C.

20      As the discrimination voltage Vth is proportional to time, the time-differential signal of the average value becomes a signal which is acquired by differentiating the average value with respect to the discrimination voltage or a signal which is
25  proportional to the probability density function.  This relationship is expressed by the following equation.

Vth = a·t

- 21 -

where a is a constant and t is time.

$$\frac{dM}{dt} = \frac{dM}{dVth} \cdot \frac{dVth}{dt} = a \cdot \frac{dM}{dVth} = a \cdot (D_0 - D_1) \cdot f(Vth)$$

FIGS. 5A through 5C exemplify signals at the individual sections for monitoring a signal according to the second embodiment. The left-hand sides in FIGS. 5A-5C show the eye pattern of the input optical signal. As optical noise (the ASE noise of an optical fiber amplifier) is added to binary digital signal light with a mark ratio of 1/2 and a signal speed of 2.5 Gb/s and the ratio of the optical noise is increased in the order of FIG. 5A, FIG. 5B and FIG. 5C under the condition that the sum of the signal light power and the optical noise power is constant, input signals with different S/N ratios are provided. The right-hand sides in FIGS. 5A-5C show time-dependent waveforms at the individual sections when the corresponding optical signals on the left-hand sides are input. In the diagrams, the waveform Vth is the saw-tooth form of the discrimination voltage that is applied to the discrimination circuit 5. Vm is the waveform of the output voltage of the average value detector 7, which is a signal corresponding to the distribution function of the input signal. The waveform of dVm/dt is a time-differentiated waveform output from the average value detector 7, which is a signal corresponding to the probability density function of the input signal.

- 22 -

As the discrimination voltage has a saw-tooth form, the waveforms of the acquired Vm and dVm/dt are turned at the point where the inclination of the discrimination voltage waveform is changed.

5      It is apparent from the waveforms in FIGS. 5A-5C that as the ratio of noise in the input optical signal increases, the difference between two peaks (equivalent to the average values of the mark level and space level) in the differential signal equivalent to the probability density function becomes smaller, the

10     widths of the profiles of the individual peaks (equivalent to dispersions of the mark and space) become wider and the heights of the peaks change. The parameter, such as a Q value, that represents the

15     signal quality of the input light can be acquired by analyzing the waveform the output signal of the differentiation circuit 12 in the data processing circuit 14.

Although this embodiment is provided with the

20     differentiation circuit 12 so that the time-differentiated signal is input to the data processing circuit 14, the same advantage can be acquired by inputting the average value signal directly to the data processing circuit 14 and accomplishing the time-

25     differential process through the computation in the data processing circuit 14.

- 23 -

(Third Embodiment)

FIG. 6 is a block diagram showing the structure of the third embodiment of the quality monitoring method to which this invention is adapted.  This embodiment

5    is an improvement of the first embodiment so that the discrimination timing is scanned as well as the discrimination voltage.  To avoid the redundant description, like or same reference numerals are given to those components in FIG. 6 which are the same as the

10   corresponding components in FIG. 3.

In FIG. 6, a clock extraction circuit 15 extracts a clock signal synchronous with a data signal component from a binary digital signal from the optical/electrical converter 4 according to the non-

15   linear extraction system or PLL system.  The extracted clock signal is supplied to a variable phase shifter 16.  The variable phase shifter 16 shifts the phase of the input clock signal by an amount designated by a discrimination-point control circuit 18, and sends

20   its output to a discrimination circuit 19.  The discrimination-voltage generator shown in FIG. 3, a discrimination-voltage generator 17 basically generates the discrimination voltage Vth that changes stepwise.  However, the transitional point is

25   determined by a control signal from the discrimination-point control circuit 18.

The discrimination-point control circuit 18

- 24 -

controls the variable phase shifter 16 and the discrimination-voltage generator 17 to control the discrimination point, and informs a data processing circuit 20 of information about the discrimination point.  The discrimination circuit 19 discriminates the mark or space of the input digital signal based on the discrimination voltage at the rising of the input clock signal.  The data processing circuit 20 acquires a quality parameter by performing a computation on the average value of the digitized discrimination result based on the discrimination point information.

According to the structure of this embodiment, the discrimination voltage and the discrimination phase are both scanned by executing variable control of the variable phase shifter 16 and the discrimination-voltage generator 17 using the discrimination-point control circuit 18.  This makes it possible to acquire a distribution function at a predetermined timing of the input digital signal from the output of the average value detector 7.  Therefore, the data processing circuit 20 acquires not only a Q value using the above-described scheme but also a quality parameter which includes information in the direction of the time axis such as the eye opening.  Based on those quality parameters, it is possible to acquire the degree of a change in waveform caused by the wavelength dispersion, non-linear effect or the like of an optical fiber.

- 25 -

This can ensure more precise quality monitoring.

(Fourth Embodiment)

FIG. 7 is a block diagram showing the structure of the fourth embodiment of the quality monitoring method to which this invention is adapted. This embodiment is the second embodiment to which the same improvement as given by the third embodiment is made, so that the discrimination timing is scanned as well as the discrimination voltage. To avoid the redundant description, like or same reference numerals are given to those components in FIG. 7 which are the same as the corresponding components in FIGS. 4 and 6.

According to the structure of this embodiment too, the discrimination voltage and the discrimination phase are both scanned by executing variable control of the variable phase shifter 16 and the discrimination-voltage generator 17 using the discrimination-point control circuit 18. This makes it possible to acquire a distribution function at a predetermined timing of the input digital signal from the output of the average value detector 7. Therefore, a data processing circuit 21 acquires not only a Q value using the above-described scheme but also a quality parameter which includes information in the direction of the time axis such as the eye opening. Based on those quality parameters, it is possible to acquire the degree of a change in waveform caused by the wavelength dispersion,

- 26 -

non-linear effect or the like of an optical fiber. This can ensure more precise quality monitoring.

(Fifth Embodiment)

FIG. 8 is a block diagram showing the structure of the fifth embodiment of the quality monitoring method to which this invention is adapted.  This embodiment is a further improvement made to the third embodiment to add the structure that compensates for noise generated by a monitor system.  To avoid the redundant descrip-tion, like or same reference numerals are given to those components in FIG. 8 which are the same as the corresponding components in FIG. 6.

To begin with, the principle of a method of compensating for noise generated by a monitor system will be explained using some equations.  It is assumed in the following description that the probability density functions of the noise of the monitor system and the mark level and space level of an input signal are Gaussian functions.

The probability density function f(x) at the discrimination timing of the input signal is expressed by the following equation.

$$f(x) = \frac{M}{\sigma_1 \cdot \sqrt{2\pi}} \cdot \exp\left\{-\frac{(x-\mu_1)^2}{2\sigma_1^2}\right\} + \frac{M-1}{\sigma_0 \cdot \sqrt{2\pi}} \cdot \exp\left\{-\frac{(x-\mu_0)^2}{2\sigma_0^2}\right\}$$

where M is the mark ratio, $\mu_1$ and $\mu_0$ are the average values of the mark level and space level respectively and $\sigma_1^2$ and $\sigma_0^2$ are the dispersion values of the mark

- 27 -

level and space level respectively.

The probability density function f'(x) that is acquired by using this invention includes noise of the monitor system.  Due to the influence of the noise

5    generated by the monitor system, the average values of the mark level and space level do not change but the dispersion value becomes the sum of the dispersion value of the original signal and the dispersion value of the noise of the monitor system, so that f'(x) is

10   given by the following equation.

$$f'(x) = \frac{M}{\sqrt{(\sigma_1{}^2 + \sigma_n{}^2)} \cdot \sqrt{2\pi}} \cdot \exp\left\{-\frac{(x - \mu_1)2}{2(\sigma_1{}^2 + \sigma_n{}^2)}\right\}$$
$$+ \frac{M - 1}{\sqrt{\sigma_0{}^2 + \sigma_n{}^2} \cdot \sqrt{2\pi}} \cdot \exp\left\{-\frac{(x - \mu_0)2}{2(\sigma_0{}^2 + \sigma_n{}^2)}\right\}$$

where $\sigma_n{}^2$ is the dispersion value of the noise of the monitor system.

15   From the above equation, the dispersion of the original signal can be acquired by obtaining, in advance, the dispersion of the noise of the monitor system with no input made and obtaining the difference between this dispersion and the dispersion that is

20   acquired from the probability density function which is obtained when a signal input is made.

