## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>                Plaintiff,<br><br>   v.<br><br>XILINX, INC.,<br><br>                Defendant. | C.A. No. 1:20-cv-01228-CFC-JLH<br>(Consolidated) |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant Xilinx, Inc. ("Xilinx"), subject to the approval of the Court, that:

1.      WSOU's time to serve its opening claim construction brief is hereby extended by one day to February 4, 2022;

2.      Xilinx's time to serve its answering claim construction brief is also hereby extended by one day to February 25, 2022; and

3.      WSOU's reply claim construction brief remains due on March 10, 2022 and Xilinx's sur-reply claim construction brief remains due on March 24, 2022.

No other deadlines set forth in the Court's Scheduling Order (D.I. 63) are affected by this stipulation.

Dated: February 3, 2022

| | |
|---|---|
| DEVLIN LAW FIRM LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Peter Akawie Mazur* | */s/ Robert M. Vrana* |
| James M. Lennon (No. 4570) | Anne Shea Gaza (No. 4093) |
| Peter Akawie Mazur (No. 6732) | Robert M. Vrana (No. 5666) |
| 1526 Gilpin Avenue | Rodney Square |
| Wilmington, DE 19806 | 1000 North King Street |
| (302) 440-9010 | Wilmington, DE 19801 |
| jlennon@devlinlawfirm.com | (302) 571-6600 |
| pmazur@devlinlawfirm.com | agaza@ycst.com |
| | rvrana@ycst.com |

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*     *Attorneys for Defendant Xilinx, Inc.*
*Brazos Licensing and Development*

       SO ORDERED this ___ day of February, 2022.

_____
United States Magistrate Judge