## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>     Plaintiff,<br><br> v.<br><br>XILINX, INC.,<br><br>     Defendant. | C.A. No. 1:20-cv-01228-CFC-JLH<br>(Consolidated) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 4, 2022, copies of (1) *Plaintiff's Opening Claim Construction Brief;* and (2) *Declaration of Nathaniel Polish, Ph.D. in Support of Plaintiff's Opening Claim Construction Brief (with Exhibits 1-4)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

Christopher A. Buxton
JONES DAY (Dallas, TX)
cbuxton@jonesday.com

David B. Cochran
JONES DAY (Cleveland, OH)
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY (Chicago, IL)
twritchie@jonesday.com

Jonathan McNeal Smith
JONES DAY (San Los Angeles, CA)
jonathansmith@jonesday.com

xilinx-wsou@jonesday.com

| | |
|---|---|
| Dated: February 8, 2022 | DEVLIN LAW FIRM LLC |
| | |
| | */s/ Peter A. Mazur* |
| OF COUNSEL: | James M. Lennon (No. 4570) |
| | Peter Akawie Mazur (No. 6732) |
| Jonathan K. Waldrop | 1526 Gilpin Avenue |
| Darcy L. Jones | Wilmington, DE 19806 |
| Marcus A. Barber | (302) 449-9010 |
| ThucMinh Nguyen | jlennon@devlinlawfirm.com |
| John W. Downing | pmazur@devlinlawfirm.com |
| Heather S. Kim | |
| KASOWITZ BENSON TORRES LLP | *Attorneys for Plaintiff* |
| 333 Twin Dolphin Drive, Suite 200 | *WSOU Investments LLC d/b/a* |
| Redwood Shores, CA 94065 | *Brazos Licensing and Development* |
| (650) 453-5170 | |

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Bradley P. Lerman
Noah P. Dorman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080