# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>    v.<br><br>XILINX, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:20-01228-CFC-JLH<br>) (Consolidated)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorney Bradley P. Lerman of Kasowitz Benson Torres LLP, 1633 Broadway, New York, NY 10019 hereby withdraws his appearance as counsel for Plaintiff WSOU Investments, LLC ("WSOU"). All other attorneys involved in the case from Kasowitz Benson Torres LLP and Devlin Law Firm LLC will continue to represent Plaintiff.

Dated: February 15, 2022

                                            **DEVLIN LAW FIRM LLC**

OF COUNSEL:                            /s/ Peter A. Mazur
                                                   James M. Lennon (No. 4570)
Jonathan K. Waldrop              Peter A. Mazur (No. 6732)
Darcy L. Jones                       1526 Gilpin Avenue
Marcus A. Barber                  Wilmington, DE 19806
ThucMinh Nguyen               (302) 449-9010
John W. Downing                jlennon@devlinlawfirm.com
Heather S. Kim                   pmazur@devlinlawfirm.com
KASOWITZ BENSON TORRES LLP

333 Twin Dolphin Drive, Suite 200  *Attorneys for Plaintiff*
Redwood Shores, CA 94065  *WSOU Investments LLC d/b/a*
(650) 453-5170  *Brazos Licensing and Development*

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Noah P. Dorman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE
Suite 2445
Atlanta, GA 30309
(404) 260-6080