IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>XILINX, INC.,<br><br>    Defendant. | C.A. No. 20-1228-CFC-JLH<br>(Consolidated) |

### XILINX, INC.'S NOTICE OF AMENDED SUBPOENA TO CHARLES ALEXANDER PEARSE

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 45, Defendant Xilinx, Inc. ("Xilinx") caused a subpoena to testify at a deposition to be served on Charles Alexander Pearse. A true and correct copy of the subpoena is attached as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that, Xilinx, by and through its attorneys, will take the deposition by oral examination of Charles Alexander Pearse via videoconference, or other similar means, at 9:00 a.m. ET on March 3, 2022, or at such other time and location as is mutually agreeable to the parties and Charles Alexander Pearse, and continuing day-to-day until completed.

This deposition will be taken before an officer authorized to administered oaths and take testimony, and the deposition may be recorded by any means that the Federal Rules of Civil Procedure permit, including audio, video, and stenographic means, as well as means for the instant display of testimony on a computer.

| | |
|---|---|
| Dated: February 17, 2022<br><br>OF COUNSEL:<br><br>Hilda C. Galvan<br>Christopher A. Buxton<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br>(214) 220-3939<br>hcgalvan@jonesday.com<br>cbuxton@jonesday.com<br><br>David B. Cochran<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114-1190<br>(216) 586-7029<br>dcochran@jonesday.com<br><br>Thomas W. Ritchie<br>JONES DAY<br>77 West Wacker Dr.<br>Chicago, IL 60601-1692<br>(312) 269-4003<br>twritchie@jonesday.com<br><br>Stephanie M. Mishaga<br>JONES DAY<br>4655 Executive Dr., Suite 1500<br>San Diego, CA 92121-3134<br>(858) 703-3140<br>smishaga@jonesday.com<br><br>Jonathan McNeal Smith<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br>(213) 243-2559<br>jonathansmith@jonesday.com | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert M. Vrana*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrna@ycst.com<br><br>*Attorneys for Xilinx, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 17, 2022, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY E-MAIL**

James M. Lennon
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
jlennon@devlinlawfirm.com

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
tnguyen@kasowitz.com

Isaac Rabicoff
RABICOFF LAW FIRM LLC
5680 King Centre Drive, Suite 645
Alexandria, VA 22315
isaac@rabilaw.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309
pwilliams@kasowitz.com

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Bradley P. Lerman
Noah P. Dorman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
sivan@kasowitz.com
hstern@kasowitz.com
jwhitehill@kasowitz.com
hbressler@kasowitz.com
blerman@kasowitz.com
ndorman@kasowitz.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Xilinx, Inc.*