# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>    v.<br><br>XILINX, INC.,<br><br>        Defendant. | C.A. No. 20-cv-1228-CFC-JLH<br>(Consolidated)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Xilinx, Inc. ("Xilinx") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Brazos issues:
    - The scope and sufficiency of Xilinx's responses and production of document and information (including reasonableness of its search within its custodial files and centrally-located folders and databases) in response to Brazos's Requests for Production Nos. (a) 3, 4, 5, 22, and 35 (technical documents); (b) 7, 8, 9, 10, 21, 32, and 33 (financial documents); (c) 11, 16, 17, 28, and 34 (business plans and marketing documents); (d) 18, 19, and 20 (industry and consumer demand documents); (e) 12, 13, 14, 15, and 29 (licensing/settlement agreements and joint venture agreements and rates and payments); (f) 23, 24, 25, 26 (organizational charts and locations); and (g) 27 (competitive intelligence and memos);

- The scope and sufficiency of Xilinx's responses to Brazos's Interrogatories Nos. (a) 1, 2, and 3 (information concerning accused products); (b) 4 and 5 (concerning financial information and sales); 8, 9, and 10 (concerning Xilinx's defense(s));

- The scope of accused products;

- Identification of search terms and identification of custodians' files and centrally located files that will be searched;

- Date for completion of production;

- Xilinx issues: The sufficiency of Brazos's infringement contentions; and Brazos's failure to respond to interrogatories seeking its contentions on invalidity and identification of prior art.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s): November 18, 2021; December 2, 2021; January 7, 2022; and January 20, 2022.

- Delaware Counsel:  Peter Mazur of Devlin Law Firm LLC; Anne Shea Gaza and Robert Vrana of Young Conaway Stargatt & Taylor, LLP

- Lead Counsel:  Hershy Stern and Joshua Whitehill of Kasowitz Benson Torres LLP; Keith B. Davis, Thomas W. Ritchie, and Jonathan McNeal Smith of Jones Day

The parties are available for a teleconference on the following dates:  March 2, 7, and 8, 2022.

Dated:  February 17, 2022

| | |
|---|---|
| DEVLIN LAW FIRM LLC | YOUNG CONAWAY STARGATT <br> & TAYLOR, LLP |
| */s/ Peter A. Mazur* <br> James M. Lennon (No. 4570) <br> Peter Akawie Mazur (No. 6732) <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> jlennon@devlinlawfirm.com <br> pmazur@devlinlawfirm.com | */s/ Robert M. Vrana* <br> Anne Shea Gaza (No. 4093) <br> Robert M. Vrana (No. 5666) <br> Rodney Square <br> 1000 N. King Street <br> Wilmington, Delaware 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com |
| OF COUNSEL: | OF COUNSEL: |
| Jonathan K. Waldrop <br> Darcy L. Jones <br> Marcus A. Barber <br> ThucMinh Nguyen <br> John W. Downing <br> Heather S. Kim <br> KASOWITZ BENSON TORRES LLP <br> 333 Twin Dolphin Drive, Suite 200 <br> Redwood Shores, CA 94065 <br> (650) 453-5170 | Hilda C. Galvan <br> Keith B. Davis (*pro hac vice* to be filed) <br> Christopher A. Buxton <br> JONES DAY <br> 2727 North Harwood Street <br> Dallas, TX 75201-1515 <br> (214) 220-3939 <br> hcgalvan@jonesday.com <br> cbuxton@jonesday.com |
| Hershy Stern <br> Howard L. Bressler <br> Joshua A. Whitehill <br> Shelley Ivan <br> Noah P. Dorman <br> KASOWITZ BENSON TORRES LLP <br> 1633 Broadway <br> New York, NY 10019 <br> (212) 506-1700 | David B. Cochran <br> JONES DAY <br> 901 Lakeside Avenue <br> Cleveland, Ohio 44114-1190 <br> (216) 586-7029 <br> dcochran@jonesday.com |
| Paul G. Williams <br> KASOWITZ BENSON TORRES LLP <br> 1230 Peachtree Street, NE, Suite 2445 <br> Atlanta, GA 30309 <br> (404) 260-6080 | Thomas W. Ritchie <br> JONES DAY <br> 77 West Wacker Dr. <br> Chicago, IL 60601-1692 <br> (312) 269-4003 <br> twritchie@jonesday.com |
| | Jonathan McNeal Smith <br> JONES DAY <br> 555 South Flower Street <br> Fiftieth Floor <br> Los Angeles, CA 90071 <br> (213) 243-2559 <br> jonathansmith@jonesday.com |

3

*Attorneys for Plaintiff*  *Attorneys for Defendant*
*WSOU Investments LLC d/b/a*  *Xilinx, Inc.*
*Brazos Licensing and Development*

4