# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> XILINX, INC., <br><br> Defendant. | C.A. No. 20-1228-CFC-JLH <br> (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 25, 2022, copies of the following were served on the persons listed below in the manner indicated:

1) Defendant Xilinx, Inc.'s Answering Claim Construction Brief

2) Defendant Xilinx, Inc.'s First Supplemental Responses to Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's First Set of Interrogatories (Nos. 1-10)

**BY E-MAIL**

James M. Lennon
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
jlennon@devlinlawfirm.com

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
ThucMinh Nguyen

Isaac Rabicoff
RABICOFF LAW FIRM LLC
5680 King Centre Drive, Suite 645
Alexandria, VA 22315
isaac@rabilaw.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309
pwilliams@kasowitz.com

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>jwaldrop@kasowitz.com<br>djones@kasowitz.com<br>mbarber@kasowitz.com<br>jdowning@kasowitz.com<br>hkim@kasowitz.com<br>tnguyen@kasowitz.com | Shelley Ivan<br>Hershy Stern<br>Joshua A. Whitehill<br>Howard L. Bressler<br>Bradley P. Lerman<br>Noah P. Dorman<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>sivan@kasowitz.com<br>hstern@kasowitz.com<br>jwhitehill@kasowitz.com<br>hbressler@kasowitz.com<br>blerman@kasowitz.com<br>ndorman@kasowitz.com |

PLEASE TAKE FURTHER NOTICE that on February 28, 2022, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, and will be served by e-mail on the persons listed above.

| | |
|---|---|
| Dated: February 28, 2022 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL:<br><br>Hilda C. Galvan<br>Christopher A. Buxton<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201<br>(214) 969-4556<br>hcgalvan@jonesday.com<br>cbuxton@jonesday.com<br><br>David B. Cochran<br>JONES DAY<br>North Point 901 Lakeside Avenue<br>Cleveland, OH 44114 | /s/ Robert M. Vrana<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Xilinx, Inc.* |

(216) 586-7029
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL 60601
(312) 269-4003
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
(858) 703-3140
smishaga@jonesday.com

Jonathan McNeal Smith
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2559
jonathansmith@jonesday.com