# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>    v.<br><br>XILINX, INC.,<br><br>        Defendant. | C.A. No. 20-1228-CFC-JLH<br>(consolidated) |

## [PROPOSED] ORDER

Having considered Defendant Xilinx, Inc.'s ("Xilinx") Request for an Order Compelling Complete Infringement Contentions and Further Interrogatory Responses, and the parties' positions and submissions in relation thereto;

IT IS HEREBY ORDERED this ___ day of March, 2022 that Xilinx's Motion is GRANTED. Plaintiff WSOU Investments, LLC, d/b/a/ Brazos Licensing and Development's ("WSOU") is ORDERED to serve supplemental responses to Xilinx's Interrogatory Nos. 3 and 12 no later than March 22, 2022. WSOU's supplemental responses shall answer the interrogatories substantively to provide WSOU's contentions concerning the validity of the Asserted Patents and the prior art identified by Xilinx in its December 1, 2021 disclosure, with detail that is commensurate with the level of detail provided in Xilinx's initial invalidity contentions served on December 1, 2021. For each prior art reference, WSOU's response shall specifically include its legal and factual contentions if WSOU asserts that the prior art reference does not qualify as such, of each claim element or limitation that WSOU asserts is not met by that prior art reference, and that it would not have been obvious to combine that prior art

reference with other prior art references.  For the '838 Patent specifically, WSOU shall further disclose its complete contentions regarding why Xilinx's UltraScale and Virtex-5 and -6 devices do not invalidate the asserted claims of that patent based upon WSOU's infringement contentions and the similarities between the MMCM designs, including of any material differences between those prior art devices and those accused of infringement.

IT IS FURTHER ORDERED that any products identified as accused products or accused instrumentalities in WSOU's initial infringement contention claim charts, originally served on October 27, 2021, and amended on November 8, 2021, that have not been specifically charted against the asserted claims are hereby stricken from WSOU's initial infringement contention claim charts.  The accused products are accordingly hereby limited to the following:

- **'653 Patent:**  accused products with a GTY or GTH transceiver, including Virtex-7 (28 nm); Virtex UltraScale (20 nm); Virtex UltraScale+ (16 nm); Kintex UltraScale (20 nm); Kintex UltraScale+ (16 nm); Artix UltraScale+ (16 nm); Zynq UltraScale+ RFSoC; Zynq UltraScale+ MPSoC; Versal ACAP; Virtex UltraScale FPGA VCU108 Evaluation Kit; Kintex UltraScale FPGA KCU105 Evaluation Kit; Kintex UltraScale FPGA KCU1250 Characterization Kit; Virtex UltraScale+ FPGA VCU118 Evaluation Kit; Kintex UltraScale+ FPGA KCU116 Evaluation Kit; Zynq UltraScale+ MPSoC ZCU102 Evaluation Kit; Zynq UltraScale+ MPSoC ZCU104 Evaluation Kit; Zynq UltraScale+ MPSoC ZCU106 Evaluation Kit

- **'950 Patent:**  Zynq UltraScale+ RFSoC

- **'938 Patent:**  Zynq UltraScale+ RFSoC ZCU216 Evaluation Kit

- **'838 Patent:**  Virtex UltraScale (20 nm); Virtex UltraScale+ (16 nm); Kintex UltraScale (20 nm); Kintex UltraScale+ (16 nm); Artix UltraScale+ (16 nm); Zynq UltraScale+ RFSoC; Zynq UltraScale+ MPSoC; Virtex UltraScale FPGA VCU108 Evaluation Kit; Virtex UltraScale FPGA VCU110 Development Kit; Kintex UltraScale FPGA KCU105 Evaluation Kit; Kintex UltraScale FPGA KCU1250 Characterization Kit; Virtex UltraScale+ FPGA VCU118 Evaluation Kit; Kintex UltraScale+ FPGA KCU116 Evaluation Kit; Zynq UltraScale+ MPSoC ZCU102 Evaluation Kit; Zynq UltraScale+ MPSoC ZCU104 Evaluation Kit; Zynq UltraScale+ MPSoC ZCU106 Evaluation Kit; Zynq UltraScale+ RFSoC ZCU216 Evaluation Kit; Zynq UltraScale+ RFSoC ZCU208 Evaluation Kit; Zynq UltraScale+ RFSoC ZCU1285 Characterization Kit; Zynq UltraScale+ RFSoC ZCU111 Evaluation Kit; Zynq UltraScale+ RFSoC ZCU1275 Characterization Kit

- **'971 Patent:**  Virtex UltraScale+ 58G PAM4

To the extent WSOU seeks leave to serve supplemental claim charts that specifically chart the asserted claims to products that have been stricken from its initial infringement contention claim charts, IT IS FURTHER ORDERED that WSOU shall provide any such supplementation no later than March 22, 2022.

IT IS FURTHER ORDERED that the string citations included at the beginning of each claim limitation in WSOU's initial infringement contention claim charts are hereby stricken, and WSOU is limited to the specific infringement theories disclosed in those charts.

IT IS FURTHER ORDERED that WSOU shall serve supplemental claim charts for the '950 and '971 Patents that disclose how the accused products directly infringe the claim

limitations.  Any such supplemental claim charts shall specifically be limited to direct infringement only, including identifying where each and every limitation of the asserted claims is found in the Xilinx accused products only, and shall not cite to any third-party products or components or otherwise assert indirect infringement.  WSOU shall serve this supplementation no later than March 22, 2022.  To the extent WSOU fails to so supplement its initial infringement contention claim charts for the '950 and '971 Patents by March 22, 2022, WSOU's initial claim charts for the '950 and '971 Patents shall be stricken.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge

29136707