# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) | C.A. No. 20-cv-1229-CFC-JLH |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| XILINX, INC., | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND DEVELOPMENT'S
IDENTIFICATION OF ACCUSED PRODUCTS AND ASSERTED PATENTS**

Pursuant to paragraph 7(a) of the Proposed Scheduling Order entered in the above-captioned action (D.I. 44), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"), through its undersigned counsel, hereby serves its (i) identification of the accused products, including accused methods and systems, (ii) damages model, (iii) the asserted patents that the accused products infringe, and (iv) file histories of the patents-in-suit, on Defendant Xilinx, Inc. ("Defendant").

These disclosures are based on information reasonably available to WSOU at this time. WSOU anticipates that discovery and other pretrial preparation will lead to additional relevant information.  Additionally, WSOU reserves the right to clarify, amend, modify, and supplement the information contained in these disclosures as necessary pursuant to applicable rules.

1.     **Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall identify the accused products, including accused methods and systems, and the asserted patents that the accused products allegedly infringe and produce the file history for each asserted patent.**

Pursuant to paragraph 7(a) of the Proposed Scheduling Order, WSOU hereby identifies

for Defendant the following Accused Products[1] and asserted patent:[2]

| U.S. Patent No. | Accused Products | Claims |
|---|---|---|
| 7,068,950 | Xilinx Field Programmable Gate Arrays ("FPGA") and/or System on Chip ("SOC") devices and/or products, including, but not limited to:<br><br>• Virtex UltraScale devices and/or products;<br>• Kintex UltraScale devices and/or products;<br>• Virtex UltraScale+ devices and/or products;<br>• Kintex UltraScale+ devices and/or products;<br>• Artix UltraScale+ devices and/or products;<br>• Zynq UltraScale+ devices and/or products; and/or<br>• Any other Xilinx device, product, and/or instrumentality that operates using the similar components and/or functionality. | At least claim(s) 17 |

2.     **Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall produce the file history for each asserted patent.**

WSOU hereby provides the patent file history for the above-asserted patent.  The file

history for the '950 patent is Bates-labeled WSOU-XILINX_000462 – WSOU-XILINX_000582.

---

[1] As used herein, the term "Accused Products" also includes the "Exemplary Defendant Products" defined in the Complaint against Defendant that are, among other things, made, used, sold, imported by Defendant.  (*See* D.I. 1-2.)

[2] WSOU reserves all rights to update, amend, and/or supplement the lists of Accused Products, and asserted patents, and asserted claims disclosed herein.

3.    **Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall identify its damages model.**

WSOU is entitled to damages adequate to compensate it for Defendant's infringement together with pre-judgment interest, post-judgment interest, costs, attorneys' fees, and any damages under applicable law for exceptional case.  A determination of a reasonable royalty cannot be made at this time because much of the information that WSOU anticipates will be needed by its expert witnesses to estimate damages is not in its possession and will have to be obtained through discovery from Defendant.  WSOU will rely on a damages expert and will defer disclosure of its computation of damages until the time for Expert Disclosures in accordance with the Court's Scheduling Order.

WSOU will supplement this response as information is provided by Defendant and, further, in accordance with all disclosures relating to the opinions and testimony of testifying experts.

Dated:  September 1, 2021

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
Jack Shaw
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Shelley Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309

Respectfully submitted,

DEVLIN LAW FIRM LLC

By:  */s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 1, 2021, I have served a copy the above document via

email on the counsel for Defendant.

<u>*/s/ James M. Lennon*</u>
James M. Lennon (No. 4570)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>XILINX, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 20-cv-1232-CFC-JLH

**JURY TRIAL DEMANDED**

## PLAINTIFF WSOU INVESTMENTS, LLC D/B/A
## BRAZOS LICENSING AND DEVELOPMENT'S
## <u>IDENTIFICATION OF ACCUSED PRODUCTS AND ASSERTED PATENTS</u>

Pursuant to paragraph 7(a) of the Proposed Scheduling Order entered in the above-captioned action (D.I. 44), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"), through its undersigned counsel, hereby serves its (i) identification of the accused products, including accused methods and systems, (ii) damages model, (iii) the asserted patents that the accused products infringe, and (iv) file histories of the patents-in-suit, on Defendant Xilinx, Inc. ("Defendant").

These disclosures are based on information reasonably available to WSOU at this time. WSOU anticipates that discovery and other pretrial preparation will lead to additional relevant information. Additionally, WSOU reserves the right to clarify, amend, modify, and supplement the information contained in these disclosures as necessary pursuant to applicable rules.

