# EXHIBIT L

# JONES DAY

555 SOUTH FLOWER STREET • FIFTIETH FLOOR • LOS ANGELES, CALIFORNIA 90071.2452

TELEPHONE: +1.213.489.3939 • FACSIMILE: +1.213.243.2539

Direct Number: (213) 243-2559
jonathansmith@jonesday.com

February 25, 2022

VIA UPS OVERNIGHT AND E-MAIL JWHITEHILL@KASOWITZ.COM

Joshua A. Whitehill, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

Re: *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Xilinx, Inc.*, C.A. No. 20-1228-CFC-JLH (Consolidated)

Dear Counsel:

Enclosed are corrected hardcopy printouts of schematics previously produced bearing Bates labels XILINX_WSOU_Schematic that end in numbers 01-02, 06, 09, 15-16, 18, 20-21, 26, 35, 37-38. The schematic printouts comprise information designated "HIGHLY CONFIDENTIAL – SOURCE CODE" pursuant to the Protective Order (D.I. 64) and should be handled accordingly. These hardcopy printouts correct inadvertent production errors, in which certain underlying files were not originally included on the Source Code computer, resulting in reproduction errors with Xilinx schematics in a few instances. The underlying files also have been added to the Source Code review computer.

Regarding collection of additional technical documents relating to the Spartan devices, based upon our further investigation, we have confirmed that responsive documents had been produced previously and were already available for review on the Source Code computer.

If you have any questions, please contact us.

Very truly yours,

/s/ Jonathan Smith

Jonathan McNeal Smith

cc: All Counsel of Record

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON