# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>XILINX, INC.,<br><br>　　　　　　　Defendant. | C.A. No. 1:20-cv-01228-CFC-JLH<br>(Consolidated) |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant Xilinx, Inc. ("Xilinx"), subject to the approval of the Court, that:

1.　　WSOU's time to serve its reply claim construction brief is hereby extended by one day to March 11, 2022;

2.　　Xilinx's time to serve its sur-reply claim construction brief is also hereby extended by one day to March 25, 2022; and

3.　　The parties' joint claim construction brief submission remains due on April 5, 2022 and no other deadlines set forth in the Court's Scheduling Order (D.I. 63) are affected by this stipulation.

Dated: March 9, 2022

| | |
|---|---|
| DEVLIN LAW FIRM LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ James M. Lennon* | */s/ Robert M. Vrana* |
| James M. Lennon (No. 4570) | Anne Shea Gaza (No. 4093) |
| Peter Akawie Mazur (No. 6732) | Robert M. Vrana (No. 5666) |
| 1526 Gilpin Avenue | Rodney Square |
| Wilmington, DE 19806 | 1000 North King Street |
| (302) 440-9010 | Wilmington, DE 19801 |
| jlennon@devlinlawfirm.com | (302) 571-6600 |
| pmazur@devlinlawfirm.com | agaza@ycst.com |
| | rvrana@ycst.com |
| *Attorneys for Plaintiff* | |
| *WSOU Investments, LLC d/b/a* | *Attorneys for Defendant Xilinx, Inc.* |
| *Brazos Licensing and Development* | |

SO ORDERED this \_\_\_\_ day of March, 2022.

_____
United States Magistrate Judge