# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>Plaintiff,<br><br>v.<br><br>**Xilinx, Inc.,**<br><br>Defendant. | C.A. No. 1:20-cv-01228-CFC-JLH (Consolidated)<br><br>JURY TRIAL DEMANDED<br><br>▆▆▆▆▆▆▆▆<br><br>**REDACTED - PUBLIC VERSION** |

## EXHIBITS M AND N TO PLAINTIFF'S
## RESPONSIVE LETTER TO THE HONORABLE JENNIFER L. HALL
## REGARDING DISCOVERY DISPUTES

Dated: March 3, 2022

DEVLIN LAW FIRM LLC
James M. Lennon (No. 4570)
Peter Akawie Mazur (No. 6732)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com
pmazur@devlinlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that copies of the within filing were served on counsel of record via electronic mail on March 3, 2022.

                                                          */s/ James M. Lennon*
                                                          James M. Lennon