This embodiment will now be discussed specifically referring to FIG. 8.  In FIG. 8, an optical switch (SW) 22 selectively provides an output port $P_3$ with one of

25   signals input to input ports $P_1$ and $P_2$.  While an

- 28 -

optical signal or a signal to be monitored is input to the input port $P_1$, no input is made to the input port $P_2$. This optical switch 22 is actuated by an optical-switch driving circuit 23. A control circuit 24,

5    like the discrimination-point control circuit 18 of the third embodiment shown in FIG. 6, scans the discrimination phase and the discrimination voltage with respect to the variable phase shifter 16 and the discrimination-voltage generator 17. The control

10   circuit 24 further controls the switching of the optical switch 22 via the optical-switch driving circuit 23 and informs a data processing circuit 25 of information about the switching of the optical switch 22 and information about the discrimination point.

15       A description will now be given of control procedures of the control circuit 24 and the contents of data processing in each control step.

First, the optical switch 22 is switched to the $P_2$ side to scan the discrimination voltage. The data

20   processing circuit 25 acquires a distribution function and probability density function from the average values of the mark and space levels. At this time, scanning of a variable phase shifter 16 is not carried out because the noise of the monitor system does

25   not depend on the discrimination timing. The data processing circuit 25 computes the dispersion of the noise generated by the monitor system from the

- 29 -

acquired probability density function and records the dispersion.

Next, the optical switch 22 is switched to the $P_1$ side to scan both the discrimination voltage and

5   discrimination phase.  At this time, the data processing circuit 25 acquires a distribution function and probability density function at a predetermined timing of the input signal and acquires the average value and dispersion value of the mark and space of the

10  input signal from the acquired probability density function.  Then, the true dispersion of the input signal is computed by calculating the difference between the acquired dispersion value and the dispersion value of the noise of the monitor system

15  that has been obtained in advance.  A quality parameter such as a Q value or an eye opening is computed from those obtained average value and dispersion value.

As the structure of this embodiment can compensate for noise of the monitor system, therefore, it can

20  monitor the quality of the input signal more precisely. (Sixth Embodiment)

FIG. 9 is a block diagram showing the structure of the sixth embodiment of the quality monitoring method to which this invention is adapted.  This embodiment is

25  the fourth embodiment to which the same improvement as given to the fifth embodiment is made to add the structure that compensates for noise generated by

- 30 -

a monitor system.  To avoid the redundant description, like or same reference numerals are given to those components in FIG. 9 which are the same as the corresponding components in FIGS. 7 and 8.

5        A description will now be given of control procedures of the control circuit 24 in FIG. 9 and the contents of data processing in each control step.

First, the optical switch 22 is switched to the $P_2$ side to scan the discrimination voltage.  A data

10      processing circuit 26 acquires a distribution function and probability density function from the results of the time-differentiation of the average values of the mark and space levels.  At this time, scanning of a variable phase shifter 16 is not carried out because

15      the noise of the monitor system does not depend on the discrimination timing.  The data processing circuit 26 computes the dispersion of the noise generated by the monitor system from the acquired probability density function and records the dispersion.

20      Next, the optical switch 22 is switched to the $P_1$ side to scan both the discrimination voltage and discrimination phase.  At this time, the data processing circuit 26 acquires a probability density function at a predetermined timing of the input signal

25      and acquires the average value and dispersion value of the mark and space of the input signal from the acquired probability density function.  Then, the true

- 31 -

dispersion of the input signal is computed by calculating the difference between the acquired dispersion value and the dispersion value of the noise of the monitor system that has been obtained in

5   advance.  A quality parameter such as a Q value or an eye opening is computed from those obtained average value and dispersion value.

As the structure of this embodiment can compensate for noise of the monitor system, therefore, it can

10   monitor the quality of the input signal more precisely. (Application Examples)

Because the monitor circuits of this invention based on the above-described embodiments can ensure highly-accurate monitoring with a simple structure,

15   they when used in the following apparatuses can demonstrate the effects.

FIG. 10 is a block diagram illustrating the structure of a regular-system/reserved-system switching apparatus to which the quality monitoring method

20   according to this invention is adapted.  In FIG. 10, signal light which is transmitted through a regular-system optical fiber 101 or a reserved-system optical fiber 102 is selectively sent to an output optical fiber 104 by an optical switch 103.  An optical coupler

25   105 is connected to this output optical fiber 104, so that the transmitted light is branched to be input to a quality monitoring circuit 106 according to this

BNSDOCID: <GB___2352970A_I >

- 32 -

invention.  This quality monitoring circuit 106, which can take the structure of each of the above-described embodiments, obtains a quality parameter such as a Q value.  A switching control circuit 107 controls the

5   actuation of the optical switch 103.  The switching control circuit 107 normally sets the optical switch 103 to the regular system side but sets the optical switch 103 to the reserved system side when the quality parameter obtained by the quality monitoring circuit

10   106 is lower than a specified value.

This structure does not require demodulation of signal light in the quality monitoring circuit 106, so that when this switching apparatus is incorporated into, for example, a relay apparatus, every stage can

15   be constructed by an optical device.

FIG. 11 is a block diagram illustrating another structure of the regular-system/reserved-system switching apparatus to which the quality monitoring method according to this invention is adapted.  To

20   avoid the redundant description, like or same reference numerals are given to those components in FIG. 11 which are the same as the corresponding components in FIG. 10.

In the regular-system/reserved-system switching

25   apparatus shown in FIG. 11, optical couplers 105a and 105b are respectively connected to the regular-system optical fiber 101 and the reserved-system optical fiber

- 33 -

102, transmission lights of the regular system and the reserved system, which are branched by the respective optical couplers 105a and 105b are respectively sent to quality monitoring circuits 106a and 106b to acquire

5    quality parameters such as Q values.  The quality parameters obtained by the quality monitoring circuits 106a and 106b are sent to the switching control circuit 107 which controls the switching of the optical switch 103 in accordance with the quality results.

10    This structure, like the apparatus shown in FIG. 10, requires no demodulation of signal light in the quality monitoring circuits 106a and 106b, so that when this switching apparatus is incorporated into, for example, a relay apparatus, every stage can

15    be constructed by an optical device.  Further, while the apparatus shown in FIG. 10 takes a feedback control structure, the apparatus shown in FIG. 11 takes a feed-forward control structure and can therefore enhance the response characteristic of the switching control.

20    FIG. 12 is a block diagram depicting the structure of a transmission quality monitoring apparatus in a WDM network to which the quality monitoring method according to this invention is adapted.  In FIG. 12, multi-wavelength signal light (the number of wavelength

25    channels is n) having a different transmission speed, transmission frame format and modulation system for each wavelength channel is transmitted over an optical

- 34 -

fiber 111, the main line.

A transmission quality monitoring apparatus is constructed as follows with respect to this optical fiber 111.  An optical coupler 112 is connected to

5    the optical fiber 111 at a predetermined location to branch traveling multi-wavelength signal light and the branched signal light is demultiplexed for the individual wavelength channels by an optical demultiplexer 113.  The individual demultiplexed

10   outputs are sent to quality monitoring circuits 1141 to 114n according to this invention which are provided in association with the demultiplexed outputs and which individually acquire quality parameters. An abnormality detector 115 compares the quality

15   parameters obtained by the quality monitoring circuits 1141-114n with a specific value, and generates an abnormality detection signal to inform a supervisor of an abnormal quality or instructs the switching of the abnormal system to a reserved system if any, when there

20   is a wavelength channel whose quality parameter is smaller than the specific value.

With the above-described structure, the structure of the quality monitoring circuit is very simple as compared with that of the prior art and can be made

25   compact.  Even if a large number of quality monitoring circuits are needed in association of multiple wavelength channels, therefore, the overall scale of

- 35 -

the apparatus can be made smaller. Further, as the individual quality monitoring circuits are not affected by the transmission speed, the transmission frame format and the modulation system, they can take the

5    same structure, so that cost reduction can be expected through mass-production.

FIG. 13 is a block diagram depicting another structure of the transmission quality monitoring apparatus in a WDM network to which the quality

10   monitoring method according to this invention is adapted. To avoid the redundant description, like or same reference numerals are given to those components in FIG. 13 which are the same as the corresponding components in FIG. 12.