1.      **Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall identify the accused products, including accused methods and systems, and the asserted patents that the accused products allegedly infringe and produce the file history for each asserted patent.**

Pursuant to paragraph 7(a) of the Proposed Scheduling Order, WSOU hereby identifies

for Defendant the following Accused Products[1] and asserted patent:[2]

| U.S. Patent No. | Accused Products | Claims |
|---|---|---|
| 7,903,971 | Xilinx Field Programmable Gate Arrays ("FPGA") and/or 3D IC devices and/or products, including, but not limited to:<br><br>• Spartan devices and/or products;<br>• Virtex  devices and/or products;<br>• Kintex devices and/or products;<br>• Artix devices and/or products;<br>• Virtex UltraScale devices and/or products;<br>• Kintex UltraScale devices and/or products;<br>• Virtex UltraScale+ devices and/or products;<br>• Kintex UltraScale+ devices and/or products;<br>• Artix UltraScale+ devices and/or products;<br>• Virtex UltraScale+ 58G PAM4 devices and/or products; and/or<br>• Any other Xilinx product or instrumentality that operates using the similar components and/or functionality | At least claims 1, 15 |

2.      **Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall produce the file history for each asserted patent.**

---

[1] As used herein, the term "Accused Products" also includes the "Exemplary Defendant Products" defined in the Complaint against Defendant that are, among other things, made, used, sold, imported by Defendant.  (*See* D.I. 1-2.)

[2] WSOU reserves all rights to update, amend, and/or supplement the lists of Accused Products, and asserted patents, and asserted claims disclosed herein.

WSOU hereby provides the patent file history for the above-asserted patent.  The file history for the '971 patent is Bates-labeled WSOU-XILINX_000736 – WSOU-XILINX_000928.

3.      **Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall identify its damages model.**

WSOU is entitled to damages adequate to compensate it for Defendant's infringement together with pre-judgment interest, post-judgment interest, costs, attorneys' fees, and any damages under applicable law for exceptional case.  A determination of a reasonable royalty cannot be made at this time because much of the information that WSOU anticipates will be needed by its expert witnesses to estimate damages is not in its possession and will have to be obtained through discovery from Defendant.  WSOU will rely on a damages expert and will defer disclosure of its computation of damages until the time for Expert Disclosures in accordance with the Court's Scheduling Order.

WSOU will supplement this response as information is provided by Defendant and, further, in accordance with all disclosures relating to the opinions and testimony of testifying experts.

Dated:  September 1, 2021

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
Jack Shaw
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Shelley Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309

Respectfully submitted,

DEVLIN LAW FIRM LLC

By:  */s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021, I have served a copy the above document via email on the counsel for Defendant.

*/s/ James M. Lennon*
James M. Lennon (No. 4570)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) C.A. No. 20-cv-1233-CFC-JLH |
| Plaintiff, | ) ) |
| v. | ) **JURY TRIAL DEMANDED** ) ) |
| XILINX, INC., | ) ) |
| Defendant. | ) ) |

### PLAINTIFF WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT'S IDENTIFICATION OF ACCUSED PRODUCTS AND ASSERTED PATENTS

Pursuant to paragraph 7(a) of the Proposed Scheduling Order entered in the above-captioned action (D.I. 43), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"), through its undersigned counsel, hereby serves its (i) identification of the accused products, including accused methods and systems, (ii) damages model, (iii) the asserted patents that the accused products infringe, and (iv) file histories of the patents-in-suit, on Defendant Xilinx, Inc. ("Defendant").

These disclosures are based on information reasonably available to WSOU at this time. WSOU anticipates that discovery and other pretrial preparation will lead to additional relevant information.  Additionally, WSOU reserves the right to clarify, amend, modify, and supplement the information contained in these disclosures as necessary pursuant to applicable rules.