15   In the transmission quality monitoring apparatus shown in FIG. 13, transmitted lights $\lambda_1$ to $\lambda_n$ branched for the individual wavelength channels by the optical demultiplexer 113 are selectively scanned in order by an optical switch 116, quality parameters are

20   sequentially acquired for the selected outputs by a single quality monitoring circuit 114 and the abnormality detector 115 monitors the quality of the transmitted light of each wavelength channel.

This structure can allow a single quality

25   monitoring circuit to cope with all the wavelength channels and can thus require fewer constituting circuits than the apparatus shown in FIG. 12.

BNSDOCID: <GB___2352597A__I_>

- 36 -

FIG. 14 is a block diagram showing the structure of an optical receiving apparatus to which the quality monitoring method according to this invention is adapted. In FIG. 14, an input optical signal is

5  a binary digital optical signal which is converted to an electrical signal by an optical/electrical (O/E) converter 121. This electrical signal is supplied to a discrimination circuit 122 and at the same time to a clock extraction circuit 123 to extract a clock signal.

10  This clock signal is phase-adjusted by a phase shifter 124 and the resultant signal is supplied to the discrimination circuit 122. This discrimination circuit 122 demodulates a data signal by discriminating the value of the input digital signal at the timing of

15  the clock signal, and uses the discrimination voltage from a discrimination-voltage generator 125 in the discrimination process.

The output of the optical/electrical converter 121 is also supplied to a discrimination circuit A1 of a

20  quality monitoring circuit 12A. This discrimination circuit A1 discriminates a mark level and space level of the output of the converter 121 by using, as the discrimination level, the discrimination voltage that is generated by a discrimination-voltage generator A2.

25  The results of discriminating the mark level and space level are averaged by an average value detector A3, and digitized by an A/D converter A4. The digital values

- 37 -

are then supplied to a data processing circuit A5.

This data processing circuit A5 receives the output of the average value detector A3, acquires the characteristic of the average value with respect to the
5    discrimination voltage value, and computes a signal quality parameter such as a Q value.  A control section A6 performs variable control of the voltage generated by the discrimination-voltage generator A2 in a stepwise manner, receives quality parameters for the
10   respective discrimination voltages from the data processing circuit A5, acquires the discrimination voltage value that provides the optimal quality parameter, and sets the voltage generated by the discrimination-voltage generator 125 of the
15   demodulation system to that voltage value.

The above-described structure can automatically set the voltage value for discriminating data to the optimal level in accordance with the quality of the input signal.

20   FIG. 15 is a block diagram showing another structure of the optical receiving apparatus to which the quality monitoring method according to this invention is adapted.  Like or same reference numerals are given to those components in FIG. 15 which are
25   the same as the corresponding components in FIG. 14. In FIG. 15, an input optical signal is a binary digital optical signal which is converted to an electrical

- 38 -

signal by the optical/electrical converter 121.   This
electrical signal is supplied to the discrimination
circuit 122 and at the same time to the clock
extraction circuit 123 to extract a clock signal.

5    This clock signal is phase-adjusted by a variable phase
shifter 126 and the resultant signal is supplied to
the discrimination circuit 122.   This discrimination
circuit 122 demodulates a data signal by discriminating
the value of the input digital signal at the timing of

10   the clock signal, and uses the discrimination voltage
from a discrimination-voltage generator 125 in the
discrimination process.

The output of the optical/electrical converter 121
is also supplied to a discrimination circuit B1 of

15   a quality monitoring circuit 12B.   The clock signal
extracted by the clock extraction circuit 123 is
supplied to a variable phase shifter B3 of a quality
monitoring circuit 12B.   This variable phase shifter B3
shifts the phase of the input clock signal by an amount

20   specified by a control section B7, and sends its output
to the discrimination circuit B1.   A discrimination-
voltage generator B2 generates a discrimination voltage
which varies in a stepwise manner, under the control of
the control section B7.

25   The control section B7 controls the discrimination
point by controlling the variable phase shifter 16 and
the discrimination-voltage generator 17 and informs

- 39 -

a data processing circuit B6 of information about the discrimination point.  The discrimination circuit B1 discriminates a mark or space of the input digital signal based on the discrimination voltage at the

5   rising of the input clock signal.  The discriminated mark level and space level are averaged by an average value detector B4, and converted to digital signals by an A/D converter B5.  The digital signals are then supplied to the data processing circuit B6.  This data

10   processing circuit B6 computes a signal quality parameter such as a Q value by performing a computation on the average value of the digitized discrimination result based on information of the discrimination point.

15       A control section B7 performs variable control of the voltage generated by the discrimination-voltage generator B2 in a stepwise manner, scans the phase amount of the variable phase shifter B3, receives quality parameters for the respective discrimination

20   voltages from the data processing circuit B6, acquires the discrimination voltage value and phase amount that provide the optimal quality parameter, and sets the voltage generated by the discrimination-voltage generator 125 of the demodulation system and the phase

25   amount of the variable phase shifter 126 to the acquired voltage value and phase amount.

       The above-described structure can automatically

– 40 –

set the voltage value and phase amount for discriminat-
ing data to the optimal level in accordance with the
quality of the input signal.

Although the above-described embodiments and
5   application examples have been described with reference
to the case of an optical transmission line, this
invention can also be adapted to a metal transmission
line.  Although the above-described embodiments and
application examples have been described with reference
10  to the case where the input digital signal is a binary
signal, this invention is not limited to this
particular case.  For an n-value digital signal which
has three or more values, for example, the same
advantages can be acquired by setting the number of
15  threshold values to (n – 1) and performing the
processing for each of the threshold values.

In short, this invention can provide a digital-
signal quality monitoring method which is capable of
monitoring the quality of received digital signals
20  easily and accurately, and a communications apparatus
which uses this method.

Additional advantages and modifications will
readily occur to those skilled in the art.  Therefore,
the invention in its broader aspects is not limited to
25  the specific details and representative embodiments
shown and described herein.  Accordingly, various
modifications may be made without departing from the

—  41  —

spirit or scope of the general inventive concept as defined by the appended claims and their equivalents.

BNSDOCID: <GB___2352597A__I >

—  42  —

## WHAT IS CLAIMED IS:

1.  A digital-signal quality monitoring method comprising the steps of:

scanning a discrimination level while discriminating a value of an input n-value digital signal (n being a natural number equal to or larger than 2) by comparing that value with said discrimination level;

detecting an average value of said discriminated signal; and

computing a quality parameter from said average value.

2.  A digital-signal quality monitoring method comprising the steps of:

scanning a discrimination level and discrimination timings while discriminating a value of an input n-value digital signal (n being a natural number equal to or larger than 2) by comparing that value with said discrimination level;

detecting an average value of said discriminated signal; and

computing a quality parameter from said average value.

3.  The digital-signal quality monitoring method according to claim 1, wherein a probability density function along an amplitude axis of said input signal is acquired by differentiating said average value of said discriminated signal with respect to said

- 43 -

discrimination levels and said quality parameter is computed from said probability density function.

4.  The digital-signal quality monitoring method according to claim 2, wherein a probability density
5   function along an amplitude axis of said input signal at individual discrimination timing is acquired by differentiating said average value of said discriminated signal with respect to said discrimination levels and said quality parameter is computed from said
10  probability density function.

5.  The digital-signal quality monitoring method according to claim 1, wherein a probability density function along an amplitude axis of said input signal is acquired by scanning said discrimination levels in
15  such a way as to be proportional to time and differentiating said average value of said discriminated signal with respect to time and said quality parameter is computed from said probability density function.

6.  The digital-signal quality monitoring method
20  according to claim 2, wherein a probability density function along an amplitude axis of said input signal at individual discrimination timing is acquired by scanning said discrimination levels in such a way as to be proportional to time and differentiating said
25  average value of said discriminated signal with respect to time and said quality parameter is computed from said probability density function.

- 44 -

7.  The digital-signal quality monitoring method according to any one of claims 3 to 6, wherein a probability density function along an amplitude axis with no input made has been acquired in advance, and

5    said probability density function acquired at a time a signal is input is corrected based on that former probability density function.

8.  The digital-signal quality monitoring method according to any one of claims 3 to 6, wherein an n

10    number of average values and n number of dispersion values of said discriminated signal are acquired from said probability density function and said quality parameter is computed from said probability density function.