1.     **Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall identify the accused products, including accused methods and systems, and the asserted patents that the accused products allegedly infringe and produce the file history for each asserted patent.**

Pursuant to paragraph 7(a) of the Proposed Scheduling Order, WSOU hereby identifies

for Defendant the following Accused Products[1] and asserted patent:[2]

| U.S. Patent No. | Accused Products | Claims |
|---|---|---|
| 9,312,838 | Field Programmable Gate Arrays ("FPGA") and System on Chip ("SoC") devices and products, including but not limited to:<br><br>• Virtex UltraScale devices and products, including but not limited to Virtex UltraScale FPGA VCU108 Evaluation Kit, and Virtex UltraScale FPGA VCU110 Development Kit;<br><br>• Kintex UltraScale devices and products, including but not limited to Kintex UltraScale FPGA KCU105 Evaluation Kit, and Kintex UltraScale FPGA KCU1250 Characterization Kit;<br><br>• Virtex UltraScale+ devices and products, including but not limited to Virtex UltraScale+ FPGA VCU118 Evaluation Kit;<br><br>• Kintex UltraScale+ devices and products, including but not limited to Kintex UltraScale+ FPGA KCU116 Evaluation Kit;<br><br>• Artix UltraScale+ devices and products; | At least claim(s) 1 |

---

[1] As used herein, the term "Accused Products" also includes the "Exemplary Defendant Products" defined in the Complaint against Defendant that are, among other things, made, used, sold, imported by Defendant. (*See* D.I. 1-2.)

[2] WSOU reserves all rights to update, amend, and/or supplement the lists of Accused Products, and asserted patents, and asserted claims disclosed herein.

| U.S. Patent No. | Accused Products | Claims |
|---|---|---|
| | • Zynq UltraScale+ devices and products, including but not limited to Zynq UltraScale+ MPSoC ZCU102 Evaluation Kit, Zynq UltraScale+ MPSoC ZCU104 Evaluation Kit, Zynq UltraScale+ MPSoC ZCU106 Evaluation Kit, Zynq UltraScale+ RFSoC ZCU216 Evaluation Kit, Zynq UltraScale+ RFSoC ZCU208 Evaluation Kit, Zynq UltraScale+ RFSoC ZCU1285 Characterization Kit, Zynq UltraScale+ RFSoC ZCU111 Evaluation Kit, Zynq UltraScale+ RFSoC ZCU1275 Characterization Kit, Zynq UltraScale+ RFSoC ZCU1275 Characterization Kit, and Zynq UltraScale+ RFSoC Development Kit with Qorvo RF Front End; and/or<br><br>• Any other Xilinx device, product, and/or instrumentality that operates using the similar components and/or functionality. | |

**2.      Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall produce the file history for each asserted patent.**

WSOU hereby provides the patent file history for the above-asserted patent.  The file history for the '838 patent is Bates-labeled WSOU-XILINX_000940 – WSOU-XILINX_001051.

**3.      Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall identify its damages model.**

WSOU is entitled to damages adequate to compensate it for Defendant's infringement together with pre-judgment interest, post-judgment interest, costs, attorneys' fees, and any damages under applicable law for exceptional case.  A determination of a reasonable royalty cannot be made at this time because much of the information that WSOU anticipates will be needed by its expert witnesses to estimate damages is not in its possession and will have to be

obtained through discovery from Defendant.  WSOU will rely on a damages expert and will

defer disclosure of its computation of damages until the time for Expert Disclosures in

accordance with the Court's Scheduling Order.

WSOU will supplement this response as information is provided by Defendant and,

further, in accordance with all disclosures relating to the opinions and testimony of testifying

experts.

Dated:  September 1, 2021

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
Jack Shaw
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Shelley Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309

Respectfully submitted,

DEVLIN LAW FIRM LLC

By:  */s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

-4-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 1, 2021, I have served a copy the above document via email on the counsel for Defendant.

*<u>/s/ James M. Lennon</u>*
James M. Lennon (No. 4570)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) | C.A. No. 20-cv-1231-CFC-JLH |
| Plaintiff, | ) ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| XILINX, INC., | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND DEVELOPMENT'S
<u>IDENTIFICATION OF ACCUSED PRODUCTS AND ASSERTED PATENTS</u>**

Pursuant to paragraph 7(a) of the Proposed Scheduling Order entered in the above-captioned action (D.I. 44), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"), through its undersigned counsel, hereby serves its (i) identification of the accused products, including accused methods and systems, (ii) damages model, (iii) the asserted patents that the accused products infringe, and (iv) file histories of the patents-in-suit, on Defendant Xilinx, Inc. ("Defendant").

These disclosures are based on information reasonably available to WSOU at this time. WSOU anticipates that discovery and other pretrial preparation will lead to additional relevant information. Additionally, WSOU reserves the right to clarify, amend, modify, and supplement the information contained in these disclosures as necessary pursuant to applicable rules.