15    9.  The digital-signal quality monitoring method according to any one of claims 4 to 6, wherein an eye opening is computed from said probability density function along said amplitude axis of said input signal at individual discrimination levels.

20    10.  A regular-system/reserved-system switching apparatus comprising:

switching means for selectively outputting an n-value digital signal (n being a natural number equal to or larger than 2) of a regular system or an n-value

25    digital signal of a reserved system;

quality monitoring means for said n-value digital signal output by said switching means and acquiring

—  45  —

a quality parameter;

switching control means for controlling a switching action of said switching means based on said quality parameter obtained by said quality monitoring means,

5

whereby said quality monitoring means scans a discrimination level while discriminating a value of said n-value digital signal by comparing that value with said discrimination level, detects an average value of said discriminated signal and computes a quality parameter of said n-value digital signal from said average value.

10

11.  A regular-system/reserved-system switching apparatus comprising:

quality monitoring means for monitoring n-value (n being a natural number equal to or larger than 2) digital signals of both a regular system and a reserved system and acquiring quality parameters;

15

switching means for selectively outputting said n-value digital signal of said regular system or said n-value digital signal of said reserved system; and

20

switching control means for controlling a switching action of said switching means based on said quality parameters of said regular system and said reserved system obtained by said quality monitoring means,

25

whereby said quality monitoring means scans

- 46 -

a discrimination level while discriminating values of said n-value digital signals of both said regular system and said reserved system by comparing those values with said discrimination level, detects average

5    values of said discriminated signals and computes quality parameters of said n-value digital signals of both said regular system and said reserved system from said average values.

12. The regular-system/reserved-system switching

10   apparatus according to claims 10 and 11, wherein said quality monitoring means scans said discrimination levels and also discrimination timings.

13. A transmission quality monitoring apparatus for monitoring transmission qualities of n-value

15   digital signals (n being a natural number equal to or larger than 2) in a plurality of wavelength channels, which are optically transmitted over an optical transmission line of a wavelength division multiplexing network, comprising:

20       optical branching means for branching a part of transmitted light from said optical transmission line of said wavelength division multiplexing network;

digital signal extracting means for extracting digital signals of said plurality of wavelength

25   channels from said transmitted light branched by said optical branching means;

quality monitoring means for receiving said

—  47  —

digital signals of said plurality of wavelength channels extracted by said digital signal extracting means and acquiring quality parameters of said digital signals; and

5      check means for checking if there is an abnormality for each of said wavelength channels from said quality parameters obtained by said quality monitoring means and generating an abnormality detection signal upon detection of said abnormality,

10      whereby said quality monitoring means scans a discrimination level while discriminating values of said n-value digital signals of said wavelength channels by comparing those values with said discrimination level, detects average values of said

15   discriminated signals and computes quality parameters for said wavelength channels from said average values.

14.  A transmission quality monitoring apparatus for monitoring transmission qualities of n-value digital signals (n being a natural number equal to or

20   larger than 2) in a plurality of wavelength channels, which are optically transmitted over an optical transmission line of a wavelength division multiplexing network, comprising:

optical branching means for branching a part of

25   transmitted light from said optical transmission line of said wavelength division multiplexing network;

digital signal extracting means for extracting

- 48 -

digital signals of said plurality of wavelength channels from said transmitted light branched by said optical branching means;

signal selecting means for selectively outputting
5 an arbitrary one of said digital signals of said plurality of wavelength channels extracted by said digital signal extracting means;

quality monitoring means for receiving said digital signal selected by said signal selecting means
10 and acquiring a quality parameter of said digital signal; and

check means for checking if there is an abnormality in said selected digital signal from said quality parameter obtained by said quality monitoring
15 means and generating an abnormality detection signal upon detection of said abnormality,

whereby said quality monitoring means scans a discrimination level while discriminating a value of said digital signal selected by said signal selecting
20 means by comparing that value with said discrimination level, detects an average value of said discriminated signal and computes a quality parameter for each of said wavelength channels from said average value.

15.   The transmission quality monitoring apparatus
25 according to claim 13 or 14, wherein said quality monitoring means scans said discrimination levels and also discrimination timings.

- 49 -

16.  A receiving apparatus for demodulating a data
signal by comparing an input n-value digital signal
(n being a natural number equal to or larger than 2)
with (n - 1) threshold values, comprising:

5        quality monitoring means for scanning
discrimination levels while discriminating a value of
said input digital signal by comparing that value with
said discrimination levels, detecting an average value
of said discriminated signal, and computing a quality
10    parameter from said average value; and
threshold value control means for detecting
(n - 1) discrimination levels that optimize said
quality parameter acquired by said quality monitoring
means and using said (n - 1) discrimination levels as
15    said (n - 1) threshold values.

17.  A receiving apparatus for demodulating a data
signal by comparing an input n-value digital signal
(n being a natural number equal to or larger than 2)
with (n - 1) threshold values, comprising:

20        quality monitoring means for scanning
discrimination levels and discrimination timings while
discriminating a value of said input digital signal by
comparing that value with said discrimination levels,
detecting an average value of said discriminated
25    signal, and computing a quality parameter from said
average value; and
threshold value control means for detecting

BNSDOCID: <GB___2352597A__I_>

- 50 -

(n - 1) discrimination levels that optimize said quality parameter acquired by said quality monitoring means and using said (n - 1) discrimination levels as said (n - 1) threshold values.

5        18.   A digital-signal quality monitoring method and communications apparatus using this method, substantially as hereinbefore described with reference to the accompanying drawings.



| Europäisches Patentamt | European Patent Office | Office eur péen des brevets |
|---|---|---|

# Bescheinigung          Certificate          Attestation

| Die angehefteten Unterlagen stimmen mit der ursprünglich eingereichten Fassung der auf dem nächsten Blatt bezeichneten europäischen Patentanmeldung überein. | The attached documents are exact copies of the European patent application described on the following page, as originally filed. | Les documents fixés à cette attestation sont conformes à la version initialement déposée de la demande de brevet européen spécifiée à la page suivante. |
|---|---|---|

**Patentanmeldung Nr.      Patent application No.   Demande de brevet n°**

01440248.1

Der Präsident des Europäischen Patentamts;
Im Auftrag

For the President of the European Patent Office

Le Président de l'Office européen des brevets
p.o.

I.L.C. HATTEN-HECKMAN

DEN HAAG,DEN
THE HAGUE,        22/10/01
LA HAYE,LE

EPA/EPO/OEB Form   1014   - 02.91

THIS PAGE BLANK (USPTO)



**Eur päisches
Patentamt**

**Eur pean
Patent Office**

**Office européen
des brevets**

## Blatt 2 der Bescheinigung
## Sheet 2 of the certificate
## Page 2 de l'attestation

Anmeldung Nr.:
Application no.:    **01440248.1**
Demande n°:

Anmeldetag:
Date of filing:    **01/08/01**
Date de dépôt:

Anmelder:
Applicant(s):
Demandeur(s):

ALCATEL

75008 Paris

FRANCE

Bezeichnung der Erfindung:
Title of the invention:
Titre de l'invention:

Eye monitor

In Anspruch genommene Prioriät(en) / Priority(ies) claimed / Priorité(s) revendiquée(s)

| Staat: | Tag: | Aktenzeichen: |
| --- | --- | --- |
| State: | Date: | File no. |
| Pays: | Date: | Numéro de dépôt: |

Internationale Patentklassifikation:
International Patent classification:
Classification internationale des brevets:

/

Am Anmeldetag benannte Vertragsstaaten:
Contracting states designated at date of filing: AT/BE/CH/CY/DE/DK/ES/FI/FR/GB/GR/IE/IT/LI/LU/MC/NL/PT/SE/TR
Etats contractants désignés lors du dépôt:

Bemerkungen:
Remarks:
Remarques:

THIS PAGE BLANK (USPTO)

F:\IJBDHF\DHFANM\0138102


Applicant:
ALCATEL
54, rue La Boétie

F - 75008 Paris


                        0138 102                    24.07.2001
                                                    sch / neg


Title:    Eye Monitor


                        **Specification**



The invention relates to an eye monitor for evaluating a
binary input signal of a transmission link and for
recognizing the edges of an eye diagram of the input
signal. The invention also relates to a corresponding
receiver and to a corresponding method.