1.      **Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall identify the accused products, including accused methods and systems, and the asserted patents that the accused products allegedly infringe and produce the file history for each asserted patent.**

Pursuant to paragraph 7(a) of the Proposed Scheduling Order, WSOU hereby identifies

for Defendant the following Accused Products[1] and asserted patent:[2]

| U.S. Patent No. | Accused Products | Claims |
|---|---|---|
| 7,613,938 | Xilinx boards and kits, including Xilinx FPGA boards, Xilinx SoC boards, Xilinx System-on-Modules, and Alveo Data Center accelerator cards, including but not limited to:<br><br>• Zynq UltraScale+ devices and products, including but not limited to RFSoC ZCU216 Evaluation Kit, MPSoC ZCU102 Evaluation Kit, MPSoC ZCU104 Evaluation Kit, MPSoC ZCU106 Evaluation Kit, RFSoC ZCU208 Evaluation Kit, RFSoC ZCU1285 Characterization Kit, RFSoC ZCU111 Evaluation Kit, RFSoC ZCU1275 Characterization Kit;<br>• Avnet Ultra96-V2 device and products;<br>• Avnet UltraZed-EV Starter Kit devices and products;<br>• UltraZed-EG Starter Kit devices and products;<br>• Zynq UltraScale+ RFSoC Development Kit with Qorvo RF Front End (Avnet) devices and products; and/or<br>• Any other Xilinx device, product, and/or instrumentality that operates using the similar components and/or functionality. | At least claim(s) 13 |

---

[1] As used herein, the term "Accused Products" also includes the "Exemplary Defendant Products" defined in the Complaint against Defendant that are, among other things, made, used, sold, imported by Defendant.  (*See* D.I. 1-5.)

[2] WSOU reserves all rights to update, amend, and/or supplement the lists of Accused Products, and asserted patents, and asserted claims disclosed herein.

**2.     Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall produce the file history for each asserted patent.**

WSOU hereby provides the patent file history for the above-asserted patent.  The file history for the '938 patent is Bates-labeled WSOU-XILINX_000595 – WSOU-XILINX_000728.

**3.     Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall identify its damages model.**

WSOU is entitled to damages adequate to compensate it for Defendant's infringement together with pre-judgment interest, post-judgment interest, costs, attorneys' fees, and any damages under applicable law for exceptional case.  A determination of a reasonable royalty cannot be made at this time because much of the information that WSOU anticipates will be needed by its expert witnesses to estimate damages is not in its possession and will have to be obtained through discovery from Defendant.  WSOU will rely on a damages expert and will defer disclosure of its computation of damages until the time for Expert Disclosures in accordance with the Court's Scheduling Order.

WSOU will supplement this response as information is provided by Defendant and, further, in accordance with all disclosures relating to the opinions and testimony of testifying experts.

Dated:  September 1, 2021

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
Jack Shaw
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Shelley Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309

Respectfully submitted,

DEVLIN LAW FIRM LLC

By:  */s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

-4-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 1, 2021, I have served a copy the above document via email on the counsel for Defendant.

<u>*/s/ James M. Lennon*</u>
James M. Lennon (No. 4570)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) | C.A. No. 20-cv-1228-CFC-JLH |
| Plaintiff, | ) ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| XILINX, INC., | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND DEVELOPMENT'S
<u>IDENTIFICATION OF ACCUSED PRODUCTS AND ASSERTED PATENTS</u>**

Pursuant to paragraph 7(a) of the Proposed Scheduling Order entered in the above-captioned action (D.I. 45), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"), through its undersigned counsel, hereby serves its (i) identification of the accused products, including accused methods and systems, (ii) damages model, (iii) the asserted patents that the accused products infringe, and (iv) file histories of the patents-in-suit, on Defendant Xilinx, Inc. ("Defendant").

These disclosures are based on information reasonably available to WSOU at this time. WSOU anticipates that discovery and other pretrial preparation will lead to additional relevant information.  Additionally, WSOU reserves the right to clarify, amend, modify, and supplement the information contained in these disclosures as necessary pursuant to applicable rules.