Such an eye monitor is known from H. Buelow et al.,
"Adaption of an electronic PMD mitigator by maximization of
the eye opening", 26th European Conference on Optical
Communication, September 3-7, 2000, Munich, Germany,
Proceedings, Volume 3, pages 209-210.

Printed:22-10-2001    DESC    01440248

2

Figure 1 shows a schematic block diagram of an eye monitor
10 as described in the above prior art document. The eye
monitor 10 may be comprised in a receiver of an optical
transmission system. The eye monitor 10 receives a binary
input signal Uin of a transmission link comprising noise.
Due to the noise, the received bits of the input signal Uin
may be incorrect which is usually described with the help
of a so-called eye diagram.

Figure 2 shows a schematic eye diagram as described in the
above prior art document. In figure 2, the input signal Uin
is depicted over the time t. In the upper part of figure 2,
the input signal Uin is a binary "1" and in the lower part,
the input signal Uin is a binary "0". Figure 2 also shows a
threshold Uthr. If this threshold Uthr is about in the
middle of the eye diagram, then it may be used to decide
whether the input signal Uin is a binary "1" or a binary
"0".

According to figure 1, the input signal Uin is forwarded to
a first decision circuit 11 which is provided with an
optimum threshold Uopt. This optimum threshold Uopt is
located about in the middle of the eye diagram as described
above. The first decision circuit 11 is therefore used to
recover the received bits of the input signal Uin by
deciding whether a binary "1" or a binary "0" was received.

2    01-08-2001

3

These recovered bits are provided by the first decision circuit 11 as an output signal Uout.

According to figure 1, the input signal Uin is also forwarded to a second decision ciruit 12 which is provided with a variable threshold Uvar. If the variable threshold Uvar is about in the middle of the eye diagram, then the decision of the second decision circuit 12 is probably correct. The varibale threshold Uvar is permanently increased and decreased. If the variable threshold is at one of the edges of the eye diagram, then the decisions of the second decision circuit 12 probably become incorrect. All decisions of the second decision circuit 12 are provided as an output signal Uincorr.

According to figure 1, the output signal Uout of the first decision circuit 11 and the output signal Uincorr of the second decision circuit 12 are provided to an EXOR circuit 13. If both output signal Uout and Uincorr are identical, then the output signal of the EXOR circuit 13 is "0". However, in any other case, i.e. if the two output signals Uout and Uincorr are not identical, the output signal of the EXOR circuit 13 is "1".

According to figure 1, this output signal of the EXOR circuit 13 is integrated by an integrator 14 which provides

01-08-2001

Printed:22-10-2001        DESC        01440248

4

an output signal Ueye.

As the output signal Uincorr of the second decision circuit
12 probably becomes incorrect at the edges of the eye
diagram, the output signal or the EXOR circuit 13 probably
becomes "1" at these edges. This has the consequence that
the output signal Ueye of the integrator 14 increases at
the edges of the eye diagram. Due to this change of the
output signal Ueye, it is possible to recognize and
characterize the edges of the eye diagram and to calculate
a so-called eye opening.

It has to be added that the two decision circuits 11, 12
are provided with a clocking signal C which corresponds to
the bit rate of the input signal Uin, wherein the eye
monitor 10 as described above and as disclosed in the cited
prior art document works with a bit rate of up to 10
Gbit/s.

The described eye monitor of figure 1 has the disadvantage
that the EXOR circuit 13 is not able to follow bit rates
above 10 Gbit/s. As a consequence, the eye monitor 10
cannot be used for a bit rate of e.g. 40 Gbit/s.

It is an object of the invention to provide an eye monitor
which allows to recognize and characterize the edges of the



01-08-2001

5

eye diagram at bit rates which are greater than 10 Gbit/s, e.g. at a bit rate of 40 Gbit/s.

According to the invention, this object is solved by an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, comprising a decision circuit which is directly connected to an integrator, wherein the input signal and a variable threshold are provided to the decision circuit and wherein an output signal of the integrator is used to recognize the edges of the eye diagram.

The eye monitor of the invention does not comprise an EXOR circuit. Any bit rate restriction due to the EXOR circuit is therefore overcome. As a result, the eye monitor of the invention has the advantage that it can be used for bit rates which are greater than 10 Gbit/s, e.g. at a bit rate of 40 Gbit/s. This advantage is reached without any further electrical circuits or the like.

In an advantageous embodiment of the invention, the output signal provides at least one second value if the variable threshold is in an upper and/or a lower part of the eye diagram. This second value may then be used to characterize the eye diagram of the input signal and in particular the

Printed:22-10-2001        DESC        01440243

6

edges of the eye diagram. In a further particular
embodiment, an eye opening is evaluated based on the second
value.

Further embodiments as well as further advantages of the
invention are outlined in the following description of the
following figures

Figure 3 shows a schematic block diagram of an embodiment
of an eye monitor according to the invention, and figure 4
shows a schematic diagram of an output signal provided by
the eye monitor of figure 3.

Figure 3 shows an eye monitor 30 according to the
invention. The eye monitor 30 is similar to the eye monitor
10 of figure 1. Therefore, corresponding circuits and
signals have the same reference numerals and abbreviations
in both figures.

The difference between the eye monitor 30 of figure 3 and
the eye monitor 10 of figure 1 is the fact that the eye
montor 30 of figure 3 does not comprise the EXOR circuit 13
of the eye monitor 10 of figure 1. Instead, the second
decision circuit 12 is directly connected to the integrator
14 so that the output signal Uincorr of the second decision
circuit 12 is directly forwarded into the integrator 14.

Printed:22-10-2001

DESC

01440248

7

The integrator 14 then integrates this output signal
Uincorr and provides an output signal Ueyenew as shown in
figure 4.

As described, the varibale threshold Uvar is permanently
increased and decreased.

If the varibale threshold Uvar is about in the middle of
the eye diagram, then the output signal Uincorr is probably
correct. Based on the assumption that the number of binary
"1"-s and binary "0"-s of the succeeding bits of the input
signal Uin is almost the same, the integrator 14 provides
an output signal Ueyenew which as about Zero. This value is
depicted with reference numeral 31 in figure 4.

If the variable threshold value Uvar is e.g. in the upper
part of the eye diagram, then it is probable that the
second decision signal 12 decides a bit of the input signal
Uin to be a binary "0" whereas it is actually a binary "1".
As a consequence, the number of bits which are decided to
be "0"-s becomes greater than the number of decided "1"-s.
This results in an increase of the output signal Ueyenew of
the integrator 14. This increase is depicted with reference
numeral 32 in figure 4.

If the variable threshold value Uvar is in the lower part

01-08-2001

8

of the eye diagram, then the situation changes into the
opposite. This leads to a decrease of the output signal
Ueyenew which is depicted with reference numeral 33 in
figure 4.

According to figure 4, two threshold values Ut1 and Ut2 are
provided which are symmetrical to Zero. From the
crosspoints of the output signal Ueyenew with these
threshold values Ut1, Ut2, an eye opening EO may be
evaluated. This eye opening characterizes the eye diagram
of the input signal Uin and in particular the edges of this
eye diagram.

If the quality of the transmission becomes worse, then the
eye diagram of the input signal Uin becomes smaller in the
sense of a smaller distance between the upper and the lower
edge of the eye diagram. This becomes apparent in the
output signal Ueyenew of the eye monitor 30 of figure 3 in
that the output signal Ueyenew becomes more flat and the
eye opening EO becomes smaller.

However, if the quality of the transmission is very good,
then the output signal Ueyenew becomes more sharp in the
sense of a binary course with the consequence that the eye
opening EO becomes greater.

9

## Claims

1. Eye monitor (3) for evaluating a binary input signal (Uin) of a transmission link and for recognizing the edges of an eye diagram of the input signal (Uin), comprising a decision circuit (12) which is directly connected to an integrator (14), wherein the input signal (Uin) and a variable threshold (Uvar) are provided to the decision circuit (12) and wherein an output signal (Ueyenew) of the integrator (14) is used to recognize the edges of the eye diagram.

2. Eye monitor (30) of claim 1 wherein the output signal (Ueyenew) provides a first value (31) if the variable threshold (Uvar) is about in the middle of the eye diagram.

3. Eye monitor (30) of claim 1 wherein the output signal (Ueyenew) provides at least one second value (32, 33) if the variable threshold (Uvar) is in an upper and/or a lower part of the eye diagram.