-1-

1.    **Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall identify the accused products, including accused methods and systems, and the asserted patents that the accused products allegedly infringe and produce the file history for each asserted patent.**

Pursuant to paragraph 7(a) of the Proposed Scheduling Order, WSOU hereby identifies

for Defendant the following Accused Products[1] and asserted patent:[2]

| U.S. Patent No. | Accused Products | Claims |
|---|---|---|
| 6,784,653 | Xilinx Filed Programmable Gate Arrays ("FPGA") devices and System on Chip ("SoC") devices with transceivers (such as the GTY and GTH transceivers), and evaluation kits that comprise the foregoing devices, including but not limited to:<br><br>• Xilinx Spartan-6 devices and/or products;<br><br>• Xilinx Vertex-7 devices and/or products;<br><br>• Xilinx Kintex-7 devices and/or products;<br><br>• Xilinx Artix-7 devices and/or products;<br><br>• Xilinx Spartan-7 devices and/or products;<br><br>• Xilinx Kintex UltraScale devices and/or products;<br><br>• Xilinx Kintex UltraScale+ devices and/or products;<br><br>• Xilinx Virtex UltraScale devices and/or products;<br><br>• Xilinx Virtex UltraScale+ devices and/or products; | At least claims 1, 7 |

---

[1] As used herein, the term "Accused Products" also includes the "Exemplary Defendant Products" defined in the Complaint against Defendant that are, among other things, made, used, sold, imported by Defendant.  (*See* D.I. 1-2.)

[2] WSOU reserves all rights to update, amend, and/or supplement the lists of Accused Products, and asserted patents, and asserted claims disclosed herein.

| U.S. Patent No. | Accused Products | Claims |
|---|---|---|
| | • Xilinx Artix UltraScale+ devices and/or products;<br><br>• Xilinx Zynq-7000 SoC devices and/or products;<br><br>• Xilinx Zynq UltraScale+ MPSoC devices and/or products;<br><br>• Xilinx Zynq UltraScale+ RFSoC devices and/or products;<br><br>• Xilinx Versal ACAP devices and/or products;<br><br>• Xilinx Kintex UltraScale FPGA KCU105 Evaluation Kit with transceivers, such as GTY and/or GTH transceivers;<br><br>• Xilinx Kintex UltraScale FPGA KCU1250 Characterization Kit with transceivers, such as GTY and/or GTH transceivers;<br><br>• Xilinx Kintex UltraScale+ FPGA KCU116 Evaluation Kit with transceivers, such as GTY and/or GTH transceivers;<br><br>• Xilinx Virtex UltraScale FPGA VCU108 Evaluation Kit with transceivers, such as GTY and/or GTH transceivers;<br><br>• Xilinx Virtex UltraScale FPGA VCU108 Evaluation Kit with transceivers, such as GTY and/or GTH transceivers;<br><br>• Xilinx Virtex UltraScale+ FPGA VCU118 Evaluation Kit with transceivers, such as GTY and/or GTH transceivers;<br><br>• Zynq UltraScale+ MPSoC ZCU102 Evaluation Kit with transceivers, such as GTY and/or GTH transceivers; | |

| U.S. Patent No. | Accused Products | Claims |
|---|---|---|
| | <ul><li>Zynq UltraScale+ MPSoC ZCU104 Evaluation Kit with transceivers, such as GTY and/or GTH transceivers;</li><li>Zynq UltraScale+ MPSoC ZCU106 Evaluation Kit with transceivers, such as GTY and/or GTH transceivers; and/or</li><li>Any other Xilinx product or instrumentality that operates using the similar components and/or functionality</li></ul> | |

**2.      Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall produce the file history for each asserted patent.**

WSOU hereby provides the patent file history for the above-asserted patent.  The file history for the '653 patent is Bates-labeled WSOU-XILINX_000006 – WSOU-XILINX_000446.

**3.      Pursuant to Paragraph 7(a) of the Proposed Scheduling Order, Plaintiff shall identify its damages model.**

WSOU is entitled to damages adequate to compensate it for Defendant's infringement together with pre-judgment interest, post-judgment interest, costs, attorneys' fees, and any damages under applicable law for exceptional case.  A determination of a reasonable royalty cannot be made at this time because much of the information that WSOU anticipates will be needed by its expert witnesses to estimate damages is not in its possession and will have to be obtained through discovery from Defendant.  WSOU will rely on a damages expert and will defer disclosure of its computation of damages until the time for Expert Disclosures in accordance with the Court's Scheduling Order.

WSOU will supplement this response as information is provided by Defendant and, further, in accordance with all disclosures relating to the opinions and testimony of testifying experts.

Dated:  September 1, 2021

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
Jack Shaw
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Shelley Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309

Respectfully submitted,

DEVLIN LAW FIRM LLC

By:  */s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 1, 2021, I have served a copy the above document via email on the counsel for Defendant.

<u>*/s/ James M. Lennon*</u>
James M. Lennon (No. 4570)