4. Eye monitor (30) of claim 3 wherein the second value (32, 33) is used to characterize the eye diagram of the input signal (Uin) and in particular the edges of the eye diagram.

Case 1:20-cv-01228-CFC-JLH  Document 113-5  Filed 01/27/22  Page 93 of 114 PageID #:

10

5. Eye monitor (30) of claim 4 wherein an eye opening (EO) is evaluated based on the second value (32, 33).

6. Receiver of a transmission system comprising an eye monitor (3) for evaluating a binary input signal (Uin) of a transmission link and for recognizing the edges of an eye diagram of the input signal (Uin), the eye monitor (30) comprising a decision circuit (12) which is directly connected to an integrator (14), wherein the input signal (Uin) and a variable threshold (Uvar) are provided to the decision circuit (12) and wherein an output signal (Ueyenew) of the integrator (14) is used to recognize the edges of the eye diagram.

7. Method of evaluating a binary input signal (Uin) of a transmission link and of recognizing the edges of an eye diagram of the input signal (Uin), wherein a decision circuit (12) is directly connected to an integrator (14), and comprising the steps of providing the input signal (Uin) and a variable threshold (Uvar) to the decision circuit (12) and using an output signal (Ueyenew) of the integrator (14) to recognize the edges of the eye diagram.

Printed:22-10-2001   ABST   01440248

11

## Abstract

An eye monitor (3) for evaluating a binary input signal
(Uin) of a transmission link and for recognizing the edges
of an eye diagram of the input signal (Uin) is described. A
decision circuit (12) is provided which is directly
connected to an integrator (14). The input signal (Uin) and
a variable threshold (Uvar) are provided to the decision
circuit (12). An output signal (Ueyenew) of the integrator
(14) is used to recognize the edges of the eye diagram.

(Figure 3)

THIS PAGE BLANK (USPTO)



fig. 1



fig. 3

Printed:22-10-2001   DRAW   01440248



fig. 2



fig. 4

01-08-2001



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

23373      7590      05/06/2004

SUGHRUE MION, PLLC
2100 PENNSYLVANIA AVENUE, N.W.
SUITE 800
WASHINGTON, DC 20037

| EXAMINER |
| --- |
| NOLAN JR, CHARLES H |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2854 | |

DATE MAILED: 05/06/2004

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 10/192,549 | 07/11/2002 | Wolfgang Baumert | Q70921 | 7872 |

TITLE OF INVENTION: EYE MONITOR

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- |
| nonprovisional | NO | $1330 | $300 | $1630 | 08/06/2004 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

❑ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 11/03) Approved for use through 04/30/2004.

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** **Mail**

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or** **Fax** (703) 746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

23373        7590        05/06/2004

SUGHRUE MION, PLLC
2100 PENNSYLVANIA AVENUE, N.W.
SUITE 800
WASHINGTON, DC 20037

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/192,549 | 07/11/2002 | Wolfgang Baumert | Q70921 | 7872 |

TITLE OF INVENTION: EYE MONITOR

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1330 | $300 | $1630 | 08/06/2004 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NOLAN JR, CHARLES H | 2854 | 324-076280 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent);    ❑ individual   ❑ corporation or other private group entity   ❑ government

4a. The following fee(s) are enclosed:
❑ Issue Fee
❑ Publication Fee
❑ Advance Order - # of Copies _____

4b. Payment of Fee(s):
❑ A check in the amount of the fee(s) is enclosed.
❑ Payment by credit card. Form PTO-2038 is attached.
❑ The Director is hereby authorized to charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

Director for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

_____ (Authorized Signature)                    _____ (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

 UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/192,549 | 07/11/2002 | Wolfgang Baumert | Q70921 | 7872 |

23373      7590      05/06/2004

SUGHRUE MION, PLLC
2100 PENNSYLVANIA AVENUE, N.W.
SUITE 800
WASHINGTON, DC 20037

| EXAMINER |
|---|
| NOLAN JR, CHARLES H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2854 | |

DATE MAILED: 05/06/2004

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 238 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 238 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (703) 305-1383. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

PTOL-85  (Rev. 11/03) Approved for use through 04/30/2004.

| *Notice of Allowability* | Application No. | Applicant(s) | |
|---|---|---|---|
| | 10/192,549 | BAUMERT, WOLFGANG | |
| | Examiner | Art Unit | |
| | Charles H Nolan, Jr. | 2854 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *application and IDS filed 7-11-02*.

2. ☒ The allowed claim(s) is/are *1-7*.

3. ☒ The drawings filed on *11 July 2002* are accepted by the Examiner.

4. ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☒ All   b) ☐ Some*   c) ☐ None  of the:

        1. ☒ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of

        Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date 7-11-02

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

Charles H Nolan, Jr.
Primary Examiner
Art Unit: 2854

Application/Control Number: 10/192,549                                    Page 2
Art Unit: 2854

## REASONS FOR ALLOWANCE

1.      The following is an examiner's statement of reasons for allowance: The total

combination of Claims 1,6-7 is not taught and/or rendered obvious by the prior art of

record when considering that the integrator is used to recognize the edge of the eye

diagram.

2.      The prior art of Nohara et al. (US 5,333,147), for example, teaches an integrator

60 on the front page diagram. However, the reference is silent about eye edge

recognition.

        Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

        Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Charles H Nolan, Jr. whose telephone number is 571-

272-2171.  The examiner can normally be reached on Monday through Thursday 8:00

AM to 6:30 PM.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Andrew Hirshfeld can be reached on 571-272-2168.  The fax phone number

for the organization where this application or proceeding is assigned is 703-872-9306.

Application/Control Number: 10/192,549                                    Page 3
Art Unit: 2854

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

Charles  H Nolan, Jr.
Primary Examiner
Art Unit 2854

CHN



PTO/SB/08 A & B (modified)

| Substitute for Form 1449 A & B/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | Application Number | ~~Not Assigned~~ 10/192549 |
| | | Confirmation Number | Not Assigned |
| | | Filing Date | July 11, 2002 |
| | | First Named Inventor | Wolfgang BAUMERT |
| | | Art Unit | ~~Not Assigned~~ 2854 |
| | | Examiner Name | ~~Not Assigned~~ NOLAN |
| Sheet | 1 | of | 1 | Attorney Docket Number | Q70921 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document |
|---|---|---|---|---|---|
| | | Number | Kind Code[2] *(if known)* | | |
| CN | | US 5,333,147 | A | 07-26-1994 | Nohara et al. |
| CN | | US 5,736,875 | A | 04-07-1998 | Sakamoto et al. |
| CN | | US 4,449,223 | A | 05-15-1984 | Liskov et al. |
| CN | | US 4,475,210 | A | 10-02-1984 | Couch |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document | | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Translation[6] |
|---|---|---|---|---|---|---|---|
| | | Country Code[3] | Number[4] | Kind Code[5] *(if known)* | | | |
| CN | | GB | 2 352 597 | A | 01-31-2001 | Kabushiki Kaisha Toshiba | Yes |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city, and/or country where published. | Translation[6] |
|---|---|---|---|
| CN | | BUCHALI F, ET AL.: "Fast Eye Monitor for 10Gbit/s and its Application for Optical PMD Compensation", OFC 2001, Optical Fiber Communication Conference and Exhibit Technical Digest Postconference Edition, March 17-22, 2001, Anaheim, CA, USA | Yes |
| CN | | ELLERMEYER T, ET AL.: "A 10Gb/s eye Opening Monitor IC for Decision-guided Optimization of the Frequency Response of an Optical Receiver" 2000 IEEE International Solid-State Circuits Conference. Digest Oftechnical Papers, February 7-9, 2000, pages 50-51, San Francisco | Yes |
| CN | | H. BULOW, ET AL.: "Adaptation of an Electronic PMD Mitigator by Maximization of the Eye Opening", 26th European Conference on Optical Communications, September 3-7, 2000, Munich, Germany, Proceedings, Volume 3, pages 209-210. | Yes |
| | | | |
| | | | |

| Examiner Signature | NOLAN | Date Considered | 4/20/04 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov, MPEP 901.04 or in the comment box of this document. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST. 3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to indicate here if English language Translation is attached.

| | | | | | |
|---|---|---|---|---|---|
| ***Notice of References Cited*** | | | Application/Control No.<br>10/192,549 | Applicant(s)/Patent Under Reexamination<br>BAUMERT, WOLFGANG | |
| | | | Examiner<br>Charles H Nolan, Jr. | Art Unit<br>2854 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,282,592 | 08-2001 | Aston et al. | 710/100 |
| * | B | US-2002/0060820 | 05-2002 | Buchali, Fred | 359/109 |
| * | C | US-4,847,874 | 07-1989 | Kroeger et al. | 375/360 |
| * | D | US-6,278,391 | 08-2001 | Walker, Brett Christopher | 341/118 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| * | N | EP 1282256 A1 | 02-2003 | European Patent | BAUMERT, WOLFGANG | H04L 01/20 |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                                   **Notice of References Cited**                    Part of Paper No. 050204

(19)

Europäisches Patentamt
European Patent Office
Office européen des brevets

(11)     EP 1 282 256 A1

(12)     EUROPEAN PATENT APPLICATION

(43) Date of publication:
     05.02.2003   Bulletin 2003/06

(51) Int Cl.⁷: H04L 1/20

(21) Application number: 01440248.1

(22) Date of filing: 01.08.2001

(84) Designated Contracting States:
     AT BE CH CY DE DK ES FI FR GB GR IE IT LI LU
     MC NL PT SE TR
     Designated Extension States:
     AL LT LV MK RO SI

(71) Applicant: ALCATEL
     75008 Paris (FR)

(72) Inventor: Baumert, Wolfgang
     71701 Schwieberdingen (DE)

(74) Representative: Schäfer, Wolfgang, Dipl.-Ing.
     Dreiss, Fuhlendorf, Steimle & Becker
     Postfach 10 37 62
     70032 Stuttgart (DE)

(54)     **Measurement of the eye-opening of a signal**

(57)     An eye monitor (3) for evaluating a binary input signal (Uin) of a transmission link and for recognizing the edges of a eye diagram of the input signal (Uin) is described. A decision circuit (12) is provided which is directly connected to an integrator (14). The input signal (Uin) and a variable threshold (Uvar) are provided to the decision circuit (12). An output signal (Ueyenew) of the integrator (14) is used to recognize the edges of the eye diagram.

## Fig. 3



EP 1 282 256 A1

05/02/2004, EAST Version: 1.4.1

1                              EP 1 282 256 A1                              2

**Description**

Specification

[0001]   The invention relates to an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal. The invention also relates to a corresponding receiver and to a corresponding method.

[0002]   Such an eye monitor is known from H. Buelow et al., "Adaption of an electronic PMD mitigator by maximization of the eye opening", 26th European Conference on Optical Communication, September 3-7, 2000, Munich, Germany, Proceedings, Volume 3, pages 209-210.

[0003]   Figure 1 shows a schematic block diagram of an eye monitor 10 as described in the above prior art document. The eye monitor 10 may be comprised in a receiver of an optical transmission system. The eye monitor 10 receives a binary input signal Uin of a transmission link comprising noise. Due to the noise, the received bits of the input signal Uin may be incorrect which is usually described with the help of a so-called eye diagram.

[0004]   Figure 2 shows a schematic eye diagram as described in the above prior art document. In figure 2, the input signal Uin is depicted over the time t. In the upper part of figure 2, the input signal Uin is a binary "1" and in the lower part, the input signal Uin is a binary "0". Figure 2 also shows a threshold Uthr. If this threshold Uthr is about in the middle of the eye diagram, then it may be used to decide whether the input signal Uin is a binary "1" or a binary "0".

[0005]   According to figure 1, the input signal Uin is forwarded to a first decision circuit 11 which is provided with an optimum threshold Uopt. This optimum threshold Uopt is located about in the middle of the eye diagram as described above. The first decision circuit 11 is therefore able to recover the received bits of the input signal Uin by deciding whether a binary "1" or a binary "0" was received.

[0006]   These recovered bits are provided by the first decision circuit 11 as an output signal Uout.

[0007]   According to figure 1, the input signal Uin is also forwarded to a second decision ciruit 12 which is provided with a variable threshold Uvar. If the variable threshold Uvar is about in the middle of the eye diagram, then the decision of the second decision circuit 12 is probably correct. The varibale threshold Uvar is permanently increased and decreased. If the variable threshold is at one of the edges of the eye diagram, then the decisions of the second decision circuit 12 probably become incorrect. All decisions of the second decision circuit 12 are provided as an output signal Uincorr.

[0008]   According to figure 1, the output signal Uout of the first decision circuit 11 and the output signal Uincorr of the second decision circuit 12 are provided to an EX-OR circuit 13. If both output signal Uout and Uincorr are identical, then the output signal of the EXOR circuit 13 is "0". However, in any other case, i.e. if the two output signals Uout and Uincorr are not identical, the output signal of the EXOR circuit 13 is "1".

[0009]   According to figure 1, this output signal of the EXOR circuit 13 is integrated by an integrator 14 which provides an output signal Ueye.

[0010]   As the output signal Uincorr of the second decision circuit 12 probably becomes incorrect at the edges of the eye diagram, the output signal or the EXOR circuit 13 probably becomes "1" at these edges. This has the consequence that the output signal Ueye of the integrator 14 increases at the edges of the eye diagram. Due to this change of the output signal Ueye, it is possible to recognize and characterize the edges of the eye diagram and to calculate a so-called eye opening.

[0011]   It has to be added that the two decision circuits 11, 12 are provided with a clocking signal C which corresponds to the bit rate of the input signal Uin, wherein the eye monitor 10 as described above and as disclosed in the cited prior art document works with a bit rate of up to 10 Gbit/s.

[0012]   The described eye monitor of figure 1 has the disadvantage that the EXOR circuit 13 is not able to follow bit rates above 10 Gbit/s. As a consequence, the eye monitor 10 cannot be used for a bit rate of e.g. 40 Gbit/s.

[0013]   It is an object of the invention to provide an eye monitor which allows to recognize and characterize the edges of the eye diagram at bit rates which are greater than 10 Gbit/s, e.g. at a bit rate of 40 Gbit/s.

[0014]   According to the invention, this object is solved by an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, comprising a decision circuit which is directly connected to an integrator, wherein the input signal and a variable threshold are provided to the decision circuit and wherein an output signal of the integrator is used to recognize the edges of the eye diagram.

[0015]   The eye monitor of the invention does not comprise an EXOR circuit. Any bit rate restriction due to the EXOR circuit is therefore overcome. As a result, the eye monitor of the invention has the advantage that it can be used for bit rates which are greater than 10 Gbit/s, e.g. at a bit rate of 40 Gbit/s. This advantage is reached without any further electrical circuits or the like.

[0016]   In an advantageous embodiment of the invention, the output signal provides at least one second value if the variable threshold is in an upper and/or a lower part of the eye diagram. This second value may then be used to characterize the eye diagram of the input signal and in particular the edges of the eye diagram. In a further particular embodiment, an eye opening is evaluated based on the second value.

[0017]   Further embodiments as well as further advantages of the invention are outlined in the following description of the following figures.

[0018]   Figure 3 shows a schematic block diagram of an embodiment of an eye monitor according to the invention, and figure 4 shows a schematic diagram of an output signal provided by the eye monitor of figure 3.

[0019]   Figure 3 shows an eye monitor 30 according to the invention. The eye monitor 30 is similar to the eye monitor 10 of figure 1. Therefore, corresponding circuits and signals have the same reference numerals and abbreviations in both figures.

[0020]   The difference between the eye monitor 30 of figure 3 and the eye monitor 10 of figure 1 is the fact that the eye montor 30 of figure 3 does not comprise the EX-OR circuit 13 of the eye monitor 10 of figure 1. Instead, the second decision circuit 12 is directly connected to the integrator 14 so that the output signal Uincorr of the second decision circuit 12 is directly forwarded into the integrator 14.

[0021]   The integrator 14 then integrates this output signal Uincorr and provides an output signal Ueyenew as shown in figure 4.

[0022]   As described, the varibale threshold Uvar is permanently increased and decreased.

[0023]   If the varibale threshold Uvar is about in the middle of the eye diagram, then the output signal Uincorr is probably correct. Based on the assumption that the number of binary "1"-s and binary "0"-s of the succeeding bits of the input signal Uin is almost the same, the integrator 14 provides an output signal Ueyenew which as about Zero. This value is depicted with reference numeral 31 in figure 4.

[0024]   If the variable threshold value Uvar is e.g. in the upper part of the eye diagram, then it is probable that the second decision signal 12 decides a bit of the input signal Uin to be a binary "0" whereas it is actually a binary "1". As a consequence, the number of bits which are decided to be "0"-s becomes greater than the number of decided "1"-s. This results in an increase of the output signal Ueyenew of the integrator 14. This increase is depicted with reference numeral 32 in figure 4.

[0025]   If the variable threshold value Uvar is in the lower part of the eye diagram, then the situation changes into the opposite. This leads to a decrease of the output signal Ueyenew which is depicted with reference numeral 33 in figure 4.

[0026]   According to figure 4, two threshold values Ut1 and Ut2 are provided which are symmetrical to Zero. From the crosspoints of the output signal Ueyenew with these threshold values Ut1, Ut2, an eye opening EO may be evaluated. This eye opening EO characterizes the eye diagram of the input signal Uin and in particular the edges of this eye diagram.

[0027]   If the quality of the transmission becomes worse, then the eye diagram of the input signal Uin becomes smaller in the sense of a smaller distance between the upper and the lower edge of the eye diagram. This becomes apparent in the output signal Ueyenew of the eye monitor 30 of figure 3 in that the output signal Ueyenew becomes more flat and the eye opening EO becomes smaller.

[0028]   However, if the quality of the transmission is very good, then the output signal Ueyenew becomes more sharp in the sense of a binary course with the consequence that the eye opening EO becomes greater.

**Claims**

1.   Eye monitor (3) for evaluating a binary input signal (Uin) of a transmission link and for recognizing the edges of an eye diagram of the input signal (Uin), comprising a decision circuit (12) which is directly connected to an integrator (14), wherein the input signal (Uin) and a variable threshold (Uvar) are provided to the decision circuit (12) and wherein an output signal (Ueyenew) of the integrator (14) is used to recognize the edges of the eye diagram.

2.   Eye monitor (30) of claim 1 wherein the output signal (Ueyenew) provides a first value (31) if the variable threshold (Uvar) is about in the middle of the eye diagram.

3.   Eye monitor (30) of claim 1 wherein the output signal (Ueyenew) provides at least one second value (32, 33) if the variable threshold (Uvar) is in an upper and/or a lower part of the eye diagram.

4.   Eye monitor (30) of claim 3 wherein the second value (32, 33) is used to characterize the eye diagram of the input signal (Uin) and in particular the edges of the eye diagram.

5.   Eye monitor (30) of claim 4 wherein an eye opening (EO) is evaluated based on the second value (32, 33).

6.   Receiver of a transmission system comprising an eye monitor (3) for evaluating a binary input signal (Uin) of a transmission link and for recognizing the edges of an eye diagram of the input signal (Uin), the eye monitor (30) comprising a decision circuit (12) which is directly connected to an integrator (14), wherein the input signal (Uin) and a variable threshold (Uvar) are provided to the decision circuit (12) and wherein an output signal (Ueyenew) of the integrator (14) is used to recognize the edges of the eye diagram.

7.   Method of evaluating a binary input signal (Uin) of a transmission link and of recognizing the edges of an eye diagram of the input signal (Uin), wherein a decision circuit (12) is directly connected to an integrator (14), and comprising the steps of providing the input signal (Uin) and a variable threshold (Uvar) to the decision circuit (12) and using an output signal (Ueyenew) of the integrator (14) to rec-

5                    **EP 1 282 256 A1**                    6

ognize the edges of the eye diagram.

5

10

15

20

25

30

35

40

45

50

55

4

EP 1 282 256 A1

# Fig. 1



# Fig. 2



05/02/2004, EAST Version: 1.4.1

EP 1 282 256 A1



**Fig. 3**



**Fig. 4**

05/02/2004, EAST Version: 1.4.1

EP 1 282 256 A1

 **European Patent Office**

**EUROPEAN SEARCH REPORT**

Application Number

EP 01 44 0248

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (Int.Cl.7) |
|---|---|---|---|
| X | GB 2 352 597 A (TOKYO SHIBAURA ELECTRIC CO) 31 January 2001 (2001-01-31)<br>* abstract; figure 3 *<br>* page 2, line 7 - line 17 *<br>* page 14, line 10 - page 19, line 7; figures 1A-1C,2 *<br>* page 25, line 13 - line 25 * | 1,6,7 | H04L1/20 |
| A | US 5 333 147 A (NOHARA TIMOTHY J ET AL) 26 July 1994 (1994-07-26)<br>* abstract; figures 4,9 *<br>* column 5, line 48 - column 6, line 69; figures 5A,5B,6A-6D * | 1-7 | |
| A | US 5 736 875 A (NAGAKUBO YASUNORI ET AL) 7 April 1998 (1998-04-07)<br>* abstract; figure 3 *<br>* column 5, line 6 - line 64; figure 4 *<br>* column 17, line 4 - line 12 * | 1-7 | |
| A | BUCHALI F ; LANNE S ; THIERY J -P ; BAUMERT W ; BULOW H : "Fast eye monitor for 10 Gbit/s and its application for optical PMD compensation "<br>OFC 2001. OPTICAL FIBER COMMUNICATION CONFERENCE AND EXHIBIT.TECHNICAL DIGEST POSTCONFERENCE EDITION,<br>17 - 22 March 2001, XP002187754<br>Anaheim, CA, USA<br>* the whole document * | 1-7 | TECHNICAL FIELDS SEARCHED (Int.Cl.7)<br><br>H04L |
| A | US 4 449 223 A (LISKOV NATHAN A ET AL) 15 May 1984 (1984-05-15)<br>* abstract; figure 3 *<br>* column 3, line 9 - column 4, line 21 *<br><br>-/-- | 1-7 | |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| BERLIN | 21 January 2002 | Martinez Martinez, V |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

EPO FORM 1503 03.82 (P04C01)

05/02/2004, EAST Version: 1.4.1

EP 1 282 256 A1

 **European Patent Office**

**EUROPEAN SEARCH REPORT**

Application Number

EP 01 44 0248

| | DOCUMENTS CONSIDERED TO BE RELEVANT | | |
|---|---|---|---|
| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (Int.Cl.7) |
| A | US 4 475 210 A (COUCH PHILIP R) 2 October 1984 (1984-10-02) * abstract; figure 4 * | 1-7 | |
| A | ELLERMEYER T ; LANGMANN U ; WEDDING B ; POHLMANN W: "A 10 Gb/s eye opening monitor IC for decision-guided optimization of the frequency response of an optical receiver " 2000 IEEE INTERNATIONAL SOLID-STATE CIRCUITS CONFERENCE. DIGEST OFTECHNICAL PAPERS, 7 - 9 February 2000, pages 50-51, XP002187755 San Francisco * the whole document * | 1-7 | |
| | | | TECHNICAL FIELDS SEARCHED (Int.Cl.7) |
| | The present search report has been drawn up for all claims | | |

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| BERLIN | 21 January 2002 | Martínez Martínez, V |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

EPO FORM 1503 03.82 (P04C01)

8

EP 1 282 256 A1

## ANNEX TO THE EUROPEAN SEARCH REPORT
## ON EUROPEAN PATENT APPLICATION NO.

EP 01 44 0248

This annex lists the patent family members relating to the patent documents cited in the above-mentioned European search report.
The members are as contained in the European Patent Office EDP file on
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

21-01-2002

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| GB 2352597 | A | 31-01-2001 | JP | 2000358015 A | 26-12-2000 |
| | | | FR | 2794913 A1 | 15-12-2000 |
| US 5333147 | A | 26-07-1994 | CA | 2056679 A1 | 30-05-1993 |
| US 5736875 | A | 07-04-1998 | JP | 8265375 A | 11-10-1996 |
| US 4449223 | A | 15-05-1984 | NONE | | |
| US 4475210 | A | 02-10-1984 | BE | 896036 A1 | 29-08-1983 |
| | | | EP | 0087738 A2 | 07-09-1983 |
| | | | ES | 520108 D0 | 16-03-1984 |
| | | | ES | 8403000 A1 | 16-05-1984 |
| | | | IT | 1171063 B | 10-06-1987 |

EPO FORM P0459

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

9