# EXHIBIT M

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>                         Plaintiff,<br><br>        v.<br><br>XILINX, INC.,<br><br>                    Defendant. | C.A. No. 20-1228-CFC-JLH<br>(Consolidated) |

## DEFENDANT XILINX, INC.'S INITIAL INVALIDITY CONTENTIONS

# TABLE OF CONTENTS

**Page**

I.  Introduction ................................................................................................1

II.  U.S. Patent No. 6,784,653 ............................................................................5

    A.  Identification Of Prior Art ...................................................................5

    B.  Anticipation And Obviousness Grounds ..............................................7

    C.  Claim Charts ....................................................................................26

    D.  Grounds Based On 35 U.S.C. § 112 ...................................................27

III.  U.S. Patent No. 7,068,950 ..........................................................................27

    A.  Identification Of Prior Art .................................................................27

    B.  Anticipation And Obviousness Grounds ............................................32

    C.  Claim Charts ....................................................................................43

    D.  Grounds Based On 35 U.S.C. § 112 ...................................................44

IV.  U.S. Patent No. 7,613,938 ..........................................................................45

    A.  Identification Of Prior Art .................................................................45

    B.  Anticipation And Obviousness Grounds ............................................49

    C.  Claim Charts ....................................................................................60

    D.  Grounds Based On 35 U.S.C. § 112 ...................................................61

    E.  Grounds Based On 35 U.S.C. § 101 ...................................................62

V.  U.S. Patent No. 7,903,971 ..........................................................................62

    A.  Identification Of Prior Art .................................................................62

    B.  Anticipation And Obviousness Grounds ............................................67

    C.  Claim Charts ....................................................................................76

VI.  U.S. Patent No. 9,312,838 ..........................................................................77

    A.  Identification Of Prior Art .................................................................77

    B.  Anticipation And Obviousness Grounds ............................................81

    C.  Claim Charts ....................................................................................86

VII.  Document Production Accompanying Initial Invalidity Contentions ...............88

Xilinx's Initial Invalidity Contentions

## I. __INTRODUCTION__

Pursuant to Paragraph 7(d) of this Court's Scheduling Order (Doc. 63), Defendant Xilinx, Inc. ("Xilinx") hereby serves its Initial Invalidity Contentions and accompanying document production on Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). These Initial Invalidity Contentions address the following patents ("asserted patents") and their patent claims ("asserted claims"), as asserted by WSOU in its October 27, 2021 Initial Claims Chart ("Infringement Contentions") and the amendments to WSOU's Infringement Contentions provided on November 8, 2021:

- U.S. Patent No. 6,784,653: claims 1 and 7.
- U.S. Patent No. 7,068,950: claims 1 and 17.
- U.S. Patent No. 7,613,938: claim 13.
- U.S. Patent No. 7,903,971: claims 1 and 15.
- U.S. Patent No. 9,312,838: claim 1.

Xilinx reserves the right to amend and supplement these Initial Invalidity Contentions to the full extent allowed by the Court's Scheduling Order and following the Court's Claim Construction Order, including to produce final invalidity contentions and any supplementation of invalidity references under Paragraph 7(f) and the schedule of the Scheduling Order. This may include disclosing or charting additional prior art references or combinations of references. This also may include providing additional obviousness combinations and motivations to combine the prior art, or further explaining those combinations and motivations to combine. And, this may include providing additional contentions regarding lack of enablement, lack of written description, indefiniteness, and unpatentable subject matter.

Xilinx's Initial Invalidity Contentions do not constitute an admission that any of the accused products infringe the asserted claims literally or under the doctrine of equivalents. Unless otherwise stated, Xilinx has relied on the claim constructions of the asserted claims that WSOU has adopted in its Infringement Contentions. Such reliance should not be taken to mean that Xilinx adopts or agrees with WSOU's apparent constructions. Xilinx reserves its right to

Xilinx's Invalidity Contentions

contest WSOU's apparent constructions, and to otherwise present Xilinx's own proposed claim constructions for each of the asserted patents and their asserted claims under Paragraphs 11–13 of the Court's Scheduling Order.

Xilinx's Initial Invalidity Contentions are based, in part, on the apparent claim constructions presented by WSOU's Infringement Contentions.  However, those contentions suffer from a number of deficiencies.  Xilinx has raised these deficiencies in its November 11, 2021 Letter from J. Smith to H. Stern ("ICs Deficiencies Letter").  To date, WSOU has not provided any substantive response to Xilinx's ICs Deficiencies Letter regarding WSOU's failures to provide sufficient notice of WSOU's infringement theories.  Due to the deficiencies with WSOU's Infringement Contentions, Xilinx reserves the right to amend and supplement these Initial Invalidity Contentions, including in the event that WSOU provides additional claim charts for Xilinx's accused products or presents additional, apparent claim constructions for the asserted claims.  Xilinx also reserves the right to amend and supplement these Initial Invalidity Contentions if WSOU in any way amends or supplements its Infringement Contentions.

Xilinx's Initial Invalidity Contentions are made in the alternative, and they should not be interpreted or relied upon, or in any way affect, the noninfringement arguments Xilinx intends to assert in this case.  Xilinx does not infringe any of the asserted patents or their asserted claims.  To the extent that Xilinx raises prior art versions of its accused products or their accused features and components, Xilinx's doing so is not an admission that its accused products infringe any of the asserted claims.  Instead, Xilinx has done so under the "century-old axiom of patent law that a product 'which would literally infringe if later in time anticipates if earlier.'"  *Upsher-Smith Labs., Inc. v. Pamlab, L.L.C.*, 412 F.3d 1319, 1322 (Fed. Cir. 2005) (citations omitted); *accord Peters v. Active Mfg. Co.* 129 U.S. 530, 537(1889) ("That which infringes, if later, would anticipate, if earlier.").  Accordingly, to the extent that the allegedly-infringing features and components accused by WSOU are in prior art versions of the Xilinx products, then the asserted claims are anticipated, and the claims also may be obvious as a result.

Xilinx's Initial Invalidity Contentions, including the appended claim charts, include

citations to representative and exemplary disclosures in the prior art identifying where and how each limitation of the asserted claims is found in the prior art.  These citations provide notice regarding Xilinx's invalidity contentions and where and how the limitations are found in the prior art, as well as why it would have been obvious to combine the prior art.   Accordingly, Xilinx may not cite every disclosure of a limitation in the prior art, and its explanations regarding motivations to combine the prior art rely upon representative and exemplary citations and explanation.  Xilinx reserves the right to rely on additional and similar disclosures within the prior art references related to the cited disclosures, as well as to provide further explanation regarding motivations to combine the prior art.  Xilinx also reserves the right to rely upon expert testimony and evidence in support of its invalidity contentions.  Xilinx further reserves the right to rely on additional, similar, or other disclosures that may become applicable in light of any claim constructions, changes in WSOU's infringement theories, and information obtained during discovery.

Where Xilinx cites to a particular figure in a prior art reference, the citation should be understood to encompass the caption and description of the figure and vice versa.  Where Xilinx cites and relies on a patent or patent publication, Xilinx necessarily cites, relies on, and incorporates by reference as additional prior art foreign and domestic priority applications, publications, and patents cited in the identified patent or patent publication.  The cited patents and patent publications are intended to be representative of related patents and publications (e.g., divisionals, continuations, continuations-in-part, parents, children, and other relationships and claims of priority).  The cited patents and patent publications are also intended to be representative of counterparts in other jurisdictions, and other patents and publications that they incorporate (or are incorporated in) by reference.  Xilinx reserves the right to rely on uncited portions of the prior art references, and on other evidence, including expert testimony, to explain the disclosures in the prior art references, as evidence of the state of the art, and as evidence that the asserted claims would have been obvious in view of the prior art references.

Xilinx incorporates in full all prior art references, and other admitted prior art, cited and

Xilinx's Invalidity Contentions

described in the asserted patents, the references incorporated by reference in those references, and the prosecution history of each asserted patent.

In the Initial Invalidity Contentions, reference to "a person of ordinary skill in the art," or any other similar term, refers to a person having ordinary skill in the art at the time of the alleged invention as set forth in 35 U.S.C. § 103 for the particular asserted patent being discussed.

The prior art references identified in Xilinx's Initial Invalidity Contentions may disclose the elements of the relevant asserted claim(s) explicitly or inherently.  In certain instances, obviousness based on a single reference or a combination of references may be asserted in the alternative to anticipation.  By disclosing obviousness as an alternative to anticipation, Xilinx does not concede that the anticipatory reference is not in fact anticipatory.  Further, Xilinx may assert that a reference both anticipates an asserted claim, as well as renders obvious the asserted claim in combination with another prior art reference or when viewed and understood with the knowledge of a person of ordinary skill in the art.

In certain instances, Xilinx has disclosed and charted as invalidating certain prior art patents and printed publications.  Xilinx also asserts that any and all prior art products, apparatuses, systems, methods, and tangible things that reduce to practice or embody the matters disclosed by the charted prior art patents and printed publications also anticipate or render obvious the asserted claims.  Xilinx's discovery into the prior art is ongoing.  Xilinx reserves the right to further identify any specific prior art products, apparatuses, systems, methods, and tangible things that practice or embody the prior art and that qualifies as prior art under 35 U.S.C. § 102 due to prior manufacture, use, sale, offer for sale, or importation.

WSOU has not provided any validity contentions or otherwise explained why the asserted claims are not invalid for the reasons discussed in these Initial Invalidity Contentions.  For example, WSOU has not yet identified which limitations it asserts are not found in the prior art, or why it asserts that it would not have been obvious to combine certain prior art.  WSOU also has not provided any validity contentions regarding enablement, written description, definiteness, or patentable subject matter.  WSOU also has not provided any expert report on the

Xilinx's Invalidity Contentions

issue of validity or responding to these Initial Invalidity Contentions.  Xilinx reserves the right to amend and supplement these contentions based upon any validity contentions or other related evidence or assertions provided by WSOU later in fact or expert discovery.  This may include, but is not limited to, identifying additional prior art, further explaining how and why the claim limitations are found in the prior art, further explaining how and why it would have been obvious to combine the prior art, and presenting additional information and evidence regarding persons of ordinary skill in the art and their knowledge and understanding.

Xilinx reserves the right to present expert evidence and testimony in further support of these Invalidity Contentions and to otherwise demonstrate that the asserted claims are invalid.

Xilinx's Initial Invalidity Contentions are based on information currently available to Xilinx.  Xilinx's investigation and analysis is ongoing, and Xilinx may amend these Initial Invalidity Contentions as it obtains further information and discovery, including both fact and expert discovery.

## II.   U.S. PATENT NO. 6,784,653

### A.   Identification Of Prior Art

Xilinx identifies the following prior art that anticipates or renders obvious asserted claims 1 and 7 of U.S. Patent No. 6,784,653 ("the '653 patent"):

| Patents and Patent Publications | | |
|---|---|---|
| **Patent or Publication No.** | **Country** | **Date of Publication or Issue** |
| EP1143654A2 ("Waschura '654") | EP | October 10, 2001 |
| U.S. Patent No. 5,373,400 ("Kovacs") | USA | December 13, 1994 |
| U.S. Patent No. 5,333,147 ("Nohara") | USA | July 26, 1994 |
| U.S. Patent No. 6,728,311 ("Waschura") | USA | April 27, 2004 (filed April 4, 2000) |
| U.S. Patent No. 4,823,360 ("Tremblay") | USA | April 18, 1989 |
| U.S. Patent No. 5,220,581  ("Ferriaolo") | USA | June 15, 1993 |

| | | |
|---|---|---|
| U.S. Patent No. 6,433,899 ("Anslow") | USA | August 13, 2002 (filed December 15, 1998) |
| U.S. Patent No. 4,376,309 ("Fenderson") | USA | March 8, 1983 |
| U.S. Patent No. 5,774,242 ("O'Sullivan") | USA | June 30, 1998 |
| U.S. Patent No. 6,188,737 ("Bruce") | USA | February 13, 2001 (filed November 24, 1999) |
| U.S. Patent No. 5,502,746 ("Ozguc") | USA | March 26, 1996 |
| U.S. Patent No. 4,837,642 ("Smidth") | USA | June 6, 1989 |
| U.S. Patent No. 4,381,546 ("Armstrong") | USA | April 26, 1983 |
| U.S. Patent No. 4,449,223 ("Liskov") | USA | May 15, 1984 |
| U.S. Patent No. 4,475,210 ("Couch") | USA | October 2, 1984 |
| U.S. Patent No. 4,847,874 ("Kroeger") | USA | July 11, 1989 |
| U.S. Patent No. 5,736,875 ("Sakamoto") | USA | June 10, 1997 |
| U.S. Patent No. 6,278,391 ("Walker") | USA | August 21, 2001 (filed September 14, 2000) |
| U.S. Patent No. 6,282,592 ("Aston") | USA | August 8, 2001 (filed December 14, 1998) |
| U.S. Patent Pub. No. 2002/060820 ("Oliver") | USA | May 23, 2002 (filed October 16 2001) |
| EP1282256A1 ("Baumert") | EP | August 1, 2001 |
| GB2352597 ("Sugawara") | GB | September 11, 2002 (filed June 6, 2000) |
| U.S. Patent No. 5,001,367 ("Vinal '367") | USA | March 19, 1991 |
| U.S. Patent No. 5,391,949 ("Vinal '949") | USA | February 21, 1995 |
| U.S. Patent No. 6,463,108 ("Shakiba") | USA | October 8, 2002 (filed April 3, 1998) |

Xilinx's Invalidity Contentions

| U.S. Patent No. 6,643,346 ("Pedrotti") | USA | November 4, 2003 (filed February 23, 1999) |
| U.S. Patent No. 4,825,452 ("Wong") | USA | April 25, 1989 |
| U.S. Patent No. 5,138,633 ("Cortese") | USA | August 11, 1992 |
| U.S. Patent No. 5,202,902 ("Isard") | USA | April 13, 1993 |
| U.S. Patent No. 6,275,959 ("Ransijn") | USA | August 14, 2001 |
| U.S. Patent No. 5,889,802 ("Walker '802") | USA | March 30, 1999 |

| Other Printed Publications | | |
| --- | --- | --- |
| **Title** | **Author and Publisher** | **Date of Publication** |
| A 10Gb/s Eye Opening Monitor IC for Decision-Guided Optimization of the Frequency Response of an Optical Receiver | Tobias Ellermeyer | 2000 |
| Adaptation of an Electronic PMD Mitigation By Maximization of the Eye Opening | H. Bulow and W. Baumert | 2000 |
| Fast Eye Monitor for 10Gb/s and its Application for Optical PMD Compensation | H. Bulow and W. Baumert | 2000 |
| Understanding Eye-Pattern Analysis_ Evaluation Engineering | Clark Foley | May 1996 |
| The IEEE 1355 Standard: Developments, Performance and Application in High Energy Physics | Stefan Haas | December 1998 |

**B.    Anticipation And Obviousness Grounds**

Xilinx asserts that the following prior art anticipates the indicated asserted claims:

| Prior Art | Asserted Claim(s) Anticipated |
|---|---|
| Waschura | 1, 7 |
| Tremblay | 1, 7 |
| Bruce | 1, 7 |
| Anslow | 1, 7 |
| Nohara | 1, 7 |
| Pedrotti | 1, 7 |
| Ferraiolo | 1, 7 |
| Smidth | 1, 7 |

Xilinx asserts that the following prior art renders obvious the indicated asserted claims for the reasons provided:

| Prior Art | Asserted Claim(s) Rendered Obvious |
|---|---|
| Waschura | 1, 7 |
| Tremblay | 1, 7 |
| Bruce | 1, 7 |
| Fenderson | 1, 7 |
| Anslow | 1, 7 |
| Nohara | 1, 7 |
| Pedrotti | 1, 7 |
| Ferraiolo | 1, 7 |
| Smidth | 1, 7 |
| Waschura in view of Tremblay | 1, 7 |
| Waschura in view of Anslow | 1, 7 |
| Waschura in view of Nohara | 1, 7 |
| Waschura in view of Ferraiolo | 1, 7 |
| Waschura in view of Fenderson | 1, 7 |

Xilinx's Invalidity Contentions

| | |
|---|---|
| Waschura in view of Bruce | 1, 7 |
| Waschura in view of Smidth | 1, 7 |
| Tremblay in view of Nohara | 1, 7 |
| Tremblay in view of Ferraiolo | 1, 7 |
| Tremblay in view of Fenderson | 1, 7 |
| Tremblay in view of Bruce | 1, 7 |
| Tremblay in view of Pedrotti | 1, 7 |
| Tremblay in view of Smdith | 1, 7 |
| Tremblay in view of Anslow | 1, 7 |
| Nohara in view of Fenderson | 1, 7 |
| Nohara in view of Bruce | 1, 7 |
| Bruce in view of Ferraiolo | 1, 7 |
| Anslow in view of Smidth | 1, 7 |
| Anslow in view of Pedrotti | 1, 7 |
| Anslow in view of Fenderson | 1, 7 |
| Anslow in view of Ferraiolo | 1, 7 |
| Anslow in view of Bruce | 1, 7 |
| Anslow in view of Nohara | 1, 7 |

Tremblay:

In addition to anticipating asserted claims 1 and 7, Tremblay also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art. To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be

Xilinx's Invalidity Contentions

insubstantial.

Waschura:

In addition to anticipating asserted claims 1 and 7, Waschura also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Nohara:

In addition to anticipating asserted claims 1 and 7, Nohara renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Anslow:

In addition to anticipating asserted claims 1 and 7, Anslow also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Bruce:

In addition to anticipating asserted claims 1 and 7, Bruce also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine

Xilinx's Invalidity Contentions

its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Ferraiolo:

In addition to anticipating asserted claims 1 and 7, Ferraiolo also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Pedrotti:

In addition to anticipating asserted claims 1 and 7, Pedrotti also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Smidth:

In addition to anticipating asserted claims 1 and 7, Smidth also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill

Xilinx's Invalidity Contentions

in the art, and any differences between the reference and such a limitation would be insubstantial.

<u>Fenderson:</u>

Fenderson renders claims 1 and 7 obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art. To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

<u>Waschura in view of Tremblay:</u>

A person of ordinary skill in the art would have been motivated to combine Waschura and Tremblay to obtain well-known, expected benefits to Waschura, and would have had a reasonable expectation of success in making this combination. For example, Tremblay provides the benefit of utilizing a performance monitor for generating an adaptive threshold level for binary data regeneration. Tremblay, 3:47–68, Figs. 1, 3. Tremblay further teaches that a difference integrator could be utilized in combination with a performance monitor for error counting. *Id.* 4:18–34, Figs. 1, 3. Waschura can then apply these benefits to its design of an apparatus and method for eye diagram construction in order to adjust when errors are counted at an eye monitor.

There are many similarities between Waschura and Tremblay. For example, they both are related to generation of eye diagrams for evaluation of optical signals. Moreover, they both provide methods and apparatus for monitoring error rates due to reduced transmission quality.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device

Xilinx's Invalidity Contentions

ready for improvement to yield predictable results.

Waschura in view of Anslow:

A person of ordinary skill in the art would have been motivated to combine Waschura and Anslow to obtain well-known, expected benefits to Waschura, and would have had a reasonable expectation of success in making this combination.  For example, Anslow provides the benefit of comparing an average voltage to a threshold voltage to generate an diagram.  Anslow, 2:19–30, Fig. 1.  Anslow further teaches that a pseudo-error counting with the eye diagram wherein the same number of errors are counted above as counted below the average voltage, when measuring near the middle of the eye.  *Id.*  Waschura can then apply these benefits to its design of an apparatus and method for eye diagram construction in order to measure the quality of an optical signal such that the cause of error noise or distortion can be identified from the eye monitor.

There are many similarities between Waschura and Anslow.  For example, they both are relate to generation of eye diagrams for evaluation of optical signals.  Moreover, they both provides methods and apparatus for updating a variable voltage threshold for generation of the eye diagram.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Waschura in view of Nohara:

A person of ordinary skill in the art would have been motivated to combine Waschura and Tremblay to obtain well-known, expected benefits to Waschura, and would have had a reasonable expectation of success in making this combination.  For example, Nohara provides the benefit of generating a digital eye diagram which may be utilized in combination with a complex integrator. Nohara, 5:40–63, Figs. 3, 7.  Nohara further teaches that a complex integrator could be utilized in combination with an eye diagram for counting pseudo error rates.

Xilinx's Invalidity Contentions

*Id.* Waschura can then apply these benefits to its design of an apparatus and method for eye diagram construction in order to generate a digital eye diagram for edge monitoring or counting errors at circuit voltage and time measurements of an eye diagram.

There are many similarities between Waschura and Nohara.  For example, they both are related to generation of eye diagrams for evaluation of digital channel conditions.  Moreover, they both reference optical transmission systems or otherwise cite to publications that relate to optical fibers.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Waschura in view of Ferraiolo:

A person of ordinary skill in the art would have been motivated to combine Waschura and Ferraiolo to obtain well-known, expected benefits to Waschura, and would have had a reasonable expectation of success in making this combination.  For example, Ferraiolo provides the benefit utilizing a variable threshold level and counting the number of positive edge measurements above and below the threshold. *See*, Ferraiolo, 5:61–6:63, Figs. 3, 4. These counts are used to generate an understanding of the eyes horizontal shrinkage for the input signal. *Id.* Waschura can then apply these benefits to its design of an apparatus and method for eye diagram construction in order to adjust when errors are counted at an eye monitor.

There are many similarities between Waschura and Ferraiolo.  For example, they both are related to generation of eye diagrams for evaluation of optical signals.  Moreover, they both provide methods and apparatus for monitoring error rates due to reduced transmission quality.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device

Xilinx's Invalidity Contentions

ready for improvement to yield predictable results.

Waschura in view of Fenderson:

A person of ordinary skill in the art would have been motivated to combine Waschura and Fenderson to obtain well-known, expected benefits to Waschura, and would have had a reasonable expectation of success in making this combination. For example, Fenderson provides the benefit of generating an error signal based on multiple sampling times. Fenderson, 4:15–25, Figs. 1–2, 6. Fenderson further teaches that a difference integrator could be utilized in combination with a performance detection circuit for error counting. *Id.* 3:42–59, Figs. 1–2, 6. Waschura can then apply these benefits to its design of an apparatus and method for eye diagram construction in order to adjust when errors are counted at an eye monitor.

There are many similarities between Waschura and Fenderson. For example, they both are related to generation of eye diagrams for evaluation of digital transmission systems. Moreover, they both provides methods and apparatus for monitoring error rates due to reduced transmission quality.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Waschura in view of Bruce:

A person of ordinary skill in the art would have been motivated to combine Waschura and Bruce to obtain well-known, expected benefits to Waschura, and would have had a reasonable expectation of success in making this combination. For example, Bruce provides the benefit of utilizing a "pseudo channel" at upper and lower levels to generate pseudo-errors for binary data regeneration. Bruce, 7:36–8:23, Figs. 2, 4. Bruce further teaches that an integrator could be utilized in combination with the "pseudo channel" for pseudo-error counting. *Id.* Waschura can then apply these benefits to its design of an apparatus and method for eye diagram

Xilinx's Invalidity Contentions

construction in order to adjust when errors are counted at an eye monitor.

There are many similarities between Waschura and Bruce.  For example, they both are related to generation of eye diagrams for evaluation of  optical signals.  Moreover, they both provides methods and apparatus for monitoring error rates due to reduced transmission quality.  Both utilize comparators in combination with flip-flops, wherein the comparator compares the input signal to a variable threshold.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

<u>Waschura in view of Smidth:</u>

A person of ordinary skill in the art would have been motivated to combine Waschura and Tremblay to obtain well-known, expected benefits to Waschura, and would have had a reasonable expectation of success in making this combination.  For example, Smidth provides the benefit of a tracking system for threshold levels to distinguish between binary ones and zeroes. Smidth, 2:57–3:3, Figs. 1-2.  Waschura can then apply these benefits to its design of an apparatus and method for eye diagram construction in order to track voltage thresholds for accurate error detection at an eye monitor.

There are many similarities between Waschura and Smidth.  For example, they both are relate eye pattern diagrams and generation of eye diagrams to evaluate signal quality.  Moreover, they both provide methods and apparatus for monitoring error rates due to reduced transmission quality. Both utilize comparators in combination with flip-flops, wherein the comparator compares the input signal to a variable threshold.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device

Xilinx's Invalidity Contentions

ready for improvement to yield predictable results.

Tremblay in view of Nohara:

A person of ordinary skill in the art would have been motivated to combine Tremblay and Nohara to obtain well-known, expected benefits to Tremblay, and would have had a reasonable expectation of success in making this combination.  For example, Nohara provides the benefit of generating a digital eye diagram which may be utilized in combination with a complex integrator. Nohara, 5:40–63, Figs. 3, 7.  Nohara further teaches that a complex integrator could be utilized in combination with an eye diagram for counting pseudo error rates.  *Id.* Tremblay can then apply these benefits to improve its design of utilizing an adaptive threshold for eye monitoring in coordination with Nohara's digital eye diagram and complex integrator.

There are many similarities between Tremblay and Nohara.  For example, they both are related to generation of eye diagrams for evaluation of digital channel conditions.  Moreover, they both reference optical transmission systems for monitoring to optical fibers.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Tremblay in view of Ferraiolo:

A person of ordinary skill in the art would have been motivated to combine Tremblay and Ferraiolo to obtain well-known, expected benefits to Tremblay, and would have had a reasonable expectation of success in making this combination.  For example, Ferraiolo provides the benefit utilizing a variable threshold level and counting the number of positive edge measurements above and below the threshold. *See*, Ferraiolo, 5:61-6:63, Figs. 3-4. These counts are used to generate an understanding of the eyes horizontal shrinkage for the input signal. *Id.* Tremblay further teaches that a difference integrator could be utilized in combination with a performance monitor for error counting.  *Id.*  4:18–34, Figs. 1, 3. Tremblay can then apply these benefits to improve its design of utilizing an adaptive threshold for monitoring the eyes vertical shrinkage in

Xilinx's Invalidity Contentions

coordination with Ferraiolo's count to understand the horizontal shrinkage of the digital eye.

There are many similarities between Tremblay and Ferraiolo.  For example, they both are related to generation of eye diagrams for evaluation of optical signals.  Moreover, they both provide methods and apparatus for monitoring transmission quality.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

<u>Tremblay in view of Fenderson:</u>

A person of ordinary skill in the art would have been motivated to combine Tremblay and Fenderson to obtain well-known, expected benefits to Tremblay, and would have had a reasonable expectation of success in making this combination.  For example, Fenderson provides the benefit of generating an error signal based on multiple sampling times.  Fenderson, 4:15–25, Figs. 1–2, 6.  Fenderson further teaches that a difference integrator could be utilized in combination with a performance detection circuit for error counting.  *Id.*  3:42-59, Figs. 1–2, 6.  Tremblay can then apply these benefits to its design of a variable threshold for monitoring the vertical length of the signal eye by utilizing a difference integrator for error regeneration.

There are many similarities between Tremblay and Fenderson.  For example, they both are related to generation of eye diagrams for evaluation of  digital transmission systems.  Moreover, they both provides methods and apparatus for monitoring error rates due to reduced transmission quality.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

<u>Tremblay in view of Bruce:</u>

A person of ordinary skill in the art would have been motivated to combine Tremblay and

Xilinx's Invalidity Contentions

Bruce to obtain well-known, expected benefits to Tremblay, and would have had a reasonable expectation of success in making this combination.  For example, Bruce provides the benefit of utilizing a "pseudo channel" at upper and lower levels to generate pseudo-errors for binary data regeneration.  Bruce, 7:36-8:23, Figs. 2, 4.  Bruce further teaches that an integrator could be utilized in combination with the "pseudo channel" for pseudo-error counting. *Id.* Tremblay can then apply these benefits to its design of a variable threshold for monitoring the vertical length of the signal eye by utilizing the pseudo channels for pseudo error counting as described in Bruce.

There are many similarities between Tremblay and Bruce.  For example, they both are related to generation of eye diagrams for evaluation of optical signals.  Moreover, they both provides methods and apparatus for monitoring error rates due to reduced transmission quality.  Both utilize comparators in combination with flip-flops, wherein the comparator compares the input signal to a variable threshold.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Tremblay in view of Pedrotti:

A person of ordinary skill in the art would have been motivated to combine Tremblay and Pedrotti to obtain well-known, expected benefits to Tremblay, and would have had a reasonable expectation of success in making this combination.  For example, Pedrotti provides a frequency detector in combination with an integrator within a closed loop for clock recovery. Pedrotti, 7:46–60, Figs. 3, 6.  Tremblay further teaches that peak detectors in combination with a summing injunction for can operate in a closed loop to identify the widest part of the eye.  *Id.* 8:56–9:34, Figs. 3, 6. Tremblay can then apply these benefits to its design of a variable threshold for monitoring the vertical length of the signal eye by utilizing the phase-locked loop described in Pedrotti.

There are many similarities between Tremblay and Pedrotti.  For example, they both are

Xilinx's Invalidity Contentions

related to monitoring digital signals and characterizing transmission signal quality based on an eye diagram.  Moreover, they both provide methods and apparatus for monitoring error rates, such as an error signal or through adjusting the vertical threshold. Both Tremblay and Pedrotti discuss use within an optical network.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

<u>Tremblay in view of Anslow:</u>

A person of ordinary skill in the art would have been motivated to combine Tremblay and Anslow to obtain well-known, expected benefits to Tremblay, and would have had a reasonable expectation of success in making this combination.  For example, Anslow provides the benefit of comparing an average voltage to a threshold voltage to generate an diagram.  Anslow, 2:19–30, Fig. 1.  Anslow further teaches that a pseudo-error counting with the eye diagram wherein the same number of errors are counted above as counted below the average voltage, when measuring near the middle of the eye.  *Id.* Tremblay can then apply these benefits to its design of a variable threshold for monitoring the vertical length of the signal eye by utilizing the average voltage threshold of Anslow for comparison of pseudo-errors as an additional indicator of transmission quality.

There are many similarities between Tremblay and Anslow.  For example, they both are relate to generation of eye diagrams for evaluation of optical signals.  Moreover, they both provides methods and apparatus for updating a variable voltage threshold for generation of the eye diagram.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device

Xilinx's Invalidity Contentions

ready for improvement to yield predictable results.

Anslow in view of Bruce:

A person of ordinary skill in the art would have been motivated to combine Anslow and Bruce to obtain well-known, expected benefits to Anslow, and would have had a reasonable expectation of success in making this combination.  For example, Bruce provides the benefit of utilizing a "pseudo channel" at upper and lower levels to generate pseudo-errors for binary data regeneration.  Bruce, 7:36–8:23, Figs. 2, 4.  Bruce further teaches that an integrator could be utilized in combination with the "pseudo channel" for pseudo-error counting.  *Id.* Anslow can then apply these benefits to its design of an eye monitor for data regeneration, such as by utilizing multiple pseudo channels or the integrator for pseudo-error counting from Bruce.

There are many similarities between Anslow and Bruce.  For example, they both are related to generation of eye diagrams for evaluation of optical signals.  Moreover, they both provides methods and apparatus for monitoring error rates due to reduced transmission quality.  Both utilize comparators in combination with flip-flops, wherein the comparator compares the input signal to a variable threshold.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Anslow in view of Fenderson:

A person of ordinary skill in the art would have been motivated to combine Anslow and Fenderson to obtain well-known, expected benefits to Anslow, and would have had a reasonable expectation of success in making this combination.  For example, Fenderson provides the benefit of generating an error signal based on multiple sampling times.  Fenderson, 4:15–25, Figs. 1–2, 6.  Fenderson further teaches that a difference integrator could be utilized in combination with a performance detection circuit for error counting.  *Id.*  3:42–59, Figs. 1-2, 6. Anslow can then apply these benefits to its design of an eye monitor for data regeneration, such as the utilizing an

Xilinx's Invalidity Contentions

error signal from Fenderson to adjust the pattern generator or provide additional transmission quality information.

There are many similarities between Anslow and Fenderson. For example, they both are related to generation of eye diagrams for evaluation of digital transmission systems. Moreover, they both provides methods and apparatus for monitoring error rates due to reduced transmission quality.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

<u>Anslow in view of Nohara:</u>

A person of ordinary skill in the art would have been motivated to combine Anslow and Nohara to obtain well-known, expected benefits to Anslow, and would have had a reasonable expectation of success in making this combination. For example, Nohara provides the benefit of generating a digital eye diagram which may be utilized in combination with a complex integrator. Nohara, 5:40-63, Figs. 3, 7. Nohara further teaches that a complex integrator could be utilized in combination with an eye diagram for counting pseudo error rates. *Id.* Anslow can then apply these benefits to its design of an eye monitor for data regeneration, such as by utilizing the digital eye diagram from Nohara to compare to the error rates generated by Anslow.

There are many similarities between Anslow and Nohara. For example, they both are related to generation of eye diagrams for evaluation of digital channel conditions. Moreover, they both utilize a variable threshold or detection threshold for comparison to the input signal through comparators.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device

Xilinx's Invalidity Contentions

ready for improvement to yield predictable results.

Anslow in view of Pedrotti:

A person of ordinary skill in the art would have been motivated to combine Anslow and Pedrotti to obtain well-known, expected benefits to Anslow, and would have had a reasonable expectation of success in making this combination.  For example, Pedrotti provides a frequency detector in combination with an integrator within a closed loop for clock recovery. Pedrotti, 7:46–60, Figs. 3, 6.  Tremblay further teaches that peak detectors in combination with a summing injunction for can operate in a closed loop to identify the widest part of the eye.  *Id.* 8:56–9:34, Figs. 3, 6. Anslow can then apply these benefits to its design of an eye monitor for data regeneration, such as by utilizing the phase-locked loop described in Pedrotti.

There are many similarities between Tremblay and Pedrotti.  For example, they both are related to monitoring digital signals and characterizing transmission signal quality based on an eye diagram.  Both Anslow and Pedrotti discuss the communication systems application within an optical network.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Anslow in view of Ferraiolo:

A person of ordinary skill in the art would have been motivated to combine Anslow and Ferraiolo to obtain well-known, expected benefits to Anslow, and would have had a reasonable expectation of success in making this combination.  For example, Ferraiolo provides the benefit utilizing a variable threshold level and counting the number of positive edge measurements above and below the threshold. *See*, Anslow, 5:61-6:63, Figs. 3-4. These counts are used to generate an understanding of the eyes horizontal shrinkage for the input signal. *Id.* Anslow further teaches that a difference integrator could be utilized in combination with a performance monitor for error counting.  *Id.*  4:18-34, Figs. 1, 3. Anslow can then apply these benefits to its

design of an eye monitor for data regeneration, such as by utilizing variable threshold count from Ferraiolo to adjust the voltage average in Anslow.

There are many similarities between Anslow and Ferraiolo.  For example, they both are related to generation of eye diagrams for evaluation of optical signals.  Moreover, they both provide methods and apparatus for monitoring transmission quality.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Nohara in view of Fenderson:

A person of ordinary skill in the art would have been motivated to combine Nohara and Fenderson to obtain well-known, expected benefits to Nohara, and would have had a reasonable expectation of success in making this combination.  For example, Fenderson provides the benefit of generating an error signal based on multiple sampling times.  Fenderson, 4:15-25, Figs. 1-2, 6. Fenderson further teaches that a difference integrator could be utilized in combination with a performance detection circuit for error counting.  *Id.*  3:42-59, Figs. 1-2, 6. Nohara can then apply these benefits to its design of a digital eye diagram by utilizing a difference integrator as its complex integrator, wherein one could remove the threshold counter.

There are many similarities between Nohara and Fenderson.  For example, they both are related to generation of eye diagrams for evaluation of  digital transmission systems using counting within different sampling times.  Moreover, they both utilize integrators in combination with a detection circuit for error counting.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device

Xilinx's Invalidity Contentions

ready for improvement to yield predictable results.

Nohara in view of Bruce:

A person of ordinary skill in the art would have been motivated to combine Nohara and Bruce to obtain well-known, expected benefits to Nohara, and would have had a reasonable expectation of success in making this combination.  For example, Bruce provides the benefit of utilizing a "pseudo channel" at upper and lower levels to generate pseudo-errors for binary data regeneration.  Bruce, 7:36–8:23, Figs. 2, 4.  Bruce further teaches that an integrator could be utilized in combination with the "pseudo channel" for pseudo-error counting.  *Id.* Nohara can then apply these benefits to its design of an apparatus for generating a digital eye diagram and identifying errors in order to count pseudo error in the lower or upper portion of the eye through a variable threshold count for particularized error count locations.

There are many similarities between Nohara and Bruce.  For example, they both are related to generation of eye diagrams for evaluation of digital transmission signals.  Moreover, they both provides methods and apparatus for monitoring error rates due to reduced transmission quality. Both utilize comparators in combination with flip-flops, wherein the comparator compares the input signal to a variable threshold.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Bruce in view of Ferraiolo:

A person of ordinary skill in the art would have been motivated to combine Bruce and Ferraiolo to obtain well-known, expected benefits to Bruce, and would have had a reasonable expectation of success in making this combination.  For example, Ferraiolo provides the benefit utilizing a variable threshold level and counting the number of positive edge measurements above and below the threshold. *See*, Bruce, 5:61-6:63, Figs. 3-4. These counts are used to generate an understanding of the eyes horizontal shrinkage for the input signal. *Id.* Bruce further

Xilinx's Invalidity Contentions

teaches that a difference integrator could be utilized in combination with a performance monitor for error counting. *Id.* 4:18-34, Figs. 1, 3. Bruce can then apply these benefits to its design of an apparatus and method for generating and measuring signal error by measuring horizontal eye shrinkage based on positive edge counts.

There are many similarities between Bruce and Ferraiolo. For example, they both are related to generation of eye diagrams for evaluation of optical signals. Moreover, they both provide methods and apparatus for monitoring error rates due to reduced transmission quality.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

### C. Claim Charts

Xilinx provides charts at the exhibit numbers indicated below, which identify specifically where and how in each alleged item of prior art each limitation of each asserted claim (anticipated or rendered obvious by the respective grounds identified above) is found, including for each limitation that Xilinx contends is governed by 35 U.S.C. § 112(a), the identity of the structure(s), act(s), or material(s) in each item of prior art that performs the claims function:

| Ground | Exhibit(s) |
|---|---|
| Waschura | A-1 |
| Tremblay | A-2 |
| Bruce | A-3 |
| Fenderson | A-4 |
| Anslow | A-5 |
| Nohara | A-6 |
| Pedrotti | A-7 |
| Ferriolo | A-8 |
| Smidth | A-9 |

### D.      Grounds Based On 35 U.S.C. § 112

<u>35 U.S.C. § 112(a) – Lack of Written Description / Lack of Enablement:</u>

Asserted claims 1 and 7 of the '653 patent are invalid because there is inadequate written description support and enablement for at least the claim limitations: "output signal of the integrator is used to recognize the edges of the eye diagram" and "using an output signal of the integrator to recognize the edges of the eye diagram."  Based on Defendant's current understanding of Plaintiff's infringement allegations and claim construction positions, it appears Plaintiff may contend that the Ueyenew signals provides a second value which may be used to indicate the edges of an eye diagram.  The '653 patent does not describe the second value and does not indicate a mechanism for calculating threshold values Ut1, Ut2 for comparing Ueyenew to threshold values and indicating edges of the eye diagram.  Consequently, the '653 patent does not "convey with reasonable clarity to those skilled in the art that, as of the filing date sought, [the inventor] was in possession," *Vas-Cath Inc. v. Mahurkar*, 935 F.2d 1555, 1563–64 (Fed. Cir. 1991), of the claim's limitation that "used to recognize the edges of the eye diagram" without elements to compare Uout to Ueyenew such as a EXOR logic gate.  Further, for these same reasons and due to this lack of disclosure, the specification and claims of the '653 patent do not enable a person of ordinary skill in the art to practice the full scope of the asserted claims without undue experimentation.

### III.      <u>U.S. PATENT NO. 7,068,950</u>

### A.      Identification Of Prior Art

Xilinx identifies the following prior art that anticipates or renders obvious asserted claims 13, 14, 15, and 16 of U.S. Patent No. 7,068,950 ("the '950 patent"):

| Patents and Patent Publications | | |
|---|---|---|
| **Patent or Publication No.** | **Country** | **Date of Publication or Issue** |
| U.S. Patent No. 7,013,091 ("Corbeil") | USA | March 14, 2006 (filed January 16, 2002) |
| U.S. Patent No. 7,209,669 ("Kang '669") | USA | April 24, 2007 (provisional |

Xilinx's Invalidity Contentions

| | | filed February 1, 2002) |
|---|---|---|
| U.S. Patent No. 7,394,992 ("Kimmitt") | USA | July 1, 2008 (filed March 11, 2003) |
| U.S. Patent Application Publication No. 2002/0001115 ("Ishida") | USA | January 3, 2002 |
| U.S. Patent No. 6,952,534 ("Sikora") | USA | October 4, 2005 (filed August 10, 2001) |
| U.S. Patent No. 7,312,909 ("Glingener") | USA | December 25, 2007 (PCT filed December 19, 2000) |
| U.S. Patent No. 6,677,820 ("Miyatani") | USA | January 13, 2004 (filed December 31, 2001) |
| U.S. Patent No. 6,671,079 ("Fuller") | USA | December 30, 2003 (filed December 14, 2001) |
| U.S. Patent No. 7,680,665 ("Shigyo") | USA | March 16, 2010 (PCT filed August 24, 2001) |
| U.S. Patent No. 6,768,827 ("Yoo") | USA | July 27, 2004 (filed February 22, 2002) |
| U.S. Patent Application Publication No. 2002/0176129 ("Dinu") | USA | November 28, 2002 (provisional filed May 23, 2001) |
| U.S. Patent No. 1,666,206 ("Hartley") | USA | April 17, 1928 |
| U.S. Patent No. 4,513,249 ("Baghdady") | USA | April 23, 1985 |
| U.S. Patent No. 4,546,322 ("Crutcher") | USA | October 8, 1985 |
| U.S. Patent No. 5,367,536 ("Tsujimoto") | USA | November 22, 1994 |
| U.S. Patent No. 5,418,815 ("Ishikawa") | USA | May 23, 1995 |
| U.S. Patent No. 5,754,607 ("Powell") | USA | May 19, 1998 |

Xilinx's Invalidity Contentions

| | | |
|---|---|---|
| U.S. Patent No. 5,784,403 ("Scott") | USA | July 21, 1998 |
| U.S. Patent No. 5,873,065 ("Akagiri") | USA | February 16, 1999 |
| U.S. Patent No. 6,112,067 (:Seike") | USA | August 29, 2000 |
| U.S. Patent No. 6,204,709 ("Searle") | USA | March 20, 2001 |
| U.S. Patent No. 6,347,128 ("Ransijn") | USA | February 12, 2002 (filed July 20, 1998) |
| U.S. Patent No. 6.417,942 ("Seto") | USA | July 9, 2002 (filed February 3, 1999) |
| U.S. Patent No. 6,487,352 ("Sobiski") | USA | November 26, 2002 (filed February 16, 2001) |
| U.S. Patent No. 6,490.727 ("Nazarathy") | USA | December 3, 2002 (October 7, 1999) |
| U.S. Patent No. 6,496,079 ("Pleasant") | USA | December 17, 2002 (filed May 22, 2001) |
| U.S. Patent No. 6,526,109 ("Chang") | USA | February 25, 2003 (filed December 5, 2000) |
| U.S. Patent No. 6,549,046 ("Klecka, III") | USA | April 15, 2003 (filed December 29, 2000) |
| U.S. Patent No. 6,731,906 ("Sokolovskiy") | USA | May 4, 2001 |
| U.S. Patent No. 6,836,739 ("Sato") | USA | December 28, 2004 (PCT filed June 12, 2001) |
| U.S. Patent No. 6,978,937 ("Iwaguchi") | USA | December 27, 2005 (continuation of application filed January 25, 2002) |
| U.S. Patent No. 7,167,533 ("Glenn") | USA | January 23, 2007 (filed June 30, 2001) |

Xilinx's Invalidity Contentions

| U.S. Patent Application No. 60353628PO | USA | February 1, 2002 |
|---|---|---|
| US. Patent Application No. 60364822PO | USA | March 18, 2002 |
| U.S. Patent Application No. 2001/0030791 ("Taneda") | USA | October 18, 2001 |
| U.S. Patent No. 2002/0121892 ("Vandersteen") | USA | September 5, 2002 (filed May 31, 2001) |
| U.S. Patent No. 2002/0149824 ("Beaulieu") | USA | October 17, 2002 (filed February 27, 2001) |
| U.S. Patent No. 2002/0191260 ("Bergano") | USA | December 19, 2002 (filed January 17, 2001) |
| U.S. Patent No. 2002/0191261 ("Notargiacomo") | USA | December 19, 2002 (PCT filed December 20, 2000) |
| U.S. Patent No. 2005/0143987 ("Cox") | USA | June 30, 2005 (provisional filed December 10, 1999) |
| U.S. Patent No. 2008/0144701 ("Gold") | USA | June 19, 2008 (filed April 9, 2001) |

Xilinx's Invalidity Contentions

| Other Printed Publications | | |
|---|---|---|
| **Title** | **Author and Publisher** | **Date of Publication** |
| A 1.25 Gigabit Per Second Binary-Phase-Shift-Keyed Optical Homodyne Receiver ("Gonta") | Igor D. Gonta | June 1995 |
| A novel method for synchronizing the pulse carver and electroabsorption data modulator RZ optical transmitters ("Kang '628") | Inuk Kang et al. | At least as early as February 1, 2002 |
| Method for Ensuring Time Synchronization between Data Modulator and Pulse Carver in Return-to-Zero Optical Transmitters ("Mintera") | Mintera Corporation | At least as early as March 15, 2002 |
| Direct-Conversion Radio Transceivers for Digital Communications | Asad A. Abidi | December 1995 |
| Design Considerations for Direct-Conversion Receivers | Behzad Razavi | June 1997 |
| Recent Developments in High Integration Multi-Standard CMOS Transceivers for Personal Communication Systems | Jacques C. Rudell, et al | |
| A Third Method of Generation and Detection of Single-Sideband Signals | Donald K. Weaver, Jr. | |
| Frequency and Time – Their Measurement and Characterization | Samuel R. Stein | 1985 |
| Homodyne | F. M. Colebrook | February 20, 1924 |
| A High Stability, Low Noise RF Distribution System | Josef Frisch, et al | 2001 |

Xilinx's Invalidity Contentions

| A 900-MHz Transceiver Chipset for Two-Way Paging Applications | Sergio A. Sanielevici, et al | December 1998 |
|---|---|---|

### B.    Anticipation And Obviousness Grounds

Xilinx asserts that the following prior art anticipates the indicated asserted claims:

| Prior Art | Asserted Claim(s) Anticipated |
|---|---|
| Corbeil | 1, 17 |
| Glingener | 1, 17 |
| Gonta | 1, 17 |
| Ishida | 1, 17 |
| Kang '628 | 1, 17 |
| Kang '669 | 1, 17 |
| Kimmitt | 1, 17 |
| Mintera | 1, 17 |
| Miyatani | 1, 17 |
| Sikora | 1, 17 |

Xilinx asserts that the following prior art renders obvious the indicated asserted claims for the reasons provided:

| Prior Art | Asserted Claim(s) Rendered Obvious |
|---|---|
| Corbeil | 1, 17 |
| Corbeil in view of Dinu | 1, 17 |
| Glingener | 1, 17 |
| Glingener in view of Dinu | 1, 17 |
| Gonta | 1, 17 |
| Gonta in view of Dinu | 1, 17 |
| Ishida | 1, 17 |
| Ishida in view of Dinu | 1, 17 |

Xilinx's Invalidity Contentions

| | |
|---|---|
| Kang '628 | 1, 17 |
| Kang '628 in view of Dinu | 1, 17 |
| Kang '669 | 1, 17 |
| Kang '669 in view of Dinu | 1, 17 |
| Kimmitt | 1, 17 |
| Kimmitt in view of Dinu | 1, 17 |
| Mintera | 1, 17 |
| Mintera in view of Dinu | 1, 17 |
| Miyatani | 1, 17 |
| Miyatani in view of Dinu | 1, 17 |
| Sikora | 1, 17 |
| Sikora in view of Dinu | 1, 17 |

Corbeil:

In addition to anticipating asserted claims 1 or 17, Corbeil also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Corbeil in view of Dinu:

A person of ordinary skill in the art would have been motivated to combine Corbeil and Dinu to obtain well-known, expected benefits to Corbeil, and would have had a reasonable expectation of success in making this combination.  For example, Dinu provides the benefits of identifying the presence of misalignment between a pulse carver and a data modulator at the transmitter by locating a dip in the power spectrum at a frequency corresponding to about 0.5 of

the modulation clock frequency.  Dinu, ¶ [0055], Figs. 5–7.  Dinu therefore teaches that a decrease in the amplitude of the 1/(2T) component may be indicative of misalignment, whereas a maximum amplitude of that spectral component may correspond to proper alignment.  *Id.*  Corbeil can then apply these benefits to its design of an optical transmitter in order to correct for misalignment at an optical modulator.

There are many similarities between Corbeil and Dinu.  For example, they both related to synchronization of pulse and data sources in an optical transmitter.  Moreover, they both provides methods and apparatus for correcting misalignment in part by analyzing the power of a transmitted signal and generating a feedback signal based on that analysis.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Glingener:

In addition to anticipating asserted claims 1 or 17, Glingener also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Glingener in view of Dinu:

A person of ordinary skill in the art would have been motivated to combine Glingener and Dinu to obtain well-known, expected benefits to Glingener, and would have had a reasonable expectation of success in making this combination.  For example, Dinu provides the benefits of identifying the presence of misalignment between a pulse carver and a data modulator at the transmitter by locating a dip in the power spectrum at a frequency corresponding to about 0.5 of

Xilinx's Invalidity Contentions

the modulation clock frequency.  Dinu, ¶ [0055], Figs. 5–7.  Dinu therefore teaches that a decrease in the amplitude of the 1/(2T) component may be indicative of misalignment, whereas a maximum amplitude of that spectral component may correspond to proper alignment.  *Id.*  Glingener can then apply these benefits to its design of an optical transmitter in order to correct for misalignment at an optical modulator.

There are many similarities between Glingener and Dinu.  For example, they both are related to synchronizing a data signal in an optical transmitter.  Moreover, they both provides methods and apparatus for correcting misalignment in part by analyzing the power of a transmitted signal and generating a feedback signal based on that analysis.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Gonta:

In addition to anticipating asserted claims 1 or 17, Gonta also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Gonta in view of Dinu:

A person of ordinary skill in the art would have been motivated to combine Gonta and Dinu to obtain well-known, expected benefits to Gonta, and would have had a reasonable expectation of success in making this combination.  For example, Dinu provides the benefits of identifying the presence of misalignment between a pulse carver and a data modulator at the transmitter by locating a dip in the power spectrum at a frequency corresponding to about 0.5 of

the modulation clock frequency.  Dinu, ¶ [0055], Figs. 5–7.  Dinu therefore teaches that a decrease in the amplitude of the 1/(2T) component may be indicative of misalignment, whereas a maximum amplitude of that spectral component may correspond to proper alignment.  *Id.*  Gonta can then apply these benefits to its design of an optical transmitter in order to correct for misalignment at an optical modulator.

There are many similarities between Gonta and Dinu.  For example, they both are related to synchronizing a data signal in an optical transmitter.  Moreover, they both provides methods and apparatus for correcting misalignment in part by analyzing the power of a transmitted signal and generating a feedback signal based on that analysis.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Ishida:

In addition to anticipating asserted claims 1 or 17, Ishida also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Ishida in view of Dinu:

A person of ordinary skill in the art would have been motivated to combine Ishida and Dinu to obtain well-known, expected benefits to Ishida, and would have had a reasonable expectation of success in making this combination.  For example, Dinu provides the benefits of identifying the presence of misalignment between a pulse carver and a data modulator at the transmitter by locating a dip in the power spectrum at a frequency corresponding to about 0.5 of

- 36 -                                     Xilinx's Invalidity Contentions

the modulation clock frequency.  Dinu, ¶ [0055], Figs. 5–7.  Dinu therefore teaches that a decrease in the amplitude of the 1/(2T) component may be indicative of misalignment, whereas a maximum amplitude of that spectral component may correspond to proper alignment.  *Id.*  Ishida can then apply these benefits to its design of an optical transmitter in order to correct for misalignment at an optical modulator.

There are many similarities between Ishida and Dinu.  For example, they both are related to stabilizing a data signal in an optical transmitter.  Moreover, they both provides methods and apparatus for correcting misalignment in part by analyzing the power of a transmitted signal and generating a feedback signal based on that analysis.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Kang '628:

In addition to anticipating asserted claims 1 or 17, Kang '628 also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Kang '628 in view of Dinu:

A person of ordinary skill in the art would have been motivated to combine Kang '628 and Dinu to obtain well-known, expected benefits to Kang '628, and would have had a reasonable expectation of success in making this combination.  For example, Dinu provides the benefits of identifying the presence of misalignment between a pulse carver and a data modulator at the transmitter by locating a dip in the power spectrum at a frequency corresponding to about

- 37 -                                   Xilinx's Invalidity Contentions

0.5 of the modulation clock frequency.  Dinu, ¶ [0055], Figs. 5–7.  Dinu therefore teaches that a decrease in the amplitude of the 1/(2T) component may be indicative of misalignment, whereas a maximum amplitude of that spectral component may correspond to proper alignment.  *Id.*  Kang '628 can then apply these benefits to its design of an optical transmitter in order to correct for misalignment at an optical modulator.

There are many similarities between Kang '628 and Dinu.  For example, they both are related to synchronizing the pulse carver and data modulator in an optical transmitter.  Moreover, they both provides methods and apparatus for correcting misalignment in part by analyzing the power of a transmitted signal and generating a feedback signal based on that analysis.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Kang '669:

In addition to anticipating asserted claims 1 or 17, Kang '669 also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Kang '669 in view of Dinu:

A person of ordinary skill in the art would have been motivated to combine Kang '669 and Dinu to obtain well-known, expected benefits to Kang '669, and would have had a reasonable expectation of success in making this combination.  For example, Dinu provides the benefits of identifying the presence of misalignment between a pulse carver and a data modulator at the transmitter by locating a dip in the power spectrum at a frequency corresponding to about

Xilinx's Invalidity Contentions

0.5 of the modulation clock frequency.  Dinu, ¶ [0055], Figs. 5–7.  Dinu therefore teaches that a decrease in the amplitude of the 1/(2T) component may be indicative of misalignment, whereas a maximum amplitude of that spectral component may correspond to proper alignment.  *Id.*  Kang '669 can then apply these benefits to its design of an optical transmitter in order to correct for misalignment at an optical modulator.

There are many similarities between Kang '669 and Dinu.  For example, they both are related to synchronizing the pulse carver and data modulator in an optical transmitter.  Moreover, they both provides methods and apparatus for correcting misalignment in part by analyzing the power of a transmitted signal and generating a feedback signal based on that analysis.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Kimmitt

In addition to anticipating asserted claims 1 or 17, Kimmitt also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Kimmitt in view of Dinu:

A person of ordinary skill in the art would have been motivated to combine Kimmitt and Dinu to obtain well-known, expected benefits to Kimmitt, and would have had a reasonable expectation of success in making this combination.  For example, Dinu provides the benefits of identifying the presence of misalignment between a pulse carver and a data modulator at the transmitter by locating a dip in the power spectrum at a frequency corresponding to about 0.5 of

Xilinx's Invalidity Contentions

the modulation clock frequency.  Dinu, ¶ [0055], Figs. 5–7.  Dinu therefore teaches that a decrease in the amplitude of the 1/(2T) component may be indicative of misalignment, whereas a maximum amplitude of that spectral component may correspond to proper alignment.  *Id.*  Kimmitt can then apply these benefits to its design of an optical transmitter in order to correct for misalignment at an optical modulator.

There are many similarities between Kimmitt and Dinu.  For example, they both are related to synchronizing the data and pulse modulators in an optical transmitter.  Moreover, they both provides methods and apparatus for correcting misalignment in part by analyzing the power of a transmitted signal and generating a feedback signal based on that analysis.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Mintera:

In addition to anticipating asserted claims 1 or 17, Mintera also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Mintera in view of Dinu:

A person of ordinary skill in the art would have been motivated to combine Mintera and Dinu to obtain well-known, expected benefits to Mintera, and would have had a reasonable expectation of success in making this combination.  For example, Dinu provides the benefits of identifying the presence of misalignment between a pulse carver and a data modulator at the transmitter by locating a dip in the power spectrum at a frequency corresponding to about 0.5 of

Xilinx's Invalidity Contentions

the modulation clock frequency.  Dinu, ¶ [0055], Figs. 5–7.  Dinu therefore teaches that a decrease in the amplitude of the 1/(2T) component may be indicative of misalignment, whereas a maximum amplitude of that spectral component may correspond to proper alignment.  *Id.*  Mintera can then apply these benefits to its design of an optical transmitter in order to correct for misalignment at an optical modulator.

There are many similarities between Mintera and Dinu.  For example, they both are related to synchronizing the data modulator and pulse carver in an optical transmitter.  Moreover, they both provides methods and apparatus for correcting misalignment in part by analyzing the power of a transmitted signal and generating a feedback signal based on that analysis.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Miyatani:

In addition to anticipating asserted claims 1 or 17, Miyatani also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Miyatani in view of Dinu:

A person of ordinary skill in the art would have been motivated to combine Miyatani and Dinu to obtain well-known, expected benefits to Miyatani, and would have had a reasonable expectation of success in making this combination.  For example, Dinu provides the benefits of identifying the presence of misalignment between a pulse carver and a data modulator at the transmitter by locating a dip in the power spectrum at a frequency corresponding to about 0.5 of

Xilinx's Invalidity Contentions

the modulation clock frequency.  Dinu, ¶ [0055], Figs. 5–7.  Dinu therefore teaches that a decrease in the amplitude of the 1/(2T) component may be indicative of misalignment, whereas a maximum amplitude of that spectral component may correspond to proper alignment.  *Id.* Miyatani can then apply these benefits to its design of an optical transmitter in order to correct for misalignment at a transmitter.

There are many similarities between Miyatani and Dinu.  For example, they both are related to compensating for signal distortion in a transmitter.  Moreover, they both provides methods and apparatus for correcting misalignment in part by analyzing the power of a transmitted signal and generating a feedback signal based on that analysis.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Sikora:

In addition to anticipating asserted claims 1 or 17, Sikora also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Sikora in view of Dinu:

A person of ordinary skill in the art would have been motivated to combine Sikora and Dinu to obtain well-known, expected benefits to Sikora, and would have had a reasonable expectation of success in making this combination.  For example, Dinu provides the benefits of identifying the presence of misalignment between a pulse carver and a data modulator at the transmitter by locating a dip in the power spectrum at a frequency corresponding to about 0.5 of

Xilinx's Invalidity Contentions

the modulation clock frequency.  Dinu, ¶ [0055], Figs. 5–7.  Dinu therefore teaches that a decrease in the amplitude of the 1/(2T) component may be indicative of misalignment, whereas a maximum amplitude of that spectral component may correspond to proper alignment.  *Id.*  Sikora can then apply these benefits to its design of an optical transmitter in order to correct for misalignment at an optical modulator.

There are many similarities between Sikora and Dinu.  For example, they both are related to synchronizing the data and clock signals in an optical transmitter.  Moreover, they both provides methods and apparatus for correcting misalignment in part by analyzing the power of a transmitted signal and generating a feedback signal based on that analysis.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

## C.    Claim Charts

Xilinx provides charts at the exhibit numbers indicated below, which identify specifically where and how in each alleged item of prior art each limitation of each asserted claim (anticipated or rendered obvious by the respective grounds identified above) is found, including for each limitation that Xilinx contends is governed by 35 U.S.C. § 112(6), the identity of the structure(s), act(s), or material(s) in each item of prior art that performs the claims function:

| Ground | Exhibit(s) |
|---|---|
| Corbeil | B-1 |
| Glingener | B-2 |
| Gonta | B-3 |
| Ishida | B-4 |
| Kang '628 | B-5 |
| Kang '669 | B-6 |
| Kimmitt | B-7 |

Xilinx's Invalidity Contentions

| Mintera | B-8 |
| Miyatani | B-9 |
| Sikora | B-10 |

### D.    Grounds Based On 35 U.S.C. § 112

35 U.S.C. § 112(2) – Indefiniteness:

The following limitations of the asserted claims of the '950 patent are indefinite under pre-AIA 35 U.S.C. § 112 ¶ 2.  Any claims having these limitations, as well as all claims that directly or indirectly depend from those claims, are also invalid as indefinite.  By asserting that these limitations are indefinite, Xilinx does not waive its rights to argue that the claims may also be anticipated or obvious under §§ 102 and 103.  Claim construction has not yet begun, and Xilinx reserves the right to add to, amend, and supplement this list to identify further indefinite limitations.

1. "A spectral band corresponding to a spectral null" (claims 1, 17)

2. "an analyzer configured (i) to analyze spectral power of an input signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input signal, and (ii) to generate a control signal based on the analysis" (claim 1)

35 U.S.C. § 112(1) – Lack of Written Description / Lack of Enablement:

To the extent WSOU reads asserted claims 1 and 17 of the '950 patent to cover methods and apparatuses dealing with the transmission of signals other than optical signals, the asserted claims are invalid for lack of written description and/or lack of enablement.  For example, the '950 patent describes only how "power analysis" or "spectrum analysis" may be performed *using optical signals* to generate a control signal that a phase shifter would use to introduce a phase shift between a data signal and a clock signal based on the analysis.  For instance, the specification discloses an embodiment wherein the transmitted signal is "a data-modulated optical signal produced using an optical pulse train of soliton pulses and a pseudo-random non

Xilinx's Invalidity Contentions

return-to-zero (NRZ) data signal having a bit rate of about 10 GBit/s." '950 Patent at 3:19–23. The specification further discloses that, in one embodiment, the spectral null(s) of a data-modulated optical signal will lie "at about 0.6 X GHz." *Id.* at 3:29–41.  The specification, however, fails to disclose any teaching with respect to any other transmittable signal, *e.g.*, radio-frequency (RF) signals, including whether such other signals exhibit similar "spectral nulls" and where such nulls may be located.  In short, the '950 patent does not teach how to analyze a non-optical signal or how to design or implement a phase shift to reduce misalignment between a data signal and a clock signal based on that analysis.  Consequently, the '950 patent does not "convey with reasonable clarity to those skilled in the art that, as of the filing date sought, [the inventor] was in possession," *Vas-Cath Inc. v. Mahurkar*, 935 F.2d 1555, 1563–64 (Fed. Cir. 1991), of the full scope of the claimed invention.  Further, for these same reasons and due to this lack of disclosure, the specification and claims of the '950 patent do not enable a person of ordinary skill in the art to practice the full scope of the asserted claims without undue experimentation.

## IV.    U.S. PATENT NO. 7,613,938

### A.    Identification Of Prior Art

Xilinx identifies the following prior art that anticipates or renders obvious asserted claim 13 of U.S. Patent No. 7,613,938 ("the '938 patent"):

| Patents and Patent Publications | | |
| --- | --- | --- |
| **Patent or Publication No.** | **Country** | **Date of Publication or Issue** |
| U.S. Patent No. 6,760,850 ("Atkinson") | USA | July 6, 2004 (filed July 31, 2000) |
| U.S. Patent No. 7,659,746 ("Chua-Eoan '746") | USA | February 9, 2010 (filed September 16, 2005) |
| U.S. Patent No. 5,721,936 ("Kikinis") | USA | February 24, 1998 (filed July 24, 1996) |
| U.S. Patent No. 5,721,937 ("Kurihara") | USA | February 24, 1998 (filed March 3, 1997) |

| | | |
|---|---|---|
| U.S. Patent No. 5,715,465 ("Savage") | USA | February 3, 1998 (filed November 22, 1995) |
| U.S. Patent No. 5,715,467 ("Jirgal") | USA | February 3, 1998 (filed April 4, 1996) |
| U.S. Patent No. 4,723,269 ("Summerlin") | USA | February 2, 1988 (filed December 23, 1985) |
| U.S. Patent Application Publication No. 2005/0276132 ("Severson") | USA | December 15, 2005 |
| U.S. Patent No. 7,529,958 ("Roth") | USA | May 5, 2009 (filed November 15, 2004) |
| U.S. Patent No. 5,353,240 ("Mallory") | USA | October 4, 1994 |
| U.S. Patent No. 5,664,205 ("O'Brien") | USA | September 2, 1997 |
| U.S. Patent No. 5,809,223 ("Lee") | USA | September 15, 1998 |
| U.S. Patent No. 6,230,273 ("Rieker") | USA | May 8, 2001 |
| U.S. Patent No. 6,557,106 ("Yuzawa") | USA | April 29, 2003 |
| U.S. Patent No. 6,625,739 ("Kobayashi") | USA | September 23, 2003 |
| U.S. Patent No. 6,851,068 ("Jochiong") | USA | February 1, 2005 |
| U.S. Patent No. 7,672,104 ("Reynolds") | USA | March 2, 2010 (provisional filed May 6, 2002) |
| U.S. Patent No. 7,702,424 ("Cannon") | USA | April 20, 2010 (provisional filed August 20, 2003) |
| U.S. Patent No. 8,063,664 ("Chua-Eoan '664") | USA | November 22, 2011 (provisional filed February 14, 2005) |
| U.S. Patent No. 8,509,097 ("Gourlay") | USA | August 13, 2013 (filed August 5, 2004) |

Xilinx's Invalidity Contentions

| | | |
|---|---|---|
| U.S. Patent Application No. 2001/0030469 ("Tsujikada") | USA | October 18, 2001 |
| U.S. Patent Application No. 2002/0023233 ("O'Meany") | USA | February 21, 2002 |
| U.S. Patent Application No. 2203/0224835 ("Everett") | US | December 4, 2003 |
| U.S. Patent Application No. 2005/0099753 ("Lin") | USA | May 12, 2005 |
| U.S. Patent Application No. 2006/0044723 ("Beneditz") | USA | March 2, 2006 |
| U.S. Patent Application No. 2006/0271797 ("Ginggen") | USA | November 30, 2006 (filed May 27, 2005) |
| U.S. Patent Application No. 2006/0277421 ("Balestriere") | USA | December 7, 2006 (filed June 3, 2005) |
| U.S. Patent Application No. 2010/0097101 ("Chua-Eoan '101") | USA | April 22, 2010 (provisional filed February 14, 2005) |

Xilinx's Invalidity Contentions

| Other Printed Publications | | |
|---|---|---|
| **Title** | **Author and Publisher** | **Date of Publication** |
| Sentry Remote Power Manager Installation and Setup Manual | Server Technology, Inc. | January 2001 |
| NBB-1600 Network Boot Bar - Web Browser Based "Zero U" Power Control | Western Telematic Incorporated ("WTI") | 2004 |
| GC4016 and GC4116 Power Cycling Considerations | Texas Instruments Incorporated | October 2004 |
| GC4016 Multi-Standard Quad DDC Chip Data Sheet, Rev 1.0 | Texas Instruments Incorporated | August 27, 2001 |
| Wake on Wireless: An Event Driven Energy Saving Strategy for Battery Operated Devices ("Shih") | Eugene Shih et al. | 2002 |
| ARM11 MPCore Processor Technical Reference Manual, Rev r0p2 | ARM Limited | September 14, 2005 |

| Prior Art Products | | |
|---|---|---|
| **Product** | **Date Offered for Sale** | **Entity Making Offer** |
| Sentry Remote Power Manager | At least as early as January 2001 | Server Technology |
| NBB-1600 Network Boot Bar | At least as early as 2004 | WTI |
| TI GC4016 and GC4116 chips | At least as early as August 2001 | Texas Instruments |
| ARM11 MPCore Processor | At least as early as | ARM Limited |

Xilinx's Invalidity Contentions

| | February 2005 | |
|---|---|---|

Sentry Remote Power Manager:

Sentry Remote Power Manager was offered for sale by Server Technology at least as early as January 2001, before the earliest possible priority date of the '938 patent.

NBB-1600 Network Boot Bar:

The NBB-1600 Network Boot Bar was offered for sale by WTI at least as early as 2004, before the earliest possible priority date of the '938 patent.

TI GC4016 and GC4116 Chips:

The TI GC4016 and GC4116 chips were offered for sale by Texas Instruments at least as early as August 2001, before the earliest possible priority date of the '938 patent.

ARM11 MPCore Processor:

The ARM11 MPCore Processor was offered for sale by ARM Limited at least as early as February 2005, before the earliest possible priority date of the '938 patent.

**B.    Anticipation And Obviousness Grounds**

Xilinx asserts that the following prior art anticipates the indicated asserted claims:

| Prior Art | Asserted Claim(s) Anticipated |
|---|---|
| Atkinson | 13 |
| Chua-Eoan '746 | 13 |
| Jirgal | 13 |
| Kikinis | 13 |
| Kurihana | 13 |

| Sentry Remote Power Manager | 13 |
| Savage | 13 |
| Severson | 13 |
| Summerlin | 13 |
| Shih | 13 |
| ARM11 MPCore Processor | 13 |
| Roth | 13 |

Xilinx asserts that the following prior art renders obvious the indicated asserted claims

for the reasons provided:

| Prior Art | Asserted Claim(s) Rendered Obvious |
| --- | --- |
| GC4016 and GC4116 Power Cycling Considerations in view of GC4016 Multi-Standard Quad DDC Chip Data Sheet, Rev 1.0 | 13 |
| Atkinson | 13 |
| Chua-Eoan '746 | 13 |
| Jirgal | 13 |
| Kikinis | 13 |
| Kurihana | 13 |
| Sentry Remote Power Manager | 13 |
| Savage | 13 |
| Severson | 13 |
| Summerlin | 13 |
| Shih | 13 |
| ARM11 MPCore Processor | 13 |
| Roth | 13 |

| | |
|---|---|
| Atkinson in view of Roth | 13 |
| Chua-Eoan '746 in view of Roth | 13 |
| Jirgal in view of Roth | 13 |
| Kikinis in view of Roth | 13 |
| Kurihana in view of Roth | 13 |
| Savage in view of Roth | 13 |
| Severson in view of Roth | 13 |
| Summerlin in view of Roth | 13 |
| Shih in view of Roth | 13 |

GC4016 and GC4116 Power Cycling Considerations in view of GC4016 Multi-Standard Quad DDC Chip Data Sheet, Rev 1.0:

A POSITA would have been motivated to combine the teachings of GC4016 and GC4116 Power Cycling Considerations in view of GC4016 Multi-Standard Quad DDC Chip Data Sheet, Rev 1.0 at least because both are publications by Texas Instruments concerning the specifications and operability of at least the GC4016 chip.

Atkinson:

In addition to anticipating asserted claim 13, Atkinson also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art. To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Chua-Eoan '746:

In addition to anticipating asserted claim 13, Chua-Eoan '746 also renders that claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art. To the extent that

Xilinx's Invalidity Contentions

WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Jirgal:

In addition to anticipating asserted claim 13, Jirgal also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Kikinis:

In addition to anticipating asserted claim 13, Kikinis also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Kurihana:

In addition to anticipating asserted claim 13, Kurihana also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Sentry Remote Power Manager:

In addition to the anticipation of asserted claim 13 by Sentry Remote Power Manager, as

evidenced at least by the Sentry Remote Power Manager Installation and Setup Manual, Sentry Remote Power Manager (and its manual) also renders that claim obvious in combination with the knowledge of a person of ordinary skill in the art.

Savage:

In addition to anticipating asserted claim 13, Savage also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Severson:

In addition to anticipating asserted claim 13, Severson also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Summerlin:

In addition to anticipating asserted claim 13, Summerlin also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Shih:

In addition to anticipating asserted claim 13, Shih also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures,

Xilinx's Invalidity Contentions

and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

ARM11 MPCore Processor:

In addition to the anticipation of asserted claim 13 by ARM11 MPCore Processor, as evidenced at least by the ARM11 MPCore Processor Technical Reference Manual, ARM11 MPCore Processor (and its manual) also renders that claim obvious in combination with the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Roth:

In addition to anticipating asserted claim 13, Roth also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Atkinson in view of Roth:

A person of ordinary skill in the art would have been motivated to combine Atkinson and Roth to obtain well-known, expected benefits to Atkinson, and would have had a reasonable expectation of success in making this combination.  For example, Roth provides the benefits of implementing an apparatus for power management on a system-on-a-chip and within a single chip package.  Roth, 2:10–22, 5:3–12, Fig. 3.  Atkinson can then apply these benefits to its design of an power management system for a computer wakeup device.

There are many similarities between Atkinson and Roth.  For example, they both are

Xilinx's Invalidity Contentions

related to power management in electronics.  Moreover, they both provides methods and apparatus for decoupling or restoring power to a controller and one or more devices.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

<u>Chua-Eoan '746 in view of Roth:</u>

A person of ordinary skill in the art would have been motivated to combine Chua-Eoan '746 and Roth to obtain well-known, expected benefits to Chua-Eoan '746, and would have had a reasonable expectation of success in making this combination.  For example, Roth provides the benefits of implementing an apparatus for power management on a system-on-a-chip and within a single chip package.  Roth, 2:10–22, 5:3–12, Fig. 3.  Chua-Eoan '746 can then apply these benefits to its design of an power management system.

There are many similarities between Chua-Eoan '746 and Roth.  For example, they both are related to power management in electronics.  Moreover, they both provides methods and apparatus for decoupling or restoring power to a controller and one or more devices.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

<u>Jirgal in view of Roth:</u>

A person of ordinary skill in the art would have been motivated to combine Jirgal and Roth to obtain well-known, expected benefits to Jirgal, and would have had a reasonable expectation of success in making this combination.  For example, Roth provides the benefits of implementing an apparatus for power management on a system-on-a-chip and within a single chip package.  Roth, 2:10–22, 5:3–12, Fig. 3.  Jirgal can then apply these benefits to its design of

Xilinx's Invalidity Contentions

an power management system.

There are many similarities between Jirgal and Roth.  For example, they both are related to power management in electronics.  Moreover, they both provides methods and apparatus for decoupling or restoring power to a controller and one or more devices.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Kikinis in view of Roth:

A person of ordinary skill in the art would have been motivated to combine Kikinis and Roth to obtain well-known, expected benefits to Kikinis, and would have had a reasonable expectation of success in making this combination.  For example, Roth provides the benefits of implementing an apparatus for power management on a system-on-a-chip and within a single chip package.  Roth, 2:10–22, 5:3–12, Fig. 3.  Kikinis can then apply these benefits to its design of an power management system.

There are many similarities between Kikinis and Roth.  For example, they both are related to power management in electronics.  Moreover, they both provides methods and apparatus for decoupling or restoring power to a controller and one or more devices.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Kurihara in view of Roth:

A person of ordinary skill in the art would have been motivated to combine Kurihara and Roth to obtain well-known, expected benefits to Kurihara, and would have had a reasonable expectation of success in making this combination.  For example, Roth provides the benefits of implementing an apparatus for power management on a system-on-a-chip and within a single

chip package.  Roth, 2:10–22, 5:3–12, Fig. 3.  Kurihara can then apply these benefits to its design of an power management system.

There are many similarities between Kurihara and Roth.  For example, they both are related to power management in electronics.  Moreover, they both provides methods and apparatus for decoupling or restoring power to a controller and one or more devices.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Savage in view of Roth:

A person of ordinary skill in the art would have been motivated to combine Savage and Roth to obtain well-known, expected benefits to Savage, and would have had a reasonable expectation of success in making this combination.  For example, Roth provides the benefits of implementing an apparatus for power management on a system-on-a-chip and within a single chip package.  Roth, 2:10–22, 5:3–12, Fig. 3.  Savage can then apply these benefits to its design of an power management system.

There are many similarities between Savage and Roth.  For example, they both are related to power management in electronics.  Moreover, they both provides methods and apparatus for decoupling or restoring power to a controller and one or more devices.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Savage in view of Roth:

A person of ordinary skill in the art would have been motivated to combine Savage and Roth to obtain well-known, expected benefits to Savage, and would have had a reasonable expectation of success in making this combination.  For example, Roth provides the benefits of

Xilinx's Invalidity Contentions

implementing an apparatus for power management on a system-on-a-chip and within a single chip package.  Roth, 2:10–22, 5:3–12, Fig. 3.  Savage can then apply these benefits to its design of an power management system.

There are many similarities between Savage and Roth.  For example, they both are related to power management in electronics.  Moreover, they both provides methods and apparatus for decoupling or restoring power to a controller and one or more devices.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Severson in view of Roth:

A person of ordinary skill in the art would have been motivated to combine Severson and Roth to obtain well-known, expected benefits to Severson, and would have had a reasonable expectation of success in making this combination.  For example, Roth provides the benefits of implementing an apparatus for power management on a system-on-a-chip and within a single chip package.  Roth, 2:10–22, 5:3–12, Fig. 3.  Severson can then apply these benefits to its design of an power management system.

There are many similarities between Severson and Roth.  For example, they both are related to power management in electronics.  Moreover, they both provides methods and apparatus for decoupling or restoring power to a controller and one or more devices.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Severson in view of Roth:

A person of ordinary skill in the art would have been motivated to combine Severson and Roth to obtain well-known, expected benefits to Severson, and would have had a reasonable

Xilinx's Invalidity Contentions

expectation of success in making this combination.  For example, Roth provides the benefits of implementing an apparatus for power management on a system-on-a-chip and within a single chip package.  Roth, 2:10–22, 5:3–12, Fig. 3.  Severson can then apply these benefits to its design of an power management system.

There are many similarities between Severson and Roth.  For example, they both are related to power management in electronics.  Moreover, they both provides methods and apparatus for decoupling or restoring power to a controller and one or more devices.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Shih in view of Roth:

A person of ordinary skill in the art would have been motivated to combine Shih and Roth to obtain well-known, expected benefits to Shih, and would have had a reasonable expectation of success in making this combination.  For example, Roth provides the benefits of implementing an apparatus for power management on a system-on-a-chip and within a single chip package.  Roth, 2:10–22, 5:3–12, Fig. 3.  Shih can then apply these benefits to its design of an wake-on-wireless system.

There are many similarities between Shih and Roth.  For example, they both are related to power management in electronics.  Moreover, they both provides methods and apparatus for decoupling or restoring power to a controller and one or more devices.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Summerlin in view of Roth:

A person of ordinary skill in the art would have been motivated to combine Summerlin

Xilinx's Invalidity Contentions

and Roth to obtain well-known, expected benefits to Summerlin, and would have had a reasonable expectation of success in making this combination. For example, Roth provides the benefits of implementing an apparatus for power management on a system-on-a-chip and within a single chip package. Roth, 2:10–22, 5:3–12, Fig. 3. Summerlin can then apply these benefits to its design of an power management system.

There are many similarities between Summerlin and Roth. For example, they both are related to power management in electronics. Moreover, they both provides methods and apparatus for decoupling or restoring power to a controller and one or more devices.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

## C.    Claim Charts

Xilinx provides charts at the exhibit numbers indicated below, which identify specifically where and how in each alleged item of prior art each limitation of each asserted claim (anticipated or rendered obvious by the respective grounds identified above) is found, including for each limitation that Xilinx contends is governed by 35 U.S.C. § 112(6), the identity of the structure(s), act(s), or material(s) in each item of prior art that performs the claims function:

| Ground | Exhibit(s) |
|---|---|
| Atkinson | C-1 |
| Chua-Eoan | C-2 |
| Jirgal | C-3 |
| Kikinis | C-4 |
| Kurihara | C-5 |
| Savage | C-6 |
| Sentry Remote Power Manager | C-7 |
| Severson | C-8 |

| | |
|---|---|
| Shih | C-9 |
| Summerlin | C-10 |
| GC4016 and GC4116 Power Cycling Considerations in view of GC4016 Multi-Standard Quad DDC Chip Data Sheet, Rev 1.0 | C-11 |
| ARM11 MPCore Processor | C-12 |
| Roth | C-13 |

**D.      Grounds Based On 35 U.S.C. § 112**

<u>35 U.S.C. § 112(1) – Lack of Written Description / Lack of Enablement:</u>

Asserted claim 13 of the '938 patent is invalid for lack of written description and/or lack of enablement.  Claim 13 broadly recites an "electrical power device" that wakes both the controller and the switch on a circuit card after a predetermined time whenever the controller causes the switch to disconnect power to the card, resulting in the controller itself no longer having power.  Given this breadth, the full scope of the claim must be enabled.  However, the specification of the '938 patent is relatively short and directed only to one particular embodiment: power up to correct an error on a line card after a sufficient time to allow the card to reset.  There is no evidence that the named inventors conceived of other techniques or devices for power management that may similarly be covered by claim 13.  Moreover, there is no evidence that the named inventors conceived of the broad genus of all types of "circuit cards," "controllers," and "switches" that could be implemented.

Additionally, the specification—by disclosing only a single embodiment—fails to enable the full scope of claim 13, in particular because the specification does not address complicated issues such as timing and the interrelationship between different card components.  Consequently, the '938 patent does not "convey with reasonable clarity to those skilled in the art that, as of the filing date sought, [the inventor] was in possession," *Vas-Cath Inc. v. Mahurkar*,

Xilinx's Invalidity Contentions

935 F.2d 1555, 1563–64 (Fed. Cir. 1991), of the full scope of the claimed invention.  Further, for these same reasons and due to this lack of disclosure, the specification and claims of the '938 patent do not enable a person of ordinary skill in the art to practice the full scope of the asserted claims without undue experimentation.

### E.    Grounds Based On 35 U.S.C. § 101

Claim 13 of the '938 patent is invalid for claiming only patent-ineligible subject matter under 35 U.S.C. § 101.  The '938 patent is directed to the generic idea that, if a controller causes power to be disconnected from it (and one or more other devices), another component (referred to in the '938 patent as an "electrical power device") must be present to "independently" cause power to be restored to the controller (and the one or more other devices).  The '938 specification discusses only black-box, conventional components such as a "controller," an "electrical power device," and a "switch."  And even if the specification more narrowly describes the problem to be solved as one of allowing remote power up to correct an error on a line card after a sufficient time to allow the card to reset, the "claim[] at issue here do[es] not contain meaningful limitations restricting them to non-routine, specific applications of the abstract idea." *Rondevoo Techs., LLC v. Aernos, Inc.*, No. CV 19-680-RGA, 2020 WL 1441116, at *5 (D. Del. Mar. 24, 2020); *see also ChargePoint, Inc. v. SemaConnect, Inc.*, 920 F.3d 759, 766–70 (Fed. Cir. 2019) (ruling ineligible claims for an apparatus with remote enabling/disabling of charge transfer to electric vehicles as being directed to "nothing more than the abstract idea of communication over a network for interacting with a device, applied to the context of electric vehicle charging stations"), *cert. denied*, 140 S. Ct. 983 (2020).

### V.    U.S. PATENT NO. 7,903,971

### A.    Identification Of Prior Art

Xilinx identifies the following prior art that anticipates or renders obvious asserted claims 1 and 15 of U.S. Patent No. 7,903,971 ("the '971 patent"):

| Patents and Patent Publications | | |
|---|---|---|
| **Patent or Publication No.** | **Country** | **Date of Publication or Issue** |
| U.S. Patent No. 7,471,903 ("Friskney") | USA | December 30, 2008 (filed June 26, 2002) |
| U.S. Patent No. 6,411,410 ("Wright") | USA | July 25, 2002 |
| U.S. Patent No. 6,804,256 ("Chang") | USA | October 12, 2004 |
| U.S. Patent No. 7,181,146 ("Yorks") | USA | February 20, 2007 (filed December 20, 2001) |
| U.S. Patent No. 6,417,942 ("Seto") | USA | July 9, 2002 |
| U.S. Patent No. 7,242,868 ("Soto") | USA | July 10, 2007 (filed June 10, 2004) |
| U.S. Patent No.  6,891,858 ("Mahesh") | USA | May 10, 2005 (filed June 30, 2000) |
| U.S. Patent No.  7,085,500 ("Spickermann") | USA | August 1, 2006 (filed April 30, 2001) |
| U.S. Patent No. 7,130,587 ("Hikokubo") | USA | October 31, 2006 (filed August 22, 2002) |
| U.S. Patent Pub. No. 2004/0170226 ("Agazzi") | USA | September 2, 2004 |
| U.S. Patent No. 7,602,806 ("Yang") | USA | October 13, 2009 (filed December 7, 2004) |
| U.S. Patent No. 7,342,954 ("Fitton") | USA | March 11, 2008 (filed February 25, 2003) |
| U.S. Patent No. 6,763,193 ("Chand") | USA | July 13, 2004 |
| U.S. Patent No. 6,546,014 ("Kramer") | USA | April 8, 2003 |
| U.S. Patent No. 5,956,165 ("Fee") | USA | September 21, 1999 |

Xilinx's Invalidity Contentions

| Patents and Patent Publications | | |
|---|---|---|
| **Patent or Publication No.** | **Country** | **Date of Publication or Issue** |
| U.S. Patent No. 5,930,018 ("Effenberger") | USA | July 27, 1999 |
| U.S. Patent No. 6,701,087 ("Beine") | USA | March 2, 2004 |
| U.S. Patent No. 6,850,711 ("Tsuruta") | USA | February 1, 2005 (filed July 6, 2001) |
| U.S. Patent No. 7,171,123 ("Lee") | USA | January 30, 2007 (filed January 28, 2003) |
| U.S. Patent No. 7,460,785 ("Dinu") | USA | December 2, 2008 (filed March 28, 2002) |
| U.S. Patent No. 5,062,152 ("Faulkner") | USA | October 29, 1991 |
| U.S. Patent No. 5,920,416 ("Beylat") | USA | July 6, 1999 |
| CN Patent No. 1,479,477 ("CN'477") | CN | March 2, 2004 |
| CN Patent No. 1,578,200 ("CN '200") | CN | February 9, 2005 (filed July 7, 2004) |
| CN Patent No. 1,588,950 ("CN '950") | CN | March 2, 2005 (filed July 22, 2004) |
| JP Patent No. 2,501,024 ("JP '024") | JP | April 5, 1990 |
| JP Patent No. 2002/344,466 | JP | November 29, 2002 |
| JP Patent No. 2004/266,804 | JP | September 24, 2004 |
| JPH09247087 | JP | September 19, 1997 |
| WO Patent No. 2004/040,832 ("Sudo") | WO | May 13, 2004 |
| U.S. Patent Pub. No. 2002/172,216 ("Asashiba") | USA | November 21, 2002 |
| U.S. Patent Pub. No. 2003/011,835 ("Elbers") | USA | January 16, 2003 |
| U.S. Patent Pub. No. 2003/011,854 ("Kahn") | USA | January 16, 2003 |

Xilinx's Invalidity Contentions

| Patents and Patent Publications | | |
|---|---|---|
| Patent or Publication No. | Country | Date of Publication or Issue |
| U.S. Patent Pub. No. 2004/057,733 ("Azadet") | USA | March 25, 2004 |
| U.S. Patent Pub. No. 2005/180,575 ("Maeda") | USA | August 18, 2005 |
| U.S. Patent No. 6,862,622 ("Jorgensen") | USA | March 1, 2005 (filed July 9, 1999) |
| U.S. Patent Pub. No. 2002/0099854 ("Jorgensen '854") | USA | July 25, 2002 |
| WO Patent No. 1997/035,410A1 ("Hou") | WO | September 25, 1997 |

| Other Printed Publications | | |
|---|---|---|
| Title | Author and Publisher | Date of Publication |
| Optical Network unit for ATM-Based Passive Optical Networks | Romero, et al. (EE Times) | December 10, 2002 |
| Technical Report No. 59 "Single-Carrier Rate Adaptive Digital Subscriber Line (RADSL)" | Alliance for Telecommunications Industry Solutions (ATIS) | September 1999 |
| Internet Telephony: An Internet Service Provider's Perspective (Royal Institute of Technology Master of Science Thesis) | Erik Forsell | June 10, 2005 |
| Passive Optical Networks | Raj Jain | September 7–11, 2003 |

Xilinx's Invalidity Contentions

| | | |
|---|---|---|
| Recent Developments and Issues (Presentation at Optical Transmission Systems and Equipment for WDM Networking II SPIE Conference) | | |
| The IEEE 1355 Standard: Developments, Performance and Application in High Energy Physics | Stefan Haas | December 1998 |
| Optical interconnection technology in switches, routers, and optical cross connects | Magnus Jonsson (SPIE Optical Networks Magazine) | July/August 2003 |
| Digital Communications Fundamentals and Applications (Chapter 4 – Communications Link Analysis) | Bernard Sklar | 1988 |
| Ethernet Passive Optical Networks Architecture and Dynamic Bandwidth Allocation Algorithms | Micheal P. McGarry et al. | 2008 |
| Transmitter Equalization for 4Gb/s Signalling | William J. Dally et al. | September 1996 |
| Star Comm V.34 and V.32 | Star Comm | January 2000 |

Xilinx's Invalidity Contentions

| Data/Fax Modems Manual | | |
|---|---|---|

| Prior Art Products | | |
|---|---|---|
| **Product** | **Date Offered for Sale** | **Entity Making Offer** |
| Alcatel 7450 Ethernet Service Switch, Release 1.0 | March 2004 | Alcatel |

### B.    Anticipation And Obviousness Grounds

Xilinx asserts that the following prior art anticipates the indicated asserted claims:

| Prior Art | Asserted Claim(s) Anticipated |
|---|---|
| Friskney | 1, 15 |
| Spickermann | 1, 15 |
| Agazzi | 1, 15 |
| Chand | 1, 15 |
| Yang | 1, 15 |

Xilinx asserts that the following prior art renders obvious the indicated asserted claims for the reasons provided:

| Prior Art | Asserted Claim(s) Rendered Obvious |
|---|---|
| Friskney | 1, 15 |
| Friskney in view of Wright | 1, 15 |
| Friskney in view of Agazzi | 1, 15 |
| Friskney in view of Yang | 1, 15 |
| Friskney in view of Chand | 1, 15 |
| Friskney in view of Soto | 1, 15 |
| Spickermann in view of Soto | 1, 15 |
| Spickermann in view of Wright | 1, 15 |

Xilinx's Invalidity Contentions

| Prior Art | Asserted Claim(s) Rendered Obvious |
|---|---|
| Yang in view of Wright | 1, 15 |
| Yang in view of Soto | 1, 15 |

Friskney:

In addition to anticipating asserted claims 1 and 15, Friskeney also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Spickermann:

In addition to anticipating asserted claims 1 and 15, Spikermann also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art. To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Agazzi:

In addition to anticipating asserted claims 1 and 15, Agazzi also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be

Xilinx's Invalidity Contentions

insubstantial.

Chand:

In addition to anticipating asserted claims 1 and 15, Chand also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Yang:

In addition to anticipating asserted claims 1 and 15, Yang also renders those claims obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Friskney in view of Wright:

A person of ordinary skill in the art would have been motivated to combine Friskney and Wright to obtain well-known, expected benefits to Friskney, and would have had a reasonable expectation of success in making this combination.  For example, Wright provides the benefit of wavelength-division multiplexing in passive optical networks. Wright further teaches the flexible sharing of downstream capacity to different optical receivers within a passive optical network. *Id.* 2:33-46, Figs. 1–2. Friskney can then apply these benefits to its design of an optical communication system with different bit rates employed to different links in order to adjust bit rate or symbols within a passive optical network.

There are many similarities between Friskney and Wright.  For example, they both are

related to optical communications systems and, in particular, systems using wavelength division multiplexed channels.  Moreover, they both provide adaptive modulation for optical communication networks.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.  Further, no redesign of Friskney is required to apply the invention of Fiskney to the passive optical network framework with optical fibers as described in Wright.

Friskney in view of Soto:

A person of ordinary skill in the art would have been motivated to combine Friskney and Soto to obtain well-known, expected benefits to Friskney, and would have had a reasonable expectation of success in making this combination. For example, Soto provides particular m-ary modulation and equalization with the benefit of increased distance between OLT and ONU/ONT without increasing the line rate as compared to conventional systems with equivalent data throughput. *See*, Soto 6:1–11. Soto further teaches varies systems of channel equalization which utilize inner and outer coders for channel modulation, which may improve a PON system as the adaptable modulation described in Friskney.  *Id.* Figs. 2–7, Friskney Abstract. Friskney can then apply these benefits to its design of an optical communication system with different bit rates employed to different links in order to adjust bit rate or symbols within a passive optical network based on acceptable signal-to-noise ratio measurements at the receiver as described in Soto.

There are many similarities between Friskney and Soto.  For example, they both are related to optical communications systems within optical networks and, in particular, systems using wavelength division multiplexed channels.  Moreover, they both provide adaptive modulation or adaptive functions to line code for optical communication networks.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements

Xilinx's Invalidity Contentions

according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.  Further, no redesign of Friskney is required to apply the invention of Fiskney to the passive optical network framework with optical fibers as described in Soto.

Friskney in view of Yang:

A person of ordinary skill in the art would have been motivated to combine Friskney and Yang to obtain well-known, expected benefits to Friskney, and would have had a reasonable expectation of success in making this combination.  For example, Yang provides selection of a modulation scheme based on transmission distance. Yang 4:5–19, Fig. 4. Yang further teaches measuring the energy of a signal when determining a coding scheme.  *Id.* Friskney can then apply these benefits to its design of an optical communication system with different bit rates employed to different links in order to select a particular NRZ or PAM4 modulation scheme within a passive optical network.

There are many similarities between Friskney and Yang.  For example, they both are related to communication systems and, in particular, systems using modulation schemes based on network quality.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.  Further, no redesign of Friskney is required to apply the invention of Fiskney to the passive optical network framework with optical fibers and select a modulation scheme based on transmission conditions as described in Yang.

Friskney in view of Agazzi:

A person of ordinary skill in the art would have been motivated to combine Friskney and Agazzi to obtain well-known, expected benefits to Friskney, and would have had a reasonable expectation of success in making this combination.  For example, Agazzi describes methods and apparatus to utilize existing fiber optics systems to achieve high data transfer rates; further

Xilinx's Invalidity Contentions

describing multi-carrier modulation concepts. *See*, Agazzi ¶ [0003], [0073]. Agazzi teaches that the multi-carrier modulation concepts can be implemented at improve transmission quality with lower improvement costs. *Id.* at [0084]. Friskney can then apply these benefits to its design of an optical communication system with different bit rates employed to different links in order to adjust bit rate or improve modulation for a passive optical network.

There are many similarities between Friskney and Agazzi.  For example, they both are related to optical communications systems within optical networks and, in particular, systems using modulation, coding, and signal processing techniques.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.  Further, no redesign of Friskney is required to apply the improvements taught by Agazzi to the optical network framework with optical fibers as described in Friskney.

<u>Friskney in view of Chand:</u>

A person of ordinary skill in the art would have been motivated to combine Friskney and Chand to obtain well-known, expected benefits to Friskney, and would have had a reasonable expectation of success in making this combination.  For example, Chand describes methods and apparatus to utilize various modulation techniques within a passive optical network, including techniques for a passband system. *See*, Chand 3:16–47, 2:4–9. Chand teaches that 16 QAM or 64 QAM may be selected based on the number of desired modulation states for the signal-to-noise ratio. *Id.* at 2:40–48. Friskney can then apply these benefits to its design of an optical communication system with different bit rates employed to different links in order to adjust bit rate or improve modulation for a passive optical network based on transmission quality.

There are many similarities between Friskney and Chand.  For example, they both are related to optical communications systems within optical networks and, in particular, systems using modulation to efficient communication. Additionally both disclose optimally transmitting a

Xilinx's Invalidity Contentions

signal among a plurality of end-user fibers by adjusting a signal.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.  Further, no redesign of Friskney is required to apply the improvements taught by Agazzi to the optical network framework with optical fibers as described in Friskney.

Yang in view of Wright:

A person of ordinary skill in the art would have been motivated to combine Yang and Wright to obtain well-known, expected benefits to Yang, and would have had a reasonable expectation of success in making this combination.  For example, Wright provides the benefit of wavelength-division multiplexing in passive optical networks. Wright further teaches the flexible sharing of downstream capacity to different optical receivers within a passive optical network. *Id.*  2:33-46, Figs. 1–2. Yang can then apply these benefits to its design of a modulation selection based on transmission distance in order to adjust signal state or select a coding scheme within a passive optical network based on transmission quality.

There are many similarities between Yang and Wright.  For example, they both are related to optical communications systems and, in particular, systems using wavelength division multiplexed channels.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Yang in view of Soto:

A person of ordinary skill in the art would have been motivated to combine Yang and Soto to obtain well-known, expected benefits to Yang, and would have had a reasonable expectation of success in making this combination.  For example, Soto provides particular m-ary

Xilinx's Invalidity Contentions

modulation and equalization with the benefit of increased distance between OLT and ONU/ONT without increasing the line rate as compared to conventional PON systems with equivalent data throughput. *See*, Soto 6:1–11. Soto further teaches varies systems of channel equalization which utilize inner and outer coders for channel modulation, which may improve a PON system. *Id.* Figs. 2–7. Yang can then apply these benefits to its design of a modulation selection based on transmission distance in order to adjust signal state or select a coding scheme within a passive optical network based on acceptable signal-to-noise ratio or transmission distance.

There are many similarities between Yang and Soto.  For example, they both are related to coding modulation which may be adjusted based on transmission factors.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Spickermann in view of Wright:

A person of ordinary skill in the art would have been motivated to combine Spickermann and Wright to obtain well-known, expected benefits to Spickermann, and would have had a reasonable expectation of success in making this combination.  For example, Wright provides the benefit of wavelength-division multiplexing in passive optical networks. Wright further teaches the flexible sharing of downstream capacity to different optical receivers within a passive optical network. *Id.* 2:33-46, Figs. 1–2. Spickermann can then apply these benefits to its design of a programmable optical vector modulator and method for coherent optical signal communication within a passive optical network.

There are many similarities between Spickermann and Wright.  For example, they both are related to optical communications systems and, in particular, systems using optical modulation.  Moreover, they both provide adaptive modulation for optical communication networks such as use of mesh points, 8-ary or 4-ary formats for symbol mapping.

The combination of these references results in the combination of prior art elements

Xilinx's Invalidity Contentions

according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results. Further, no redesign of Spickermann is required to apply the invention of Spickermann to the passive optical network framework with optical fibers as described in Wright.

Spickermann in view of Soto:

A person of ordinary skill in the art would have been motivated to combine Spickermann and Soto to obtain well-known, expected benefits to Spickermann, and would have had a reasonable expectation of success in making this combination. For example, Soto provides particular m-ary modulation and equalization with the benefit of increased distance between OLT and ONU/ONT without increasing the line rate as compared to conventional systems with equivalent data throughput. *See*, Soto 6:1–11. Soto further teaches varies systems of channel equalization which utilize inner and outer coders for channel modulation, which may improve a PON system. *Id.* Figs. 2–7. Spickermann can then apply these benefits to its design of maximizing the data using programmable software for phase constellations within a passive optical network based on acceptable signal-to-noise ratio measurements at the receiver as described in Soto.

There are many similarities between Spickermann and Soto. For example, they both are related to optical communications systems and, in particular, systems using optical modulation. Moreover, they both provide adaptive modulation for optical communication networks such as use of various modulation techniques to maximize data rake based on transmission qualities

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results. Further, no redesign of Spickermann is required to apply the software adjustable optical modulation network of Spickermann to the

Xilinx's Invalidity Contentions

passive optical network framework with optical fibers as described in Soto.

C.     Claim Charts

Xilinx provides charts at the exhibit numbers indicated below, which identify specifically where and how in each alleged item of prior art each limitation of each asserted claim (anticipated or rendered obvious by the respective grounds identified above) is found, including for each limitation that Xilinx contends is governed by 35 U.S.C. § 112(6), the identity of the structure(s), act(s), or material(s) in each item of prior art that performs the claims function:

| Ground | Exhibit(s) |
|---|---|
| Friskney | D-1 |
| Yang in view of Wright | D-2 |
| Friskney in view of Yang | D-3 |
| Friskney in view of Agazzi | D-4 |
| Friskney in view of Soto | D-5 |
| Friskney in view of Chand | D-6 |
| Friskney in view of Wright | D-7 |
| Spickermann in view of Wright | D-8 |
| Spickermann in view of Soto | D-9 |
| Yang in view of Soto | D-10 |

Xilinx's Invalidity Contentions

## VI.   U.S. PATENT NO. 9,312,838

### A.   Identification Of Prior Art

Xilinx identifies the following prior art that anticipates or renders obvious asserted claim 1 of U.S. Patent No. 9,312,838 ("the '838 patent"):

| Patents and Patent Publications | | |
|---|---|---|
| **Patent or Publication No.** | **Country** | **Date of Publication or Issue** |
| U.S. Patent No. 8,531,222 ("Britton") | USA | September 10, 2013 (filed April 4, 2001) |
| U.S. Patent No. 6,756,822 ("Kaviani") | USA | June 29, 2004 |
| U.S. Patent No. 7,471,120 ("Lou") | USA | December 30, 2008 |
| U.S. Patent Application Publication No. 2009/0289667 ("Novellini") | USA | November 26, 2009 |
| U.S. Patent Application Publication No. 2010/0123492 ("Atsumi") | USA | May 20, 2010 |
| U.S. Patent Application Publication No. 2013/0135011 ("Chen") | USA | May 30, 2013 (filed November 30, 2011) |
| U.S. Patent Application Publication No. 2005/0063502 ("Ware") | USA | March 24, 2005 |
| U.S. Patent No. 3,261,919 ("Aaron '919") | USA | July 19, 1966 |
| U.S. Patent No. 3,261,920 ("Aaron '920") | USA | July 19, 1966 |
| U.S. Patent No. 3,959,648 ("Pitts") | USA | May 25, 1976 |
| U.S. Patent No. 5,056,119 ("Sakalian") | USA | October 8, 1991 |
| U.S. Patent No. 5,297,869 ("Benham") | USA | March 29, 1994 |
| U.S. Patent No. 5,602,880 ("Webster") | USA | February 11, 1997 |
| U.S. Patent No. 5,834,979 ("Yatsuka") | USA | November 10, 1998 |
| U.S. Patent No. 6,111,447 ("Ternullo") | USA | August 29, 2000 |

Xilinx's Invalidity Contentions

| Patents and Patent Publications | | |
|---|---|---|
| **Patent or Publication No.** | **Country** | **Date of Publication or Issue** |
| U.S. Patent No. 6,396,888 ("Notani") | USA | May 28, 2002 |
| U.S. Patent No. 7,499,368 ("Rao") | USA | March 3, 2009 |
| U.S. Patent No. 8,344,769 ("Adachi") | USA | January 1, 2013 |
| U.S. Patent No. 8, 390,347 ("Sinha") | USA | March 5, 2013 |
| U.S. Patent Application No. 2002/0181360 ("Hamada") | USA | December 5, 2002 |
| U.S. Patent Application No. 2006/0267640 ("Travis") | USA | November 30, 2006 |
| U.S. Patent Application No. 2007/0025489 ("Milton") | USA | February 1, 2007 |
| U.S. Patent Application No. 2008/0266001 ("Griffin") | USA | October 30, 2008 |
| U.S. Patent Application No. 2008/0315921 ("Cha") | USA | December 25, 2008 |
| U.S. Patent Application No. 2011/0055671 ("Kim") | USA | March 3, 2011 |
| U.S. Patent Application No. 2011/0063039 ("Maruko") | USA | March 17, 2011 |
| U.S. Patent Application No. 2011/0150065 ("Tailliet") | USA | June 23, 2011 |
| U.S. Patent Application No. 2011/0156766 ("Ahn '766") | USA | June 30, 2011 |
| U.S. Patent Application No. 2011/0156767 ("Ahn '767") | USA | June 30, 2011 |
| U.S. Patent Application No. 2011/0291730 ("Ahn | USA | December 1, 2011 |

Xilinx's Invalidity Contentions

| Patents and Patent Publications | | |
|---|---|---|
| Patent or Publication No. | Country | Date of Publication or Issue |
| '730") | | |
| U.S. Patent Application No. 2014/0097877 ("Baeckler") | USA | April 10, 2014 (filed December 25, 2008) |

| Other Printed Publications | | |
|---|---|---|
| Title | Author and Publisher | Date of Publication |
| MMCM Dynamic Reconfiguration, XAPP878 (v1.1) | Xilinx | June 9, 2010 |
| Virtex-5 FPGA User Guide, UG190 (v3.2) | Xilinx | December 11, 2007 |
| Virtex-5 FPGA User Guide, UG190 (v5.4) | Xilinx | March 16, 2012 |
| UltraScale Architecture Clocking Resources: Advance Specification User Guide, UG572 (v1.0) | Xilinx | December 10, 2013 |
| Altera Stratix Device Handbook, Volume 2, Chapter 1: General-Purpose PLLs in Stratix & Stratix GX Devices | Altera Corporation | April 2004 |

| Prior Art Products | | |
|---|---|---|
| **Product** | **Date Offered for Sale** | **Entity Making Offer** |
| Virtex-5 FPGA devices | At least as early as December 2007 | Xilinx |
| Virtex-6 FPGA devices | At least as early as June 2010 | Xilinx |
| Xilinx UltraScale FPGA devices | At least as early as December 2013 | Xilinx |
| Altera Stratix & Stratix GX devices | At least as early as April 2004 | Altera |

<u>Xilinx FPGA Devices:</u>

To the extent WSOU attempts to read claim 1 of the asserted '838 as infringed by the clock management functionality in Xilinx's accused products, the same or substantially similar functionality existed in at least the Virtex-5, Virtex-6 FPGA, and UltraScale devices, which predate the '838 patent's March 16, 2013 filing date.  Xilinx produced documents evidencing this fact as part of its September 29, 2021 production of technical documents pursuant to Paragraph 7(b) of the Scheduling Order, *see, e.g.*, XILINX_WSOU-0029127 (a Virtex-5 FPGA User Guide UG190 illustrating the same block diagram WSOU accuses of infringing claim 1, as detailed in Xilinx's Initial Claim Chart Exhibit E-7); XILINX_WSOU-0017566 (an UltraScale User Guide UG572 identifying December 20, 2013 as the Initial Release version 1.0 and illustrating the same block diagram WSOU accuses of infringing claim 1, as detailed in Xilinx's Initial Claim Chart Exhibit E-9), and is producing additional prior art documentation concurrent with these Initial Invalidity Contentions.  Accordingly, although Xilinx's accused products do not infringe claim 1, under WSOU's Infringement Contentions, claim 1 is anticipated and rendered obvious by at least the prior art Virtex-5, Virtex-6, and UltraScale Xilinx devices, as

Xilinx's Invalidity Contentions

well as by related product documentation and manuals that also qualify as prior art and disclose the same or substantially similar functionality as WSOU has accused of infringement.

Altera Stratix & Stratix GX Devices:

Altera Stratix and Stratix GX devices were offered for sale by Altera Corporation at least as early as April 2004, before the earliest possible priority date of the '838 patent.

**B.    Anticipation And Obviousness Grounds**

Xilinx asserts that the following prior art anticipates the indicated asserted claims:

| Prior Art | Asserted Claim(s) Anticipated |
|---|---|
| Britton | 1 |
| Kaviani | 1 |
| Lou | 1 |
| Novellini | 1 |
| Atsumi | 1 |
| Chen | 1 |
| MMCM Dynamic Reconfiguration, XAPP878 (v1.1) | 1 |
| Virtex-5 FPGA User Guide, UG190 (v3.2 and v5.4) | 1 |
| UltraScale Architecture Clocking Resources: Advance Specification User Guide, UG572 (v1.0) | 1 |
| Xilinx Virtex-5 FPGA devices | 1 |
| Xilinx Virtex-6 FGPA devices | 1 |
| Xilinx UltraScale FPGA devices | 1 |
| Altera Stratix & Stratix GX devices | 1 |

Xilinx asserts that the following prior art renders obvious the indicated asserted claims for the reasons provided:

Xilinx's Invalidity Contentions

| Prior Art | Asserted Claim(s) Rendered Obvious |
|---|---|
| Britton | 1 |
| Kaviani | 1 |
| Lou | 1 |
| Lou in view of Britton | 1 |
| Lou in view of Kaviani | 1 |
| Novellini | 1 |
| Atsumi | 1 |
| Chen | 1 |
| MMCM Dynamic Reconfiguration, XAPP878 (v1.1) | 1 |
| Virtex-5 FPGA User Guide, UG190 (v3.2 and v5.4) | 1 |
| UltraScale Architecture Clocking Resources: Advance Specification User Guide, UG572 (v1.0) | 1 |
| Xilinx Virtex-5 FPGA devices | 1 |
| Xilinx Virtex-6 FGPA devices | 1 |
| Xilinx UltraScale FPGA devices | 1 |
| Altera Stratix & Stratix GX devices | 1 |

Britton:

In addition to anticipating asserted claim 1, Britton also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any

Xilinx's Invalidity Contentions

differences between the reference and such a limitation would be insubstantial.

Kaviani:

In addition to anticipating asserted claim 1, Kaviani also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Lou:

In addition to anticipating asserted claim 1, Lou also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Lou in view of Britton:

A person of ordinary skill in the art would have been motivated to combine Lou and Britton to obtain well-known, expected benefits to Lou, and would have had a reasonable expectation of success in making this combination.  For example, Britton provides the benefits of one or more frequency dividers that divide the frequency of a clock signal.  *See, e.g.*, Britton, 10:4–10, Fig. 5.  Lou can then apply these benefits to its design of a clock switch for generation of a multi-frequency clock signal in order to stabilize clock signals at a lower frequency.

There are many similarities between Lou and Britton.  For example, they both are related to clock management circuits equipped to synchronize or stabilize multiple asynchronous input clock signals.  Moreover, they both provides methods and apparatus for generating a reference clock signal based on the multiple asynchronous input clock signals.

The combination of these references results in the combination of prior art elements

- 83 -                                        Xilinx's Invalidity Contentions

according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Lou in view of Kaviani:

A person of ordinary skill in the art would have been motivated to combine Lou and Kaviani to obtain well-known, expected benefits to Lou, and would have had a reasonable expectation of success in making this combination.  For example, Kaviani provides the benefits of one or more frequency dividers that divide the frequency of a clock signal by a preselected amount "D" or "M."  *See, e.g.*, Kaviani, 2:57–65.  Lou can then apply these benefits to its design of a clock switch for generation of a multi-frequency clock signal in order to stabilize clock signals at a lower frequency.

There are many similarities between Lou and Kaviani.  For example, they both are related to clock management circuits equipped to synchronize or stabilize multiple asynchronous input clock signals.  Moreover, they both provides methods and apparatus for generating a reference clock signal based on the multiple asynchronous input clock signals.

The combination of these references results in the combination of prior art elements according to known methods to obtain predictable results, a predictable use of prior art elements according to their established functions, and applying a known technique to a known device ready for improvement to yield predictable results.

Novellini:

In addition to anticipating asserted claim 1, Novellini also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art,

and any differences between the reference and such a limitation would be insubstantial.

Atsumi:

In addition to anticipating asserted claim 1, Atsumi also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Chen:

In addition to anticipating asserted claim 1, Chen also renders that claim obvious based on its disclosures, its express teachings, suggestions, and motivations to combine its disclosures, and the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Virtex-5 FPGA User Guide, UG190 and Virtex-5 FPGA Devices:

In addition to the anticipation of asserted claim 1 by Virtex-5 FPGA devices and the Xilinx Virtex-5 FPGA User Guide, UG190, those devices and that manual also render that claim obvious, including in combination with the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

MMCM Dynamic Reconfiguration, XAPP878 (v1.1) and Virtex-6 FPGA Devices:

In addition to the anticipation of claim 1 by Virtex-6 FPGA devices and Application Note 878 (XAPP878), entitled "MMCM Dynamic Reconfiguration," those devices and that document also render that claim obvious, including in combination with the knowledge of a person of

Xilinx's Invalidity Contentions

ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

UltraScale Architecture Clocking Resources: Advance Specification User Guide, UG572 (v1.0) and Xilinx UltraScale FPGA Devices:

In addition to the anticipation of claim 1 by UltraScale FPGA devices and the UltraScale Architecture Clocking Resources: Advance Specification User Guide, UG572 (v1.0), those devices and that document also render that claim obvious, including in combination with the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

Altera Stratix & Stratix GX Devices:

In addition to the anticipation of claim 1 by Altera Stratix and Stratix GX devices, as evidenced at least by the Altera Stratix Device Handbook, Volume 2, those devices (and that device handbook) also render that claim obvious, including in combination with the knowledge of a person of ordinary skill in the art.  To the extent that WSOU alleges that any limitation is not anticipated by this reference, such a limitation would be obvious based on the teachings in the reference and the knowledge of a person of ordinary skill in the art, and any differences between the reference and such a limitation would be insubstantial.

## C.     Claim Charts

Xilinx provides charts at the exhibit numbers indicated below, which identify specifically where and how in each alleged item of prior art each limitation of each asserted claim (anticipated or rendered obvious by the respective grounds identified above) is found, including for each limitation that Xilinx contends is governed by 35 U.S.C. § 112(f), the identity of the structure(s), act(s), or material(s) in each item of prior art that performs the claims function:

| Ground | Exhibit(s) |
|--------|-----------|
| Britton | E-1 |
| Kaviani | E-2 |
| Lou | E-3 |
| Novellini | E-4 |
| Atsumi | E-5 |
| Chen | E-6 |
| Xilinx Virtex-5 FPGA devices and Virtex-5 FPGA User Guide, UG190 | E-7 |
| Xilinx Virtex-6 FGPA devices and MMCM Dynamic Reconfiguration, XAPP878 (v1.1) | E-8 |
| Xilinx UltraScale devices and UltraScale Architecture Clocking Resources: Advance Specification User Guide, UG572 (v1.0) | E-9 |
| Altera Stratix & Stratix GX devices | E-10 |

## VII.   DOCUMENT PRODUCTION ACCOMPANYING INITIAL INVALIDITY CONTENTIONS

Concurrent with service of these Initial Invalidity Contentions, Xilinx has served or is serving a copy or sample of the prior art identified pursuant to Paragraph 7(d) of the Scheduling Order.  Documents produced pursuant to Paragraph 7(d) bear Bates Nos. XILINX_WSOU-0043725 – XILINX_WSOU-0049830.

Information designated "HIGHLY CONFIDENTIAL – SOURCE CODE" relating to Xilinx's Virtex-5 FPGA, Virtex-6 FPGA, and UltraScale FPGA prior art products is being produced on a Source Code Review computer, as set forth in paragraph 12 of the Protective Order, at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801.

Dated: December 1, 2021

OF COUNSEL:                                    YOUNG CONAWAY STARGATT &
                                               TAYLOR, LLP
*/s/ Thomas W. Ritchie*
_____

Hilda C. Galvan                                Anne Shea Gaza (No. 4093)
Keith B. Davis (*pro hac vice* to be filed)    Robert M. Vrana (No. 5666)
Christopher A. Buxton                          Rodney Square
JONES DAY                                      1000 N. King Street
2727 North Harwood Street                      Wilmington, Delaware 19801
Dallas, TX 75201-1515                          (302) 571-6600
(214) 220-3939                                 agaza@ycst.com
hcgalvan@jonesday.com                          rvrna@ycst.com
cbuxton@jonesday.com
                                               *Attorneys for Xilinx, Inc.*
David B. Cochran
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-7029
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY
77 West Wacker Dr.
Chicago, IL 60601-1692
(312) 269-4003
twritchie@jonesday.com

Jonathan McNeal Smith
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2559
jonathansmith@jonesday.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via electronic service on December 1, 2021.

*/s/ Thomas W. Ritchie*
Thomas W. Ritchie

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

## U.S. PATENT NO. 6,784,653

The asserted claims of U.S. Patent No. 6,784,653 B2 ("the '653 patent") are anticipated and/or obvious in view of U.S. Patent No. 6,728,311 entitled "Apparatus and Method for Creating Eye Diagram" to Waschura *et al.* ("Waschura"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA").

Waschura was filed on April 4, 2000, and issued on April 27, 2004.  Therefore, Waschura qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) Eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, Waschura discloses and renders obvious an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal.  Waschura discloses an eye monitor for evaluating a binary input signal of a transmission link and for capturing an eye diagram of the input signal.<br><br>Waschura describes determining characteristics of a high speed binary pulse coded bit stream.  Waschura generates an eye diagram to determine those characteristics.<br><br>*See* Waschura, Abstract. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Disclosed herein is an apparatus and a method for determining characteristics of a bit stream of binary pulses having measuring apparatus for sampling pulse voltage levels in excess of voltage threshold levels during each of delayed clock pulses for a series of pulses of the binary coded pulse bit stream. Control apparatus coupled to the measuring apparatus generates a series of the threshold voltage levels and the delayed clock pulses during each period of a bit stream pulse. Multiple counts of the sampled pulse voltage levels are recorded during each delayed clock pulse and accumulated for a series of pulses of the binary coded pulse bit stream. The control apparatus analyzes and processes the accumulated counts to generate an eye diagram therefrom defining the characteristics of the binary pulse bit stream.<br><br>*See* Waschura, 1:6-10.<br><br>    This invention relates to apparatus and a method for analyzing a waveform and in particular to apparatus and method for the statistical eye diagram measurement of a high speed binary pulse coded bit stream.<br><br>See Waschura, 1:12-22. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | High-speed communication systems typically communicate with each other by sending serial bit streams of data between transmitters and receivers. These bit streams are usually binary coded pulse signals represented by zeros and ones which may be electrical voltages or optical signals derived from the electrical voltages created by the transmitters and which pulse coded signals are applied to a transmission facility connecting the transmitters with the receivers. The receivers decode the received pulse code signal data to obtain the information therein.<br><br>*See* Waschura, 1:34-54. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                      U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | In the monitoring operation, the bit stream and a trigger input in the form of a clock signal having a repetition rate identical to the repetition rate of the bit stream and synchronous therewith are applied to the inputs of the sampling oscilloscope. Samples of the voltage levels of the binary pulses of the bit stream are taken at various time offsets from the repetitive trigger input and are plotted as sample points on the display of the oscilloscope. Voltage samples are continuously taken of the bit stream and added to the sample oscilloscope in combination with the older sample points, which continue to exist on the sample oscilloscope display. Over a relatively short period of time, hundreds or thousands of the sample points on the sample oscilloscope display plot the possible voltage distributions at each time offset from the trigger input. By sweeping all time offsets in the range of interest, a diagram appears on the sampling oscilloscope display, which reveals the quality of the measured high-speed bit stream. This type of diagram, oftentimes called an "eye" diagram, is often used to view high-speed binary pulse bit streams during the various development, installation and maintenance phases of high-speed communications systems.<br><br>*See* Waschura, 2:6-17. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | It is an object of the invention to provide binary pulse coded waveform measuring apparatus for determining the characteristics of a high speed bit stream of binary pulses used to transfer information between communications systems and in particular to generate an eye diagram defining the quality of the binary pulse bit stream. |
| | It is also an object of the invention to provide to provide logic apparatus for sampling pulse voltage levels in excess of a series of voltage threshold levels during each of a series of delayed clock pulses for a series of pulses of the binary pulse bit stream. |
| | *See* Waschura, 2:27-39. |
| | It is a further object of the invention to provide a method for determining characteristics of a bit stream of binary pulses by sampling pulse voltage levels in excess of voltage threshold levels during each of delayed clock pulses for a series of pulses of the binary coded pulse bit stream. The method generates a series of the voltage threshold levels and the delayed clock pulses during each period of a bit stream pulse and accumulating multiple counts of the sampled pulse voltage levels during each delayed clock pulse for a series of pulses of the binary pulse bit stream. The accumulated counts are processed to generate an eye diagram defining the characteristics of the binary pulse bit stream. |
| | *See* Waschura, 2:40-52. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                     U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | In a preferred embodiment of the invention, apparatus for determining characteristics of a bit stream of binary pulses has measuring apparatus for sampling pulse voltage levels in excess of voltage threshold levels during each of delayed clock pulses for a series of pulses of the binary coded pulse bit stream. Control means coupled to the measuring apparatus generates a series of the threshold voltage levels and the delayed clock pulses during each period of a bit stream pulse and accumulates multiple counts of the sampled pulse voltage levels during each delayed clock pulse for a series of pulses of the binary coded pulse bit stream. The accumulated counts are processed to generate an eye diagram therefrom defining the characteristics of the binary pulse bit stream.<br><br>*See* Waschura, 2:53-64.<br>    Also in accordance with the preferred embodiment of the invention, a method for determining characteristics of a bit stream of binary pulses generates a series of threshold voltage levels and delayed clock pulses during each period of a bit stream pulse. The method measures and accumulates multiple counts of pulse voltage levels in excess of the generated voltage threshold levels during each delayed clock pulse for a series of pulses of the binary coded pulse bit stream. The method then analyzes the accumulated voltage counts and generates an eye diagram therefrom defining the characteristics of the binary pulse bit stream.<br><br>*See* Waschura, 3:4-9. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | FIG. **1** is a block diagram of binary pulse coded waveform measuring apparatus in accordance with the principles of the invention connected to a communication system for generating a statistical eye diagram measurement of a binary pulse coded waveform transmitted from a system transmitter to a system receiver, <br><br> Waschura discloses an eye diagram generated in the display as the statistical eye diagram. *See* Waschura, FIG. 1. <br><br>  <br><br> FIG.—1 |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                         U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | *See* Waschura, 3:10-11.<br><br>    FIG. **2** is a block diagram of the binary pulse coded waveform measuring apparatus set forth in FIG. **1,**<br><br>*See* Waschura, FIG. 2. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  *See* Waschura, 6:30-34. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | It is obvious from the foregoing that the facility, economy and efficiency of binary pulse coded waveform measuring apparatus has been improved by apparatus arrange to measure a high speed binary pulse bit stream and generate an eye diagram showing the characteristics and quality of the measured high speed binary pulse bit stream.<br><br>To the extent this limitation is not explicitly disclosed by Waschura, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Waschura so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising a decision circuit which is directly connected to an integrator, | Waschura discloses and renders obvious a decision circuit which is directly connected to an integrator. Waschura discloses a decision circuit. Waschura discloses the integrator connected to the decision circuit without an EXOR gate (or any EXOR function) between the decision circuit and the integrator.<br><br>Waschura discloses an eye monitor with logic elements.<br><br>*See* Waschura, 4:66-67, 5:1-9.<br>   Count logic **20** has a one-bit comparator **200** with one input connected to the transmission facility **12** or other point<br><br>in the transmitter **10** or receiver **11** to measure the high speed binary coded bit stream **13**. The logic elements **200** and **201** are the main sampling components and are comprised of a D-type flip-flop **201** preceded by a one-bit comparator **200**. The one-bit comparator **200** will output a high when the signal voltage on the positive pin is higher than the signal voltage on the negative pin. The D-flip flop **201** will copy the value on the "D" input to the "Q" output connected to the enable input of the above threshold counter **202**. In |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | *See* Waschura, FIG. 1.<br><br><br><br>*See* Waschura, FIG. 2. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                          U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>FIG.—2<br><br>Waschura discloses a decision circuit which is directly connected to an integrator; wherein the integrator is the control logic in combination with the threshold and measurement window counter. *See* Waschura, 5:5-26, Fig. 2 |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                  U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | The one-bit comparator **200** will output a high when the signal voltage on the positive pin is higher than the signal voltage on the negative pin. The D-flip flop **201** will copy the value on the "D" input to the "Q" output connected to the enable input of the above threshold counter **202**. In operation, processor **210** determining a pulse repetition rate of the high speed binary pulse bit stream by interface **216** and generates a series of time delay clock pulses $T_{VD}$ each separated by a predefined time step $\Delta T$ during a period of each binary pulse and applies the time delay clock pulses $T_{VD}$ to the above threshold counter **202** and measurement<br><br>window counter **203** via address register **215**. The above threshold counter **202** is a synchronous enableable and resetable counter and is of a type well known in the art. The counter will increment when not reset only when the enable line is "1" (high) at the rising edge of a clocking signal applied to the counter. Above threshold counter **202** holds the number of counts that succeeded in being higher than the voltage threshold $V_{VT}$ as the voltage threshold $V_{VT}$ is moved from the minimum voltage $V_{MIN}$ to the maximum voltage $V_{MAX}$. threshold at the time of the rising edge of the time delay clock pulse $T_{VD}$. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  FIG.—2<br><br>To the extent this limitation is not explicitly disclosed by Waschura, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Waschura so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) wherein the input signal and a variable | Waschura discloses the input signal and a variable threshold being provided to the decision circuit.<br><br>*See* Waschura, 4:66-67, 5:1-9. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| threshold are provided to the decision circuit and | Count logic **20** has a one-bit comparator **200** with one input connected to the transmission facility **12** or other point in the transmitter **10** or receiver **11** to measure the high speed binary coded bit stream **13**. The logic elements **200** and **201** are the main sampling components and are comprised of a D-type flip-flop **201** preceded by a one-bit comparator **200**. The one-bit comparator **200** will output a high when the signal voltage on the positive pin is higher than the signal voltage on the negative pin. The D-flip flop **201** will copy the value on the "D" input to the "Q" output connected to the enable input of the above threshold counter **202**. In<br><br>*See* Waschura, 5:27-38.<br><br>The measurement window counter **203** is also a synchronous enableable and resetable counter and sets the measurement window size which sets the number of bits that are looked at to compute the "Above Threshold" count for each time delay clock pulse $T_{VD}$ and voltage threshold $V_{VT}$ position in the eye diagram. The variable voltage threshold $V_{VT}$ is a static control voltage applied to the negative pin of comparator **200** and is set by processor **210** by addressing address register **215** to control the digital to $V_{VT}$ converter **214** to step this voltage in precise increments and apply the appropriate voltage step $\Delta V$ increment to the negative pin of comparator **200**.<br><br>*See* Waschura, 7:48-57. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | **10**. The binary pulse waveform measuring apparatus set forth in claim **9** wherein the logic means comprise a voltage comparator having a one pin input for receiving the bit stream of binary pulses and another comparison input for receiving a series of the voltage threshold levels each separated by a predetermined voltage step and a logic device having one input connected to an output of the voltage comparator for generating counts when the pulse voltage level exceeds the voltage threshold levels at each delayed clock pulse.<br><br>Waschura discloses a variable offset and input signal provided to a decision circuit. *See* Waschura, 5:5-26, Fig. 2<br>The one-bit comparator **200** will output a high when the signal voltage on the positive pin is higher than the signal voltage on the negative pin. The D-flip flop **201** will copy the value on the "D" input to the "Q" output connected to the enable input of the above threshold counter **202**. In operation, processor **210** determining a pulse repetition rate of the high speed binary pulse bit stream by interface **216** and generates a series of time delay clock pulses $T_{VD}$ each separated by a predefined time step $\Delta T$ during a period of each binary pulse and applies the time delay clock pulses $T_{VD}$ to the above threshold counter **202** and measurement |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | window counter **203** via address register **215**. The above threshold counter **202** is a synchronous enableable and resetable counter and is of a type well known in the art. The counter will increment when not reset only when the enable line is "1" (high) at the rising edge of a clocking signal applied to the counter. Above threshold counter **202** holds the number of counts that succeeded in being higher than the voltage threshold $V_{VT}$ as the voltage threshold $V_{VT}$ is moved from the minimum voltage $V_{MIN}$ to the maximum voltage $V_{MAX}$. threshold at the time of the rising edge of the time delay clock pulse $T_{VD}$. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | FIG.—2<br><br>To the extent this limitation is not explicitly disclosed by Waschura, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Waschura so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) wherein an output signal of the integrator is | Waschura discloses an output signal of the integrator being used to recognize the edges of the eye diagram. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| used to recognize the edges of the eye diagram. | *See* Waschura, 3:54-60, Fig. 2<br><br>pulse coded bit streams. In operation, control **21** controls the operation of count logic **20** to generate a statistical eye diagram **30** representing the quality of the measured the binary pulse coded bit stream **14** on display apparatus **3** which may be any one of a number of well known display such as a computer or stand alone monitors, plotters, various storage devices, or the like. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | <br>*See* Waschura, Fig. 1. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  |  FIG.—1 <br><br> To the extent this limitation is not explicitly disclosed by Waschura, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Waschura so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
|  |  |
| 7(a) Method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, Waschura discloses and renders obvious a method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal.  Waschura discloses an eye monitor for evaluating a binary input signal of a transmission link and for capturing an eye diagram of the input signal. <br><br> Waschura describes determining characteristics of a high speed binary pulse coded bit stream.  Waschura generates an eye diagram to determine those characteristics. <br><br> *See* Waschura, Abstract. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Disclosed herein is an apparatus and a method for determining characteristics of a bit stream of binary pulses having measuring apparatus for sampling pulse voltage levels in excess of voltage threshold levels during each of delayed clock pulses for a series of pulses of the binary coded pulse bit stream. Control apparatus coupled to the measuring apparatus generates a series of the threshold voltage levels and the delayed clock pulses during each period of a bit stream pulse. Multiple counts of the sampled pulse voltage levels are recorded during each delayed clock pulse and accumulated for a series of pulses of the binary coded pulse bit stream. The control apparatus analyzes and processes the accumulated counts to generate an eye diagram therefrom defining the characteristics of the binary pulse bit stream.<br><br>*See* Waschura, 1:6-10.<br><br>     This invention relates to apparatus and a method for analyzing a waveform and in particular to apparatus and method for the statistical eye diagram measurement of a high speed binary pulse coded bit stream.<br><br>See Waschura, 1:12-22. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | High-speed communication systems typically communicate with each other by sending serial bit streams of data between transmitters and receivers. These bit streams are usually binary coded pulse signals represented by zeros and ones which may be electrical voltages or optical signals derived from the electrical voltages created by the transmitters and which pulse coded signals are applied to a transmission facility connecting the transmitters with the receivers. The receivers decode the received pulse code signal data to obtain the information therein.<br><br>*See* Waschura, 1:34-54. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                     U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | In the monitoring operation, the bit stream and a trigger input in the form of a clock signal having a repetition rate identical to the repetition rate of the bit stream and synchronous therewith are applied to the inputs of the sampling oscilloscope. Samples of the voltage levels of the binary pulses of the bit stream are taken at various time offsets from the repetitive trigger input and are plotted as sample points on the display of the oscilloscope. Voltage samples are continuously taken of the bit stream and added to the sample oscilloscope in combination with the older sample points, which continue to exist on the sample oscilloscope display. Over a relatively short period of time, hundreds or thousands of the sample points on the sample oscilloscope display plot the possible voltage distributions at each time offset from the trigger input. By sweeping all time offsets in the range of interest, a diagram appears on the sampling oscilloscope display, which reveals the quality of the measured high-speed bit stream. This type of diagram, oftentimes called an "eye" diagram, is often used to view high-speed binary pulse bit streams during the various development, installation and maintenance phases of high-speed communications systems.<br><br>*See* Waschura, 2:6-17. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | It is an object of the invention to provide binary pulse coded waveform measuring apparatus for determining the characteristics of a high speed bit stream of binary pulses used to transfer information between communications systems and in particular to generate an eye diagram defining the quality of the binary pulse bit stream.<br><br>It is also an object of the invention to provide to provide logic apparatus for sampling pulse voltage levels in excess of a series of voltage threshold levels during each of a series of delayed clock pulses for a series of pulses of the binary pulse bit stream.<br><br>*See* Waschura, 2:27-39.<br>It is a further object of the invention to provide a method for determining characteristics of a bit stream of binary pulses by sampling pulse voltage levels in excess of voltage threshold levels during each of delayed clock pulses for a series of pulses of the binary coded pulse bit stream. The method generates a series of the voltage threshold levels and the delayed clock pulses during each period of a bit stream pulse and accumulating multiple counts of the sampled pulse voltage levels during each delayed clock pulse for a series of pulses of the binary pulse bit stream. The accumulated counts are processed to generate an eye diagram defining the characteristics of the binary pulse bit stream.<br><br>*See* Waschura, 2:40-52. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | In a preferred embodiment of the invention, apparatus for determining characteristics of a bit stream of binary pulses has measuring apparatus for sampling pulse voltage levels in excess of voltage threshold levels during each of delayed clock pulses for a series of pulses of the binary coded pulse bit stream. Control means coupled to the measuring apparatus generates a series of the threshold voltage levels and the delayed clock pulses during each period of a bit stream pulse and accumulates multiple counts of the sampled pulse voltage levels during each delayed clock pulse for a series of pulses of the binary coded pulse bit stream. The accumulated counts are processed to generate an eye diagram therefrom defining the characteristics of the binary pulse bit stream.<br><br>*See* Waschura, 2:53-64.<br>    Also in accordance with the preferred embodiment of the invention, a method for determining characteristics of a bit stream of binary pulses generates a series of threshold voltage levels and delayed clock pulses during each period of a bit stream pulse. The method measures and accumulates multiple counts of pulse voltage levels in excess of the generated voltage threshold levels during each delayed clock pulse for a series of pulses of the binary coded pulse bit stream. The method then analyzes the accumulated voltage counts and generates an eye diagram therefrom defining the characteristics of the binary pulse bit stream.<br><br>*See* Waschura, 3:4-9. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | FIG. **1** is a block diagram of binary pulse coded waveform measuring apparatus in accordance with the principles of the invention connected to a communication system for generating a statistical eye diagram measurement of a binary pulse coded waveform transmitted from a system transmitter to a system receiver, <br><br> *See* Waschura, FIG. 1. <br><br>  <br><br> FIG.–1 |

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | *See* Waschura, 3:10-11. <br><br> FIG. **2** is a block diagram of the binary pulse coded waveform measuring apparatus set forth in FIG. **1**, <br><br> *See* Waschura, FIG. 2. <br><br>  <br><br> FIG.—2 |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | *See* Waschura, 6:30-34. |
|  | It is obvious from the foregoing that the facility, economy and efficiency of binary pulse coded waveform measuring apparatus has been improved by apparatus arrange to measure a high speed binary pulse bit stream and generate an eye diagram showing the characteristics and quality of the measured high speed binary pulse bit stream. |
|  | To the extent this limitation is not explicitly disclosed by Waschura, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Waschura so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(b) wherein a decision circuit is directly connected to an integrator, and | Waschura discloses and renders obvious wherein a decision circuit is directly connected to an integrator. Waschura discloses a decision circuit. Waschura discloses the integrator connected to the decision circuit without an EXOR gate (or any EXOR function) between the decision circuit and the integrator. |
|  | Waschura discloses an eye monitor with logic elements. |
|  | *See* Waschura, 4:66-67, 5:1-9. |
|  | Count logic **20** has a one-bit comparator **200** with one input connected to the transmission facility **12** or other point |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                  U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | in the transmitter **10** or receiver **11** to measure the high speed binary coded bit stream **13**. The logic elements **200** and **201** are the main sampling components and are comprised of a D-type flip-flop **201** preceded by a one-bit comparator **200**. The one-bit comparator **200** will output a high when the signal voltage on the positive pin is higher than the signal voltage on the negative pin. The D-flip flop **201** will copy the value on the "D" input to the "Q" output connected to the enable input of the above threshold counter **202**. In<br><br>*See* Waschura, FIG. 1. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  *See* Waschura, FIG. 2. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                                            U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>To the extent this limitation is not explicitly disclosed by Waschura, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Waschura so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 7(c) comprising the steps of providing the input signal and a variable threshold to the decision circuit and | Waschura discloses comprising the steps of providing the input signal and a variable threshold to the decision circuit.<br><br>*See* Waschura, 4:66-67, 5:1-9.<br><br>Count logic **20** has a one-bit comparator **200** with one input connected to the transmission facility **12** or other point<br><br>in the transmitter **10** or receiver **11** to measure the high speed binary coded bit stream **13**. The logic elements **200** and **201** are the main sampling components and are comprised of a D-type flip-flop **201** preceded by a one-bit comparator **200**. The one-bit comparator **200** will output a high when the signal voltage on the positive pin is higher than the signal voltage on the negative pin. The D-flip flop **201** will copy the value on the "D" input to the "Q" output connected to the enable input of the above threshold counter **202**. In<br><br>*See* Waschura, 5:27-38.<br><br>The measurement window counter **203** is also a synchronous enableable and resetable counter and sets the measurement window size which sets the number of bits that are looked at to compute the "Above Threshold" count for each time delay clock pulse $T_{VD}$ and voltage threshold $V_{VT}$ position in the eye diagram. The variable voltage threshold $V_{VT}$ is a static control voltage applied to the negative pin of comparator **200** and is set by processor **210** by addressing address register **215** to control the digital to $V_{VT}$ converter **214** to step this voltage in precise increments and apply the appropriate voltage step $\Delta V$ increment to the negative pin of comparator **200**. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | *See* Waschura, 7:48-57.<br><br>**10**. The binary pulse waveform measuring apparatus set forth in claim **9** wherein the logic means comprise a voltage comparator having a one pin input for receiving the bit stream of binary pulses and another comparison input for receiving a series of the voltage threshold levels each separated by a predetermined voltage step and a logic device having one input connected to an output of the voltage comparator for generating counts when the pulse voltage level exceeds the voltage threshold levels at each delayed clock pulse.<br><br>Waschura discloses a variable offset and input signal provided to a decision circuit.<br><br>*See* Waschura, 5:5-26, Fig. 2<br><br>The one-bit comparator **200** will output a high when the signal voltage on the positive pin is higher than the signal voltage on the negative pin. The D-flip flop **201** will copy the value on the "D" input to the "Q" output connected to the enable input of the above threshold counter **202**. In operation, processor **210** determining a pulse repetition rate of the high speed binary pulse bit stream by interface **216** and generates a series of time delay clock pulses $T_{VD}$ each separated by a predefined time step $\Delta T$ during a period of each binary pulse and applies the time delay clock pulses $T_{VD}$ to the above threshold counter **202** and measurement |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | window counter **203** via address register **215**. The above threshold counter **202** is a synchronous enableable and resetable counter and is of a type well known in the art. The counter will increment when not reset only when the enable line is "1" (high) at the rising edge of a clocking signal applied to the counter. Above threshold counter **202** holds the number of counts that succeeded in being higher than the voltage threshold $V_{VT}$ as the voltage threshold $V_{VT}$ is moved from the minimum voltage $V_{MIN}$ to the maximum voltage $V_{MAX}$. threshold at the time of the rising edge of the time delay clock pulse $T_{VD}$. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | FIG.—2<br><br>To the extent this limitation is not explicitly disclosed by Waschura, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Waschura so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | To the extent this limitation is not explicitly disclosed by Waschura, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Waschura so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(d) using an output signal of the integrator to recognize the edges of the eye diagram. | Waschura discloses an output signal of the integrator being used to recognize the edges of the eye diagram. <br><br> *See* Waschura, 3:54-60, Fig. 2 <br><br> pulse coded bit streams. In operation, control **21** controls the operation of count logic **20** to generate a statistical eye diagram **30** representing the quality of the measured the binary pulse coded bit stream **14** on display apparatus **3** which may be any one of a number of well known display such as a computer or stand alone monitors, plotters, various storage devices, or the like. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | <br>*See* Waschura, Fig. 1. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | FIG.—1<br><br>To the extent this limitation is not explicitly disclosed by Waschura, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Waschura so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

## U.S. PATENT NO. 6,784,653

The asserted claims of U.S. Patent No. 6,784,653 B2 ("the '653 patent") are anticipated and/or obvious in view of U.S. Patent No. 4,823,360 entitled "Binary Data Regenerator With Adaptive Threshold Level" to Tremblay *et al.* ("Tremblay"). Tremblay was filed on February 12, 1988, and issued on April 18, 1989. Therefore, Tremblay qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) Eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, Tremblay discloses analyzing eye closure diagrams to determine signal quality of the input signal. Eye closure diagrams could be used to identify the edges of an eye diagram. *See* Tremblay, 3:20-33.<br><br>The operation of the data regenerator of FIG. 1 is described below with reference to the eye closure diagrams of FIGS. 2*a*, 2*b*, and 2*c*. Each of FIGS. 2*a*, 2*b*, and 2*c* shows an eye closure diagram together with a vertical line, representing a signal sampling time corresponding to the timing of the clock signal on the line 30, and horizontal lines representing the threshold levels V+, Vopt, and V−. FIG. 2*a* shows a relatively open eye with a relatively large difference between the voltages V+ and V−, FIG. 2*b* shows a relatively closed eye with a consequent smaller difference between the voltages V+ and V−, indicating a relatively degraded incoming binary data signal, and FIG. 2*c* shows a non-symmetrical eye. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | *See* Tremblay, Figs. 2a-2c.<br><br><br><br>**FIG. 2a**<br><br><br><br>**FIG. 2b**<br><br><br><br>**FIG. 2c**<br><br>*See* Tremblay, 5:63-68, 6:1-12. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                        U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | In addition, in the receiver of FIG. 4 control lines 100, 102, and 104 extend from the performance monitor 26 respectively to the APD detector 82 (this line could alternatively be shown as going to the power supply 84) for controlling the bias of the APD, to the equalizer 90 for bandwidth control, and to the clock recovery circuit 94 for phase control of the clock signal. Each of these parameters, which affect the eye closure diagram or bit error rate and hence the parameter Q, is thereby enabled to be controlled by the performance monitor 26, which also serves in this case as a performance optimizer. Other parameters, also affecting the eye closure diagram or bit error rate, may be controlled in a similar manner. For example, characteristics of the pre-amplifier 86, main amplifier 88, and/or AGC circuit 92 may be similarly controlled, and the performance monitor 26 may also be arranged to control the value k discussed above.<br><br>To the extent this limitation is not explicitly disclosed by Tremblay, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Tremblay so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising a decision circuit which is directly connected to an integrator, | Tremblay discloses a decision circuit which is directly connected to an integrator.  Although Tremblay discloses an EXOR gate, the integrator in Tremblay is directly connected to the decision circuit (the comparator 40 and flip flop 46 or the comparator 44 and the flip flop 50) with the integrator output connected to the input of the decision circuit in a closed loop. *See*, Tremblay, Fig. 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  |  |

**FIG. 3**

Tremblay discloses multiple difference integrators formed by various electrical components in Figure 3, with each of the integrators being directly coupled to a decision circuit. *See* Tremblay, 6:45-55.

Although the data regenerator has been described above, with reference to FIG. 3, in an analog form using differential integrators for the error counting circuits, this need not be the case. Instead of the differential integrators described, and especially with higher frequencies of the reset pulse stream, digital counters may be used to count output pulses from the flip-flops **56** and **58**, the resulting counts being supplied to the performance monitor **26** and being used to determine the threshold levels V+, Vopt, and V— and the parameter IQ therein.

*See* Tremblay, 4:1-34.

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | Referring to FIG. 3, the A-D converters 10, 12, and 14 of FIG. 1 are one-bit A-D converters constituted by comparators formed by differential amplifiers 40, 42, and 44 respectively, the non-inverting inputs of which are supplied with the data signal from the line 28 and to the inverting inputs of which are applied the respective threshold levels V+, Vopt, and V−. The retiming circuits 16, 18, and 20 of FIG. 1 are constituted by D-type flip-flops 46, 48, and 50 respectively, the data inputs D of which are supplied with the outputs from the respective amplifiers 40, 42, and 44 and the clock inputs C of which are supplied with the recovered clock signal on the line 30.<br><br>The regenerated binary data output signal is produced at a Q output of the flip-flop 48 and is supplied to the output data line 32 and to one input of each of two Exclusive-OR gates 52 and 54, second inputs of which are connected to Q outputs of the flip-flops 46 and 50 respectively. The gate 52 or 54 consequently produces a logic one output whenever regenerated data at the output of the respective flip-flop 46 or 50 is in error relative to the regenerated data on the line 32. The gate 52, a set-reset flip-flop 56, and a difference integrator comprising a series resistor 60, differential amplifier 64, and feedback capacitor 68 together constitute the error counting circuit 22. Similarly the gate 54, a set-reset flip-flop 58, and a difference integrator comprising a series resistor 62, differential amplifier 66, and feedback capacitor 70 together constitute the error counting circuit 24.<br><br>*See* Tremblay, 4:52-68, 5:1-7. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                              U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Thus the flip-flop **56** is set in dependence upon errors in the data at the output of the flip-flop **46**, and is reset by the reset pulse stream, whereby it produces at its output Q a pulse stream, at the reset pulse frequency, whose average duty cycle is dependent upon the data error rate. The difference integrator formed by the components **60, 64,** and **68** produces at its output the voltage V+, which is supplied to the inverting input of the differential amplifier **40**, by integrating this pulse stream with respect to a fixed d.c. reference voltage Vref+ which is supplied to the non-inverting input of the differential amplifier **64**.<br><br>Correspondingly, the flip-flop **58** is set in dependence upon errors in the data at the output of the flip-flop **50**, and is reset by the reset pulse stream, whereby it produces at its inverting output −Q a pulse stream, at the reset pulse frequency, whose average duty cycle is dependent upon the data error rate. The difference integrator formed by the components **62, 66,** and **70** produces at its output the voltage V−, which is supplied to the inverting input of the differential amplifier **14**, by integrating this pulse stream with respect to a fixed d.c. reference voltage Vref− which is supplied to the non-inverting input of the differential amplifier **66**.<br><br>*See* Tremblay, Fig. 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>FIG. 3<br><br>To the extent this limitation is not explicitly disclosed by Tremblay, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Tremblay so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) wherein the input signal and a variable threshold are provided to the decision circuit and | Tremblay discloses an input signal and variable threshold provided to a decision circuit. Tremblay discloses a data input 28 provided to decision circuitry in Figure 3, with each of the integrators being directly coupled to a decision circuit. *See* Tremblay, 6:45-55.<br><br>Although the data regenerator has been described above, with reference to FIG. 3, in an analog form using differential integrators for the error counting circuits, this need not be the case. Instead of the differential integrators described, and especially with higher frequencies of the reset pulse stream, digital counters may be used to count output pulses from the flip-flops 56 and 58, the resulting counts being supplied to the performance monitor 26 and being used to determine the threshold levels V+, Vopt, and V− and the parameter IQ therein. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                  U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Alternatively, the performance monitor in Tremblay may be identified as the decision circuitry. *See* Tremblay, 5:13-37.<br><br>The threshold levels $V+$ and $V-$ are in this case produced directly by the error counting circuits, and are supplied to the performance monitor **26**. In the performance monitor **26** a potential divider, formed by resistors **74** and **76**, is supplied with these threshold level voltages and produces the optimum threshold level Vopt at its tapping point, as shown in FIG. **3**. The resistances of the resistors **74** and **76** are selected in accordance with the desired value of k.<br><br>The voltage difference between the voltages $V+$ and $V-$ is a measure of the quality of the incoming binary data signal, and can be used by the performance monitor **26** to provide a performance indication. For a given quality of the incoming binary data signal, this voltage difference is also an accurate, and rapidly provided and updated, indication of the quality of the data regeneration by the data regenerator and associated circuitry.<br><br>Accordingly, this voltage difference, referenced IQ in FIGS. **2a**, **2b**, and **2c**, can be used directly as a measure of quality or performance. Furthermore, because of the speed with which this parameter is updated, this parameter IQ can be used actively to permit continual adjustment of circuitry for the best possible operation, i.e. the largest IQ, in any particular conditions. This is described further below with reference to FIG. **4**.<br><br>In Tremblay an input signal is provided to the decision circuit through the data input line 28. *See* Tremblay, Fig. 1. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | <br><br>Variable thresholds are provided to the decision circuit through V+/V- outputs from the error counting circuits (22, 24) and the output of the difference integrators 64 and 66. *See* Tremblay, Fig. 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br>FIG. 3<br><br>To the extent this limitation is not explicitly disclosed by Tremblay, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Tremblay so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) wherein an output signal of the integrator is used to recognize the edges of the eye diagram. | Tremblay discloses an output signal of the integrator is used to recognize the edges of the eye diagram.<br><br>Tremblay discloses the use of thresholds provided to a decision circuit. *See* Tremblay, 5:13-37. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                          U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | The threshold levels V+ and V− are in this case produced directly by the error counting circuits, and are supplied to the performance monitor **26**. In the performance monitor **26** a potential divider, formed by resistors **74** and **76**, is supplied with these threshold level voltages and produces the optimum threshold level Vopt at its tapping point, as shown in FIG. **3**. The resistances of the resistors **74** and **76** are selected in accordance with the desired value of k. The voltage difference between the voltages V+ and V− is a measure of the quality of the incoming binary data signal, and can be used by the performance monitor **26** to provide a performance indication. For a given quality of the incoming binary data signal, this voltage difference is also an accurate, and rapidly provided and updated, indication of the quality of the data regeneration by the data regenerator and associated circuitry. Accordingly, this voltage difference, referenced IQ in FIGS. **2a**, **2b**, and **2c**, can be used directly as a measure of quality or performance. Furthermore, because of the speed with which this parameter is updated, this parameter IQ can be used actively to permit continual adjustment of circuitry for the best possible operation, i.e. the largest IQ, in any particular conditions. This is described further below with reference to FIG. **4**.<br><br>*See* Tremblay, 1:21-34. |

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Transmission rates of data signals have increased progressively, and increasingly fast and more sensitive transmission systems are desired. This has led to the use, for example, of optical fiber transmission systems providing transmission rates in excess of 1 Gb/s using wavelengths of the order of 1.3 μm and using avalanche photodiode (APD) detectors. For such systems, for a given bit error rate (BER) the receiver sensitivity, and hence the necessary optical power supplied to the detector, is quite dependent upon the threshold level which is used for data signal regeneration. For example, a threshold level variation of only 8% can result in a variation in receiver sensitivity, (defined with a BER of $10^{-9}$) of up to about 1 dB. <br><br> *See* Tremblay, Figure 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>FIG. 3<br><br>To the extent this limitation is not explicitly disclosed by Tremblay, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Tremblay so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| | |
| 7(a) Method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, Tremblay discloses and renders obvious a method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal.<br><br>Tremblay discloses analyzing of eye closure diagrams to determine signal quality. *See* Tremblay, 3:20-33. |

13

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | The operation of the data regenerator of FIG. 1 is described below with reference to the eye closure diagrams of FIGS. 2a, 2b, and 2c. Each of FIGS. 2a, 2b, and 2c shows an eye closure diagram together with a vertical line, representing a signal sampling time corresponding to the timing of the clock signal on the line 30, and horizontal lines representing the threshold levels V+, Vopt, and V−. FIG. 2a shows a relatively open eye with a relatively large difference between the voltages V+ and V−, FIG. 2b shows a relatively closed eye with a consequent smaller difference between the voltages V+ and V−, indicating a relatively degraded incoming binary data signal, and FIG. 2c shows a non-symmetrical eye. *See* Tremblay, Figs. 2a-2c. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  *See* Tremblay, 5:63-68, 6:1-12. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | In addition, in the receiver of FIG. 4 control lines 100, 102, and 104 extend from the performance monitor 26 respectively to the APD detector 82 (this line could alternatively be shown as going to the power supply 84) for controlling the bias of the APD, to the equalizer 90 for bandwidth control, and to the clock recovery circuit 94 for phase control of the clock signal. Each of these parameters, which affect the eye closure diagram or bit error rate and hence the parameter Q, is thereby enabled to be controlled by the performance monitor 26, which also serves in this case as a performance optimizer. Other parameters, also affecting the eye closure diagram or bit error rate, may be controlled in a similar manner. For example, characteristics of the pre-amplifier 86, main amplifier 88, and/or AGC circuit 92 may be similarly controlled, and the performance monitor 26 may also be arranged to control the value k discussed above. |
| 7(b) wherein a decision circuit is directly connected to an integrator, and | Tremblay discloses wherein a decision circuit is directly connected to an integrator. Tremblay discloses a decision circuit directly connected to an integrator. Although Tremblay discloses an EXOR gate, the integrator in Tremblay is directly connected to the decision circuit (the comparator 40 and flip flop 46 or the comparator 44 and the flip flop 50) with the integrator output connected to the input of the decision circuit in a closed loop. *See*, Tremblay, Fig. 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>FIG. 3<br><br>Tremblay discloses a decision circuit which is directly connected to an integrator.  Tremblay discloses multiple difference integrators formed by various electrical components in Figure 3, with each of the integrators being directly coupled to a decision circuit.  *See* Tremblay, 6:45-55.<br><br>Although the data regenerator has been described above, with reference to FIG. 3, in an analog form using differential integrators for the error counting circuits, this need not be the case. Instead of the differential integrators described, and especially with higher frequencies of the reset pulse stream, digital counters may be used to count output pulses from the flip-flops 56 and 58, the resulting counts being supplied to the performance monitor 26 and being used to determine the threshold levels V+, Vopt, and V— and the parameter IQ therein. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | *See* Tremblay, 4:1-34. |
| | Referring to FIG. **3**, the A-D converters **10**, **12**, and **14** of FIG. **1** are one-bit A-D converters constituted by comparators formed by differential amplifiers **40**, **42**, and **44** respectively, the non-inverting inputs of which are supplied with the data signal from the line **28** and to the inverting inputs of which are applied the respective threshold levels V+, Vopt, and V−. The retiming circuits **16**, **18**, and **20** of FIG. **1** are constituted by D-type flip-flops **46**, **48**, and **50** respectively, the data inputs D of which are supplied with the outputs from the respective amplifiers **40**, **42**, and **44** and the clock inputs C of which are supplied with the recovered clock signal on the line **30**. |
| | The regenerated binary data output signal is produced at a Q output of the flip-flop **48** and is supplied to the output data line **32** and to one input of each of two Exclusive-OR gates **52** and **54**, second inputs of which are connected to Q outputs of the flip-flops **46** and **50** respectively. The gate **52** or **54** consequently produces a logic one output whenever regenerated data at the output of the respective flip-flop **46** or **50** is in error relative to the regenerated data on the line **32**. The gate **52**, a set-reset flip-flop **56**, and a difference integrator comprising a series resistor **60**, differential amplifier **64**, and feedback capacitor **68** together constitute the error counting circuit **22**. Similarly the gate **54**, a set-reset flip-flop **58**, and a difference integrator comprising a series resistor **62**, differential amplifier **66**, and feedback capacitor **70** together constitute the error counting circuit **24**. |
| | *See* Tremblay, 4:52-68, 5:1-7. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | Thus the flip-flop **56** is set in dependence upon errors in the data at the output of the flip-flop **46**, and is reset by the reset pulse stream, whereby it produces at its output Q a pulse stream, at the reset pulse frequency, whose average duty cycle is dependent upon the data error rate. The difference integrator formed by the components **60, 64,** and **68** produces at its output the voltage V+, which is supplied to the inverting input of the differential amplifier **40**, by integrating this pulse stream with respect to a fixed d.c. reference voltage Vref+ which is supplied to the non-inverting input of the differential amplifier **64**.

Correspondingly, the flip-flop **58** is set in dependence upon errors in the data at the output of the flip-flop **50**, and is reset by the reset pulse stream, whereby it produces at its inverting output −Q a pulse stream, at the reset pulse frequency, whose average duty cycle is dependent upon the data error rate. The difference integrator formed by the components **62, 66,** and **70** produces at its output the voltage V−, which is supplied to the inverting input of the differential amplifier **14**, by integrating this pulse stream with respect to a fixed d.c. reference voltage Vref− which is supplied to the non-inverting input of the differential amplifier **66**.

*See* Tremblay, Fig. 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                                U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>FIG. 3<br><br>Tremblay is using the decision circuit directly connected to an integrator taught by Tremblay.<br><br>To the extent this limitation is not explicitly disclosed by Tremblay, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Tremblay so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(c) comprising the steps of providing the input signal and a variable threshold to the decision circuit and | Tremblay discloses an input signal and variable threshold provided to a decision circuit. Tremblay discloses a data input 28 provided to decision circuitry in Figure 3, with each of the integrators being directly coupled to a decision circuit. *See* Tremblay, 6:45-55.<br><br>Although the data regenerator has been described above, with reference to FIG. 3, in an analog form using differential integrators for the error counting circuits, this need not be the case. Instead of the differential integrators described, and especially with higher frequencies of the reset pulse stream, digital counters may be used to count output pulses from the flip-flops 56 and 58, the resulting counts being supplied to the performance monitor 26 and being used to determine the threshold levels V+, Vopt, and V− and the parameter IO therein. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Alternatively, the performance monitor in Tremblay may be identified as the decision circuitry. *See* Tremblay, 5:13-37. <br><br> The threshold levels V+ and V− are in this case produced directly by the error counting circuits, and are supplied to the performance monitor **26**. In the performance monitor **26** a potential divider, formed by resistors **74** and **76**, is supplied with these threshold level voltages and produces the optimum threshold level Vopt at its tapping point, as shown in FIG. **3**. The resistances of the resistors **74** and **76** are selected in accordance with the desired value of k. <br><br> The voltage difference between the voltages V+ and V− is a measure of the quality of the incoming binary data signal, and can be used by the performance monitor **26** to provide a performance indication. For a given quality of the incoming binary data signal, this voltage difference is also an accurate, and rapidly provided and updated, indication of the quality of the data regeneration by the data regenerator and associated circuitry. <br><br> Accordingly, this voltage difference, referenced IQ in FIGS. **2a, 2b,** and **2c,** can be used directly as a measure of quality or performance. Furthermore, because of the speed with which this parameter is updated, this parameter IQ can be used actively to permit continual adjustment of circuitry for the best possible operation, i.e. the largest IQ, in any particular conditions. This is described further below with reference to FIG. **4**. <br><br> In Tremblay an input signal is provided to the decision circuit through the data input line 28. *See* Tremblay, Fig. 1. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | <br><br>Variable thresholds are provided to the decision circuit through V+/V- outputs from the error counting circuits (22, 24) and the output of the difference integrators 64 and 66. *See* Tremblay, Fig. 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                          U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>FIG. 3<br><br>To the extent this limitation is not explicitly disclosed by Tremblay, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Tremblay so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(d) using an output signal of the integrator to recognize the edges of the eye diagram. | Tremblay discloses using an output signal of the integrator to recognize the edges of the eye diagram.<br><br>Tremblay discloses the use of thresholds provided to a decision circuit. *See* Tremblay, 5:13-37. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | The threshold levels V+ and V− are in this case produced directly by the error counting circuits, and are supplied to the performance monitor 26. In the performance monitor 26 a potential divider, formed by resistors 74 and 76, is supplied with these threshold level voltages and produces the optimum threshold level Vopt at its tapping point, as shown in FIG. 3. The resistances of the resistors 74 and 76 are selected in accordance with the desired value of k. |
|  | The voltage difference between the voltages V+ and V− is a measure of the quality of the incoming binary data signal, and can be used by the performance monitor 26 to provide a performance indication. For a given quality of the incoming binary data signal, this voltage difference is also an accurate, and rapidly provided and updated, indication of the quality of the data regeneration by the data regenerator and associated circuitry. |
|  | Accordingly, this voltage difference, referenced IQ in FIGS. 2a, 2b, and 2c, can be used directly as a measure of quality or performance. Furthermore, because of the speed with which this parameter is updated, this parameter IQ can be used actively to permit continual adjustment of circuitry for the best possible operation, i.e. the largest IQ, in any particular conditions. This is described further below with reference to FIG. 4. |
|  | *See* Tremblay, 1:21-34. |
|  | Transmission rates of data signals have increased progressively, and increasingly fast and more sensitive transmission systems are desired. This has led to the use, for example, of optical fiber transmission systems providing transmission rates in excess of 1 Gb/s using wavelengths of the order of 1.3 $\mu$m and using avalanche photodiode (APD) detectors. For such systems, for a given bit error rate (BER) the receiver sensitivity, and hence the necessary optical power supplied to the detector, is quite dependent upon the threshold level which is used for data signal regeneration. For example, a threshold level variation of only 8% can result in a variation in receiver sensitivity, (defined with a BER of $10^{-9}$) of up to about 1 dB. |
|  | *See* Tremblay, Figure 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  |  FIG. 3<br><br>To the extent this limitation is not explicitly disclosed by Tremblay, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Tremblay so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

## U.S. PATENT NO. 6,784,653

The asserted claims of U.S. Patent No. 6,784,653 B2 ("the '653 patent") are anticipated and/or obvious in view of U.S. Patent No. 6,188,737 entitled "Method and Apparatus for Regenerating Data" to Bruce et al. ("Bruce"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions.

Bruce was filed on November 24, 1999 and issued on February 13, 2001.  Therefore, Bruce qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '653 Claim Language | Prior Art Teachings |
| --- | --- |
| 1(a) Eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, the combination of Bruce discloses and renders obvious an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal.  Bruce discloses an eye monitor for evaluating an input signal and for recognizing the edges of the input signal.<br><br>Bruce discloses a circuit or monitoring unit for evaluating binary input signals and detecting edges of the signal. See Bruce, 1:39-36.<br><br>The extent of degradation of a particular signal may be directly measured using an eye closure diagram, which is the graphic pattern produced on an oscilloscope by the signal symbols superimposed over a single symbol interval. For a binary signal, such an eye diagram has a single eye which is open or closed to an extent determined by the signal degradation.<br><br>*See* Bruce, 3:62-68-4:1-10. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | While the incoming data signal is being regenerated, the monitoring unit performs eye measurements on the incoming data signal which are then forwarded to the control unit where they are processed to obtain bit error rate (BER) contours and establish a BER map of the eye closure. Based on this BER map, the control unit can determine whether the<br><br>existing sampling point used in the regenerating unit is optimally placed within the eye closure or whether it needs to be updated. If an update is necessary to maintain the data regeneration optimum, the control unit uses the BER map to determine a new slicing threshold and sampling phase. Once determined, the new slicing threshold and sampling phase are then forwarded to the regenerating unit which as a result operates to regenerate the incoming data signal at the optimized sampling point until further optimization is carried out.<br><br>*See* Bruce, 6:1-8.<br><br>monitoring unit **12** concurrently performs eye measurements on the incoming signal $S_{in}(t)$ to detect any changes in the eye closure. According to the invention, measurements of the signal eye closure are continuously taken by the monitoring unit **12** to optimize the REFD' and REFP' references whenever necessary so that the incoming data signal $S_{in}(t)$ can be continuously regenerated at an optimum sampling point within the eye.<br><br>Bruce discloses a monitoring unit (eye monitor) for measuring a binary input signal (Sin(t)). *See* Bruce, Fig. 1. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  |  FIG. 2<br><br>Bruce discloses generating an eye diagram at the monitoring unit for measuring bit error rates and generating regenerated data based on the signal eye. *See* Bruce, Fig. 3. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  FIG. 3 <br><br> To the extent that it is argued that Bruce does not explicitly teach "recognizing the edges of an eye diagram," it would have been obvious to a POSA to take the eye diagram of Bruce in view of the knowledge of the POSA (including the benefits of identifying the edges of an eye diagram). For example, Bruce notes that, "for low bit rate Signals where the optimum Sampling phase can be located near an edge of the data eye, this can lead to a failure of the data path." Bruce at 2:22-24. <br><br> To the extent this limitation is not explicitly disclosed by Bruce, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Bruce so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 1(b) comprising a decision circuit which is directly connected to an integrator, | Bruce discloses a decision circuit which is directly connected to an integrator. Although Bruce discloses an EXOR gate, the integrator in Bruce is directly connected to the decision circuit with the integrator output connected to the input of the decision circuit in a closed loop. *See* Bruce, Fig. 4.<br><br>Bruce Figure 4 illustrates a monitoring circuit including a plurality of decisions circuits which include electrical components for comparing the input signal and the output of the in tegrator. *See* Bruce, Fig. 4. The decision circuit is identified as REFH 20 or REFL 24 which are referred to as an upper pseudo channel and lower pseudo channel for generating pseudo-errors on binary zeros. *See* Bruce, 7:15-35.<br><br>    FIG. **4** shows as an example, a more detailed diagram of the monitoring unit **12** based on the data regenerator architecture disclosed in the 360 patent. In this particular implementation, three pseudo channels generally indicated by **20, 22** and **24** are used for assessing BER contours of the incoming data eye closure. A first pseudo channel **20** (hereinafter also referred to as the "upper pseudo channel") is used for generating pseudo-errors on binary ones of the incoming data signal $S_{in}(t)$ at various BERs so that different signal one BER contours can be assessed. A second pseudo channel **24** (hereinafter also referred to as the "lower pseudo channel") is used for generating pseudo-errors on binary zeros on the incoming data signal $S_{in}(t)$ at various BERs so that multiple signal zero BER contours can be obtained. In addition to the upper and lower pseudo channels **20, 24** a third channel generally indicated by **22** (hereinafter also referred to as the "reference channel") is used to provide a center reference for the BER measurements in the other upper and lower pseudo channels **20, 24** (further details below).<br><br>This is an example monitoring unit which includes integrators 46 and 62 which are directly connected to the upper pseudo channel 20 and the lower pseudo channel 24 respectively. *See* Bruce, Fig. 4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |   Bruce discloses inverting integrators which are directly connected to the respective pseudo channels 20, 24. *See* Bruce, 8:9-23, 8:45-58. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 6,784,653

## U.S. PATENT NO. 6,784,653

The asserted claims of U.S. Patent No. 6,784,653 B2 ("the '653 patent") are anticipated in view of U.S. Patent No. 4,376,309 entitled "Method and Apparatus for Signal-eye Tracking in Digital Transmission Systems" to Fenderson *et al.* ("Fenderson"). Fenderson was filed on May 29, 1981, and issued on March 8, 1983.  Therefore, Fenderson qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) Eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, Fenderson discloses and renders obvious an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal.  Fenderson discloses a detection circuit for evaluating signal eyes and for recognizing the edges of the digital signal.<br><br>Fenderson discloses analyzing signal eye diagrams to determine signal quality.  *See* Fenderson, abstract.<br><br>An improvement in tracking the signal-eyes (FIG. 4) formed by a digital signal is disclosed. This improvement is achieved by forming a sample at a regeneration sampling time (e.g., **404**), a first sampling time (e.g., **401**) and a second sampling time (e.g., **402**). The first and second sampling times respectively precede and succeed the signal-eyes while each regeneration sampling time occurs within the signal-eyes. The amplitude of each sample represents the amplitude of the digital signal at the sampling time relative to a reference level (e.g., **301, 302** or **303**) which passes through one of the signal-eyes. A first comparison signal is generated by |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Fenderson discloses voltage over time diagrams for measuring the input signal which may, for example, be eye diagrams. *See* Fenderson, Figs. 4, 5.<br><br> |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>FIG. 5<br><br>Fenderson discloses signal-eyes of all possible digital coded signals over the baud interval. These are used to identify signal-eye distortions. Thus, Fenderson discloses analyzing a binary input using an eye diagram which identified eye edges. *See* Fenderson, 5:63-68, 6:1-12. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | reference is made to FIG. **4**. FIG. **4** illustrates the so-called signal-eyes of the quaternary signal shown in FIG. **3**. Such signal-eyes are defined by the ensemble of all possible digital coded signals over the baud interval. The illustrated signal-eye pattern would result if a portion of the quaternary signal of FIG. **3** was displayed on the face of a long persistence cathode ray oscilloscope. The signal-eye distortions are somewhat exaggerated here for illustrative purposes. For the assumed quater-<br><br>To the extent this limitation is not explicitly disclosed by Fenderson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Fenderson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising a decision circuit which is directly connected to an integrator, | Fenderson discloses a decision circuit which is directly connected to an integrator.  Fenderson discloses a decision circuit comprising a data sampler and a detection circuit formed by various electrical components in Figs. 1, 2 and 6. The detection circuit is directly connected to the difference integrator. *See* Fig. 1, 2, 6.<br><br>*See* Fenderson, 5:27-42. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Difference integrator **117** comprises difference amplifier **609**, resistors **610, 611, 613** and **615** and capacitors **612, 614** and **616**. Leads **115** and **116** are respectively coupled to the positive and negative inputs of difference amplifier **609**. Accordingly, amplifier **609** integrates the difference between the signals on leads **115** and **116**. The time constant of integrator **117** can be adjusted by the selection of the values of capacitors **614, 616** and resistors **613** and **615**. The gain provided by difference integrator **117** is the same for both the positive and negative inputs and is controlled by the value of the ratio of resistor **613**/resistor **610** and the value of the ratio of resistor **615**/resistor **611**. Resistors **610, 611** and capacitor **612** forms a high frequency filter that filters signal frequencies beyond the range of difference amplifier **609**. <br><br> *See* Fenderson, 4:1-34. <br><br>  <br> FIG. 1 |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | <br><br>*See* Fenderson, 5: 27-32.<br><br>Difference integrator **117** comprises difference amplifier **609**, resistors **610**, **611**, **613** and **615** and capacitors **612**, **614** and **616**. Leads **115** and **116** are respectively coupled to the positive and negative inputs of difference amplifier **609**. Accordingly, amplifier **609** integrates the difference between the signals on leads **115** and **116**.<br><br>*See* Fenderson, 3: 42-59. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | Turning back to FIG. **1**, samples of slicer output **102** obtained at the first, regeneration and second sampling times are coupled by leads **111**, **112** and **113** to detection circuit **114**. Detection circuit **114** forms first and second comparisons from the received samples. In the first comparison, the amplitude of a sample obtained at a first sampling time is compared with the amplitude of a sample at the adjacent regeneration sampling time. If the amplitudes of these signal samples are not the same, a specific signal is generated on lead **116**. In a similar fashion, a second comparison of the amplitudes of samples obtained using the regeneration and adjacent second sampling times is made. If the amplitudes of the samples examined in the second comparison are not the same, a specific signal is generated on lead **115**. The difference between the signals on leads **115** is **116** are then averaged by difference integrator **117** to form an error signal on lead **118**.<br><br>*See* Fenderson, Fig. 1. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH            U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | <br><br>*See* Fenderson, Fig. 6. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  FIG. 6 |
| | To the extent this limitation is not explicitly disclosed by Fenderson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Fenderson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) wherein the input signal and a variable | Fenderson discloses an input signal and variable threshold provided to a decision circuit. Fenderson discloses a data sampler and detection circuit receiving a digital signal. Fenderson also discloses decision thresholds for difference integrators formed by various electrical components in Figure 6, with each of the integrators being directly coupled to a decision circuit. *See* Fenderson, 2: 42-54. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                   U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| threshold are provided to the decision circuit and | In Fenderson an input signal is provided to the decision circuit as a digital signal 101 and slicer output signal 105. *See* Fig. 1.<br><br>See Fenderson, 2: 42-54.<br><br>Referring to FIG. **1**, a digital signal is coupling on input lead **101** to slicer **102**. The digital signal, for purposes of illustration, is a quaternary signal. FIG. **3** shows a typical quaternary signal consisting of four possible coded levels, i.e., ±1 and ±3 volts. To distinguish between these four possible coded levels, it is necessary to establish three decision thresholds, referred as **301**, **302** and **303**, in FIG. **3**. It should, of course, be understood that the present invention is not limited to quaternary signals but can be used with any digital signal, (e.g. voice, video, facsimile, and etc.,) having two or more coded levels.<br><br>*See* Fenderson, Fig. 3 |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | <br><br>*See* Fenderson, 4: 32:40.<br><br>Each sample obtained at the regeneration sampling time is coupled from data sampler **104** on lead **203** to other well-known regeneration circuitry. This circuitry reconstructs the illustrative quaternary signal by logically combining the samples on lead **203** with samples of the outputs of two other slicers (not shown) referenced to decision thresholds **301** and **303**. The output of these slicers is sampled using the regeneration timing signal on lead **107**.<br><br>*See* Fenderson, Fig. 1 |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  |  *See* Fenderson, Fig. 6 |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                  U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  To the extent this limitation is not explicitly disclosed by Fenderson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Fenderson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) wherein an output signal of the integrator is | Fenderson discloses an output signal of the integrator is used to recognize the edges of the eye diagram. Fenderson discloses the use of an error signal which may be used to adjust the timing of the data sampler for identifying the center of the eye diagram. *See* Fenderson, 5:43-59. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| used to recognize the edges of the eye diagram. | Statistically, the difference between the signal levels on leads **115** and **116** is zero if the regeneration sampling time is aligned with the corresponding signal-eye center. However, if less signal delay is introduced, the average signal level on lead **115** is more than the average signal level on lead **116** thereby producing a positive error signal. In similar fashion, a negative error signal is generated by a higher average signal level on lead **116** than on lead **115**.<br><br>Phase shifter **201** comprises a well-known voltage-controlled phase shifter, wherein the phase of the local clock on lead **110** is varied in response to the error signal on lead **118**.<br><br>Timing generator **109** can be realized using a conventional delay line. Lead **106**, **107** and **108** are each connected to one of three evenly-spaced taps on the delay line.<br><br>*See* Fenderson 3: 60-68 - 4:1-14.<br><br>Curve **501** in FIG. **5** illustrates the error signal on lead **118** generated as the signal-eye center in FIG. **4** moves relative to the regeneration sampling time. The signal-eye center in FIG. **5** is at the origin. A positive error signal voltage indicates the regeneration sampling time **405** lags the signal-eye center position **404** in time. This is due to a decrease in signal delay through the digital transmission system. Similarly, a negative error signal voltage indicates an increase in signal delay |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | which causes the regeneration sampling time **405** to precede the signal-eye center position **404** in time. It is important to note that curve **501** is monotonic through the origin. In contrast, the previously described technique in U.S. Pat. No. 3,404,232 to Burford provides an error signal represented by curve **502**. Curve **502** is "uni-valued" over a time interval about the origin. This time interval falls between reference points **503** and **504**. Accordingly, a variation in the regeneration sampling times relative to the signal-eye center position is undetectable if this variation falls within the time interval between points **503** and **504**. Such variation increases the error rate to a level which is unacceptable for many telecommunications applications.<br><br>*See* Fenderson, Figure 4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH            U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
| --- | --- |
| | <br>*See* Fenderson, Figure 5. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>*See* Fenderson, Figure 6. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  |  To the extent this limitation is not explicitly disclosed by Fenderson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Fenderson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
|  |  |
| 7(a) Method of evaluating a binary input signal of a transmission link and of recognizing the edges of | To the extent the preamble is limiting, Fenderson discloses and renders obvious a method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal. (*See*, *e.g.*, the corresponding analysis for 1(a) for this preamble). |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| an eye diagram of the input signal, | To the extent this limitation is not explicitly disclosed by Fenderson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Fenderson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(b) wherein a decision circuit is directly connected to an integrator, and | Fenderson discloses a decision circuit is directly connected to an integrator. (*See*, *e.g.*, the corresponding analysis for 1(b)).<br><br>To the extent this limitation is not explicitly disclosed by Fenderson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Fenderson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(c) comprising the steps of providing the input signal and a variable threshold to the decision circuit and | Fenderson discloses providing the input signal and a variable threshold to the decision circuit. (*See*, *e.g.*, the corresponding analysis for 1(c)).<br><br>To the extent this limitation is not explicitly disclosed by Fenderson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Fenderson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(d) using an output signal of the integrator to recognize the edges of the eye diagram. | Fenderson discloses using an output signal of the integrator to recognize the edges of the eye diagram.. (*See*, *e.g.*, the corresponding analysis for 1(d)).<br><br>To the extent this limitation is not explicitly disclosed by Fenderson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Fenderson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

## U.S. PATENT NO. 6,784,653

The asserted claims of U.S. Patent No. 6,784,653 B2 ("the '653 patent") are anticipated and/or obvious in view of U.S. Patent No. 6,433,899 entitled "Eye Quality Monitor For A 2R Regenerator" to Anslow *et al.* ("Anslow"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Anslow was filed on December 15, 1998, and issued on August 13, 2002.  Therefore, Anslow qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '653 Claim Language | Prior Art Teachings |
| --- | --- |
| 1(a) Eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, Anslow discloses an eye monitor for evaluating a binary input signal of a transmission link and for capturing an eye diagram of the input signal. Anslow describes evaluating the signal quality of optical signals.  Anslow generates an eye diagram to evaluate this signal quality, e.g., but identifying noise within the optical signal.<br><br>*See* Anslow, 3:21-26.<br><br>An important advantage of the present invention is that the quality of the signal can be measured with no need to recover the bit rate of the signal, which is very important in the case of **2R** receivers, where the clock is not available. This results in important savings on equipment at such receivers.<br><br>*See* Anslow, 1:56-65. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | The extent of signal degradations may be directly measured using an eye closure diagram, which is the graphic pattern produced on an oscilloscope when the detected signal is applied to the vertical input of an oscilloscope and is synchronized with the instrument time base. Changes in the eye opening indicate intersymbol interference, amplitude irregularities, or timing problems. For a binary signal, the eye diagram has a single eye, which is open or closed to an extent determined by the signal degradation. An open eye pattern is desired.<br><br>*See* Anslow, 2:61-67, 3:1-6.<br>    According to one aspect of the invention, there is provided a method of monitoring the quality of an optical signal at a regenerator site, without performing a clock recovery operation, comprising, generating a threshold voltage $V_{TH}$ to take a plurality of values according to a pattern, applying the threshold voltage $V_{TH}$ on a first input of a slicer, and applying an input voltage $V_{in}$ on a second input of the slicer<br><br>to obtain a slicer output voltage $V_S$, the input voltage $V_{in}$ being an electrical equivalent of the optical signal, for the plurality of threshold voltages, obtaining a corresponding plurality of associated parameters; and processing all the associate parameters as a function of all the threshold voltages to simulate an eye diagram of the optical signal.<br><br>*See* Anslow, 2:6-11. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | A receiver regenerates the signal presented to it by interpreting the levels of the received signal according to a decision level, defined also as threshold level, or as a slicing level. Generally, binary data regenerators are provided with a fixed threshold level selected so as to yield the best error rate at a predetermined signal power level.<br><br>*See* Anslow, 3:7-20.<br>According to a further aspect of the invention, there is provided an eye quality monitor for a data regenerator for providing a simulated eye diagram of an optical signal without performing a clock recovery operation, comprising a pattern generator for generating a threshold voltage $V_{TH}$ according to a pattern, a slicer, for receiving a the threshold voltage $V_{TH}$ on a first input and an input voltage $V_{in}$ on a second input, and generating a slicer output voltage $V_S$, the input voltage V being an electrical equivalent of the optical signal, an average detector for providing an associated average voltage $V_{AV}$ of the slicer output voltage $V_S$ corresponding to the a threshold voltage $V_{TH}$, and means for processing the average voltages $V_{AV}$, to simulate an eye diagram of the optical signal.<br><br>*See* Anslow, 5:40-46. |

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | FIGS. **6A** to **6C** show simulated eye diagrams for the signals $V_{in}$ used for preparing the transfer characteristics of the slicer shown in FIGS. **5A** to **5**C, i.e. for an undistorted signal, a signal with dispersion and a signal with PMD. Superimposed on the eye diagrams for $V_{in}$ are the reconstructed eyes $V_{EYE}$ from the invention both with and without noise added to the signal $V_{in}$.<br><br>*See* Anslow, FIGs. 5A-5C.<br><br><br>**FIGURE 5A**          **FIGURE 5B**          **FIGURE 5C**<br><br>*See* Anslow, FIGs. 6A-6C.<br><br><br>**FIGURE 6A**          **FIGURE 6B**          **FIGURE 6C** |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | To the extent this limitation is not explicitly disclosed by Anslow, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Anslow so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising a decision circuit which is directly connected to an integrator, | Anslow discloses and renders obvious a decision circuit which is directly connected to an integrator. Anslow discloses a decision circuit (a comparator, slicer, average detector, and reflection version unit) directly connected to the integrator (an add unit). Both the decision circuit and the integrator are within the eye monitor. Anslow discloses the integrator connected to the decision circuit without an EXOR gate (or any EXOR function) between the decision circuit and the integrator.<br><br>Anslow discloses an eye monitor wherein the comparator/slicer is directly connected to the average detector.<br><br>*See* Anslow, 4:23-36.<br>    Eye monitor **10** comprises a slicer **17** and an average detector **19**. The slicer **17** receives a threshold voltage $V_{TH}$ on the negative input and input signal $V_{in}$ and on the positive input. The slicer output $V_S$ of the slicer **17** is above logic 'zero' whenever $V_{in}$ is higher than the threshold voltage $V_{TH}$.<br>    Average detector **19** receives $V_S$ and provides the mean value $V_{AV}$ of slicer output $V_S$ over a given interval. This mean value decreases when the number and duration of pulses in $V_S$ decreases. In general, the closer $V_{TH}$ is to the maximum value of $V_{in}$, the shorter the time when $V_{in}$ is above $V_{TH}$, which results in shorter pulses for $V_S$. Shorter $V_S$ pulses means lover $V_{AV}$ values.<br><br>*See* Anslow, FIG. 1. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH            U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  **FIGURE 1** To the extent this limitation is not explicitly disclosed by Anslow, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Anslow so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. Although Anslow discloses a XOR gate in FIG. 8, this is an alternative embodiment as described in Anslow 6:10-34, |
| 1(c) wherein the input signal and a variable threshold are provided to the decision circuit and | Anslow discloses wherein the input signal and a variable threshold are provided to the decision circuit. Anslow discloses a variable threshold supplied to the decision circuit. *See* Anslow, 4:56-65. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | To obtain the $V_{AV}$–$V_{TH}$ diagram, the threshold voltage $V_{TH}$ is linearly swept across the entire range of the output of average detector **19**, $V_{AV}$. A pattern generator **21** also shown in FIG. **1**, gives various values to the threshold voltage $V_{TH}$ according to a pattern. In this example, pattern generator **21** is illustrated as being part of control unit **18**, where it can be implemented in software. Pattern generator **21** may also be provided as an independent unit, so that a threshold voltage $V_{TH}$ as necessary for the invention may be obtained by any other known means.<br><br>*See* Anslow, FIG. 1.<br><br><br><br>**FIGURE 1** |

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Anslow discloses the input signal supplied to the decision circuit. In particular the slicer/comparator 17 outputs above logic zero when Vin is greater than the supplied threshold. FIG. 1 discloses the input signal supplied to positive input. *See* Anslow, 4:23-36.<br><br>Eye monitor **10** comprises a slicer **17** and an average detector **19**. The slicer **17** receives a threshold voltage $V_{TH}$ on the negative input and input signal $V_{in}$ and on the positive input. The slicer output $V_S$ of the slicer **17** is above logic 'zero' whenever $V_{in}$ is higher than the threshold voltage $V_{TH}$.<br><br>Average detector **19** receives $V_S$ and provides the mean value $V_{AV}$ of slicer output $V_S$ over a given interval. This mean value decreases when the number and duration of pulses in $V_S$ decreases. In general, the closer $V_{TH}$ is to the maximum value of $V_{in}$, the shorter the time when $V_{in}$ is above $V_{TH}$, which results in shorter pulses for $V_S$. Shorter $V_S$ pulses means lover $V_{AV}$ values.<br><br>To the extent this limitation is not explicitly disclosed by Anslow, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Anslow so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) wherein an output signal of the integrator is used to recognize the edges of the eye diagram. | Anslow discloses an output signal of the integrator used to recognize the edges of the eye diagram.<br><br>Anslow discloses the Add unit (integrator) used to generate Veye signal. The |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                                U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  **FIGURE 1** *See* Anslow 5:14-20. To construct the eye of the signal, the output of the average detector **19** and the output of the reflected version unit **23** are added in add unit **25**, together with lines "1" and "0" at 100% and at 0% respectively. The output of the add unit **25** is the reconstructed eye for V$_{in}$, which is denoted on FIG. 1 with V$_{EYE}$. Output signals of Veye are disclosed in Anslow Figs. 6A-6C. |

9

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  FIGURE 6A          FIGURE 6B          FIGURE 6C |
| | To the extent this limitation is not explicitly disclosed by Anslow, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Anslow so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| | |
| 7(a) Method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, Anslow discloses and renders obvious a method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal.  Anslow discloses an eye monitor for evaluating a binary input signal of a transmission link and for capturing an eye diagram of the input signal.

Anslow describes evaluating the signal quality of optical signals.  Anslow generates an eye diagram to evaluate this signal quality, e.g., but identifying noise within the optical signal.

*See* Anslow, 3:21-26.

    An important advantage of the present invention is that the quality of the signal can be measured with no need to recover the bit rate of the signal, which is very important in the case of **2R** receivers, where the clock is not available. This results in important savings on equipment at such receivers. |

10

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                         U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | *See* Anslow, 1:56-65.<br><br>The extent of signal degradations may be directly measured using an eye closure diagram, which is the graphic pattern produced on an oscilloscope when the detected signal is applied to the vertical input of an oscilloscope and is synchronized with the instrument time base. Changes in the eye opening indicate intersymbol interference, amplitude irregularities, or timing problems. For a binary signal, the eye diagram has a single eye, which is open or closed to an extent determined by the signal degradation. An open eye pattern is desired.<br><br>*See* Anslow, 2:61-67, 3:1-6.<br><br>According to one aspect of the invention, there is provided a method of monitoring the quality of an optical signal at a regenerator site, without performing a clock recovery operation, comprising, generating a threshold voltage $V_{TH}$ to take a plurality of values according to a pattern, applying the threshold voltage $V_{TH}$ on a first input of a slicer, and applying an input voltage $V_{in}$ on a second input of the slicer to obtain a slicer output voltage $V_S$, the input voltage $V_{in}$ being an electrical equivalent of the optical signal, for the plurality of threshold voltages, obtaining a corresponding plurality of associated parameters; and processing all the associate parameters as a function of all the threshold voltages to simulate an eye diagram of the optical signal.<br><br>*See* Anslow, 2:6-11. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | A receiver regenerates the signal presented to it by interpreting the levels of the received signal according to a decision level, defined also as threshold level, or as a slicing level. Generally, binary data regenerators are provided with a fixed threshold level selected so as to yield the best error rate at a predetermined signal power level.<br><br>*See* Anslow, 3:7-20.<br><br>According to a further aspect of the invention, there is provided an eye quality monitor for a data regenerator for providing a simulated eye diagram of an optical signal without performing a clock recovery operation, comprising a pattern generator for generating a threshold voltage $V_{TH}$ according to a pattern, a slicer, for receiving a the threshold voltage $V_{TH}$ on a first input and an input voltage $V_{in}$ on a second input, and generating a slicer output voltage $V_S$, the input voltage $V$ being an electrical equivalent of the optical signal, an average detector for providing an associated average voltage $V_{AV}$ of the slicer output voltage $V_S$ corresponding to the a threshold voltage $V_{TH}$, and means for processing the average voltages $V_{AV}$, to simulate an eye diagram of the optical signal.<br><br>*See* Anslow, 5:40-46. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | FIGS. **6A** to **6C** show simulated eye diagrams for the signals $V_{in}$ used for preparing the transfer characteristics of the slicer shown in FIGS. **5A** to **5**C, i.e. for an undistorted signal, a signal with dispersion and a signal with PMD. Superimposed on the eye diagrams for $V_{in}$ are the reconstructed eyes $V_{EYE}$ from the invention both with and without noise added to the signal $V_{in}$.<br><br>*See* Anslow, FIGs. 5A-5C.<br><br><br>**FIGURE 5A**     **FIGURE 5B**     **FIGURE 5C**<br><br>*See* Anslow, FIGs. 6A-6C.<br><br><br>**FIGURE 6A**     **FIGURE 6B**     **FIGURE 6C** |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | To the extent this limitation is not explicitly disclosed by Anslow, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Anslow so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(b) wherein a decision circuit is directly connected to an integrator, and | Anslow discloses and renders obvious a decision circuit which is directly connected to an integrator. Anslow discloses a decision circuit (a comparator, slicer, average detector, and reflection version unit) directly connected to the integrator (an add unit). Both the decision circuit and the integrator are within the eye monitor. |
| | Anslow discloses an eye monitor wherein the comparator/slicer is directly connected to the average detector. |
| | *See* Anslow, 4:23-36. |
| | Eye monitor **10** comprises a slicer **17** and an average detector **19**. The slicer **17** receives a threshold voltage $V_{TH}$ on the negative input and input signal $V_{in}$ and on the positive input. The slicer output $V_S$ of the slicer **17** is above logic 'zero' whenever $V_{in}$ is higher than the threshold voltage $V_{TH}$. |
| | Average detector **19** receives $V_S$ and provides the mean value $V_{AV}$ of slicer output $V_S$ over a given interval. This mean value decreases when the number and duration of pulses in $V_S$ decreases. In general, the closer $V_{TH}$ is to the maximum value of $V_{in}$, the shorter the time when $V_{in}$ is above $V_{TH}$, which results in shorter pulses for $V_S$. Shorter $V_S$ pulses means lover $V_{AV}$ values. |
| | *See* Anslow, FIG. 1. |

14

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  **FIGURE 1** <br><br> To the extent this limitation is not explicitly disclosed by Anslow, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Anslow so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(c) comprising the steps of providing the input signal and a variable threshold to the decision circuit and | Anslow discloses wherein the input signal and a variable threshold are provided to the decision circuit. <br><br> Anslow discloses a variable threshold supplied to the decision circuit. *See* Anslow, 4:56-65. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | To obtain the $V_{AV} - V_{TH}$ diagram, the threshold voltage $V_{TH}$ is linearly swept across the entire range of the output of average detector **19**, $V_{AV}$. A pattern generator **21** also shown in FIG. **1**, gives various values to the threshold voltage $V_{TH}$ according to a pattern. In this example, pattern generator **21** is illustrated as being part of control unit **18**, where it can be implemented in software. Pattern generator **21** may also be provided as an independent unit, so that a threshold voltage $V_{TH}$ as necessary for the invention may be obtained by any other known means. *See* Anslow, FIG. 1.  **FIGURE 1** |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Anslow discloses the input signal supplied to the decision circuit. In particular the slicer/comparator 17 outputs above logic zero when Vin is greater than the supplied threshold. FIG. 1 discloses the input signal supplied to positive input. *See* Anslow, 4:23-36.<br><br>Eye monitor **10** comprises a slicer **17** and an average detector **19**. The slicer **17** receives a threshold voltage $V_{TH}$ on the negative input and input signal $V_{in}$ and on the positive input. The slicer output $V_S$ of the slicer **17** is above logic 'zero' whenever $V_{in}$ is higher than the threshold voltage $V_{TH}$.<br><br>Average detector **19** receives $V_S$ and provides the mean value $V_{AV}$ of slicer output $V_S$ over a given interval. This mean value decreases when the number and duration of pulses in $V_S$ decreases. In general, the closer $V_{TH}$ is to the maximum value of $V_{in}$, the shorter the time when $V_{in}$ is above $V_{TH}$, which results in shorter pulses for $V_S$. Shorter $V_S$ pulses means lover $V_{AV}$ values.<br><br>To the extent this limitation is not explicitly disclosed by Anslow, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Anslow so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(d) using an output signal of the integrator to recognize the edges of the eye diagram. | Anslow discloses an output signal of the integrator used to recognize the edges of the eye diagram.<br><br>Anslow discloses the Add unit (integrator) used to generate Veye signal. The |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  **FIGURE 1** <br><br> *See* Anslow 5:14-20. <br><br> To construct the eye of the signal, the output of the average detector **19** and the output of the reflected version unit **23** are added in add unit **25**, together with lines "1" and "0" at 100% and at 0% respectively. The output of the add unit **25** is the reconstructed eye for $V_{in}$, which is denoted on FIG. 1 with $V_{EYE}$. <br><br> Output signals of Veye are disclosed in Anslow Figs. 6A-6C. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  **FIGURE 6A**  **FIGURE 6B**  **FIGURE 6C**<br><br>To the extent this limitation is not explicitly disclosed by Anslow, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Anslow so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

19

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH               U.S. Patent No. 6,784,653

## U.S. PATENT NO. 6,784,653

The asserted claims of U.S. Patent No. 6,784,653 B2 ("the '653 patent") are anticipated and/or obvious in view of U.S. Patent No. 5,333,147 entitled "Automatic Monitoring of Digital Communication Channel conditions usinhg [sic] eye patterns" to Nohara *et al.* ("Nohara"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Nohara was filed on August 25, 1992, and issued on July 26, 1994.  Therefore, Nohara qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) Eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, Nohara discloses and renders obvious an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal.  Nohara discloses an eye monitor for evaluating a binary input signal of a transmission link and for capturing an eye diagram of the input signal.<br><br>Nohara describes evaluating the signal quality of received signals.  Nohara generates an eye diagram to evaluate this signal quality, e.g., by identifying noise within the optical signal.<br><br>*See* Nohara, 3:21-26.<br><br>    An important advantage of the present invention is that the quality of the signal can be measured with no need to recover the bit rate of the signal, which is very important in the case of **2R** receivers, where the clock is not available. This results in important savings on equipment at such receivers. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | *See* Nohara, 1:56-65. |
| |     The extent of signal degradations may be directly measured using an eye closure diagram, which is the graphic pattern produced on an oscilloscope when the detected signal is applied to the vertical input of an oscilloscope and is synchronized with the instrument time base. Changes in the eye opening indicate intersymbol interference, amplitude irregularities, or timing problems. For a binary signal, the eye diagram has a single eye, which is open or closed to an extent determined by the signal degradation. An open eye pattern is desired. |
| | *See* Nohara, 2:61-67, 3:1-6. |
| |     According to one aspect of the invention, there is provided a method of monitoring the quality of an optical signal at a regenerator site, without performing a clock recovery operation, comprising, generating a threshold voltage $V_{TH}$ to take a plurality of values according to a pattern, applying the threshold voltage $V_{TH}$ on a first input of a slicer, and applying an input voltage $V_{in}$ on a second input of the slicer to obtain a slicer output voltage $V_s$, the input voltage $V_{in}$ being an electrical equivalent of the optical signal, for the plurality of threshold voltages, obtaining a corresponding plurality of associated parameters; and processing all the associate parameters as a function of all the threshold voltages to simulate an eye diagram of the optical signal. |
| | *See* Nohara, 2:6-11. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | A receiver regenerates the signal presented to it by interpreting the levels of the received signal according to a decision level, defined also as threshold level, or as a slicing level. Generally, binary data regenerators are provided with a fixed threshold level selected so as to yield the best error rate at a predetermined signal power level.<br><br>*See* Nohara, 3:7-20.<br>According to a further aspect of the invention, there is provided an eye quality monitor for a data regenerator for providing a simulated eye diagram of an optical signal without performing a clock recovery operation, comprising a pattern generator for generating a threshold voltage $V_{TH}$ according to a pattern, a slicer, for receiving a the threshold voltage $V_{TH}$ on a first input and an input voltage $V_{in}$ on a second input, and generating a slicer output voltage $V_S$, the input voltage $V$ being an electrical equivalent of the optical signal, an average detector for providing an associated average voltage $V_{AV}$ of the slicer output voltage $V_S$ corresponding to the a threshold voltage $V_{TH}$, and means for processing the average voltages $V_{AV}$, to simulate an eye diagram of the optical signal.<br><br>*See* Nohara, 5:40-46. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | FIGS. **6A** to **6C** show simulated eye diagrams for the signals $V_{in}$ used for preparing the transfer characteristics of the slicer shown in FIGS. **5A** to **5C**, i.e. for an undistorted signal, a signal with dispersion and a signal with PMD. Superimposed on the eye diagrams for $V_{in}$ are the reconstructed eyes $V_{EYE}$ from the invention both with and without noise added to the signal $V_{in}$.<br><br>*See* Nohara, FIGs. 3-4.<br><br><br><br>*See* Nohara, FIGs. 2a-2d. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>To the extent Nohara does not explicitly teach "recognizing the edges of an eye diagram of the input signal," it would have been obvious to a POSA use the edge detection techniques of Nohara in view of the knowledge of the POSA (including the benefits of identifying edges in a signal) and/or the other references cited in these invalidity contentions which disclose this limitation. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | To the extent this limitation is not explicitly disclosed by Nohara, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Nohara so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising a decision circuit which is directly connected to an integrator, | Nohara discloses and renders obvious a decision circuit which is directly connected to an integrator. Nohara discloses a decision circuit. Nohara discloses the integrator connected to the decision circuit without an EXOR gate (or any EXOR function) between the decision circuit and the integrator. Nohara discloses a degradation monitor using quantized eye diagrams from comparators which is directly connected to a complex integrator that separates the signal from the noise. *See* Nohara, 4:10-14. electrical equivalent input signal $V_{in}$. A comparator **13** compares $V_{in}$ with a decision level to separate the signal from noise. The recovered electrical signal V is then amplified in amplifier **14**. Optical transmitter **16** receives the amplified variant of V, modulates it over an optical carrier and transmits the optical outgoing signal $S_{out}$ over fiber **5'**. *See* Nohara, FIG. 7. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  |

*See* Nohara, 7: 15-29.

The outputs of the cell counters are passed to a Complex Integrator Circuit **60** as shown in FIG. **7** and FIG. **8**. In the general case, the input enters the Complex Integrator **60** and is first processed by a Weighted Summation unit **61** as illustrated in FIG. **8a**. Each counter value is weighted and the weighted values are then added together, the weights are selected reflecting the predetermined generalized pseudo error region. The output of the Weighted Summation unit **61** enters two parallel paths, one of which is delayed by a Delay unit **62** which provides a delay equal to the symbol period T, the delayed output being then passed to a Scalar Multiplier **63** with scalar value $\alpha_1$. The undelayed parallel

*See* Nohara, FIGs 8a-8d. These disclose forms of complex integrators

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>To the extent this limitation is not explicitly disclosed by Nohara, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Nohara so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) wherein the input signal and a variable threshold are provided to the decision circuit and | Nohara discloses wherein the input signal provided to the decision circuit. Nohara discloses cells formed with a predetermined voltage amplitude levels based on reference voltages. Nohara discloses a quantized eye diagram (decision circuit) which is provided the input signal and sorts voltage based on predetermined voltage thresholds.<br><br>*See* Nohara, 6:16-21. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | The data input (baseband signal) signal is applied to seven Dual Voltage Comparators $2_1$, $2_2$, . . . $2_7$. The Dual Voltage Comparators are supplied with reference voltages which are also applied to adjacent comparators, the reference voltages determining the amplitude of Level 0 to Level 7 as illustrated in FIG. 5*a*. Outputs<br><br>*See* Nohara, at FIG. 7<br><br><br><br>FIG. 7<br><br>*See* Nohara, at FIG. 5a. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  |  FIG. 5a<br><br>To the extent this limitation is not explicitly disclosed by Nohara, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Nohara so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 1(d) wherein an output signal of the integrator is used to recognize the edges of the eye diagram. | Nohara discloses the output of the complex integrator is used to indicate when a threshold count exceeds a predetermined amount. The threshold detections may be utilized to identify the edges of an eye diagram.<br><br>*See* Nohara, 4:10-14.<br><br>electrical equivalent input signal $V_{in}$. A comparator **13** compares $V_{in}$ with a decision level to separate the signal from noise. The recovered electrical signal V is then amplified in amplifier **14**. Optical transmitter **16** receives the amplified variant of V, modulates it over an optical carrier and transmits the optical outgoing signal $S_{out}$ over fiber **5'**.<br><br>*See* Nohara, FIG. 7. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | <br><br>*See* Nohara, FIGs. 3-4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>*See* Nohara, FIGs. 2a-2d. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                                   U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>To the extent this limitation is not explicitly disclosed by Nohara, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Nohara so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. In particular a POSA would know to use that the output signal count could be used to identify edges of the diagram by indicating excess error counts near the edges of the eye. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                           U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 7(a) Method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, Nohara discloses and renders obvious a method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal.  Nohara discloses an eye monitor for evaluating a binary input signal of a transmission link and for capturing an eye diagram of the input signal.<br><br>Nohara describes evaluating the signal quality of optical signals.  Nohara generates an eye diagram to evaluate this signal quality, e.g., by creating a quantized eye diagram and integrating each unit of the diagram.<br><br>To the extent this limitation is not explicitly disclosed by Nohara, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Nohara so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(b) wherein a decision circuit is directly connected to an integrator, and | Nohara discloses and renders obvious wherein a decision circuit is directly connected to an integrator. Nohara discloses a decision circuit directly connected to a complex integrator (*See, e.g.* analysis for claim 1(b)).  Nohara discloses the integrator connected to the decision circuit without an EXOR gate (or any EXOR function) between the decision circuit and the integrator.<br><br>To the extent this limitation is not explicitly disclosed by Nohara, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Nohara so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(c) comprising the steps of providing the input signal and a variable threshold to the decision circuit and | Nohara discloses providing the input signal and a variable threshold to the decision circuit. (*see, e.g.*, the analysis for claim 1(c)).<br><br>To the extent this limitation is not explicitly disclosed by Nohara, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Nohara so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(d) using an output signal of the integrator to | Nohara discloses using an output signal of the integrator to recognize the edges of the eye diagram. (*see, e.g.*, the analysis for claim 1(d)). |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| recognize the edges of the eye diagram. | To the extent this limitation is not explicitly disclosed by Nohara, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Nohara so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

## U.S. PATENT NO. 6,784,653

The asserted claims of U.S. Patent No. 6,784,653 B2 ("the '653 patent") are anticipated and/or obvious in view of U.S. Patent No. 6,643,346 entitled "Frequency Detection Circuit for Clock Recovery" to Pedrotti et al. ("Pedrotti"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions.

Pedrotti was filed on February 23, 1999 and issued on November 4, 2001.  Therefore, Pedrotti qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) Eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, Pedrotti discloses and renders obvious an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal.  Pedrotti discloses an eye monitor for evaluating an input signal.<br><br>Pedrotti discloses a circuit or monitoring unit for evaluating binary input signals and detecting a decision window which may be used to recognize edges. *See* Pedrotti, 2:56-68.<br><br>As the input data stream is received, variations and other corruptions within the input data stream are present as described above. To quantify the amount of signal degradation, and to check the performance of clock extraction circuit **100**, an eye diagram may be utilized. With reference to FIG. **5**, an eye diagram **500** (which may be generated by an oscilloscope) provides many overlaid traces of small sections of the input data stream and visually summarizes the variations and corruptions of the input data stream. Within eye diagram **500**, a decision window **510** is formed which provides the optimum time for sampling the input data signal. Other characteristics include an amplitude |

1

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | *See* Pedrotti, Fig 5.<br><br><br><br>To the extent Pedrotti does not explicitly teach "recognizing the edges of an eye diagram," it would have been obvious to a POSA to take the eye diagram of Pedrotti in view of the knowledge of the POSA (including the benefits of identifying the edges of an eye diagram).<br><br>To the extent this limitation is not explicitly disclosed by Pedrotti, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Pedrotti so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising a decision circuit which is directly connected to an integrator, | Pedrotti discloses a decision circuit which is directly connected to an integrator. Pedrotti discloses the integrator connected to the decision circuit without an EXOR gate (or any EXOR function) between the decision circuit and the integrator.<br><br>Pedrotti Figure 3 illustrates a frequency detector (decision circuits) which include electrical components is directly connected to an integrator. *See* Pedrotti, Fig. 3. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  |  |

*See* Pedrotti, 7: 47-68.

In accordance with a preferred aspect of the present invention, output signal **215** of frequency detector **210** may be coupled to an integrator **220** configured to provide a slowly varying bipolar voltage output signal proportional to the frequency difference. The slowly varying output signal enables the control device, such as a VCO, to more readily facilitate the locking of the clock recovery and data regeneration circuit.

Accordingly, by utilizing a frequency difference signal from frequency detector **210**, clock recovery and data regeneration circuit **200** achieves significant improvement of the acquisition range, i.e., a larger range of frequency response for the clock recovery and data regeneration circuit, thus ensuring reliable locking of a phased locked loop.

Having described above various aspects of the present invention, a preferred exemplary embodiment of a frequency detector in accordance with the present invention will now be described. In accordance with this embodiment, with reference to FIG. **3**, a frequency detector **300** suitably comprises a differentiator **310**, a filter **320** and a pair of peak detectors, **330** and **340**. In accordance with this embodiment,

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                     U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Alternatively, to the extent Pedrotti does not explicitly disclose "a decision circuit which is directly connected to an integrator," it would have been obvious to a POSA use the eye monitoring techniques of Pedrotti in view of the knowledge of the POSA (including the benefits of identifying edges in a signal) and/or the other references cited in these invalidity contentions which disclose this limitation.<br><br>To the extent this limitation is not explicitly disclosed by Pedrotti, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Pedrotti so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) wherein the input signal and a variable threshold are provided to the decision circuit and | Pedrotti discloses an input signal and variable threshold provided to a decision circuit. Pedrotti discloses a frequency detector (decision circuit) receiving a data signal. Pedrotti also discloses peak detectors which are configured to reject amplitudes above or below threshold values of the eye diagram. *See* Pedrotti, FIG. 5.<br><br><br><br>*See* Pedrotti, 8: 56-68. |

4

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | Peak detectors **330, 340** preferably comprise a positive polarity detector **330** and a negative polarity detector **340**. Positive peak detector **330** is suitably configured to detect positive pulses of output signal **325** while negative peak detector **340** is suitably configured to detect negative pulses of output signal **325**. Preferably peak detectors **330, 340** suitably comprise a network of diodes configured to detect the polarity of the pulses of output signal **325**. Moreover, peak detectors **330, 340** may comprise a resistor/capacitor network suitably configured to reduce noise present in output signal **325** as well as provide a time constant for an output signal **360** of frequency detector **300**.<br><br>*See* Pedrotti, 9:1-15.<br><br>Peak detectors **330, 340** are preferably configured to provide a threshold operation such that low amplitude noises may be substantially rejected, i.e., peak detectors **330, 340** restrict the providing of an output signal **360** by responding primarily to the differentiated output pulses of output signal **315** or filtered output signal **325** and ignoring low amplitude noises that may be provided by differentiator **3 10** or filter **320** or other sources. In accordance with this aspect, the network of diodes configured to detect the polarity of the pulses of output signal **325** are also suitably configured to reject low voltage signals that may be associated with noise and other disturbances. Accordingly, low amplitude noises and other minor disturbances prevailing within a clock recovery and data regeneration circuit may be suitably rejected by peak detectors **330, 340**.<br><br>*See* Pedrotti, FIG. 3. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | <br><br>To the extent this limitation is not explicitly disclosed by Pedrotti, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Pedrotti so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) wherein an output signal of the integrator is used to recognize the edges of the eye diagram. | Pedrotti discloses an output signal of the integrator is used to recognize the edges of the eye diagram. *See* Pedrotti, 7: 47-68. |

FIG. 3

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | In accordance with a preferred aspect of the present invention, output signal **215** of frequency detector **210** may be coupled to an integrator **220** configured to provide a slowly varying bipolar voltage output signal proportional to the frequency difference. The slowly varying output signal enables the control device, such as a VCO, to more readily facilitate the locking of the clock recovery and data regeneration circuit. |
| | Accordingly, by utilizing a frequency difference signal from frequency detector **210**, clock recovery and data regeneration circuit **200** achieves significant improvement of the acquisition range, i.e., a larger range of frequency response for the clock recovery and data regeneration circuit, thus ensuring reliable locking of a phased locked loop. |
| | Having described above various aspects of the present invention, a preferred exemplary embodiment of a frequency detector in accordance with the present invention will now be described. In accordance with this embodiment, with reference to FIG. **3**, a frequency detector **300** suitably comprises a differentiator **310**, a filter **320** and a pair of peak detectors, **330** and **340**. In accordance with this embodiment, |
| | *See* Pedrotti, FIG. 3. |
| |  |
| | *FIG. 3* |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | *See* Pedrotti, FIG. 6.<br><br><br><br>Pedrotti discloses using the output of the integrator to lock the decision circuit on the data stream for aligning the clock and data signals. This recognizes the edges of the data signal to align the clock and data signal. *See* Pedrotti at 2:44-55. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Once PLL **120** is "locked" onto the clock signal of the input data stream, the clock signal is applied to a decision circuit **130**, which also looks at the input data stream, i.e., the NRZ data stream. Decision circuit **130** generally includes a comparator or gain stage and then a sampling stage for sampling the data. Accordingly, decision circuit **130** samples the input data stream and, utilizing the recovered clock signal, correspondingly outputs a "1" or a "0" depending on the value of the incoming data stream during the sampling period. Further, a fixed or manually adjustable relative phase delay is often included to align the clock and data signals when in "lock" at decision circuit **130**.

Alternatively, to the extent that Pedrotti does not disclose "an output signal of the integrator is used to recognize the edges of the eye diagram." it would have been obvious to a POSA to use a the output of the integrator and the generated BER to identify the edges of the eye diagram. It would have been obvious to a POSA to use the BER measuring and eye diagram techniques of Pedrotti in view of the knowledge of the POSA (including the benefits of identifying edges in a signal) and/or the other references cited in these invalidity contentions which disclose this limitation.

To the extent this limitation is not explicitly disclosed by Pedrotti, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Pedrotti so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| | |
| 7(a) Method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal, | To the extent the preamble is limiting, Pedrotti discloses and render obvious a method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal. (*See*, *e.g.*, the corresponding analysis for 1(a) for this preamble).

To the extent this limitation is not explicitly disclosed by Pedrotti, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Pedrotti so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 7(b) wherein a decision circuit is directly connected to an integrator, and | Pedrotti discloses a decision circuit is directly connected to an integrator. Pedrotti discloses the integrator connected to the decision circuit without an EXOR gate (or any EXOR function) between the decision circuit and the integrator. (*See*, *e.g.*, the corresponding analysis for 1(b)).<br><br>To the extent this limitation is not explicitly disclosed by Pedrotti, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Pedrotti so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(c) comprising the steps of providing the input signal and a variable threshold to the decision circuit and | Pedrotti discloses providing the input signal and a variable threshold to the decision circuit. (*See*, *e.g.*, the corresponding analysis for 1(c)).<br><br>To the extent this limitation is not explicitly disclosed by Pedrotti, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Pedrotti so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(d) using an output signal of the integrator to recognize the edges of the eye diagram. | Pedrotti discloses using an output signal of the integrator to recognize the edges of the eye diagram. (*See*, *e.g.*, the corresponding analysis for 1(d)).<br><br>To the extent this limitation is not explicitly disclosed by Pedrotti, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Pedrotti so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

## U.S. PATENT NO. 6,784,653

The asserted claims of U.S. Patent No. 6,784,653 B2 ("the '653 patent") are anticipated and/or obvious in view of U.S. Patent No. 5,220,581 entitled "Digital Data Link Performance Monitor" to Ferraiolo *et al*. ("Ferraiolo"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Ferraiolo was filed on March 28, 1991, and issued on June 15, 1993. Therefore, Ferraiolo qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) Eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, Ferraiolo discloses and renders obvious an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal. Ferraiolo discloses a monitor for evaluating a binary input signal of a transmission link and for monitoring the number of data edges of the input signal. <br><br> Ferraiolo describes evaluating the signal quality of received signals. Ferraiolo generates an eye diagram to evaluate this signal quality, e.g., by identifying noise within the optical signal. *See* Ferraiolo 5:49-64, 6:1-14. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Graphic representation of a plurality of sorted data edge transitions is shown in FIG. 3. In this case, n clock phases have been used to sort data edges into n successive time intervals or time segments. The first time interval is from t(0) to t(1), the second one from t(1) to t(2), etc . . . , the nth time interval is from t(n−1) to t(n). As noted above, these time intervals are selected to cover the entire data clock period T. Times t(0), t(1) . . . t(n) are the time shifts of the clock phases f(1), . . . f(n) in reference to f(0). The degree of timing or horizontal shrinkage of the eye can be derived from the information depicted in FIG. 3 (see *Transmission Systems for Communications*. AT&T Bell Lab, Ch. 30, Ed. 5). |
| | The measurement of the total timing jitter is the effective symbol duration decrease or amount of horizontal shrinkage of the eye diagram, as defined by equation (1). |
| | For example, a generalized threshold level **50** can be chosen for comparison with the number of data sorts collected within each time interval. If the number of data sorts collected in a particular time interval is above the threshold level **50**, then (as shown in FIG. 3) a "1" is assigned to that time interval, while if the total number of data sorts collected in a time interval is less than the threshold level **50**, then a logic "0" is assigned to the interval. The horizontal shrinkage of the eye (e.g., time between spaced intervals having counts above the threshold level) can thus be measured based on this comparison. The total time interval can be determined by summing the time intervals having data edge sorts below the threshold level. |
| | Ferraiolo discloses a number of edge sorts based on a count as to whether voltage exceeds a threshold at different ties. As described these counts could be used to derive an eye with horizontal shrinkage information; including identifying the timing or edges of the eye. *See* Ferraiolo, Fig. 3. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  fig. 3 <br><br> To the extent this limitation is not explicitly disclosed by Ferraiolo, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Ferraiolo so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising a decision circuit which is directly connected to an integrator, | Ferraiolo discloses and renders obvious a decision circuit which is directly connected to an integrator. Ferraiolo discloses a decision circuit. Ferraiolo discloses the integrator connected to the decision circuit without an EXOR gate (or any EXOR function) between the decision circuit and the integrator. <br><br> Ferraiolo discloses a comparator which is directly connected to a counter (or integrator) which identifies the number of signals to exceed a reference voltage threshold at different times. <br><br> *See* Ferraiolo, 6:15-37 |

3

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  *See* Ferraiolo, 3:4-19. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | In one specific embodiment, the circuit includes n counters, each of the counters being coupled to receive data edge sorts to a corresponding one of the n time intervals. Further, n comparators may be provided, each comparator being coupled to a respective one of the n counters for comparing the number of data edge transitions sorted to its respective counter with the predetermined threshold level. The outputs of the n comparators may comprise the generated monitor signals. Further specific circuit details are also provided and claimed herein. For example, the monitoring technique of the present invention may be used contemporaneous with the data retiming method set forth in a commonly assigned, co-pending patent application entitled "Digitally Integrating Clock Extractor," which is summarily discussed herein.<br><br>Ferraiolo discloses comparators and counters (integrators) directly connected to decision logic (or a decision circuit). *See* Ferraiolo, Fig. 5:11-35. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Choose correct clock circuit **20** operates to select a proper local clock phase for use in data retiming from a plurality of local clocks of identical frequency but different phase. As described above, pursuant to the cross-referenced application clock selection is made based upon an analysis of the historical distribution of a predefined number of data edge transitions. In practice, the local reference clock produced by generator **14** and used by DPLL circuit **12** is configured to cover one period or slightly more of the input data clock, which is assumed known. This guarantees that each data edge transition will be detected and sorted into one of the n time intervals. Those counters (see FIG. **4**) associated with the time intervals where data edge transitions are occurring will accumulate counts at a faster rate than the remaining counters, even under a jitter or high noise condition. This information is beneficially used to select an appropriate clock signal phase, as well as pursuant to the present invention to monitor/diagnose the data link performance. Counters (FIG. **4**) within choose correct clock circuit **20** thus integrate (i.e., accumulate a histogram or historic overview of) the locations of successively sorted data edge transitions. This histogram is advantageously used herein as explained further below with reference to FIG. **3** hereof.<br><br>*See* Ferraiolo, FIG. 5. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |   fig. 5 |
| | To the extent this limitation is not explicitly disclosed by Ferraiolo, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Ferraiolo so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) wherein the input signal and a variable threshold are provided to the decision circuit and | Ferraiolo discloses wherein the input signal provided to the decision circuit. Ferraiolo discloses a decision logic circuit which utilizes a reference voltage threshold to generate flags for when a positive edge count exceeds a voltage threshold. Ferraiolo discloses the decision logic within "the choose correct clock" as provided the input data.<br><br>Ferraiolo discloses a "choose correct clock" element which includes a decision circuit. The choose correct clock is provided an input data signal and utilizes a variable threshold. *See* Ferraiolo, Fig. 1. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>Ferraiolo discloses a decision logic receiving the outputs of comparators which include the provided data signal. *See* Ferraiolo, Fig. 5.<br><br>Ferraiolo discloses measurements of the input signal at different times (positive edge reads) based on the slicing of the DPLL. Each sample of the input signal is checked against the reference voltage threshold. The sort n counter may output n number of flags based on different voltage thresholds operating as a variable threshold. *See* Ferraiolo, Fig. 4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  |  Ferraiolo discloses measurements of the input signal at different times (positive edge reads) based on the slicing of the DPLL. Each sample of the input signal is checked against the reference voltage threshold. *See* Ferraiolo, Fig. 5. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>To the extent this limitation is not explicitly disclosed by Ferraiolo, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Ferraiolo so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) wherein an output signal of the integrator is used to recognize the edges of the eye diagram. | Ferraiolo discloses a counter (or integrator) for which the output includes flags for identifying the voltage of counted input signals. Ferraiolo disclose the integrator output recognizing an eye diagram for retiming data. Counters integrate the locations of successively sorted data edge transitions.<br><br>*See* Ferraiolo, Fig. 5:11-35. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Choose correct clock circuit **20** operates to select a proper local clock phase for use in data retiming from a plurality of local clocks of identical frequency but different phase. As described above, pursuant to the cross-referenced application clock selection is made based upon an analysis of the historical distribution of a predefined number of data edge transitions. In practice, the local reference clock produced by generator **14** and used by DPLL circuit **12** is configured to cover one period or slightly more of the input data clock, which is assumed known. This guarantees that each data edge transition will be detected and sorted into one of the n time intervals. Those counters (see FIG. **4**) associated with the time intervals where data edge transitions are occurring will accumulate counts at a faster rate than the remaining counters, even under a jitter or high noise condition. This information is beneficially used to select an appropriate clock signal phase, as well as pursuant to the present invention to monitor/diagnose the data link performance. Counters (FIG. **4**) within choose correct clock circuit **20** thus integrate (i.e., accumulate a histogram or historic overview of) the locations of successively sorted data edge transitions. This histogram is advantageously used herein as explained further below with reference to FIG. **3** hereof.<br><br>To the extent this limitation is not explicitly disclosed by Ferraiolo, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Ferraiolo so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| | |
| 7(a) Method of evaluating a binary input signal of a transmission link and of recognizing the edges of | To the extent the preamble is limiting, Ferraiolo discloses and render obvious a method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal. (*See, e.g.*, the corresponding analysis for 1(a) for this preamble). |

11

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| an eye diagram of the input signal, | It would have been obvious to a POSA to combine the teachings of Ferraiolo, which are both directed to analyzing binary digital signals at a terminal link by analyzing eye diagrams. Both are designed to determine the transmission quality which allowing the signal to continue performance. |
| 7(b) wherein a decision circuit is directly connected to an integrator, and | Ferraiolo discloses a decision circuit is directly connected to an integrator. Ferraiolo discloses the integrator connected to the decision circuit without an EXOR gate (or any EXOR function) between the decision circuit and the integrator. (*See*, *e.g.*, the corresponding analysis for 1(b)).<br><br>To the extent this limitation is not explicitly disclosed by Ferraiolo, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Ferraiolo so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(c) comprising the steps of providing the input signal and a variable threshold to the decision circuit and | Ferraiolo discloses providing the input signal and a variable threshold to the decision circuit. (*See*, *e.g.*, the corresponding analysis for 1(c)).<br><br>To the extent this limitation is not explicitly disclosed by Ferraiolo, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Ferraiolo so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(d) using an output signal of the integrator to recognize the edges of the eye diagram. | Ferraiolo discloses using an output signal of the integrator to recognize the edges of the eye diagram. (*See*, *e.g.*, the corresponding analysis for 1(d)).<br><br>To the extent this limitation is not explicitly disclosed by Ferraiolo, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Ferraiolo so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

## U.S. PATENT NO. 6,784,653

The asserted claims of U.S. Patent No. 6,784,653 B2 ("the '653 patent") are anticipated and/or obvious in view of U.S. Patent No. 4,837,642 entitled "Threshold Tracking System" to Smidth ("Smidth"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Smidth was filed on January 12, 1988 and issued on June 6, 1989. Therefore, Smidth qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) Eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal, | To the extent that the preamble is limiting, Smidth discloses and renders obvious an eye monitor for evaluating a binary input signal of a transmission link and for recognizing the edges of an eye diagram of the input signal. Smidth discloses an eye monitor for evaluating an input signal and for recognizing the edges of the input signal.<br><br>Smidth discloses a circuit or monitor for evaluating binary input signals and detecting edges of the signal. *See* Smidth, 1:6-11.<br><br>The present invention generally relates to systems for decoding signals such as Class IV partial-response signals and, more particularly, to systems wherein threshold levels that are used to distinguish between binary ones and zeros when decoding partial-response signals are adjusted automatically to compensate for effects such as signal dropouts.<br><br>*See* Smidth, Fig. 2. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br>FIG. 2<br><br>*See* Smidth, 4:11-24. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH        U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | FIGS. **3***a* through **3***e* are timing diagrams that illustrate operation of the system of FIG. **2**. FIG. **3***a* shows a periodic train of clock pulses having generally rectangular shape. The arrows indicate the rising edges of the pulses; those edges gate the data transfer devices. Typically, the period of the clock pulses is about ten nanoseconds in applications involving high-density magnetic tape recordings. The sampling times $t_o, t_i \ldots t_n$ coincide with the rising edges of the clock pulses. Circuits to generate the clock pulses are described in U.S. Pat. No. 4,399,474. It may be noted that the rising edges of the clock pulses coincide with the foci or crossing times of the ternary eye patterns for Class IV partial-response signals. *See* Smidth, Fig. 3. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| |  Smidth also discloses that decoding of signals as well as evaluating edges of signals was known in the art for use in eye pattern diagrams. *See* Smidth, 3:23-30.<br><br>FIG. **2** shows an improved system for decoding partial-response signals. In the system, a rectifier **13** provides full-wave rectification of off-tape partial-response signals. Operation of rectifier **13** is described in terms of eye pattern diagrams in U.S. Pat. No. 4,399,474. By full-wave rectifying the off-tape partial-response signals, all the signal amplitudes are converted into their absolute values.<br><br>*See* Smidth, 1:50-66. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | To decode Class IV partial response signals, it is conventional to employ comparators having fixed voltages which determine threshold levels. The thresholds are usually fixed mid-way between the center level (i.e., zero volts) and the absolute value of the normal outer envelope level for the partial-response signal. (The outer envelope levels are defined with reference to ternary eye patterns for partial-response signals; the ternary eye patterns are described by Kabal, et al., supra.) With fixed decoding thresholds, however, a drop-out that causes a decrease in the peak-to-peak amplitude of a partial-response signal for the duration of some number of data bits can result in a logical "1" being erroneously decoded as a logical "0" during the drop-out period even in the absence of noise. With electronic noise present, decoding errors may occur even with lesser signal reductions.<br><br>*See* Smidth, 4:11-24.<br><br>FIGS. **3***a* through **3***e* are timing diagrams that illustrate operation of the system of FIG. **2**. FIG. **3***a* shows a periodic train of clock pulses having generally rectangular shape. The arrows indicate the rising edges of the pulses; those edges gate the data transfer devices. Typically, the period of the clock pulses is about ten nanoseconds in applications involving high-density magnetic tape recordings. The sampling times $t_o, t_i \ldots t_n$ coincide with the rising edges of the clock pulses. Circuits to generate the clock pulses are described in U.S. Pat. No. 4,399,474. It may be noted that the rising edges of the clock pulses coincide with the foci or crossing times of the ternary eye patterns for Class IV partial-response signals. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | To the extent that Smidth does not explicitly teach "a binary input signal of a transmission link," it would have been obvious to a POSA to take the output timing diagram of Smidth in view of the knowledge of the POSA (including the benefits of decoding a binary input signal).<br><br>To the extent this limitation is not explicitly disclosed by Smidth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Smidth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising a decision circuit which is directly connected to an integrator, | Smidth discloses a decision circuit which is directly connected to an integrator. Smidth discloses the integrator connected to the decision circuit without an EXOR gate (or any EXOR function) between the decision circuit and the integrator.<br><br>Smidth Figure 2 illustrates a circuit having a comparator 15 in combination with a flip-flop 31 (decisions circuit) that is directly connected to a charge pump 37, which may also be an integrator. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  |  FIG. 2 <br><br> *See* Smidth, 5:67-68, 6:1-2. <br><br> integrated into a single device. As another example of an alternative, it should be noted that charge pump 37 can also be implemented as an integrator with an enable control. Furthermore, although the present invention is <br><br> Alternatively, to the extent that Smidth does not explicitly disclose "a decision circuit which is directly connected to an integrator," it would have been obvious to a POSA use the threshold detection techniques of Smidth in combination with the disclosed integrator for error reduction in view of the knowledge of the POSA |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
|  | To the extent this limitation is not explicitly disclosed by Smidth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Smidth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) wherein the input signal and a variable threshold are provided to the decision circuit and | Smidth discloses wherein the input signal and a variable threshold are provided to the decision circuit.<br><br>Smidth discloses the use of a variable threshold, $V_T$. *See* 1:50-66.<br><br>To decode Class IV partial response signals, it is conventional to employ comparators having fixed voltages which determine threshold levels. The thresholds are usually fixed mid-way between the center level (i.e., zero volts) and the absolute value of the normal outer envelope level for the partial-response signal. (The outer envelope levels are defined with reference to ternary eye patterns for partial-response signals; the ternary eye patterns are described by Kabal, et al., supra.) With fixed decoding thresholds, however, a drop-out that causes a decrease in the peak-to-peak amplitude of a partial-response signal for the duration of some number of data bits can result in a logical "1" being erroneously decoded as a logical "0" during the drop-out period even in the absence of noise. With electronic noise present, decoding errors may occur even with lesser signal reductions.<br><br>A decision circuit in Figure 2 receives a threshold voltage and an input signal, $V_I$.<br>*See* Smidth, 3:31-53. |

8

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | As also shown in FIG. **2**, the rectified partial-response signals are provided to a first comparator **15** and to a second comparator **17**. The other signals received by comparators **15** and **17** are feedback signals carried on line **19**. It should be noted that, at the inverting input of comparator **17**, series resistors **21** and **23** provide voltage division of the feedback signal. Normally, the two resistors have the same value and, therefore, comparator **17** receives a voltage which is one-half the feedback voltage. Comparators **15** and **17** are conventional and, as such, receive analog inputs and provide binary output signals that depend upon the comparison between the inputs. In particular, comparator **15** provides a logical "1" output if the amplitude of the partial-response signal at its non-inverting input exceeds the amplitude of the feedback signal at its inverting input; otherwise, the comparator provides a logical "0" output. Similarly, comparator **17** provides a logical "1" output if the amplitude of the partial-response signal at its non-inverting input exceeds the amplitude of the voltage-divided feedback signal at its inverting input and, otherwise, comparator **17** provides a logical "0" output.<br><br>*See* Smidth, 4:8-10.<br>tor **39** by resistors **21** and **23**. The voltage at the output of unity-gain buffer **41** equals the voltage across capacitor **39** and, in the following, is referred to as the threshold tracking voltage $V_T$.<br><br>*See* Smidth, Figure 2. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>FIG. 2<br><br>To the extent this limitation is not explicitly disclosed by Smidth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Smidth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) wherein an output signal of the integrator is used to recognize the edges of the eye diagram. | Smidth discloses and/or renders obvious wherein an output signal of the integrator is used to recognize the edges of the eye diagram.  Smidth discloses wherein an output signal of the integrator is used to recognize the edges of a signal. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Smidth discloses that the charge pump 37, which may also be an integrator, outputs currents that causes changes in the threshold voltage, $V_T$.  This change in turn is used to recognized edges of the input signal. *See* Smidth, 5:67-68, 6:1-2. <br><br> integrated into a single device. As another example of an alternative, it should be noted that charge pump **37** can also be implemented as an integrator with an enable control. Furthermore, although the present invention is <br><br> *See*, Smidth, Fig. 2. <br><br>  <br><br> FIG. 2 |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | *See* Smidth, 5:4-18.<br><br>FIG. **3***e* shows output current from charge pump **37** at the sampling times. As previously mentioned, output current from the charge pump is provided only when the charge pump is enabled by a positive output from flip-flop **33**. Thus, in terms of the timing diagrams, charge pump **37** provides an output only when the amplitude of the off-tape signal $V_I$ exceeds one-half the amplitude of tracking voltage $V_T$. During such times, output current from charge pump **37** is either positive or negative. Positive current is provided only when the amplitude of the off-tape signal $V_I$ exceeds the tracking voltage $V_T$, and negative current is provided only when the amplitude of the off-tape signal $V_I$ is less than tracking voltage $V_T$. In practice, the positive and negative currents have values of a few milliamps.<br><br>*See* Smidth, Fig. 3E.<br><br><br>FIG. 3E<br><br>*See* Smidth, 5:19-43. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| | Finally with regard to the timing diagrams, it should be understood that the output currents from charge pump **37** cause changes in tracking voltage $V_T$. This is because current flow to capacitor **39** of FIG. **2** changes the voltage across the capacitor and, hence, changes tracking voltage $V_T$. When there is positive current from charge pump **37**, as between sampling times $t_0$ and $t_1$ and between sampling times $t_3$ and $t_5$, the tracking voltage $V_T$ increases. Conversely, when there is negative current from charge pump **37**, as between sampling times $t_6$ to $t_9$, tracking voltage $V_T$ decreases. When there is no positive or negative current from charge pump, as between sampling times $t_1$ to $t_3$, tracking voltage $V_T$ remains constant. FIG. **4** shows one embodiment of charge pump **37**. In this embodiment, the charge pump includes current sources **51** and **53** connected to constant voltage source $V_{cc}$. The charge pump **37** also includes AND gates **55** and **57** which are connected to receive the enable signals from flip-flop **33** as well as the output signals from flip-flop **379** More particularly, the output from flip-flop **37** is inverted at the input to AND gate **57**. The outputs of AND gates **55** and **57** control transistor switches **61** and **63**, respectively. Preferably, the circuit of FIG. **4** is partly implemented with emitter-coupled logic because of operating speed.<br><br>To the extent this limitation is not explicitly disclosed by Smidth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Smidth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 6,784,653

| '653 Claim Language | Prior Art Teachings |
|---|---|
| 7(a) Method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal, | To the extent the preamble is limiting, Smidth discloses and renders obvious a method of evaluating a binary input signal of a transmission link and of recognizing the edges of an eye diagram of the input signal. (*See*, *e.g.*, the corresponding analysis for 1(a) for this preamble).<br><br>To the extent this limitation is not explicitly disclosed by Smidth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Smidth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(b) wherein a decision circuit is directly connected to an integrator, and | Smidth discloses a decision circuit is directly connected to an integrator. Smidth discloses the integrator connected to the decision circuit without an EXOR gate (or any EXOR function) between the decision circuit and the integrator. (*See*, *e.g.*, the corresponding analysis for 1(b)).<br><br>To the extent this limitation is not explicitly disclosed by Smidth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Smidth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(c) comprising the steps of providing the input signal and a variable threshold to the decision circuit and | Smidth discloses providing the input signal and a variable threshold to the decision circuit. (*See*, *e.g.*, the corresponding analysis for 1(c)).<br><br>To the extent this limitation is not explicitly disclosed by Smidth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Smidth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 7(d) using an output signal of the integrator to recognize the edges of the eye diagram. | Smidth discloses using an output signal of the integrator to recognize the edges of the eye diagram.. (*See*, *e.g.*, the corresponding analysis for 1(d)).<br><br>To the extent this limitation is not explicitly disclosed by Smidth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Smidth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                   U.S. Patent No. 7,068,950

**EXHIBIT B-1**
**U.S. PATENT NO. 7,068,950**

The asserted claims of U.S. Patent No. 7,068,950 ("the '950 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,013,091, entitled "SYNCHRONIZATION OF PULSE AND DATA SOURCES" to Corbeil et al. ("Corbeil"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Corbeil was filed on January 16, 2002 and issued on March 14, 2006.  Therefore, Corbeil qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '950 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus for reducing misalignment between a carrier signal and a data signal, the apparatus comprising: | To the extent the preamble is limiting, Corbeil discloses this limitation.  Corbeil teaches an "improved method" and apparatus for synchronizing a pulse stream (carrier signal) with a data stream.<br><br>*See, e.g.,* |

1

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                   U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  | 40   In accordance with the present invention, an improved method is provided for synchronizing a pulse stream with a data stream as shown in FIG. 2. Synchronization is achieved by reducing the duty cycle of the modulated data stream to a level below fifty percent. An optical data signal for 45   transmission through the optical communication system is generated at step 22, where the optical data signal is formed from the pulse stream and the data stream. Next, the optical powerlevel associated with the optical data signal is detected at step 24. Lastly, the pulse stream is synchronized with the 50   data stream at step 26 based on the optical power level associated with the optical data signal. As will be further described below, the pulse stream is temporally aligned with (i.e., centered under) the data stream when the average power of the optical data signal is maximized.<br><br>Corbeil, 2:40-42. |



Corbeil, Fig. 4.

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                           U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  | To the extent this limitation is not explicitly disclosed by Corbeil, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Corbeil so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) (a) an analyzer configured (i) to analyze spectral power of an input signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input signal, and (ii) to generate a control signal based on the analysis; and | Corbeil discloses this limitation.  Corbeil discloses a feedback controller (analyzer) configured to analyze the power level of an optical data signal formed from the pulse stream and data stream (input signal corresponding to the carrier and data signals).  The feedback controller then sends a signal (control signal) to the phase shifter to adjust the phase offset setting of the pulse stream based on the analysis in order to maximize the optical power level of the optical data signal (thus eliminating any spectral null in the analyzed signal).<br><br>*See, e.g.,*<br><br>40    In accordance with the present invention, an improved method is provided for synchronizing a pulse stream with a data stream as shown in FIG. **2**. Synchronization is achieved by reducing the duty cycle of the modulated data stream to a level below fifty percent. An optical data signal for 45 transmission through the optical communication system is generated at step **22**, where the optical data signal is formed from the pulse stream and the data stream. Next, the optical power level associated with the optical data signal is detected at step **24**. Lastly, the pulse stream is synchronized with the 50 data stream at step **26** based on the optical power level associated with the optical data signal. As will be further described below, the pulse stream is temporally aligned with (i.e., centered under) the data stream when the average power of the optical data signal is maximized.<br><br>Corbeil, 2:47-54. |

| '950 Claim Language | Prior Art References |
|---|---|
| | In order to synchronize the pulse stream with the data stream, a feedback microcontroller system **60** is interposed between the photodetector **62** and the phase shifter **50**. The photodetector **62**, in conjunction with a tap coupler **64**, is 20 used to detect the optical data signal at the output of the transmitter subsystem **40** as is well known in the art. The feedback microcontroller **60** is operable to determine the average optical power of the optical data signal as well as adjust the phase offset setting of the pulse stream via the 25 phase shifter **50**. As will be further described below, the feedback microcontroller **60** synchronizes the pulse stream with the data stream by maximizing the optical power level associated with the optical data signal. <br><br> Corbeil, 3:17-29. |



FIG. 4

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                        U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | Corbeil, Fig. 4.<br><br>To the extent this limitation is not explicitly disclosed by Corbeil, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Corbeil so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) (b) a phase shifter configured to introduce a phase shift between the data signal and a clock signal using the control signal, wherein the carrier signal is based on the clock signal. | Corbeil discloses this limitation.  Corbeil discloses an apparatus comprising a phase shifter configured to introduce a phase shift between a data stream (data signal) and a clock signal using the information received from the feedback controller (control signal), wherein the pulse stream (carrier signal) is based on the clock signal.<br><br>*See, e.g.*,<br><br>    In order to synchronize the pulse stream with the data stream, a feedback microcontroller system **60** is interposed between the photodetector **62** and the phase shifter **50**. The photodetector **62**, in conjunction with a tap coupler **64**, is 20 used to detect the optical data signal at the output of the transmitter subsystem **40** as is well known in the art. The feedback microcontroller **60** is operable to determine the average optical power of the optical data signal as well as adjust the phase offset setting of the pulse stream via the 25 phase shifter **50**. As will be further described below, the feedback microcontroller **60** synchronizes the pulse stream with the data stream by maximizing the optical power level associated with the optical data signal.<br>Corbeil, 3:17-29. |



FIG. 4

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | Corbeil, Fig. 4.<br><br>To the extent this limitation is not explicitly disclosed by Corbeil, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Corbeil so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| | |
| 17(pre) A method of reducing misalignment between a carrier signal and a data signal, comprising the steps of | *See* claim 1(pre). |
| 17(a) (i) analyzing spectral power of a data-modulated signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the data-modulated si[g]nal; and | *See* claim 1(a). |
| 17(b) (ii) introducing a phase shift between the data signal and a clock signal based on the analysis, wherein the carrier signal is based on the clock signal. | *See* claim 1(b). |

9

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

## EXHIBIT B-2
## U.S. PATENT NO. 7,068,950

The asserted claims of U.S. Patent No. 7,068,950 ("the '950 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,312,909, entitled "METHOD FOR SYNCHRONIZING THE PHASE OF OPTICAL RETURN-TO-ZERO (RZ) DATA SIGNALS" to Glingener et al. ("Glingener"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Glingener claims priority to PCT No. PCT/DE00/04545, which was filed on December 19, 2000 and published on July 12, 2001 as PCT Publication No. WO01/50664. Therefore, Glingener qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '950 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus for reducing misalignment between a carrier signal and a data signal, the apparatus comprising: | To the extent the preamble is limiting, Glingener discloses it, either expressly or in combination with the knowledge of a POSITA. Glingener discloses an invention for synchronizing the phase of multiple RZ data signals. *See, e.g.,* The invention relates to a method for synchronizing the phase of synchronous optical RZ data signals. Glingener, 1:5-6. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | 5  The two optimally synchronized RZ data signals RZS1 and RZS2 are combined to form a multiplex signal MS1 with double the pulse or data rate and whose pulse intervals are exactly the same.<br><br>If, however, the phase shift of the second RZ data signal 10  DZS2x deviates from the ideal position, the result, for example, is the pulse train MS1x of the multiplex signal. The spectral components of the two pulse trains MS1 and MS1x differ from one another considerably and are therefore used as control signals.<br><br>15  FIG. 2 shows the principle of an arrangement for phase control. A pulse generator PG generates an optical pulse train IM that is fed to a first modulator MOD1 and a second modulator MOD2. There, the pulses of data signals DS1 and DS2 are modulated—here switched through or suppressed, 20  in order to generate the optical RZ data signals RZS1 and RZS2. The first RZ data signal RZS1 is fed via a first<br><br>Glingener, 2:5-22.<br><br><br>The multiplex signal MS formed from the two RZ data signals is combined where appropriate with further multi-35  plex signals and transmitted. Moreover, the multiplex signal is fed to a control device RE (for example via a coupler). There, it is converted into an electric signal by an optoelec-tric transducer OEW and fed to a first filter FI1 that is tuned to the data rate of an RZ data signal RZS1, RZS2. It can 40  additionally be fed to a second filter FI2 that is tuned to the data rate of the multiplex signal MS.<br><br>After the filtering, the power of the output signals is measured in power meters LM1, LM2, in order to obtain corresponding control signals RS1 and RS2. These are fed to 45  a controller R that generates an adjusting signal ERS that adjusts the time-delay element VDEL2 optimally such that the pulse trains of the two data signals are phase-shifted by 180° relative to one another.<br><br>Glingener, 2:33-48. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                      U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | Glingener, Fig. 1. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | <br>Glingener, Fig. 2.<br><br>To the extent Glingener does not expressly disclose reducing misalignment between a data signal and a carrier signal, a POSITA would have understood that the same principle of multiplexing signals to identify and correct phase drift could be applied to a data signal and a carrier signal. Moreover, it would have been obvious to one of ordinary skill in the art to modify Glingener so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) (a) an analyzer configured (i) to analyze spectral power of an input signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input | Glingener discloses this limitation.  Glingener discloses that the multiplex signal MS formed from the two RZ data signals is converted to an electric signal by an optoelectric transducer OEW and filtered, and then the power is measured in power meters LM1 and LM2 in order to obtain corresponding control signals RS1 and RS2, which are in turn converted into adjusting signal ERS by a controller R (control signal based on the analysis).  Power meters, LM1 and LM2, in conjunction with controller R, thus compose an "analyzer."<br><br>*See, e.g.,* |

| '950 Claim Language | Prior Art References |
|---|---|
| signal, and (ii) to generate a control signal based on the analysis; and | 35 The multiplex signal MS formed from the two RZ data signals is combined where appropriate with further multiplex signals and transmitted. Moreover, the multiplex signal is fed to a control device RE (for example via a coupler). There, it is converted into an electric signal by an optoelectric transducer OEW and fed to a first filter FI1 that is tuned 40 to the data rate of an RZ data signal RZS1, RZS2. It can additionally be fed to a second filter FI2 that is tuned to the data rate of the multiplex signal MS. <br><br> After the filtering, the power of the output signals is measured in power meters LM1, LM2, in order to obtain 45 corresponding control signals RS1 and RS2. These are fed to a controller R that generates an adjusting signal ERS that adjusts the time-delay element VDEL2 optimally such that the pulse trains of the two data signals are phase-shifted by 180° relative to one another. <br><br> Glingener, 2:33-48. <br><br>  |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  | Glingener, Fig. 2. <br><br> To the extent this limitation is not explicitly disclosed by Glingener, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Glingener so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) (b) a phase shifter configured to introduce a phase shift between the data signal and a clock signal using the control signal, wherein the carrier signal is based on the clock signal. | Glingener discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Glingener discloses a time-delay element VDEL2 that adjust the phase of the two data signals based on the adjusting signal ERS. <br><br> *See, e.g.,* <br><br> 45   After the filtering, the power of the output signals is measured in power meters LM1, LM2, in order to obtain corresponding control signals RS1 and RS2. These are fed to a controller R that generates an adjusting signal ERS that adjusts the time-delay element VDEL2 optimally such that the pulse trains of the two data signals are phase-shifted by 180° relative to one another. <br> Glingener, 2:42-48. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| **'950 Claim Language** | **Prior Art References** |
| --- | --- |
| | <br><br>Glingener, Fig. 2.<br><br>To the extent Glingener does not expressly disclose introducing a phase shift between a data signal and a clock signal, wherein the carrier signal is based on the clock signal, a POSITA would have understood that the same principle of multiplexing signals to identify and correct phase drift could be applied to a data signal and a clock signal, wherein the carrier signal is based on the clock signal.  Moreover, it would have been obvious to one of ordinary skill in the art to modify Glingener so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| | |
| 17(pre) A method of reducing misalignment between a | *See* claim 1(pre). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| **'950 Claim Language** | **Prior Art References** |
|---|---|
| carrier signal and a data signal, comprising the steps of | |
| 17(a) (i) analyzing spectral power of a data-modulated signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the data-modulated si[g]nal; and | *See* claim 1(a). |
| 17(b) (ii) introducing a phase shift between the data signal and a clock signal based on the analysis, wherein the carrier signal is based on the clock signal. | *See* claim 1(b). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                          U.S. Patent No. 7,068,950

## EXHIBIT B-3
## U.S. PATENT NO. 7,068,950

The asserted claims of U.S. Patent No. 7,068,950 ("the '950 patent") are anticipated and/or obvious in view of "A 1.25 Gigabit Per Second Binary-Phase-Shift-Keyed Optical Homodyne Receiver," by Igor D. Gonta ("Gonta"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Gonta is a master's thesis dated June 1995.  Therefore, Gonta qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(a) and (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '950 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus for reducing misalignment between a carrier signal and a data signal, the apparatus comprising: | To the extent the preamble is limiting, Gonta discloses it.  Gonta discloses a transmitter-receiver setup (apparatus) for which measurement of the power spectral density is used to quantify noise (misalignment between a carrier signal and a data signal).<br><br>*See, e.g.,*<br><br>Here, we see a block diagram of the setup that was constructed.  It is easy to see the two loops that exist in the design in order to track out the phase noise in the loop and obtain a lock.   For purposes of analysis, we must model these two loops in some fashion so that we can focus on the types of measurements we wish to perform.  One way is Gonta, at 45. |

| '950 Claim Language | Prior Art References |
|---|---|
|  | In addition to the power spectral density of the phase noise, the other significant noise term, as was already mentioned, is the electronic noise of the receiver due to amplifier thermal noise, etc.  This noise in general will also have some power spectral density and can also be treated as additive noise in the receiver.  Thus, it is these two noises that the phase lock loop is trying to suppress in order to obtain a phase lock.  Now that the loop is modeled in an appropriate fashion, we may proceed to calculate the phase noise spectrum that we expect to see in the receiver.  For measurement simplicity, we chose to measure the power spectral densities at point **A** in Fig. 14.  Here, the measurements that were made were a voltage spectrum denoted by $S_m$ (f) in [Volts$^2$/Hz].  To convert these quantities to phase noise spectral densities [Rad$^2$/Hz.], we would divide by $G_R{}^2$, the square of the effective phase-to-voltage gain of the receiver as represented in Fig. 15.  Thus, we could take measured electrical quantities and by the appropriate normalization, scale them back to the input summing node in Fig. 14 in terms of their phase-noise equivalents.<br>Gonta, at 54. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | Gonta, Fig. 11. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | Gonta, Fig. 13. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                          U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  |  Gonta, Fig. 14. |

### Fig. 14. Phase of transfer function. Measured and calculated curves are shown.

(continued in cell) To the extent this limitation is not explicitly disclosed by Gonta, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Gonta so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art.

| '950 Claim Language | Prior Art References |
|---|---|
| 1(a) (a) an analyzer configured (i) to analyze spectral power of an input | Gonta discloses this limitation, either expressly or in combination with the knowledge of a POSITA. Gonta discloses an analyzer configured to analyze spectral power of an input signal |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                              U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input signal, and (ii) to generate a control signal based on the analysis; and | corresponding to noise in the apparatus (input signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input signal). *See, e.g.,* In addition to the power spectral density of the phase noise, the other significant noise term, as was already mentioned, is the electronic noise of the receiver due to amplifier thermal noise, etc. This noise in general will also have some power spectral density and can also be treated as additive noise in the receiver. Thus, it is these two noises that the phase lock loop is trying to suppress in order to obtain a phase lock. Now that the loop is modeled in an appropriate fashion, we may proceed to calculate the phase noise spectrum that we expect to see in the receiver. For measurement simplicity, we chose to measure the power spectral densities at point **A** in Fig. 14. Here, the measurements that were made were a voltage spectrum denoted by $S_m$ (f) in [Volts$^2$/Hz.]. To convert these quantities to phase noise spectral densities [Rad$^2$/Hz.], we would divide by $G_R^2$, the square of the effective phase-to-voltage gain of the receiver as represented in Fig. 15. Thus, we could take measured electrical quantities and by the appropriate normalization, scale them back to the input summing node in Fig. 14 in terms of their phase-noise equivalents. Gonta, at 54. Gonta further discloses that the apparatus comprises a phase-locked loop (PLL) and that the power measurement can be used to quantify noise. *See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  | Here, we see a block diagram of the setup that was constructed.  It is easy to see the two loops that exist in the design in order to track out the phase noise in the loop and obtain a lock.   For purposes of analysis, we must model these two loops in some fashion so that we can focus on the types of measurements we wish to perform.  One way is Gonta, at 45.<br><br>     Now that these values for the loop were obtained, it was necessary to remodel the loop using phase as the variable.  Doing so would allow for the proper analysis of noise in the loop.  Once a better understanding of the noise could be attained, calculation of the standard deviation of phase error in the phase lock loop could be achieved.  Knowing this Gonta, at 52. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                           U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | **PHASE-LOCKED LOOP BLOCK DIAGRAM**<br><br><br><br>Fig. 15. Block diagram of phase-locked loop showing phase as the key variable of interest.<br><br>Gonta, Fig. 15.<br><br>Therefore, to the extent Gonta does not expressly disclose that the power analyzer generates a control signal based on the analysis, a POSITA would have been motivated to modify the setup Gonta discloses to generate a control signal that would be applied directly to the phase shifter (as part of the PLL) to shift the phase and reduce the quantified noise (misalignment) in the apparatus. |
| 1(b) (b) a phase shifter configured to introduce a phase shift between the data signal and a clock signal using the control signal, | Gonta discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Gonta discloses quantifying noise in the apparatus by means of performing power analysis.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| wherein the carrier signal is based on the clock signal. | In addition to the power spectral density of the phase noise, the other significant noise term, as was already mentioned, is the electronic noise of the receiver due to amplifier thermal noise, etc.  This noise in general will also have some power spectral density and can also be treated as additive noise in the receiver.  Thus, it is these two noises that the phase lock loop is trying to suppress in order to obtain a phase lock.  Now that the loop is modeled in an appropriate fashion, we may proceed to calculate the phase noise spectrum that we expect to see in the receiver.  For measurement simplicity, we chose to measure the power spectral densities at point **A** in Fig. 14.  Here, the measurements that were made were a voltage spectrum denoted by $S_m$ (f) in [Volts$^2$/Hz]. To convert these quantities to phase noise spectral densities [Rad$^2$/Hz.], we would divide by $G_R^2$, the square of the effective phase-to-voltage gain of the receiver as represented in Fig. 15.  Thus, we could take measured electrical quantities and by the appropriate normalization, scale them back to the input summing node in Fig. 14 in terms of their phase-noise equivalents. Gonta, at 54. <br><br> Gonta further discloses a PLL, which a POSITA would have understood to include a phase shifter. <br><br> *See, e.g.,* <br><br> Here, we see a block diagram of the setup that was constructed.  It is easy to see the two loops that exist in the design in order to track out the phase noise in the loop and obtain a lock.   For purposes of analysis, we must model these two loops in some fashion so that we can focus on the types of measurements we wish to perform.  One way is Gonta, at 45. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                          U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | Now that these values for the loop were obtained, it was necessary to remodel the loop using phase as the variable. Doing so would allow for the proper analysis of noise in the loop. Once a better understanding of the noise could be attained, calculation of the standard deviation of phase error in the phase lock loop could be achieved. Knowing this Gonta, at 52. <br><br> PHASE-LOCKED LOOP BLOCK DIAGRAM <br><br>  <br><br> Fig. 15.  Block diagram of phase-locked loop showing phase as the key variable of interest. <br><br> Gonta, Fig. 15. <br><br> To the extent Gonta does not expressly disclose that phase shifter introduces a phase shift based on the control signal, a POSITA would have been motivated to modify the setup Gonta discloses to |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | control the phase shifter based on the power measurement and quantified noise to reduce the amount of noise (misalignment) in the apparatus. |
| | |
| 17(pre) A method of reducing misalignment between a carrier signal and a data signal, comprising the steps of | *See* claim 1(pre). |
| 17(a) (i) analyzing spectral power of a data-modulated signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the data-modulated si[g]nal; and | *See* claim 1(a). |
| 17(b) (ii) introducing a phase shift between the data signal and a clock signal based on the analysis, wherein the carrier signal is based on the clock signal. | *See* claim 1(b). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

## EXHIBIT B-4
## U.S. PATENT NO. 7,068,950

The asserted claims of U.S. Patent No. 7,068,950 ("the '950 patent") are anticipated and/or obvious in view of U.S. Patent Application Publication No. 2005/0001115, entitled "OPTICAL TRANSMISSION APPARATUS, AND OUTPUT STABILIZATION CONTROL METHOD FOR AN OPTICAL MODULATOR USED IN THE OPTICAL TRANSMISSION APPARATUS" to Ishida et al. ("Ishida"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Ishida was filed on May 17, 2001 and published on January 3, 2002. Therefore, Ishida qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(a) and (e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '950 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus for reducing misalignment between a carrier signal and a data signal, the apparatus comprising: | To the extent the preamble is limiting, Ishida discloses it. Ishida discloses an external modulation type optical transmission apparatus that is used in an optical communication system, and an output stabilization control method for an optical modulator used for this apparatus. In particular, the optical modulator is stabilized by adjusting a phase difference to synchronize the optical transmission with the driving signal. *See, e.g.,* [0001]   This invention relates to an external modulation type optical transmission apparatus that is used in an optical communication system, and an output stabilization control method for an optical modulator used for this apparatus. Particularly, this invention relates to an optical transmission apparatus using a Mach-Zehnder optical modulator and an output stabilization control method for an optical modulator used for this apparatus. |

| '950 Claim Language | Prior Art References |
|---|---|
| | Ishida, ¶ [0001]. |
| | [0063]  A third embodiment of this invention will be explained below. In the above-described first and second embodiments, a bias voltage control or a signal level control of a driving signal is carried out based on a monitor result of the optical spectrum monitor **4**. In the third embodiment, a phase difference between driving signals applied to two electrodes of the Mach-Zehnder optical modulator **2** is controlled. |
| | [0064]   **FIG. 6** is a block diagram showing a structure of an optical transmission apparatus according to the third embodiment of this invention. This optical transmission apparatus has a variable phase shifter **15** provided instead of the variable amplifier **12** of the optical transmission apparatus shown in **FIG. 5**. The variable phase shifter **15** adjusts a phase difference between driving signals applied to two electrodes of the Mach-Zehnder optical modulator **2**. An error signal generator circuit **11***b* generates an error signal for making the variable phase shifter **15** carry out a phase difference control, and outputs the error signal to a phase shifter driving circuit **5***b*. The phase shifter driving circuit **5***b* makes the variable phase shifter **15** carry out a phase difference control corresponding to the error signal. Other configuration is the same as that of the second embodiment and components having identical structure or functions are provided with like reference numbers. |
| | [0065]   According to the third embodiment, an error signal for controlling a bias voltage is generated based on a monitor result of the optical spectrum monitor **4**, thereby to control the bias voltage. At the same time, a phase difference between driving signals applied to two electrodes of the Mach-Zehnder optical modulator **2** is controlled. Therefore, it is possible to suppress the quality degradation of the output optical signal due to the drift of this phase difference. |
| | Ishida, ¶¶ [0063]-[0065]. |

| '950 Claim Language | Prior Art References |
|---|---|
| | [0088]   A seventh embodiment of this invention will be explained below. In the above-described first to sixth embodiments, the light source **1** outputs a continuous light, and this continuous light is modulated based on a driving signal. However, in the seventh embodiment, the light source **1** is arranged to output an optical pulse or an optical data pulse, and the driving signal is synchronous with this optical pulse or this optical data pulse. <br> Ishida, ¶ [0088]. <br><br> [0090]   A light source **41** can be realized by, for example, a device for outputting an optical pulse by gain-switching a semiconductor laser, a ring oscillator using a fiber-type optical amplifier, and a device for modulating a continuous light in a pulse shape and outputting this by a Mach-Zehnder optical modulator. In this case, the optical pulse output from the light source **41** is modulated by the Mach-Zehnder optical modulator **2**. Therefore, the output optical signal output from the output terminal **P2** becomes a pulse-modulated RZ signal. <br> Ishida, ¶ [0090]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | **FIG.6**<br><br><br><br>Ishida, Fig. 6.<br><br>To the extent this limitation is not explicitly disclosed by Ishida, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Ishida so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) (a) an analyzer configured (i) to analyze spectral power of an input | Ishida discloses this limitation.  Ishida discloses an optical spectrum monitor 4 and error signal generator circuit 11b (together, an analyzer).  The optical spectrum monitor 4 monitors an optical spectrum of the output optical signal, and outputs a monitor result to error signal generator circuit |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                           U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input signal, and (ii) to generate a control signal based on the analysis; and | 11b. The error signal generator circuit 11b generates an error signal (control signal) corresponding to the drift of an operation point based on the monitor result, and outputs a result to bias voltage control circuit 5. The error signal generator circuit 11b can obtain a value "A/B" by dividing the light intensity "A" of the carrier frequency component by the light intensity "B" of the first sideband frequency component (spectral power being in a spectral band corresponding to a spectral null) to generate the error signal.<br><br>*See, e.g.,*<br><br>[0051] An output optical signal modulated by the Mach-Zehnder optical modulator **2** is output to an output terminal P2 via a multiplexer **3**. At the same time, a part of the output optical signal is input into an optical spectrum monitor **4**. The optical spectrum monitor **4** monitors an optical spectrum of the output optical signal, and outputs a monitor result to an error signal generator circuit **11**. The error signal generator circuit **11** generates an error signal corresponding to a drift of an operation point of the Mach-Zehnder optical modulator **2** based on the monitor result of the optical spectrum monitor **4**, and outputs a result to a bias voltage control circuit **5**.<br>Ishida, ¶ [0051]. |

| '950 Claim Language | Prior Art References |
|---|---|
| | [0053]   An error signal generation processing of the error signal generator circuit 11 shown in FIG. 1 will be explained below with reference to FIG. 2 to FIG. 4. FIG. 2 is a diagram showing an optical spectrum wave form monitored by the optical spectrum monitor 4 when the bias voltage (phase δ) has a proper value. FIG. 3 is a diagram showing an optical spectrum waveform when the bias voltage is slightly higher than its proper value. Further, FIG. 4 is a diagram showing an optical spectrum waveform when the bias voltage slightly lower than its proper value. The optical spectrum waveforms shown in FIG. 2 to FIG. 4 are the waveforms of a sinusoidal wave when an optical data pulse signal has been input into the Mach-Zehnder optical modulator 2 from the light source 1 and when the driving signal is synchronous with this optical data pulse signal.<br><br>[0054]   As shown in FIG. 3, when the bias voltage is slightly higher than the proper value of the voltage, a difference between light intensity "A" of a carrier frequency component and light intensity "B" of a first sideband frequency component is larger than a difference when the bias voltage has the proper value (see FIG. 2). On the other hand, as shown in FIG. 4, when the bias voltage is slightly lower than the proper value, the same difference is smaller value than the difference when the bias voltage has the proper value. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  | [0055]   Therefore, the error signal generator circuit 11 can obtain a value "A/B" by dividing the light intensity "A" of the carrier frequency component by the light intensity "B" of the first sideband frequency component, and generate this value as an error signal. If the value of "A/B" is larger than the value of "A/B" when the bias voltage has the proper value, a decision is made that the bias voltage is slightly higher than the proper value. An error signal corresponding to this decision is output to the bias voltage control circuit 5. On the other hand, if the value of "A/B" is smaller than the value of "A/B" when the bias voltage has the proper value, a decision is made that the bias voltage is slightly lower than the proper value. An error signal corresponding to this decision is output to the bias voltage control circuit 5. Based on this feedback control, the bias voltage is controlled at the proper value. It is also possible to generate an error signal based on a difference "A−B" between the light intensity "A" of the carrier frequency component and the light intensity "B" of the first sideband frequency component, instead of "A/B". In this case, a sign of the differential value shows straight a control direction of the bias voltage.<br><br>Ishida, ¶¶ [0053]-[0055]. |

| '950 Claim Language | Prior Art References |
|---|---|
| | [0064]   FIG. 6 is a block diagram showing a structure of an optical transmission apparatus according to the third embodiment of this invention. This optical transmission apparatus has a variable phase shifter **15** provided instead of the variable amplifier **12** of the optical transmission apparatus shown in **FIG. 5**. The variable phase shifter **15** adjusts a phase difference between driving signals applied to two electrodes of the Mach-Zehnder optical modulator **2**. An error signal generator circuit **11***b* generates an error signal for making the variable phase shifter **15** carry out a phase difference control, and outputs the error signal to a phase shifter driving circuit **5***b*. The phase shifter driving circuit **5***b* makes the variable phase shifter **15** carry out a phase difference control corresponding to the error signal. Other configuration is the same as that of the second embodiment and components having identical structure or functions are provided with like reference numbers. <br><br> Ishida, ¶ [0064]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  |  Ishida, Fig. 6.<br><br>To the extent this limitation is not explicitly disclosed by Ishida, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Ishida so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) (b) a phase shifter configured to introduce a phase shift between the data signal and a clock signal | Ishida discloses this limitation.  Ishida discloses a variable phase shifter 15 that adjusts a phase difference between the driving signals and a phase shifter driving circuit 5b that makes the variable phase shifter 15 carry out the phase difference control corresponding to the error signal (control signal). |

| '950 Claim Language | Prior Art References |
|---|---|
| using the control signal, wherein the carrier signal is based on the clock signal. | *See, e.g.,*<br><br>[0064]   FIG. 6 is a block diagram showing a structure of an optical transmission apparatus according to the third embodiment of this invention. This optical transmission apparatus has a variable phase shifter **15** provided instead of the variable amplifier **12** of the optical transmission apparatus shown in **FIG. 5**. The variable phase shifter **15** adjusts a phase difference between driving signals applied to two electrodes of the Mach-Zehnder optical modulator **2**. An error signal generator circuit **11***b* generates an error signal for making the variable phase shifter **15** carry out a phase difference control, and outputs the error signal to a phase shifter driving circuit **5***b*. The phase shifter driving circuit **5***b* makes the variable phase shifter **15** carry out a phase difference control corresponding to the error signal. Other configuration is the same as that of the second embodiment and components having identical structure or functions are provided with like reference numbers.<br><br>Ishida, ¶ [0064]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | <br>Ishida, Fig. 6.<br><br>To the extent this limitation is not explicitly disclosed by Ishida, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Ishida so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| 17(pre) A method of reducing misalignment between a carrier signal and a data signal, comprising the steps of | *See* claim 1(pre). |
| 17(a) (i) analyzing spectral power of a data-modulated signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the data-modulated si[g]nal; and | *See* claim 1(a). |
| 17(b) (ii) introducing a phase shift between the data signal and a clock signal based on the analysis, wherein the carrier signal is based on the clock signal. | *See* claim 1(b). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

## EXHIBIT B-5
## U.S. PATENT NO. 7,068,950

The asserted claims of U.S. Patent No. 7,068,950 ("the '950 patent") are anticipated and/or obvious in view of "A novel method for synchronizing the pulse carver and electroabsorption data modulator RZ optical transmitters" by Kang et al. ("Kang '628"), either alone or in combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Kang '628 was filed as part of Provisional Patent Application No. 60/353,628 on February 1, 2002.  Therefore, Kang '628 qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '950 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus for reducing misalignment between a carrier signal and a data signal, the apparatus comprising: | To the extent the preamble is limiting, Kang '628 discloses it.  Kang '628 teaches a device to detect and correct temporal misalignment of the data modulator and pulse carver in an optical transmitter. <br><br> *See, e.g.,* <br><br> We demonstrate a novel solution to detect and correct the temporal misalignment of the data modulator and pulse carver in the high-speed return-to-zero optical transmitter.  The device achieves the correct timing between the pulse carver and electroabsorption modulator by minimizing the chirp of the optical data pulses.  The technique is independent of the bit-rate and channel spacing, and can be implemented at low cost. The device can also be used as a wavelength locker, further minimizing the component cost. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | Kang '628, at 4.<br><br><br><br>Fig. 5<br><br>Kang '628, Fig. 5.<br><br>To the extent this limitation is not explicitly disclosed by Kang '628, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kang '628 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) (a) an analyzer configured (i) to analyze spectral power of an input signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input | Kang '628 discloses this limitation.  Kang '628 discloses an optical spectrum analyzer with 2-GHz spectral resolution configured to analyze the spectral power in a spectral band.  Particularly, the analyzer determines the normalized power difference in the upper and lower modulation side bands, where power has leaked from the main channel and therefore creates a spectral null within the channel as the spectral power has dropped.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                   U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| signal, and (ii) to generate a control signal based on the analysis; and | The modulated optical data were sent to the optical spectrum analyzer for the measurement with 2-GHz spectral resolution. The good agreement between the simulation and the data suggests that the spectral asymmetry is a good indicator of the degree of the timing misalignment between the pulse carver and EAM. The spectral asymmetry can be quantified by the normalized power difference in upper and lower modulation side bands; Δ=((Power in 10 GHz side band)-(Power in −10 GHz side band))/(Power in the carrier). Both the calculated and measured Δ (with 2-GHz resolution) are plotted in Fig.3. It is easily seen that the normalized power difference is a linear function of the timing offset. Thus, the timing offset can be easily minimized by monitoring the power difference.<br><br>Kang '628, at 6. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                      U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  | Kang '628, Fig. 1(b).<br><br>The intensity at the upper and lower modulation side bands is then used to drive a voltage-controlled phase shifter to adjust the time delay between the data and the clock signal (analyzer configured to generate a control signal based on the analysis).<br><br>*See, e.g.,* |

| **'950 Claim Language** | **Prior Art References** |
|---|---|
| | The design of a device that will control the correct timing between the pulse carver and EAM is illustrated in Fig. 5.  Low-cost P-I-N diodes are used to detect the intensity at the upper and lower modulation side bands. The difference in the photocurrents of the two diodes is used to drive a voltage-controlled phase shifter to adjust the time-delay between the data and the clock signal.   The implementation of the electronic components is straightforward and should be done quite economically. Kang '628, at 7.<br><br>To the extent this limitation is not explicitly disclosed by Kang '628, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kang '628 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) (b) a phase shifter configured to introduce a phase shift between the data signal and a clock signal using the control signal, wherein the carrier signal is based on the clock signal. | Kang '628 discloses this limitation.  Kang '628 discloses a voltage-controlled phase shifter to adjust the time delay between the data and the clock signal based on the detected intensity at the upper and lower modulation side bands.<br><br>*See, e.g.*,<br><br>The design of a device that will control the correct timing between the pulse carver and EAM is illustrated in Fig. 5.  Low-cost P-I-N diodes are used to detect the intensity at the upper and lower modulation side bands. The difference in the photocurrents of the two diodes is used to drive a voltage-controlled phase shifter to adjust the time-delay between the data and the clock signal.   The implementation of the electronic components is straightforward and should be done quite economically. Kang '628, at 7. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  |   Fig. 5  Kang '628, Fig. 5.  To the extent this limitation is not explicitly disclosed by Kang '628, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kang '628 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
|  |  |
| 17(pre) A method of reducing misalignment between a carrier signal and a data signal, comprising the steps of | *See* claim 1(pre). |
| 17(a) (i) analyzing spectral power of a data-modulated | *See* claim 1(a). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                                      U.S. Patent No. 7,068,950

| **'950 Claim Language** | **Prior Art References** |
| --- | --- |
| signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the data-modulated si[g]nal; and | |
| 17(b) (ii) introducing a phase shift between the data signal and a clock signal based on the analysis, wherein the carrier signal is based on the clock signal. | *See* claim 1(b). |

7

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                                    U.S. Patent No. 7,068,950

## EXHIBIT B-6
## U.S. PATENT NO. 7,068,950

The asserted claims of U.S. Patent No. 7,068,950 ("the '950 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,209,669, entitled "METHOD AND APPARATUS FOR SYNCHRONIZING A PULSE CARVER AND A DATA MODULATOR FOR OPTICAL TELECOMMUNICATION" to Kang et al. ("Kang '669"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Kang '669 was filed on January 30, 2003, issued on April 24, 2007, and claims priority to Provisional Application No. 60/353,628, filed on February 1, 2002.  Therefore, Kang '669 qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '950 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus for reducing misalignment between a carrier signal and a data signal, the apparatus comprising: | To the extent the preamble is limiting, Kang '669 discloses it.  Kang '669 discloses an optical data transmission system with improvements in synchronizing the operation of an optical pulse carver and an electroabsorption data modulator.<br><br>*See, e.g.,*<br><br>This invention generally relates to optical data transmission systems. More specifically, the invention relates to improvements in synchronizing the operation of an optical pulse carver and an electroabsorption data modulator in an optical transmitter for long-haul (LH) and ultralong-haul (ULH) transmission.<br><br>Kang '669, 1:15-20. |

| '950 Claim Language | Prior Art References |
|---|---|
|  | 20 The present invention provides an apparatus for the synchronization of a pulse carver modulator and electroabsorption data modulator used in an optical transmitter for optical telecommunication. It includes a first, pulse carver modulator to generate a RZ optical pulse train, a second, electroabsorption modulator to encode the data onto the 25 optical pulse train, an optical filter to resolve upper and lower modulation sidebands of the RZ optical data, and an analyzer to measure the relative optical power of the two modulation side bands and convert the received optical power of the sidebands into a control signal for synchroniz- 30 ing the two modulators. The present invention also includes a voltage-controlled phase shifter to control the relative timing between the pulse carver modulator and electroabsorption modulator via the control signal and optical power splitters to tap a portion of the optical data into at least two 35 portions.<br><br>Kang '669, 2:19-35.<br><br>FIG. **3** depicts a system **300** for ultralong-haul dense wavelength division multiplexing (DWDM) transmission of data in an optical environment. The system **300** contains a semiconductor distributed feedback laser (DFB) **302** and a pulse carver modulator (PCM) **304**. In a preferred embodi- 45 ment, the PCM **304** is a Lithium-Niobate PCM. The optical carrier frequency of the DFB laser is typically a multiple of 50 GHz as set by the industry standard. The PCM **304** is driven by an electronic clock **312** running at the line rate of the communication network and produces a train of Return- 50 to-Zero (RZ) optical carrier pulses from the DFB laser output. An electronic data pulse stream to be transmitted (consisting of, for example, a series of square electric pulses representing 1's and 0's of binary data D from data module **310**) modulates optical transmissions from an electroabsorp- 55 tion modulator (EAM) **306**, and results in the data being encoded into an optical pulse train (TX). The data module<br><br>Kang '669, 3:41-57. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | As discussed earlier, there is a direct correlation between the spectral asymmetry of the optical data pulses and the temporal misalignment between the PCM **304** and EAM **306**. The pulse and data modulation rate is 10 Gbit/s. 20<br><br>Kang '669, 4:17-20.<br><br><br><br>FIG. 3<br><br>Kang '669, Fig. 3.<br><br>To the extent this limitation is not explicitly disclosed by Kang '669, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kang '669 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) (a) an analyzer configured (i) to analyze | Kang '669 discloses this limitation.  Kang '669 discloses a spectrum analyzer 318 configured to determine the extent of misalignment and generate a control signal.  Particularly, spectrum |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                        U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| spectral power of an input signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input signal, and (ii) to generate a control signal based on the analysis; and | analyzer 318 receives an input signal corresponding to the carrier and data signals and determines the normalized power difference in the upper and lower modulation side bands, where power has leaked from the main channel and therefore creates a spectral null within the channel as the spectral power has dropped.<br><br>*See, e.g.,*<br><br>The modulation sidebands are analyzed (i.e., amount of power in each sideband is examined) by a spectral analyzer 30 **318** to determine the extent of misalignment and generate correction signals accordingly. The spectral analyzer **318** contains, among other components, a first detector **322₁** and a second detector **322₂**. The first detector **322₁** analyzes the strength of the lower sideband and the second detector **322₂** 35 analyzes the strength of the upper sideband of the output data-encoded optical pulse train TX. In one example of the subject invention, the first and second detectors **322₁** and **322₂**, respectively, are P-I-N diodes that are used to detect the intensity of the lower and upper sidebands, respectively. 40 The diodes convert the optical intensity into a lower side-band voltage signal (LSBV) and an upper sideband voltage signal (USBV). The LSBV and USBV are provided as inputs into a differential amplifier **324** to produce a differential control signal (DS). The differential control signal DS is a 45 value that is indicative of the difference of the lower sideband and upper sideband modulation intensities. Accordingly, the greater the intensity difference between the lower and upper sidebands, the greater the relative shifting of the PCM optical pulse train from the center of the 50 electrical data pulses in the EAM **306**; hence, the larger the differential control signal DS.<br><br>Kang '669, 5:29-52. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| |  FIG. 3<br><br>Kang '669, Fig. 3.<br><br>To the extent this limitation is not explicitly disclosed by Kang '669, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kang '669 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) (b) a phase shifter configured to introduce a phase shift between the data signal and a clock signal using the control signal, wherein the carrier signal is based on the clock signal. | Kang '669 discloses this limitation.  Kang '669 discloses a phase shifter 326 that receives differential control signal DS from the spectrum analyzer 318 and adjusts the phase of the clock signal based on the control signal.  As a result, the optical carrier pulse train is shifted in time relative to the data modulation pulses applied to the EAM.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | The differential control signal DS is provided as input to a phase shifter **326**. The phase shifter **326** also receives as input, output signals from the electronic clock **312**. As such, 55 the phase shifter **326** can adjust the temporal phase of the incoming clock signal information based upon the differential control signal DS thereby providing a temporal delay to the drive signal of PCM **304**. As a result, the optical carrier pulse train from PCM **304** is shifted in time relative to the 60 data modulation pulses applied to the EAM. For example, in a situation such as that shown in FIG. **2A** (where the optical pulse leads the data pulse), the differential control signal DS will be such that the resultant timing control signals outputted from the phase shifter **326** brings the optical pulse closer 65 to the center of the data pulses ("x" in FIG. **2A**). Similarly, in a condition where the optical pulse lags the data pulse, the differential control signal DS will be such that the resultant timing control signals from the phase shifter **326** centers the optical pulses with respect to the data pulses. <br> Kang '669, 5:53-6:3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | <br>FIG. 3<br><br>Kang '669, Fig. 3.<br><br>To the extent this limitation is not explicitly disclosed by Kang '669, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kang '669 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| | |
| 17(pre) A method of reducing misalignment between a carrier signal and a data signal, comprising the steps of | *See* claim 1(pre). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                          U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| 17(a) (i) analyzing spectral power of a data-modulated signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the data-modulated si[g]nal; and | *See* claim 1(a). |
| 17(b) (ii) introducing a phase shift between the data signal and a clock signal based on the analysis, wherein the carrier signal is based on the clock signal. | *See* claim 1(b). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

## EXHIBIT B-7
## U.S. PATENT NO. 7,068,950

The asserted claims of U.S. Patent No. 7,068,950 ("the '950 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,394,992, entitled "CONTROL OF AN OPTICAL MODULATOR FOR DESIRED BIASING OF DATA AND PULSE MODULATORS" to Kimmitt et al. ("Kimmitt"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Kimmitt was filed on March 11, 2003, issued on July 1, 2008, and claims priority to Provisional Application No. 60/364,822, which was filed on March 15, 2002.  Therefore, Kimmitt qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '950 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus for reducing misalignment between a carrier signal and a data signal, the apparatus comprising: | To the extent the preamble is limiting, Kimmitt discloses it.  Kimmitt discloses methods and apparatus for generating and controlling an optical transmitter, including synchronizing RZ pulses (a carrier signal) with data modulation (a data signal).<br><br>*See, e.g.,* |

1

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | In accordance with the present invention, methods and apparatus for generating and controlling an optical transmitter are disclosed. A disclosed embodiment supports Non Return-to-Zero (NRZ), Binary Phase Shift Key (BPSK), Differential Phase Shift Key (DPSK), Return-to-Zero (RZ), Return-to-Zero Binary Phase Shift Key (RZ-BPSK) and Return-to-Zero Differential Phase Shift Key (RZ-DPSK) modulation formats. The disclosed techniques can also be extended to other modulation schemes, such as quadrature phase shift key (QPSK), differential quadrature phase shift key (DQPSK), Return-to-Zero quadrature phase shift key (RZ-QPSK), Return-to-Zero differential quadrature phase shift key (RZ-DQPSK), quadrature amplitude modulation (QAM) and Return-to-Zero quadrature amplitude modulation (RZ-QAM).<br>Kimmitt, 2:16-30.<br><br>III. Phase Control—Synchronization of Pulse and Data<br>    The optimal phase setting between the RZ pulses and the data modulation occurs when the RZ pulse train is centered in the data modulation eye pattern. To achieve this setting, a small phase modulation is applied to either the RZ pulse train or the data modulation signal, which has the effect of moving the RZ pulse train in time relative to the data modulation. This is illustrated in FIG. 9 for RZ and FIG. 10 for RZ-BPSK or RZ-DPSK.<br>Kimmitt, 8:63-9:3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| |  **FIG. 5** Kimmitt, Fig. 5. To the extent this limitation is not explicitly disclosed by Kimmitt, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kimmitt so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                           U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| 1(a) (a) an analyzer configured (i) to analyze spectral power of an input signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input signal, and (ii) to generate a control signal based on the analysis; and | Kimmitt discloses this limitation.  Kimmitt discloses a modulator controller 42 (analyzer) that detects the optical output power.  Specifically, the modulator controller 42 analyzes output power fluctuation that results from dithering, and this fluctuation has a null indicating alignment or misalignment of phase.  The modulator controller further comprises a feedback loop that is used to maintain waveform alignment at the optimal point.<br><br>*See, e.g.,*<br><br>35   There is a known technique for biasing a M-Z modulator at a quadrature point such as the point **32** in FIG. **3**. A small amount of amplitude modulation at a very low frequency, such as 3 KHz, is applied to the data signal provided to the control input of the modulator. As shown in FIG. **4**, the result-<br>40   ing modulated optical signal has a slight AM envelope. The symmetry of the modulator transfer function and the data waveform produce a null in the amplitude modulation on the optical output power when the bias point is at the quadrature point. The optical output of the modulator is sampled using a<br>45   coupler, and the sampled optical signal is converted to an electrical signal by a detector such as a positive-intrinsic-negative (PIN) diode. The electrical signal is passed through a low-frequency filter to recover only the modulating tone if present. This feedback signal is used to adjust the bias of the<br>50   modulator, automatically maintaining bias at quadrature.<br><br>  Three operating scenarios are illustrated in FIG. **4**. In scenario 1, the modulator is operating at the desired quadrature point. Because of the resulting symmetry of the modulation envelope, the average power of the modulated optical signal is<br>55   constant, and thus the electrical feedback signal has a constant (DC) value. Under these operating conditions, the modulator bias control maintains the bias at its present level. |

| '950 Claim Language | Prior Art References |
|---|---|
| | In the second operating scenario, the modulator is operating slightly above the quadrature point, which results in asymmetry of the modulation envelope. The asymmetry in turn imparts a residual AM envelope on the optical signal out of phase with the applied amplitude modulation, which can be used to drive the modulator bias point back toward quadrature. In the third operating scenario, in which the modulator is operating slightly below the quadrature point, the asymmetry in the modulation envelope has the opposite polarity, and therefore the residual AM envelope on the optical signal is of correspondingly opposite polarity and also drives the modulator bias point back toward quadrature.<br><br>There is a second known technique for biasing a M-Z modulator at a quadrature point such as the point **32** in FIG. **3**. A small amount of bias dither at a very low frequency, such as 3 kHz, is applied to the bias control input of the modulator. The symmetry of the modulator transfer function and the data waveform produce a slight AM envelope on the optical signal. The resulting AM envelope has a maximum intensity when the modulator is biased at the quadrature point. Simultaneously, the second harmonic of the amplitude modulation is at a null. The optical output of the modulator is sampled using a coupler, and the sampled optical signal is converted to an electrical signal by a detector such as a positive-intrinsic-negative (PIN) diode. The electrical signal is passed through a low-frequency filter to recover only the modulating tone and its second harmonic, if present. Either the maximum in AM intensity or the minimum in the second harmonic level can be used to adjust the bias of the modulator, automatically maintaining bias at quadrature. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | Three operating scenarios are possible. In scenario 1, the modulator is operating at the desired quadrature point. Because of the resulting symmetry of the modulation envelope, the AM envelope on the optical signal is at a maximum and the second harmonic is at a minimum so the electrical feedback signal has a constant (DC) value. Under these operating conditions, the modulator bias control maintains the bias at its present level. In the second operating scenario, the modulator is operating slightly above the quadrature point, which results in asymmetry of the modulation envelope. The asymmetry in turn reduces the residual AM envelope on the optical signal and increases the second harmonic, which can be used to drive the modulator bias point back toward quadrature. In the third operating scenario, in which the modulator is operating slightly below the quadrature point, the asymmetry in the modulation envelope has the opposite polarity, and therefore the residual second harmonic of the AM envelope is of correspondingly opposite polarity and also drives the modulator bias point back toward quadrature. Kimmitt, 4:35-5:40. |

| '950 Claim Language | Prior Art References |
|---|---|
|  | 5    The modulator controller **42** sets the bias signals **44** and **46** and the phase control signal **48** using a series of dithers to produce and maintain an optimal optical waveform over temperature, aging and other drifts. The optical waveform is optimal in the sense that it produces the lowest bit error rate 10 (BER) at the receiver. The dithers produce a correlated change, or fluctuation, in optical output power that the modulator controller **42** can detect via the coupler **40** and can use to control the transmitter. In one embodiment, the dithers produce a minimum correlated fluctuation in output optical 15 power at the optimal operating point, which minimizes the effect of the dithers on the transmitter output and also provides maximum immunity to component variances in the control system. In the illustrated embodiment, the dithers are sinusoidal, and only the fundamental component of the optical 20 cal power fluctuation is recovered and used for feedback. A single low bandwidth photo detector and low bandwidth electrical receiver are used for controlling all three parameters (PM bias, DM bias, and phase), reducing complexity and cost in comparison to the prior art.<br><br>Kimmitt, 6:5-24.<br><br>III. Phase Control—Synchronization of Pulse and Data<br><br>    The optimal phase setting between the RZ pulses and the data modulation occurs when the RZ pulse train is centered in 65 the data modulation eye pattern. To achieve this setting, a small phase modulation is applied to either the RZ pulse train or the data modulation signal, which has the effect of moving<br><br>the RZ pulse train in time relative to the data modulation. This is illustrated in FIG. **9** for RZ and FIG. **10** for RZ-BPSK or RZ-DPSK. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                        U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | In general, the phase modulation causes a small optical output power fluctuation correlated to the phase modulation, which has a null at the point when the RZ pulse train is centered in the data modulation eye if the data modulation eye has temporal symmetry about the eye center. A feedback system is used to maintain the waveform alignment at this point. The principle applies to all optical data waveforms except those with a null at exactly the baud rate in their power spectral densities. Such waveforms produce no output power fluctuation correlated to the phase modulation and so a feedback signal cannot be derived. The latter class of waveforms exhibit certain amplitude and temporal symmetries about the eye center and are most likely to arise with an NRZ electrical signal that has symmetric one and zero symbol excursions about the average voltage, equal rise and fall times and a data modulator with rotational symmetry about the bias point. These symmetries can be eliminated in an NRZ system by the above-described operation at an off-quadrature bias point **108**, or by applying an asymmetric NRZ electrical signal **56** at the quadrature bias point, or both. A data modulator **38** with asymmetric transfer characteristics can also induce the requisite NRZ asymmetry. BPSK and DPSK waveforms can only exhibit such symmetry with zero transition time between symbols, which is not a practical limitation. Kimmitt, 8:63-9:27.<br><br>In the feedback loop described with reference to FIG. **6** above, the phase dithering produces a corresponding amplitude envelope on the modulated optical signal that exhibits a null and phase inversion when the phase offset between the RZ pulse stream and the NRZ, BPSK or DPSK data stream is zero. The feedback loop forces operation at this null, precisely aligning the RZ pulses in the center of the data eye pattern. Kimmitt, 9:63-10:3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                          U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  |  FIG. 5<br>Kimmitt, Fig. 5. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                        U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  | <br><br>*FIG. 6*<br><br>Kimmitt, Fig. 6.<br><br>The modulator controller 42 also generates a phase control signal 48 (control signal) to control the operation of phase shifters 50, which phase shift a reference clock CLK.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | The modulator controller **42** provides bias control to the PM **36** by means of a pulse bias control signal **44** and to the DM **38** by means of a data bias control signal **46**. The modulator controller **42** also generates a phase control signal **48** to control the operation of phase shifters **50**, which generate a pulse signal **52** for the PM **36** (via pulse amplifier **53**) by phase shifting a reference clock CLK. The serial data signal is amplified by a data amplifier **54** and applied to the modulation input of the DM **38**. The modulator controller also generates a data amplitude modulation (AM) signal **55** provided to the data amplifier **54**, and a pulse AM signal **57** provided to the pulse amplifier **53**. <br><br> Kimmitt, 5:52-63. <br><br> To the extent this limitation is not explicitly disclosed by Kimmitt, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kimmitt so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) (b) a phase shifter configured to introduce a phase shift between the data signal and a clock signal using the control signal, wherein the carrier signal is based on the clock signal. | Kimmitt discloses this limitation.  Kimmitt discloses phase shifters 50 that phase shift the reference clock CLK relative to the data signal based on phase control signal 48 from the modulator controller 42. <br><br> *See, e.g.,* |

| '950 Claim Language | Prior Art References |
|---|---|
|  | The modulator controller **42** provides bias control to the PM **36** by means of a pulse bias control signal **44** and to the DM **38** by means of a data bias control signal **46**. The modulator controller **42** also generates a phase control signal **48** to 55 control the operation of phase shifters **50**, which generate a pulse signal **52** for the PM **36** (via pulse amplifier **53**) by phase shifting a reference clock CLK. The serial data signal is amplified by a data amplifier **54** and applied to the modulation input of the DM **38**. The modulator controller also generates 60 a data amplitude modulation (AM) signal **55** provided to the data amplifier **54**, and a pulse AM signal **57** provided to the pulse amplifier **53**.<br><br>Kimmitt, 5:52-63.<br><br>III. Phase Control—Synchronization of Pulse and Data<br><br>    The optimal phase setting between the RZ pulses and the data modulation occurs when the RZ pulse train is centered in 65 the data modulation eye pattern. To achieve this setting, a small phase modulation is applied to either the RZ pulse train or the data modulation signal, which has the effect of moving the RZ pulse train in time relative to the data modulation. This is illustrated in FIG. **9** for RZ and FIG. **10** for RZ-BPSK or RZ-DPSK.<br><br>Kimmitt, 8:63-9:3.<br><br>    Before the pertinent operation of the modulator controller 35 **42** is described, the phase shifters **50** are described with reference to FIG. **11**. The clock CLK is applied to an in-phase/quadrature (I/Q) phase shifter **112**, whose output is applied to an analog phase shifter **114** controlled by the phase control signal **48**. Associated with the I/Q phase shifter **112** is an I/Q 40 controller **116**, which also receives the phase control signal **48** and generates in-phase and quadrature control signals for the I/Q phase shifter **112**. The output of the analog phase shifter **114** is the pulse signal provided to the pulse amplifier **53** to generate the modulation input for the PM **36** (FIG. **5**). 45 |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  | Kimmitt, 9:35-45.  *FIG. 5* Kimmitt, Fig. 5. To the extent this limitation is not explicitly disclosed by Kimmitt, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kimmitt so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  |  |
|  |  |
| 17(pre) A method of reducing misalignment between a carrier signal and a data signal, comprising the steps of | *See* claim 1(pre). |
| 17(a) (i) analyzing spectral power of a data-modulated signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the data-modulated si[g]nal; and | *See* claim 1(a). |
| 17(b) (ii) introducing a phase shift between the data signal and a clock signal based on the analysis, wherein the carrier signal is based on the clock signal. | *See* claim 1(b). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                        U.S. Patent No. 7,068,950

## EXHIBIT B-8
## U.S. PATENT NO. 7,068,950

The asserted claims of U.S. Patent No. 7,068,950 ("the '950 patent") are anticipated and/or obvious in view of "Method for Ensuring Time Synchronization between Data Modulator and Pulse Carver in Return-to-Zero Optical Transmitters" by the Mintera Corporation ("Mintera"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Mintera was filed as part of Provisional Patent Application No. 60/364,822 on March 15, 2002.  Therefore, Mintera qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '950 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus for reducing misalignment between a carrier signal and a data signal, the apparatus comprising: | To the extent the preamble is limiting, Mintera discloses it.  Mintera discloses methods and apparatus for ensuring time synchronization of a data modulator and pulse carver in return-to-zero (RZ) optical transmitters.<br><br>*See, e.g.,*<br><br>FIELD OF INVENTION<br><br>The present invention is directed to a method for ensuring time synchronization of the data modulator and pulse carver in return-to-zero (RZ) optical transmitters.<br>Mintera, at 8. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| **'950 Claim Language** | **Prior Art References** |
|---|---|
| | **Figure 3**<br><br><br><br>The principle of data-clock delay optimization by monitoring the transmitter output power. The output power is maximized for data-clock synchronization. A low-frequency dither signal is superimposed on the phase of the NRZ data signal or the clock signal, thereby introducing a dither to the data-clock delay. This introduces an error signal on the optical output power, which is minimized for maximum/minimum output power (depending on design of control electronics). Thus, data-clock synchronization is obtained by a control loop that detects and minimizes the error signal.<br><br>Mintera, Fig. 3.<br><br>To the extent this limitation is not explicitly disclosed by Mintera, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Mintera so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) (a) an analyzer configured (i) to analyze spectral power of an input | Mintera discloses this limitation. Mintera discloses methods and apparatus for controlling data-clock delay by monitoring the output power from the transmitter (spectral power of an input signal corresponding to the carrier and data signals). In different schemes, synchronization is achieved |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input signal, and (ii) to generate a control signal based on the analysis; and | when spectral asymmetry is corrected or when the output power is maximized or minimized when synchronization is achieved (the spectral power being in a spectral band corresponding to a spectral null of the input signal). <br><br> *See, e.g.,* <br><br> Several schemes enable control of the timing between the data modulator and pulse carver. In [Mollenauer] spectral asymmetry of the optical output signal is used as a means for temporal alignment of the data signal and clock pulses. A phase mismatch between the two signals will result in chirp-induced spectral asymmetry. Thus, the correct data-clock delay is obtained when the upper and lower modulation side bands of the RZ signal have equal power, corresponding to spectral symmetry- see Fig. 2. Another way of controlling the data-clock delay is to monitor the output power from the transmitter; the output power will be maximized or minimized when synchronization is achieved - see Fig. 3. <br><br> Mintera, at 8. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| |  **Figure 2** <br><br> (a)         (b) <br><br> The principle of data-clock delay optimization through detection of spectral asymmetry. Any difference in the optical output spectrum of the power levels of the first harmonics is detected using filter and photodetector. <br><br> (a) Symmetric optical output spectrum when the NRZ modulator and pulse carver are synchronized with respect to each other. <br><br> (b) Asymmetric optical output spectrum when the NRZ modulator and pulse carver are not synchronized with respect to each other. <br><br> Mintera, Fig. 2. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | **Figure 3**<br><br><br><br>The principle of data-clock delay optimization by monitoring the transmitter output power. The output power is maximized for data-clock synchronization. A low-frequency dither signal is superimposed on the phase of the NRZ data signal or the clock signal, thereby introducing a dither to the data-clock delay. This introduces an error signal on the optical output power, which is minimized for maximum/minimum output power (depending on design of control electronics). Thus, data-clock synchronization is obtained by a control loop that detects and minimizes the error signal.<br><br>Mintera, Fig. 3.<br><br>To the extent this limitation is not explicitly disclosed by Mintera, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Mintera so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) (b) a phase shifter configured to introduce a phase shift between the data | Mintera discloses this limitation.  Mintera discloses a time delay (phase shifter) to synchronize the data and clock signals by using a control loop that detects and minimizes an error signal to maximize/minimize output power. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                      U.S. Patent No. 7,068,950

| **'950 Claim Language** | **Prior Art References** |
| --- | --- |
| signal and a clock signal using the control signal, wherein the carrier signal is based on the clock signal. | *See, e.g.,*<br><br>Several schemes enable control of the timing between the data modulator and pulse carver. In [Mollenauer] spectral asymmetry of the optical output signal is used as a means for temporal alignment of the data signal and clock pulses. A phase mismatch between the two signals will result in chirp-induced spectral asymmetry. Thus, the correct data-clock delay is obtained when the upper and lower modulation side bands of the RZ signal have equal power, corresponding to spectral symmetry- see Fig. 2. Another way of controlling the data-clock delay is to monitor the output power from the transmitter; the output power will be maximized or minimized when synchronization is achieved - see Fig. 3.<br>Mintera, at 8. |

| '950 Claim Language | Prior Art References |
|---|---|
| |  **Figure 3** The principle of data-clock delay optimization by monitoring the transmitter output power. The output power is maximized for data-clock synchronization. A low-frequency dither signal is superimposed on the phase of the NRZ data signal or the clock signal, thereby introducing a dither to the data-clock delay. This introduces an error signal on the optical output power, which is minimized for maximum/minimum output power (depending on design of control electronics). Thus, data-clock synchronization is obtained by a control loop that detects and minimizes the error signal. Mintera, Fig. 3. To the extent this limitation is not explicitly disclosed by Mintera, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Mintera so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| 17(pre) A method of reducing misalignment between a carrier signal and a data signal, comprising the steps of | *See* claim 1(pre). |
| 17(a) (i) analyzing spectral power of a data-modulated signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the data-modulated si[g]nal; and | *See* claim 1(a). |
| 17(b) (ii) introducing a phase shift between the data signal and a clock signal based on the analysis, wherein the carrier signal is based on the clock signal. | *See* claim 1(b). |

8

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

## EXHIBIT B-9
## U.S. PATENT NO. 7,068,950

The asserted claims of U.S. Patent No. 7,068,950 ("the '950 patent") are anticipated and/or obvious in view of U.S. Patent No. 6,677,820, entitled "DISTORTION COMPENSATION APPARATUS" to Tetsuhiko Miyatani ("Miyatani"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Miyatani was filed on December 31, 2001 and issued on January 13, 2004.  Therefore, Miyatani qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '950 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus for reducing misalignment between a carrier signal and a data signal, the apparatus comprising: | To the extent the preamble is limiting, Miyatani discloses it.  Miyatani discloses a distortion compensation apparatus to compensate for distortion in the amplifier of a transmitter by adjusting the timing for controlling the amount of distortion generated on a signal to be provided for the amplifier (reducing misalignment between a carrier signal and a data signal). *See, e.g.,*  1. Field of the Invention  The present invention relates to a distortion compensation apparatus to compensate for distortion occurring in an amplifier, and more particularly to a distortion compensation apparatus for realizing distortion compensation of high precision, by adjusting the timing for controlling the amount of distortion generated on a signal to be provided for the amplifier. |

| '950 Claim Language | Prior Art References |
|---|---|
| | Miyatani, 1:8-13.<br><br>FIG. **11** shows an example of circuitry of an amplifying device with a predistorter (amplifier with predistortion function), and the operation of this amplifying device is explained below by referring to the diagram. This amplifying device is installed in the transmission section of a base station or repeater station, and the signal to be transmitted (transmission signal) is entered from a transmitter. This signal is amplified in the amplifier, and sent out to an antenna.<br>Miyatani, 2:3-11. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                     U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | <br><br>Miyatani, Fig. 11.<br><br>To the extent this limitation is not explicitly disclosed by Miyatani, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Miyatani so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) (a) an analyzer configured (i) to analyze spectral power of an input signal corresponding to the carrier and data signals, the | Miyatani discloses this limitation.  Miyatani discloses a level detector 85 that detects the power level of an input signal and issues the result of the detection to a controller 90 by a digital value. The digital value is entered into controller 90, which sends a digital control signal for realizing a phase change corresponding to the detection results to a D/A converter 89, which then converts the digital control signal to an analog control signal that is issued to variable phase shifter 83. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| spectral power being in a spectral band corresponding to a spectral null of the input signal, and (ii) to generate a control signal based on the analysis; and | *See, e.g.,*<br><br>The level detector **85** is composed of, for example, an envelope detector for detecting the envelope of a signal, a low pass filter (LPF) for extracting a specific frequency component only about the detected envelope, and an A/D (analog/digital) converter for converting the detected envelope component from analog to digital signal. The level detector **85**, having such a structure, detects the level (for example, power level) of the input signal (other distribution signal), and issues the result of detection to a controller **90** by a digital value.<br>Miyatani, 3:5-14. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | The D/A converter **89** converts the digital control signal entered from the controller **90**, described below, into an analog control signal according to the timing corresponding to the clock signal entered from the clock source **87**, and issues it to the variable phase shifter **83**. This control signal is for controlling the phase change amount (that is, the amount of phase distortion to be generated) in the variable phase shifter **83**.<br><br>The controller **90** is composed of, for example, a digital signal processor (DSP). On the basis of the detection result (detected level) entered from the level detector **85**, the controller **90** sends a digital control signal for realizing the amplitude change amount corresponding to the detection result to the D/A converter **88** from the variable attenuator **82**, and sends the digital control signal for realizing the phase change amount corresponding to the detection result to the D/A converter **89** from the variable phase shifter **83**.<br><br>Miyatani, 3:32-48. |

5

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | <br><br>Miyatani, Fig. 11.<br><br>Miyatani further discloses that the spectrum of a signal issued from the amplifier shows a distortion component (leak power to adjacent channels) out of the band of use due to distortion occurring in the amplifier (spectral power being in a spectral band corresponding to a spectral null of the input signal).<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                      U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  | FIG. **13** shows an example of a spectrum of a signal issued from the amplifier **84** when the distortion is not compensated, in which the axis of abscissas denotes the signal frequency [kHz], and the axis of ordinates indicates the signal level by power ratio [dB]. As shown in the diagram, in this case, the spectrum shows there is a distortion component (leak power to adjacent channels) out of the band of use due to distortion occurring in the amplifier **84**. |
|  | Such a distortion component can be compensated for by generating distortion of a reverse characteristic to the distortion occurring in the amplifier **84** (amplitude distortion or phase distortion) by the predistorter (variable attenuator **82** and variable phase shifter **83**). |
|  | Miyatani, 2:51-63. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                         U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| |  FIG. 13 <br><br> Miyatani, Fig. 13. <br><br> To the extent this limitation is not explicitly disclosed by Miyatani, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Miyatani so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) (b) a phase shifter configured to introduce a phase shift between the data signal and a clock signal using the control signal, | Miyatani discloses this limitation.  Miyatani discloses a variable phase shifter 83 that introduces a phase shift based on the control signal entered from the D/A converter 89 to generate a phase distortion in an amount corresponding to the control signal to the input signal. <br><br> *See, e.g.,* |

| '950 Claim Language | Prior Art References |
|---|---|
| wherein the carrier signal is based on the clock signal. | The variable phase shifter **83** changes the phase of the signal entered from the variable attenuator **82** depending on the (analog) control signal entered from a D/A converter **89**, described below, to generate a phase distortion in an amount corresponding to the control signal to the input signal, and sends this signal (including phase distortion) to the amplifier **84**.<br><br>Miyatani, 2:36-42.<br><br><br><br>Miyatani, Fig. 11. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                     U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  | To the extent this limitation is not explicitly disclosed by Miyatani, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Miyatani so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
|  |  |
| 17(pre) A method of reducing misalignment between a carrier signal and a data signal, comprising the steps of | *See* claim 1(pre). |
| 17(a) (i) analyzing spectral power of a data-modulated signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the data-modulated si[g]nal; and | *See* claim 1(a). |
| 17(b) (ii) introducing a phase shift between the data signal and a clock signal based on the analysis, wherein the carrier signal is based on the clock signal. | *See* claim 1(b). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                        U.S. Patent No. 7,068,950

## EXHIBIT B-10
## U.S. PATENT NO. 7,068,950

The asserted claims of U.S. Patent No. 7,068,950 ("the '950 patent") are anticipated and/or obvious in view of U.S. Patent No. 6,952,534, entitled "SYSTEM AND METHOD FOR GENERATING RETURN-TO-ZERO (RZ) OPTICAL DATA IN A DIGITAL LIGHTWAVE COMMUNICATIONS SYSTEM" to John K. Sikora ("Sikora"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Sikora was filed on August 10, 2001 and issued on October 4, 2005.  Therefore, Sikora qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '950 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus for reducing misalignment between a carrier signal and a data signal, the apparatus comprising: | To the extent the preamble is limiting, Sikora discloses it.  Sikora discloses a system and method for generating reliable optical data capable of long-haul transmission, including using a phase feedback control loop to reduce misalignment between a carrier signal driven by a clock signal and the data signal.<br><br>*See, e.g.*,<br><br>The present invention generally relates to digital light-wave communications. More particularly, and not by way of any limitation, the present invention is directed to a system and method for generating reliable return-to-zero (RZ) optical data capable of long-haul transmission.<br>Sikora, 1:31-35. |

| '950 Claim Language | Prior Art References |
|---|---|
|  | Accordingly, the present invention provides a system and method for generating reliable RZ optical data in a digital lightwave communications system using a two-stage modulator arrangement which overcomes these and other deficiencies and shortcomings of the state-of-the-art techniques. RF electrical data is provided to a first stage modulator for modulating a light input into an intermediary optical data output having a non-return-to-zero (NRZ) format. Phase differences between the data and a clock signal associated therewith are controlled via a phase feedback control loop that is operable responsive to a phase dither reference signal. The clock signal is adjusted based on a phase control signal provided by the phase feedback control loop so as to generate a phase-adjusted clock. The phase-adjusted clock is supplied to a second stage modulator operable to blank out a suitable portion of each NRZ data bit interval and thereby create optical data having the RZ format. In a presently preferred exemplary embodiment of the present invention, a two-stage Mach-Zehnder (MZ) modulator arrangement is used, one stage being the NRZ stage and the other stage being the RZ stage, wherein one input is comprised of the clock signal and the second input is comprised of the NRZ data. RZ coding is achieved with the Sikora, 3:12-34. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
|  | <br>Sikora, Fig. 2. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| **'950 Claim Language** | **Prior Art References** |
|---|---|
| | 

Sikora, Fig. 14.

To the extent this limitation is not explicitly disclosed by Sikora, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Sikora so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                      U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| 1(a) (a) an analyzer configured (i) to analyze spectral power of an input signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input signal, and (ii) to generate a control signal based on the analysis; and | Sikora discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Sikora discloses a phase control feedback loop 224 operable to receive a signal from NRZ stage RF data amplitude level feedback control loop 218.  A POSITA would have understood that the RF data amplitude level corresponds to signal strength or power in the spectral band.  The phase control feedback loop 224 is further operable to determine the phase difference and generate a phase control signal to phase adjuster block 124.  The RF data amplitude level feedback control loop 218 and phase control feedback loop 224 thus compose an "analyzer" configured to analyze spectral power and generate a control signal based on the analysis.<br><br>*See, e.g.,*<br><br>    As described in the incorporated NRZ Application, the output control signal from the NRZ stage RF feedback controller loop **218** is operable as the gain control input to an RF amplifier **226**, which modifies the RF data amplitude appropriately.<br><br>5    Continuing to refer to FIG. **2**, a phase control feedback loop **224** is operable to receive a signal from the NRZ stage RF data amplitude level feedback control loop **218**. As will be explained hereinbelow, the signal received therefrom is<br>10 indicative, due at least in part to the unique operation of the NRZ stage RF data amplitude level feedback control loop circuitry, of any phase difference that may exist between the intermediary optical data (i.e., the NRZ data) and the RF clock signal associated therewith. The phase control feed-<br>15 back loop **224** is operable to determine the phase difference based on a phase dither reference signal (not shown in this FIG.) and generate a phase control signal. Thereafter, the phase adjuster block **124** is operable responsive to the phase control signal in order that the RF clock input (which is<br>20 preferably provided as a sinusoidal signal) is appropriately modified into a phase-adjusted clock. The bias and RF level inputs for the clock signal may then be combined with the phase-adjusted clock into a common control signal to be provided to the RZ stage modulator of the two-stage modu-<br>25 lator arrangement **102**. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | Sikora, 8:1-25.  Sikora, Fig. 2. To the extent this limitation is not explicitly disclosed by Sikora, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Sikora so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) (b) a phase shifter configured to introduce a phase shift between the data signal and a clock signal using the control signal, | Sikora discloses this limitation.  Sikora discloses a phase adjuster block 124 that is operable responsive to the phase control signal in order that the RF clock input signal is appropriately modified into a phase-adjusted clock. *See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| wherein the carrier signal is based on the clock signal. | Continuing to refer to FIG. **2**, a phase control feedback loop **224** is operable to receive a signal from the NRZ stage RF data amplitude level feedback control loop **218**. As will be explained hereinbelow, the signal received therefrom is indicative, due at least in part to the unique operation of the NRZ stage RF data amplitude level feedback control loop circuitry, of any phase difference that may exist between the intermediary optical data (i.e., the NRZ data) and the RF clock signal associated therewith. The phase control feedback loop **224** is operable to determine the phase difference based on a phase dither reference signal (not shown in this FIG.) and generate a phase control signal. Thereafter, the phase adjuster block **124** is operable responsive to the phase control signal in order that the RF clock input (which is preferably provided as a sinusoidal signal) is appropriately modified into a phase-adjusted clock. The bias and RF level inputs for the clock signal may then be combined with the phase-adjusted clock into a common control signal to be provided to the RZ stage modulator of the two-stage modulator arrangement **102**.<br><br>Sikora, 8:6-25. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| | <br><br>Sikora, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Sikora, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Sikora so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| | |
| 17(pre) A method of reducing misalignment between a carrier signal and a data signal, comprising the steps of | *See* claim 1(pre). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01229-CFC-JLH                                    U.S. Patent No. 7,068,950

| '950 Claim Language | Prior Art References |
|---|---|
| 17(a) (i) analyzing spectral power of a data-modulated signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the data-modulated si[g]nal; and | *See* claim 1(a). |
| 17(b) (ii) introducing a phase shift between the data signal and a clock signal based on the analysis, wherein the carrier signal is based on the clock signal. | *See* claim 1(b). |

9

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                        U.S. Patent No. 7,613,938

## EXHIBIT C-1
## U.S. PATENT NO. 7,613,938

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of U.S. Patent No. 6,760,850, entitled "METHOD AND APPARATUS EXECUTING POWER ON SELF TEST CODE TO ENABLE A WAKEUP DEVICE FOR A COMPUTER SYSTEM RESPONSIVE TO DETECTING AN AC POWER SOURCE" to Atkinson et al. ("Atkinson"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Atkinson was filed on July 31, 2000 and issued on July 6, 2004.  Therefore, Atkinson qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(a), (b), and (e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
|---|---|
| 13(pre) A circuit card comprising: | Atkinson teaches power management in a portable computer.  To the extent Atkinson does not expressly teach implementing the disclosed power management components on the same "circuit card," it would have been obvious to a POSITA that the disclosed power management component could be implemented on a single circuit card within the portable computer.<br><br>*See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Power management in a preferred embodiment of a portable computer is now described with reference to FIG. 3. Voltage to the main power supply 306 is supplied via a DC voltage source (e.g., battery) or an AC voltage source (e.g., wall outlet). Like all computers, the AC voltage is rectified and transformed to the appropriate DC voltage level in an AC/DC converter 302. The rectified and transformed AC power is applied through a diode 310 to prevent battery drain when the AC power is removed. A power switch 304 is controlled by power management controller 320 to supply voltage to the main power supply 306. When the power management controller 320 closes switch 304, power is supplied to the CPU 202 and other peripherals allowing the computer to boot and start the operating system. The power management controller 320 in this embodiment is comprised of the same core logic used in conventional WOL capable computers and some additional logic which will be described below.<br>Atkinson, 7:35-52. |
| 13(a) one or more devices, | Atkinson discloses this limitation.  Atkinson teaches power management systems and methods that selectively enable a computer wakeup device (*e.g.*, a network interface card, or NIC) (one or more devices) in response to the presence or removal of a power source.<br><br>*See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | 1. Field of the Invention<br><br>The present invention relates generally to remotely waking a computer that is in an off state. More particularly, it relates to power management methods for selectively enabling a computer wakeup device in response to the presence or removal of AC power. [20]<br><br>Atkinson, 1:19-22. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                               U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | ply and a power management controller. The power supply is configured to provide power to a wakeup device. The power management controller receives an AC voltage sense signal that indicates the presence or absence of an AC power source and enables the power supply to provide power to the wakeup device when the AC voltage sense signal is asserted. The power management controller preferably disables the power supply when the AC voltage sense signal is de-asserted. The computer system may operate in several states including an off state, a power on self test (POST) state, a working state, a trap state, and an armed state. Preferably in the off state the wakeup device is unpowered and in the armed state the wakeup device is powered. When the AC voltage sense signal becomes asserted, the computer system enters the POST state and the CPU executes basic input/output system (BIOS) code to conduct a POST sequence and to place the computer system into the armed state. The presence of the armed state in addition to the off state may advantageously provide a means for extending battery life in a portable computer. Atkinson, 5:2-21.<br><br>Another feature of the preferred embodiment shown in FIG. 3 is that the wakeup device (e.g., NIC) shall have its wakeup context restored upon the assertion of AC power. Atkinson, 8:49-51. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                          U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  Atkinson, Fig. 4. To the extent this limitation is not explicitly disclosed by Atkinson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Atkinson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(b) a controller for controlling operation of the circuit card, | Atkinson discloses this limitation.  Atkinson discloses a system comprising a CPU (controller for controlling operation of the circuit card). *See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                  U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | In addition to providing power to the NIC, the power management controller must also be powered to detect wakeup events from the NIC and enable power to the CPU and the rest of the system. In order for WOL to be fully functional, the computer must be capable of providing power to the NIC and the power management controller even when the rest of the system is unpowered. This power requirement necessitates the addition of an auxiliary power supply that continually draws power from the source, whether it is a battery or an AC source. Unfortunately, the addition an auxiliary power supply adds to the manufacturing costs for the computer. Additionally, the dependence on an auxiliary power supply makes it difficult to implement WOL capability on computers that do not have an auxiliary power supply.<br><br>Atkinson, 4:44-58. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  Atkinson, Fig. 4.<br><br>To the extent this limitation is not explicitly disclosed by Atkinson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Atkinson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom for a predetermined period of time, and | Atkinson discloses this limitation. Particularly, Atkinson discloses a power switch that supplies power to a system comprising a CPU, and further discloses that the CPU may instruct that the switch be opened. Therefore, the power switch is "responsive to a command received from the controller."<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Power management in a preferred embodiment of a portable computer is now described with reference to FIG. **3**. Voltage to the main power supply **306** is supplied via a DC voltage source (e.g., battery) or an AC voltage source (e.g., wall outlet). Like all computers, the AC voltage is rectified and transformed to the appropriate DC voltage level in an AC/DC converter **302**. The rectified and transformed AC power is applied through a diode **310** to prevent battery drain when the AC power is removed. A power switch **304** is controlled by power management controller **320** to supply voltage to the main power supply **306**. When the power management controller **320** closes switch **304**, power is supplied to the CPU **202** and other peripherals allowing the computer to boot and start the operating system. The power management controller **320** in this embodiment is comprised of the same core logic used in conventional WOL capable computers and some additional logic which will be described below. <br><br> Atkinson, 7:35-52. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Another feature of the preferred embodiment shown in 50 FIG. **3** is that the wakeup device (e.g., NIC) shall have its wakeup context restored upon the assertion of AC power. Wakeup context refers to the proper state of the WOL feature (i.e., enabled or disabled). It is desirable for the computer to properly enable or disable WOL capability after power to the 55 wakeup device is intentionally or unintentionally removed. Consider the event where AC power is applied to a battery-powered portable that is in the OFF state with WOL disabled. The assertion of the voltage sense signal **308** causes switch **322** to close, thereby providing power to NIC **218**. 60 Once powered, most NIC devices will reconfigure themselves from internal non-volatile memories. Today, this is done by the Intel and 3Comm NIC solutions, which use a local non-volatile memory source to appropriately configure the NIC. However, there exist some "dumb" devices such as 65 Cardbus controllers that must have their wakeup contexts restored by the CPU. As will be explained more fully below, the power management controller **320** may be configured to detect assertion of voltage sense signal **308** and to close power switch **304** to enable the system to begin a power-on self-test (POST) sequence. As part of the POST, the CPU may configure the dumb wakeup devices, and then instruct the power management controller to re-open power switch 5 **304**. Atkinson, 8:49-9:6. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                          U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  |  Atkinson, Fig. 4.<br><br>Atkinson further discloses an RTC timer that functions to wake up the system a predetermined period of time after power has been decoupled from the system. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | In a conventional WOL capable computer, after the TRAP code enables the wakeup sources (i.e., configures the power management controller and commands the network card to search for wakeup events), the system may be taken to the S4/S5 OFF state **502** via transition **514**. In this case, the main power supply switch **304** is disabled and virtually the entire system is powered off. In the absence of an auxiliary power supply as is the case in FIG. **4**, there is no way for the NIC **218** to remain powered and thus a wakeup event from LAN is not possible. This alternative embodiment solves this problem and allows a computer that does not have an auxiliary power supply to enter into a WOL enabled state.<br><br>Atkinson, 10:1-12. |

| '938 Claim Language | Prior Art References |
|---|---|
| | operating system commands a transition to a low-power state to conserve energy. Prior to entering a Suspend state, TRAP code **510** may be executed to check the status of the AC voltage sense signal and determine the proper WOL configuration. If AC power is present or if the user has enabled WOL from OFF while under battery power, the system will transition from the TRAP state to the Armed Suspend state **600**. If no AC power is present or if WOL is not requested, the system will transition to the Unarmed Suspend state **610**.<br><br>    As mentioned above, the only difference between the two Suspend states lies in the wakeup context of the network device. The ACPI power state of the rest of the computer system is identical for these two Suspend states. In the Armed Suspend state **600**, the wakeup device is armed and searches the network for wakeup events. The computer system will transition from the Armed Suspend state **600** to the Working state **506** in response to network wakeup events. In the Unarmed Suspend state **610**, the wakeup device is deactivated and transitions to the Working state **506** are only possible in response to conventional wakeup events such as RTC alarms and button presses.<br>Atkinson, 11:1-22. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | In an alternative embodiment, the system may periodically wake up from the S4/S5 OFF state **502** and look for NIC traffic. Instead of arming the network device (i.e., transitioning to the Armed state **500**) only upon the application AC power, the system would occasionally test if a network connection has been made. From the OFF state **502**, the system will periodically wakeup and enter the POST state **504**. <mark>The periodic wakeup could be from the RTC timer</mark> or as directed by the embedded microprocessor. In the POST. Atkinson, 11:32-40.<br><br>To the extent this limitation is not explicitly disclosed by Atkinson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Atkinson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the predetermined time period if the electrical power was also decoupled from the controller. | Atkinson discloses this limitation.  Particularly, Atkinson teaches a power management controller (electrical power device) for controlling the power switch.  The power management controller closes the power switch to restore electrical power to the wakeup device.  Atkinson further discloses an RTC timer that functions to wake up the NIC and wakeup device a predetermined period of time after power has been decoupled from the NIC and wakeup device.<br><br>*See, e.g.,* |

| '938 Claim Language | Prior Art References |
|---|---|
| | Power management in a preferred embodiment of a portable computer is now described with reference to FIG. 3. Voltage to the main power supply 306 is supplied via a DC voltage source (e.g., battery) or an AC voltage source (e.g., wall outlet). Like all computers, the AC voltage is rectified and transformed to the appropriate DC voltage level in an AC/DC converter 302. The rectified and transformed AC power is applied through a diode 310 to prevent battery drain when the AC power is removed. A power switch 304 is controlled by power management controller 320 to supply voltage to the main power supply 306. When the power management controller 320 closes switch 304, power is supplied to the CPU 202 and other peripherals allowing the computer to boot and start the operating system. The power management controller 320 in this embodiment is comprised of the same core logic used in conventional WOL capable computers and some additional logic which will be described below.<br><br>Atkinson, 7:35-52. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                          U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | <br>**FIG. 4**<br>Atkinson, Fig. 4.<br><br>　　In a conventional WOL capable computer, after the TRAP code enables the wakeup sources (i.e., configures the power management controller and commands the network card to search for wakeup events), the system may be taken to the<br>5　S4/S5 OFF state **502** via transition **514**. In this case, the main power supply switch **304** is disabled and virtually the entire system is powered off. In the absence of an auxiliary power supply as is the case in FIG. **4**, there is no way for the NIC **218** to remain powered and thus a wakeup event from LAN<br>10　is not possible. This alternative embodiment solves this problem and allows a computer that does not have an auxiliary power supply to enter into a WOL enabled state.<br>Atkinson, 10:1-12. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | operating system commands a transition to a low-power state to conserve energy. Prior to entering a Suspend state, TRAP code **510** may be executed to check the status of the AC voltage sense signal and determine the proper WOL configuration. If AC power is present or if the user has enabled WOL from OFF while under battery power, the system will transition from the TRAP state to the Armed Suspend state **600**. If no AC power is present or if WOL is not requested, the system will transition to the Unarmed Suspend state **610**.<br><br>As mentioned above, the only difference between the two Suspend states lies in the wakeup context of the network device. The ACPI power state of the rest of the computer system is identical for these two Suspend states. In the Armed Suspend state **600**, the wakeup device is armed and searches the network for wakeup events. The computer system will transition from the Armed Suspend state **600** to the Working state **506** in response to network wakeup events. In the Unarmed Suspend state **610**, the wakeup device is deactivated and transitions to the Working state **506** are only possible in response to conventional wakeup events such as RTC alarms and button presses.<br>Atkinson, 11:1-22. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                          U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | In an alternative embodiment, the system may periodically wake up from the S4/S5 OFF state **502** and look for NIC traffic. Instead of arming the network device (i.e., transitioning to the Armed state **500**) only upon the application AC power, the system would occasionally test if a network connection has been made. From the OFF state **502**, the system will periodically wakeup and enter the POST state **504**. The periodic wakeup could be from the RTC timer or as directed by the embedded microprocessor. In the POST  35 ... 40<br>Atkinson, 11:32-40.<br><br>To the extent this limitation is not explicitly disclosed by Atkinson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Atkinson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                U.S. Patent No. 7,613,938

## EXHIBIT C-2
## U.S. PATENT NO. 7,613,938

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,659,746, entitled "DISTRIBUTED SUPPLY CURRENT SWITCH CIRCUITS FOR ENABLING INDIVIDUAL POWER DOMAINS" to Chua-Eoan et al. ("Chua-Eoan '746"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Chua-Eoan '746 was filed on September 16, 2005 and issued on February 9, 2010, and claims priority to Provisional Application No. 60/652,925, which was filed on February 14, 2005. Therefore, Chua-Eoan '746 qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
|---|---|
| 13(pre) A circuit card comprising: | To the extent the preamble is limiting, Chua-Eoan '746 discloses it, either expressly or in combination with the knowledge of a POSITA. Chua-Eoan '746 teaches the powering up and/or powering down of a power domain within an integrated circuit (circuit card). <br><br> *See, e.g.,* <br><br> The disclosed embodiments relate generally to the power- [15] ing up and/or the powering down of a power domain within an integrated circuit. <br> Chua-Eoan '746, 1:15-17. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | An integrated circuit includes multiple power domains. The power domains can be powered up and powered down independently of one another under control of a central power management control circuit. Each power domain includes a distributed set of supply current switch circuits (SCSCs). The SCSCs are distributed across the area of the power domain in a substantially uniform fashion. When a first digital logic value is present on a control node within a SCSC, a switch within the SCSC couples a local supply bus of the power domain to a global supply bus. When a second digital logic value is present on the control node, then the switch is not conductive and the SCSC does not couple the local supply bus to the global supply bus. Each SCSC has an input node and an output node. The SCSCs of a power domain are chained together to form a first chain and a second chain.<br><br>Chua-Eoan '746, 2:27-41. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | <br><br>Chua-Eoan '746, Fig. 6.<br><br>To the extent this limitation is not explicitly disclosed by Chua-Eoan '746, it is inherent or obvious. Moreover, it would have been obvious to a POSITA to implement the integrated-circuit components Chua-Eoan '746 discloses as discrete components on, for example, a printed circuit board (PCB). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                       U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| 13(a) one or more devices, | Chua-Eoan '746 discloses this limitation, either expressly or in combination with the knowledge of a POSITA. Chua-Eoan '746 discloses an integrated circuit with multiple power domains. A POSITA would have understood that any individual power domain may comprise one or more devices operating within that domain.<br><br>*See, e.g.,*<br><br>An integrated circuit includes multiple power domains. The power domains can be powered up and powered down independently of one another under control of a central power management control circuit. Each power domain includes a distributed set of supply current switch circuits (SCSCs). The SCSCs are distributed across the area of the power domain in a substantially uniform fashion. When a first digital logic value is present on a control node within a SCSC, a switch within the SCSC couples a local supply bus of the power domain to a global supply bus. When a second digital logic value is present on the control node, then the switch is not conductive and the SCSC does not couple the local supply bus to the global supply bus. Each SCSC has an input node and an output node. The SCSCs of a power domain are chained together to form a first chain and a second chain.<br>Chua-Eoan '746, 2:27-41. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  Chua-Eoan '746, Fig. 4.<br><br>To the extent this limitation is not explicitly disclosed by Chua-Eoan '746, it is inherent or obvious.  Moreover, it would have been obvious to one of ordinary skill in the art to modify Chua-Eoan '746 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| 13(b) a controller for controlling operation of the circuit card, | Chua-Eoan '746 discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Chua-Eoan '746 discloses an integrated circuit with multiple power domains, and further discloses that the domain circuitry within a power domain may be powered off when not in use.  A POSITA would have understood that the domain circuitry within an individual power domain may comprise a controller. <br><br> *See, e.g.,* <br><br> FIG. **6** is a more detailed diagram of power management control circuit **110** and first power domain **101**. The domain circuitry within power domain **101** that is to be powered off when it is not in use, and that is to be powered when it is in use, is represented by cloud symbols **128**-**130**. The power supply leads of this domain circuitry are permanently coupled to global voltage supply bus **107**. The global supply voltage GPWR is therefore always present on the power supply leads of the domain circuitry when the supply voltage GPWR is present on power terminal **105** (see FIG. **4**) of integrated circuit die **100**. <br> Chau-Eoan '746, 6:7-17. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                          U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  Chua-Eoan '746, Fig. 6.<br><br>To the extent this limitation is not explicitly disclosed by Chua-Eoan '746, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Chua-Eoan '746 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom for a predetermined period of time, and | Chua-Eoan '746 discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Chua-Eoan '746 discloses one or more supply current switch circuits (SCSCs), and each SCSC comprises a switch for powering or decoupling from power the domain circuitry.<br><br>*See, e.g.,*<br><br>An integrated circuit includes multiple power domains. The power domains can be powered up and powered down independently of one another under control of a central power management control circuit. Each power domain includes a distributed set of supply current switch circuits (SCSCs). The SCSCs are distributed across the area of the power domain in a substantially uniform fashion. When a first digital logic value is present on a control node within a SCSC, a switch within the SCSC couples a local supply bus of the power domain to a global supply bus. When a second digital logic value is present on the control node, then the switch is not conductive and the SCSC does not couple the local supply bus to the global supply bus. Each SCSC has an input node and an output node. The SCSCs of a power domain are chained together to form a first chain and a second chain.<br><br>Chua-Eoan '746, 2:27-41. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                           U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | <br><br>Chua-Eoan '746, Fig. 6.<br><br>To the extent Chua-Eoan '746 does not expressly disclose that an SCSC may be responsive to a command received from the domain circuity comprising a controller, it would have been obvious to a POSITA to modify the integrated circuit Chua-Eoan '746 teaches to enable a power domain to power itself down when, for example, it was not in use. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | *See, e.g.,*<br><br>FIG. **6** is a more detailed diagram of power management control circuit **110** and first power domain **101**. The domain circuitry within power domain **101** that is to be powered off when it is not in use, and that is to be powered when it is in use, is represented by cloud symbols **128-130**. The power supply leads of this domain circuitry are permanently coupled to global voltage supply bus **107**. The global supply voltage GPWR is therefore always present on the power supply leads of the domain circuitry when the supply voltage GPWR is present on power terminal **105** (see FIG. **4**) of integrated circuit die **100**.<br>Chau-Eoan '746, 6:7-17. |
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the predetermined time period if the electrical power was also decoupled from the controller. | Chua-Eoan '746 discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Chua-Eoan '746 discloses a power management control circuit 110 (electrical power device) that is connected to and controls the SCSCs within each of the power domains.  When a power domain is to be powered up, the control circuit 110 asserts an enable signal that is supplied to the SCSC (switch).<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                      U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | When the power domain is to be powered up, the central power management control circuit asserts an enable signal that is supplied to the input node of the first SCSC of the first chain. The enable signal propagates down the first chain of SCSCs from control node to control node, thereby turning the SCSCs of the first chain on, one by one, in a daisy chain fashion. After a programmable amount of time, the control circuit asserts a second enable signal that is supplied to the input node of the first SCSC in the second chain. The second enable signal propagates down the second chain of SCSCs from control node to control node, thereby turning the SCSCs of the second chain on, one by one. By spreading the turning on of the SCSCs of the power domain over time, large currents that would otherwise be associated with coupling the local and global buses are avoided.<br><br>Chua-Eoan '746, 2:42-56.<br><br>Each of power domains **101-104** includes a plurality of supply current switch circuits (SCSCs). Reference numeral **134** identifies one such SCSC. A power management control circuit **110** is connected to and controls the SCSCs within each of the power domains **101-104** by conductors **111-114**, respectively. Control circuit **110** also receives input signals from the SCSCs in domains **103** and **104** via conductors **115-116**, respectively. Control circuit **110** is directly coupled to global supply bus **107** and to global ground bus **108**. The circuitry of control circuit **110** receives supply current directly from the global supply bus and is directly grounded to the global ground bus without any intervening SCSCs. Control circuit **110** can be implemented in many different ways. Control circuit **110** may, for example, be implemented as a hard macro, a block of custom circuitry, or a group of standard cells.<br><br>Chua-Eoan '746, 5:30-45. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                          U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  |  Chua-Eoan '746, Fig. 6. |

To the extent Chua-Eoan '746 does not expressly disclose that control circuit 110 turns SCSCs back on after a predetermined time period, this would have been obvious to a POSITA.  In particular, Chua-Eoan '746 discloses that the control circuit 110 is clocked.  Moreover, in some embodiments, the control circuit 110 asserts a first enable signal and, after a programmable amount of time, asserts a second enable signal, in order to spread out the turning on of multiple SCSCs

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | over time. Thus, it would have been obvious to a POSITA to clock or program the control circuit 110 to turn back on an SCSC after a predetermined time period.<br><br>*See, e.g.,*<br><br>When the power domain is to be powered up, the central power management control circuit asserts an enable signal that is supplied to the input node of the first SCSC of the first chain. The enable signal propagates down the first chain of SCSCs from control node to control node, thereby turning the SCSCs of the first chain on, one by one, in a daisy chain fashion. After a programmable amount of time, the control circuit asserts a second enable signal that is supplied to the input node of the first SCSC in the second chain. The second enable signal propagates down the second chain of SCSCs from control node to control node, thereby turning the SCSCs of the second chain on, one by one. By spreading the turning on of the SCSCs of the power domain over time, large currents that would otherwise be associated with coupling the local and global buses are avoided.<br>Chua-Eoan '746, 2:42-56.<br><br>6. The integrated circuit of claim 1, wherein the control circuit is a state machine that is clocked by a clock signal, the control circuit asserting the second enable signal a number of cycles of the clock signal after asserting the first enable signal.<br>Chua-Eoan '746, claim 6. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

**EXHIBIT C-3**
**U.S. PATENT NO. 7,613,938**

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of U.S. Patent No. 5,715,467, entitled "EVENT DRIVEN POWER MANAGEMENT CONTROL CIRCUIT AND METHOD THEREFOR" to James J. Jirgal ("Jirgal"), either alone or in combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Jirgal was filed on April 4, 1996 and issued on February 3, 1998.  Therefore, Jirgal qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(a), (b), and (e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
|---|---|
| 13(pre) A circuit card comprising: | To the extent the preamble is limiting, Jirgal discloses it, either expressly or in combination with the knowledge of a POSITA.  Jirgal discloses an event driven power management control system.  To the extent Jirgal does not expressly disclose that the event driven power management control system and its components reside on a "circuit card," a POSITA would have appreciated that the system Jirgal discloses could be implemented on a "circuit card." <br><br> *See, e.g.,* <br><br> This invention relates to computer systems and, more specifically, to an event driven power management control system which can speed up or slow down the internal clock of the Central Processing Unit (CPU) based on activity of 10 the computer system and which is compatible with third party power management control circuits which only monitor CPU activity. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Jirgal, 1:7-13.<br><br><br><br>Jirgal, Fig. 2. |
| 13(a) one or more devices, | Jirgal discloses this limitation.  Jirgal discloses an event driven power management control system for a computer system including, for example, peripheral devices.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Therefore, a need existed to provide an improved power management control system. The improved power management control system must account for existing power management control systems which may shut down or restore power to peripheral devices based on activity of the peripheral devices, speed up or slow down the CPU or SUSPEND the computer system. The improved power management control system must also support existing power management control systems which only alter the clock signal to the CPU based on CPU activity, but which is also capable of being able to override the signal to deactivate the CPU clock if any external or internal system events require the CPU to run at full speed to service the event request. Jirgal, 1:32-44. |
| | The problem with the CPU power management unit **14** is that it only starts and stops the internal clock of the CPU **12** based on its own inputs. Furthermore, the CPU power management unit **14** does not account for other power management circuitry that the computer system might be using. For example, VLSI TECHNOLOGY, INC. has developed a power management unit which monitors activity to peripheral devices in the computer system such as the hard disk, keyboard controller, printer, etc. Accesses to these peripheral devices, as well as other peripheral devices and other system events, trigger the VLSI TECHNOLOGY, INC. power management unit to shut down or restore power to the peripheral devices, speed up or slow down the CPU clock, SUSPEND the computer system, or perform any number of other power management activities. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Jirgal, 3:14-28.<br><br>To the extent this limitation is not explicitly disclosed by Jirgal, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Jirgal so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(b) a controller for controlling operation of the circuit card, | Jirgal discloses this limitation.  Jirgal discloses a central processing unit (CPU) means for controlling operation of the computer system (controller).<br><br>*See, e.g.,*<br><br>In accordance with one embodiment of the present invention, an event driven power management control circuit for a computer system is disclosed. The event driven power management control circuit is comprised of a Central Processing Unit (CPU) means for controlling operation of the computer system. CPU power management control means are coupled to the CPU means for sending a signal to the CPU means to activate and deactivate an internal clock of the CPU means based on activity of the CPU means.<br><br>Jirgal, 1:66-2:7. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | <br><br>Jirgal, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Jirgal, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Jirgal so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one | Jirgal discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Jirgal discloses that the CPU includes a CPU power management unit that asserts a STPCLK# signal low to the CPU in order to deactivate the internal clock of the CPU.  To the |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| device to be decoupled therefrom for a predetermined period of time, and | extent Jirgal does not expressly disclose a switch, a POSITA would have understood that the asserted STPCLK# signal low functions as a switch in the system Jirgal discloses. <br><br> *See, e.g.,* <br><br> 18 to control an internal clock of the CPU 12. When the CPU power management unit 14 monitors inactivity on the busses 16 and 18, the CPU power management unit 14 asserts a STPCLK# signal low to the CPU 12 in order to deactivate the internal clock of the CPU 12. The CPU power management unit 14 would assert a STPCLK# signal high to the CPU 12 in order to start the internal clock of the CPU 12 when activity is monitored on the busses 16 and 18. <br> 10 <br> Jirgal, 3:6-13. <br><br> Referring to FIG. 2, an event driven power management control system 20 (hereinafter system 20) is shown. The system 20 is compatible with the prior art system 10 (FIG. 1) in that the system 20 is able to assert and deassert the STPCLK# signal to the CPU 22 whenever the system 10 (FIG. 1) would have asserted or deasserted the STPCLK# signal. The system 20 is also able to account for other power management systems such as the VLSI TECHNOLOGY, INC. power management unit discussed above in that it is able to control system activity by monitoring external and internal events in the computer system. <br> 30 <br> 35 <br> 40 <br> Jirgal, 3:29-39. <br><br> Moreover, to the extent Jirgal does not expressly disclose that the controller is decoupled from power for a predetermined period of time, a POSITA would have understood that the system Jirgal |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                      U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | discloses could be implemented to decouple power for a predetermined period of time. Particularly, Jirgal discloses a system power management unit 26 that comprises a timer 34, which helps to prevent a false entry into a CPU clock state.  A POSITA would have appreciated that the timer 34 could be used or modified to enable system power management unit 26 to restore power to the CPU only after a predetermined period of time.  Indeed, Jirgal discloses that the length of time for the time may be pre-programmed in the preferred embodiment.<br><br>*See, e.g.,*<br><br>The system power management unit **26** is comprised of a  60 sampler **32**, a timer **34**, and stop clock logic **36.** The sampler<br>Jirgal, 3:60-61.<br><br>15  Once a break event occurs, the CPU power management unit **24** may still interpret the computer system as being idle since the CPU power management unit **24** only monitors for CPU activity on the CPU control bus **28** and the CPU address bus **30**. A timer **34** was thus added in order to delay sampling of the STPCLK# signal from the CPU power 20  management unit **24**. The timer **34** delays the sampling of the STPCLK# signal in order to give the CPU power management unit **24** time to react to the changed state of the computer system. Thus, the timer **34** helps to prevent a false entry into a CPU stopped clock state. In the preferred 25  embodiment of the present invention, the length of time programmed for the timer is enough to satisfy the longest time requirement of the break event servicing routines.<br>Jirgal, 4:14-27. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the predetermined time period if the electrical power was also decoupled from the controller. | Jirgal discloses this limitation, either expressly or in combination with the knowledge of a POSITA. Jirgal discloses a system power management unit 26 (electrical power device) that restores power to the CPU.<br><br>*See, e.g.,*<br><br>The CPU power management unit **24** is coupled to the system power management unit **26**. When the CPU power management unit **24** asserts or deasserts the STPCLK# signal, this signal is sent directly to the system power management unit **26**. The system power management unit **26** modifies the STPCLK# signal from the CPU power management unit **24** based on internal and external events occurring in the computer system. The modified STPCLK# signal is then sent to the internal clock of the CPU **22** so that the CPU **22** can control the operation of the computer system.<br><br>The system power management unit **26** is comprised of a sampler **32**, a timer **34**, and stop clock logic **36**. The sampler **32** is coupled to the CPU power management unit **24**. The sampler **32** samples the STPCLK# signal from the CPU power management unit **24** and relays the signal to the stop clock logic **36**. The stop clock logic **36** will modify the inputted signal based on internal events (i.e., timer alarms, clock control circuitry to modulate system speed or |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | temperature, etc.) and external events (i.e., interrupts, keyboard strokes, mouse movement, modem ring, etc.) occurring in the computer system. For example, the CPU power management unit **24** may assert the STPCLK# signal due to CPU inactivity. The sampler **32** will read and sample the STPCLK# signal and relay the signal to the stop clock logic **36**. If the stop clock logic **36** monitors any internal or external events (i.e., break events), the stop clock logic **36** will modify the STPCLK# signal relayed from the sampler **32** so as to deassert the STPCLK# signal to the CPU **22**. Thus, the CPU **22** is allowed to run at full speed so as to service the source of the break event even though the CPU power management unit **24** indicates no CPU activity. Jirgal, 3:49-4:13. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                          U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  Jirgal, Fig. 2.<br><br>Moreover, to the extent Jirgal does not expressly disclose that power is restored after a predetermined period of time, a POSITA would have understood that the system Jirgal discloses could be implemented to restore power after a predetermined period of time.  Particularly, Jirgal discloses that system power management unit 26 comprises a timer 34, which helps to prevent a false entry into a CPU clock state.  A POSITA would have appreciated that the timer 34 could be used or modified to enable system power management unit 26 to restore power to the CPU only after a predetermined period of time.  Indeed, Jirgal discloses that the length of time for the time may be pre-programmed in the preferred embodiment. |

| '938 Claim Language | Prior Art References |
|---|---|
| | *See, e.g.,*<br><br>The system power management unit **26** is comprised of a 60 sampler **32**, a timer **34**, and stop clock logic **36**. The sampler<br>Jirgal, 3:60-61.<br><br>Once a break event occurs, the CPU power management 15 unit **24** may still interpret the computer system as being idle since the CPU power management unit **24** only monitors for CPU activity on the CPU control bus **28** and the CPU address bus **30**. A timer **34** was thus added in order to delay sampling of the STPCLK# signal from the CPU power 20 management unit **24**. The timer **34** delays the sampling of the STPCLK# signal in order to give the CPU power management unit **24** time to react to the changed state of the computer system. Thus, the timer **34** helps to prevent a false entry into a CPU stopped clock state. In the preferred 25 embodiment of the present invention, the length of time programmed for the timer is enough to satisfy the longest time requirement of the break event servicing routines.<br>Jirgal, 4:14-27. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                        U.S. Patent No. 7,613,938

## EXHIBIT C-4
## U.S. PATENT NO. 7,613,938

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of U.S. Patent No. 5,721,936, entitled "TIMER-CONTROLLED COMPUTER SYSTEM POWER MANAGEMENT" to Kikinis et al. ("Kikinis"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Kikinis was filed on July 24, 1996 and issued on February 24, 1998.  Therefore, Kikinis qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(a), (b), and (e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
|---|---|
| 13(pre) A circuit card comprising: | To the extent the preamble is limiting, Kikinis discloses it, either expressly or in combination with the knowledge of a POSITA.  Kikinis teaches a power control methods and apparatus for computer systems, including in some embodiments a system comprising power supply, one or more switches, a keyboard and keyboard controller, and a real-time clock (RTC).  To the extent Kikinis does not expressly disclose that this system is disposed on a "circuit card," it would have been obvious to a POSITA to implement the system Kikinis teaches on a circuit card. <br><br> *See, e.g.,* <br><br> The present invention is in the area of power control methods and apparatus for computer systems and pertains more specifically to automatically timed startup and shut-down of such systems. <br> Kikinis, 1:8-11. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | FIG. 1 is a block diagram of a system configuration for an embodiment of the present invention. The power supply configuration in this embodiment comprises a highly efficient power supply subsystem using two power supplies for supporting greatly varying power consumption in four operating modes as described in the Background section above. It is known to the inventors to provide such a configuration comprising a dual power supply unit 11 having power supplies A and B. Power supply A in this configuration is termed a Command supply, and power supply B, a Main supply. |
| | The configuration of FIG. 1 supports an arbitrary total peak power consumption of about 90 watts in this example with power being divided between the two units, which allows optimal equalized distribution not possible with a single-source power supply. |
| | Command supply A provides regulated voltages on line 13 of −5, +12, and −12 volts to system peripherals 19 at a peak of about 45 watts, and is connected in addition by line 13 to the operating element of a solid-state switch 27 which supplies power to system board 21 through normally open contacts from power supply B. Main supply B provides regulated voltage on path 15 of +5 volts and +3.3 volts, also with a peak capacity of 45 watts. Main supply B in this embodiment powers system board 21 through switch 27 as described above, which in turn operates all related bus, memory, and microprocessor power requirements, and also powers keyboard controller (KBC) 23, keyboard 25, and real time clock (RTC) 26. Power supplies A and B are provided with primary power originally through a manual switch not shown in FIG. 1, but after original power up, control is through the present startup and shutdown control system. |
| | Kikinis, 2:28-60. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | <br>Kikinis, Fig. 1. |
| 13(a) one or more devices, | Kikinis discloses this limitation.  Kikinis discloses, for instance, peripherals 19 and system board 21 (one or more devices) that are connected to power supply A. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                        U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | *See, e.g.,* |

45     Command supply A provides regulated voltages on line 13 of −5, +12, and −12 volts to system peripherals 19 at a peak of about 45 watts, and is connected in addition by line 13 to the operating element of a solid-state switch 27 which supplies power to system board 21 through normally open 50 contacts from power supply B. Main supply B provides regulated voltage on path 15 of +5 volts and +3.3 volts, also with a peak capacity of 45 watts. Main supply B in this embodiment powers system board 21 through switch 27 as described above, which in turn operates all related bus, 55 memory, and microprocessor power requirements, and also powers keyboard controller (KBC) 23, keyboard 25, and real time clock (RTC) 26. Power supplies A and B are provided with primary power originally through a manual switch not shown in FIG. 1, but after original power up, control is 60 through the present startup and shutdown control system.

Kikinis, 2:45-60.

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                                      U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  |  Kikinis, Fig. 1.<br><br>To the extent this limitation is not explicitly disclosed by Kikinis, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kikinis so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  |  |
| 13(b) a controller for controlling operation of the circuit card, | Kikinis discloses this limitation.  For instance, Kikinis discloses a keyboard controller 23 (controller), which is enabled to assert a signal on line 40 to place the power subsystem in standby mode and operate a solid-state switch turn off primary power to power supply A.<br><br>*See, e.g.,*<br><br>45    Command supply A provides regulated voltages on line 13 of −5, +12, and −12 volts to system peripherals 19 at a peak of about 45 watts, and is connected in addition by line 13 to the operating element of a solid-state switch 27 which supplies power to system board 21 through normally open 50 contacts from power supply B. Main supply B provides regulated voltage on path 15 of +5 volts and +3.3 volts, also with a peak capacity of 45 watts. Main supply B in this embodiment powers system board 21 through switch 27 as described above, which in turn operates all related bus, 55 memory, and microprocessor power requirements, and also powers keyboard controller (KBC) 23, keyboard 25, and real time clock (RTC) 26. Power supplies A and B are provided with primary power originally through a manual switch not shown in FIG. 1, but after original power up, control is 60 through the present startup and shutdown control system.<br>    In this hardware configuration, the power subsystem goes to standby mode by a signal on line 40 from KBC 23, which operates a solid-state switch to turn off primary power to power supply A. In standby mode only command supply A 65 is shut down while main supply B remains active. KBC 23,<br><br>Kikinis, 2:45-65. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | <br><br>Fig. 1<br><br>Kikinis, Fig. 1.<br><br>To the extent this limitation is not explicitly disclosed by Kikinis, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kikinis so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

| '938 Claim Language | Prior Art References |
|---|---|
|  |  |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom for a predetermined period of time, and | Kikinis discloses this limitation.  Kikinis discloses a switch 27 that opens when line 13 (from power supply A) loses power in response to the signal from keyboard controller 23.  This decouples the system board 21 and peripherals 19 from power.<br><br>*See, e.g.,*<br><br>In this hardware configuration, the power subsystem goes to standby mode by a signal on line 40 from KBC 23, which operates a solid-state switch to turn off primary power to power supply A. In standby mode only command supply A 65 is shut down while main supply B remains active. KBC 23, KBD 25, and RTC 26 remain powered by line 15 from power supply B, and system board 21 loses power because switch 27 opens when line 13 loses power. Although not shown in FIG. 1, in systems using a pointer device, the pointer device is also active in standby as is the KBD. A suspend mode, as described in the Background section, may be supported through a separate signal on line 18 from KBC 5 23, bypassing the usual supply to the system board through switch 27.<br><br>Kikinis, 2:61-3:7.<br><br>Further, when using RTC 26 to set a time for shutdown or startup, power can be decoupled for a predetermined period of time.<br><br>*See, e.g.,* |

| '938 Claim Language | Prior Art References |
|---|---|
| | In the embodiment of the invention shown in FIG. 1, timed shutdown to standby level and subsequent startup of the system is provided by RTC 26, which, although shown as powered by power supply B, may also be battery powered to maintain function when all power is lost. Shutdown and startup times are provided to RTC 26 by power management control routines represented in FIG. 1 by routines 20 associated with system board 21. The power management control routines in this embodiment, referred to as Timer-Controlled Power Management (TCPM) routines, may reside in system BIOS, as a separate system controller, or as a peripheral on the system expansion bus that is wired to the real time clock. The TCPM routines only run when the power system is fully powered or in a suspend mode; that is, when system board 21 is powered.<br><br>Kikinis, 3:31-45. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH

U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | <br>Fig. 1<br><br>Kikinis, Fig. 1.<br><br>To the extent this limitation is not explicitly disclosed by Kikinis, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kikinis so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                      U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the predetermined time period if the electrical power was also decoupled from the controller. | Kikinis discloses this limitation.  Kikinis discloses a wake-up circuit comprising the keyboard 25, keyboard controller 23, ring indicator 10, and RTC 26 (electrical power device).  Upon system activity at keyboard 25 signaled on line 12, or on signal from RTC 26 on line 12, or on signal from ring indicator 10 on line 12, the wake-up circuit signals power supply A on line 40 to power up, restoring full power to the system. <br><br> *See, e.g.,* <br><br> In standby mode with the hardware configuration of FIG. 1, KBD 25 (and a pointer, if used), RTC 26, KBC 23, and RI 10 (if used) constitute a wake-up circuit. Upon system activity at KBD 25 (or a pointer device) signalled on line 12, or on signal from RTC 26 also on line 12, or on signal from RI 10, also on line 12, KBC 23 may signal power supply A on line 40 to power up, restoring full power to the system. <br><br> In the embodiment of the invention shown in FIG. 1, timed shutdown to standby level and subsequent startup of the system is provided by RTC 26, which, although shown as powered by power supply B, may also be battery powered to maintain function when all power is lost. Shutdown and startup times are provided to RTC 26 by power management control routines represented in FIG. 1 by routines 20 associated with system board 21. The power management control routines in this embodiment, referred to as Timer-Controlled Power Management (TCPM) routines, may reside in system BIOS, as a separate system controller, or as a peripheral on the system expansion bus that is wired to the real time clock. The TCPM routines only run when the power system is fully powered or in a suspend mode; that is, when system board 21 is powered. <br><br> Kikinis, 3:24-45. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | <br><br>Fig. 1<br><br>Kikinis, Fig. 1.<br><br>To the extent this limitation is not explicitly disclosed by Kikinis, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kikinis so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                      U.S. Patent No. 7,613,938

## EXHIBIT C-5
## U.S. PATENT NO. 7,613,938

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of U.S. Patent No. 5,721,937, entitled "METHOD AND APPARATUS FOR REDUCING POWER CONSUMPTION IN A COMPUTER SYSTEM BY PLACING THE CPU IN A LOW POWER MODE" to Kurihara et al. ("Kurihara"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Kurihara was filed on March 3, 1997 and issued on February 24, 1998. Therefore, Kurihara qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(a), (b), and (e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
|---|---|
| 13(pre) A circuit card comprising: | To the extent the preamble is limiting, Kurihara discloses it, either alone or in combination with the knowledge of a POSITA. Specifically, Kurihara discloses a computer system with power management that includes a CPU 46, a power management circuit (PMC) 52, and I/O circuit 54. To the extent Kurihara does not expressly disclose that these components are all on the same "circuit card," a POSITA would have understood that all of the components could be disposed upon the same circuit card. *See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | FIGS. 1*a*, 1*b*, and 1*c* were discussed with reference to the prior art. In FIG. 2, a computer system 44 with power management includes a CPU 46, random access memory (RAM) 48, a direct memory access (DMA) circuit 50, a power management circuit (PMC) 52, and a slave input/output (I/O) circuit 54. The various components of the computer system 44 are coupled together with a number of buses and lines including an SBUS 56, an EBUS 58, a memory bus 60, an interrupt bus 62, a level 2 interrupt line 64, and a standby line 66. Kurihara, 5:18-27.  Kurihara, Fig. 2. |
| 13(a) one or more devices, | Kurihara discloses this limitation.  Kurihara discloses power management to power on and off peripheral devices (one or more devices). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | *See, e.g.,*<br><br>In FIG. 3, a process **74** is illustrated to power on and off peripheral devices. This process **74** is implemented on CPU **46** and is a modification of the process **35** illustrated in FIG. 1*c*. The process **76** is a "patch" which modifies and enhances the functionality of the process **35** of FIG. 1*c*. Therefore, the patched process **76** is called when there is a need for a data transfer between the CPU **46** and a peripheral device. The process **74** begins at **76** and, in a step **78**, the CPU **46** writes to an appropriate register of the PMC **52** to cause the peripheral device to be powered on via an instruction over power bus **59**. Next, the peripheral device is set up in a step **80**. It should be noted that this step **80** is the same step as the step **38** of process **35**. Next, in a step **82**, the data can be transferred. Again, this step **82** is essentially the same step as step **40** of the process **35**. Finally, in a step **84**, the CPU **46** writes to an appropriate register of the PMC to power down the peripheral device. The process **74** is then completed at **86**<br><br>Kurihara, 7:17-34. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  |  FIG. 2 <br><br> Kurihara, Fig. 2. <br><br> To the extent this limitation is not explicitly disclosed by Kurihara, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kurihara so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(b) a controller for controlling operation of the circuit card, | Kurihara discloses this limitation.  Kurihara discloses a CPU that implements the power management process (controller for controlling operation of the circuit card). <br><br> *See, e.g.*, |

4

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | In FIG. 3, a process 74 is illustrated to power on and off peripheral devices. This process 74 is implemented on CPU 46 and is a modification of the process 35 illustrated in FIG. 1c. The process 76 is a "patch" which modifies and enhances the functionality of the process 35 of FIG. 1c. Therefore, the patched process 76 is called when there is a need for a data transfer between the CPU 46 and a peripheral device. The process 74 begins at 76 and, in a step 78, the CPU 46 writes to an appropriate register of the PMC 52 to cause the peripheral device to be powered on via an instruction over power bus 59. Next, the peripheral device is set up in a step 80. It should be noted that this step 80 is the same step as the step 38 of process 35. Next, in a step 82, the data can be transferred. Again, this step 82 is essentially the same step as step 40 of the process 35. Finally, in a step 84, the CPU 46 writes to an appropriate register of the PMC to power down the peripheral device. The process 74 is then completed at 86<br>Kurihara, 7:17-34. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                                  U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | <br><br>FIG. 2<br><br>Kurihara, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Kurihara, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kurihara so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom for a predetermined period of time, and | Kurihara discloses this limitation, either alone or in combination with the knowledge of a POSITA. Kurihara discloses that the CPU 46 writes a standby bit to the PMC 52 to assert a standby mode. The PMC responds by enabling standby line 66 (switch), which sends CPU into standby mode. A POSITA would have understood standby line 66 to function as a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom.<br><br>*See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | FIG. 4 illustrates a process **88** running on microprocessor **46** which results in the microprocessor **46** entering the standby state. The process **88** is implemented by a process **30**', which is a patch of the process **30** of FIG. 1*b*. As it will be recalled, the process **30** of FIG. 1*b* is a "housekeeping" process triggered by a level 10 interrupt on a regular basis, e.g. every 10 milliseconds. The process **88** of FIG. 4 begins at **90** and, in a step **92**, the level 10 housekeeping chores are performed. These are the same housekeeping chores that were handled by the unmodified, unpatched level 10 handler **30** of FIG. 1*b*. Then, as a final step **94** in the patched process **30**', the CPU **46** writes a standby bit to the PMC **52** to assert the standby mode. As will be discussed in greater detail subsequently, the PMC **52** responds to the writing of this standby bit by enabling the standby line **66** as indicated by the broken arrow **96**. The CPU **46** then finishes any current tasks and enters the standby mode as indicated by step **98**.<br><br>Kurihara, 8:45-61.<br><br>Kurihara further discloses that the CMU may be reawakened by the PMC disabling the standby line in response to an external event, which a POSITA would understand could be triggered after a predetermined period of time.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | 35      It is therefore apparent from the process **106** that the PMC is only looking for external events when the CPU is in the standby mode. Once an interrupt or DMA request is detected, the CPU **46** is forced into the active mode to handle the interrupt or DMA request. Since the CPU **46** triggers the 40      process **106** by asserting the standby bit in a step **110**, the CPU **46** is, essentially, in control of when it is to put itself into the standby mode. Once in the standby mode, it is unable to awaken itself, and relies on the PMC **52** to disable the standby line **66** at the appropriate time to reawaken the 45      CPU **46**.<br><br>Kurihara, 8:36-45.<br><br>To the extent this limitation is not explicitly disclosed by Kurihara, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kurihara so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the predetermined time period if the electrical power was also decoupled from the controller. | Kurihara discloses this limitation, either alone or in combination with the knowledge of a POSITA. Kurihara discloses a PMC 52 (electrical power device, operable independent of the controller) that wakes CPU 46.<br><br>*See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | FIG. **4** illustrates a process **88** running on microprocessor **46** which results in the microprocessor **46** entering the standby state. The process **88** is implemented by a process **30'**. which is a patch of the process **30** of FIG. 1*b*. As it will be recalled, the process **30** of FIG. 1*b* is a "housekeeping" process triggered by a level 10 interrupt on a regular basis, e.g. every 10 milliseconds. The process **88** of FIG. **4** begins at **90** and, in a step **92**, the level 10 housekeeping chores are performed. These are the same housekeeping chores that were handled by the unmodified, unpatched level 10 handler **30** of FIG. 1*b*. Then, as a final step **94** in the patched process **30'**. the CPU **46** writes a standby bit to the PMC **52** to assert the standby mode. As will be discussed in greater detail subsequently, the PMC **52** responds to the writing of this standby bit by enabling the standby line **66** as indicated by the broken arrow **96**. The CPU **46** then finishes any current tasks and enters the standby mode as indicated by step **98**.

The CPU **46** will remain in the standby state until the standby line **66** is no longer enabled. Once the PMC **52** disables the standby line **66**, as indicated by the broken line **100** in FIG. **4**, the CPU **102** will exit standby and resume processing. The process **88** is then complete as indicated at to **104**.

Kurihara, 7:45-67. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | It is therefore apparent from the process **106** that the PMC is only looking for external events when the CPU is in the standby mode. Once an interrupt or DMA request is detected, the CPU **46** is forced into the active mode to handle the interrupt or DMA request. Since the CPU **46** triggers the process **106** by asserting the standby bit in a step **110**, the CPU **46** is, essentially, in control of when it is to put itself into the standby mode. Once in the standby mode, it is unable to awaken itself, and relies on the PMC **52** to disable the standby line **66** at the appropriate time to reawaken the CPU **46**.<br><br>Kurihara, 8:36-45.<br><br>Kurihara further discloses that the CMU may be reawakened by the PMC disabling the standby line in response to an external event, which a POSITA would understand could be triggered after a predetermined period of time. *See* claim 13(c).  Moreover, it would have been obvious to one of ordinary skill in the art to modify Kurihara so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

**EXHIBIT C-6**
**U.S. PATENT NO. 7,613,938**

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of U.S. Patent No. 5,715,465, entitled "POWER SUPPLY CONTROL APPARATUS USING LAST POWER STATE MEMORY" to Savage et al. ("Savage"), either alone or in combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Savage was filed on November 22, 1995 and issued on February 3, 1998.  Therefore, Savage qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(a), (b), and (e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
|---|---|
| 13(pre) A circuit card comprising: | Savage, alone or in combination with the knowledge of a POSITA, discloses this limitation. Savage teaches a "last power state" apparatus that is incorporated into an electronic device.  To the extent Savage does not expressly teach that the apparatus and the disclosed components of the apparatus exist on the same "circuit card," a POSITA would have appreciated that the apparatus and all disclosed components could be implemented on the same card.<br><br>*See, e.g.,*<br><br>SUMMARY OF THE INVENTION<br><br>An electronic device incorporating the last power state 65 apparatus according to the present invention includes a battery backed memory which retains the last power state of<br><br>Savage, 1:65-66. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| 13(a) one or more devices, | Savage discloses this limitation.  Particularly, Savage teaches an electronic device, such as a computer.<br><br>*See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                      U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | Referring now to FIG. 1, a simplified block diagram is shown of a computer system incorporating the last power state apparatus according to the present invention. An AC source 100 is shown connected to a power supply 102 for providing power to a computer system 104. The AC source 100 is typically a wall outlet providing a voltage of 120 or 240 volts, depending upon the particular standards of the location where the computer 104 is being used. The AC source 100 serves as the primary power source for the computer 104, although other types of main power sources, including DC sources, are contemplated for use with the present invention. The power supply 102 converts the voltage from the AC source 100 to the various DC voltage levels required for use by the computer 104. In FIG. 1, for example, the power supply 102 provides +5V, +12V, and −12V power signals to the computer system 104, although it is understood that other voltages or other combinations of voltages could be used. Furthermore, the present invention is not limited to a computer system, but may be any other type of electronic device. Even though the AC source 100 is generally reliable, it is understood that power failures occur periodically, where the voltage provided by the AC source 100 is temporarily interrupted. <br> Savage, 3:43-65. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | To the extent this limitation is not explicitly disclosed by Savage, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Savage so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(b) a controller for controlling operation of the circuit card, | Savage discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Savage discloses an electrical device, which may be a computer.  Although not expressly disclosed in Savage, a POSITA would have understood that the computer comprises a controller, such as a CPU.<br><br>Savage does disclose that the computer provides signals to the power supply controller, which results in turning off the power supply (decoupling electrical power) by means of the switch.<br><br>*See, e.g.*,<br><br>    In the preferred embodiment, the computer 104 provides  40 a series of signals to the power supply controller 106 to enable or disable certain power conditions, or to otherwise turn off the power supply 102 through software. These<br>Savage, 5:40-43.<br><br>55    The computer 104 programs the SPOFF signal in the power supply controller 106 to turn off the power supply 102 and the computer 104 based on conditions typically deter-mined by, or monitored through, software. However, other hardware conditions can cause the assertion of the SPOFF 60 signal. In any event, if the SPOFF signal is set by the computer 104 while in step 204, operation proceeds to step 206 to shut down the system. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | Savage, 6:55-62.<br><br>To the extent this limitation is not explicitly disclosed by Savage, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Savage so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom for a predetermined period of time, and | Savage discloses this limitation, either expressly or in combination with the knowledge of a POSITA. Savage discloses a momentary switch that turns on or off a power supply that powers the device. Savage also discloses that the computer provides signals to the power supply controller, which results in turning off the power supply (decoupling electrical power) by means of the switch.<br><br>*See, e.g.,*<br><br>A single pole/single throw (SPST) normally open momentary switch **110** has one terminal connected to 5VFP and the other terminal providing a PS__ON* signal to the 60 power controller **106**, which is further connected to the input of an internal schmitt trigger inverter **112** of the power controller **106**. The output of the inverter **112** provides a signal SPWRIN. Debounce logic (not shown) comprising resistors and capacitors would also be included, but is not 65 shown for simplicity. The inverter **112** serves as a buffer to provide the SPWRIN signal. In operation, the user of the computer **104** may turn it on by turning on the power supply |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | **102** by momentarily pressing the switch **110**, which asserts the PS_ON* signal low, and the SPWRIN signal high. When the switch **110** is released by the user, the PS_ON signal is negated high, while the SPWRIN signal is correspondingly negated low. The power supply controller **106** 5 includes a memory bit **114**, which provides the SPWROUT* signal to the power supply **102** and also provides a last power state (LPS) bit to an internal switch circuit **115** of the power supply controller **106**. The switch circuit **115** will further be described below. 10<br><br>Savage, 4:57-5:10.<br><br>In the preferred embodiment, the computer **104** provides 40 a series of signals to the power supply controller **106** to enable or disable certain power conditions, or to otherwise turn off the power supply **102** through software. These<br><br>Savage, 5:40-43.<br><br>55 The computer **104** programs the SPOFF signal in the power supply controller **106** to turn off the power supply **102** and the computer **104** based on conditions typically determined by, or monitored through, software. However, other hardware conditions can cause the assertion of the SPOFF 60 signal. In any event, if the SPOFF signal is set by the computer **104** while in step **204**, operation proceeds to step **206** to shut down the system.<br><br>Savage, 6:55-62. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | To the extent this limitation is not explicitly disclosed by Savage, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Savage so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the predetermined time period if the electrical power was also decoupled from the controller. | Savage discloses this limitation.  Savage discloses a power supply controller (electrical power device) that is operable independently of the controller.  The power supply controller may include a real time clock (RTC), which enables the power supply controller to restore electrical power to the device and controller after a predetermined time (programmed as "alarm time").<br><br>*See, e.g.*,<br><br>In the preferred embodiment, the power supply controller **106** includes a real time clock (RTC) **116** for performing RTC functions as known to those skilled in the art.<br>Savage, 5:24-26.<br><br>As known to those skilled in the art, the RTC **116** asserts the RTC ALARM signal under certain conditions, such as alarm time equals actual time. If the RTC ALARM signal is asserted while the power supply **102** and the computer **104** are shut off in step **206**, operation proceeds to a step **212** to monitor the SPAE bit. If the SPAE bit is detected set in step **212**, indicating that the wakeup function is, enabled, operation proceeds to step **204** where the power supply controller **106** asserts the SPWROUT* signal low to turn on the power supply **102**. Otherwise, if the SPAE bit is detected not set in |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Savage, 6:63-7:5.<br><br>To the extent this limitation is not explicitly disclosed by Savage, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Savage so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                      U.S. Patent No. 7,613,938

## EXHIBIT C-7
## U.S. PATENT NO. 7,613,938

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of Sentry Power Management products from Server Technology, Inc., including for example the Sentry Remote Power Manager ("Sentry"), as evidenced by the Sentry Remote Power Manager Installation and Setup Manual ("Sentry Manual"), Second Edition, either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

The Sentry Manual was published in January 2001.  Therefore, the Sentry Manual qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(a) and (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
|---|---|
| 13(pre) A circuit card comprising: | To the extent the preamble is limiting, the Sentry Manual discloses it, either expressly or in combination with the knowledge of a POSITA.  Sentry enables remote power down or reboot of electronic devices, such as servers and routers.<br><br>*See, e.g.,*<br><br>Server Technology, Inc. manufactures and distributes Sentry Power Management products for Power Distribution, Power Measurement and Power Control.  The Sentry product line provides easy, practical and secure tools for power management and diagnostic support for remote internetworking sites.  Users of the Sentry products eliminate unnecessary trips to remote locations and minimize the impact of locked-up internetworking devices on mission-critical networks.  Network administrators can gracefully shutdown remote servers, reboot locked-up routers, and gain console access to equipment.<br><br>Sentry Manual, at 1.<br><br>To the extent the Sentry Manual does not disclose power management on a "circuit card," it would have been obvious to a POSITA to implement the remote power management apparatus and |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | techniques of Sentry on a single "circuit card." As one example, it would have been obvious to a POSITA that the power switch could be implemented on a circuit card, for instance at the interface of the circuit card with a power supply. |
| 13(a) one or more devices, | The Sentry Manual discloses this limitation. Sentry enables remote power down or reboot of electronic devices, such as servers and routers (one or more devices). *See, e.g.,* <br><br> Server Technology, Inc. manufactures and distributes Sentry Power Management products for Power Distribution, Power Measurement and Power Control. The Sentry product line provides easy, practical and secure tools for power management and diagnostic support for remote internetworking sites. Users of the Sentry products eliminate unnecessary trips to remote locations and minimize the impact of locked-up internetworking devices on mission-critical networks. Network administrators can gracefully shutdown remote servers, reboot locked-up routers, and gain console access to equipment. <br> Sentry Manual, at 1. <br><br> To the extent this limitation is not explicitly disclosed by the Sentry Manual, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Sentry so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(b) a controller for controlling operation of the circuit card, | The Sentry Manual discloses this limitation. Sentry comprises internal controller board(s) (controller) that provide the processor and programming functions for operational features of the Sentry. *See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                                   U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | The Sentry Power Management Products all have a two position rocker switch that is the power switch for the Sentry internal controller board(s).  This switch only controls the power to the Sentry controller boards that provide the processor and programming functions for operational features of the Sentry.  This switch does NOT control the power to the Output Power connectors on the Sentry products.  This is important to understand, because it is NOT sufficient to use this switch to disable output power connectors when attaching devices to a Sentry product.  The following picture illustrates the power on/off switch.  Please note that the switch may be mounted either horizontally or vertically.<br><br>Sentry Manual, at 2.<br><br>To the extent this limitation is not explicitly disclosed by the Sentry Manual, it is inherent or obvious.  Moreover, it would have been obvious to one of ordinary skill in the art to modify the Sentry so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom for a predetermined period of time, and | The Sentry Manual discloses this limitation.  Sentry functions as a power switch responsive to commands to shut down or reboot electrical equipment.  A POSITA would have understood that performing a "reboot" meant decoupling power for a predetermined period of time, after which power is restored.<br><br>*See, e.g.*,<br><br>Server Technology, Inc. manufactures and distributes Sentry Power Management products for Power Distribution, Power Measurement and Power Control.  The Sentry product line provides easy, practical and secure tools for power management and diagnostic support for remote internetworking sites.  Users of the Sentry products eliminate unnecessary trips to remote locations and minimize the impact of locked-up internetworking devices on mission-critical networks.  Network administrators can gracefully shutdown remote servers, reboot locked-up routers, and gain console access to equipment.<br><br>Sentry Manual, at 1. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Descriptions of the various types of connectors, switches, buttons, and LEDs that may be found on Sentry Products are included in this manual. This manual includes instructions for connecting power and data communications equipment. Specifications for the various connectors are included. Descriptions of the operation of the switches, buttons, fuses, and circuit breakers, along with meaning of the various status lights, are included as well.<br><br>Sentry Manual, at 1.<br><br>To the extent this limitation is not explicitly disclosed by the Sentry Manual, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Sentry so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the predetermined time period if the electrical power was also decoupled from the controller. | The Sentry Manual discloses this limitation. Sentry comprises output power connectors (known as Intelligent Power Modules or IPMs) (electrical power device) that contain relays and circuitry required to allow the Sentry the ability to restore power to the electrical equipment.<br><br>*See, e.g.*,<br><br>Sentry Remote Power Management products provide output power connectors for connecting electrical equipment that will be managed by the Sentry. Depending on the specific Sentry product, these output connectors are provided by various types of Intelligent Power Modules (IPMs). These IPMs contain the relays and circuitry required to allow the Sentry the ability to perform the various management functions (i.e. turn power on, turn power off, monitor power load, etc.). IPMs may be installed as an integral part of a Sentry product enclosure (internal IPMs) or provided as an external unit that is connected to a Sentry product enclosure via a connecting cable (external IPMs). A separate section of this manual describes the IPMs in more detail. This section describes the various type of output power connections that are available. The output power connections described in this section apply to both the internal and external IPMs.<br><br>Sentry Manual, at 6.<br><br>To the extent this limitation is not explicitly disclosed by the Sentry Manual, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | Sentry so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

**EXHIBIT C-8**
**U.S. PATENT NO. 7,613,938**

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of U.S. Patent Application Publication No. 2005/0276132, entitled "HEADSWITCH AND FOOTSWITCH CIRCUITRY FOR POWER MANAGEMENT" to Severson et al. ("Severson"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Severson was filed on May 27, 2004 and published on December 15, 2005. Therefore, Severson qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
|---|---|
| 13(pre) A circuit card comprising: | To the extent the preamble is limiting, Severson discloses it, either expressly or in combination with the knowledge of a POSITA. Severson teaches power management for integrated circuits (circuit card).<br><br>*See, e.g.,*<br><br>[0002]   The disclosure relates to integrated circuits and, more particularly, to headswitches and footswitches used in power management for integrated circuits.<br>Severson, ¶ [0002]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  **FIG. 8** Severson, Fig. 8. Moreover, it would have been obvious to a POSITA to implement the integrated-circuit components Severson discloses as discrete components on, for example, a printed circuit board (PCB), or an application specific integrated circuit (ASIC) in a wireless communication device. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                          U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | *See, e.g.,*<br><br>[0003]  Electronic devices incorporating integrated circuits, such as application specific integrated circuits (ASICs), often employ power saving techniques to reduce power consumption and thereby achieve extended battery life. Small, portable devices such as mobile telephones and personal digital assistants (PDAs), for example, typically incorporate circuitry for implementing inactive modes to limit power consumption by logic circuitry. Inactive modes may include stand-by, low power and sleep modes.<br>Severson, ¶ [0003].<br><br>[0071]  **FIG. 8** is a block diagram illustrating an electronic device incorporating a logic circuit as described in this disclosure. In the example of **FIG. 8**, the electronic device is a wireless communication device **74** such as a mobile telephone. As shown in **FIG. 8**, wireless communication device **74** includes processing circuitry **76**, a receiver **78** and a transmitter **80**. Receiver **78** receives wireless signals via antenna **82**, and transmitter **80** transmits wireless signals via antenna **84**. In some embodiments, receiver **78** and transmitter **80** may use a common antenna.<br>Severson, ¶ [0071]. |
| 13(a) one or more devices, | Severson discloses this limitation.  For example, Severson discloses an electronic device incorporating a logic circuit, wherein the electronic device includes a receiver 78 and a transmitter 80 (one or more devices).<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | [0071]   **FIG. 8** is a block diagram illustrating an electronic device incorporating a logic circuit as described in this disclosure. In the example of **FIG. 8**, the electronic device is a wireless communication device **74** such as a mobile telephone. As shown in **FIG. 8**, wireless communication device **74** includes processing circuitry **76**, a receiver **78** and a transmitter **80**. Receiver **78** receives wireless signals via antenna **82**, and transmitter **80** transmits wireless signals via antenna **84**. In some embodiments, receiver **78** and transmitter **80** may use a common antenna. <br><br> Severson, ¶ [0071]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                         U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  **FIG. 8**<br><br>Severson, Fig. 8.<br><br>To the extent this limitation is not explicitly disclosed by Severson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Severson so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | |
| 13(b) a controller for controlling operation of the circuit card, | Severson discloses this limitation.  Severson discloses processing circuitry 76 (controller for controlling operation of the circuit card) to drive transmitter 80 and process signals received by receiver 78.

[0071]   **FIG. 8** is a block diagram illustrating an electronic device incorporating a logic circuit as described in this disclosure. In the example of **FIG. 8**, the electronic device is a wireless communication device **74** such as a mobile telephone. As shown in **FIG. 8**, wireless communication device **74** includes processing circuitry **76**, a receiver **78** and a transmitter **80**. Receiver **78** receives wireless signals via antenna **82**, and transmitter **80** transmits wireless signals via antenna **84**. In some embodiments, receiver **78** and transmitter **80** may use a common antenna.

[0072]   Processing circuitry **86** include one or more logic circuits **86** to drive transmitter **80** and process signals received by receiver **78**. Hence, processing circuitry **86** may incorporate typical wireless modem functionality, and may also be equipped to control various functions within wireless communication device **74**, such as user interface functions. Headswitch or footswitch circuitry **88** selectively connects logic cells within logic circuit **86** to an external power source **90**, such as a battery and appropriate power conversion circuitry.

Severson, ¶¶ [0071]-[0072]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  **FIG. 8**<br>Severson, Fig. 8.<br><br>To the extent this limitation is not explicitly disclosed by Severson, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Severson so as |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                      U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom for a predetermined period of time, and | Severson discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Severson discloses headswitch or footswitch circuitry 88 (switch) that selectively connects logic cells within logic circuit 86 to an external power source 90.<br><br>*See, e.g.,*<br><br>[0071]   FIG. 8 is a block diagram illustrating an electronic device incorporating a logic circuit as described in this disclosure. In the example of FIG. 8, the electronic device is a wireless communication device 74 such as a mobile telephone. As shown in FIG. 8, wireless communication device 74 includes processing circuitry 76, a receiver 78 and a transmitter 80. Receiver 78 receives wireless signals via antenna 82, and transmitter 80 transmits wireless signals via antenna 84. In some embodiments, receiver 78 and transmitter 80 may use a common antenna.<br><br>[0072]   Processing circuitry 86 include one or more logic circuits 86 to drive transmitter 80 and process signals received by receiver 78. Hence, processing circuitry 86 may incorporate typical wireless modem functionality, and may also be equipped to control various functions within wireless communication device 74, such as user interface functions. Headswitch or footswitch circuitry 88 selectively connects logic cells within logic circuit 86 to an external power source 90, such as a battery and appropriate power conversion circuitry.<br><br>Severson, ¶¶ [0071]-[0072]. |

| '938 Claim Language | Prior Art References |
|---|---|
| |  **FIG. 8** Severson, Fig. 8. To the extent Severson does not expressly disclose that headswitch or footswitch circuitry 88 may be responsive to a command received from the processing circuitry 76, it would have been obvious |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                       U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | to a POSITA to modify the integrated circuit Severson teaches to enable part of an ASIC or wireless communication device to power itself down when, for example, it was not in use.<br><br>*See, e.g.,*<br><br>[0064]  Distributing headswitches **58** below M2 power rails **64** may have particular advantage in electronic devices with an inactive mode in which part of ASIC **56** must continue to operate while other circuits within the ASIC are turned off or are in a low power state. In particular, distributed headswitches **58** can be individually controlled to decouple the supply voltage from selected regions, blocks or rows of ASIC **56**. An example is a mobile telephone in which DSP functions are rendered inactive while call detection circuitry remains active<br>Severson, ¶ [0064]. |
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the predetermined time period if the electrical power was also decoupled from the controller. | Severson discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Severson discloses a gate input (electrical power device) that selectively applies a sleep signal to a headswitch, causing the headswitch to switch on/off.<br><br>*See, e.g.,* |

| '938 Claim Language | Prior Art References |
|---|---|
| | [0024]   A headswitch **18** electrically couples "virtual" voltage supply node VDDV to the global voltage supply VDD. Voltage supply VDD is provided from an external terminal that is external to circuitry incorporating logic gate **12**. Similarly, ground GND is provided by an external ground terminal. Headswitch **18** is a high voltage threshold (HVT) or ultra high voltage threshold (UHVT) PMOS transistor. A gate input **20** selectively applies a sleep signal (SL) to headswitch **18**, causing the headswitch to switch on/off and to electrically couple and decouple the actual voltage supply VDD node to and from the "virtual" voltage supply node VDDV, thereby placing LVT logic gate **12** in active and inactive modes. Actual voltage supply VDD and actual ground GND of MTCMOS circuit **10** may be provided by a battery. For example, in a mobile phone, VDD and GND have a voltage difference between 0.5 and 2.0 volts. <br><br> Severson, ¶ [0024]. <br><br> [0048]   During an inactive mode, EN at gate input **44** is de-asserted to cause headswitch **42** to turn off, and thereby decouple VDDX **48** from VDD_INT **50**. Because headswitch **42** has a high threshold voltage, the amount of leakage current drawn from VDDX **48** by LVT logic gates within hard macro core **36** is reduced. In contrast, if headswitch **42** were not used during an inactive mode, hard macro core **36** would be electrically connected to VDDX **48** and VSSX **52**. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | [0049]   Conversely, during an active mode, signal EN at gate input **44** is asserted to cause headswitch **42** to turn on so as to supply VDDX **48** to VDD_INT **50** and thereby power the LVT logic gates within hard macro **36**. Therefore, during an active mode, hard macro core **36** is powered by substantially the same voltage as if hard macro core **36** was directly connected to VDDX **48** and VSSX **52**. Consequently, headswitch **42** allows the threshold voltage of the LVT logic gates within hard macro **36** to be lowered while reducing the amount of leakage current during low power modes. At the same time, however, the switch pad ring implementation depicted in **FIG. 3** reduces the complications associated with many existing headswitch and footswitch implementations for global power management. <br><br> Severson, ¶¶ [0048]-[0049]. <br><br> [0055]   During a low power or stand-by mode, signal EN **44** is de-asserted to cause footswitch **40** to turn off and thereby disconnect LVT logic gates within hard macro **36** from ground VSSX **52**. Because footswitch **54** has a high threshold voltage, the amount of leakage current drawn from VDDX **48** is thereby reduced. Conversely, during an active mode, the signal EN at gate input **44** is asserted to cause footswitch **54** to turn on and thereby supply (both) VSS_INT **50** (and VDDX **48**) to hard macro core **36**. In this case, during an active mode, hard macro core **36** is powered by substantially the same voltage as if hard macro core **36** was directly connected between VDDX **48** and VSSX **52**. <br><br> Severson, ¶ [0055]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  **FIG. 4** Severson, Fig. 4. To the extent Severson does not expressly disclose that the gate input turns the headswitch or footswitch back on after a predetermined time period, this would have been obvious to a POSITA. In particular, Severson discloses that gate input turns the headswitch or footswitch off during a low-power or standby mode, and turns the switch back on during an active mode.  It would have been obvious to a POSITA that the low-power or standby mode Severson discloses could last for a predetermined time period, or a POSITA would have been motivated to modify the invention disclosed in Severson to pre-program the time period of the low-power or standby mode, such as in an instance where a wireless communication device may routinely "wake" to search for a beacon. *See, e.g.,* |

| '938 Claim Language | Prior Art References |
|---|---|
|  | [0048]  During an inactive mode, EN at gate input **44** is de-asserted to cause headswitch **42** to turn off, and thereby decouple VDDX **48** from VDD_INT **50**. Because head-switch **42** has a high threshold voltage, the amount of leakage current drawn from VDDX **48** by LVT logic gates within hard macro core **36** is reduced. In contrast, if head-switch **42** were not used during an inactive mode, hard macro core **36** would be electrically connected to VDDX **48** and VSSX **52**. <br><br> [0049]  Conversely, during an active mode, signal EN at gate input **44** is asserted to cause headswitch **42** to turn on so as to supply VDDX **48** to VDD_INT **50** and thereby power the LVT logic gates within hard macro **36**. Therefore, during an active mode, hard macro core **36** is powered by substantially the same voltage as if hard macro core **36** was directly connected to VDDX **48** and VSSX **52**. Conse-quently, headswitch **42** allows the threshold voltage of the LVT logic gates within hard macro **36** to be lowered while reducing the amount of leakage current during low power modes. At the same time, however, the switch pad ring implementation depicted in **FIG. 3** reduces the complica-tions associated with many existing headswitch and foot-switch implementations for global power management. <br><br> Severson, ¶¶ [0048]-[0049]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | [0055]   During a low power or stand-by mode, signal EN 44 is de-asserted to cause footswitch 40 to turn off and thereby disconnect LVT logic gates within hard macro 36 from ground VSSX 52. Because footswitch 54 has a high threshold voltage, the amount of leakage current drawn from VDDX 48 is thereby reduced. Conversely, during an active mode, the signal EN at gate input 44 is asserted to cause footswitch 54 to turn on and thereby supply (both) VSS_INT 50 (and VDDX 48) to hard macro core 36. In this case, during an active mode, hard macro core 36 is powered by substantially the same voltage as if hard macro core 36 was directly connected between VDDX 48 and VSSX 52. <br><br> Severson, ¶ [0055]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

**EXHIBIT C-9**
**U.S. PATENT NO. 7,613,938**

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of "Wake on Wireless: An Event Driven Energy Saving Strategy for Battery Operated Devices" by Shih et al. ("Shih"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Shih was published in September 2002.  Therefore, Shih qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(a) and (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
|---|---|
| 13(pre) A circuit card comprising: | To the extent the preamble is limiting, Shih discloses it.  Shih teaches a power saving "wake on wireless" technique for PDA and handheld devices.  A POSITA would have understood that a PDA device comprises a "circuit card." <br><br> *See, e.g.,* <br><br> Eliminating this waste can improve the lifetime of the device. *We propose that when a UCoM device is not actively used that it and its wireless network card be powered off. The device is powered on only when there is an incoming or outgoing call or when the user needs to use the PDA for other purposes.* |

1

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | There are different ways to achieve this objective. We will focus primarily on the design, implementation, and analysis of a simple technique that we call *wake-on-wireless*. The way this technique works is as follows. We physically separate the control channel from the data channel. We implement the control channel using a low-power radio operating on a frequency band that is different from the one used for the data channel. When the device is not actively in use, we shutdown both the device and its high-power wireless network card. To handle an incoming call, we use the low-power channel to send a *wakeup* message to the device. Once awake, the device accepts the call on its primary higher rate, higher power data channel. With our implementation of this technique, Shih, at 1.<br><br>The basic goal behind wake-on-wireless is to to eliminate the power consumed when a IEEE 802.11b-enabled UCoM device is idle. By adding a second, low-power channel, we are able to shut the rest of the system off and reduce the idle power. At the same time, out-of-band control information can be sent to maintain connectivity and wakeup the UCoM device when necessary. In the next few sections, we describe the design and implementation of the wake-on-wireless system we have built. Shih, at 4. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                      U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | **UCoM Client:** A UCoM client consists of a PDA device with both an IEEE 802.11b card and the secondary low-power radio. As we have explained, when the PDA device and IEEE 802.11b card are off, the secondary low-power radio enables the device to remain "in the system". When on, the UCoM client runs a telephony application (Talk) for communication purposes. The software includes an audio capture and playback module, an audio codec, a presence and location module and a socket-based networking module. The UCoM Client software registers with the server and queries the server to discover if its "buddies", defined as users the client is interested in knowing about, are registered. The client software is also responsible for initiating a call via the server, making the connection, and then managing the ensuing phone call.<br><br>Shih, at 5.<br><br>In particular, the experimental setup described in Shih included a "Minibrick" that would be integrated with the PDA devices into a single package to form the "UCoM Client Device." The Minibrick would perform the wake-on-wireless technique, and is a "circuit card."<br><br>*See ,e.g.*,<br><br>  The UCoM Client device consists of a Compaq iPAQ H3650 PDA equipped with a single slot PC card expansion pack. In this slot, the UCoM device uses a Cisco AIR-PCM350 802.11b wireless networking card as its main communication channel. While the H3650 iPAQ is not the most energy-efficient PDA, we chose it because it is popular, easily programmable, and has excellent support for multimedia applications. To this platform, we added a *MiniBrick*, a piece of hardware which includes a secondary radio for low-power out-of-band signaling. It is this radio that enables |

| '938 Claim Language | Prior Art References |
|---|---|
| | the wake-on-wireless mechanism. Figure 7 shows a photo of the UCoM device.  **Figure 7: The Minibrick and COMPAQ iPAQ are integrated together into a single package to form the UCOM Client Device.** Shih, at 5. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  (a) Front          (b) Back <br><br> **Figure 9: The MiniBrick PCB. The front of the MiniBrick includes sensors, a pager, and the RFM TR1000. The back of the MiniBrick contains an accelerometer, the PIC processor (under accelerometer), and a temperature sensor.** <br><br> Shih, at 6. <br><br> To the extent this limitation is not explicitly disclosed by Shih, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Shih so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(a) one or more devices, | Shih discloses this limitation.  For example, Shih discloses that the wake-on-wireless technique is used to power down a PDA device with an IEEE 802.11b card (one or more devices). <br><br> *See, e.g.*, <br><br> The basic goal behind wake-on-wireless is to to eliminate the power consumed when a IEEE 802.11b-enabled UCoM device is idle. By adding a second, low-power channel, we are able to shut the rest of the system off and reduce the idle power. At the same time, out-of-band control information can be sent to maintain connectivity and wakeup the UCoM device when necessary.  In the next few sections, we describe the design and implementation of the wake-on-wireless system we have built. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                U.S. Patent No. 7,613,938

| **'938 Claim Language** | **Prior Art References** |
|---|---|
| | Shih, at 4.<br><br>**UCoM Client:** A UCoM client consists of a PDA device with both an IEEE 802.11b card and the secondary low-power radio. As we have explained, when the PDA device and IEEE 802.11b card are off, the secondary low-power radio enables the device to remain "in the system". When on, the UCoM client runs a telephony application (Talk) for communication purposes. The software includes an audio capture and playback module, an audio codec, a presence and location module and a socket-based networking module. The UCoM Client software registers with the server and queries the server to discover if its "buddies", defined as users the client is interested in knowing about, are registered. The client software is also responsible for initiating a call via the server, making the connection, and then managing the ensuing phone call.<br><br>Shih, at 5.<br><br>To the extent this limitation is not explicitly disclosed by Shih, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Shih so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(b) a controller for controlling operation of the circuit card, | Shih discloses this limitation, either expressly or in combination with the knowledge of a POSITA. Shih discloses shutting down the PDA device and its high-power IEEE 802.11b card when not in use. To the extent Shih does not expressly disclose a "controller," it would have been obvious to a POSITA that the PDA device would include a controller.<br><br>*See, e.g.,*<br><br>Eliminating this waste can improve the lifetime of the device. *We propose that when a UCoM device is not actively used that it and its wireless network card be powered off. The device is powered on only when there is an incoming or outgoing call or when the user needs to use the PDA for other purposes.* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | There are different ways to achieve this objective. We will focus primarily on the design, implementation, and analysis of a simple technique that we call *wake-on-wireless*. The way this technique works is as follows. We physically separate the control channel from the data channel. We implement the control channel using a low-power radio operating on a frequency band that is different from the one used for the data channel. When the device is not actively in use, we shutdown both the device and its high-power wireless network card. To handle an incoming call, we use the low-power channel to send a *wakeup* message to the device. Once awake, the device accepts the call on its primary higher rate, higher power data channel. With our implementation of this technique, Shih, at 1. |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom for a predetermined period of time, and | Shih discloses this limitation, either expressly or in combination with the knowledge of a POSITA. Shih discloses shutting down the PDA device and its high-power IEEE 802.11b card when not in use. To the extent Shih does not expressly disclose a "switch" for powering off the device and network card, it would have been obvious to a POSITA to implement a switch responsive to a command received from the controller for powering off the device and network card when not in use.<br><br>*See, e.g.,*<br><br>Eliminating this waste can improve the lifetime of the device. *We propose that when a UCoM device is not actively used that it and its wireless network card be powered off. The device is powered on only when there is an incoming or outgoing call or when the user needs to use the PDA for other purposes.* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| **'938 Claim Language** | **Prior Art References** |
|---|---|
| | There are different ways to achieve this objective. We will focus primarily on the design, implementation, and analysis of a simple technique that we call *wake-on-wireless*. The way this technique works is as follows. We physically separate the control channel from the data channel. We implement the control channel using a low-power radio operating on a frequency band that is different from the one used for the data channel. When the device is not actively in use, we shutdown both the device and its high-power wireless network card. To handle an incoming call, we use the low-power channel to send a *wakeup* message to the device. Once awake, the device accepts the call on its primary higher rate, higher power data channel. With our implementation of this technique, Shih, at 1. |
| | Further, to the extent Shih does not expressly disclose powering off the device and network card for a predetermined period of time, while the period of time (as measured in a unit of time, *e.g.*, seconds) the device and network card are not in use may not be known beforehand, the wake-on-wireless technique Shih teaches involves waking up the device and network card at the occurrence of a known event (here, a call to the device). The period in which the device and network card are not in use therefore is well-defined with respect to its boundaries, and thus is a "predetermined period of time." |
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the predetermined time period if the electrical power was also decoupled from the controller. | Shih discloses this limitation. Shih teaches adding a second, low-power channel that can receive a wakeup message to the device. This second channel includes a low-power radio for receiving the wakeup message, and a microcontroller (electrical power device) that is used to control the radio and to send and receive messages to and from the radio when the PDA device and network card are off. When a wakeup message is received, the electrical power device wakes the PDA device and network card.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                        U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Eliminating this waste can improve the lifetime of the device. *We propose that when a UCoM device is not actively used that it and its wireless network card be powered off. The device is powered on only when there is an incoming or outgoing call or when the user needs to use the PDA for other purposes.*<br><br>There are different ways to achieve this objective. We will focus primarily on the design, implementation, and analysis of a simple technique that we call *wake-on-wireless.* The way this technique works is as follows. We physically separate the control channel from the data channel. We implement the control channel using a low-power radio operating on a frequency band that is different from the one used for the data channel. When the device is not actively in use, we shutdown both the device and its high-power wireless network card. To handle an incoming call, we use the low-power channel to send a *wakeup* message to the device. Once awake, the device accepts the call on its primary higher rate, higher power data channel. With our implementation of this technique, Shih, at 1.<br><br>The basic goal behind wake-on-wireless is to to eliminate the power consumed when a IEEE 802.11b-enabled UCoM device is idle. By adding a second, low-power channel, we are able to shut the rest of the system off and reduce the idle power. At the same time, out-of-band control information can be sent to maintain connectivity and wakeup the UCoM device when necessary. In the next few sections, we describe the design and implementation of the wake-on-wireless system we have built. Shih, at 4. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | **UCoM Client:** A UCoM client consists of a PDA device with both an IEEE 802.11b card and the secondary low-power radio. As we have explained, when the PDA device and IEEE 802.11b card are off, the secondary low-power radio enables the device to remain "in the system". When on, the UCoM client runs a telephony application (Talk) for communication purposes. The software includes an audio capture and playback module, an audio codec, a presence and location module and a socket-based networking module. The UCoM Client software registers with the server and queries the server to discover if its "buddies", defined as users the client is interested in knowing about, are registered. The client software is also responsible for initiating a call via the server, making the connection, and then managing the ensuing phone call. Shih, at 5. <br><br> The main components of the MiniBrick are a simple microcontroller, a low-power radio, and various sensors and actuators. Figure 8 shows an architectural overview of the MiniBrick. The MiniBrick's microcontroller, a PIC 16LF877 running at 10 MHz, is used to control the radio and to send and receive messages to and from the radio when the iPAQ and the IEEE 802.11b card are off. The PIC also includes many different submodules to enable Shih, at 5-6. <br><br> To the extent this limitation is not explicitly disclosed by Shih, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Shih so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

## EXHIBIT C-10
## U.S. PATENT NO. 7,613,938

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of U.S. Patent No. 4,723,269, entitled "METHOD AND APPARATUS FOR POWER-UP OF UNATTENDED COMPUTER" to Roger N. Summerlin ("Summerlin"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Summerlin was filed on December 23, 1985 and issued on February 2, 1988. Therefore, Summerlin qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(a), (b), and (e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
|---|---|
| 13(pre) A circuit card comprising: | To the extent the preamble is limiting, Summerlin discloses it, either expressly or in combination with the knowledge of a POSITA. Summerlin discloses a power-up circuit, which a POSITA would have understood could be implemented on a "circuit card." <br><br> *See, e.g.,* <br><br> 35    Applicant's invention overcomes the above-mentioned disadvantages by providing a method and apparatus for powering up a computer from a remote location. The computer can be turned off while unattended and, when it is desired that the computer send or re- 40   ceive data, it can be powered up from a remote location or at a predetermined time, send or receive data, and then power down automatically. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | The preferred embodiment of the apparatus comprises a telephone ring detector which is connected to 45 the incoming telephone line to detect the ringing signal. A switch in the power-up circuitry is closed when the detector detects the telephone ringing signal. Upon the closing of the switch and completion of the power-up circuit, an energy storage device causes a power-up 50 signal to be sent through the computer power supply and power-up of the computer is initiated. After the computer is powered up and the telephone signal is cleared, the computer sustains itself by means of its power supply. 55 The remote power-up circuitry also includes the capability of detecting an interrupt signal generated by the date timer contained within the computer and, in response thereto, a switch is closed which once again completes the power-up circuit. The computer is pow- 60 ered up in the above-described manner. The use of the date timer enables the user to preprogram the date and time at which the computer will be powered up. Summerlin, 1:36-63. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | <br><br>Summerlin, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Summerlin, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Summerlin so as |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                         U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(a) one or more devices, | Summerlin discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Summerlin discloses a power-up circuit for a computer, which a POSITA would have known could additionally comprise one or more devices, such as I/O devices or other devices that send and receive data. <br><br> *See, e.g.,* <br><br> Applicant's invention overcomes the above-mentioned disadvantages by providing a method and apparatus for powering up a computer from a remote location. The computer can be turned off while unattended and, when it is desired that the computer send or receive data, it can be powered up from a remote location or at a predetermined time, send or receive data, and then power down automatically. <br> Summerlin, 1:36-43. <br><br> To the extent this limitation is not explicitly disclosed by Summerlin, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Summerlin so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(b) a controller for controlling operation of the circuit card, | Summerlin discloses this limitation.  Summerlin discloses that a computer program may initiate an instruction for powering down the computer.  This computer program is therefore a controller for controlling operation of the circuit card. <br><br> *See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | Once the system has been remotely powered up, the remote user may send data to or receive data from the computer by means of conventional modems. This type of data transmission is well known in the art. When data transmission is complete, the system may be powered down by causing the computer to cease the generation of the latch-in signal. This may be performed by an instruction initiated in a computer program or initiated in response to an instruction received from a remote source. 25 30<br><br>Summerlin, 5:21-30.<br><br>To the extent this limitation is not explicitly disclosed by Summerlin, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Summerlin so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom for a predetermined period of time, and | Summerlin discloses this limitation.  Summerlin discloses one or more transistors (switch) responsive to a latch-in signal.  A computer program (controller) may initiate an instruction to cease generation of the latch-in signal, which causes the transistor to cease to conduct, and this "opening of the switch" interrupts the application of AC power to the computer power supply 21 and the computer is caused to power down.<br><br>*See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                         U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Once the system has been remotely powered up, the remote user may send data to or receive data from the computer by means of conventional modems. This type of data transmission is well known in the art. When data transmission is complete, the system may be powered down by causing the computer to cease the generation of the latch-in signal. This may be performed by an instruction initiated in a computer program or initiated in response to an instruction received from a remote source.<br><br>When the latch-in signal is interrupted and is no longer applied to the base terminal of latch-in transistor 16, transistor 16 ceases to conduct, thus opening the remote power-up circuit. Because transistors 15 and 27 are also no longer conducting, current ceases to flow through the primary of opto-coupled triac 12. Triac 12 "drops out" and its secondary ceases to conduct. This "opening of the switch" interrupts the application of AC power to the computer power supply 21 and the computer is caused to power-down.<br><br>Summerlin, 5:21-40.<br><br>To the extent this limitation is not explicitly disclosed by Summerlin, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Summerlin so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the | Summerlin discloses this limitation. Summerlin discloses a date timer 22 located in the computer (electrical power device) that can be preprogrammed to generate an interrupt at a predetermined time. At the predetermined time, the interrupt is generated and applied to a transistor, which acts as a switch closing in response to the interrupt signal and completes the power-up circuit, thus restoring power to the computer. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                           U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| predetermined time period if the electrical power was also decoupled from the controller. | *See, e.g.*,<br><br>65    The second mode of powering up the unattended computer involves the generation of an interrupt signal by the date timer 22 located in the computer. The date timer 22 can be preprogrammed to generate the interrupt at a preselected time. At the preselected time, the interrupt is generated and the signal is applied to the base terminal of transistor 15. Application of the signal to the base of transistor 15 causes the collector and emitter to begin to conduct. Transistor 15 acts as a 5 switch which closes in response to the interrupt signal and completes the remote power-up circuit similar to the function of transistor 27 of opto-coupler 13.<br>    Similar to the power-up described above, as transistor 15 begins to conduct, capacitor 11 begins to discharge 10 through opto-coupled triac 12 and transistor 15. The flow of current through the primary of triac 12 causes the secondary of triac 12 to begin to conduct, causing power to be applied to the computer power supply 21.<br>    As before, initiation of the start-up causes the +5- 15 volt DC source to become available and the latch-in signal to be generated by way of the existing computer component 23 and applied to the base terminal of latch-in transistor 16. As before, the opto-coupled triac 12 is latched in.                                               20<br>Summerlin, 4:65-5:20. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                          U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | <br><br>Summerlin, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Summerlin, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Summerlin so as |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                        U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

## EXHIBIT C-11
## U.S. PATENT NO. 7,613,938

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of GC4016 and GC4116 chips ("GC chips") from Texas Instruments, as evidenced at least by a TI Application Report entitled "GC4016 and GC4116 Power Cycling Considerations" ("Application Report") and the Data Sheet for the GC4016 Multi-Standard Quad DDC Chip ("GC4016 Data Sheet"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

The Application Report was published in October 2004, and the Data Sheet was published on August 27, 2001.  Therefore, both references qualify as prior art under at least pre-AIA 35 U.S.C. § 102(a) and (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
| --- | --- |
| 13(pre) A circuit card comprising: | To the extent the preamble is limiting, the GC chips are each a "circuit card." <br><br> *See, e.g.,* <br><br> The GC4016 and GC4116 chips have internal power up reset circuits that need time to discharge before power can be reapplied after VCore power has been turned off. If power is re-applied too soon, the power up reset is not triggered, and the chip's JTAG scan logic may come up in an unknown state which will prevent any control bus accesses. This application note describes what causes the power up cycling problem and how the control bus lock-out condition can be avoided. <br> Application Report, at 1. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                        U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | The GC4016 quad receiver chip contain four identical down-conversion circuits. Each downconvert circuit accepts a real sample rate up to 100 MHz, down converts a selected carrier frequency to zero, decimates the signal rate by a programmable factor ranging from 32 to 16,384 and then resamples the channel to adjust the sample rate up or down by an arbitrary factor. In the real output mode the output sample rate is doubled and the signal is output as a real signal centered at $F_{out}/4$. The channels may be combined to produce wider band and/or oversampled outputs or to process complex input data. The chip outputs the down-converted signals in any one of several formats (microprocessor, four serial lines, one TDM serial line, nibble, LINK, or 24 bit parallel port. The chip contains two user programmable output filters per path which can be used to arbitrarily shape the received data's spectrum. These filters can be used as Nyquist receive filters for digital data transmission. The chip also contains a resampling filter to provide additional filtering and to allow the user complete flexibility in the selection of input and output sample rates. Data Sheet, at 2. *See also, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                        U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | <br>Figure 1.  GC4016 Block Diagram<br><br>Data Sheet, at 1.<br><br>Moreover, a POSITA would have understood that the GC chips could be connected to or disposed on a separate circuit board.  To the extent this limitation is not explicitly disclosed by the GC chips, it is inherent or obvious.  Moreover, it would have been obvious to one of ordinary skill in the art to modify the GC chips so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(a) one or more devices, | The GC chips comprise this limitation.  For example, the GC4016 chip is a quad receiver chip that contains four identical down-conversion circuits (one or more devices) and outputs the down-converted signals.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | The GC4016 quad receiver chip contain four identical down-conversion circuits. Each downconvert circuit accepts a real sample rate up to 100 MHz, down converts a selected carrier frequency to zero, decimates the signal rate by a programmable factor ranging from 32 to 16,384 and then resamples the channel to adjust the sample rate up or down by an arbitrary factor. In the real output mode the output sample rate is doubled and the signal is output as a real signal centered at $F_{out}/4$. The channels may be combined to produce wider band and/or oversampled outputs or to process complex input data. The chip outputs the down-converted signals in any one of several formats (microprocessor, four serial lines, one TDM serial line, nibble, LINK, or 24 bit parallel port. The chip contains two user programmable output filters per path which can be used to arbitrarily shape the received data's spectrum. These filters can be used as Nyquist receive filters for digital data transmission. The chip also contains a resampling filter to provide additional filtering and to allow the user complete flexibility in the selection of input and output sample rates. Data Sheet, at 2. <br><br> Moreover, a POSITA would have understood that the GC chips could be connected to or disposed on a separate circuit board with one or more other devices disposed on the same board. To the extent this limitation is not explicitly disclosed by the GC chips, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the GC chips so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                      U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| 13(b) a controller for controlling operation of the circuit card, | The Application Report discloses this limitation.  According to the Application Report, the GC chips comprise a JTAG controller, which controls operation of the chip.<br><br>*See, e.g.,*<br><br>The GC4016 and GC4116 have power-up reset detection circuitry internal to the device. These circuits have an internal RC time constant, and a voltage monitor, with hysterisis. When the RC time constant voltage output is less than the voltage monitor set point, the powerup_reset signal is active. The powerup_reset signal is used to pre-set the Global Reset register bits, and reset the JTAG logic (see Figure 1).<br><br>The powerup-reset for the JTAG logic causes the JTAG Controller state machine to initialize to the IDLE mode. If the powerup-reset signal does not occur, the JTAG Controller state machine may initialize in a JTAG test mode, and lock-up the chip's I/O pins. If this happens, the JTAG control signals TMS, TDI, and the TCK are used to force the JTAG state to IDLE. If TMS = 1, and TDI = 1, for at least 5 TCK cycles the JTAG Controller state machine will be in the IDLE mode. See IEEE 1149.1 for JTAG mode definitions (see Figure 2).<br><br>Application Report, at 1.<br><br>To the extent this limitation is not explicitly disclosed by the GC chips, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the GC chips so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom for a predetermined period of time, and | The Application Report discloses this limitation.  According to the Application Report, the GC chips comprise power up reset circuits that assert a powerup_reset signal (switch) for powering up the chip.  This enables power cycling on the chip, which resets the JTAG controller.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | The GC4016 and GC4116 chips have internal power up reset circuits that need time to discharge before power can be reapplied after VCore power has been turned off. If power is re-applied too soon, the power up reset is not triggered, and the chip's JTAG scan logic may come up in an unknown state which will prevent any control bus accesses. This application note describes what causes the power up cycling problem and how the control bus lock-out condition can be avoided.<br><br>Application Report, at 1.<br><br>The GC4016 and GC4116 have power-up reset detection circuitry internal to the device. These circuits have an internal RC time constant, and a voltage monitor, with hysterisis. When the RC time constant voltage output is less than the voltage monitor set point, the powerup_reset signal is active. The powerup_reset signal is used to pre-set the Global Reset register bits, and reset the JTAG logic (see Figure 1).<br><br>The powerup-reset for the JTAG logic causes the JTAG Controller state machine to initialize to the IDLE mode. If the powerup-reset signal does not occur, the JTAG Controller state machine may initialize in a JTAG test mode, and lock-up the chip's I/O pins. If this happens, the JTAG control signals TMS, TDI, and the TCK are used to force the JTAG state to IDLE. If TMS = 1, and TDI = 1, for at least 5 TCK cycles the JTAG Controller state machine will be in the IDLE mode. See IEEE 1149.1 for JTAG mode definitions (see Figure 2).<br><br>Application Report, at 1. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| **'938 Claim Language** | **Prior Art References** |
| --- | --- |
| | Figure 1. Power On–Off–On Cycle, 1 Minute Off<br><br>Application Report, at 3.<br><br>The "off" time is determined by the time needed to charge or discharge an internal capacitor, which is set by an internal RC time constant (predetermined time).<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                        U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | The GC4016 and GC4116 chips have internal power up reset circuits that need time to discharge before power can be reapplied after VCore power has been turned off. If power is re-applied too soon, the power up reset is not triggered, and the chip's JTAG scan logic may come up in an unknown state which will prevent any control bus accesses. This application note describes what causes the power up cycling problem and how the control bus lock-out condition can be avoided.<br><br>Application Report, at 1.<br><br>The GC4016 and GC4116 have power-up reset detection circuitry internal to the device. These circuits have an internal RC time constant, and a voltage monitor, with hysterisis. When the RC time constant voltage output is less than the voltage monitor set point, the powerup_reset signal is active. The powerup_reset signal is used to pre-set the Global Reset register bits, and reset the JTAG logic (see Figure 1).<br><br>Application Report, at 1.<br><br>To the extent this limitation is not explicitly disclosed by the GC chips, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the GC chips so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the predetermined time period if the electrical power was also decoupled from the controller. | The Application Report discloses this limitation  The GC chips comprise internal power up reset circuits (electrical power device) that assert the powerup_reset signal to restore power to the chip and JTAG controller.<br><br>*See, e.g.,*<br><br>The GC4016 and GC4116 chips have internal power up reset circuits that need time to discharge before power can be reapplied after VCore power has been turned off. If power is re-applied too soon, the power up reset is not triggered, and the chip's JTAG scan logic may come up in an unknown state which will prevent any control bus accesses. This application note describes what causes the power up cycling problem and how the control bus lock-out condition can be avoided.<br><br>Application Report, at 1. |

| '938 Claim Language | Prior Art References |
|---|---|
|  | The GC4016 and GC4116 have power-up reset detection circuitry internal to the device. These circuits have an internal RC time constant, and a voltage monitor, with hysterisis. When the RC time constant voltage output is less than the voltage monitor set point, the powerup_reset signal is active. The powerup_reset signal is used to pre-set the Global Reset register bits, and reset the JTAG logic (see Figure 1).<br><br>The powerup-reset for the JTAG logic causes the JTAG Controller state machine to initialize to the IDLE mode. If the powerup-reset signal does not occur, the JTAG Controller state machine may initialize in a JTAG test mode, and lock-up the chip's I/O pins. If this happens, the JTAG control signals TMS, TDI, and the TCK are used to force the JTAG state to IDLE. If TMS = 1, and TDI = 1, for at least 5 TCK cycles the JTAG Controller state machine will be in the IDLE mode. See IEEE 1149.1 for JTAG mode definitions (see Figure 2).<br><br>Application Report, at 1. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,613,938

| **'938 Claim Language** | **Prior Art References** |
|---|---|
| |  Figure 1. Power On–Off–On Cycle, 1 Minute Off <br><br> Application Report, at 3. <br><br> To the extent this limitation is not explicitly disclosed by the GC chips, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the GC chips so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                      U.S. Patent No. 7,613,938

## EXHIBIT C-12
## U.S. PATENT NO. 7,613,938

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of the ARM11 MPCore Processor ("ARM11"), as evidenced by at least the ARM11 MPCore Processor Technical Reference Manual, Rev. r0p2 ("ARM11 Manual"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

The ARM11 Manual was published on September 14, 2005. Therefore, the ARM11 Manual qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(a). According to the ARM11 Manual, the ARM11 was on sale or offered for sale at least as early as February 2005. *See* ARM11 Manual, at ii. Therefore, the ARM11 qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(a) and (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
|---|---|
| 13(pre) A circuit card comprising: | To the extent the preamble is limiting, the ARM11 is a processor system comprising between one and four Central Processing Units (CPUs), referred to as MP11 CPUs. A POSITA would have understood that the ARM11 processor could exist as or on a single "circuit card." <br><br> *See, e.g.,* <br><br> This manual is written for hardware and software engineers implementing ARM11 MPCore processor system designs. It provides information to enable designers to integrate the processor into a target system as quickly as possible. <br><br> ────── Note ────── <br> The ARM11 MPCore Processor is a single IP core. It consists of between one and four Central Processing Units (CPUs). Individual CPUs are referred to as MP11 CPUs. <br> ────── <br><br> ARM11 Manual, at xxiv. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                          U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | The ARM11 MPCore processor incorporates up to four MP11 CPUs that implement the ARM architecture v6K. It supports the ARM and Thumb instruction sets, Jazelle technology to enable direct execution of Java bytecodes, and a range of SIMD DSP instructions that operate on 16-bit or 8-bit data values in 32-bit registers.<br><br>The ARM11 MPCore processor is a high-performance, low-power, ARM cached multiprocessor macrocell that provides full virtual memory capabilities.<br><br>The ARM11 MPCore processor features:<br><br>Up to four MP11 CPUs<br><br>• a *Snoop Control Unit* (SCU) responsible for maintaining coherency among MP11 CPUs L1 data caches<br><br>• a Distributed Interrupt Controller with support for legacy ARM interrupts<br><br>• a private timer and a private watchdog per MP11 CPU<br><br>• AXI high-speed *Advanced Microprocessor Bus Architecture* (AMBA) level two interfaces.<br><br>ARM Manual, at 1-2.<br><br>To the extent this limitation is not explicitly disclosed by the ARM11 Manual, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify ARM11 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(a) one or more devices, | The ARM11 Manual discloses this limitation. According to the ARM11 Manual, the ARM11 is a processor system that comprises one or more devices, such as memory.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | This manual is written for hardware and software engineers implementing ARM11 MPCore processor system designs. It provides information to enable designers to integrate the processor into a target system as quickly as possible.<br><br>—— Note ——<br>The ARM11 MPCore Processor is a single IP core. It consists of between one and four Central Processing Units (CPUs). Individual CPUs are referred to as MP11 CPUs.<br><br>ARM11 Manual, at xxiv.<br><br>The ARM11 MPCore processor incorporates up to four MP11 CPUs that implement the ARM architecture v6K. It supports the ARM and Thumb instruction sets, Jazelle technology to enable direct execution of Java bytecodes, and a range of SIMD DSP instructions that operate on 16-bit or 8-bit data values in 32-bit registers.<br><br>The ARM11 MPCore processor is a high-performance, low-power, ARM cached multiprocessor macrocell that provides full virtual memory capabilities.<br><br>The ARM11 MPCore processor features:<br><br>Up to four MP11 CPUs<br><br>• a *Snoop Control Unit* (SCU) responsible for maintaining coherency among MP11 CPUs L1 data caches<br><br>• a Distributed Interrupt Controller with support for legacy ARM interrupts<br><br>• a private timer and a private watchdog per MP11 CPU<br><br>• AXI high-speed *Advanced Microprocessor Bus Architecture* (AMBA) level two interfaces.<br><br>ARM Manual, at 1-2. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Dormant mode is designed to allow the core to be powered down, while leaving the caches powered up and maintaining their state. |
| | The RAM blocks that are to remain powered up must be implemented on a separate power domain, and there is a need to clamp all of the inputs to the RAMs to a known logic level (with the chip enable being held inactive). This clamping is not implemented in gates as part of the default synthesis flow because it would contribute to a tight critical path. Implementations which wish to implement Dormant mode must add these clamps around the RAMs, either as explicit gates in the RAM power domain, or as pull-down transistors which clamp the values while the core is powered down. |
| | The RAM blocks that must remain powered up during Dormant mode are:<br>• all Data RAMs associated with the cache<br>• all Tag RAMs associated with the cache<br>• all Dirty RAMs associated with the cache.<br>ARM Manual, at 11-9. |
| | To the extent this limitation is not explicitly disclosed by the ARM11 Manual, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify ARM11 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(b) a controller for controlling operation of the circuit card, | The ARM11 Manual discloses this limitation. According to the ARM Manual, the ARM11 comprises one or more CPUs for controlling operation of the circuit card.<br><br>*See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | This manual is written for hardware and software engineers implementing ARM11 MPCore processor system designs. It provides information to enable designers to integrate the processor into a target system as quickly as possible.<br><br>——— Note ———<br>The ARM11 MPCore Processor is a single IP core. It consists of between one and four Central Processing Units (CPUs). Individual CPUs are referred to as MP11 CPUs.<br>————————<br>ARM11 Manual, at xxiv.<br><br>Each MP11 CPU features:<br>• an integer unit with integral EmbeddedICE-RT logic<br>• an eight-stage pipeline<br>• branch prediction with return stack<br>• coprocessors 14 and 15<br>• Instruction and Data *Memory Management Units* (MMUs), managed using MicroTLB structures backed by a unified Main TLB<br>• Instruction and data caches, including a non-blocking data cache with *Hit-Under-Miss* (HUM)<br>• the data cache is physically indexed, physically tagged<br>• the data cache is write back, write allocate only<br>• the instruction cache is virtually indexed, physically tagged<br>• 32-bit instruction interface and 64-bit interface to the data cache<br>• hardware support for data cache coherency<br>• *Vector Floating-Point* (VFP) coprocessor support<br>• JTAG-based debug.<br>ARM11 Manual, at 1-2. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| **'938 Claim Language** | **Prior Art References** |
|---|---|
| | To the extent this limitation is not explicitly disclosed by the ARM11 Manual, it is inherent or obvious.  Moreover, it would have been obvious to one of ordinary skill in the art to modify ARM11 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom for a predetermined period of time, and | The ARM11 Manual discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  According to the ARM11 Manual, the ARM11 includes multiple levels of power management.  Particularly, in at least the shutdown and dormant modes the MP11 CPU communicates with the power controller to signal that it is ready to be powered down.  A POSITA would have understood that the power controller would then comprise a switch or communicate with a switch to power down the MP11 CPU.  *See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | The MP11 CPUs support the following levels of power management: |

**The MP11 CPUs support the following levels of power management:**

**Run mode**   This mode is the normal mode of operation in which all of the functionality of the MP11 CPU is available.

**Standby mode**

This mode disables most of the clocks of the device, while keeping the device powered up. This reduces the power drawn to the static leakage current, plus a tiny clock power overhead required to enable the device to wake up from the standby state. The transition from the standby mode to the run mode is caused by one of the following:

- an interrupt, either masked or unmasked
- a debug request, regardless of whether debug is enabled
- reset.

**Dormant mode**

This mode enables the MP11 CPU to be powered down, while leaving the state of the caches powered up and maintaining their state. The following are required for full implementation of dormant mode:

- modification of the RAMs to include an input clamp
- implementation of separate power domains.

**Shutdown mode**

This mode has the entire MP11 CPU powered down. All state, including cache state, must be saved externally. The part is returned to the run state by the assertion of reset. This state saving is performed with interrupts disabled, and finishes with a Data Synchronization Barrier operation. The MP11 CPU then communicates with the power controller that it is ready to be powered down.

ARM11 Manual, at 1-18 to 1-19.

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                      U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Shutdown mode has the entire device powered down, and all state, including cache, must be saved externally by software. The part is returned to the run state by the assertion of reset. This state saving is performed with interrupts disabled, and finishes with a DrainWriteBuffer operation. The MP11 CPU then communicates with a power controller that the device is ready to be powered down in the same manner as when entering Dormant Mode. ARM11 Manual, at 11-8. Dormant mode is designed to allow the core to be powered down, while leaving the caches powered up and maintaining their state. The RAM blocks that are to remain powered up must be implemented on a separate power domain, and there is a need to clamp all of the inputs to the RAMs to a known logic level (with the chip enable being held inactive). This clamping is not implemented in gates as part of the default synthesis flow because it would contribute to a tight critical path. Implementations which wish to implement Dormant mode must add these clamps around the RAMs, either as explicit gates in the RAM power domain, or as pull-down transistors which clamp the values while the core is powered down. The RAM blocks that must remain powered up during Dormant mode are: <br>• all Data RAMs associated with the cache <br>• all Tag RAMs associated with the cache <br>• all Dirty RAMs associated with the cache. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Before entering Dormant mode, the state of the MP11 CPU, excluding the contents of the RAMs that remain powered up in dormant mode, must be saved to external memory. These state saving operations must ensure that the following occur:<br><br>• All ARM registers, including CPSR and SPSR registers are saved.<br><br>• All CP15 registers are saved.<br><br>• All debug-related state must be saved.<br><br>• MP11 CPU must correctly set the CPU Status Register in the SCU so that it enters Dormant Mode (see .<br><br>• A Data Synchronization Barrier instruction is executed to ensure that all state saving has been completed.<br><br>• The MP11 CPU then communicates with the power controller that it is ready to enter dormant mode by performing a WFI instruction so that power control output reflects the value of SCU CPU Status Register (see *SCU CPU Status Register* on page 9-6).<br><br>• On entry into Dormant mode, the Reset signal to the ARM11 MPCore processor must be asserted by the external power control mechanism.<br><br>Further, according to the ARM11 Manual, the ARM11 comprises one or more times to enable wake-up on interrupt.  These timers could be set for a predetermined period of time.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | **Table 11-2 MP11 CPU power modes** <br><br> | Mode | MP11 CPU logic | RAM arrays | Wake-up mechanism | <br> | --- | --- | --- | --- | <br> | Run Mode | Powered-up<br>Everything clocked | Powered-up | N/A | <br> | WFI/WFE | Powered-up<br>Only wake-up logic clocked | Powered-up | Wake-up on interrupts (external or timer/WD).<br>L1 memory system only wake-up in case of SCU coherency request. | <br> | Dormant | Powered-off | Retention state/voltage | External wake-up event to power controller. | <br> | Powered- off | Powered-off | Powered-off | External wake-up event to power controller. | <br><br> ARM11 Manual, at 11-7. <br><br> *See also, e.g.,* <br><br> The timer interval is calculated using the following equation: <br><br> $$\left( \frac{(\text{PRESCALER\_value}+1) \times (\text{Load\_value}+1) \times 2}{\text{CPU CLK\_frequency}} \right)$$ <br><br> This equation can be used to calculate the period between two events out of the timers and the watchdog time-out time. <br> ARM11 Manual, at 10-23. <br><br> To the extent this limitation is not explicitly disclosed by the ARM11 Manual, it is inherent or obvious.  Moreover, it would have been obvious to one of ordinary skill in the art to modify ARM11 |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| **'938 Claim Language** | **Prior Art References** |
|---|---|
| | so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the predetermined time period if the electrical power was also decoupled from the controller. | The ARM11 Manual discloses this limitation.  According to the ARM11 Manual, the ARM11 comprises a power controller (electrical power device, operable independent of the controller) that causes electrical power to be restored to a power domain including the MP11 CPU and one or more devices.

*See, e.g.,*

**Dormant mode**

   This mode enables the MP11 CPU to be powered down, while leaving the state of the caches powered up and maintaining their state. The following are required for full implementation of dormant mode:

   •  modification of the RAMs to include an input clamp
   •  implementation of separate power domains.

ARM11 Manual, at 1-18.

Transition from Dormant state to Run state is triggered by the external power controller. The external power controller must assert reset to the MP11 CPU until the power is restored. After power is restored, the core leaves reset, and by interrogating the power control register in SCU, can determine that the saved state must be restored.
ARM11 Manual, at 11-9.

Further, according to the ARM11 Manual, the ARM11 comprises one or more times to enable wake-up on interrupt.  These timers could be set for a predetermined period of time.

*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | **Table 11-2 MP11 CPU power modes** <br><br> | Mode | MP11 CPU logic | RAM arrays | Wake-up mechanism | <br> | Run Mode | Powered-up Everything clocked | Powered-up | N/A | <br> | WFI/WFE | Powered-up Only wake-up logic clocked | Powered-up | Wake-up on interrupts (external or timer/WD). L1 memory system only wake-up in case of SCU coherency request. | <br> | Dormant | Powered-off | Retention state/voltage | External wake-up event to power controller. | <br> | Powered-off | Powered-off | Powered-off | External wake-up event to power controller. | <br><br> ARM11 Manual, at 11-7. <br><br> *See also, e.g.,* <br><br> The timer interval is calculated using the following equation: <br><br> $$\left( \frac{(PRESCALER\_value+1) \times (Load\_value+1) \times 2}{CPU\ CLK\_frequency} \right)$$ <br><br> This equation can be used to calculate the period between two events out of the timers and the watchdog time-out time. <br> ARM11 Manual, at 10-23. <br><br> To the extent this limitation is not explicitly disclosed by the ARM11 Manual, it is inherent or obvious.  Moreover, it would have been obvious to one of ordinary skill in the art to modify ARM11 |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                                U.S. Patent No. 7,613,938

## EXHIBIT C-13
## U.S. PATENT NO. 7,613,938

The asserted claims of U.S. Patent No. 7,613,938 ("the '938 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,529,958, entitled "PROGRAMMABLE POWER TRANSITION COUNTER" to Roth et al. ("Roth"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Roth was filed on November 15, 2004 and issued on May 5, 2009.  Therefore, Roth qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '938 Claim Language | Prior Art References |
|---|---|
| 13(pre) A circuit card comprising: | To the extent the preamble is limiting, Roth discloses it.  Roth discloses a programmable counter register for power management, which in at least one embodiment is implemented as part of a system-on-chip (circuit card).<br><br>*See, e.g.,* |

1

| '938 Claim Language | Prior Art References |
|---|---|
| | 10  Method, apparatus, design and system embodiments disclosed herein disclose a programmable counter register for power management, along with associated methods of design and use for such a register. In the following description, numerous specific details such as types of computing devices, 15  protocols, power island configurations, and system architectures have been set forth to provide a more thorough understanding of the present invention. It will be appreciated, however, by one skilled in the art that the invention may be practiced without such specific details. Additionally, some 20  well known structures, circuits, and the like have not been shown in detail to avoid unnecessarily obscuring the present invention.<br><br>Roth, 2:10-22.<br><br>FIG. 3 is a block diagram illustrating an example system 300 that includes at least one programmable counter register 304 according to at least one embodiment of the present  5 invention. FIG. 3 illustrates that a processing system 300 may include various components including a processor core 310, a memory 330, and at least one peripheral interface 340. The system 300 illustrated in FIG. 3 may be an embodiment of a system-on-a-chip ("SOC"), wherein various components 10 310, 330, 340 of a computing system, which perform separate tasks, are integrated into a single chip package 303.<br><br>Roth, 5:3-12. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  Roth, Fig. 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | To the extent this limitation is not explicitly disclosed by Roth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Roth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(a) one or more devices, | Roth discloses this limitation.  Roth discloses that the circuit card may include a processing system comprising a processor core 310, as well as a memory 330 and peripheral interface 340 (one or more devices). <br><br> *See, e.g.,* <br><br> FIG. **3** is a block diagram illustrating an example system **300** that includes at least one programmable counter register **304** according to at least one embodiment of the present invention. FIG. **3** illustrates that a processing system **300** may include various components including a processor core **310**, a memory **330**, and at least one peripheral interface **340**. The system **300** illustrated in FIG. **3** may be an embodiment of a system-on-a-chip ("SOC"), wherein various components **310**, **330**, **340** of a computing system, which perform separate tasks, are integrated into a single chip package **303**. <br> Roth, 5:3-12. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                      U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  Roth, Fig. 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | To the extent this limitation is not explicitly disclosed by Roth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Roth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(b) a controller for controlling operation of the circuit card, | Roth discloses this limitation.  Roth discloses a processor core 310 for controlling operation of the circuit card (controller).<br><br>*See, e.g.,*<br><br>FIG. **3** is a block diagram illustrating an example system **300** that includes at least one programmable counter register **304** according to at least one embodiment of the present invention. FIG. **3** illustrates that a processing system **300** may include various components including a processor core **310**, a memory **330**, and at least one peripheral interface **340**. The system **300** illustrated in FIG. **3** may be an embodiment of a system-on-a-chip ("SOC"), wherein various components **310**, **330**, **340** of a computing system, which perform separate tasks, are integrated into a single chip package **303**.<br><br>Roth, 5:3-12. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Roth, Fig. 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| **'938 Claim Language** | **Prior Art References** |
|---|---|
| | To the extent this limitation is not explicitly disclosed by Roth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Roth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(c) a switch responsive to a command received from the controller, for causing electrical power to at least one device to be decoupled therefrom for a predetermined period of time, and | Roth discloses this limitation.  Roth discloses that the circuit card may comprise an optional switch 845 for controlling power to a power island. *See, e.g.,*<br><br>FIG. **8** further illustrates that, for a second embodiment **804**, an optional switch **845** controls the supplying of power between the regulator **820***b* and the power island **840***b*. Again, a power management unit, such as PMU **170** of FIG. **2** and/or 65 PMU **370** of FIG. **3**, may control the switch **845**.<br>Roth, 6:61-65. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| |  Roth, Fig. 8. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                        U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Further, Roth discloses one or more programmable counter registers 304 to hold a minimum wakeup wait time value.  Roth discloses that certain embodiments may comprise one or more wakeup timers.  It would have been obvious to a POSITA that the programmable wakeup timers could be implemented to ensure that the controller or device were powered off for a predetermined period of time.<br><br>*See, e.g.*,<br><br>FIG. **3** thus illustrates that at least one embodiment of system **300** may include one or more programmable counter registers **304***a*-**304***x*. For at least one embodiment, each programmable counter register **304** is to hold a minimum wakeup wait time value. That is, the operation of the PMU **370**, which<br><br>Roth, 5:58-62. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                                U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | The optional nature of additional programmable counter registers (through **304***x*) is denoted by dotted lines in FIG. **3**. For at least one embodiment, a dedicated programmable counter register **304***a*-**304***x* is associated with each power island **380**, **383**, **385**. However, for at least one other embodiment, a single programmable counter register **304** may be utilized to hold a minimum wakeup wait time that is applicable to two or more power islands. Again, because the programmable counter registers **304***a*-**304***x* are programmable, the wakeup wait time for each power island is not limited to a fixed value. However, it should be appreciated that fixed wakeup times may be utilized in at least some embodiments of the invention. For example, for certain embodiments a combination of fixed and variable wakeup timers may be utilized, such that one or more power islands are associated with a single programmable counter register in order to facilitate variable timer variables, while one or more other power islands may be associated with a fixed wakeup time. Alternatively, it should also be understood that certain embodiments of the invention may utilize a single timer value in one or more of the programmable counter registers, such that the wakeup time for the associated power island(s) does not vary during execution. Roth, 6:3-25. <br><br>To the extent this limitation is not explicitly disclosed by Roth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Roth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 13(d) an electrical power device, operable independent of the controller, that causes electrical power to the at least one device and the controller to be restored after the | Roth discloses this limitation.  Roth discloses a power management unit (PMU) (electrical power device, operable independent of the controller) that causes power to be restored to a power island that may comprise the processing core (controller) and one or more devices.  Roth further discloses that, in some embodiments, the PMU controls the switch 845 to close the switch 845, thereby restoring power. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                                          U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| predetermined time period if the electrical power was also decoupled from the controller. | *See, e.g.,*<br><br>FIG. **3** illustrates that the components of the system **300** may be divided into power islands **380**, **383**, **385** for purposes of selective power management. A system-level power management unit **370** ("PMU") may be responsible for selectively removing and applying power to the power islands **380**, **383**, **385** of the system **300**. The PMU **370** may also determine, after power has been applied to a power island, whether the power island has had sufficient time to fully transition to a full power state. Such determination may be based, at least in part, on a value in a programmable counter register **304**. Based upon this determination, the PMU **370** may communicate a status **390** to the rest of the processing system **300**. Each processor core **310** of the system **300** may (or may not) include its own processor-level PMU **207** (see FIG. **2**).<br><br>Roth, 5:44-57.<br><br>Briefly turning to FIG. **8**, which is a block diagram of various power island embodiments, one can see that power to a power island may be provided in any of several manners. For a first embodiment, **802**, a regulator **820***a* provides power to the power island **840***a*. Regulator **820***a* may be controlled by a power management unit (see, for example, PMU **170** and **370** of FIGS. **2** and **3**, respectively).<br>FIG. **8** further illustrates that, for a second embodiment **804**, an optional switch **845** controls the supplying of power between the regulator **820***b* and the power island **840***b*. Again, a power management unit, such as PMU **170** of FIG. **2** and/or PMU **370** of FIG. **3**, may control the switch **845**.<br><br>Roth, 6:54-65. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                          U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | Referring for a moment to FIG. **8**, "powering up" a power island may involve closing a switch **845** between the power island **840** and an associated regulator **820**. "Powering up" a power island **840** may alternatively or additionally involve control of power to a regulator **820** that provides power to the power island **840**. <br><br> Roth, 7:60-65. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
|  | <br>Roth, Fig. 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | Further, Roth discloses one or more programmable counter registers 304 to hold a minimum wakeup wait time value.  Roth discloses that certain embodiments may comprise one or more wakeup timers.  It would have been obvious to a POSITA that the programmable wakeup timers could be implemented to ensure that the controller or device were powered back on after a predetermined period of time.<br><br>*See, e.g.*,<br><br>FIG. **3** thus illustrates that at least one embodiment of system **300** may include one or more programmable counter registers **304***a*-**304***x*. For at least one embodiment, each programmable counter register **304** is to hold a minimum wakeup wait time value. That is, the operation of the PMU **370**, which<br>Roth, 5:58-62. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,613,938

| '938 Claim Language | Prior Art References |
|---|---|
| | The optional nature of additional programmable counter registers (through **304***x*) is denoted by dotted lines in FIG. **3**. For at least one embodiment, a dedicated programmable counter register **304***a*-**304***x* is associated with each power island **380**, **383**, **385**. However, for at least one other embodiment, a single programmable counter register **304** may be utilized to hold a minimum wakeup wait time that is applicable to two or more power islands. Again, because the programmable counter registers **304***a*-**304***x* are programmable, the wakeup wait time for each power island is not limited to a fixed value. However, it should be appreciated that fixed wakeup times may be utilized in at least some embodiments of the invention. For example, for certain embodiments a combination of fixed and variable wakeup timers may be utilized, such that one or more power islands are associated with a single programmable counter register in order to facilitate variable timer variables, while one or more other power islands may be associated with a fixed wakeup time. Alternatively, it should also be understood that certain embodiments of the invention may utilize a single timer value in one or more of the programmable counter registers, such that the wakeup time for the associated power island(s) does not vary during execution. Roth, 6:3-25. To the extent this limitation is not explicitly disclosed by Roth, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Roth so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

## U.S. PATENT NO. 7,903,971

The asserted claims of U.S. Patent No. 7,903,971 ("the '971 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,471,903 B1 entitled "Optical Communication System" to Friskney *et al.* ("Friskney"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA").

Friskney was filed on June 26, 2002 and published on December 30, 2008.  Therefore, Friskney qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) A method of operating a passive optical network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations and | To the extent that the preamble is limiting, Friskney teaches and/or renders obvious this limitation.  Friskney discloses a method of operating a network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations.<br><br>Friskney discloses an optical communications network having optical nodes 10, 12 of FIG. 1.  Data is transmitted between nodes using optical fiber carriers 14.  *See* Friskney, 5:9-13:<br><br>FIG. 1 shows a simplified optical communications network comprising first and second optical nodes 10, 12. Data is transmitted between the nodes 10, 12 as a WDM optical signal on optical fiber carriers 14. Each node includes transmitters and receivers and typically services a local area. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| |  FIG. 1 <br><br> Alternatively, to the extent that Friskney does not explicitly teach "a passive optical network," it would have been obvious to a POSA to improve the network of Friskney by incorporating passive components in view of the knowledge of the POSA (including the benefits of using a passive network). <br><br> For example, Friskney discloses that nodes "*may* be thousands of kilometers in a long haul network" and that "optical amplification is *typically* required" for such longer range transmission systems. *See* Friskney 5:14-22. <br><br> The optical signals undergo regeneration within the nodes **10, 12**, and the transmission system must therefore be capable of suitably low error rates for transmission over the span between nodes. This span may be thousands of kilometers in a long haul network. Although no regeneration (namely opto-electric and electro-optic conversion) takes place between the nodes, optical amplification is typically required at intermediate amplifier sites **16**. <br><br> A POSA would know that the system and method described in Friskney may be utilized for a passive optical network, in particular where data rates could be generally maintained such as networks with shorter distances between nodes. |

2

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | To the extent this limitation is not explicitly disclosed by Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising the step of generating an optical signal for transmission over one of the plurality of optical fibers | Friskney discloses this limitation. Friskney discloses the step of generating an optical signal for transmission over one of the plurality of optical fibers.<br><br>Friskney discloses an optical communications network and an optical signal. Friskney's network includes transmitters. Transmitters are known by a POSA to generate signals for transmission. In the context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals.<br><br><br><br>Friskney discloses optical signals. *See* Friskney, 29-38. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | According to a second aspect of the invention, there is provided a receiver for use in an optical communications system, comprising a demodulation system enabling demodulation of a multiple level phase and/or amplitude modulated optical signal, wherein the receiver is operable in at least two modes, a first mode in which the received signals have been modulated using a first selection of the multiple levels, and a second mode in which the received signals have been modulated using a second, different, selection of the multiple levels.<br><br>Friskney discloses a plurality of optical signals. *See*, Friskney 1:60-64.<br>    According to a first aspect of the invention, there is provided an optical communications system comprising at least one transmitter site for transmitting optical signals and at least one receiver site for receiving optical signals from the transmitter site,<br><br>Friskney discloses optical signals transmitted by a plurality of optical fiber carriers. *See*, Friskney 9-14.<br>    FIG. **1** shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area.<br><br>To the extent this limitation is not explicitly disclosed by Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) the optical signal including a plurality of signal states, | Friskney discloses this limitation.  Friskney discloses the optical signal including a plurality of signal states. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | Friskney discloses a WDM optical signal. *See* Friskney, 5:9-13. |

Friskney discloses a WDM optical signal. *See* Friskney, 5:9-13.

> FIG. 1 shows a simplified optical communications network comprising first and second optical nodes 10, 12. Data is transmitted between the nodes 10, 12 as a WDM optical signal on optical fiber carriers 14. Each node includes transmitters and receivers and typically services a local area.

Friskney also discloses a number of signal states. *See* Friskney, 2:35-57.

> In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level amplitude shift keying, multiple phase shift keying, or a scheme which combines phase and amplitude modulation, such as quadrature amplitude modulation (QAM), for example 16-QAM and higher orders of QAM. It is noted that 4-QAM may be considered as an example of multiple phase shift keying (as there is not necessarily any amplitude modulation).
>
> Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern having a plurality of constellation points, and the transmitter is adaptable to modulate different signals using different numbers of the points of the constellation pattern. In this way, a binary modulation scheme can be implemented by modulating using only two of the constellation points. For example, the transmitter can operate in a first mode using 16-point QAM and in a second mode using binary (e.g. differential) phase shift keying using two of the QAM constellation points.

To the extent this limitation is not explicitly disclosed by Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney so as

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH　　　　　　　U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) each signal state corresponding to a different sequence of bits, | Friskney discloses this limitation.  Friskney discloses that each signal state corresponding to a different sequence of bits.  Friskney discloses a different sequence of bits.  *See* Friskney, 2:36-39.<br><br>In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level<br><br>*See* Friskney, 6:4-7.<br>Broadly, the invention provides an optical communications system using multiple level phase and/or amplitude modulation, with the transmitter being adaptable to provide modulation for different signals using different selections of the multiple levels. The receivers then have a demodulation sys-<br><br>*See* Friskney, 6:17-23.<br>The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 9:20-31. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | wherein each transmitter site comprises a transmitter having a modulation system enabling modulation using QAM defined by 16 constellation points, the transmitter being adaptable to provide modulation for different signals for respective ones of the paths using different selections of the 16 constellation points including a first selection of 2 of the points, a second selection of 4 of the points, a third selection of 8 of the points and a fourth selection of all 16 of the points, wherein the transmitter is configured to select the different selections for the respective signals in dependence on relative noise characteristics of the respective paths, and<br><br>*See* Friskney, 9:47-48.<br>   **4.** A system as claimed in claim **1**, wherein the different combinations of the multiple levels provide different bit rates.<br><br>To the extent this limitation is not explicitly disclosed by Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. | Friskney discloses this limitation.  Friskney discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers.<br><br>*See* Friskney, 2:10-34. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                     U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | In this arrangement, an adaptive modulation system is provided, so that different bit rates can be employed for different links. Where the link will support a higher level modulation scheme, more (or all) of the multiple levels can be employed. This results in an increased bit rate, thereby obtaining high capacity from the channel bandwidth. This may be appropriate for short links.<br><br>For other links (for example longer links), where a lower level modulation scheme is required to maintain the desired error rate at the receiver, fewer of the multiple levels can be employed, for example a binary modulation scheme may be employed. However, this can be achieved with the same modulation/demodulation hardware. Furthermore, as the receiver has the hardware for the multiple level demodulation, additional information can nevertheless be obtained at the receiver.<br><br>The transmitter of the system can thus send signals to different receivers at different reach with different modulation schemes. Similarly, a receiver can receive signals from different transmitters at different reach which have been transmitted with different modulation schemes. Different modulation schemes may also be employed for different channels over the same link, where there are strong frequency-dependent effects which result in some channels being subjected to substantially different noise to others.<br><br>*See* Friskney, 2:46-49.<br>    Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern<br><br>*See* Friskney, 6:17-23. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 7:5-19.<br>    It is well known that some non-linear optical effect are data rate dependent, for example the spreading of optical pulses as a result of chromatic dispersion. The closer pulses are together, the more likely chromatic dispersion is to lead to inter-symbol interference. Therefore, the transmission of multiple lower bit rate channels may be attractive if channel cross talk can be avoided despite the closer channel separation. In some cases, the standard channel separation defined by the ITU grid exceeds that now required to avoid this cross talk.<br>    One possible approach is therefore to transmit channels on multiple sub-carrier frequencies, thereby providing increased bit rate transmission, whilst using the same single transmitter and receiver hardware. This is attractive when single-carrier transmission is not sufficient for the required data rate.<br><br>*See* Friskney, 8:56-67, 9:1-4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The system of the invention can be configured to auto-discover the optimum transmission rate. This requires a back-channel from the receiver to the transmitter—for example the opposite direction link, the optical service channel or a connection via the network management layer. The receiver then signals to the transmitter whether reception is with an acceptable error rate. This error rate may be evaluated using a Q measurement in the receiver, or for example using the number of errors corrected using the FEC algorithm.<br><br>  This feedback would enable the transmitter to transmit with the most robust modulation scheme and then increase the<br><br>bit rate until the received error rate passes the acceptability threshold, and then back off to the last acceptably received data rate. Other feedback implementations would of course be possible.<br><br>In Friskney Q measurements are quality factor measurements such as the transmission quality of the optical signal. *See* Friskney, 7:57-59.<br><br>  The receiver can also carry out additional functions, such as quality factor (Q) measurement, or impulse response testing of the channels.<br><br>To the extent this limitation is not explicitly disclosed by Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| | |
| 15(a) An optical line termination being part of a passive optical network | To the extent that the preamble is limiting, Friskney teaches and/or renders obvious this limitation. Friskney discloses an optical line termination being part of an optical network comprising said |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| comprising said optical line termination being connected via a plurality of optical fibers to a plurality of network terminations | optical line termination being connected via a plurality of optical fibers to a plurality of network terminations.<br><br>Friskney discloses an optical communications network having optical nodes 10, 12 of FIG. 1. Data is transmitted between nodes using optical fiber carriers 14. *See* Friskney, 5:9-13:<br><br>FIG. 1 shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area.<br><br><br><br>FIG. 1<br><br>Alternatively, to the extent that Friskney does not explicitly teach "a passive optical network," it would have been obvious to a POSA to improve the network of Friskney by incorporating passive components in view of the knowledge of the POSA (including the benefits of using a passive network). |
| 15(b) wherein the optical line termination is configured to generate an optical signal including a plurality of signal states, | Friskney discloses this limitation. Friskney discloses wherein the optical line termination is configured to generate an optical signal including a plurality of signal states.<br><br>Friskney discloses an optical communications network and an optical signal. Friskney's network includes transmitters. Transmitters are known by a POSA to generate signals for transmission. In the context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>To the extent this limitation is not explicitly disclosed by Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(c) each signal state corresponding to a different sequence of bits, | Friskney discloses this limitation.  Friskney discloses that each signal state corresponding to a different sequence of bits.  Friskney discloses different sequence of bits.  *See* Friskney, 2:36-39.<br><br>In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level<br><br>*See* Friskney, 6:4-7.<br><br>Broadly, the invention provides an optical communications system using multiple level phase and/or amplitude modulation, with the transmitter being adaptable to provide modulation for different signals using different selections of the multiple levels. The receivers then have a demodulation sys-<br><br>*See* Friskney, 6:17-23. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                           U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 9:20-31.<br>wherein each transmitter site comprises a transmitter having a modulation system enabling modulation using QAM defined by 16 constellation points, the transmitter being adaptable to provide modulation for different signals for respective ones of the paths using different selections of the 16 constellation points including a first selection of 2 of the points, a second selection of 4 of the points, a third selection of 8 of the points and a fourth selection of all 16 of the points, wherein the transmitter is configured to select the different selections for the respective signals in dependence on relative noise characteristics of the respective paths, and<br><br>*See* Friskney, 9:47-48.<br>4. A system as claimed in claim 1, wherein the different combinations of the multiple levels provide different bit rates.<br><br>To the extent this limitation is not explicitly disclosed by Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(d) wherein the plurality of signal states and the number of bits in each sequence are increased based on a | Friskney discloses this limitation.  Friskney discloses wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal of the one of the plurality of optical fibers. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| transmission quality of the optical signal of the one of the plurality of optical fibers. | *See* Friskney, 2:10-34.<br><br>In this arrangement, an adaptive modulation system is provided, so that different bit rates can be employed for different links. Where the link will support a higher level modulation scheme, more (or all) of the multiple levels can be employed. This results in an increased bit rate, thereby obtaining high capacity from the channel bandwidth. This may be appropriate for short links.<br><br>For other links (for example longer links), where a lower level modulation scheme is required to maintain the desired error rate at the receiver, fewer of the multiple levels can be employed, for example a binary modulation scheme may be employed. However, this can be achieved with the same modulation/demodulation hardware. Furthermore, as the receiver has the hardware for the multiple level demodulation, additional information can nevertheless be obtained at the receiver.<br><br>The transmitter of the system can thus send signals to different receivers at different reach with different modulation schemes. Similarly, a receiver can receive signals from different transmitters at different reach which have been transmitted with different modulation schemes. Different modulation schemes may also be employed for different channels over the same link, where there are strong frequency-dependent effects which result in some channels being subjected to substantially different noise to others.<br><br>*See* Friskney, 2:46-49.<br><br>Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern<br><br>*See* Friskney, 6:17-23. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 7:5-19.<br><br>It is well known that some non-linear optical effect are data rate dependent, for example the spreading of optical pulses as a result of chromatic dispersion. The closer pulses are together, the more likely chromatic dispersion is to lead to inter-symbol interference. Therefore, the transmission of multiple lower bit rate channels may be attractive if channel cross talk can be avoided despite the closer channel separation. In some cases, the standard channel separation defined by the ITU grid exceeds that now required to avoid this cross talk.<br><br>One possible approach is therefore to transmit channels on multiple sub-carrier frequencies, thereby providing increased bit rate transmission, whilst using the same single transmitter and receiver hardware. This is attractive when single-carrier transmission is not sufficient for the required data rate.<br><br>*See* Friskney, 8:56-67, 9:1-4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The system of the invention can be configured to auto-discover the optimum transmission rate. This requires a back-channel from the receiver to the transmitter—for example the opposite direction link, the optical service channel or a connection via the network management layer. The receiver then signals to the transmitter whether reception is with an acceptable error rate. This error rate may be evaluated using a Q measurement in the receiver, or for example using the number of errors corrected using the FEC algorithm.<br><br>    This feedback would enable the transmitter to transmit with the most robust modulation scheme and then increase the<br><br>bit rate until the received error rate passes the acceptability threshold, and then back off to the last acceptably received data rate. Other feedback implementations would of course be possible.<br><br>To the extent this limitation is not explicitly disclosed by Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

## U.S. PATENT NO. 7,903,971

The asserted claims of U.S. Patent No. 7,903,971 ("the '971 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,602,806 entitled "Signaling and coding methods and apparatus for long-range 10 and 100 MBPS ethernet transmission" to Yang *et al.* ("Yang"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references, including U.S. Patent No. 6,411,410 entitled "Wavelength-Division Multiplexing In Passive Optical Networks" to Wright *et al.* ("Wright")

Yang was filed on December 7, 2004, and issued on October 13, 2009. Therefore, Yang qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b). Wright was filed on March, 4, 1998, and issued on June 25, 2002. Therefore, Wright qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) A method of operating a passive optical network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations and | To the extent that the preamble is limiting, Wright teaches this limitation. Wright discloses a passive optical network.<br><br>Wright discloses a passive optical network that transmits data-carrying optical signals from an optical line termination to a plurality of optical network units. *See* Wright, Abstract, FIG. 1. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | An optical line termination (OLT) device (**12**) generates a plurality of optical signals having different respective wave-lengths ($\lambda 1$, $\lambda 2$), each optical signal carrying data, and wavelength-division-multiplexes the optical signals. A plu-rality of optical network units (ONUs $14_1$–$14_5$) are con-nected to the OLT device (**12**) by way of a passive optical network (**6**) so as to receive the wavelength-division-multiplexed optical signals. Each ONU (**14**) has a wave-length selection unit operable in dependence upon control information sent from the OLT (**12**) to the ONU (**14**) concerned by way of the passive optical network (**6**) to select one of the optical signals of the plurality, and also has a detector for processing the selected optical signal to derive therefrom the data carried thereby. <br><br> *See* Wright, 1:10-16. <br><br>     FIG. **1** shows a block diagram of parts of a conventional communications network employing a passive optical net-work (PON). The communications network **1** has an optical line termination unit (OLT) **2** and a plurality of optical network units (ONUs) $4_1$ to $4_4$. The ONUs $4_1$ to $4_4$ are connected to the OLT **2** by a passive optical network **6** which consists of optical fibre links **8** and optical splitters **10**. The |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| |  FIG.1 <br><br> It would have been obvious to a POSA to combine the teachings of Yang and Wright, which are both directed to communication systems, such that the communication system of Yang includes the passive components of Wright to facilitate a passive optical communication network. It would have been obvious to a POSA to improve the network of Yang by incorporating passive components in view of the knowledge of the POSA (including the benefits of using a passive network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Wright. <br><br> To the extent this limitation is not explicitly disclosed by Wright, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Wright so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising the step of generating an optical signal for transmission over one of the plurality of optical fibers | Yang discloses this limitation. In the alternative, Yang in combination with Wright teaches or renders obvious this limitation. Yang and/or Wright discloses the step of generating an optical signal for transmission over one of the plurality of optical fibers. <br><br> Yang discloses a communications network. Yang's network includes transmitters. Transmitters are known by a POSA to generate signals for transmission. In the context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>Alternatively, to the extent that it is argued that Yang does not explicitly describe that its transmitters generate an optical signal, it would have been obvious to a POSA to improve the transmitters of Yang by incorporating signal generation capabilities in view of the knowledge of the POSA (including the benefits of signal generation within a network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Wright.<br><br>Wright describes an OLT that generates an optical signal for transmission over the plurality of fibers.  See Wright, 9:2-5.<br><br>portion **263**. The transmitters correspond in number to the number N of different available downstream wavelengths λ1 to λN, each transmitter serving to generate an optical signal Si having a different one of those available wavelengths λi.<br><br>See Wright, 14:22-27, FIG. 16. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH　　　　　　　　U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | The OLT **112** of FIG. **15** is of similar construction of the OLT **12** of FIG. **6** (first embodiment) but further includes an additional transmitter **28**C which generates the signalling optical signal SC in dependence upon the wavelength control information supplied thereto by the control information generating portion **261** of the transmission control unit **26**.<br><br><br><br>FIG. 16<br><br>It would have been obvious to a POSA to combine the teachings of Yang and Wright, which are both directed to optical communication systems. A POSA would combine the signal state determination for transmission quality as disclosed in Yang with the passive optical network disclosed in Wright.<br><br>To the extent this limitation is not explicitly disclosed by Yang or Wright, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang or Wright so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) the optical signal including a plurality of signal states, | Yang discloses this limitation.  Yang discloses the optical signal including a plurality of signal states.<br><br>Yang discloses a plurality of signal states, NRZ coding with pre-emphasis and PAM4 coding.  *See* Yang, Abstract. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | includes the long-range capabilities. In operation, the PHY measures the distance to a companion PHY, and if it is within the specification limits, communicates with the companion device in the normal way. If the distance is above the specification limits, the PHY checks to see if the companion PHY is similarly enabled, and if so, switches to a long-range signaling method. In a preferred embodiment, NRZ coding with pre-emphasis on the first bit of two or more bits of the same value is used for a first range exceeding the specification limit, and PAM4 coding is used for a second range exceeding the first range. Various embodiments are disclosed.<br><br>Yang also discloses a number of signal states.  *See* Yang, 3:7-17.<br><br>Blocks **130** and **160** handle the transmit and receive, respectively, of the physical medium attachment (PMA) and the physical medium dependent (PMD) sub-layer functions. These blocks implement functions such as scrambling and de-scrambling, MLT-3 encoding and decoding for 100 Mbps, 1:2 multiplexing and 2:1 multiplexing for 10 and 100 Mbps modes, converting the PCS sub-layer's non-return to zero (NRZ) format data to PMA sub-layer's NRZI format data. It also implements the Far End Fault Indication (FEFI) function that includes the Far End Fault Generate state diagram and Far End Fault Detect state diagram.<br><br>To the extent this limitation is not explicitly disclosed by Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) each signal state corresponding to a different sequence of bits, | Yang discloses this limitation.  Yang discloses that each signal state corresponding to a different sequence of bits.  Yang discloses a different sequence of bits.<br><br>*See* Yang, 2:56-3:6. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | Blocks **120** and **150** handle the transmit and receive functions for both 10 and 100 Mega bits per second (Mbps) transmission. For 10 Mbps, transmission and reception blocks **120** and **150** implement all the functionalities in the physical link signaling (PLS) unit and some of the functionalities in the media access unit (MAU) sub-layer. These include Manchester encoding, Manchester decoding, Input and Data Valid function, Error Sense function, Carrier Sense function, Collision Presence function, Input and Output function, Jabber function, SQE Message Test function, Loop-back function, and Clock and Data Recover function. For 100 Mbps transmission and reception blocks **120** and **150** implement all the functionalities in the physical coding sub-layer (PCS) such as 100BASE-TX, 100BASE-FX and 10/100BASE-LR, including the 4-bit/5-bit (4 b/5 b) encoding/decoding functions. Furthermore, they implement the state diagrams of Transmit Bits, Transmit, Receive Bits, Receive and Carrier Sense. <br><br> *See* Yang, 4:5-19. <br><br> In high-speed Ethernet, such as 1 Giga bit per second (Gbps) and above, another coding scheme is used, commonly referred to as pulse amplitude modulation, and for short PAM4 or 4PAM. According to this coding scheme a symbol is sent each clock and a symbol consists of two bits at a time. As can be seen in the example signal **260** in FIG. **2**, each symbol, i.e., '00', '01'. '10', and '11', has its unique level in the transmission. This effectively halves the frequency of symbols to achieve the same data rate. While normally PAM4 is used for its superior SNR qualities for high bit rate systems, the inventors have found that applying this coding scheme on 10 and 100 Mbps Ethernet, extends significantly the range in which a 10 Mbps and 100 Mbps systems can operate. Specifically, the delta achieved in signal to noise ratio (SNR), is used to achieve a longer transmission distance. <br><br> It would have been obvious to a POSA to combine the teachings of Yang and Wright, which are both directed to optical communication systems. A POSA would combine the signal state |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | determination for transmission quality as disclosed in Yang with the passive optical network disclosed in Wright.

To the extent this limitation is not explicitly disclosed by Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. | Yang discloses this limitation.  Yang discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers.

Yang discloses measuring the energy of a signal to identify transmission quality *See* Yang, 2:47-56.

transmitting such data over the physical wires. An auto cross-over polarity and energy detector **190** is used to ensure that the polarity of the connectivity corresponds to the correct direction of communication over the twisted pair. This avoids the need to have a separate uplink port, and has become a standard unit in modern PHY implementations. The energy detector provides further indication of the energy provided by a signal received by PHY **110**, and may be further used by the DSP of block **170** as explained in more detail below.

Yang discloses increasing bits based on transmission quality. *See* Yang, 4:5-19. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | In high-speed Ethernet, such as 1 Giga bit per second (Gbps) and above, another coding scheme is used, commonly referred to as pulse amplitude modulation, and for short PAM4 or 4PAM. According to this coding scheme a symbol is sent each clock and a symbol consists of two bits at a time. As can be seen in the example signal **260** in FIG. **2**, each symbol, i.e., '00', '01'. '10', and '11', has its unique level in the transmission. This effectively halves the frequency of symbols to achieve the same data rate. While normally PAM4 is used for its superior SNR qualities for high bit rate systems, the inventors have found that applying this coding scheme on 10 and 100 Mbps Ethernet, extends significantly the range in which a 10 Mbps and 100 Mbps systems can operate. Specifically, the delta achieved in signal to noise ratio (SNR), is used to achieve a longer transmission distance.<br><br>*See* Yang, Fig. 4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  |  Fig. 4 Yang discloses measuring the energy and determining distance traveled for identifying the ideal signal state in response to transmission quality. *See* Yang, 4:65-5:7. be transmitted signal. The number of bits and the magnitude of changes in the levels may be determined by the distances between the two link partners which are provided by the DSP |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | of the receiver analog to digital converter (ADC) and equalizer **170**. The pre-emphasis itself is implemented using a finite impulse response (FIR) type filter such as: <br><br> $$y(n) = a_0 x(n) + a_1 x(n-1) + a_2 x(n-2) + \ldots + a_k x(n-k)$$ <br><br> where y(n) is the output of the pre-emphasis block and x(n) is the input to the pre-emphasis block. <br><br> To the extent that Yang does not specifically teach increasing the number of bits based on transmission quality, it would be obvious to a POSA to increase bits based on transmission quality based on Yang which discloses increasing bits based on transmission distance. A POSA would know that transmission quality and transmission distance are related. *See* Yang at 5:39-57. <br><br> A person skilled-in-the-art would appreciate that it would be possible, for example, to enable PAM4 coding and encoding if the transmission originally was detected as requiring only pre-emphasis but still fails to communicate properly. Further, if when NRZ coding with pre-emphasis is called for, it is determined that the other device is not enabled for NRZ coding with pre-emphasis, a check can then be made for possible PAM4 coding enablement of the other device, and if found, both devices switched to PAM4 coding. <br> Referring to FIG. **5**, there is shown a table of distances comparing the distance advantage of the disclosed invention over prior art solutions. For 10 Mbps data rate the standard requires operation up to the range of 150 meters. By using the PAM4 encoding, the disclosed system is capable of reaching at least a distance of 500 meters. For 100 Mbps data rate the standard 150 meters is extended to at least 200 meters by the use of the disclosed pre-emphasis technique, and to at least 300 meters when PAM4 coding is used. <br><br> It would have been obvious to a POSA to combine the teachings of Yang and Wright, which are both directed to optical communication systems. A POSA would combine the signal state determination for transmission quality as disclosed in Yang with the passive optical network disclosed in Wright. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | To the extent this limitation is not explicitly disclosed by Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(a) An optical line termination being part of a passive optical network comprising said optical line termination being connected via a plurality of optical fibers to a plurality of network terminations | To the extent that the preamble is limiting, Wright teaches this limitation. Wright discloses an optical network with passive components such as using a single carrier. (*See, e.g.*, the corresponding analysis for 1(a) for this preamble).<br><br>To the extent this limitation is not explicitly disclosed by Wright, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Wright so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(b) wherein the optical line termination is configured to generate an optical signal including a plurality of signal states, | Yang discloses this limitation.  In the alternative, Yang in combination with Wright teaches or renders obvious this limitation.  Yang and/or Wright discloses wherein the optical line termination is configured to generate an optical signal including a plurality of signal states.  (*See, e.g.*, the corresponding analysis for 1(b)-(c)).<br><br>It would have been obvious to a POSA to combine the teachings of Yang and Wright, which are both directed to communication systems and optimizing .<br><br>To the extent this limitation is not explicitly disclosed by Yang or Wright, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang or Wright so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(c) each signal state corresponding to a different sequence of bits, | Yang discloses this limitation.  Yang discloses that each signal state corresponding to a different sequence of bits.  Yang discloses a different sequence of bits. In the alternative, Yang in combination with Wright teaches or renders obvious this limitation (*See, e.g.*, the corresponding analysis for 1(d)). |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | To the extent this limitation is not explicitly disclosed by Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(d) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal of the one of the plurality of optical fibers. | Yang discloses this limitation.  Yang discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. (*See, e.g.*, the corresponding analysis for 1(e)). <br><br> To the extent this limitation is not explicitly disclosed by Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

## U.S. PATENT NO. 7,903,971

The asserted claims of U.S. Patent No. 7,903,971 ("the '971 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,471,903 B1 entitled "Optical Communication System" to Friskney et al. ("Friskney"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references, including U.S. Patent No. 7,602,806 entitled "Signaling and coding methods and apparatus for long-range 10 and 100 MBPS ethernet transmission" to Yang *et al.* ("Yang"),

Friskney was filed on June 26, 2002 and published on December 30, 2008. Therefore, Friskney qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e). Yang was filed on December 7, 2004, and issued on October 13, 2009. Therefore, Yang qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) A method of operating a passive optical network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations and | To the extent this preamble is limiting, Friskney teaches and/or renders obvious this limitation. Friskney discloses a method of operating a network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations.<br><br>Friskney discloses an optical communications network having optical nodes 10, 12 of FIG. 1. Data is transmitted between nodes using optical fiber carriers 14. See Friskney, 5:9-13:<br><br>FIG. **1** shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| |  FIG. 1 Alternatively, to the extent that it is argued that Friskney does not explicitly teach "a passive optical network," it would have been obvious to a POSA to improve the network of Friskney by incorporating passive components in view of the knowledge of the POSA (including the benefits of using a passive network). For example, Friskney discloses that nodes "may be thousands of kilometers in a long haul network" and that "optical amplification is typically required" for such longer range transmission systems. See Friskney 5:14-22. The optical signals undergo regeneration within the nodes **10, 12**, and the transmission system must therefore be capable of suitably low error rates for transmission over the span between nodes. This span may be thousands of kilometers in a long haul network. Although no regeneration (namely opto-electric and electro-optic conversion) takes place between the nodes, optical amplification is typically required at intermediate amplifier sites **16**. A POSA would know that the system and method described in Friskney may be utilized for a passive optical network, in particular where data rates could be generally maintained such as networks with shorter distances between nodes. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | To the extent this limitation is not explicitly disclosed by Friskney and Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney and Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising the step of generating an optical signal for transmission over one of the plurality of optical fibers | Yang discloses this limitation. Friskney discloses this limitation. Friskney discloses the step of generating an optical signal for transmission over one of the plurality of optical fibers.  In the alternative, Yang in combination with Friskney teaches or renders obvious this limitation.  Yang and/or Friskney discloses the step of generating an optical signal for transmission over one of the plurality of optical fibers.<br><br>Yang discloses a communications network.  Yang's network includes transmitters.  Transmitters are known by a POSA to generate signals for transmission.  In the context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals.<br><br><br><br>Alternatively, to the extent that it is argued that Yang does not explicitly describe that its transmitters generate an optical signal, it would have been obvious to a POSA to improve the |

3

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | transmitters of Yang by incorporating signal generation capabilities in view of the knowledge of the POSA (including the benefits of signal generation within a network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Friskney.<br><br>Friskney discloses an optical communications network and an optical signal. Friskney's network includes transmitters. Transmitters are known by a POSA to generate signals for transmission. In the context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals.<br><br><br><br>FIG. 1<br><br>Friskney discloses optical signals. *See* Friskney, 29-38. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | According to a second aspect of the invention, there is provided a receiver for use in an optical communications system, comprising a demodulation system enabling demodulation of a multiple level phase and/or amplitude modulated optical signal, wherein the receiver is operable in at least two modes, a first mode in which the received signals have been modulated using a first selection of the multiple levels, and a second mode in which the received signals have been modulated using a second, different, selection of the multiple levels.<br><br>Friskney discloses a plurality of optical signals. *See*, Friskney 1:60-64.<br><br>According to a first aspect of the invention, there is provided an optical communications system comprising at least one transmitter site for transmitting optical signals and at least one receiver site for receiving optical signals from the transmitter site,<br><br>Friskney discloses optical signals transmitted by a plurality of optical fiber carriers. *See*, Friskeny 9-14.<br><br>FIG. **1** shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area.<br><br>It would have been obvious to a POSA to combine the teachings of Yang and Friskney, which are both directed to optical communication systems. A POSA would combine the signal state determination for transmission quality as disclosed in Yang with the passive optical network disclosed in Friskney. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | To the extent this limitation is not explicitly disclosed by Friskney and Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney and Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) the optical signal including a plurality of signal states, | Yang discloses this limitation.  Yang discloses the optical signal including a plurality of signal states. Friskney discloses this limitation.  Friskney discloses the optical signal including a plurality of signal states. Yang discloses a plurality of signal states, NRZ coding with pre-emphasis and PAM4 coding.  *See* Yang, Abstract. <br><br> includes the long-range capabilities. In operation, the PHY measures the distance to a companion PHY, and if it is within the specification limits, communicates with the companion device in the normal way. If the distance is above the specification limits, the PHY checks to see if the companion PHY is similarly enabled, and if so, switches to a long-range signaling method. In a preferred embodiment, NRZ coding with pre-emphasis on the first bit of two or more bits of the same value is used for a first range exceeding the specification limit, and PAM4 coding is used for a second range exceeding the first range. Various embodiments are disclosed. <br><br> Yang also discloses a number of signal states.  See Yang, 3:7-17. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | Blocks **130** and **160** handle the transmit and receive, respectively, of the physical medium attachment (PMA) and the physical medium dependent (PMD) sub-layer functions. These blocks implement functions such as scrambling and de-scrambling, MLT-3 encoding and decoding for 100 Mbps, 1:2 multiplexing and 2:1 multiplexing for 10 and 100 Mbps modes, converting the PCS sub-layer's non-return to zero (NRZ) format data to PMA sub-layer's NRZI format data. It also implements the Far End Fault Indication (FEFI) function that includes the Far End Fault Generate state diagram and Far End Fault Detect state diagram. <br><br> Friskney discloses a WDM optical signal.  *See* Friskney, 5:9-13. <br><br> FIG. **1** shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area. <br><br> Friskney also discloses a number of signal states.  *See* Friskney, 2:35-57. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level amplitude shift keying, multiple phase shift keying, or a scheme which combines phase and amplitude modulation, such as quadrature amplitude modulation (QAM), for example 16-QAM and higher orders of QAM. It is noted that 4-QAM may be considered as an example of multiple phase shift keying (as there is not necessarily any amplitude modulation).<br><br>Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern having a plurality of constellation points, and the transmitter is adaptable to modulate different signals using different numbers of the points of the constellation pattern. In this way, a binary modulation scheme can be implemented by modulating using only two of the constellation points. For example, the transmitter can operate in a first mode using 16-point QAM and in a second mode using binary (e.g. differential) phase shift keying using two of the QAM constellation points.<br><br>To the extent this limitation is not explicitly disclosed by Friskney and Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney and Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) each signal state corresponding to a different sequence of bits, | Yang discloses this limitation. Yang discloses that each signal state corresponding to a different sequence of bits. Yang discloses a different sequence of bits. Friskney discloses this limitation. Friskney discloses that each signal state corresponding to a different sequence of bits.<br><br>*See* Yang, 2:56-3:6. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | Blocks **120** and **150** handle the transmit and receive functions for both 10 and 100 Mega bits per second (Mbps) transmission. For 10 Mbps, transmission and reception blocks **120** and **150** implement all the functionalities in the physical link signaling (PLS) unit and some of the functionalities in the media access unit (MAU) sub-layer. These include Manchester encoding, Manchester decoding, Input and Data Valid function, Error Sense function, Carrier Sense function, Collision Presence function, Input and Output function, Jabber function, SQE Message Test function, Loop-back function, and Clock and Data Recover function. For 100 Mbps transmission and reception blocks **120** and **150** implement all the functionalities in the physical coding sub-layer (PCS) such as 100BASE-TX, 100BASE-FX and 10/100BASE-LR, including the 4-bit/5-bit (4 b/5 b) encoding/decoding functions. Furthermore, they implement the state diagrams of Transmit Bits, Transmit, Receive Bits, Receive and Carrier Sense. <br><br>*See* Yang, 4:5-19. <br>    In high-speed Ethernet, such as 1 Giga bit per second (Gbps) and above, another coding scheme is used, commonly referred to as pulse amplitude modulation, and for short PAM4 or 4PAM. According to this coding scheme a symbol is sent each clock and a symbol consists of two bits at a time. As can be seen in the example signal **260** in FIG. **2**, each symbol, i.e., '00', '01'. '10', and '11', has its unique level in the transmission. This effectively halves the frequency of symbols to achieve the same data rate. While normally PAM4 is used for its superior SNR qualities for high bit rate systems, the inventors have found that applying this coding scheme on 10 and 100 Mbps Ethernet, extends significantly the range in which a 10 Mbps and 100 Mbps systems can operate. Specifically, the delta achieved in signal to noise ratio (SNR), is used to achieve a longer transmission distance. <br><br>It would have been obvious to a POSA to combine the teachings of Yang and Friskney, which are both directed to optical communication systems. A POSA would combine the signal state |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | determination for transmission quality as disclosed in Yang with the passive optical network disclosed in Friskney. Friskney discloses a different sequence of bits.  *See* Friskney, 2:36-39.    In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level   *See* Friskney, 6:4-7.    Broadly, the invention provides an optical communications system using multiple level phase and/or amplitude modulation, with the transmitter being adaptable to provide modulation for different signals using different selections of the multiple levels. The receivers then have a demodulation sys-   *See* Friskney, 6:17-23.    The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.   *See* Friskney, 9:20-31. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | wherein each transmitter site comprises a transmitter having a modulation system enabling modulation using QAM defined by 16 constellation points, the transmitter being adaptable to provide modulation for different signals for respective ones of the paths using different selections of the 16 constellation points including a first selection of 2 of the points, a second selection of 4 of the points, a third selection of 8 of the points and a fourth selection of all 16 of the points, wherein the transmitter is configured to select the different selections for the respective signals in dependence on relative noise characteristics of the respective paths, and<br><br>*See* Friskney, 9:47-48.<br>    **4.** A system as claimed in claim **1**, wherein the different combinations of the multiple levels provide different bit rates.<br><br><br>To the extent this limitation is not explicitly disclosed by Friskney and Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney and Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. | Yang discloses this limitation.  Yang discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers.  Friskney discloses this limitation.  Friskney discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers.<br><br>Yang discloses measuring the energy of a signal to identify transmission quality *See* Yang, 2:47-56. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | transmitting such data over the physical wires. An auto cross-over polarity and energy detector **190** is used to ensure that the polarity of the connectivity corresponds to the correct direction of communication over the twisted pair. This avoids the need to have a separate uplink port, and has become a standard unit in modern PHY implementations. The energy detector provides further indication of the energy provided by a signal received by PHY **110**, and may be further used by the DSP of block **170** as explained in more detail below.

Yang discloses increasing bits based on transmission quality. *See* Yang, 4:5-19.

In high-speed Ethernet, such as 1 Giga bit per second (Gbps) and above, another coding scheme is used, commonly referred to as pulse amplitude modulation, and for short PAM4 or 4PAM. According to this coding scheme a symbol is sent each clock and a symbol consists of two bits at a time. As can be seen in the example signal **260** in FIG. **2**, each symbol, i.e., '00'. '01'. '10', and '11', has its unique level in the transmission. This effectively halves the frequency of symbols to achieve the same data rate. While normally PAM4 is used for its superior SNR qualities for high bit rate systems, the inventors have found that applying this coding scheme on 10 and 100 Mbps Ethernet, extends significantly the range in which a 10 Mbps and 100 Mbps systems can operate. Specifically, the delta achieved in signal to noise ratio (SNR), is used to achieve a longer transmission distance.

*See* Yang, Fig. 4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
| --- | --- |
| |  Fig. 4 <br><br> Yang discloses measuring the energy and determining distance traveled for identifying the ideal signal state in response to transmission quality. *See* Yang, 4:65-5:7. <br><br> be transmitted signal. The number of bits and the magnitude of changes in the levels may be determined by the distances between the two link partners which are provided by the DSP |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | of the receiver analog to digital converter (ADC) and equalizer **170**. The pre-emphasis itself is implemented using a finite impulse response (FIR) type filter such as:<br><br>$$y(n)=a_0x(n)+a_1x(n-1)+a_2x(n-2)+\ldots+a_kx(n-k)$$<br><br>where y(n) is the output of the pre-emphasis block and x(n) is the input to the pre-emphasis block.<br><br>To the extent that Yang does not specifically teach increasing the number of bits based on transmission quality, it would be obvious to a POSA to increase bits based on transmission quality based on Yang which discloses increasing bits based on transmission distance. A POSA would know that transmission quality and transmission distance are related. *See* Yang at 5:39-57.<br><br>A person skilled-in-the-art would appreciate that it would be possible, for example, to enable PAM4 coding and encoding if the transmission originally was detected as requiring only pre-emphasis but still fails to communicate properly. Further, if when NRZ coding with pre-emphasis is called for, it is determined that the other device is not enabled for NRZ coding with pre-emphasis, a check can then be made for possible PAM4 coding enablement of the other device, and if found, both devices switched to PAM4 coding.<br>    Referring to FIG. **5**, there is shown a table of distances comparing the distance advantage of the disclosed invention over prior art solutions. For 10 Mbps data rate the standard requires operation up to the range of 150 meters. By using the PAM4 encoding, the disclosed system is capable of reaching at least a distance of 500 meters. For 100 Mbps data rate the standard 150 meters is extended to at least 200 meters by the use of the disclosed pre-emphasis technique, and to at least 300 meters when PAM4 coding is used.<br><br>It would have been obvious to a POSA to combine the teachings of Yang and Friskney, which are both directed to optical communication systems. A POSA would combine the signal state determination for transmission quality as disclosed in Yang with the passive optical network disclosed in Friskney. |

14

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | *See* Friskney, 2:10-34. |
|  | In this arrangement, an adaptive modulation system is provided, so that different bit rates can be employed for different links. Where the link will support a higher level modulation scheme, more (or all) of the multiple levels can be employed. This results in an increased bit rate, thereby obtaining high capacity from the channel bandwidth. This may be appropriate for short links. |
|  | For other links (for example longer links), where a lower level modulation scheme is required to maintain the desired error rate at the receiver, fewer of the multiple levels can be employed, for example a binary modulation scheme may be employed. However, this can be achieved with the same modulation/demodulation hardware. Furthermore, as the receiver has the hardware for the multiple level demodulation, additional information can nevertheless be obtained at the receiver. |
|  | The transmitter of the system can thus send signals to different receivers at different reach with different modulation schemes. Similarly, a receiver can receive signals from different transmitters at different reach which have been transmitted with different modulation schemes. Different modulation schemes may also be employed for different channels over the same link, where there are strong frequency-dependent effects which result in some channels being subjected to substantially different noise to others. |
|  | *See* Friskney, 2:46-49. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern<br><br>*See* Friskney, 6:17-23.<br><br>The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 7:5-19.<br><br>It is well known that some non-linear optical effect are data rate dependent, for example the spreading of optical pulses as a result of chromatic dispersion. The closer pulses are together, the more likely chromatic dispersion is to lead to inter-symbol interference. Therefore, the transmission of multiple lower bit rate channels may be attractive if channel cross talk can be avoided despite the closer channel separation. In some cases, the standard channel separation defined by the ITU grid exceeds that now required to avoid this cross talk.<br>One possible approach is therefore to transmit channels on multiple sub-carrier frequencies, thereby providing increased bit rate transmission, whilst using the same single transmitter and receiver hardware. This is attractive when single-carrier transmission is not sufficient for the required data rate.<br><br>*See* Friskney, 8:56-67, 9:1-4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | The system of the invention can be configured to auto-discover the optimum transmission rate. This requires a back-channel from the receiver to the transmitter—for example the opposite direction link, the optical service channel or a connection via the network management layer. The receiver then signals to the transmitter whether reception is with an acceptable error rate. This error rate may be evaluated using a Q measurement in the receiver, or for example using the number of errors corrected using the FEC algorithm.<br>    This feedback would enable the transmitter to transmit with the most robust modulation scheme and then increase the<br><br>bit rate until the received error rate passes the acceptability threshold, and then back off to the last acceptably received data rate. Other feedback implementations would of course be possible.<br><br>In Friskney Q measurements are quality factor measurements such as the transmission quality of the optical signal. *See* Friskney, 7:57-59.<br><br>    The receiver can also carry out additional functions, such as quality factor (Q) measurement, or impulse response testing of the channels.<br><br>To the extent this limitation is not explicitly disclosed by Yang and Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang or Friskney so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(a) An optical line termination being part of a passive optical network | To the extent this preamble is limiting, Friskney teaches this limitation. Friskney discloses an optical network with passive components such as using a single carrier. (*See, e.g.*, the corresponding analysis for 1(a) for this preamble). |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| comprising said optical line termination being connected via a plurality of optical fibers to a plurality of network terminations | To the extent this limitation is not explicitly disclosed by Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(b) wherein the optical line termination is configured to generate an optical signal including a plurality of signal states, | Yang discloses this limitation. In the alternative, Yang in combination with Friskney teaches or renders obvious this limitation. Yang and/or Friskney discloses wherein the optical line termination is configured to generate an optical signal including a plurality of signal states. (*See, e.g.*, the corresponding analysis for 1(b)-(c)). It would have been obvious to a POSA to combine the teachings of Yang and Friskney, which are both directed to communication systems and optimizing . To the extent this limitation is not explicitly disclosed by Friskney or Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(c) each signal state corresponding to a different sequence of bits, | Yang discloses this limitation. Yang discloses that each signal state corresponding to a different sequence of bits. Yang discloses a different sequence of bits. In the alternative, Yang in combination with Friskney teaches or renders obvious this limitation (*See, e.g.*, the corresponding analysis for 1(d)). To the extent this limitation is not explicitly disclosed by Friskney or Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(d) wherein the plurality of signal states and the number | Yang discloses this limitation. Yang discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one |

18

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| of bits in each sequence are increased based on a transmission quality of the optical signal of the one of the plurality of optical fibers. | of the plurality of optical fibers. Friskney discloses this limitation.  Friskney discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers.  (*See, e.g.*, the corresponding analysis for 1(e)).<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

## U.S. PATENT NO. 7,903,971

The asserted claims of U.S. Patent No. 7,903,971 ("the '971 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,471,903 B1 entitled "Optical Communication System" to Friskney *et al.* ("Friskney"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references, including U.S. Patent Pub. No. 2004/0170226 entitled "Method, apparatus and system for high-speed transmission on fiber optic channel" to Agazzi *et al.* ("Agazzi").

Friskney was filed on June 26, 2002 and published on December 30, 2008.  Therefore, Friskney qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).  Agazzi was filed on November 14, 2003, and published on September 2, 2004.  Therefore, Agazzi qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) A method of operating a passive optical network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations and | To the extent this preamble is limiting, the combination of Friskney and Agazzi and Agazzi teaches and/or renders obvious this limitation.  Friskney discloses a method of operating a network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations.  Agazzi discloses a fiber optical channels for a fiber optics network including use of passive componenets.<br><br>Friskney discloses an optical communications network having optical nodes 10, 12 of FIG. 1.  Data is transmitted between nodes using optical fiber carriers 14.  *See* Friskney, 5:9-13:<br><br>    FIG. **1** shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| |  FIG. 1 <br><br> Alternatively, to the extent that it is argued that Friskney does not explicitly teach "a passive optical network," it would have been obvious to a POSA to improve the network of Friskney by incorporating passive components in view of the knowledge of the POSA (including the benefits of using a passive network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Agazzi. <br><br> Agazzi discloses an optical network that transmits data-carrying optical signals from an optical line termination to a plurality of optical network units utilizing a single optical carrier. *See* Agazzi, at 2 [0030]. <br><br> **[0030]** In general bandwidth efficient modulation techniques have not been applied to fiber optic systems. This is so partly because the optical fibers provide so much bandwidth that, in many applications, it is unnecessary to use bandwidth efficient modulation techniques. Additionally, it has been difficult to implement bandwidth efficient modulation techniques at the data rates normally used in optical communications systems. Accordingly many optical communication systems have been based, with a few exceptions, on simple bandwidth inefficient modulation techniques. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | the complexity of the electronic and DSP functions. As an example, it is desirable whenever possible, to replace wavelength division multiplexing (WDM) techniques, which commonly incorporate several laser light sources, by modulation, coding, and signal processing techniques that provide the same data rate over a single optical carrier. By utilizing a single optical carrier the need for optical multiplexers and demultiplexers, as well as the plurality of lasers and photodetectors inherent in WDM techniques may be eliminated.<br><br>*See* Agazzi, at 3, [0034]:<br><br>[0034]   One aspect of the present disclosure is that it may provide bandwidth efficient modulation techniques that can be applied to optical communications channels in general. These disclosed techniques may be found to be particularly advantageous in channels whose bandwidth is limited, for example as a result of the use of multimode fibers.<br><br>*See* Agazzi, at 8, [0084]: |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | [0084]   For example, if the fiber optic channel **911** is an existing fiber optic channel for a local area network and it is desired to upgrade it to service a 10 gigabit ETHERNET network, transmitters, lasers and receivers may be added in parallel until the 10 gigabit capacity is achieved. The multi-carrier modulation transmitters and receiver pairs may cooperate to characterize the fiber optic channel at each laser wavelength used. By combining multiple multi-carrier modulation transmitters, as illustrated at **917**, and multi-carrier modulation receivers as illustrated at **919**, a very efficient architecture for implementing high speed data rate communications utilizing existence fibers can be accomplished. For exanple, by combining the data splitter **901** with a plurality of multi-carrier modulation transceivers **725**, as illustrated at **917**, a number of lasers can be accommodated. Likewise, a number of receivers **825** and a data combiner **915** can be combined in a single integrated circuits **919**. These circuits can then be coupled to laser drive electronics and laser receiving electronics as needed in order to achieve any capacity desired. Accordingly, existing fiber optic channels **911** can be upgraded at reasonable costs without having to replace existing fiber channels. The receivers and transmitters can adjust to the characteristics of the fiber channel and high speed networks, for example, 10 gigabit communication networks, can be implemented despite the fact even in fiber channels of inferior quality. <br><br> *See* Agazzi, at FIG. 9: |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| |  |

*See* Agazzi, at 7, [0073]:

[0073]  The multi-carrier modulation concepts illustrated in **FIGS. 2, 3, 4,** and **5** may also be used to increase the data rate within current deployed fiber networks. A difficulty that may be encountered with current fiber networks is that some of the fibers used in current fiber channels may be of lesser quality.

*See* Agazzi, at 1, [0003]-[0005]:

## FIELD OF THE INVENTION

[0003]   The present invention relates to methods and apparatus for the transfer of high rates of data over a fiber optic channels, and in particular embodiments to methods and apparatus which utilize existing fiber optics systems to achieve high data transfer rates.

## BACKGROUND OF THE INVENTION

[0004]   The amount of data carried on fiber optic systems continues to increase. The IEEE (Institute of Electrical and Electronics Engineers) 802.3ae task force is currently working on the definition of a 10 gigabit per second standard for Ethernet applications. Although optical transmission at 10 gigabits per second is possible with current technology, the price of obtaining a 10 gigabit per second data rate may currently be very high because of the necessity of using costly optical components.

[0005]   Inexpensive optical components, such as fibers and lasers, may result in optical channels with limited bandwith, nulls, significant noise, distortion and multi-mode transmission characteristics. These characteristics may be problematical when attempting to achieve high data rates. Additionally, some of the fiber systems already in place comprise fibers and components of lower quality than are currently available in modern fiber optic systems. The characteristics of these systems may also be problematical when attempting to increase the transmission rates over such systems. There is therefore a need in the art to improve transmission capability of lower quality fiber optic systems through the use of inexpensive electronics. There is also a need for the use of channel coding and bandwidth efficient modulation techniques to overcome the limitations of low quality optical channels and result in higher transmission rates and reduced system costs.

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | It would have been obvious to a POSA to combine the teachings of Agazzi and Friskney, which are both directed to optical communication systems, such that the optical communication system of Friskney includes the passive components of Agazzi to facilitate a passive optical communication network.<br><br>To the extent this limitation is not explicitly disclosed by Friskney and Agazzi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Agazzi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising the step of generating an optical signal for transmission over one of the plurality of optical fibers | Friskney discloses this limitation.  In the alternative, Friskney in combination with Agazzi teaches or renders obvious this limitation.  Friskney and/or Agazzi discloses the step of generating an optical signal for transmission over one of the plurality of optical fibers.<br><br>Friskney discloses an optical communications network and an optical signal.  Friskney's network includes transmitters.  Transmitters are known by a POSA to generate signals for transmission.  In the context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals.<br><br><br>*FIG. 1*<br><br>Alternatively, to the extent that it is argued that Friskney does not explicitly describe that its transmitters generate an optical signal, it would have been obvious to a POSA to improve the |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | transmitters of Friskney by incorporating signal generation capabilities in view of the knowledge of the POSA (including the benefits of signal generation within a network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Agazzi. <br><br> *See* Agazzi, at Abstract. <br><br> cies. An adaptive multi-carrier modulation transmitter may characterize an existing fiber optic channel and ascertain the overall characteristics of the channel. The transmitter and receiver can then be configured to use various bandwidths and various modulations in order to match the transfer characteristic of the fiber channel. A series of adaptive multi-carrier modulation transmitters and receivers can be integrated on a single integrated circuit. If multiple adaptive receivers and transmitters are integrated on a single integrated circuit, they may be used to upgrade existing networks by adding different wavelength lasers for the transmission of data in order to achieve any capacity desired. Each receiver and transmitter may characterize the fiber for its particular wavelength laser and may configure the modulation and bandpass to the fiber's characteristics. <br><br> *See* Agazzi, at 2 [0029]. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | [0029]   Bandwidth efficient communications systems have been developed over several decades in the context of narrowband communications, such as voiceband modems and digital subscriber loops. These systems make use of techniques such as multilevel Pulse Amplitude Modulation (PAM) or Quadrature Amplitude Modulation (QAM) to encode several bits per transmitted symbol, thus increasing the effective transmitted data rate without increasing the symbol rate or the required bandwidth of the communication channel. To make the most efficient use possible of the available channel bandwidth, channel equalization techniques may also be used to compensate pulse dispersion and the resulting inter-symbol interference caused by the frequency-dependent attenuation and phase distortion introduced by the channel. Channel coding and coded modulation further increases bandwidth efficiency by allowing the communication system to operate at lower signal to noise ratios. For a fixed amount of noise in the channel, the ability to operate at reduced signal to noise ratios implies that the number of bits encoded in each symbol can be increased, resulting in higher bandwidth efficiency. The use of bandwidth efficient modulation techniques has resulted in practical communication systems that approach the Shannon bound for channel capacity. However so far these bandwidth efficient communications systems have been implemented at relatively low data rates, since they require complex signal processing techniques that are very difficult to implement at high speed.<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Agazzi, which are both directed to optical communication systems. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                           U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | To the extent this limitation is not explicitly disclosed by Friskney and Agazzi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Agazzi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) the optical signal including a plurality of signal states, | Friskney discloses this limitation.  In the alternative, Friskney in combination with Agazzi teaches or renders obvious this limitation.  Friskney and/or Agazzi discloses the step of the optical signal including a plurality of signal states.<br><br>Friskney discloses a WDM optical signal.  *See* Friskney, 5:9-13.<br><br>FIG. **1** shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area.<br><br>Friskney also discloses a number of signal states.  *See* Friskney, 2:35-57. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                                           U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level amplitude shift keying, multiple phase shift keying, or a scheme which combines phase and amplitude modulation, such as quadrature amplitude modulation (QAM), for example 16-QAM and higher orders of QAM. It is noted that 4-QAM may be considered as an example of multiple phase shift keying (as there is not necessarily any amplitude modulation).<br><br>Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern having a plurality of constellation points, and the transmitter is adaptable to modulate different signals using different numbers of the points of the constellation pattern. In this way, a binary modulation scheme can be implemented by modulating using only two of the constellation points. For example, the transmitter can operate in a first mode using 16-point QAM and in a second mode using binary (e.g. differential) phase shift keying using two of the QAM constellation points.<br><br>*See* Agazzi, at 2 [0029]. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | [0029]   Bandwidth efficient communications systems have been developed over several decades in the context of narrowband communications, such as voiceband modems and digital subscriber loops. These systems make use of techniques such as multilevel Pulse Amplitude Modulation (PAM) or Quadrature Amplitude Modulation (QAM) to encode several bits per transmitted symbol, thus increasing the effective transmitted data rate without increasing the symbol rate or the required bandwidth of the communication channel. To make the most efficient use possible of the available channel bandwidth, channel equalization techniques may also be used to compensate pulse dispersion and the resulting inter-symbol interference caused by the frequency-dependent attenuation and phase distortion introduced by the channel. Channel coding and coded modulation further increases bandwidth efficiency by allowing the communication system to operate at lower signal to noise ratios. For a fixed amount of noise in the channel, the ability to operate at reduced signal to noise ratios implies that the number of bits encoded in each symbol can be increased, resulting in higher bandwidth efficiency. The use of bandwidth efficient modulation techniques has resulted in practical communication systems that approach the Shannon bound for channel capacity. However so far these bandwidth efficient communications systems have been implemented at relatively low data rates, since they require complex signal processing techniques that are very difficult to implement at high speed.<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Agazzi, which are both directed to optical communication systems. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | To the extent this limitation is not explicitly disclosed by Friskney and Agazzi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Agazzi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) each signal state corresponding to a different sequence of bits, | Friskney discloses this limitation.  Friskney discloses that each signal state corresponding to a different sequence of bits.  Friskney discloses a different sequence of bits. In the alternative, Friskney in combination with Agazzi teaches or renders obvious this limitation.  Friskney and/or Agazzi discloses the step of each signal state corresponding to a different sequence of bits. <br><br> *See* Friskney, 2:36-39. <br> In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level <br><br> *See* Friskney, 6:4-7. <br> Broadly, the invention provides an optical communications system using multiple level phase and/or amplitude modulation, with the transmitter being adaptable to provide modulation for different signals using different selections of the multiple levels. The receivers then have a demodulation sys- <br><br> *See* Friskney, 6:17-23. <br> The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted. <br><br> *See* Friskney, 9:20-31. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                                        U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | wherein each transmitter site comprises a transmitter having a modulation system enabling modulation using QAM defined by 16 constellation points, the transmitter being adaptable to provide modulation for different signals for respective ones of the paths using different selections of the 16 constellation points including a first selection of 2 of the points, a second selection of 4 of the points, a third selection of 8 of the points and a fourth selection of all 16 of the points, wherein the transmitter is configured to select the different selections for the respective signals in dependence on relative noise characteristics of the respective paths, and<br><br>*See* Friskney, 9:47-48.<br>  **4**. A system as claimed in claim **1**, wherein the different combinations of the multiple levels provide different bit rates.<br><br>Alternatively, to the extent that it is argued that Friskney does not explicitly teach each signal state corresponding to a different sequence of bits," it would have been obvious to a POSA to improve the network of Friskney by utilizing signal sates corresponding to different sequences of bits in view of the knowledge of the POSA and/or the other references cited in these invalidity contentions which disclose this limitation, including Agazzi.<br><br>*See* Agazzi, 8:[0086]-[0087]. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | [0086]   **FIG. 10** is a block diagram illustrating a modification of the transmitter of **FIG. 2A** to incorporate trellis coding.<br><br>[0087]   Exemplarily a 4-bit input from the XGMII block **1003** is passed to a rate 5/4 convolutional coder **1005**. The 5-bit output from the convolutional coder is modulated using a QAM-32 modulator **1021** prior to being coupled to a mixer **1017**. The mixer **1017** then couples the mixed signal to a bandpass filter **1021,** which filters out unwanted components and further provides the filtered signal to a combiner circuit **1027**. The combiner circuit **1027** combines all the bandpass signals provided to it by the plurality of bandpass filters and then provides the combined signal to the laser drive electronics **1027**.<br><br>To the extent this limitation is not explicitly disclosed by Friskney and Agazzi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Agazzi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. | Friskney discloses this limitation.  Friskney discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers.  In the alternative, Friskney in combination with Agazzi teaches or renders obvious this limitation.  Friskney and/or Agazzi discloses the step of increasing the number of bits in each sequence based on a transmission quality of the optical signal on one of the optical fibers.<br><br>*See* Friskney, 2:10-34. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | In this arrangement, an adaptive modulation system is provided, so that different bit rates can be employed for different links. Where the link will support a higher level modulation scheme, more (or all) of the multiple levels can be employed. This results in an increased bit rate, thereby obtaining high capacity from the channel bandwidth. This may be appropriate for short links.<br><br>For other links (for example longer links), where a lower level modulation scheme is required to maintain the desired error rate at the receiver, fewer of the multiple levels can be employed, for example a binary modulation scheme may be employed. However, this can be achieved with the same modulation/demodulation hardware. Furthermore, as the receiver has the hardware for the multiple level demodulation, additional information can nevertheless be obtained at the receiver.<br><br>The transmitter of the system can thus send signals to different receivers at different reach with different modulation schemes. Similarly, a receiver can receive signals from different transmitters at different reach which have been transmitted with different modulation schemes. Different modulation schemes may also be employed for different channels over the same link, where there are strong frequency-dependent effects which result in some channels being subjected to substantially different noise to others.<br><br>*See* Friskney, 2:46-49.<br>Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern<br><br>*See* Friskney, 6:17-23. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 7:5-19.<br><br>It is well known that some non-linear optical effect are data rate dependent, for example the spreading of optical pulses as a result of chromatic dispersion. The closer pulses are together, the more likely chromatic dispersion is to lead to inter-symbol interference. Therefore, the transmission of multiple lower bit rate channels may be attractive if channel cross talk can be avoided despite the closer channel separation. In some cases, the standard channel separation defined by the ITU grid exceeds that now required to avoid this cross talk.<br><br>One possible approach is therefore to transmit channels on multiple sub-carrier frequencies, thereby providing increased bit rate transmission, whilst using the same single transmitter and receiver hardware. This is attractive when single-carrier transmission is not sufficient for the required data rate.<br><br>*See* Friskney, 8:56-67, 9:1-4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The system of the invention can be configured to auto-discover the optimum transmission rate. This requires a back-channel from the receiver to the transmitter—for example the opposite direction link, the optical service channel or a connection via the network management layer. The receiver then signals to the transmitter whether reception is with an acceptable error rate. This error rate may be evaluated using a Q measurement in the receiver, or for example using the number of errors corrected using the FEC algorithm. This feedback would enable the transmitter to transmit with the most robust modulation scheme and then increase the bit rate until the received error rate passes the acceptability threshold, and then back off to the last acceptably received data rate. Other feedback implementations would of course be possible. It would have been obvious to a POSA to combine the teachings of Friskney and Agazzi, which are both directed to optical communication systems. To the extent this limitation is not explicitly disclosed by Friskney and Agazzi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Agazzi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(a) An optical line termination being part of a passive optical network comprising said optical line termination being connected via a plurality of optical fibers | To the extent this preamble is limiting, the combination of Friskney and Agazzi teaches and/or renders obvious this limitation. Friskney discloses an optical line termination being part of an optical network comprising said optical line termination being connected via a plurality of optical fibers to a plurality of network terminations. Agazzi discloses an optical network with passive components such as using a single carrier. (*See, e.g.*, the corresponding analysis for 1(a) for this preamble). |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| to a plurality of network terminations | Alternatively, to the extent that it is argued that Friskney does not explicitly teach "a passive optical network," it would have been obvious to a POSA to improve the network of Friskney by incorporating passive components in view of the knowledge of the POSA (including the benefits of using a passive network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Agazzi.<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Agazzi, which are both directed to optical communication systems, such that the optical communication system of Friskney includes the passive components of Agazzi to facilitate a passive optical communication network.<br><br>To the extent this limitation is not explicitly disclosed by Friskney and Agazzi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Agazzi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(b) wherein the optical line termination is configured to generate an optical signal including a plurality of signal states, | Friskney discloses this limitation.  In the alternative, Friskney in combination with Agazzi teaches or renders obvious this limitation.  Friskney and/or Agazzi discloses wherein the optical line termination is configured to generate an optical signal including a plurality of signal states.  (*See, e.g.*, the corresponding analysis for 1(b)-(c)).<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Agazzi, which are both directed to optical communication systems.<br><br>To the extent this limitation is not explicitly disclosed by Friskney and Agazzi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Agazzi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 15(c) each signal state corresponding to a different sequence of bits, | Friskney discloses this limitation.  Friskney discloses that each signal state corresponding to a different sequence of bits.  Friskney discloses a different sequence of bits. In the alternative, Friskney in combination with Agazzi teaches or renders obvious this limitation.  Friskney and/or Agazzi discloses the step of each signal state corresponding to a different sequence of bits. (*See, e.g.*, the corresponding analysis for 1(d)). <br><br> To the extent this limitation is not explicitly disclosed by Friskney and Agazzi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Agazzi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(d) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal of the one of the plurality of optical fibers. | Friskney discloses this limitation.  Friskney discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers.  In the alternative, Friskney in combination with Agazzi teaches or renders obvious this limitation.  Friskney and/or Agazzi discloses the step of increasing the number of bits in each sequence based on a transmission quality of the optical signal on one of the optical fibers. (*See, e.g.*, the corresponding analysis for 1(e)). <br><br> To the extent this limitation is not explicitly disclosed by Friskney and Agazzi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Agazzi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH     U.S. Patent No. 7,903,971

## U.S. PATENT NO. 7,903,971

The asserted claims of U.S. Patent No. 7,903,971 ("the '971 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,471,903 B1 entitled "Optical Communication System" to Friskney *et al.* ("Friskney"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references, including U.S. Patent No. 7,242,868 entitled "System and method for performing high-speed communications over fiber optical networks" to Soto *et al.* ("Soto").

Friskney was filed on June 26, 2002 and published on December 30, 2008.  Therefore, Friskney qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).  Soto was filed on March, 4, 1998, and issued on June 25, 2002.  Therefore, Soto qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) A method of operating a passive optical network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations and | To the extent this preamble is limiting, the combination of Friskney and Soto teaches and/or renders obvious this limitation.  Friskney discloses a method of operating a network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations.  Soto discloses a passive optical network.<br><br>Friskney discloses an optical communications network having optical nodes 10, 12 of FIG. 1.  Data is transmitted between nodes using optical fiber carriers 14.  *See* Friskney, 5:9-13:<br><br>FIG. **1** shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| **'971 Claim Language** | **Prior Art Teachings** |
|---|---|
| | FIG. 1<br><br>Alternatively, to the extent that it is argued that Friskney does not explicitly teach "a passive optical network," it would have been obvious to a POSA to improve the network of Friskney by incorporating passive components in view of the knowledge of the POSA (including the benefits of using a passive network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Soto.<br><br>Soto discloses a passive optical network that transmits data-carrying optical signals from an optical line termination to a plurality of optical network units.  *See* Soto, Abstract. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The performance of a fiber optic network can be measured by the maximum data throughput rate (or information carrying capacity) and the maximum distance between source and destination achievable (or reach). For Passive Optical Networks (PONs) in particular, additional measures of performance are the maximum number of Optical Networking Units (ONUs) and/or Optical Networking Terminals (ONTs) possible on a network and the minimum and maximum distance between the Optical Line Terminator (OLT) and an ONU/ONT. These performance metrics are constrained by, among other things, amplitude degradation and temporal distortions as a result of light traveling through an optical fiber.<br><br>*See* Soto, 2:20-29.<br>between signal bursts on the first optical link. The stored coefficients are retrieved for respective portions of the optical signals that correspond to respective signal sources. The first optical link includes a link in a point-to-multipoint passive optical network. The m-ary modulation format is selected from the group consisting of quadrature amplitude modulation and pulse amplitude modulation. The method includes demodulating a received first data stream and demodulating a second data stream received in the optical signal, and multiplexing the first and second data streams.<br><br>*See* Soto, 2:60-3:8. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | network. The optical network includes a link in a point-to-multipoint passive optical network. The m-ary modulation format is selected from the group consisting of quadrature amplitude modulation and pulse amplitude modulation. The system includes a multiplexer, the modulation block operable to demodulating a received first data stream and a second data stream received in the optical signal, and the multiplexer operable to multiplex the first and second data streams. The system includes a transmission convergence layer block for processing data streams received by the first transceiver, the transmission convergence layer block operable to control the demultiplexing of data streams including control of the multiplexer. The optical network is an optical distribution network. The first transceiver is an optical line terminator. The second and third transceivers are optical network terminals or optical network units. <br><br> *See* Soto, 8:24-44, Fig. 2. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | FIG. **2** illustrates an implementation of a passive optical network (PON) **52**, where the functions described above associated with the first transceiver **100** and the second transceiver **101** of FIG. **1**, are implemented in an optical line terminator (OLT) **150** and one ore more optical networking units (ONU) **155**, and/or optical networking terminals (ONT) **160**, respectively. PON(s) **52** may be configured in either a point-to-point network architecture, wherein one OLT **150** is connected to one ONT **160** or ONU **155**, or a point-to-multipoint network architecture, wherein one OLT **150** is connected to a plurality of ONT(s) **160** and/or ONU(s) **155**. In the implementation shown in FIG. **2**, an OLT **150** is in communication with multiple ONTs/ONUs **160**, **155** via a plurality of optical fibers **152**. The fiber **152** coupling the OLT **150** to the PON **52** is also coupled to other fibers **152** connecting the ONTs/ONUs **160**, **155** by one or more passive optical splitters **157**. All of the optical elements between an OLT and ONTs/ONUs are often referred to as the Optical Distribution Network (ODN). Other alternate network configurations, including alternate implementations of point-to-multipoint networks are also possible. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | <br>FIG. 2<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Soto, which are both directed to optical communication systems, such that the optical communication system of Friskney includes the passive components of Soto to facilitate a passive optical communication network.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising the step of generating an optical signal for transmission over one of the plurality of optical fibers | Friskney discloses this limitation.  In the alternative, Friskney in combination with Soto teaches or renders obvious this limitation.  Friskney and/or Soto discloses the step of generating an optical signal for transmission over one of the plurality of optical fibers. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | Friskney discloses an optical communications network and an optical signal.  Friskney's network includes transmitters.  Transmitters are known by a POSA to generate signals for transmission.  In the context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals.<br><br><br>*FIG. 1*<br><br>Alternatively, to the extent that it is argued that Friskney does not explicitly describe that its transmitters generate an optical signal, it would have been obvious to a POSA to generate an optical signal for transmission over one of the plurality of optical fibers. This would be obvious in to a POSA in light of Friskney and/or the other references cited in these invalidity contentions which disclose this limitation, including Soto.<br><br>Soto describes an OLT that generates an optical signal for transmission over the plurality of fibers. *See* Soto, 2:7-29. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | Aspects of the invention may include one or more of the following features. The method includes determining a second set of coefficients to equalize a portion of an optical signal received over a second optical link. The method includes selecting one of the first or second set of coefficients based on a source of the portion of optical signal being equalized. The portion of the optical signal includes a burst within a time slot of the first optical link. The method includes storing the determined coefficients. The method includes retrieving the stored coefficients for equalizing a second portion of the optical signal corresponding to a portion received from a same source as generated the first portion of the optical signal. The coefficients are retrieved between signal bursts on the first optical link. The stored coefficients are retrieved for respective portions of the optical signals that correspond to respective signal sources. The first optical link includes a link in a point-to-multipoint passive optical network. The m-ary modulation format is selected from the group consisting of quadrature amplitude modulation and pulse amplitude modulation. The method includes demodulating a received first data stream and demodulating a second data stream received in the optical signal, and multiplexing the first and second data streams.<br><br>*See* Soto, 14:22-27, FIG. 16. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  |  FIG. 2 |
|  | It would have been obvious to a POSA to combine the teachings of Friskney and Soto, which are both directed to optical communication systems. |
|  | To the extent this limitation is not explicitly disclosed by Friskney or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) the optical signal including a plurality of signal states, | Friskney discloses this limitation.  Friskney discloses the optical signal including a plurality of signal states. |
|  | Friskney discloses a WDM optical signal.  *See* Friskney, 5:9-13. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | FIG. **1** shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area. <br><br> Friskney also discloses a number of signal states. *See* Friskney, 2:35-57. <br> In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level amplitude shift keying, multiple phase shift keying, or a scheme which combines phase and amplitude modulation, such as quadrature amplitude modulation (QAM), for example 16-QAM and higher orders of QAM. It is noted that 4-QAM may be considered as an example of multiple phase shift keying (as there is not necessarily any amplitude modulation). <br> Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern having a plurality of constellation points, and the transmitter is adaptable to modulate different signals using different numbers of the points of the constellation pattern. In this way, a binary modulation scheme can be implemented by modulating using only two of the constellation points. For example, the transmitter can operate in a first mode using 16-point QAM and in a second mode using binary (e.g. differential) phase shift keying using two of the QAM constellation points. <br><br> Alternatively, to the extent that it is argued that Friskney does not explicitly teach "a plurality of signal states," it would have been obvious to a POSA to improve the network of Friskney by incorporating passive components in view of the knowledge of the POSA and/or the other references cited in these invalidity contentions which disclose this limitation, including Soto. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | Soto discloses equalizing the receive channel for each of a plurality of transmitting sources and selecting an "inner" and "outer" coding state for the receiver channel. *See* Soto, 5:8-28. |

Aspects of the invention may include one or more of the following features. The method includes equalizing the receive channel according to a blind equalization routine. The method includes equalizing the receive channel according to a decision directed equalization routine. The method includes saving and loading coefficients for equalizing the receive channel for each of a plurality of transmitting sources. The method includes saving and loading an inner coding state for the receive channel for each of a plurality of transmitting sources. The method includes saving and loading an outer coding state for the receive channel for each of a plurality of transmitting sources. The method includes excluding one or more failed optical fiber links from the plurality of optical fiber links. The method includes conveying a training sequence for a decision directed equalization routine as part of an in-use communication protocol. A training sequence for a decision directed equalization routine is conveyed as part of the activation process for an optical network terminal or optical network unit. An incorrect connection of an optical fiber link is corrected without having to physically change the connection.

Soto discloses a burst state and a continuous output state. *See* Soto, 6:57-7:32.

First transceiver **100** transmits/receives data to/from the second transceiver **101** in the form of modulated optical light signals of known wavelength via the optical fiber **108**. The transmission mode of the data sent over the optical fiber **108** may be continuous, burst or both burst and continuous modes. Both transceivers **100, 101** may transmit a same wavelength (e.g., the light signals are polarized and the polarization of light transmitted from one of the transceivers is perpendicular to the polarization of the light transmitted by the other transceiver). Alternatively, a single wavelength can be used by both transceivers **100, 101** (e.g., the trans-

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | missions can be made in accordance with a time-division multiplexing scheme or similar protocol).<br><br>In another implementation, wavelength-division multiplexing (WDM) may also be used. WDM is herein defined as any technique by which two optical signals having different wavelengths may be simultaneously transmitted bi-directionally with one wavelength used in each direction over a single fiber. In yet another implementation, dense wavelength-division multiplexing (DWDM) may be used. DWDM is herein defined as any technique by which more than two optical signals having different wavelengths may be simultaneously transmitted bi-directionally with more than one wavelength used in each direction over a single fiber with each wavelength unique to a direction. For example, if wavelength division multiplexing is used, the *first transceiver 100 may transmit data to the second trans-* ceiver **101** utilizing a first wavelength of modulated light conveyed via the fiber **108** and, similarly, the second transceiver **101** may transmit data via the same fiber **108** to the first transceiver **100** utilizing a second wavelength of modulated light conveyed via the same fiber **108**. Because only a single fiber is used, this type of transmission system is commonly referred to as a bi-directional transmission system. Although the fiber optic network illustrated in FIG. **1** includes a first transceiver **100** in communication with a second transceiver **101** via a single fiber **108**, other implementations of fiber optic networks, such as those having a first transceiver in communication with a plurality of transceivers via a plurality of fibers (not shown), may also be used.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(d) each signal state corresponding to a different sequence of bits, | Friskney discloses this limitation.  Friskney discloses that each signal state corresponding to a different sequence of bits.  Friskney discloses a different sequence of bits.<br><br>*See* Friskney, 2:36-39.<br>　　In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level<br><br>*See* Friskney, 6:4-7.<br>　　Broadly, the invention provides an optical communications system using multiple level phase and/or amplitude modulation, with the transmitter being adaptable to provide modulation for different signals using different selections of the multiple levels. The receivers then have a demodulation sys-<br><br>*See* Friskney, 6:17-23.<br>　　The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 9:20-31. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | wherein each transmitter site comprises a transmitter having a modulation system enabling modulation using QAM defined by 16 constellation points, the transmitter being adaptable to provide modulation for different signals for respective ones of the paths using different selections of the 16 constellation points including a first selection of 2 of the points, a second selection of 4 of the points, a third selection of 8 of the points and a fourth selection of all 16 of the points, wherein the transmitter is configured to select the different selections for the respective signals in dependence on relative noise characteristics of the respective paths, and<br><br>*See* Friskney, 9:47-48.<br>    **4**. A system as claimed in claim **1**, wherein the different combinations of the multiple levels provide different bit rates.<br><br>Alternatively, to the extent that it is argued that Friskney does not explicitly teach "each signal state corresponding to a different sequence of bits," it would have been obvious to a POSA that each signal state may utilize a different sequence and/or the other references cited in these invalidity contentions which disclose this limitation, including Soto.<br><br>Soto discloses changing the number of bits per symbol based on M-ary modulation. *See* Soto, 5:55-6:11. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | A system is proposed that provides for high-speed communications over fiber optic networks. The system may include the use of the one or more of the following techniques either individually or in combination: m-ary modulation; channel equalization; demultiplexing across multiple fibers, coding and error correction. M-ary modulation allows for increased data throughput for a given line rate due to an increase in the number of bits per symbol transmitted. Channel equalization reduces the effects of temporal distortions allowing for increased reach. Demultiplexing across multiple fibers allows lower lines rates for a given data throughput rate due to the increased aggregate data throughput from the multiplexing. Coding and error correction allows for a greater selection of qualifying optical components that can be used in the network and complements m-ary modulation and channel equalization for overall system performance improvement as measured by transmit energy per bit. These methods when combined (in part or in total) increase the data throughput and reach for fiber optic networks. For PONs in particular, these methods may increase the number of ONU/ONTs and the distance between OLT and ONU/ONT without increasing the line rate as compared to a conventional communication system of equivalent data throughput.<br><br>*See* Soto, 9:38-59. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | To increase the number of bits per symbol transmitted, m-ary modulation is performed in the MOD **309***a*, **309***b* block. In one implementation, an m-ary modulation method such as Quadrature Amplitude Modulation (QAM), 32-QAM, 256-QAM, Pulse Amplitude Modulation (PAM) or 5-PAM is used. Other m-ary modulation methods can be used. After processing by the MOD **309***a*, **309***b* block, the transmit data is converted to an analog signal by a Digital to Analog Converter (DAC) **310***a*, **310***b*. In one implementation, DAC **310***a*, **310***b* is configured to shape, condition or emphasize the signal for improved transmission performance. The DAC **310***a*, **310***b* passes the transmit data via electrical signals **311***a*, **311***b* to the laser driver (Driver) **312***a*, **312***b* as part of an implementation of TX **134** in an Optical Module **326**. The driver **312***a*, **312***b* drives the Laser Diode (LD) **313***a*, **313***b*, which transmits light in response to transmit data signals received from the driver **312***a*, **312***b*. The light emitted from LD **313***a*, **313***b* is directed into the fibers **314***a*, **314***b* with the aid of a fiber optic interface (not shown). The fiber optic interface may include the necessary components (e.g., filters) to implement WDM or DWDM functions.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) wherein the plurality of signal states and the number of bits in each sequence are increased based on a | Friskney discloses this limitation.  Friskney discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| transmission quality of the optical signal on the one of the plurality of optical fibers. | *See* Friskney, 2:10-34.<br><br>    In this arrangement, an adaptive modulation system is provided, so that different bit rates can be employed for different links. Where the link will support a higher level modulation scheme, more (or all) of the multiple levels can be employed. This results in an increased bit rate, thereby obtaining high capacity from the channel bandwidth. This may be appropriate for short links.<br>    For other links (for example longer links), where a lower level modulation scheme is required to maintain the desired error rate at the receiver, fewer of the multiple levels can be employed, for example a binary modulation scheme may be employed. However, this can be achieved with the same modulation/demodulation hardware. Furthermore, as the receiver has the hardware for the multiple level demodulation, additional information can nevertheless be obtained at the receiver.<br>    The transmitter of the system can thus send signals to different receivers at different reach with different modulation schemes. Similarly, a receiver can receive signals from different transmitters at different reach which have been transmitted with different modulation schemes. Different modulation schemes may also be employed for different channels over the same link, where there are strong frequency-dependent effects which result in some channels being subjected to substantially different noise to others.<br><br>*See* Friskney, 2:46-49.<br><br>    Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern<br><br>*See* Friskney, 6:17-23. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 7:5-19.<br><br>It is well known that some non-linear optical effect are data rate dependent, for example the spreading of optical pulses as a result of chromatic dispersion. The closer pulses are together, the more likely chromatic dispersion is to lead to inter-symbol interference. Therefore, the transmission of multiple lower bit rate channels may be attractive if channel cross talk can be avoided despite the closer channel separation. In some cases, the standard channel separation defined by the ITU grid exceeds that now required to avoid this cross talk.<br><br>One possible approach is therefore to transmit channels on multiple sub-carrier frequencies, thereby providing increased bit rate transmission, whilst using the same single transmitter and receiver hardware. This is attractive when single-carrier transmission is not sufficient for the required data rate.<br><br>*See* Friskney, 8:56-67, 9:1-4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The system of the invention can be configured to auto-discover the optimum transmission rate. This requires a back-channel from the receiver to the transmitter—for example the opposite direction link, the optical service channel or a connection via the network management layer. The receiver then signals to the transmitter whether reception is with an acceptable error rate. This error rate may be evaluated using a Q measurement in the receiver, or for example using the number of errors corrected using the FEC algorithm. This feedback would enable the transmitter to transmit with the most robust modulation scheme and then increase the bit rate until the received error rate passes the acceptability threshold, and then back off to the last acceptably received data rate. Other feedback implementations would of course be possible.<br><br>To the extent that Friskney does not specifically teach increasing the number of bits based on transmission quality, it would be obvious to a POSA to increase bits based on transmission quality based on Soto discloses of altering bits based on maximizing coding for transmission. A POSA would know that transmission quality and transmission distance are related.<br><br>Soto discloses an increase to the number of bits per symbol transmitted performed by the MOD block. Additionally the DeMux block discloses excluding fibers experiencing link failure which is a response to transmission quality. *See* Soto, 8:45-9:59. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

FIG. **3** shows a system block diagram for an implementation of transceiver **100**. The following is a description of the functions and responsibilities that are part of an implementation of the Communication Logic & Memory **131** of transceiver **100**. The Communication Logic & Memory **131** includes an asynchronous or synchronous system transmit (TX) interface **301** and receive (RX) interface **302** that is supported by the TX Path **303** and RX Path **304** blocks. System interfaces can be selected from conventional interfaces including serial, serial XFI, parallel, GMII, XGMII or XAUI or some other interface may be used. TX Path **303** and RX Path **304** blocks manage the TX and RX interfaces **301**, **302** and feed data into and get data from the transmission convergence layer (TC-Layer) block **305**. TX Path **303** and RX Path **304** blocks may perform line code adaptation functions (e.g., line coding used outside the transceiver can be terminated by a TX Path block **303** or sourced by a RX Path block **304** to allow a bit stream, cell and/or packet formatted data to be adapted for processing by a TC-Layer block **305**). The TC-Layer **305** block creates the transport system that the data traffic, management and control agents will exploit. TC-Layer **305** block includes a TC-layer protocol stack such as specified in the ITU G.984 specification

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                 U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | (incorporated herein by reference), IEEE 802.3ah MAC protocol stack specification (incorporated herein by reference) or a derivative thereof. A variety of other protocol stacks may also be used. The TC-Layer **305** block may perform the additional functions of equalizer, coding, queue and demultiplexing management. The TC-Layer **305** block sends transmit data to a DeMux **306** block, which splits the transmitting data into a plurality of data paths (two paths shown in FIG. **3**) for demultiplexing data across multiple fibers. Some implementations need not include DeMux **306** block (and hence do not support demultiplexing data across multiple fibers). DeMux **306** block may demultiplex data across a subset of fibers to exclude fibers experiencing link failure to ensure data throughput. The exclusion of fiber links experiencing failure is controlled by the TC-Layer **305** block as part of the demultiplexing management function. After DeMux **306** block, in one implementation, the transmit paths have analogous processing blocks. In an alternative implementation, independent signal processing is can be supported in each path. FIG. **3** shows two transmit paths, though more can be included. In a transmit path, the transmit data is provided to the outer coder **307***a*, **307***b* block. In one implementation, outer coder **307***a* performs a reed-solomon coding. Other coding methods can be used. The outer coder **307***a*, **307***b* block provides data to the inner coder **308***a*, **308***b* block. In order to improve the energy per bit required to deliver the transmitting data, an inner coder **308***a*, **308***b* is used. Outer coder **307***a*, **307***b* may be used to support forward error correction (FEC) recovery of bit(s) errors. In one implementation, inner coder **308***a*, **308***b* implements a trellis coding method. Other coding methods may be used. Data from the inner coder **308***a*, **308***b* is provided to Modulation (MOD) **309***a*, **309***b* block. Alternatively, in some implementations, the outer coder **307***a*, **307***b* and inner coder **308***a*, **308***b* blocks are not used, and the output of the DeMux **306** block is provided directly to the MOD **309***a*, **309***b* block. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | To increase the number of bits per symbol transmitted, m-ary modulation is performed in the MOD **309a**, **309b** block. In one implementation, an m-ary modulation method such as Quadrature Amplitude Modulation (QAM), 32-QAM, 256-QAM, Pulse Amplitude Modulation (PAM) or 5-PAM is used. Other m-ary modulation methods can be used. After processing by the MOD **309a**, **309b** block, the transmit data is converted to an analog signal by a Digital to Analog Converter (DAC) **310a**, **310b**. In one implementation, DAC **310a**, **310b** is configured to shape, condition or emphasize the signal for improved transmission performance. The DAC **310a**, **310b** passes the transmit data via electrical signals **311a**, **311b** to the laser driver (Driver) **312a**, **312b** as part of an implementation of TX **134** in an Optical Module **326**. The driver **312a**, **312b** drives the Laser Diode (LD) **313a**, **313b**, which transmits light in response to transmit data signals received from the driver **312a**, **312b**. The light emitted from LD **313a**, **313b** is directed into the fibers **314a**, **314b** with the aid of a fiber optic interface (not shown). The fiber optic interface may include the necessary components (e.g., filters) to implement WDM or DWDM functions.<br><br>Soto additionally describes channel equalization by which the PON maximizes traffic bandwidth by minimizing empty slots. This selects the signal state based on transmission quality through weights on received data. *See* Soto, 11:34-65, Fig. 3. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | Channel Equalization<br><br>An implementation for a channel equalization routine executed in the EQ **322a**, **322b** block includes determining coefficients or weights that are applied to the received data to remove undesired information or noise from the received data. Channel equalization can include a training or convergence period in which characteristics of the channel are learned or accounted for and coefficients or weights are adapted before processing the received data. Decision-directed equalization is an equalization method in which a known training sequence is sent during the training period and the receiver/transceiver uses the knowledge of the training sequence to learn about the channel characteristics. The training sequence can be multiplexed within a PON's TC-Layer framing protocol. Blind equalization is a process during which an unknown input data sequence is recovered from the output signal of an unknown channel (i.e., current equalization data for a given channel is unknown or otherwise unavailable).<br><br>One mode of communications used by a PON, e.g., for upstream data traffic (ONU/ONT to OLT direction), is "burst mode" communications. For example, upstream communications on a PON may include a link shared among multiple clients or ONUs/ONTs via time division multiplexing under control by an OLT. The upstream direction is divided into time slots; each time slot includes a defined number of bits. A given ONU/ONT is granted some number of time slots during which to transmit an upstream frame of data to an OLT. The upstream direction uses an orchestrated collection of bursts from the different ONU/ONTs, coordinated by the OLT that tries to maximize upstream traffic bandwidth efficiency by minimizing empty slots. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                     U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  |  FIG. 3 It would have been obvious to a POSA to combine the teachings of Friskney and Soto, which are both directed to optical communication systems.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 15(a) An optical line termination being part of a passive optical network comprising said optical line termination being connected via a plurality of optical fibers to a plurality of network terminations | To the extent this preamble is limiting, the combination of Friskney and Soto teaches and/or renders obvious this limitation. Friskney discloses a method of operating a network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations. Soto discloses a passive optical network. (*See, e.g.*, the corresponding analysis for 1(a) for this preamble).<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(b) wherein the optical line termination is configured to generate an optical signal including a plurality of signal states, | Friskney discloses this limitation. In the alternative, Friskney in combination with Soto teaches or renders obvious this limitation. Friskney and/or Soto discloses wherein the optical line termination is configured to generate an optical signal including a plurality of signal states. (*See, e.g.*, the corresponding analysis for 1(b)-(c)).<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Soto, which are both directed to optical communication systems.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(c) each signal state corresponding to a different sequence of bits, | Friskney discloses this limitation. Friskney discloses that each signal state corresponding to a different sequence of bits. Friskney discloses a different sequence of bits. In the alternative, Friskney in combination with Soto teaches or renders obvious this limitation. (*See, e.g.*, the corresponding analysis for 1(d)).<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | Friskney or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(d) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal of the one of the plurality of optical fibers. | Friskney discloses this limitation.  Friskney discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. In the alternative, Friskney in combination with Soto teaches or renders obvious this limitation. (*See, e.g.*, the corresponding analysis for 1(e)).

To the extent this limitation is not explicitly disclosed by Friskney or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

## U.S. PATENT NO. 7,903,971

The asserted claims of U.S. Patent No. 7,903,971 ("the '971 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,471,903 B1 entitled "Optical Communication System" to Friskney *et al.* ("Friskney"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references, including U.S. Patent No. 6,763,193 entitled "Optical communication system optically combining both baseband and passband signals" to Chand *et al.* ("Chand").

Friskney was filed on June 26, 2002 and published on December 30, 2008. Therefore, Friskney qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e). Chand was filed on November 29, 1999, and issued on July 13, 2004. Therefore, Chand qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) A method of operating a passive optical network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations and | To the extent the preamble is limiting, the combination of Friskney and Chand teaches and/or renders obvious this limitation. Friskney discloses a method of operating a network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations. Chand discloses a passive optical network.<br><br>Friskney discloses an optical communications network having optical nodes 10, 12 of FIG. 1. Data is transmitted between nodes using optical fiber carriers 14. *See* Friskney, 5:9-13:<br><br>FIG. 1 shows a simplified optical communications network comprising first and second optical nodes **10, 12**. Data is transmitted between the nodes **10, 12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| |  FIG. 1 <br><br> Alternatively, to the extent that it is argued that Friskney does not explicitly teach "a passive optical network," it would have been obvious to a POSA to improve the network of Friskney by incorporating passive components in view of the knowledge of the POSA (including the benefits of using a passive network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Chand. <br><br> *See* Chand, 1:42-65. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | FIG. 1A schematically illustrates a baseband system **10** comprising a central office **11** providing optical fiber connections to a plurality of homes **12** and businesses **13**. High power optical signals at single or multiple wavelengths are transmitted over a plurality of access fibers **15A, 15B, 15C** to respective optical power splitters and/or wavelength demultiplexers **16A, 16B, 16C**, and at each power splitter or demultiplexer, e.g., **16B**, the high power signal is divided into a plurality of lower power or separate wavelength signals and transmitted over a respective plurality of end user fibers **17A** and **17B**. These signals are called downstream signals. The downstream signals are typically a digitally modulated baseband series of light pulses centered in the 1.3–1.6 $\mu$m wavelength band. Signals from the end users to the central office, called upstream signals, are typically digitally modulated baseband pulses in the same 1.3–1.6 wavelength band but at different wavelength from the downstream wavelength. They are transmitted in the reverse direction over the same fibers. The upstream signals can be buffered and time division multiplexed for burst transmission at the power splitters, e.g., **16B**. Since this system does not employ any active electronic or photonic component between the central office and the users, it is called a Passive Optical Network (PON). <br><br> *See* Chand, 3:16-47. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | An optical communication system for gracefully combining both baseband and passband signals on a common fiber is described in applicant's U.S. patent application Ser. No. 09/432,936 filed Nov. 3, 1999 and entitled "Optical Communication System Combining Both Baseband and Passband Signals", which is incorporated herein by reference. In this system, the baseband and passband signals are electrically combined, and the combined signal modulates an optical output signal at the Central office. The optical signal can be sent over an optical fiber to a remote power splitter where it is passively power split among a plurality of fibers to respective end users. Within the power budgets of ITU-T G.983.1, this architecture can support the QPSK modulation format that satellite TV uses for class B operation with a PIN diode receiver or class C operation with an APD receiver. For terrestrial transmission of broadcast digital services, most service provider's, such as providers of cable TV, or wireless cable TV (MMDS services), use 64 QAM or higher order modulation. Compared to QPSK, delivery of 64 QAM modulated signal requires about 13 dB more signal to noise ratio in the electrical domain which means 6.5 dBm more optical power at the receiver. Alternatively, the receiver should be at least 6.5 dB more sensitive. Experimental data show that to deliver a 64 QAM modulated passband signal on top of a 155 Mbps baseband signal in class B of G.983.1, an APD based receiver is required. An APD is much more expensive than a PIN diode. The APD operation requires a supply of typically more than 50V with much more complex voltage and temperature stabilization circuitry as compared to a PIN diode that requires less than 5V and much simpler circuitry.<br><br>*See* Chand, 2:4-9. |

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | FIG. **2A** schematically illustrates a passband system **20** comprising a hub **21**, and a plurality of fibers **22A**, **22B**, **22**C connecting the hub to a respective plurality of fiber nodes **23A**, **23**B and **23**C. Each node is connected, as by a plurality of fibers or coaxial cables **24A** and **24B** to a plurality of homes **12** and businesses **13**.<br><br>*See* Chand, FIG. 1A.<br><br><br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Chand, which are both directed to optical communication systems, such that the optical communication system of Friskney includes the passive network of Chand to facilitate a passive optical communication network.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Chand, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | Friskney or Chand so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising the step of generating an optical signal for transmission over one of the plurality of optical fibers | Friskney discloses this limitation.  In the alternative, Friskney in combination with Chand teaches or renders obvious this limitation.  Friskney and/or Chand discloses the step of generating an optical signal for transmission over one of the plurality of optical fibers.<br><br>Friskney discloses an optical communications network and an optical signal.  Friskney's network includes transmitters.  Transmitters are known by a POSA to generate signals for transmission.  In the context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals.<br><br><br>*FIG. 1*<br><br>Alternatively, to the extent that it is argued that Friskney does not explicitly describe that its transmitters generate an optical signal, it would have been obvious to a POSA to improve the transmitters of Friskney by incorporating signal generation capabilities in view of the knowledge of the POSA (including the benefits of signal generation within a network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Chand.<br><br>*See* Chand, 4: 27-38. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | In an exemplary embodiment, an optical communication system comprises a first optical transmitter for generating an optical baseband signal, a second optical transmitter for generating an optical passband signal, an optical power coupler for combining the signals, a length of optical transmission fiber for transmitting the combined optical signal, and one or more receivers optically coupled to the fiber. In an advantageous system, an optical power splitter is optically coupled to the transmission fiber for power splitting the transmitted signal among a plurality of end-user fibers, and, for each user or group of users, an optical receiver is coupled to the user fiber.<br><br>*See* Chand, 5: 12-22.<br><br>laser). The transmitters **40, 41** separately generate optical signals containing the information of their respective input signals. The optical signals are then optically combined in an optical combiner such as an optical power coupler **42**, and the combined optical signal is transmitted to one or more optical receivers **35**. At least one optical receiver **35** can detect and demodulate both the baseband signal and the passband signal. It is contemplated that the transmitters **40,41** will be located at a central office. It is also possible that the electrical to optical conversion of the passband signal may occur deeper in the network, presenting an optical passband signal at the central office.<br><br>*See* Chand, 6:1-9. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | To permit two-way communication with the end user, the transceiver **35** may advantageously include a transmitter laser **54** for receiving electrical signals from the users and generating an optical return signal at wavelength different from the optical input signal. This return signal is presented to the multiplexer **50** and sent back toward the central office by fiber **34**. The input downstream signals are preferably at two spaced apart wavelengths in the 1.48–1.60 $\mu$m range and the output upstream signal is preferably at 1.3 $\mu$m. <br><br> *See* Chand, FIG. 2A. <br><br> FIG. 2A <br><br>  <br><br> It would have been obvious to a POSA to combine the teachings of Friskney and Chand, which are both directed to optical communication systems. <br><br> To the extent this limitation is not explicitly disclosed by Friskney or Chand, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Chand so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(c) the optical signal including a plurality of signal states, | Friskney discloses this limitation. In the alternative, Friskney in combination with Chand teaches or renders obvious this limitation.  Friskney discloses the optical signal including a plurality of signal states. Chand discloses modulation of signal states between various modulation schemes.<br><br>Friskney discloses a WDM optical signal.  *See* Friskney, 5:9-13.<br><br>FIG. **1** shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area.<br><br>Friskney also discloses a number of signal states.  *See* Friskney, 2:35-57.<br><br>In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level amplitude shift keying, multiple phase shift keying, or a scheme which combines phase and amplitude modulation, such as quadrature amplitude modulation (QAM), for example 16-QAM and higher orders of QAM. It is noted that 4-QAM may be considered as an example of multiple phase shift keying (as there is not necessarily any amplitude modulation).<br><br>Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern having a plurality of constellation points, and the transmitter is adaptable to modulate different signals using different numbers of the points of the constellation pattern. In this way, a binary modulation scheme can be implemented by modulating using only two of the constellation points. For example, the transmitter can operate in a first mode using 16-point QAM and in a second mode using binary (e.g. differential) phase shift keying using two of the QAM constellation points. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | *See* Chand, 2:40-48.<br><br>Similar modulation schemes can be based on amplitude modulation of the carriers among a larger number of states. For example if both carriers can be modulated among four amplitudes, the combined output can represent 4×4=16 states, and the modulation is called 16 QAM modulation. Modulation using 8×8=64 states is 64 QAM. With an increasing number of modulation states, the required signal-to-noise ratio also increases.<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Chand, which are both directed to optical communication systems with multiple modulation schemes and signal states.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Chand, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Chand so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) each signal state corresponding to a different sequence of bits, | Friskney discloses this limitation. In the alternative, Friskney in combination with Chand teaches or renders obvious this limitation. Friskney discloses that each signal state corresponding to a different sequence of bits. Chand discloses use of QAM, 16 QAM, 64 QAM, and QPSK modulation schemes where different signal states correspond to a different sequence of bits.<br><br>Friskney discloses a different sequence of bits. *See* Friskney, 2:36-39.<br><br>In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level<br><br>*See* Friskney, 6:4-7. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                  U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | Broadly, the invention provides an optical communications system using multiple level phase and/or amplitude modulation, with the transmitter being adaptable to provide modulation for different signals using different selections of the multiple levels. The receivers then have a demodulation sys-<br><br>*See* Friskney, 6:17-23.<br>    The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 9:20-31.<br>    wherein each transmitter site comprises a transmitter having a modulation system enabling modulation using QAM defined by 16 constellation points, the transmitter being adaptable to provide modulation for different signals for respective ones of the paths using different selections of the 16 constellation points including a first selection of 2 of the points, a second selection of 4 of the points, a third selection of 8 of the points and a fourth selection of all 16 of the points, wherein the transmitter is configured to select the different selections for the respective signals in dependence on relative noise characteristics of the respective paths, and<br><br>*See* Friskney, 9:47-48.<br>    **4.** A system as claimed in claim **1**, wherein the different combinations of the multiple levels provide different bit rates.<br><br>Chand discloses use of a quadrature phase shift keying which uses multiple states with different two bits of information in the carrier signal. *See* Chand, 2: 29-40. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | FIG. **2**C illustrates the simplest case of QAM which occurs when each of the carriers has only two states (e.g. +V and −V). One carrier, is considered the reference carrier and is called the in-phase channel. Its amplitude is represented along the horizontal axis of FIG. **2**(C). The other carrier, 90° out of phase, is called the quadrature channel. Its amplitude is represented along the vertical axis. As can be seen from the diagram, if each carrier has two states (+V, −V), then there are four possible combined outputs, each of which can represent two bits of information: (0,0), (0,1), (1,0), (1,1). This simple modulation scheme is known as quadrature phase shift keying (QPSK).<br><br>Chand discloses use of 64 bit QAM which uses multiple states with different 6 bit per hertz of information in the carrier signal. *See* Chand, 3: 47-58.<br><br>Telecommunication and Cable TV service providers would prefer to use 64 QAM or higher order modulation for broadcast digital services to make use of their existing video infrastructure and to use the bandwidth efficiency of 64 QAM that can deliver up to 6 bits per Hertz as opposed to a maximum of 2 bits per Hertz by QPSK. To deliver 6.5 dBm more optical power for 64 QAM and to remain within the power budgets of ITU-T G983.1 for the baseband signal, there is a need for a different architecture (system) that can combine baseband and passband signals with an even higher level of performance.<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Chand, which are both directed to optical communication systems with various signal states.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Chand, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | Friskney or Chand so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. | Friskney discloses this limitation.  Friskney discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers.<br><br>*See* Friskney, 2:10-34.<br><br>In this arrangement, an adaptive modulation system is provided, so that different bit rates can be employed for different links. Where the link will support a higher level modulation scheme, more (or all) of the multiple levels can be employed. This results in an increased bit rate, thereby obtaining high capacity from the channel bandwidth. This may be appropriate for short links.<br><br>For other links (for example longer links), where a lower level modulation scheme is required to maintain the desired error rate at the receiver, fewer of the multiple levels can be employed, for example a binary modulation scheme may be employed. However, this can be achieved with the same modulation/demodulation hardware. Furthermore, as the receiver has the hardware for the multiple level demodulation, additional information can nevertheless be obtained at the receiver.<br><br>The transmitter of the system can thus send signals to different receivers at different reach with different modulation schemes. Similarly, a receiver can receive signals from different transmitters at different reach which have been transmitted with different modulation schemes. Different modulation schemes may also be employed for different channels over the same link, where there are strong frequency-dependent effects which result in some channels being subjected to substantially different noise to others. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | *See* Friskney, 2:46-49.<br><br>Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern<br><br>*See* Friskney, 6:17-23.<br><br>The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 7:5-19.<br><br>It is well known that some non-linear optical effect are data rate dependent, for example the spreading of optical pulses as a result of chromatic dispersion. The closer pulses are together, the more likely chromatic dispersion is to lead to inter-symbol interference. Therefore, the transmission of multiple lower bit rate channels may be attractive if channel cross talk can be avoided despite the closer channel separation. In some cases, the standard channel separation defined by the ITU grid exceeds that now required to avoid this cross talk.<br><br>One possible approach is therefore to transmit channels on multiple sub-carrier frequencies, thereby providing increased bit rate transmission, whilst using the same single transmitter and receiver hardware. This is attractive when single-carrier transmission is not sufficient for the required data rate.<br><br>*See* Friskney, 8:56-67, 9:1-4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | The system of the invention can be configured to auto-discover the optimum transmission rate. This requires a back-channel from the receiver to the transmitter—for example the opposite direction link, the optical service channel or a connection via the network management layer. The receiver then signals to the transmitter whether reception is with an acceptable error rate. This error rate may be evaluated using a Q measurement in the receiver, or for example using the number of errors corrected using the FEC algorithm. This feedback would enable the transmitter to transmit with the most robust modulation scheme and then increase the bit rate until the received error rate passes the acceptability threshold, and then back off to the last acceptably received data rate. Other feedback implementations would of course be possible. <br><br> To the extent this limitation is not explicitly disclosed by Friskney or Chand, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Chand so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(a) An optical line termination being part of a passive optical network comprising said optical line termination being connected via a plurality of optical fibers to a plurality of network terminations | To the extent this preamble is limiting, the combination of Friskney and Chand teaches and/or renders obvious this limitation.  Friskney discloses an optical line termination being part of an optical network comprising said optical line termination being connected via a plurality of optical fibers to a plurality of network terminations.  Chand discloses a passive optical network. <br><br> Friskney discloses an optical communications network having optical nodes 10, 12 of FIG. 1.  Data is transmitted between nodes using optical fiber carriers 14.  *See* Friskney, 5:9-13: <br><br> FIG. **1** shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>FIG. 1<br><br>Alternatively, to the extent that it is argued that Friskney does not explicitly teach "a passive optical network," it would have been obvious to a POSA to improve the network of Friskney by incorporating passive components in view of the knowledge of the POSA (including the benefits of using a passive network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Chand. (*See*, *e.g.*, the corresponding analysis for 1(a) for this preamble).<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Chand, which are both directed to optical communication systems, such that the optical communication system of Friskney includes the passive components of Chand to facilitate a passive optical communication network.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Chand, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Chand so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(b) wherein the optical line termination is configured to generate an optical signal | Friskney discloses this limitation.  In the alternative, Friskney in combination with Chand teaches or renders obvious this limitation.  Friskney and/or Chand discloses wherein the optical line termination is configured to generate an optical signal including a plurality of signal states. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| including a plurality of signal states, | Friskney discloses an optical communications network and an optical signal.  Friskney's network includes transmitters.  Transmitters are known by a POSA to generate signals for transmission.  In the context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals.<br><br><br>FIG. 1<br><br>Alternatively, to the extent that it is argued that Friskney does not explicitly describe that its transmitters generate an optical signal, it would have been obvious to a POSA to improve the transmitters of Friskney by incorporating signal generation capabilities in view of the knowledge of the POSA (including the benefits of signal generation within a network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Chand. (*See*, *e.g.*, the corresponding analysis for 1(b)).<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Chand, which are both directed to optical communication systems.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Chand, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Chand so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

17

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 15(c) each signal state corresponding to a different sequence of bits, | Friskney discloses this limitation. In the alternative, Friskney in combination with Chand teaches or renders obvious this limitation. Friskney discloses that each signal state corresponding to a different sequence of bits. Chand discloses use of QAM, 16 QAM, 64 QAM, and QPSK modulation schemes where different signal states correspond to a different sequence of bits. (*See, e.g.*, the corresponding analysis for 1(c)).<br><br>*See* Friskney, 2:36-39.<br>    In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level<br><br>*See* Friskney, 6:4-7.<br>    Broadly, the invention provides an optical communications system using multiple level phase and/or amplitude modulation, with the transmitter being adaptable to provide modulation for different signals using different selections of the multiple levels. The receivers then have a demodulation sys-<br><br>*See* Friskney, 6:17-23.<br>    The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 9:20-31. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                           U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | wherein each transmitter site comprises a transmitter having a modulation system enabling modulation using QAM defined by 16 constellation points, the transmitter being adaptable to provide modulation for different signals for respective ones of the paths using different selections of the 16 constellation points including a first selection of 2 of the points, a second selection of 4 of the points, a third selection of 8 of the points and a fourth selection of all 16 of the points, wherein the transmitter is configured to select the different selections for the respective signals in dependence on relative noise characteristics of the respective paths, and<br><br>*See* Friskney, 9:47-48.<br>  **4**. A system as claimed in claim **1**, wherein the different combinations of the multiple levels provide different bit rates.<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Chand, which are both directed to optical communication systems.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Chand, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Chand so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(d) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal of the one of the plurality of optical fibers. | Friskney discloses this limitation.  Friskney discloses wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal of the one of the plurality of optical fibers.<br><br>*See* Friskney, 2:10-34. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | In this arrangement, an adaptive modulation system is provided, so that different bit rates can be employed for different links. Where the link will support a higher level modulation scheme, more (or all) of the multiple levels can be employed. This results in an increased bit rate, thereby obtaining high capacity from the channel bandwidth. This may be appropriate for short links.<br><br>For other links (for example longer links), where a lower level modulation scheme is required to maintain the desired error rate at the receiver, fewer of the multiple levels can be employed, for example a binary modulation scheme may be employed. However, this can be achieved with the same modulation/demodulation hardware. Furthermore, as the receiver has the hardware for the multiple level demodulation, additional information can nevertheless be obtained at the receiver.<br><br>The transmitter of the system can thus send signals to different receivers at different reach with different modulation schemes. Similarly, a receiver can receive signals from different transmitters at different reach which have been transmitted with different modulation schemes. Different modulation schemes may also be employed for different channels over the same link, where there are strong frequency-dependent effects which result in some channels being subjected to substantially different noise to others.<br><br>*See* Friskney, 2:46-49.<br><br>Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern<br><br>*See* Friskney, 6:17-23. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 7:5-19.<br><br>It is well known that some non-linear optical effect are data rate dependent, for example the spreading of optical pulses as a result of chromatic dispersion. The closer pulses are together, the more likely chromatic dispersion is to lead to inter-symbol interference. Therefore, the transmission of multiple lower bit rate channels may be attractive if channel cross talk can be avoided despite the closer channel separation. In some cases, the standard channel separation defined by the ITU grid exceeds that now required to avoid this cross talk.<br><br>One possible approach is therefore to transmit channels on multiple sub-carrier frequencies, thereby providing increased bit rate transmission, whilst using the same single transmitter and receiver hardware. This is attractive when single-carrier transmission is not sufficient for the required data rate.<br><br>*See* Friskney, 8:56-67, 9:1-4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | The system of the invention can be configured to auto-discover the optimum transmission rate. This requires a back-channel from the receiver to the transmitter—for example the opposite direction link, the optical service channel or a connection via the network management layer. The receiver then signals to the transmitter whether reception is with an acceptable error rate. This error rate may be evaluated using a Q measurement in the receiver, or for example using the number of errors corrected using the FEC algorithm. This feedback would enable the transmitter to transmit with the most robust modulation scheme and then increase the bit rate until the received error rate passes the acceptability threshold, and then back off to the last acceptably received data rate. Other feedback implementations would of course be possible.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Chand, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Chand so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-00131-CFC-JLH                    U.S. Patent No. 7,903,971

## U.S. PATENT NO. 7,903,971

The asserted claims of U.S. Patent No. 7,903,971 ("the '971 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,471,903 B1 entitled "Optical Communication System" to Friskney *et al.* ("Friskney"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references, including U.S. Patent No. 6,411,410 entitled "Wavelength-Division Multiplexing In Passive Optical Networks" to Wright *et al.* ("Wright").

Friskney was filed on June 26, 2002 and published on December 30, 2008.  Therefore, Friskney qualifies as prior art under at least pre-AIA 35 U.S.C. § 102(e).  Wright was filed on March, 4, 1998, and issued on June 25, 2002.  Therefore, Wright qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) A method of operating a passive optical network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations and | To the extent the preamble is limiting, the combination of Friskney and Wright teaches and/or renders obvious this limitation.  Friskney discloses a method of operating a network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations.  Wright discloses a passive optical network.<br><br>Friskney discloses an optical communications network having optical nodes 10, 12 of FIG. 1.  Data is transmitted between nodes using optical fiber carriers 14.  *See* Friskney, 5:9-13:<br><br>    FIG. **1** shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>Alternatively, to the extent that it is argued that Friskney does not explicitly teach "a passive optical network," it would have been obvious to a POSA to improve the network of Friskney by incorporating passive components in view of the knowledge of the POSA (including the benefits of using a passive network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Wright.<br><br>Wright discloses a passive optical network that transmits data-carrying optical signals from an optical line termination to a plurality of optical network units.  *See* Wright, Abstract, FIG. 1.<br><br>An optical line termination (OLT) device (**12**) generates a plurality of optical signals having different respective wavelengths (**λ1, λ2**), each optical signal carrying data, and wavelength-division-multiplexes the optical signals. A plurality of optical network units (ONUs **14₁–14₅**) are connected to the OLT device (**12**) by way of a passive optical network (**6**) so as to receive the wavelength-division-multiplexed optical signals. Each ONU (**14**) has a wavelength selection unit operable in dependence upon control information sent from the OLT (**12**) to the ONU (**14**) concerned by way of the passive optical network (**6**) to select one of the optical signals of the plurality, and also has a detector for processing the selected optical signal to derive therefrom the data carried thereby. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | *See* Wright, 1:10-16.<br><br>    FIG. **1** shows a block diagram of parts of a conventional communications network employing a passive optical network (PON). The communications network **1** has an optical line termination unit (OLT) **2** and a plurality of optical network units (ONUs) **4**₁ to **4**₄. The ONUs **4**₁ to **4**₄ are connected to the OLT **2** by a passive optical network **6** which consists of optical fibre links **8** and optical splitters **10**. The<br><br><br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Wright, which are both directed to optical communication systems, such that the optical communication system of Friskney includes the passive components of Wright to facilitate a passive optical communication network.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Wright, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Wright so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising the step of generating an optical signal | Friskney discloses this limitation.  In the alternative, Friskney in combination with Wright teaches or renders obvious this limitation.  Friskney and/or Wright discloses the step of generating an optical signal for transmission over one of the plurality of optical fibers. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| for transmission over one of the plurality of optical fibers | Friskney discloses an optical communications network and an optical signal.  Friskney's network includes transmitters.  Transmitters are known by a POSA to generate signals for transmission.  In the context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals.<br><br><br>FIG. 1<br><br>Alternatively, to the extent that it is argued that Friskney does not explicitly describe that its transmitters generate an optical signal, it would have been obvious to a POSA to improve the transmitters of Friskney by incorporating signal generation capabilities in view of the knowledge of the POSA (including the benefits of signal generation within a network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Wright.<br><br>Wright describes an OLT that generates an optical signal for transmission over the plurality of fibers.  *See* Wright, 9:2-5.<br><br>portion **263**. The transmitters correspond in number to the number N of different available downstream wavelengths λ1 to λN, each transmitter serving to generate an optical signal Si having a different one of those available wavelengths λi.<br><br>*See* Wright, 14:22-27, FIG. 16. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | The OLT **112** of FIG. **15** is of similar construction of the OLT **12** of FIG. **6** (first embodiment) but further includes an additional transmitter **28**C which generates the signalling optical signal SC in dependence upon the wavelength control information supplied thereto by the control information generating portion **261** of the transmission control unit **26**.<br><br><br>FIG. 16<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Wright, which are both directed to optical communication systems.<br><br>To the extent this limitation is not explicitly disclosed by Friskney or Wright, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney or Wright so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) the optical signal including a plurality of signal states, | Friskney discloses this limitation.  Friskney discloses the optical signal including a plurality of signal states.<br><br>Friskney discloses a WDM optical signal.  *See* Friskney, 5:9-13. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | FIG. 1 shows a simplified optical communications network comprising first and second optical nodes 10, 12. Data is transmitted between the nodes 10, 12 as a WDM optical signal on optical fiber carriers 14. Each node includes transmitters and receivers and typically services a local area. |
| | Friskney also discloses a number of signal states. *See* Friskney, 2:35-57. |
| | In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level amplitude shift keying, multiple phase shift keying, or a scheme which combines phase and amplitude modulation, such as quadrature amplitude modulation (QAM), for example 16-QAM and higher orders of QAM. It is noted that 4-QAM may be considered as an example of multiple phase shift keying (as there is not necessarily any amplitude modulation). |
| | Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern having a plurality of constellation points, and the transmitter is adaptable to modulate different signals using different numbers of the points of the constellation pattern. In this way, a binary modulation scheme can be implemented by modulating using only two of the constellation points. For example, the transmitter can operate in a first mode using 16-point QAM and in a second mode using binary (e.g. differential) phase shift keying using two of the QAM constellation points. |
| | To the extent this limitation is not explicitly disclosed by Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                     U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(d) each signal state corresponding to a different sequence of bits, | Friskney discloses this limitation.  Friskney discloses that each signal state corresponding to a different sequence of bits.  Friskney discloses a different sequence of bits.  *See* Friskney, 2:36-39.<br><br>In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level<br><br>*See* Friskney, 6:4-7.<br><br>Broadly, the invention provides an optical communications system using multiple level phase and/or amplitude modulation, with the transmitter being adaptable to provide modulation for different signals using different selections of the multiple levels. The receivers then have a demodulation sys-<br><br>*See* Friskney, 6:17-23.<br><br>The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 9:20-31.<br><br>wherein each transmitter site comprises a transmitter having a modulation system enabling modulation using QAM defined by 16 constellation points, the transmitter being adaptable to provide modulation for different signals for respective ones of the paths using different selections of the 16 constellation points including a first selection of 2 of the points, a second selection of 4 of the points, a third selection of 8 of the points and a fourth selection of all 16 of the points, wherein the transmitter is configured to select the different selections for the respective signals in dependence on relative noise characteristics of the respective paths, and |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | *See* Friskney, 9:47-48.<br><br>**4.** A system as claimed in claim **1**, wherein the different combinations of the multiple levels provide different bit rates.<br><br>To the extent this limitation is not explicitly disclosed by Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. | Friskney discloses this limitation.  Friskney discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers.<br><br>*See* Friskney, 2:10-34. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | In this arrangement, an adaptive modulation system is provided, so that different bit rates can be employed for different links. Where the link will support a higher level modulation scheme, more (or all) of the multiple levels can be employed. This results in an increased bit rate, thereby obtaining high capacity from the channel bandwidth. This may be appropriate for short links.<br><br>For other links (for example longer links), where a lower level modulation scheme is required to maintain the desired error rate at the receiver, fewer of the multiple levels can be employed, for example a binary modulation scheme may be employed. However, this can be achieved with the same modulation/demodulation hardware. Furthermore, as the receiver has the hardware for the multiple level demodulation, additional information can nevertheless be obtained at the receiver.<br><br>The transmitter of the system can thus send signals to different receivers at different reach with different modulation schemes. Similarly, a receiver can receive signals from different transmitters at different reach which have been transmitted with different modulation schemes. Different modulation schemes may also be employed for different channels over the same link, where there are strong frequency-dependent effects which result in some channels being subjected to substantially different noise to others.<br><br>*See* Friskney, 2:46-49.<br><br>Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern<br><br>*See* Friskney, 6:17-23. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 7:5-19.<br>It is well known that some non-linear optical effect are data rate dependent, for example the spreading of optical pulses as a result of chromatic dispersion. The closer pulses are together, the more likely chromatic dispersion is to lead to inter-symbol interference. Therefore, the transmission of multiple lower bit rate channels may be attractive if channel cross talk can be avoided despite the closer channel separation. In some cases, the standard channel separation defined by the ITU grid exceeds that now required to avoid this cross talk.<br>One possible approach is therefore to transmit channels on multiple sub-carrier frequencies, thereby providing increased bit rate transmission, whilst using the same single transmitter and receiver hardware. This is attractive when single-carrier transmission is not sufficient for the required data rate.<br><br>*See* Friskney, 8:56-67, 9:1-4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The system of the invention can be configured to auto-discover the optimum transmission rate. This requires a back-channel from the receiver to the transmitter—for example the opposite direction link, the optical service channel or a connection via the network management layer. The receiver then signals to the transmitter whether reception is with an acceptable error rate. This error rate may be evaluated using a Q measurement in the receiver, or for example using the number of errors corrected using the FEC algorithm.<br><br>This feedback would enable the transmitter to transmit with the most robust modulation scheme and then increase the bit rate until the received error rate passes the acceptability threshold, and then back off to the last acceptably received data rate. Other feedback implementations would of course be possible.<br><br>To the extent this limitation is not explicitly disclosed by Friskney, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Friskney so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| | |
| 15(a) An optical line termination being part of a passive optical network comprising said optical line termination being connected via a plurality of optical fibers to a plurality of network terminations | To the extent the preamble is limiting, the combination of Friskney and Wright teaches and/or renders obvious this limitation.  Friskney discloses an optical line termination being part of an optical network comprising said optical line termination being connected via a plurality of optical fibers to a plurality of network terminations.  Wright discloses a passive optical network.<br><br>Friskney discloses an optical communications network having optical nodes 10, 12 of FIG. 1.  Data is transmitted between nodes using optical fiber carriers 14.  *See* Friskney, 5:9-13: |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | FIG. **1** shows a simplified optical communications network comprising first and second optical nodes **10**, **12**. Data is transmitted between the nodes **10**, **12** as a WDM optical signal on optical fiber carriers **14**. Each node includes transmitters and receivers and typically services a local area.<br><br><br>*FIG. 1*<br><br>Alternatively, to the extent that it is argued that Friskney does not explicitly teach "a passive optical network," it would have been obvious to a POSA to improve the network of Friskney by incorporating passive components in view of the knowledge of the POSA (including the benefits of using a passive network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Wright.<br><br>Wright discloses a passive optical network that transmits data-carrying optical signals from an optical line termination to a plurality of optical network units.  *See* Wright, Abstract, FIG. 1. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | An optical line termination (OLT) device (**12**) generates a plurality of optical signals having different respective wavelengths ($\lambda 1$, $\lambda 2$), each optical signal carrying data, and wavelength-division-multiplexes the optical signals. A plurality of optical network units (ONUs **14$_1$–14$_5$**) are connected to the OLT device (**12**) by way of a passive optical network (**6**) so as to receive the wavelength-division-multiplexed optical signals. Each ONU (**14**) has a wavelength selection unit operable in dependence upon control information sent from the OLT (**12**) to the ONU (**14**) concerned by way of the passive optical network (**6**) to select one of the optical signals of the plurality, and also has a detector for processing the selected optical signal to derive therefrom the data carried thereby.<br><br>*See* Wright, 1:10-16.<br>    FIG. **1** shows a block diagram of parts of a conventional communications network employing a passive optical network (PON). The communications network **1** has an optical line termination unit (OLT) **2** and a plurality of optical network units (ONUs) **4$_1$** to **4$_4$**. The ONUs **4$_1$** to **4$_4$** are connected to the OLT **2** by a passive optical network **6** which consists of optical fibre links **8** and optical splitters **10**. The |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  |  FIG.1 <br><br> It would have been obvious to a POSA to combine the teachings of Friskney and Wright, which are both directed to optical communication systems, such that the optical communication system of Friskney includes the passive components of Wright to facilitate a passive optical communication network. |
| 15(b) wherein the optical line termination is configured to generate an optical signal including a plurality of signal states, | Friskney discloses this limitation.  In the alternative, Friskney in combination with Wright teaches or renders obvious this limitation.  Friskney and/or Wright discloses wherein the optical line termination is configured to generate an optical signal including a plurality of signal states. <br><br> Friskney discloses an optical communications network and an optical signal.  Friskney's network includes transmitters.  Transmitters are known by a POSA to generate signals for transmission.  In the context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| |  FIG. 1 <br><br> Alternatively, to the extent that it is argued that Friskney does not explicitly describe that its transmitters generate an optical signal, it would have been obvious to a POSA to improve the transmitters of Friskney by incorporating signal generation capabilities in view of the knowledge of the POSA (including the benefits of signal generation within a network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Wright.. <br><br> Wright describes an OLT that generates an optical signal for transmission over the plurality of fibers. *See* Wright, 9:2-5. <br><br> portion 263. The transmitters correspond in number to the number N of different available downstream wavelengths λ1 to λN, each transmitter serving to generate an optical signal Si having a different one of those available wavelengths λi. <br><br> *See* Wright, 14:22-27, FIG. 16. <br><br> The OLT 112 of FIG. 15 is of similar construction of the OLT 12 of FIG. 6 (first embodiment) but further includes an additional transmitter 28C which generates the signalling optical signal SC in dependence upon the wavelength control information supplied thereto by the control information generating portion 261 of the transmission control unit 26. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>FIG. 16<br><br>It would have been obvious to a POSA to combine the teachings of Friskney and Wright, which are both directed to optical communication systems. |
| 15(c) each signal state corresponding to a different sequence of bits, | Friskney discloses this limitation.  Friskney discloses that each signal state corresponding to a different sequence of bits.  Friskney discloses different sequence of bits.  *See* Friskney, 2:36-39.<br><br>In this description and claims, the term "multi level" is intended to indicate that each transmission can encode a multi-bit symbol. For example, this may include multi level<br><br>*See* Friskney, 6:4-7.<br><br>Broadly, the invention provides an optical communications system using multiple level phase and/or amplitude modulation, with the transmitter being adaptable to provide modulation for different signals using different selections of the multiple levels. The receivers then have a demodulation sys-<br><br>*See* Friskney, 6:17-23. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted. *See* Friskney, 9:20-31. wherein each transmitter site comprises a transmitter having a modulation system enabling modulation using QAM defined by 16 constellation points, the transmitter being adaptable to provide modulation for different signals for respective ones of the paths using different selections of the 16 constellation points including a first selection of 2 of the points, a second selection of 4 of the points, a third selection of 8 of the points and a fourth selection of all 16 of the points, wherein the transmitter is configured to select the different selections for the respective signals in dependence on relative noise characteristics of the respective paths, and *See* Friskney, 9:47-48. 4. A system as claimed in claim 1, wherein the different combinations of the multiple levels provide different bit rates. |
| 15(d) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal of the one of the plurality of optical fibers. | Friskney discloses this limitation.  Friskney discloses wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal of the one of the plurality of optical fibers. *See* Friskney, 2:10-34. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | In this arrangement, an adaptive modulation system is provided, so that different bit rates can be employed for different links. Where the link will support a higher level modulation scheme, more (or all) of the multiple levels can be employed. This results in an increased bit rate, thereby obtaining high capacity from the channel bandwidth. This may be appropriate for short links.<br><br>For other links (for example longer links), where a lower level modulation scheme is required to maintain the desired error rate at the receiver, fewer of the multiple levels can be employed, for example a binary modulation scheme may be employed. However, this can be achieved with the same modulation/demodulation hardware. Furthermore, as the receiver has the hardware for the multiple level demodulation, additional information can nevertheless be obtained at the receiver.<br><br>The transmitter of the system can thus send signals to different receivers at different reach with different modulation schemes. Similarly, a receiver can receive signals from different transmitters at different reach which have been transmitted with different modulation schemes. Different modulation schemes may also be employed for different channels over the same link, where there are strong frequency-dependent effects which result in some channels being subjected to substantially different noise to others.<br><br>*See* Friskney, 2:46-49.<br>   Thus, the multiple level phase and/or amplitude modulation may comprise QAM, for example 16-point QAM. This enables the bit rate to be increased by a factor of four over binary modulation. The QAM then has a constellation pattern<br><br>*See* Friskney, 6:17-23. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH　　　　　　　　U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The concept of soft decision thresholds will be well known to those skilled in the art. One commonly used error-correction system is convolutional error-correcting coding, with Viterbi decoders used for the decoding operation. The error-correcting code increases the required number of bits to be transmitted.<br><br>*See* Friskney, 7:5-19.<br>　It is well known that some non-linear optical effect are data rate dependent, for example the spreading of optical pulses as a result of chromatic dispersion. The closer pulses are together, the more likely chromatic dispersion is to lead to inter-symbol interference. Therefore, the transmission of multiple lower bit rate channels may be attractive if channel cross talk can be avoided despite the closer channel separation. In some cases, the standard channel separation defined by the ITU grid exceeds that now required to avoid this cross talk.<br>　One possible approach is therefore to transmit channels on multiple sub-carrier frequencies, thereby providing increased bit rate transmission, whilst using the same single transmitter and receiver hardware. This is attractive when single-carrier transmission is not sufficient for the required data rate.<br><br>*See* Friskney, 8:56-67, 9:1-4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The system of the invention can be configured to auto-discover the optimum transmission rate. This requires a back-channel from the receiver to the transmitter—for example the opposite direction link, the optical service channel or a connection via the network management layer. The receiver then signals to the transmitter whether reception is with an acceptable error rate. This error rate may be evaluated using a Q measurement in the receiver, or for example using the number of errors corrected using the FEC algorithm.<br><br>This feedback would enable the transmitter to transmit with the most robust modulation scheme and then increase the bit rate until the received error rate passes the acceptability threshold, and then back off to the last acceptably received data rate. Other feedback implementations would of course be possible. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

## U.S. PATENT NO. 7,903,971

The asserted claims of U.S. Patent No. 7,903,971 ("the '971 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,602,806 entitled "Programmable optical vector modulator and method for use in coherent optical communications" to Spickermann *et al.* ("Spickermann"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references, including U.S. Patent No. 6,411,410 entitled "Wavelength-Division Multiplexing In Passive Optical Networks" to Wright *et al.* ("Wright")

Spickermann was filed on August 30, 2001, and issued on August 1, 2006. Therefore, Spickermann qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b). Wright was filed on March, 4, 1998, and issued on June 25, 2002. Therefore, Wright qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) A method of operating a passive optical network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations and | To the extent that the preamble is limiting, Wright teaches this limitation. Wright discloses a passive optical network.<br><br>Wright discloses a passive optical network that transmits data-carrying optical signals from an optical line termination to a plurality of optical network units. *See* Wright, Abstract, FIG. 1.<br><br>An optical line termination (OLT) device (**12**) generates a plurality of optical signals having different respective wavelengths ($\lambda 1$, $\lambda 2$), each optical signal carrying data, and wavelength-division-multiplexes the optical signals. A plurality of optical network units (ONUs **14_1–14_5**) are connected to the OLT device (**12**) by way of a passive optical network (**6**) so as to receive the wavelength-division-multiplexed optical signals. Each ONU (**14**) has a wavelength selection unit operable in dependence upon control information sent from the OLT (**12**) to the ONU (**14**) concerned by way of the passive optical network (**6**) to select one of the optical signals of the plurality, and also has a detector for processing the selected optical signal to derive therefrom the data carried thereby.<br><br>*See* Wright, 1:10-16.<br>FIG. **1** shows a block diagram of parts of a conventional communications network employing a passive optical network (PON). The communications network **1** has an optical line termination unit (OLT) **2** and a plurality of optical network units (ONUs) **4_1** to **4_4**. The ONUs **4_1** to **4_4** are connected to the OLT **2** by a passive optical network **6** which consists of optical fibre links **8** and optical splitters **10**. The |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>It would have been obvious to a POSA to combine the teachings of Spickermann and Wright, which are both directed to communication systems, such that the communication system of Spickermann includes the passive components of Wright to facilitate a passive optical communication network. it would have been obvious to a POSA to improve the network of Spickermann by incorporating passive components in view of the knowledge of the POSA (including the benefits of using a passive network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Wright.<br><br>To the extent this limitation is not explicitly disclosed by Wright, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Wright so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising the step of generating an optical signal for transmission over one of the plurality of optical fibers | Spickermann discloses this limitation.  In the alternative, Spickermann in combination with Wright teaches or renders obvious this limitation.  Spickermann and/or Wright discloses the step of generating an optical signal for transmission over one of the plurality of optical fibers.<br><br>Spickermann discloses an optical vector modulator for an optical communications network. Spickermann's network includes transmitters.  Transmitters are known by a POSA to generate signals for transmission and Spickermann discloses generating a modulated light output.  In the |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals. *See* Spickermann, Abstract, Fig. 1 <br><br> A transmitter comprising a programmable optical vector modulator and method for coherent optical signal communication. The transmitter includes a transmitter laser whose output is coupled by way of an optical fiber to an amplitude modulator. The output of the amplitude modulator is coupled by way of a length of optical fiber to a phase modulator. The phase modulator generates a modulated light output from the transmitter. Amplitude modulation is achieved by inputting <br><br>  <br><br> Spickermann discloses generating an optical signal on an optical fiber. *See* Spickermann, 3:11-20. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | mable optical vector modulator **10**. The transmitter **10** or programmable optical vector modulator **10** includes a transmitter laser **11**, such as a fiber distributed feedback laser or semiconductor distributed feedback laser, for example. The output of the transmitter laser **11** is coupled by way of an optical fiber **12** to an amplitude modulator **13**. The output of the amplitude modulator is coupled by way of a length of optical fiber **15** into a phase modulator **17** from which emerges modulated light output from the transmitter **10**. The<br><br>Alternatively, to the extent that it is argued that Spickermann does not explicitly describe that its transmitters generate an optical signal, it would have been obvious to a POSA to improve the transmitters of Spickermann by incorporating signal generation capabilities in view of the knowledge of the POSA (including the benefits of signal generation within a network) and/or the other references cited in these invalidity contentions which disclose this limitation, including Wright.<br><br>Wright describes an OLT that generates an optical signal for transmission over the plurality of fibers.  See Wright, 9:2-5.<br>portion **263**. The transmitters correspond in number to the number N of different available downstream wavelengths λ.1 to λN, each transmitter serving to generate an optical signal Si having a different one of those available wavelengths λi.<br><br>See Wright, 14:22-27, FIG. 16.<br>The OLT **112** of FIG. **15** is of similar construction of the OLT **12** of FIG. **6** (first embodiment) but further includes an additional transmitter **28**C which generates the signalling optical signal SC in dependence upon the wavelength control information supplied thereto by the control information generating portion **261** of the transmission control unit **26**. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | <br><br>FIG. 16<br><br>It would have been obvious to a POSA to combine the teachings of Spickermann and Wright, which are both directed to optical communication systems. A POSA would combine the signal state determination for transmission quality as disclosed in Spickermann with the passive optical network disclosed in Wright.<br><br>To the extent this limitation is not explicitly disclosed by Wright or Spickermann, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Wright or Spickermann so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) the optical signal including a plurality of signal states, | Spickermann discloses this limitation.  Spickermann discloses the optical signal including a plurality of signal states.<br><br>Spickermann also discloses a number of signal states.  *See* Spickermann, 5:11-19. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | points can be selected. Moreover, the constellation may be altered virtually instantly to an 8-ary or 4-ary format by changing the programming of the logic **23**, **31**. The density of mesh points is increased by increasing the number of amplitude and phase taps **24**, **32** that the symbol mapping logic **23**, **31** has to work with. For instance, instead of 0 dB, 6 dB, and 12 dB amplitude taps, one could have 0 dB, 6 dB, 12 dB, 18 dB, 24 dB and 30 dB for 6 bits of amplitude resolution, with similar phase taps.<br><br>It would have been obvious to a POSA to combine the teachings of Spickermann and Wright, which are both directed to optical communication systems.<br><br>To the extent this limitation is not explicitly disclosed by Spickermann, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Spickermann so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) each signal state corresponding to a different sequence of bits, | Spickermann discloses this limitation.  Spickermann discloses that each signal state corresponding to a different sequence of bits.  Spickermann discloses a different sequence of bits.<br><br>Spickermann discloses a weighted programmable optical vector modulator with 7 bits per symbol *See* Spickermann, 3:47-56. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | The specific implementation of the weighting **32** of the programmable optical vector modulator **10** shown in FIG. **1** provides three bits of amplitude modulation (allowing eight amplitude levels), and four bits of phase modulation (allowing sixteen phase angles). Each increment of 6 dB of weighting **32** reduces the voltage by an additional compounded factor of ½. More particularly, the transmitter **10** shown in FIG. **1** maps out 7 bits per symbol. FIG. **2** illustrates the available constellation points output by the transmitter **10** shown in FIG. **1**.<br><br>*See* Spickermann, 5:1-19. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | If a geometrical weighting function constellation (such as FIG. **2**) is used with many bits of resolution, a very dense mesh of points is established. The logic **23**, **31** may then be programmed to make a virtually arbitrary constellation. In other words, if there are 4 bits of data per symbol to be transmitted, a constellation is needed with 16 points (16-ary constellation). However, if the weighting scheme establishes a uniformly spaced fine mesh of 512 or 1024 constellation points from which the logic **23**, **31** may be programmed to choose, a practically arbitrary choice of constellations of 16 points can be selected. Moreover, the constellation may be altered virtually instantly to an 8-ary or 4-ary format by changing the programming of the logic **23**, **31**. The density of mesh points is increased by increasing the number of amplitude and phase taps **24**, **32** that the symbol mapping logic **23**, **31** has to work with. For instance, instead of 0 dB, 6 dB, and 12 dB amplitude taps, one could have 0 dB, 6 dB, 12 dB, 18 dB, 24 dB and 30 dB for 6 bits of amplitude resolution, with similar phase taps.<br><br>It would have been obvious to a POSA to combine the teachings of Spickermann and Wright, which are both directed to optical communication systems. A POSA would combine the signal state determination for transmission quality as disclosed in Spickermann with the passive optical network disclosed in Wright.<br><br>To the extent this limitation is not explicitly disclosed by Spickermann, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Spickermann so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(e) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. | Spickermann discloses this limitation.  Spickermann discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers.<br><br>Spickermann discloses measuring the energy of a signal to identify transmission quality *See* Spickermann, Abstract.<br>transmitter laser. The programmability of the vector modulator allows the transmission of an M-ary modulation format that maximizes the data transmission for a given optical dynamic range and bit error rate target. Also, the programmability allows for rapid change in modulation format to maximize data transmission for changes in optical dynamic range and bit error rate target. The M-ary constellation may<br><br>Spickermann discloses modifying bits and symbols based on transmission quality. *See* Spickermann, 1:19-23.<br>have been realized are binary. The present invention provides for a technique for generating arbitrary M-ary constellations. This allows multiple bits/symbol and predistortion of the constellation to compensate for some link non-idealities.<br><br>*See* Spickermann, 2:28-40. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The present invention may be used to maximize the data transmitted over an optical link with varying nonlinearity and varying optical signal to noise ratio. The present invention provides for a technique for generating arbitrary M-ary amplitude and phase state constellations. This allows multiple bits/symbol and/or predistortion of the constellation to compensate for link non-idealities. The programmable nature of the present invention allows the constellation to be changed through the use of software only without any changes in hardware. Thus, the transmitter can maximize the data rate to take full advantage of whatever optical dynamic range is currently available. The transmitter can also vari-<br><br>Spickermann discloses selecting signal states baseed. *See* Spickermann, 1:37-48.<br><br>For example, if on a given day a transmitter is required to transmit on a relatively long link with a low optical signal to noise, Quadrature Phase Shift Keying might be the only choice to achieve the required bit error rate. However, if the next day the transmitter is to transmit on a shorter, higher optical signal to noise ratio link it may be advantageous to switch to 8-ary Phase Shift Keying or a 16-ary format to transmit more data. Another reason to switch to a higher order format is if the traffic changes to a lower quality of service level and more errors can be tolerated; that is, error rate can be traded for more data throughput.<br><br>*See* Spickermann, Fig. 3. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | <br><br>It would have been obvious to a POSA to combine the teachings of Spickermann and Wright, which are both directed to optical communication systems. A POSA would combine the signal state determination for transmission quality as disclosed in Spickermann with the passive optical network disclosed in Wright.<br><br>To the extent this limitation is not explicitly disclosed by Spickermann, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Spickermann so |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(a) An optical line termination being part of a passive optical network comprising said optical line termination being connected via a plurality of optical fibers to a plurality of network terminations | To the extent this preamble is limiting, Wright teaches this limitation. Wright discloses an optical network with passive components such as using a single carrier. (*See, e.g.*, the corresponding analysis for 1(a) for this preamble).<br><br>To the extent this limitation is not explicitly disclosed by Wright, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Wright so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(b) wherein the optical line termination is configured to generate an optical signal including a plurality of signal states, | Spickermann discloses this limitation.  In the alternative, Spickermann in combination with Wright teaches or renders obvious this limitation.  Spickermann and/or Wright discloses wherein the optical line termination is configured to generate an optical signal including a plurality of signal states.  (*See, e.g.*, the corresponding analysis for 1(b)-(c)).<br><br>It would have been obvious to a POSA to combine the teachings of Spickermann and Wright, which are both directed to communication systems and optimizing .<br><br>To the extent this limitation is not explicitly disclosed by Spickermann or Wright, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Spickermann or Wright so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(c) each signal state corresponding to a different sequence of bits, | Spickermann discloses this limitation.  Spickermann discloses that each signal state corresponding to a different sequence of bits.  Spickermann discloses a different sequence of bits. In the alternative, Spickermann in combination with Wright teaches or renders obvious this limitation (*See, e.g.*, the corresponding analysis for 1(d)). |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | To the extent this limitation is not explicitly disclosed by Spickermann, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Spickermann so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(d) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal of the one of the plurality of optical fibers. | Spickermann discloses this limitation.  Spickermann discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. (*See, e.g.*, the corresponding analysis for 1(e)).<br><br>To the extent this limitation is not explicitly disclosed by Spickermann, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Spickermann so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

## U.S. PATENT NO. 7,903,971

The asserted claims of U.S. Patent No. 7,903,971 ("the '971 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,602,806 entitled "Programmable optical vector modulator and method for use in coherent optical communications" to Spickermann *et al.* ("Spickermann"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including U.S. Patent No. 7,242,868 entitled "System and method for performing high-speed communications over fiber optical networks" to Soto et al. ("Soto").

Spickermann was filed on August 30, 2001, and issued on August 1, 2006.  Therefore, Spickermann qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b). Soto was filed on March, 4, 1998, and issued on June 25, 2002.  Therefore, Soto qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                     U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) A method of operating a passive optical network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations and | To the extent this preamble is limiting, Soto teaches and/or renders obvious this limitation. Soto discloses a passive optical network.<br><br>Soto discloses a passive optical network that transmits data-carrying optical signals from an optical line termination to a plurality of optical network units. *See* Soto, Abstract.<br><br>    The performance of a fiber optic network can be measured by the maximum data throughput rate (or information carrying capacity) and the maximum distance between source and destination achievable (or reach). For Passive Optical Networks (PONs) in particular, additional measures of performance are the maximum number of Optical Networking Units (ONUs) and/or Optical Networking Terminals (ONTs) possible on a network and the minimum and maximum distance between the Optical Line Terminator (OLT) and an ONU/ONT. These performance metrics are constrained by, among other things, amplitude degradation and temporal distortions as a result of light traveling through an optical fiber.<br><br>*See* Soto, 2:20-29. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | between signal bursts on the first optical link. The stored coefficients are retrieved for respective portions of the optical signals that correspond to respective signal sources. The first optical link includes a link in a point-to-multipoint passive optical network. The m-ary modulation format is selected from the group consisting of quadrature amplitude modulation and pulse amplitude modulation. The method includes demodulating a received first data stream and demodulating a second data stream received in the optical signal, and multiplexing the first and second data streams.<br><br>*See* Soto, 2:60-3:8.<br><br>network. The optical network includes a link in a point-to-multipoint passive optical network. The m-ary modulation format is selected from the group consisting of quadrature amplitude modulation and pulse amplitude modulation. The system includes a multiplexer, the modulation block operable to demodulating a received first data stream and a second data stream received in the optical signal, and the multiplexer operable to multiplex the first and second data streams. The system includes a transmission convergence layer block for processing data streams received by the first transceiver, the transmission convergence layer block operable to control the demultiplexing of data streams including control of the multiplexer. The optical network is an optical distribution network. The first transceiver is an optical line terminator. The second and third transceivers are optical network terminals or optical network units. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | *See* Soto, 8:24-44, Fig. 2.<br><br>FIG. **2** illustrates an implementation of a passive optical network (PON) **52**, where the functions described above associated with the first transceiver **100** and the second transceiver **101** of FIG. **1**, are implemented in an optical line terminator (OLT) **150** and one ore more optical networking units (ONU) **155**, and/or optical networking terminals (ONT) **160**, respectively. PON(s) **52** may be configured in either a point-to-point network architecture, wherein one OLT **150** is connected to one ONT **160** or ONU **155**, or a point-to-multipoint network architecture, wherein one OLT **150** is connected to a plurality of ONT(s) **160** and/or ONU(s) **155**. In the implementation shown in FIG. **2**, an OLT **150** is in communication with multiple ONTs/ONUs **160**, **155** via a plurality of optical fibers **152**. The fiber **152** coupling the OLT **150** to the PON **52** is also coupled to other fibers **152** connecting the ONTs/ONUs **160**, **155** by one or more passive optical splitters **157**. All of the optical elements between an OLT and ONTs/ONUs are often referred to as the Optical Distribution Network (ODN). Other alternate network configurations, including alternate implementations of point-to-multipoint networks are also possible. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  |  FIG. 2 <br><br> To the extent this limitation is not explicitly disclosed by Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising the step of generating an optical signal for transmission over one of the plurality of optical fibers | Spickermann discloses this limitation.  In the alternative, Spickermann in combination with Soto teaches or renders obvious this limitation.  Spickermann and/or Soto discloses the step of generating an optical signal for transmission over one of the plurality of optical fibers.<br><br>Spickermann discloses an optical vector modulator for an optical communications network. Spickermann's network includes transmitters.  Transmitters are known by a POSA to generate signals for transmission and Spickermann discloses generating a modulated light output.  In the context of an optical communication network, a POSA would know that the transmitter in Figure 1 generates optical signals.  *See* Spickermann, Abstract, Fig. 1 |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                         U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | A transmitter comprising a programmable optical vector modulator and method for coherent optical signal communication. The transmitter includes a transmitter laser whose output is coupled by way of an optical fiber to an amplitude modulator. The output of the amplitude modulator is coupled by way of a length of optical fiber to a phase modulator. The phase modulator generates a modulated light output from the transmitter. Amplitude modulation is achieved by inputting  Spickermann discloses generating an optical signal on an optical fiber. *See* Spickermann, 3:11-20. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | mable optical vector modulator **10**. The transmitter **10** or programmable optical vector modulator **10** includes a trans-mitter laser **11**, such as a fiber distributed feedback laser or semiconductor distributed feedback laser, for example. The output of the transmitter laser **11** is coupled by way of an optical fiber **12** to an amplitude modulator **13**. The output of the amplitude modulator is coupled by way of a length of optical fiber **15** into a phase modulator **17** from which emerges modulated light output from the transmitter **10**. The<br><br>Alternatively, to the extent that it is argued that Spickermann does not explicitly describe that its transmitters generate an optical signal, it would have been obvious to a POSA to generate an optical signal for transmission over one of the plurality of optical fibers. This would be obvious in to a POSA in light of Spickermann and/or the other references cited in these invalidity contentions which disclose this limitation, including Soto.<br><br>Soto describes an OLT that generates an optical signal for transmission over the plurality of fibers. *See* Soto, 2:7-29. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | Aspects of the invention may include one or more of the following features. The method includes determining a second set of coefficients to equalize a portion of an optical signal received over a second optical link. The method includes selecting one of the first or second set of coefficients based on a source of the portion of optical signal being equalized. The portion of the optical signal includes a burst within a time slot of the first optical link. The method includes storing the determined coefficients. The method includes retrieving the stored coefficients for equalizing a second portion of the optical signal corresponding to a portion received from a same source as generated the first portion of the optical signal. The coefficients are retrieved between signal bursts on the first optical link. The stored coefficients are retrieved for respective portions of the optical signals that correspond to respective signal sources. The first optical link includes a link in a point-to-multipoint passive optical network. The m-ary modulation format is selected from the group consisting of quadrature amplitude modulation and pulse amplitude modulation. The method includes demodulating a received first data stream and demodulating a second data stream received in the optical signal, and multiplexing the first and second data streams.<br><br>*See* Soto, 14:22-27, FIG. 16. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>**FIG. 2**<br><br>It would have been obvious to a POSA to combine the teachings of Spickermann and Soto, which are both directed to optical communication systems.<br><br>To the extent this limitation is not explicitly disclosed by Soto or Spickermann, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Soto or Spickermann so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) the optical signal including a plurality of signal states, | Spickermann discloses this limitation.  Spickermann discloses the optical signal including a plurality of signal states.<br><br>Spickermann also discloses a number of signal states.  *See* Spickermann, 5:11-19. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | points can be selected. Moreover, the constellation may be altered virtually instantly to an 8-ary or 4-ary format by changing the programming of the logic **23**, **31**. The density of mesh points is increased by increasing the number of amplitude and phase taps **24**, **32** that the symbol mapping logic **23**, **31** has to work with. For instance, instead of 0 dB, 6 dB, and 12 dB amplitude taps, one could have 0 dB, 6 dB, 12 dB, 18 dB, 24 dB and 30 dB for 6 bits of amplitude resolution, with similar phase taps.<br><br>It would have been obvious to a POSA to combine the teachings of Spickermann and Soto, which are both directed to optical communication systems.<br><br>To the extent this limitation is not explicitly disclosed by Spickermann, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Spickermann so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) each signal state corresponding to a different sequence of bits, | Spickermann discloses this limitation.  Spickermann discloses that each signal state corresponding to a different sequence of bits.  Spickermann discloses a different sequence of bits.<br><br>Spickermann discloses a weighted programmable optical vector modulator with 7 bits per symbol *See* Spickermann, 3:47-56. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The specific implementation of the weighting **32** of the programmable optical vector modulator **10** shown in FIG. **1** provides three bits of amplitude modulation (allowing eight amplitude levels), and four bits of phase modulation (allowing sixteen phase angles). Each increment of 6 dB of weighting **32** reduces the voltage by an additional compounded factor of ½. More particularly, the transmitter **10** shown in FIG. **1** maps out 7 bits per symbol. FIG. **2** illustrates the available constellation points output by the transmitter **10** shown in FIG. **1**.<br><br>*See* Spickermann, 5:1-19. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | If a geometrical weighting function constellation (such as FIG. **2**) is used with many bits of resolution, a very dense mesh of points is established. The logic **23**, **31** may then be programmed to make a virtually arbitrary constellation. In other words, if there are 4 bits of data per symbol to be transmitted, a constellation is needed with 16 points (16-ary constellation). However, if the weighting scheme establishes a uniformly spaced fine mesh of 512 or 1024 constellation points from which the logic **23**, **31** may be programmed to choose, a practically arbitrary choice of constellations of 16 points can be selected. Moreover, the constellation may be altered virtually instantly to an 8-ary or 4-ary format by changing the programming of the logic **23**, **31**. The density of mesh points is increased by increasing the number of amplitude and phase taps **24**, **32** that the symbol mapping logic **23**, **31** has to work with. For instance, instead of 0 dB, 6 dB, and 12 dB amplitude taps, one could have 0 dB, 6 dB, 12 dB, 18 dB, 24 dB and 30 dB for 6 bits of amplitude resolution, with similar phase taps.<br><br>To the extent this limitation is not explicitly disclosed by Spickermann, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Spickermann so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the | Spickermann discloses this limitation. Spickermann discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers.<br><br>Spickermann discloses measuring the energy of a signal to identify transmission quality *See* Spickermann, Abstract. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| optical signal on the one of the plurality of optical fibers. | transmitter laser. The programmability of the vector modulator allows the transmission of an M-ary modulation format that maximizes the data transmission for a given optical dynamic range and bit error rate target. Also, the programmability allows for rapid change in modulation format to maximize data transmission for changes in optical dynamic range and bit error rate target. The M-ary constellation may<br><br>Spickermann discloses modifying bits and symbols based on transmission quality. *See* Spickermann, 1:19-23.<br>have been realized are binary. The present invention provides for a technique for generating arbitrary M-ary constellations. This allows multiple bits/symbol and predistortion of the constellation to compensate for some link non-idealities.<br><br>*See* Spickermann, 2:28-40.<br>    The present invention may be used to maximize the data transmitted over an optical link with varying nonlinearity and varying optical signal to noise ratio. The present invention provides for a technique for generating arbitrary M-ary amplitude and phase state constellations. This allows multiple bits/symbol and/or predistortion of the constellation to compensate for link non-idealities. The programmable nature of the present invention allows the constellation to be changed through the use of software only without any changes in hardware. Thus, the transmitter can maximize the data rate to take full advantage of whatever optical dynamic range is currently available. The transmitter can also vari-<br><br>Spickermann discloses selecting signal states baseed. *See* Spickermann, 1:37-48. |

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | For example, if on a given day a transmitter is required to transmit on a relatively long link with a low optical signal to noise, Quadrature Phase Shift Keying might be the only choice to achieve the required bit error rate. However, if the next day the transmitter is to transmit on a shorter, higher optical signal to noise ratio link it may be advantageous to switch to 8-ary Phase Shift Keying or a 16-ary format to transmit more data. Another reason to switch to a higher order format is if the traffic changes to a lower quality of service level and more errors can be tolerated; that is, error rate can be traded for more data throughput.<br><br>*See* Spickermann, Fig. 3. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                              U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>To the extent this limitation is not explicitly disclosed by Spickermann, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Spickermann so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 15(a) An optical line termination being part of a passive optical network comprising said optical line termination being connected via a plurality of optical fibers to a plurality of network terminations | To the extent this preamble is limiting, Soto teaches this limitation. Soto discloses an optical network with passive components such as using a single carrier. (*See, e.g.*, the corresponding analysis for 1(a) for this preamble).<br><br>To the extent this limitation is not explicitly disclosed by Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(b) wherein the optical line termination is configured to generate an optical signal including a plurality of signal states, | Spickermann discloses this limitation.  In the alternative, Spickermann in combination with Soto teaches or renders obvious this limitation.  Spickermann and/or Soto discloses wherein the optical line termination is configured to generate an optical signal including a plurality of signal states. (*See, e.g.*, the corresponding analysis for 1(b)-(c)).<br><br>It would have been obvious to a POSA to combine the teachings of Spickermann and Soto, which are both directed to communication systems and optimizing .<br><br>To the extent this limitation is not explicitly disclosed by Spickermann or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Spickermann or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(c) each signal state corresponding to a different sequence of bits, | Spickermann discloses this limitation.  Spickermann discloses that each signal state corresponding to a different sequence of bits.  Spickermann discloses a different sequence of bits. In the alternative, Spickermann in combination with Soto teaches or renders obvious this limitation (*See, e.g.*, the corresponding analysis for 1(d)).<br><br>To the extent this limitation is not explicitly disclosed by Spickermann, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Spickermann so |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH                    U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(d) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal of the one of the plurality of optical fibers. | Spickermann discloses this limitation.  Spickermann discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. (*See, e.g.*, the corresponding analysis for 1(e)).<br><br>To the extent this limitation is not explicitly disclosed by Spickermann, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Spickermann so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

## U.S. PATENT NO. 7,903,971

The asserted claims of U.S. Patent No. 7,903,971 ("the '971 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,602,806 entitled "Signaling and coding methods and apparatus for long-range 10 and 100 MBPS ethernet transmission" to Yang et al. ("Yang"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references, including U.S. Patent No. 7,242,868 entitled "System and method for performing high-speed communications over fiber optical networks" to Soto *et al.* ("Soto").

Yang was filed on December 7, 2004, and issued on October 13, 2009.  Therefore, Yang qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).  Soto was filed on March, 4, 1998, and issued on June 25, 2002.  Therefore, Soto qualifies as prior art under at least pre-AIA 35 U.S.C. §§ 102(a), (b).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '971 Claim Language | Prior Art Teachings |
|---|---|
| 1(a) A method of operating a passive optical network comprising an optical line termination being connected via a plurality of optical fibers to a plurality of network terminations and | To the extent this preamble is limiting, Soto teaches and/or renders obvious this limitation. Soto discloses a passive optical network.<br><br>Soto discloses a passive optical network that transmits data-carrying optical signals from an optical line termination to a plurality of optical network units.  *See* Soto, Abstract. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | The performance of a fiber optic network can be measured by the maximum data throughput rate (or information carrying capacity) and the maximum distance between source and destination achievable (or reach). For Passive Optical Networks (PONs) in particular, additional measures of performance are the maximum number of Optical Networking Units (ONUs) and/or Optical Networking Terminals (ONTs) possible on a network and the minimum and maximum distance between the Optical Line Terminator (OLT) and an ONU/ONT. These performance metrics are constrained by, among other things, amplitude degradation and temporal distortions as a result of light traveling through an optical fiber.<br><br>*See* Soto, 2:20-29.<br>between signal bursts on the first optical link. The stored coefficients are retrieved for respective portions of the optical signals that correspond to respective signal sources. The first optical link includes a link in a point-to-multipoint passive optical network. The m-ary modulation format is selected from the group consisting of quadrature amplitude modulation and pulse amplitude modulation. The method includes demodulating a received first data stream and demodulating a second data stream received in the optical signal, and multiplexing the first and second data streams.<br><br>*See* Soto, 2:60-3:8. |

2

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | network. The optical network includes a link in a point-to-multipoint passive optical network. The m-ary modulation format is selected from the group consisting of quadrature amplitude modulation and pulse amplitude modulation. The system includes a multiplexer, the modulation block operable to demodulating a received first data stream and a second data stream received in the optical signal, and the multiplexer operable to multiplex the first and second data streams. The system includes a transmission convergence layer block for processing data streams received by the first transceiver, the transmission convergence layer block operable to control the demultiplexing of data streams including control of the multiplexer. The optical network is an optical distribution network. The first transceiver is an optical line terminator. The second and third transceivers are optical network terminals or optical network units.<br><br>*See* Soto, 8:24-44, Fig. 2. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | FIG. **2** illustrates an implementation of a passive optical network (PON) **52**, where the functions described above associated with the first transceiver **100** and the second transceiver **101** of FIG. **1**, are implemented in an optical line terminator (OLT) **150** and one ore more optical networking units (ONU) **155**, and/or optical networking terminals (ONT) **160**, respectively. PON(s) **52** may be configured in either a point-to-point network architecture, wherein one OLT **150** is connected to one ONT **160** or ONU **155**, or a point-to-multipoint network architecture, wherein one OLT **150** is connected to a plurality of ONT(s) **160** and/or ONU(s) **155**. In the implementation shown in FIG. **2**, an OLT **150** is in communication with multiple ONTs/ONUs **160**, **155** via a plurality of optical fibers **152**. The fiber **152** coupling the OLT **150** to the PON **52** is also coupled to other fibers **152** connecting the ONTs/ONUs **160**, **155** by one or more passive optical splitters **157**. All of the optical elements between an OLT and ONTs/ONUs are often referred to as the Optical Distribution Network (ODN). Other alternate network configurations, including alternate implementations of point-to-multipoint networks are also possible. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| |  FIG. 2 |
| | To the extent this limitation is not explicitly disclosed by Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) comprising the step of generating an optical signal for transmission over one of the plurality of optical fibers | Soto teaches or renders obvious this limitation.  Soto discloses the step of generating an optical signal for transmission over one of the plurality of optical fibers.<br><br>Soto describes an OLT that generates an optical signal for transmission over the plurality of fibers. *See* Soto, 2:7-29. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | Aspects of the invention may include one or more of the following features. The method includes determining a second set of coefficients to equalize a portion of an optical signal received over a second optical link. The method includes selecting one of the first or second set of coefficients based on a source of the portion of optical signal being equalized. The portion of the optical signal includes a burst within a time slot of the first optical link. The method includes storing the determined coefficients. The method includes retrieving the stored coefficients for equalizing a second portion of the optical signal corresponding to a portion received from a same source as generated the first portion of the optical signal. The coefficients are retrieved between signal bursts on the first optical link. The stored coefficients are retrieved for respective portions of the optical signals that correspond to respective signal sources. The first optical link includes a link in a point-to-multipoint passive optical network. The m-ary modulation format is selected from the group consisting of quadrature amplitude modulation and pulse amplitude modulation. The method includes demodulating a received first data stream and demodulating a second data stream received in the optical signal, and multiplexing the first and second data streams.<br><br>*See* Soto, 14:22-27, FIG. 16. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>FIG. 2<br><br>To the extent this limitation is not explicitly disclosed by Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) the optical signal including a plurality of signal states, | Yang discloses this limitation.  Yang discloses the signal including a plurality of signal states. It would be obvious to one of ordinary skill in the art that an optical signal may include a plurality of signal states, especially in the context of selecting signal states as disclosed by Yang.<br><br>Yang discloses a plurality of signal states, NRZ coding with pre-emphasis and PAM4 coding.  *See* Yang, Abstract. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH         U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | includes the long-range capabilities. In operation, the PHY measures the distance to a companion PHY, and if it is within the specification limits, communicates with the companion device in the normal way. If the distance is above the specification limits, the PHY checks to see if the companion PHY is similarly enabled, and if so, switches to a long-range signaling method. In a preferred embodiment, NRZ coding with pre-emphasis on the first bit of two or more bits of the same value is used for a first range exceeding the specification limit, and PAM4 coding is used for a second range exceeding the first range. Various embodiments are disclosed.<br><br>Yang also discloses a number of signal states.  *See* Yang, 3:7-17.<br><br>Blocks **130** and **160** handle the transmit and receive, respectively, of the physical medium attachment (PMA) and the physical medium dependent (PMD) sub-layer functions. These blocks implement functions such as scrambling and de-scrambling, MLT-3 encoding and decoding for 100 Mbps, 1:2 multiplexing and 2:1 multiplexing for 10 and 100 Mbps modes, converting the PCS sub-layer's non-return to zero (NRZ) format data to PMA sub-layer's NRZI format data. It also implements the Far End Fault Indication (FEFI) function that includes the Far End Fault Generate state diagram and Far End Fault Detect state diagram.<br><br>To the extent this limitation is not explicitly disclosed by Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) each signal state corresponding to a different sequence of bits, | Yang discloses this limitation.  Yang discloses that each signal state corresponding to a different sequence of bits.  Yang discloses a different sequence of bits.<br><br>*See* Yang, 2:56-3:6. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | Blocks **120** and **150** handle the transmit and receive functions for both 10 and 100 Mega bits per second (Mbps) transmission. For 10 Mbps, transmission and reception blocks **120** and **150** implement all the functionalities in the physical link signaling (PLS) unit and some of the functionalities in the media access unit (MAU) sub-layer. These include Manchester encoding, Manchester decoding, Input and Data Valid function, Error Sense function, Carrier Sense function, Collision Presence function, Input and Output function, Jabber function, SQE Message Test function, Loop-back function, and Clock and Data Recover function. For 100 Mbps transmission and reception blocks **120** and **150** implement all the functionalities in the physical coding sub-layer (PCS) such as 100BASE-TX, 100BASE-FX and 10/100BASE-LR, including the 4-bit/5-bit (4 b/5 b) encoding/decoding functions. Furthermore, they implement the state diagrams of Transmit Bits, Transmit, Receive Bits, Receive and Carrier Sense. <br><br> *See* Yang, 4:5-19. <br> In high-speed Ethernet, such as 1 Giga bit per second (Gbps) and above, another coding scheme is used, commonly referred to as pulse amplitude modulation, and for short PAM4 or 4PAM. According to this coding scheme a symbol is sent each clock and a symbol consists of two bits at a time. As can be seen in the example signal **260** in FIG. **2**, each symbol, i.e., '00', '01'. '10', and '11', has its unique level in the transmission. This effectively halves the frequency of symbols to achieve the same data rate. While normally PAM4 is used for its superior SNR qualities for high bit rate systems, the inventors have found that applying this coding scheme on 10 and 100 Mbps Ethernet, extends significantly the range in which a 10 Mbps and 100 Mbps systems can operate. Specifically, the delta achieved in signal to noise ratio (SNR), is used to achieve a longer transmission distance. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | To the extent this limitation is not explicitly disclosed by Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) wherein the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. | Yang discloses this limitation.  Yang discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers.<br><br>Yang discloses measuring the energy of a signal to identify transmission quality *See* Yang, 2:47-56.<br><br>transmitting such data over the physical wires. An auto cross-over polarity and energy detector **190** is used to ensure that the polarity of the connectivity corresponds to the correct direction of communication over the twisted pair. This avoids the need to have a separate uplink port, and has become a standard unit in modern PHY implementations. The energy detector provides further indication of the energy provided by a signal received by PHY **110**, and may be further used by the DSP of block **170** as explained in more detail below.<br><br>Yang discloses increasing bits based on transmission quality. *See* Yang, 4:5-19.<br><br>In high-speed Ethernet, such as 1 Giga bit per second (Gbps) and above, another coding scheme is used, commonly referred to as pulse amplitude modulation, and for short PAM4 or 4PAM. According to this coding scheme a symbol is sent each clock and a symbol consists of two bits at a time. As can be seen in the example signal **260** in FIG. **2**, each symbol, i.e., '00', '01'. '10', and '11', has its unique level in the transmission. This effectively halves the frequency of symbols to achieve the same data rate. While normally PAM4 is used for its superior SNR qualities for high bit rate systems, the inventors have found that applying this coding scheme on 10 and 100 Mbps Ethernet, extends significantly the range in which a 10 Mbps and 100 Mbps systems can operate. Specifically, the delta achieved in signal to noise ratio (SNR), is used to achieve a longer transmission distance.<br><br>*See* Yang, Fig. 4. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | <br><br>Fig. 4<br><br>Yang discloses measuring the energy and determining distance traveled for identifying the ideal signal state in response to transmission quality. *See* Yang, 4:65-5:7.<br><br>be transmitted signal. The number of bits and the magnitude of changes in the levels may be determined by the distances between the two link partners which are provided by the DSP |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
|  | of the receiver analog to digital converter (ADC) and equalizer **170**. The pre-emphasis itself is implemented using a finite impulse response (FIR) type filter such as: <br><br> $y(n)=a_0x(n)+a_1x(n-1)+a_2x(n-2)+\ldots+a_kx(n-k)$ <br><br> where y(n) is the output of the pre-emphasis block and x(n) is the input to the pre-emphasis block. <br><br><br> To the extent that Yang does not specifically teach increasing the number of bits based on transmission quality, it would be obvious to a POSA to increase bits based on transmission quality based on Yang which discloses increasing bits based on transmission distance. A POSA would know that transmission quality and transmission distance are related. *See* Yang at 5:39-57. <br><br> A person skilled-in-the-art would appreciate that it would be possible, for example, to enable PAM4 coding and encoding if the transmission originally was detected as requiring only pre-emphasis but still fails to communicate properly. Further, if when NRZ coding with pre-emphasis is called for, it is determined that the other device is not enabled for NRZ coding with pre-emphasis, a check can then be made for possible PAM4 coding enablement of the other device, and if found, both devices switched to PAM4 coding. <br>   Referring to FIG. **5**, there is shown a table of distances comparing the distance advantage of the disclosed invention over prior art solutions. For 10 Mbps data rate the standard requires operation up to the range of 150 meters. By using the PAM4 encoding, the disclosed system is capable of reaching at least a distance of 500 meters. For 100 Mbps data rate the standard 150 meters is extended to at least 200 meters by the use of the disclosed pre-emphasis technique, and to at least 300 meters when PAM4 coding is used. <br><br><br> To the extent this limitation is not explicitly disclosed by Yang, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| | |
| 15(a) An optical line termination being part of a passive optical network comprising said optical line termination being connected via a plurality of optical fibers to a plurality of network terminations | To the extent this preamble is limiting, Soto teaches and/or renders obvious this limitation. Soto discloses a passive optical network. (*See, e.g.*, the corresponding analysis for 1(a) for this preamble). <br><br> To the extent this limitation is not explicitly disclosed by Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(b) wherein the optical line termination is configured to generate an optical signal including a plurality of signal states, | Soto teaches or renders obvious this limitation. Soto discloses wherein the optical line termination is configured to generate an optical signal including a plurality of signal states. (*See, e.g.*, the corresponding analysis for 1(b)-(c)). <br><br> To the extent this limitation is not explicitly disclosed by Yang or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(c) each signal state corresponding to a different sequence of bits, | Yang discloses this limitation.  Yang discloses that each signal state corresponding to a different sequence of bits.  Yang discloses a different sequence of bits. In the alternative, Yang in combination with Soto teaches or renders obvious this limitation. (*See, e.g.*, the corresponding analysis for 1(d)). <br><br> To the extent this limitation is not explicitly disclosed by Yang or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 15(d) wherein the plurality of signal states and the number of bits in each sequence are | Yang discloses this limitation.  Yang discloses that the plurality of signal states and the number of bits in each sequence are increased based on a transmission quality of the optical signal on the one of the plurality of optical fibers. (*See, e.g.*, the corresponding analysis for 1(e)). |

*WSOU Investments, LLC v. Xilinx, Inc.*, Case No. 1:20-cv-01231-CFC-JLH          U.S. Patent No. 7,903,971

| '971 Claim Language | Prior Art Teachings |
|---|---|
| increased based on a transmission quality of the optical signal of the one of the plurality of optical fibers. | To the extent this limitation is not explicitly disclosed by Yang or Soto, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Yang or Soto so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

14

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                        U.S. Patent No. 9,312,838

# EXHIBIT E-1
## U.S. PATENT NO. 9,312,838

The asserted claims of U.S. Patent No. 9,312,838 ("the '838 patent") are anticipated and/or obvious in view of U.S. Patent No. 8,531,222, entitled "PHASE LOCKED LOOP CIRCUIT WITH SELECTABLE FEEDBACK PATHS" to Britton et al. ("Britton"), either alone or in combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Britton was filed on April 4, 2011 and issued on September 10, 2013. Therefore, Britton qualifies as prior art under at least AIA 35 U.S.C. § 102(a)(1) and (a)(2).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '838 Claim Language | Prior Art References |
| --- | --- |
| 1(pre) An apparatus, comprising: | To the extent the preamble is limiting, Britton discloses a device (apparatus) with a phase-locked loop (PLL) circuit.<br><br>*See, e.g.*,<br><br>In accordance with another embodiment of the invention, a device includes a phase locked loop (PLL) circuit, an internal feedback path adapted to pass a clock signal to provide a first input signal to the PLL circuit during a low power operation mode of the device, and a lock detector; an external feedback 60 path comprising at least one external circuit adapted to pass the clock signal to provide a second input signal to the PLL circuit during a normal operation mode of the device; and wherein the lock detector is adapted to: detect a lock between the first input signal and a reference signal during the low 65 power operation mode, wherein the lock indicates that the clock signal is operating at a frequency used during the nor- |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                   U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | mal operation mode, and detect a lock between the second input signal and the reference signal during the normal operation mode.<br><br>Britton, 1:56-2:3.<br><br>To the extent this limitation is not explicitly disclosed by Britton, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Britton so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) first and second clocks operable to generate first and second input clock signals, respectively, wherein the first and second input clock signals are asynchronous in relation to one another; | Britton teaches this limitation.  Britton discloses reference signals ref1 and ref2 (first input clock signal) that are generated by an external clock.  The PLL circuit Britton describes further contains an oscillator 548 that generates a clock signal.  This clock signal is fed back through either an internal or external feedback path as signal fbk1 or fbk2 (second input clock signal).  Because the first and second input clock signals are generated by separate clocks, reference signals ref1 and ref2 need not be synchronous with signals fbk1 and fbk2.<br><br>To the extent Britton does not expressly disclose multiple clocks, Britton teaches that "one or more components" of the invention "may be used to generate one or more clock signals."  Therefore, a POSITA would have been appreciated the use of multiple clocks to generate first and second input clock signals that are asynchronous in relation to one another.<br><br>*See, e.g.,*<br><br>PLL **540** includes a phase frequency detector **542**, a charge pump **544**, a loop filter **546**, an oscillator **548**, dividers **550**, **560**, and **566**, a lock detection block **552**, and multiplexers **554**, **556**, **558**, **562**, and **564**. It will be appreciated that one or more components of PLL **540** may be used to generate one or more clock signals (e.g., one or more signals VCO_CLOCK and pll_out) which may be passed through the internal feedback path as one or more signals PLL internal feedback, or passed through the external feedback path as one or more signals PLL external feedback. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | Britton, 9:49-58.<br><br>Multiplexer **554** may be used to select between a signal PLL internal feedback (e.g., provided by the internal feedback path) and a signal PLL external feedback (e.g., provided by the external feedback path) in response to signal fbk_sel. 60<br>Britton, 9:59-62.<br><br>5  Multiplexer **562** may be used to select between different reference signals **ref1** and **ref2** in response to a signal ref_sel.<br>Britton, 10:4-5. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | <br><br>Britton, Fig. 5.<br><br>To the extent this limitation is not explicitly disclosed by Britton, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Britton so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) a first edge detector configured to receive the first input clock signal, the first | Britton discloses this limitation. According to WSOU's infringement contentions, multiplexers can serve as edge detectors and generate enable signals. Particularly, Britton discloses a multiplexer (a first edge detector) that receives one or more input clock signals (e.g., ref1 and ref2) |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                        U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| edge detector operable to detect a rising edge of the first input clock signal and to generate a first enable signal; | and a select signal (e.g., ref_sel).  Britton discloses that the multiplexer selects one of the two input signals based on the select signal and generates an output signal triggered off the rising edge of the selected input signal.<br><br>*See, e.g.,*<br><br>5    Multiplexer **562** may be used to select between different reference signals ref1 and ref2 in response to a signal ref_sel. Multiplexer **564** may be used to select between a reference signal provided by multiplexer **562** or other reference signals (not shown), used as a dummy multiplexer to match the feedback path, or used to disable the providing of a reference 10  signal to divider **566**.<br>Britton, 10:4-10.<br><br>Also during time period **410**, logic **320** provides a logic high value which is captured by flip flop **322** on the falling 30  edges (e.g., transitions) of signal clock_in. Although falling edge transitions are described, rising edge transitions may be used in other embodiments. Flip flop **322** provides the captured logic high value to transmission gate **324**.<br>Britton, 6:30-32. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                      U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | <br>Britton, Fig. 5.<br><br>To the extent this limitation is not explicitly disclosed by Britton, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Britton so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) a second edge detector configured to receive the second input clock signal, the | Britton discloses multiplexers that serve as edge detectors.  According to WSOU's infringement contentions, multiplexers can serve as edge detectors and generate enable signals.  Particularly, Britton discloses a second edge detector that receives one or more input clock signals (e.g., fbk1 |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| second edge detector operable to detect the rising edge of the second input clock signal and to generate a second enable signal; | and fbk2) and a select signal (e.g., fbk_sel).  Britton discloses that the multiplexer selects one of the two input signals based on the select signal and generates an output signal triggered off the rising edge of the selected input signal.<br><br>*See, e.g.*,<br><br>Multiplexer **554** may be used to select between a signal PLL internal feedback (e.g., provided by the internal feed- 60 back path) and a signal PLL external feedback (e.g., provided by the external feedback path) in response to signal fbk_sel.<br>Britton, 9:59-62. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | <br><br>Britton, Fig. 5.<br><br>To the extent this limitation is not explicitly disclosed by Britton, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Britton so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) a first divider configured to receive the first enable signal and operable to | Britton discloses a first divider configured to receive the first enable signal and operable to generate a first adjusted enable signal. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| generate a first adjusted enable signal based on a first predetermined factor; and | *See, e.g.,*<br><br>5   Multiplexer **562** may be used to select between different reference signals ref**1** and ref**2** in response to a signal ref_sel. Multiplexer **564** may be used to select between a reference signal provided by multiplexer **562** or other reference signals (not shown), used as a dummy multiplexer to match the feedback path, or used to disable the providing of a reference signal to divider **566**.<br>10<br>Britton, 10:4-10. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                          U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| |  FIG. 5 <br><br> Britton, Fig. 5.<br><br>While Britton does not expressly disclose that the divider generates a first adjusted enable signal "based on a first predetermined factor," a POSITA would have understood a divider, such as that disclosed in Britton, to adjust the signal based on a preselected value (typically an integer). Moreover, it would have been obvious to one of ordinary skill in the art to modify Britton so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                      U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| 1(e) a dual clock generator configured to receive the first adjusted enable signal and the second enable signal, and in response operable to generate a reference clock signal and transmit the reference clock signal over a single conductor. | Britton discloses this limitation.  According to WSOU's infringement contentions, blocks PFD to VCO make up a dual clock generator.  Britton discloses a dual clock generator (blocks PFD through VCO) configured to receive the first adjusted enable signal and the second enable signal, and in response operable to generate a reference clock signal (*e.g.*, pll_out) over a single conductor. *See, e.g.*, <br><br> In one embodiment where PLL **540** is implemented in other blocks **350** of FIG. **3**, a signal pll_out from PLL **540** is used to provide signal clock_in identified in FIGS. **3** and **4**. In <br> Britton, 8:64-66. <br><br> PLL **540** includes a phase frequency detector **542**, a charge pump **544**, a loop filter **546**, an oscillator **548**, dividers **550**, **560**, and **566**, a lock detection block **552**, and multiplexers **554**, **556**, **558**, **562**, and **564**. It will be appreciated that one or more components of PLL **540** may be used to generate one or more clock signals (e.g., one or more signals VCO_CLOCK and pll_out) which may be passed through the internal feedback path as one or more signals PLL internal feedback, or passed through the external feedback path as one or more signals PLL external feedback. <br> Britton, 9:49-58. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| |  Britton, Fig. 5.<br><br>To the extent this limitation is not explicitly disclosed by Britton, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Britton so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

**EXHIBIT E-2**
**U.S. PATENT NO. 9,312,838**

The asserted claims of U.S. Patent No. 9,312,838 ("the '838 patent") are anticipated and/or obvious in view of U.S. Patent No. 6,756,822, entitled "PHASE DETECTOR EMPLOYING ASYNCHRONOUS LEVEL-MODE SEQUENTIAL CIRCUITRY" to Alireza S. Kaviani ("Kaviani"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Kaviani was filed on October 31, 2002 and issued on June 29, 2004.  Therefore, Kaviani qualifies as prior art under at least AIA 35 U.S.C. § 102(a)(1) and (a)(2).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '838 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus, comprising: | To the extent the preamble is limiting, Kaviani discloses it.  Kaviani teaches a "phase detector," which is an apparatus. *See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                      U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | SUMMARY OF THE INVENTION<br><br>A phase detector employing asynchronous level-mode sequential circuitry is provided in accordance with one or more aspects of the present invention. The phase detector comprises edge detection circuitry for generating a first edge detection signal and a second edge detection signal. The first edge detection signal is indicative of an edge in a first clock signal, and the second edge detection signal is indicative of an edge in a second clock signal. The phase detector further includes a state machine that is asynchronously responsive to level changes in the first and second edge signals. The state machine generates a control signal indicative of which of the first and second clock signals is leading the other of the first and second clock signals.<br><br>Kaviani, 1:43-55.<br><br>To the extent this limitation is not explicitly disclosed by Kaviani, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kaviani so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) first and second clocks operable to generate first and second input clock signals, respectively, wherein the first and second input clock signals are asynchronous in relation to one another; | Kaviani discloses this limitation.  Kaviani teaches a frequency synthesis circuit 100 that synchronizes clock signal REF_CLK (first input clock signal) with clock signal OSC_CLK (second input clock signal).<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                         U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | FIG. 1 depicts a block diagram of an exemplary frequency synthesis circuit **100** in which the invention is useful. Frequency synthesis circuit **100** includes a frequency divider **102**, a phase detector **104**, an oscillator **106**, and a frequency divider **108**. Frequency synthesis circuit **100** is responsive to an input clock signal REF_CLK (also referred to as a reference clock signal), and generates an output clock signal OSC_CLK (also referred to as an oscillator clock signal). In general, frequency synthesis circuit **100** synchronizes clock signal OSC_CLK with clock signal REF_CLK such that clock signal OSC_CLK includes M cycles for each D cycles of clock signal REF_CLK, where M and D are positive integers. That is, the frequency of clock signal OSC_CLK is M/D times the frequency of clock signal REF_CLK, where the phase of clock signal OSC_CLK is synchronized with clock signal REF_CLK at a time referred to herein as "concurrence". Concurrence is the instant in time when the positive edges (or alternatively, the negative edges) of clock signals REF_CLK and OSC_CLK are (or should be) in phase. Kaviani, 2:37-56. Kaviani further teaches that the frequency circuit comprises a phase detector 104, which compares phase differences between OSC_CLK and REF_CLK. According to WSOU's infringement contentions, a phase detector is equipped to compare two asynchronous signals. Hence, the input clock signals are asynchronous relative to one another. *See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | FIG. 2 depicts a block diagram of an exemplary embodiment of phase detector 104 in accordance with one or more aspects of the invention. Phase detector 104 includes edge detectors $202_R$ and $202_O$, (collectively edge detectors 202), and a lead-lag state machine 204. Phase detector 104 is responsive to clock signal REF_CLK, clock signal OSC_CLK, a concurrence signal REF_CONC, and a concurrence signal OSC_CONC. Phase detector 104 generates a control signal OSC_LEADS_REF. When clock signal OSC_CLK is leading clock signal REF_CLK, control signal OSC_LEADS_REF is driven to the active state. Conversely, when clock signal OSC_CLK is lagging clock signal REF_CLK, control signal OSC_LEADS_REF is driven to the inactive state. Control signal OSC_LEADS_REF may be used to guide oscillator 106 to produce clock signal OSC_CLK having a frequency and phase such that clock signals OSC_CLK and REF_CLK are synchronized. Concurrence signals OSC_CONC and REF_CONC act as gate signals to control the timing of phase comparisons between clock signals REF_CLK and OSC_CLK, as described in more detail below. <br><br> Kaviani, 3:37-57. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                      U.S. Patent No. 9,312,838

| **'838 Claim Language** | **Prior Art References** |
|---|---|
| |  FIG. 1 Kaviani, Fig. 1. To the extent this limitation is not explicitly disclosed by Kaviani, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kaviani so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) a first edge detector configured to receive the first input clock signal, the first edge detector operable to detect a rising edge of the first input clock signal and to generate a first enable signal; | Kaviani discloses this limitation. According to WSOU's infringement contentions, an edge detector can generate enable signals. Kaviani discloses a first edge detector configured to receive clock signal REF_CLK (first input clock signal), detect the positive (rising) edge of the clock signal, and generate edge detection signal REF_EDGE (first enable signal). *See, e.g.,* |

| '838 Claim Language | Prior Art References |
|---|---|
| | FIG. **2** depicts a block diagram of an exemplary embodiment of phase detector **104** in accordance with one or more aspects of the invention. Phase detector **104** includes edge detectors $202_R$ and $202_O$, (collectively edge detectors **202**), and a lead-lag state machine **204**. Phase detector **104** is responsive to clock signal REF_CLK, clock signal OSC_CLK, a concurrence signal REF_CONC, and a concurrence signal OSC_CONC. Phase detector **104** generates a control signal OSC_LEADS_REF. When clock signal OSC_CLK is leading clock signal REF_CLK, control signal OSC_LEADS_REF is driven to the active state. Conversely, when clock signal OSC_CLK is lagging clock signal REF_CLK, control signal OSC_LEADS_REF is driven to the inactive state. Control signal OSC_LEADS_REF may be used to guide oscillator **106** to produce clock signal OSC_CLK having a frequency and phase such that clock signals OSC_CLK and REF_CLK are synchronized. Concurrence signals OSC_CONC and REF_CONC act as gate signals to control the timing of phase comparisons between clock signals REF_CLK and OSC_CLK, as described in more detail below. <br><br> More specifically, edge detector $202_R$ is responsive to clock signal REF_CLK and concurrence signal REF_CONC. Likewise, edge detector $202_O$ is responsive to clock signal OSC_CLK and concurrence signal OSC_CONC. Edge detector $202_R$ generates an edge detection signal REF_EDGE, and edge detector $202_O$ generates an edge detection signal OSC_EDGE. When concurrence signal REF_EDGE is in an active state, edge detector $202_R$ drives edge detection signal REF_EDGE to the active state when the next edge of clock signal REF_CLK arrives. When concurrence signal OSC_EDGE is in the active state, edge detector $202_O$ drives edge detection signal OSC_EDGE to the active state when the next edge of OSC_CLK arrives. In one embodiment, edge detectors **202** detect positive edges of the clock signals. Alternatively, edge detectors **202** may be configured to detect negative edges of the clock signals. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | Kaviani, 3:37-4:6.<br><br><br><br>FIG. 2<br><br>Kaviani, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Kaviani, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kaviani so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) a second edge detector configured to receive the second input clock signal, the second edge detector operable to detect the rising edge of the second input clock signal and | Kaviani discloses this limitation.  According to WSOU's infringement contentions, an edge detector can generate enable signals.  Kaviani discloses a second edge detector configured to receive clock signal OSC_CLK (second input clock signal), detect the positive (rising) edge of the clock signal, and generate edge detection signal OSC_EDGE (first enable signal).<br><br>*See, e.g.,* |

| '838 Claim Language | Prior Art References |
|---|---|
| to generate a second enable signal; | FIG. **2** depicts a block diagram of an exemplary embodiment of phase detector **104** in accordance with one or more aspects of the invention. Phase detector **104** includes edge detectors **202**$_R$ and **202**$_O$, (collectively edge detectors **202**), and a lead-lag state machine **204**. Phase detector **104** is responsive to clock signal REF_CLK, clock signal OSC_CLK, a concurrence signal REF_CONC, and a concurrence signal OSC_CONC. Phase detector **104** generates a control signal OSC_LEADS_REF. When clock signal OSC_CLK is leading clock signal REF_CLK, control signal OSC_LEADS_REF is driven to the active state. Conversely, when clock signal OSC_CLK is lagging clock signal REF_CLK, control signal OSC_LEADS_REF is driven to the inactive state. Control signal OSC_LEADS_REF may be used to guide oscillator **106** to produce clock signal OSC_CLK having a frequency and phase such that clock signals OSC_CLK and REF_CLK are synchronized. Concurrence signals OSC_CONC and REF_CONC act as gate signals to control the timing of phase comparisons between clock signals REF_CLK and OSC_CLK, as described in more detail below.<br><br>More specifically, edge detector **202**$_R$ is responsive to clock signal REF_CLK and concurrence signal REF_CONC. Likewise, edge detector **202**$_O$ is responsive to clock signal OSC_CLK and concurrence signal OSC_CONC. Edge detector **202**$_R$ generates an edge detection signal REF_EDGE, and edge detector **202**$_O$ generates an edge detection signal OSC_EDGE. When concurrence signal REF_EDGE is in an active state, edge detector **202**$_R$ drives edge detection signal REF_EDGE to the active state when the next edge of clock signal REF_CLK arrives. When concurrence signal OSC_EDGE is in the active state, edge detector **202**$_O$ drives edge detection signal OSC_EDGE to the active state when the next edge of OSC_CLK arrives. In one embodiment, edge detectors **202** detect positive edges of the clock signals. Alternatively, edge detectors **202** may be configured to detect negative edges of the clock signals. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                   U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | Kaviani, 3:37-4:6.<br><br><br><br>FIG. 2<br><br>Kaviani, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Kaviani, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kaviani so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) a first divider configured to receive the first enable signal and operable to generate a first adjusted enable signal based on a first predetermined factor; and | Kaviani discloses this limitation, either alone or in combination with the knowledge of a POSITA. Kaviani discloses a frequency divider 102 (first divider) that is responsive to clock signal REF_CLK and divides the frequency of REF_CLK by a selected amount D (first predetermined factor).<br><br>*See, e.g.,* |

| '838 Claim Language | Prior Art References |
|---|---|
| | FIG. **1** depicts a block diagram of an exemplary frequency synthesis circuit **100** in which the invention is useful. Frequency synthesis circuit **100** includes a frequency divider **102**, a phase detector **104**, an oscillator **106**, and a frequency divider **108**. Frequency synthesis circuit **100** is responsive to an input clock signal REF_CLK (also referred to as a reference clock signal), and generates an output clock signal OSC_CLK (also referred to as an oscillator clock signal). In general, frequency synthesis circuit **100** synchronizes clock signal OSC_CLK with clock signal REF_CLK such that clock signal OSC_CLK includes M cycles for each D cycles of clock signal REF_CLK, where M and D are positive integers. That is, the frequency of clock signal OSC_CLK is M/D times the frequency of clock signal REF_CLK, where the phase of clock signal OSC_CLK is synchronized with clock signal REF_CLK at a time referred to herein as "concurrence". Concurrence is the instant in time when the positive edges (or alternatively, the negative edges) of clock signals REF_CLK and OSC_CLK are (or should be) in phase. <br><br> More specifically, frequency divider **202** is responsive to clock signal REF_CLK and divides the frequency of clock signal REF_CLK by a selected amount, D. Phase detector **104** is responsive to output of frequency divider **102**. Phase detector **104** is also responsive to clock signal REF_CLK. Oscillator **106** generates clock signal OSC_CLK, which is coupled to frequency divider **108**. Frequency divider **108** divides the frequency of clock signal OSC_CLK by a selected value, M. Phase detector **104** is also responsive to output of frequency divider **108** and clock signal OSC_CLK. Phase detector **104** compares the phase of clock signal <br><br> Kaviani, 2:37-67. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                           U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | <br><br>FIG. 1<br>Kaviani, Fig. 1.<br><br>To the extent Kaviani expressly discloses only that the divider 102 receives REF_CLK but not REF_EDGE (*i.e.*, to the extent Kaviani discloses that the divider comes before the edge detector 202, rather than after), it would have been obvious to a POSITA to modify Kaviani to place to divider 102 after edge detector 202.  Specifically, a POSITA would have known that, because divider 102 divides by a predetermined amount D, it would make no difference to the result if the divider 102 operated to divide REF_CLK (when placed before the edge detector) or REF_EDGE (when placed after the edge detector). |
| 1(e) a dual clock generator configured to receive the first adjusted enable signal and the second enable signal, and in response operable to generate a reference clock signal and | Kaviani discloses this limitation, either alone or in combination with the knowledge of a POSITA.  Kaviani discloses a phase detector 104 that generates an output signal to provide proper direction for adjusting the frequency of oscillator 106, which is then adjusted such that clock signal OSC_CLK is synchronized with REF_CLK (reference clock signal).  The signal output by phase detector 104 is generated by lead-lag state machine 204 located within the phase detector, which itself is responsive to edge detection signals REF_EDGE (first adjusted enable signal, *see* element |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| transmit the reference clock signal over a single conductor. | 1(d), *supra*) and OSC_EDGE (second enable signal).  According to WSOU's infringement contentions, a phase detector followed by an oscillator can make up a "dual clock generator."  Therefore, phase detector 104 and oscillator 106 together function as a "dual clock generator" that generates a reference clock signal and transmits over a single conductor.<br><br>*See, e.g.,*<br><br>divider **108**. That is, the phase comparison is only performed at the time of concurrence. Phase detector **104** generates an output signal to provide proper direction for adjusting the frequency of oscillator **106**. The frequency of oscillator **106** is adjusted such that clock signal OSC_CLK includes M cycles for D cycles of clock signal REF_CLK.<br>Kaviani, 3:3-8.<br><br>Oscillator **106** may be a voltage controlled oscillator (VCO), a tap-controlled oscillator (TCO), or another well-known oscillator circuit. Oscillator **106** oscillates at a particular frequency guided by phase detector **104** to generate clock signal OSC_CLK. Phase detector **104** incorporates asynchronous level-mode sequential circuitry to correctly detect phase differences between clock signals REF_CLK and OSC_CLK in the presence of jitter. The asynchronous level-mode sequential circuitry results in a phase detector that takes up less area and has better tolerance to mismatch than prior art phase detectors. Moreover, phase detector **104** remains stable between phase detection operations, which is essential for fully-digital clock management systems.<br>Kaviani, 3:17-29. |

| '838 Claim Language | Prior Art References |
|---|---|
| | FIG. **2** depicts a block diagram of an exemplary embodiment of phase detector **104** in accordance with one or more aspects of the invention. Phase detector **104** includes edge detectors **202**$_R$ and **202**$_O$, (collectively edge detectors **202**), and a lead-lag state machine **204**. Phase detector **104** is responsive to clock signal REF_CLK, clock signal OSC_CLK, a concurrence signal REF_CONC, and a concurrence signal OSC_CONC. Phase detector **104** generates a control signal OSC_LEADS_REF. When clock signal OSC_CLK is leading clock signal REF_CLK, control signal OSC_LEADS_REF is driven to the active state. Conversely, when clock signal OSC_CLK is lagging clock signal REF_CLK, control signal OSC_LEADS_REF is driven to the inactive state. Control signal OSC_LEADS_REF may be used to guide oscillator **106** to produce clock signal OSC_CLK having a frequency and phase such that clock signals OSC_CLK and REF_CLK are synchronized. Concurrence signals OSC_CONC and REF_CONC act as gate signals to control the timing of phase comparisons between clock signals REF_CLK and OSC_CLK, as described in more detail below. <br><br>Kaviani, 3:37-57. <br><br><br> Lead-lag state machine **204** is responsive to edge detection signals REF_EDGE and OSC_EDGE. Lead-lag state machine **204** incorporates asynchronous level-mode sequential circuitry. Responsive to edge detection signals REF_EDGE and OSC_EDGE, lead-lag state machine **204** determines which of clock signals REF_CLK and OSC_CLK is leading. If an edge of clock signal OSC_CLK is detected first, lead-lag state machine **204** drives control signal OSC_LEADS_REF to the active state. If an edge of input signal REF_CLK is detected, lead-lag state machine **204** drives control signal OSC_LEADS_REF to the inactive state. <br><br>Kaviani, 4:18-27. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
| --- | --- |
| |  Kaviani, Fig. 1. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  |  Kaviani, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Kaviani, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Kaviani so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

FIG. 2

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

## EXHIBIT E-3
## U.S. PATENT NO. 9,312,838

The asserted claims of U.S. Patent No. 9,312,838 ("the '838 patent") are anticipated and/or obvious in view of U.S. Patent No. 7,471,120, entitled "CLOCK SWITCH FOR GENERATION OF MULTI-FREQUENCY CLOCK SIGNAL" to Wenkwei Lou ("Lou"), either alone or in combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Lou was filed on May 15, 2007 and issued on December 30, 2008. Therefore, Lou qualifies as prior art under at least AIA 35 U.S.C. § 102(a)(1) and (a)(2).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '838 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus, comprising: | To the extent the preamble is limiting, Lou discloses it. *See, e.g.,* Yet another embodiment of the present invention is a system for generating a multi-frequency clock signal. The system includes a first clock source configured to generate a first clock signal, a second clock source configured to generate a second clock signal that has a lower frequency than the first clock signal, and a clock switch circuit. The clock switch Lou, 3:54-59. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | To the extent this limitation is not explicitly disclosed by Lou, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Lou so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) first and second clocks operable to generate first and second input clock signals, respectively, wherein the first and second input clock signals are asynchronous in relation to one another; | Lou discloses this limitation.<br><br>*See, e.g.,*<br><br>Yet another embodiment of the present invention is a system for generating a multi-frequency clock signal. The system includes a first clock source configured to generate a first clock signal, a second clock source configured to generate a second clock signal that has a lower frequency than the first clock signal, and a clock switch circuit. The clock switch<br>Lou, 3:54-59.<br><br>The first and second clock signals may be asynchronous.<br>Lou, 3:37.<br><br>To the extent this limitation is not explicitly disclosed by Lou, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Lou so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) a first edge detector configured to receive the first input clock signal, the first edge detector operable to detect a rising edge of the first | Lou discloses this limitation. Specifically, Lou discloses a first clock selection circuit (a first edge detector) configured to receive the first input clock signal and generate a first clock selection signal (a first enable signal) based on the state of the first input clock signal. Lou further discloses generating the first clock selection signal by latching the clock selection signal on the rising edge of the first input clock signal. |

2

| '838 Claim Language | Prior Art References |
|---|---|
| input clock signal and to generate a first enable signal; | *See, e.g.*,<br><br>     Yet another embodiment of the present invention is a system for generating a multi-frequency clock signal. The system includes a first clock source configured to generate a first clock signal, a second clock source configured to generate a second clock signal that has a lower frequency than the first clock signal, and a clock switch circuit. The clock switch circuit includes a first clock selection circuit, a second clock selection circuit, and a clock selection multiplexer. The first clock selection circuit is configured to receive the first clock signal, a clock selection signal, and a feedback signal from a second clock selection circuit and to generate a first clock selection signal based on the state of the first clock signal, the clock selection signal, and the feedback signal. The second<br>Lou, 3:61-66.<br><br>     Generating the first clock selection signal may include gating the propagation of the clock selection signal based on the state of the feedback signal, latching the clock selection signal on a rising edge of the first clock signal, and/or latching the clock selection signal on a falling edge of the first clock signal.<br>Lou, 3:2-7. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | Generating the second clock selection signal may include latching the clock selection signal on a rising edge of the second clock signal and/or latching the clock selection signal 10 on a falling edge of the second clock signal. In an embodiment Lou, 3:8-11.<br><br>To the extent this limitation is not explicitly disclosed by Lou, it is inherent or obvious.  Moreover, it would have been obvious to one of ordinary skill in the art to modify Lou so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) a second edge detector configured to receive the second input clock signal, the second edge detector operable to detect the rising edge of the second input clock signal and to generate a second enable signal; | Lou discloses this limitation.  Specifically, Lou discloses a second clock selection circuit (a second edge detector) configured to receive the second input clock signal and generate a second clock selection signal (a second enable signal) based on the state of the second input clock signal.  Lou further discloses generating the second clock selection signal by latching the clock selection signal on the rising edge of the second input clock signal.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                     U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
| --- | --- |
|  | Yet another embodiment of the present invention is a system for generating a multi-frequency clock signal. The system includes a first clock source configured to generate a first clock signal, a second clock source configured to generate a second clock signal that has a lower frequency than the first clock signal, and a clock switch circuit. The clock switch circuit includes a first clock selection circuit, a second clock selection circuit, and a clock selection multiplexer. The first clock selection circuit is configured to receive the first clock signal, a clock selection signal, and a feedback signal from a second clock selection circuit and to generate a first clock selection signal based on the state of the first clock signal, the clock selection signal, and the feedback signal. The second clock selection circuit is configured to receive the second clock signal and the clock selection signal and to generate a second clock selection signal based only on the state of the second clock signal and the clock selection signal. The clock Lou, 3:66-4:3.<br><br>To the extent this limitation is not explicitly disclosed by Lou, it is inherent or obvious.  Moreover, it would have been obvious to one of ordinary skill in the art to modify Lou so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) a first divider configured to receive the first enable signal and operable to | To the extent this limitation is not explicitly disclosed by Lou, it is inherent or obvious.  Moreover, it would have been obvious to one of ordinary skill in the art to modify Lou so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

| '838 Claim Language | Prior Art References |
|---|---|
| generate a first adjusted enable signal based on a first predetermined factor; and | |
| 1(e) a dual clock generator configured to receive the first adjusted enable signal and the second enable signal, and in response operable to generate a reference clock signal and transmit the reference clock signal over a single conductor. | Lou discloses this limitation. Lou teaches an improved clock switch with a multiplexer configured to receive a first input clock signal, a second input clock signal, a first clock selection signal (a first adjusted enable signal) and a second clock selection signal (a second enable signal) and generate a multi-frequency clock signal (a reference clock signal) to transmit on a clock output line (a single conductor).<br><br>*See, e.g.,*<br><br>The present invention provides an improved clock switch that multiplexes two clock signals to generate a multi-frequency clock signal in a manner that avoids glitches on the clock output line and meta-stable states within the switch. In one aspect of the present invention, the clock switch does not include a cross-coupled feedback loop, thus rendering the clock switch more test-friendly and avoiding potential race conditions in the switch. In a further aspect of the present invention, the clock switch is useable with asynchronous clock sources having a variety of different clock frequencies and phases.<br><br>Lou, 2:38-48. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | 60 ==The first clock signal, the second clock signal, the first clock selection signal and the second clock selection signal are received in a multiplexer.== The multiplexer passes either the first clock signal or the second clock signal to a clock output based on the state of the first clock selection signal and the 65 second clock selection signal. In accordance with the foregoing method, the first clock signal has a higher frequency than the second clock signal.<br><br>Lou, 2:60-67.<br><br>To the extent this limitation is not explicitly disclosed by Lou, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Lou so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

## EXHIBIT E-4
## U.S. PATENT NO. 9,312,838

The asserted claims of U.S. Patent No. 9,312,838 ("the '838 patent") are anticipated and/or obvious in view of U.S. Patent Application Publication No. 2009/0289667, entitled "CLOCK GENERATION USING A FRACTIONAL PHASE DETECTOR" to Novellini et al. ("Novellini"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Novellini was filed on May 22, 2008 and published on November 26, 2009.  Therefore, Novellini qualifies as prior art under at least AIA 35 U.S.C. § 102(a)(1) and (a)(2).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '838 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus, comprising: | To the extent the preamble is limiting, Novellini discloses it.  Novellini discloses circuits that generate one or more output clock signals from an input signal, which constitute an "apparatus."  *See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                          U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | **[0007]** Various embodiments of the invention provide circuits that generate one or more output clock signals from an input signal. The input signal has transitions derived from the transitions of an original clock signal having a frequency that differs from the frequency of an output clock signal. The frequency of the output clock signal is a product from multiplying the frequency for the input signal and an integer ratio. The circuit includes an accumulator, a fractional phase detector, and a loop filter. The accumulator periodically adds a numerical offset value to a numerical phase value. The output clock signal is generated from this numerical phase value. Novellini, ¶ [0007].<br><br>To the extent this limitation is not explicitly disclosed by Novellini, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Novellini so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) first and second clocks operable to generate first and second input clock signals, respectively, wherein the first and second input clock signals are asynchronous in relation to one another; | Novellini discloses this limitation.  Novellini discloses a circuit with an input clock signal on line 204 (first input clock signal) and a high-frequency input clock signal on line 212 (second input clock signal).  These signals are derived from independent sources (first and second clocks) and are asynchronous in relation to one another.<br><br>*See, e.g.,* |

2

| '838 Claim Language | Prior Art References | |
|---|---|---|
| | [0020]   Transition detector **214** of fractional phase detector **206** detects transitions of the input clock signal on line **204**. In one embodiment, the high-frequency clock signal on line **212** and the input clock signal on line **204** are asynchronous clock signals derived from independent sources, and transition detector **214** additionally provides a synchronizer for synchronizing signal **204** with the clock domain of the high-frequency clock signal on line **212**. Thus, the high-frequency clock signal on line **212** can cause register **216** to sample during a transition of the input clock signal on line **204**, such that the output of register **216** is metastable. However, tran- Novellini, ¶ [0020]. | |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  |  Novellini, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Novellini, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Novellini so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) a first edge detector configured to receive the first input clock signal, the first | Novellini discloses this limitation.  Novellini discloses a transition detector 214 configurable to detect rising transitions of the input clock signal on line 204 (first edge detector configured to receive the first input clock signal and operable to detect a rising edge of the first input clock |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| edge detector operable to detect a rising edge of the first input clock signal and to generate a first enable signal; | signal).  According to WSOU's infringement contentions, an edge detector can generate enable signals.  Therefore, the output of transition detector 214 is a first enable signal.<br><br>*See, e.g.,*<br><br>[0021]   Transition detector **214** is configurable to detect rising transitions and/or falling transitions of the input clock signal on line **204**. If configuration register **220** is set to a high value, then gate **222** outputs a single cycle of an asserted value for each rising transition of the input clock signal on line **204**. Similarly, if configuration register **224** is set to a high value, then gate **226** outputs a single cycle of an asserted value for each falling transition of the input clock signal on line **204**. Gate **228** combines any asserted values from gates **222** and **226**. Thus, transition detector **214** is configurable to detect only rising transitions, only falling transitions, or both rising and falling transitions, based on the values stored in configuration registers **220** and **224**.<br>Novellini, ¶ [0021]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | <br><br>Novellini, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Novellini, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Novellini so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) a second edge detector configured to receive the second input clock signal, the | Novellini discloses this limitation in combination with the knowledge of a POSITA.  As discussed in relation to claim 1(b), *supra*, Novellini discloses a transition detector 214 that is a first edge detector.  To the extent Novellini does not expressly disclose a second edge detector, it would have |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| second edge detector operable to detect the rising edge of the second input clock signal and to generate a second enable signal; | been obvious to a POSITA merely to implement a second transition detector (second edge detector) configured to receive the second input clock signal and generate a second enable signal. *See, e.g.*, *In re Theresa*, 720 F. App'x 634, 637-38 (Fed. Cir. 2018) (affirming that it was "common and well known in the [art] to provide a plurality of parts for a system" by merely duplicating a part); *In re Abrahamsen*, 53 F.2d 893, 894 (C.C.P.A. 1931) ("However, the use of two such blades would readily suggest itself to the mechanic. It is a mere duplication of parts, and this has been uniformly held to be not patentable."); *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 417 (2007) (obvious where the "two in combination" "did not create some new synergy"). |
| 1(d) a first divider configured to receive the first enable signal and operable to generate a first adjusted enable signal based on a first predetermined factor; and | Novellini discloses this limitation.  Novellini discloses that the output clock signal on line 202 has a frequency that multiplies the frequency of input clock signal on line 204 by a ratio of N/M of integers N and M.  In particular, Novellini discloses a counter 230 "M" (first divider) that receives the signal output from transition detector 214 and counts the transitions.  The output of counter 230 "M" is a first adjusted enable signal based on a first predetermined factor ("M").  *See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | [0023]   The output clock signal on line 202 has a frequency that multiplies the frequency of the input clock signal on line 204 by a ratio N/M of integers N and M. Thus, the time interval for M cycles of the input clock signal on line 204 matches the time interval for N cycles of the output clock signal on line 202. In one embodiment, the input and output clock signals ideally have simultaneous rising transitions at the beginning of each of these matching intervals. For the rising transition of the input clock signal at the beginning of each matching interval, the ideal phase difference between the input clock signal on line 204 and the output clock signal on line 202 is a phase difference of zero. Within each matching interval, the M rising transitions of the input clock signal on line 204 each similarly have an ideal phase difference relative to the output clock signal on line 202. <br><br> [0024]   Counter 230 counts transitions of the input clock signal on line 204. In one embodiment, counter 230 counts rising transitions modulo M and the value of counter 230 specifies the current rising transition within the current matching interval. A count value of zero specifies that the current rising transition is the rising transition at the beginning of a new matching interval. Table 232 includes corresponding phase compensation values for each possible value of the count from counter 230. For example, value 234 is a phase compensation value of zero for the count value of zero. The values in table 232 are readily calculated in advance from the values of M and N. <br> Novellini, ¶¶ [0023]-[0024]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| |  Novellini, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Novellini, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Novellini so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) a dual clock generator configured to receive the first | Novellini discloses this limitation, either alone or in combination with the knowledge of a POSITA. Novellini discloses an adder 236 that digitally adds the phase compensation value 238 |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                          U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| adjusted enable signal and the second enable signal, and in response operable to generate a reference clock signal and transmit the reference clock signal over a single conductor. | for the current value c of counter 230 to the feedback phase value on line 240. Novellini further discloses a generator 244 (dual clock generator) that generates an output clock signal on line 202 (reference clock signal transmitted over a single conductor) from the feedback phase value on line 240.<br><br>*See, e.g.,*<br><br>[0025]  Adder **236** digitally adds the phase compensation value **238** for the current value c of counter **230** to the feedback phase value on line **240**. This addition adjusts the feedback phase value on line **240** to create a phase error value on line **242**. After achieving synchronization between the output clock signal on line **202** and the input clock signal on line **204**, the nominal phase error value on line **242** is a value of zero. For each detected transition of the input clock signal on line **204**, fractional phase detector **206** generates a phase error |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                           U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | value on line **242** that specifies the phase of the detected transition relative to the phase of the output clock signal on line **202**. <br> **[0026]**   Generator **244** generates the output clock signal on line **202** from the feedback phase value on line **240**. In one embodiment, the feedback phase value on line **240** is a binary fractional value, and generator **244** extracts the most significant bit of this binary fractional value to produce the output clock signal on line **202**. In another embodiment, generator **244** generates a plurality of multi-phase clock signals. Note that generator **244** is shown in FIG. **2** as being included in fractional phase detector **206**, for clarity. However, generator **244** can be implemented as a circuit separate from fractional phase detector **206**, if desired. <br> Novellini, ¶¶ [0025]-[0026]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  |  Novellini, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Novellini, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Novellini so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                                     U.S. Patent No. 9,312,838

### EXHIBIT E-5
### U.S. PATENT NO. 9,312,838

The asserted claims of U.S. Patent No. 9,312,838 ("the '838 patent") are anticipated and/or obvious in view of U.S. Patent Application Publication No. 2010/0123492, entitled "CONTROL APPARATUS AND CLOCK SYNCHRONIZING METHOD" to Ken Atsumi ("Atsumi"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Atsumi was filed on October 30, 2009 and issued on May 20, 2010.  Therefore, Atsumi qualifies as prior art under at least AIA 35 U.S.C. § 102(a)(1) and (a)(2).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '838 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus, comprising: | To the extent the preamble is limiting, Atsumi discloses it.  Atsumi teaches a control apparatus that performs control to synchronize an output clock signal with an input clock signal.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                                 U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | **[0033]**  According to an aspect of the invention, a control apparatus that performs control to synchronize an output clock signal with an input clock signal includes a counting part that counts a phase difference between the input clock signal and the output clock signal, an extracting part that extracts a count value indicating, of phase differences counted by the counting part, a phase difference within a certain range, and a clock generating part that generates the output clock signal, the clock generating part being capable of controlling a frequency of the output clock signal on the basis of the extracted count value indicating the phase difference within the certain range.<br><br>Atsumi, ¶ [0033].<br><br>To the extent this limitation is not explicitly disclosed by Atsumi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Atsumi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) first and second clocks operable to generate first and second input clock signals, respectively, wherein the first and second input clock signals are asynchronous in relation to one another; | Atsumi discloses this limitation.  Atsumi discloses a clock signal output from oscillator 3 and then input to the phase comparator 1 (FB input clock signal; first input clock signal) and a clock signal extracted from an external line (REF input clock signal; second input clock signal).  According to WSOU's infringement contentions, a phase comparator is equipped to compare two asynchronous signals (i.e., two signals with variable phase and frequency difference).  Hence, both of the input clock signals are asynchronous in relation to one another.<br><br>*See, e.g.,* |

| '838 Claim Language | Prior Art References |
|---|---|
| | [0060]   Accordingly, the DPLL circuit of the present embodiment generates an output clock signal synchronized with an input clock signal from the external line. <br><br> [0061]   Hereinafter, a clock signal extracted from the external line and input to the phase comparator **1** will be referred to as a REF input clock signal, and a clock signal output from the oscillator **3**, frequency-divided, and then input to the phase comparator **1** will be referred to as a FB input clock signal. <br><br> Atsumi, ¶¶ [0060]-[0061]. <br><br>  <br> FIG. 2 |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | Atsumi, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Atsumi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Atsumi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) a first edge detector configured to receive the first input clock signal, the first edge detector operable to detect a rising edge of the first input clock signal and to generate a first enable signal; | Atsumi discloses this limitation.  According to WSOU's infringement contentions, an edge detector can generate enable signals.  Atsumi discloses edge detector 102 that detects the rising edge of the FB input clock signal and sends detection information (first enable signal) to the phase difference counter 103.<br><br>*See, e.g.,*<br><br>**[0065]**   The edge detector **101** detects the rising edge of the REF input clock signal, and sends detection information to the phase difference counter **103**. Similarly, the edge detector **102** detects the rising edge of the FB input clock signal, and sends detection information to the phase difference counter **103**.<br><br>Atsumi, ¶ [0065]. |

4

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  |  Atsumi, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Atsumi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Atsumi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) a second edge detector configured to receive the second input clock signal, the second edge detector operable to detect the rising edge of the second input clock signal and | Atsumi discloses this limitation.  According to WSOU's infringement contentions, an edge detector can generate enable signals.  Atsumi discloses edge detector 101 that detects the rising edge of the REF input clock signal and sends detection information (second enable signal) to the phase difference counter 103.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                         U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| to generate a second enable signal; | **[0065]**   The edge detector **101** detects the rising edge of the REF input clock signal, and sends detection information to the phase difference counter **103**. Similarly, the edge detector<br><br>Atsumi, ¶ [0065].<br><br><br><br>FIG. 2<br><br>Atsumi, Fig. 2.<br><br>To the extent this limitation is not explicitly disclosed by Atsumi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Atsumi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

6

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| 1(d) a first divider configured to receive the first enable signal and operable to generate a first adjusted enable signal based on a first predetermined factor; and | Atsumi discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Astumi discloses a frequency divider 4 (first divider) operable to output a signal that is frequency-divided by "N" (a first adjusted enable signal based on a first predetermined factor). <br><br> *See, e.g.,* <br><br> **[0053]**   Referring to FIG. **1**, the DPLL circuit includes a phase comparator **1**, a loop filter **2**, an oscillator **3**, and a frequency divider **4**. <br> **[0054]**   For example, a DPD is used as the phase comparator **1**; a DLF is used as the loop filter **2**; and an NCO is used as the oscillator **3**. The loop filter **2** is, for example, an infinite impulse response (IIR) filter, and a digital signal processor (DSP), for example, is used as the loop filter **2**. <br> **[0055]**   A clock signal extracted from an external line (e.g., a digital synchronous network connected to an upper station) is input to the phase comparator **1** in the DPLL circuit. <br> **[0056]**   The phase comparator **1** counts the phase difference between the input clock signal extracted from the external line and an output clock signal that is from the oscillator **3** and that is frequency-divided by the frequency divider **4** (the frequency is converted by multiplying it by 1/N), and outputs the counted result as phase difference information in terms of a digital value. <br> Atsumi, ¶¶ [0053]-[0056]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | ## FIG. 1 <br><br>  <br><br> Atsumi, Fig. 1. <br><br> To the extent Atsumi discloses only that the frequency divider 4 receives the clock signal output from the oscillator 3 as opposed to the output of edge detector 102 (i.e., to the extent Atsumi discloses that the divider comes before edge detector 102, rather than after), it would have been obvious to a POSITA to modify Atsumi to place frequency divider after edge detector 102. Specifically, a POSITA would have known that, because frequency divider 4 divides by a predetermined amount N, it would make no difference to the result if frequency divider 4 operated to divide the output of oscillator 3 (when placed before the edge detector) or the output of edge detector 102. |
| 1(e) a dual clock generator configured to receive the first adjusted enable signal and the second enable signal, and in | Atsumi discloses this limitation, either expressly or in combination with the knowledge of a POSITA. According to WSOU's infringement contentions, a "dual clock generator" includes an oscillator that generates an output clock signal synchronized with the input. Atsumi discloses that oscillator 3 (dual clock generator) generates an output clock signal (reference clock signal) |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                          U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| response operable to generate a reference clock signal and transmit the reference clock signal over a single conductor. | synchronized with the input clock signal by changing the output frequency on the basis of the input phase difference information (first adjusted enable signal and second enable signal).  The output clock signal is transmitted over a single conductor.<br><br>*See, e.g.,*<br><br>[0052]   FIG. 1 illustrates an example of a DPLL circuit used in the present embodiment.<br>[0053]   Referring to FIG. 1, the DPLL circuit includes a phase comparator 1, a loop filter 2, an oscillator 3, and a frequency divider 4.<br>[0054]   For example, a DPD is used as the phase comparator 1; a DLF is used as the loop filter 2; and an NCO is used as the oscillator 3. The loop filter 2 is, for example, an infinite impulse response (IIR) filter, and a digital signal processor (DSP), for example, is used as the loop filter 2.<br>[0055]   A clock signal extracted from an external line (e.g., a digital synchronous network connected to an upper station) is input to the phase comparator 1 in the DPLL circuit.<br>[0056]   The phase comparator 1 counts the phase difference between the input clock signal extracted from the external line and an output clock signal that is from the oscillator 3 and that is frequency-divided by the frequency divider 4 (the frequency is converted by multiplying it by 1/N), and outputs the counted result as phase difference information in terms of a digital value. |

| '838 Claim Language | Prior Art References |
|---|---|
|  | [0057]   A signal including the phase difference information output from the phase comparator **1** is filtered by the loop filter **2**, and the filtered signal is input to the oscillator **3**. [0058]   The oscillator **3** generates an output clock signal synchronized with the input clock signal, which is input from the external line to the phase comparator **1**, by changing the output frequency on the basis of the input phase difference information. [0059]   The output clock signal generated by the oscillator **3** is output as a system clock signal from the DPLL circuit. Also, as feedback control, the output clock signal from the oscillator **3** is frequency-divided by the frequency divider **4** and input to the phase comparator **1**. [0060]   Accordingly, the DPLL circuit of the present embodiment generates an output clock signal synchronized with an input clock signal from the external line. Atsumi, ¶¶ [0052]-[0060]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  |  Atsumi, Fig. 1. To the extent this limitation is not explicitly disclosed by Atsumi, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Atsumi so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                         U.S. Patent No. 9,312,838

## EXHIBIT E-6
## U.S. PATENT NO. 9,312,838

The asserted claims of U.S. Patent No. 9,312,838 ("the '838 patent") are anticipated and/or obvious in view of U.S. Patent Application Publication No. 2013/0135011, entitled "PHASE FREQUENCY DETECTOR CIRCUIT" to Chen et al. ("Chen"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

Chen was filed on November 30, 2011 and published on May 30, 2013. Therefore, Chen qualifies as prior art under at least AIA 35 U.S.C. § 102(a)(1) and (a)(2).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '838 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus, comprising: | To the extent the preamble is limiting, Chen discloses it. Chen teaches a phase-locked loop ("PLL") circuit, which is an apparatus. <br><br> *See, e.g.,* <br><br> **[0022]** FIG. **1** is a diagram of a phase-locked loop (PLL) **100**, in accordance with some embodiments. <br> **[0023]** A phase-frequency detector (PFD) circuit **110** receives a reference signal REF and a feedback signal FB that have a time or a phase difference. PFD **110** detects the phase difference and provides output signals related to the phase difference between signal REF and signal FB for use by a charge pump circuit **120**. <br> Chen, ¶¶ [0022]-[0023]. |

| **'838 Claim Language** | **Prior Art References** |
|---|---|
| | <br><br>Chen, Fig. 1.<br><br>To the extent this limitation is not explicitly disclosed by Chen, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Chen so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) first and second clocks operable to generate first and second input clock signals, | Chen discloses this limitation.  Chen discloses clock signals FB (first input clock signal) and REF (second input clock signal) that are received into phase-frequency detector (PFD) 110.  Chen further discloses that FB and REF have a time or phase difference, which is detected by PFD 110. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| respectively, wherein the first and second input clock signals are asynchronous in relation to one another; | According to WSOU's infringement contentions, a PFD is equipped to compare two asynchronous signals. Hence, FB and REF are asynchronous in relation to one another.<br><br>*See, e.g.,*<br><br>**[0022]**   FIG. **1** is a diagram of a phase-locked loop (PLL) **100**, in accordance with some embodiments.<br>**[0023]**   A phase-frequency detector (PFD) circuit **110** receives a reference signal REF and a feedback signal FB that have a time or a phase difference. PFD **110** detects the phase difference and provides output signals related to the phase difference between signal REF and signal FB for use by a charge pump circuit **120**.<br>Chen, ¶¶ [0022]-[0023]. |

3

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                     U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| |  Chen, Fig. 1 <br><br> To the extent this limitation is not explicitly disclosed by Chen, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Chen so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) a first edge detector configured to receive the first input clock signal, the first edge detector operable to | Chen discloses this limitation.  Chen discloses an edge detector circuit 210 that receives FB (first input clock signal) and generates a signal relative to FB.  According to WSOU's infringement contentions, an edge detector can generate enable signals.  Edge detector 210, when combined with PFD 230, generates a signal corresponding to the rising edge of FB (first enable signal). |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| detect a rising edge of the first input clock signal and to generate a first enable signal; | *See, e.g.*,<br><br>[0028]  FIG. **2** is a diagram of PFD **110**, in accordance with some embodiments. Other implementations of PFD **110** are within the scope of various embodiments.<br><br>[0029]  An edge generator circuit **210** receives signals REF and FB, and generates signals relative to signals REF and FB for use by circuits **220**, **230**, and **240**. For example, as illustratively shown in FIG. **3A**, edge generator circuit **210**, in some embodiments, generates signals REFQ and FBQ each of which is a divide-by-two of signals REF and FB, respectively. Circuit **210** also generates signals REFQB and FBQB, which are the inverse logic of signals REFQ and FB, respectively. |

| '838 Claim Language | Prior Art References |
|---|---|
|  | [0030]   Phase frequency detector sub-circuits (PFDs) **220** and **230** receive the outputs of circuits **210** and **240** and provide signals for use in detecting the phase difference between signals REF and FB. For example, PFDs **220** and **230** provide the output signals to PFD OUT circuit **235** based on which circuit PFD OUT **235** provides signals UP_OUT and DN_OUT illustratively shown in FIG. **4**C for use by charge pump **120**.<br><br>[0031]   In some embodiments, PFDs **220** and **230** also generate signals corresponding to the rising edges of signals REF and FB based on which decision circuit **240** determines whether a blind condition exists. Examples of blind conditions are illustrated with reference to FIGS. **5**A and **5**B below. In some embodiments, if a blind condition is detected, a decision circuit **240** enables PFD **220** to detect the phase difference between signal REF and signal FB. Decision circuit **240**, at the same time, disables PFD **230**. In contrast, if a blind condition is not detected, decision circuit **240** enables PFD **230** to detect the phase difference between signal REF and signal FB. At the same time, decision circuit **240** disables PFD **220**. Effectively, when PFD **220** is turned on, PFD **230** is turned off, and vice versa.<br>Chen, ¶¶ [0028]-[0031]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  |  FIG. 2 <br><br> Chen, Fig. 2. <br><br> To the extent this limitation is not explicitly disclosed by Chen, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Chen so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) a second edge detector configured to receive the second input clock signal, the second edge detector operable | Chen discloses this limitation, either expressly or in combination with the knowledge of a POSITA.  Chen discloses an edge detector circuit 210 that receives REF (second input clock signal) and generates a signal relative to REF.  According to WSOU's infringement contentions, an |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                              U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| to detect the rising edge of the second input clock signal and to generate a second enable signal; | edge detector can generate enable signals.  Edge detector 210, when combined with PFD 220, generates a signal corresponding to the rising edge of REF (second enable signal).<br><br>*See, e.g.,*<br><br>**[0028]**   FIG. **2** is a diagram of PFD **110**, in accordance with some embodiments. Other implementations of PFD **110** are within the scope of various embodiments.<br><br>**[0029]**   An edge generator circuit **210** receives signals REF and FB, and generates signals relative to signals REF and FB for use by circuits **220, 230, and 240**. For example, as illustratively shown in FIG. **3**A, edge generator circuit **210**, in some embodiments, generates signals REFQ and FBQ each of which is a divide-by-two of signals REF and FB, respectively. Circuit **210** also generates signals REFQB and FBQB, which are the inverse logic of signals REFQ and FB, respectively. |

| '838 Claim Language | Prior Art References |
|---|---|
| | [0030]   Phase frequency detector sub-circuits (PFDs) **220** and **230** receive the outputs of circuits **210** and **240** and provide signals for use in detecting the phase difference between signals REF and FB. For example, PFDs **220** and **230** provide the output signals to PFD OUT circuit **235** based on which circuit PFD OUT **235** provides signals UP_OUT and DN_OUT illustratively shown in FIG. **4**C for use by charge pump **120**.<br><br>[0031]   In some embodiments, PFDs **220** and **230** also generate signals corresponding to the rising edges of signals REF and FB based on which decision circuit **240** determines whether a blind condition exists. Examples of blind conditions are illustrated with reference to FIGS. **5**A and **5**B below. In some embodiments, if a blind condition is detected, a decision circuit **240** enables PFD **220** to detect the phase difference between signal REF and signal FB. Decision circuit **240**, at the same time, disables PFD **230**. In contrast, if a blind condition is not detected, decision circuit **240** enables PFD **230** to detect the phase difference between signal REF and signal FB. At the same time, decision circuit **240** disables PFD **220**. Effectively, when PFD **220** is turned on, PFD **230** is turned off, and vice versa.<br><br>Chen, ¶¶ [0028]-[0031]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| |  |

FIG. 2

Chen, Fig. 2.

To the extent Chen does not expressly disclose a second edge detector circuit (distinct from edge detector 210), it would have been obvious to a POSITA merely to implement a second edge detector (second edge detector) configured to receive the second input clock signal and generate a second enable signal.  *See, e.g.*, *In re Theresa*, 720 F. App'x 634, 637-38 (Fed. Cir. 2018) (affirming that it was "common and well known in the [art] to provide a plurality of parts for a system" by merely duplicating a part); *In re Abrahamsen*, 53 F.2d 893, 894 (C.C.P.A. 1931) ("However, the use of two such blades would readily suggest itself to the mechanic. It is a mere duplication of parts, and this has been uniformly held to be not patentable."); *KSR Int'l Co. v.*

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                  U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | *Teleflex Inc.*, 550 U.S. 398, 417 (2007) (obvious where the "two in combination" "did not create some new synergy"). |
| 1(d) a first divider configured to receive the first enable signal and operable to generate a first adjusted enable signal based on a first predetermined factor; and | Chen discloses this limitation, either expressly or in combination with the knowledge of a POSITA. Chen discloses a divider circuit 150 (first divider) that divides the frequency of signal OUT (produced by the PLL) by a dividing factor "N," where N is an integer (first predetermined factor).<br><br>*See, e.g.*,<br><br>[0026]   VCO **140** is controlled in oscillation frequency by the output voltage of loop filter **130**, and provides a signal OUT, which, in some embodiments, is a sinusoidal wave.<br>[0027]   A divider circuit **150** divides the frequency of signal OUT by a dividing factor, for example, factor N, where N is an integer. As a result, the frequency of signal FB is divided by N from the frequency of signal OUT. In some embodiments, at a stable condition, signal REF and signal FB have about the same frequency.<br>Chen, ¶¶ [0026]-[0027]. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| |  Chen, Fig. 1. <br><br> To the extent Chen discloses only that the frequency divider 150 receives the clock signal output OUT as opposed to the output of the first edge detector (i.e., to the extent Chen discloses a divider that comes before the first edge detector, rather than after), it would have been obvious to a POSITA to modify Chen to place frequency divider 150 after the first edge detector. Specifically, a POSITA would have known that, because frequency divider 150 divides by a predetermined amount N, it would make no difference to the result if frequency divider 150 operated to divide the output OUT (when placed before the first edge detector) or the output of the first edge detector. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                      U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| 1(e) a dual clock generator configured to receive the first adjusted enable signal and the second enable signal, and in response operable to generate a reference clock signal and transmit the reference clock signal over a single conductor. | Chen discloses this limitation, either expressly or in combination with the knowledge of a POSITA. According to WSOU's infringement contentions, blocks PFD to VCO make up a dual clock generator. Chen discloses a voltage-controlled oscillator (VCO) 140 (dual clock generator) that provides a signal OUT (reference clock signal) over a single conductor. The VCO 140 receives as an input signals from PFD 110 related to the phase difference between signal REF and signal FB (first adjusted enable signal and second enable signal).<br><br>*See, e.g.,*<br><br>[0022]   FIG. 1 is a diagram of a phase-locked loop (PLL) 100, in accordance with some embodiments.<br>[0023]   A phase-frequency detector (PFD) circuit 110 receives a reference signal REF and a feedback signal FB that have a time or a phase difference. PFD 110 detects the phase difference and provides output signals related to the phase difference between signal REF and signal FB for use by a charge pump circuit 120.<br>[0024]   Charge pump circuit (CP) 120, based on the output signals of PFD 110, provides a current output. In some embodiments, when the frequencies of signal REF and signal FB are not the same, CP 120 adjusts the current output to adjust the frequency of a voltage-controlled oscillator (VCO) 140 such that, eventually, the frequencies of signals REF and FB are about the same. In some embodiments, CP 120 includes a metal-oxide semiconductor (MOS) transistor (not shown) that is turned on or off by a turn-on pulse. Further, the turn-on pulse is designed to have a pulse width sufficient to turn on charge pump 120, but not so large as to decrease the operational frequency of PLL 100. |

| '838 Claim Language | Prior Art References |
|---|---|
| | **[0025]**   A loop filter **130** converts the output current of charge pump **120** to an output voltage that controls the frequency of the VCO **140**.<br><br>**[0026]**   VCO **140** is controlled in oscillation frequency by the output voltage of loop filter **130**, and provides a signal OUT, which, in some embodiments, is a sinusoidal wave.<br><br>Chen, ¶¶ [0022]-[0026].<br><br><br><br>FIG. 1<br><br>Chen, Fig. 1. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | To the extent this limitation is not explicitly disclosed by Chen, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Chen so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

## EXHIBIT E-7
## U.S. PATENT NO. 9,312,838

The asserted claims of U.S. Patent No. 9,312,838 ("the '838 patent") are anticipated and/or obvious in view of the Virtex-5 family of FPGAs from Xilinx ("Virtex-5") and in view of the Xilinx UG190 Virtex-5 FPGA User Guide v3.2 ("User Guide"), either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.  Schematics further evidencing the design of the Virtex-5 FPGA device are available for review on a Source Code Review computer, as set forth in paragraph 12 of the Protective Order, at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801.

Virtex-5 FPGA devices were in public use, on sale, or otherwise available to the public at least as early as December 2007.  The User Guide was published as version 3.2 on December 11, 2007 and as version 5.4 on March 16, 2012.  Therefore, both Virtex-5 FPGA devices and the User Guide qualify as prior art at least under 35 U.S.C. § 102(a)(1).

WSOU alleges that the mixed-mode clock manager (MMCM) architecture in the accused products infringes the '838 Patent.  (*See* Plaintiff's Amended Initial Claim Charts, Ex. 5 (Nov. 8, 2021).)  To be clear, Xilinx disputes these allegations.  Furthermore, Xilinx developed the MMCM architecture before the application for the '838 Patent was filed in December 2013, and has been making and selling products that incorporate that architecture ever since.  To the extent the '838 Patent claims are construed to encompass the accused products as alleged by WSOU, then the claims are invalid as anticipated by that same functionality in Xilinx's Virtex-5 products that were developed and sold before the '838 Patent was filed, as illustrated in the chart below.  *Upsher-Smith Labs., Inc. v. Pamlab, L.L.C.*, 412 F.3d 1319, 1322 (Fed. Cir. 2005) ("A century-old axiom of patent law holds that a product 'which would literally infringe if later in time anticipates if earlier.'" (quoting *Schering Corp. v. Geneva Pharms., Inc.*, 339 F.3d 1373, 1379 (Fed. Cir. 2003))).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '838 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus, comprising: | To the extent the preamble is limiting, the User Guide discloses it.  According to WSOU's infringement contentions, the Virtex-5 includes an apparatus comprising first and second clocks operable to generate first and second input clock signals, respectively, wherein the first and second input clock signals are asynchronous in relation to one another. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| 1(a) first and second clocks operable to generate first and second input clock signals, respectively, wherein the first and second input clock signals are asynchronous in relation to one another; | The Virtex-5 clock resources manage complex and simple clocking requirements. The clock management tiles (CMT) are used to provide clock frequency synthesis, deskew, and jitter filtering functionality. In Virtex-5 devices, the CMT comprises two digital clock managers (DCMs) and a phase-locked loop (PLL). The PLL functions as a frequency synthesizer, and jitter filter for either internal/external clocks and deskew clocks, as exemplified below.<br><br>*See, e.g.,*<br><br>## *Phase-Locked Loops (PLLs)*<br><br>### Introduction<br><br>The Virtex-5 clock management tile (CMT) includes two DCMs and one PLL. There are dedicated routes within a CMT to couple together various components. Each block within the tile can be treated separately, however, there exists a dedicated routing between blocks creating restrictions on certain connections. Using these dedicated routes frees up global resources for other design elements. Additionally, the use of local routes within the CMT provides an improved clock path because the route is handled locally, reducing chances of noise coupling.<br><br>The CMT diagram (Figure 3-1) shows a high-level view of the connection between the various clock input sources and the DCM-to-PLL and PLL-to-DCM dedicated routing. The six (total) PLL output clocks are muxed into a single clock signal for use as a reference clock to the DCMs. Two output clocks from the PLL can drive the DCMs. These two clocks are 100% independent. PLL output clock 0 could drive DCM1 while PLL output clock 1 could drive DCM2. Each DCM output can be muxed into a single clock signal for use as a reference clock to the PLL. Only one DCM can be used as the reference clock to the PLL at any given time. A DCM can not be inserted in the feedback path of the PLL. Both the PLLs or DCMs of a CMT can be used separately as stand-alone functions. The outputs from the PLL are not spread spectrum.<br><br>User Guide, at 85. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | **Phase Lock Loop (PLL)** Virtex-5 devices contain up to six CMT tiles. The PLLs main purpose is to serve as a frequency synthesizer for a wide range of frequencies, and to serve as a jitter filter for either external or internal clocks in conjunction with the DCMs of the CMT. The PLL block diagram shown in Figure 3-2 provides a general overview of the PLL components. User Guide, at 86. For example, the PLL architecture comprises two input multiplexers that select a first input clock (input or reference clock; CLKIN1 or CLKIN2) signal and a second input clock (feedback clock; CLKFB or CLKFBOUT) signal.  The PLL block diagram shown below also comprises blocks PFD to VCO.  The phase-frequency detector (PFD) in the PLL is equipped to compare two asynchronous signals (i.e two signals with variable phase and frequency difference).  Hence, according to WSOU's infringement contentions, both of the input clock signals are asynchronous relative to each other, as shown below. *See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                      U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | Input muxes select the reference and feedback clocks from either the IBUFG, BUFG, IBUF, PLL outputs, or one of the DCMs. Each clock input has a programmable counter D. The Phase-Frequency Detector (PFD) compares both phase and frequency of the input (reference) clock and the feedback clock. Only the rising edges are considered because as long as a minimum High/Low pulse is maintained, the duty cycle is not important. The PFD is used to generate a signal proportional to the phase and frequency between the two clocks. This signal drives the Charge Pump (CP) and Loop Filter (LF) to generate a reference voltage to the VCO. The PFD produces an up or down signal to the charge pump and loop filter to determine whether the VCO should operate at a higher or lower frequency. When VCO operates at too high of a frequency, the PFD activates a down signal, causing the control voltage to be reduced decreasing the VCO operating frequency. When the VCO operates at too low of a frequency, an up signal will increase voltage. The VCO produces eight output phases. Each output phase can be selected as the reference clock to the output counters (Figure 3-3.) Each counter can be independently programmed for a given customer design. A special counter, M, is also provided. This counter controls the feedback clock of the PLL allowing a wide range of frequency synthesis.<br><br>User Guide, at 87. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | <br><br>*Figure 3-3:*  **Detailed PLL Block Diagram**<br><br>User Guide, at 88.<br><br>To the extent this limitation is not explicitly disclosed by the User Guide, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Virtex-5 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) a first edge detector configured to receive the first | The User Guide discloses this limitation.  According to WSOU's infringement contentions, the Virtex-5 comprises a first edge detector configured to receive the first input clock signal, the first |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                                  U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| input clock signal, the first edge detector operable to detect a rising edge of the first input clock signal and to generate a first enable signal; | edge detector operable to detect a rising edge of the first input clock signal and to generate a first enable signal.<br><br>As examples, the PLL comprises two input MUXes (Multiplexers) that serve as edge detectors (asynchronous MUX), as exemplified below.  According to WSOU's infringement contentions, each edge detector receives an input clock signal (select line 'S') and detects a rising edge of that input clock signal to generate enable signals (Clock output of the asynchronous MUX).<br><br>For instance, each MUX has two input lines and a select line.  The asynchronous MUX timing diagram below shows that, before the 'S' line transitioned from low to high, I0 was selected to be the output signal 'O'.  When the S line transitioned from low to high (i.e., rising edge of the clock was detected), I1 was selected to be the output signal 'O', and thus a first clock signal was enabled.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| |  Figure 3-3:  Detailed PLL Block Diagram<br><br>User Guide, at 88. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

| **'838 Claim Language** | **Prior Art References** |
|---|---|
| |  |

Figure 1-8:   **BUFGMUX as BUFGCTRL**

User Guide, at 29.

Figure 1-14:   **Asynchronous Mux Timing Diagram**

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                      U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | User Guide, at 32.<br><br>To the extent this limitation is not explicitly disclosed by the User Guide, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Virtex-5 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) a second edge detector configured to receive the second input clock signal, the second edge detector operable to detect the rising edge of the second input clock signal and to generate a second enable signal; | UG572 discloses this limitation.  According to WSOU's infringement contentions, the Virtex-5 comprises a second edge detector configured to receive the second input clock signal, the second edge detector operable to detect a rising edge of the second input clock signal and to generate a second enable signal.<br><br>For instance, the PLL comprises two input MUXes (Multiplexers) that serve as edge detectors (asynchronous MUX), as exemplified below.  According to WSOU's infringement contentions, each edge detector receives an input clock signal (select line 'S') and detects a rising edge of that input clock signal to generate enable signals (Clock output of the asynchronous MUX).<br><br>As other examples, each MUX has two input lines and a select line.  The asynchronous MUX timing diagram below shows that, before the 'S' line transitioned from low to high, $I_0$ was selected to be the output signal 'O'.  When the S line transitioned from low to high (i.e., rising edge of the clock was detected), $I_1$ was selected to be the output signal 'O', and thus a clock signal was enabled.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                          U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| |  *Figure 3-3:* **Detailed PLL Block Diagram** <br> User Guide, at 88. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| **'838 Claim Language** | **Prior Art References** |
|---|---|
| |  *Figure 1-8:* **BUFGMUX as BUFGCTRL**<br><br>User Guide, at 29.<br><br>*Figure 1-14:* **Asynchronous Mux Timing Diagram** |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                       U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | User Guide, at 32.<br><br>To the extent this limitation is not explicitly disclosed by the User Guide, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Virtex-5 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) a first divider configured to receive the first enable signal and operable to generate a first adjusted enable signal based on a first predetermined factor; and | The User Guide discloses this limitation.  According to WSOU's infringement contentions, the Virtex-5 comprises a first divider configured to receive the first enable signal and operable to generate a first adjusted enable signal based on a first predetermined factor.<br><br>For example, in the PLL architecture, the clock output signal (first enable signal) from one of the two BUFGMUX is connected to a counter divider 'D' (first divider).  The counter divider ('D') is thus configured to receive the clock output signal (first enable signal), as exemplified below.  The output from the counter divider 'D' is a first adjusted enable signal generated based on a first predetermined factor.<br><br>The 8 signals were included in the line from LF to VCO.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | <br><br>*Figure 3-3:* **Detailed PLL Block Diagram**<br><br>User Guide, at 88.<br><br>Input muxes select the reference and feedback clocks from either the IBUFG, BUFG, IBUF, PLL outputs, or one of the DCMs. Each clock input has a programmable counter D. The Phase-Frequency Detector (PFD) compares both phase and frequency of the input (reference) clock and the feedback clock. Only the rising edges are considered because as User Guide, at 87.<br><br>To the extent this limitation is not explicitly disclosed by the User Guide, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Virtex-5 so |

13

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) a dual clock generator configured to receive the first adjusted enable signal and the second enable signal, and in response operable to generate a reference clock signal and transmit the reference clock signal over a single conductor. | The User Guide discloses this limitation.  According to WSOU's infringement contentions, the Virtex-5 comprises a dual clock generator configured to receive the first adjusted enable signal and the second enable signal, and in response operable to generate a reference clock signal and transmit the reference clock signal over a single conductor.<br><br>For instance, the first adjusted enable signal and the second enable signal that are output from the counter divider 'D' and a second MUX 'BUFGMUX', respectively, are sent to a dual clock generator module (blocks from PFD to VCO, according to WSOU's infringement contentions).  The phase-frequency detector (PFD) generates a signal proportional to the phase and frequency of both enable signals.  The PFD produces an up or down signal to the charge pump (CP) and loop filter (LF) to determine whether the voltage-controlled oscillator (VCO) should operate at a higher or lower frequency, as exemplified below.  Eight signals can eventually be sent out from the VCO and one of those signals is the reference clock signal (CLKOUT), which is then transmitted forward over a single conductor, as exemplified below.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                              U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  |  Figure 3-3: Detailed PLL Block Diagram <br><br> User Guide, at 88. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                                          U.S. Patent No. 9,312,838

| **'838 Claim Language** | **Prior Art References** |
|---|---|
| | Input muxes select the reference and feedback clocks from either the IBUFG, BUFG, IBUF, PLL outputs, or one of the DCMs. Each clock input has a programmable counter D. The Phase-Frequency Detector (PFD) compares both phase and frequency of the input (reference) clock and the feedback clock. Only the rising edges are considered because as long as a minimum High/Low pulse is maintained, the duty cycle is not important. The PFD is used to generate a signal proportional to the phase and frequency between the two clocks. This signal drives the Charge Pump (CP) and Loop Filter (LF) to generate a reference voltage to the VCO. The PFD produces an up or down signal to the charge pump and loop filter to determine whether the VCO should operate at a higher or lower frequency. When VCO operates at too high of a frequency, the PFD activates a down signal, causing the control voltage to be reduced decreasing the VCO operating frequency. When the VCO operates at too low of a frequency, an up signal will increase voltage. The VCO produces eight output phases. Each output phase can be selected as the reference clock to the output counters (Figure 3-3.) Each counter can be independently programmed for a given customer design. A special counter, M, is also provided. This counter controls the feedback clock of the PLL allowing a wide range of frequency synthesis.<br><br>User Guide, at 87.<br><br>To the extent this limitation is not explicitly disclosed by the User Guide, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Virtex-5 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

### EXHIBIT E-8
### U.S. PATENT NO. 9,312,838

The asserted claims of U.S. Patent No. 9,312,838 ("the '838 patent") are anticipated and/or obvious in view of Xilinx Virtex-6 FPGA devices ("Virtex-6") and in view of Application Note 878 ("XAPP878") v1.1, entitled "MMCM Dynamic Reconfiguration" and published by Xilinx, Inc., either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references. Schematics further evidencing the design of the Virtex-6 FPGA device are available for review on a Source Code Review computer, as set forth in paragraph 12 of the Protective Order, at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801.

Virtex-6 FPGA devices were in public use, on sale, or otherwise available to the public at least as early as June 2010.  XAPP878 was published on June 9, 2010.  Therefore, both Virtex-6 FPGA devices and XAPP878 qualify as prior art under at least AIA 35 U.S.C. § 102(a)(1).

WSOU alleges that the mixed-mode clock manager (MMCM) architecture in the accused products infringes the '838 Patent.  (*See* Plaintiff's Amended Initial Claim Charts, Ex. 5 (Nov. 8, 2021).)  To be clear, Xilinx disputes these allegations.  Furthermore, Xilinx developed the MMCM architecture before the application for the '838 Patent was filed in December 2013, and has been making and selling products that incorporate that architecture ever since.  To the extent that the '838 Patent claims are construed to encompass the accused products as alleged by WSOU, then the claims are invalid as anticipated by that same functionality in Xilinx's Virtex-6 products that were developed and sold before the '838 Patent was filed, as illustrated in the chart below.  *Upsher-Smith Labs., Inc. v. Pamlab, L.L.C.*, 412 F.3d 1319, 1322 (Fed. Cir. 2005) ("A century-old axiom of patent law holds that a product 'which would literally infringe if later in time anticipates if earlier.'" (quoting *Schering Corp. v. Geneva Pharms., Inc.*, 339 F.3d 1373, 1379 (Fed. Cir. 2003))).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '838 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus, comprising: | To the extent the preamble is limiting, XAPP878 discloses it.  XAPP878 describes the mixed-mode clock manager ("MMCM") of the Virtex-6 FPGA, which is an apparatus. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | *See, e.g.,* <br><br> This application note provides a method to dynamically change the clock output frequency, phase shift, and duty cycle of the Virtex®-6 FPGA mixed-mode clock manager (MMCM) through its dynamic reconfiguration port (DRP). An explanation of the behavior of the internal DRP control registers is accompanied by a reference design that uses a state machine to drive the DRP, which ensures the registers are controlled in the correct sequence. <br><br> XAPP878, at 1. <br><br> To the extent this limitation is not explicitly disclosed by XAPP878, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Virtex-6 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(a) first and second clocks operable to generate first and second input clock signals, respectively, wherein the first and second input clock signals are asynchronous in relation to one another; | XAPP878 discloses this limitation.  As illustrated in XAPP878, the MMCM comprises two multiplexers that select a first input clock signal (input or reference clock; CLKIN1 or CLKIN2) and a second input clock signal (feedback clock; CLKFB or CLKFBOUT).  The MMCM also comprises a phase-frequency detector (PFD), which—according to WSOU's infringement contentions—is equipped to compare two asynchronous signals.  Hence, both of the input clock signals are asynchronous in relation to one another. <br><br> *See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  |  |

Figure 1: **MMCM Block Diagram**

XAPP878, at 3.

To the extent this limitation is not explicitly disclosed by XAPP878, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Virtex-6 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art.

| | |
|---|---|
| 1(b) a first edge detector configured to receive the first input clock signal, the first edge detector operable to | XAPP878 discloses this limitation.  According to WSOU's infringement contentions, multiplexers can serve as edge detectors and generate enable signals.  As illustrated in XAPP878, the MMCM comprises a first multiplexer (first edge detector) configured to receive a first input clock signal |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| detect a rising edge of the first input clock signal and to generate a first enable signal; | (CLKIN1 or CLKIN2) and to detect a rising edge of that input clock signal to generate a first enable signal.<br><br>*See, e.g.,*<br><br><br><br>*Figure 1:* **MMCM Block Diagram**<br><br>XAPP878, at 3.<br><br>To the extent this limitation is not explicitly disclosed by XAPP878, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Virtex-6 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | |
| 1(c) a second edge detector configured to receive the second input clock signal, the second edge detector operable to detect the rising edge of the second input clock signal and to generate a second enable signal; | XAPP878 discloses this limitation.  According to WSOU's infringement contentions, multiplexers can serve as edge detectors and generate enable signals.  As illustrated in XAPP878, the MMCM comprises a second multiplexer (second edge detector) configured to receive a second input clock signal (CLKFB or CLKFBOUT) and to detect a rising edge of that input clock signal to generate a second enable signal.<br><br>*See, e.g.,*<br><br><br><br>*Figure 1:*   **MMCM Block Diagram**<br><br>XAPP878, at 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| **'838 Claim Language** | **Prior Art References** |
|---|---|
| | To the extent this limitation is not explicitly disclosed by XAPP878, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Virtex-6 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) a first divider configured to receive the first enable signal and operable to generate a first adjusted enable signal based on a first predetermined factor; and | XAPP878 discloses this limitation.  According to WSOU's infringement contentions, the MMCM comprises a first divider configured to receive the first enable signal and operable to generate a first adjusted enable signal based on a first predetermined factor.  Specifically, as illustrated in XAPP878, the clock output signal (first enable signal) from one of the two multiplexers (edge detectors) is connected to a counter divider 'D' (first divider).  The counter divider ('D') is thus configured to receive the clock output signal (first enable signal).  The output from the counter divider 'D' is a first adjusted enable signal generated based on a first predetermined factor. *See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                           U.S. Patent No. 9,312,838

| **'838 Claim Language** | **Prior Art References** |
|---|---|
| |  *Figure 1:* **MMCM Block Diagram** XAPP878, at 3.<br><br>To the extent this limitation is not explicitly disclosed by XAPP878, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Virtex-6 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) a dual clock generator configured to receive the first adjusted enable signal and the second enable signal, and in | XAPP878 discloses this limitation.  According to WSOU's infringement contentions, the first adjusted enable signal and the second enable signal that are output from the counter divider and a second edge detector are sent to a dual clock generator module (blocks from PFD to VCO). Specifically, the first adjusted enable signal and the second enable signal are passed to the PFD. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                           U.S. Patent No. 9,312,838

| **'838 Claim Language** | **Prior Art References** |
|---|---|
| response operable to generate a reference clock signal and transmit the reference clock signal over a single conductor. | According to WSOU's infringement contentions, the PFD generates a signal proportional to the phase and frequency of both enable signals.  The PFD produces an up or down signal to the charge pump CP and the loop filter LF to determine whether the VCO should operate at a higher or lower frequency.  The VCO then produces multiple output phases, each of which can be selected as a reference clock (reference clock signal) that is then transmitted forward over a single conductor.  According to WSOU's infringement contentions, blocks PFD to VCO make up a dual clock generator.  Therefore, the module comprising blocks PFD to VCO is a dual clock generator. *See, e.g.,*  *Figure 1:*  **MMCM Block Diagram** XAPP878, at 3. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                       U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  | To the extent this limitation is not explicitly disclosed by XAPP878, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the Virtex-6 so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

# EXHIBIT E-9
# U.S. PATENT NO. 9,312,838

The asserted claims of U.S. Patent No. 9,312,838 ("the '838 patent") are anticipated and/or obvious in view of Xilinx Kintex and Virtex UltraScale FPGA devices ("UltraScale FPGAs") and in view of the UltraScale Architecture Clocking Resources: Advance Specification User Guide, UG572 (v1.0) ("UG572"), published by Xilinx, Inc., either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references. Schematics and RTL code further evidencing the design of the UltraScale FPGA device are available for review on a Source Code Review computer, as set forth in paragraph 12 of the Protective Order, at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801.

UltraScale FPGA devices were in public use, on sale, or otherwise available to the public at least as early as December 2013. UG572 was published on December 10, 2013. Therefore, both UltraScale FPGA devices and UG572 qualify as prior art under at least AIA 35 U.S.C. § 102(a)(1).

WSOU alleges that the mixed-mode clock manager (MMCM) architecture in the accused products infringes the '838 Patent. (*See* Plaintiff's Amended Initial Claim Charts, Ex. 5 (Nov. 8, 2021).) To be clear, Xilinx disputes these allegations. Furthermore, Xilinx developed the MMCM architecture before the application for the '838 Patent was filed in December 2013, and has been making and selling products that incorporate that architecture ever since. To the extent that the '838 Patent claims are construed to encompass the accused products as alleged by WSOU, then the claims are invalid as anticipated by that same functionality in Xilinx's UltraScale products that were developed and sold before the '838 Patent was filed, as illustrated in the chart below. *Upsher-Smith Labs., Inc. v. Pamlab, L.L.C.*, 412 F.3d 1319, 1322 (Fed. Cir. 2005) ("A century-old axiom of patent law holds that a product 'which would literally infringe if later in time anticipates if earlier.'" (quoting *Schering Corp. v. Geneva Pharms., Inc.*, 339 F.3d 1373, 1379 (Fed. Cir. 2003))).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx. This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms. Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '838 Claim Language | Prior Art References |
|---|---|
| 1(pre) An apparatus, comprising: | To the extent the preamble is limiting, UG572 discloses it. According to WSOU's infringement contentions, the UltraScale FPGAs include an apparatus comprising first and second clocks |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH ▮▮▮▮▮▮▮▮▮▮▮▮                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| 1(a) first and second clocks operable to generate first and second input clock signals, respectively, wherein the first and second input clock signals are asynchronous in relation to one another; | operable to generate first and second input clock signals, respectively, wherein the first and second input clock signals are asynchronous in relation to one another.<br><br>For instance, the Xilinx UltraScale Architecture governs the design and function of the Xilinx Kintex, Virtex, and Zynq devices, as exemplified below.<br><br>Further, the Xilinx UltraScale Architecture clock resources manage complex and simple clocking requirements.  The clock management tiles (CMT) are used to provide clock frequency synthesis, deskew, and jitter filtering functionality.  In the Xilinx UltraScale architecture-based devices, the CMT comprises a mixed-mode clock manager (MMCM) and two phase-locked loops (PLLs).  The MMCMs function as frequency synthesizers, and jitter filters for either internal/external clocks and deskew clocks, as exemplified below.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                      U.S. Patent No. 9,312,838

| **'838 Claim Language** | **Prior Art References** |
|---|---|
|  | # Clock Management Tile<br><br>## Introduction<br><br>In UltraScale architecture-based devices, the clock management tile (CMT) includes a mixed-mode clock manager (MMCM) and two phase-locked loops (PLLs). The main purpose of the PLL is to generate clocking for the I/Os. But it also contains a limited subset of the MMCM functions for fabric use.<br><br>The clock input connectivity allows multiple resources to provide the reference clock(s) to the MMCM. The number of output counters (dividers) is eight, with some of them capable of driving out an inverted clock signal (180° phase shift). MMCMs have infinite fine phase shift capability in either direction and can be used in dynamic phase shift mode. The resolution of the fine phase shift depends on the voltage-controlled oscillator (VCO) frequency. Fractional divide functionality in increments of 1/8th (0.125) for CLKFBOUT and CLKOUT0 are available to support greater clock frequency synthesis capability. UltraScale architecture-based devices have a spread spectrum capability. If the MMCM spread spectrum feature is not used, a spread spectrum on an external input clock will not be filtered and thus passed on to the output clock.<br><br>UG572, at 30.<br><br>For example, the MMCM architecture comprises two input multiplexers that select a first input clock (input or reference clock; CLKIN1 or CLKIN2) signal and a second input clock (feedback clock; CLKFB or CLKFBOUT) signal.  The MMCM block diagram shown below also comprises a PLL (blocks PFD to VCO).  The phase-frequency detector (PFD) in the PLL is equipped to compare two asynchronous signals (i.e two signals with variable phase and frequency difference).  Hence, according to WSOU's infringement contentions, both of the input clock signals are asynchronous relative to each other, as shown below.<br><br>*See, e.g.,* |

| '838 Claim Language | Prior Art References |
|---|---|
|  | ## MMCMs<br><br>UltraScale architecture-based devices contain one CMT per I/O bank. The MMCMs serve as frequency synthesizers for a wide range of frequencies, and as jitter filters for either external or internal clocks, and deskew clocks.<br><br>Input multiplexers select the reference and feedback clocks from either the global clock I/Os or the clock routing or distribution resources. Each clock input has a programmable counter divider (D). The phase-frequency detector (PFD) compares both phase and frequency of the rising edges of both the input (reference) clock and the feedback clock. If a minimum High/Low pulse is maintained, the duty cycle is ancillary. The PFD is used to generate a signal proportional to the phase and frequency between the two clocks. This signal drives the charge pump (CP) and loop filter (LF) to generate a reference voltage to the VCO. The PFD produces an up or down signal to the charge pump and loop filter to determine whether the VCO should operate at a higher or lower frequency. When VCO operates at a frequency that is too high, the PFD activates a down signal causing the control voltage to be reduced, thus decreasing the VCO operating frequency. When the VCO operates at a frequency that is too low, an up signal increases voltage. The VCO produces eight output phases and one variable phase for fine-phase shifting. Each output phase can be selected as the reference clock to the output counters (Figure 3-1). Each counter can be independently programmed for a given customer design. A special counter M is also provided. This counter controls the feedback clock of the MMCM, allowing a wide range of frequency synthesis.<br><br>In addition to integer divide output counters, MMCMs add a fractional counter for CLKOUT0 and CLKFBOUT.<br><br>UG572, at 30-31. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| |  |

UG572, at 31.

According to WSOU's infringement contentions, the following exemplary schematic evidence shows that the UltraScale FPGAs have clocks that are operable to generate first and second input clock signals that are asynchronous in relation to one another.  For instance, according to WSOU's infringement contentions, the asynchronous relation can occur for a change in phase or frequency for the reference frequency, or for a change in the feedback divider value.  For either situation, the inputs to the phase / frequency detector (PFD) become asynchronous at that moment in time.

| '838 Claim Language | Prior Art References |
|---|---|
| | ⬛⬛⬛⬛⬛⬛⬛⬛⬛<br><br>To the extent this limitation is not explicitly disclosed by UG572, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the UltraScale FPGAs so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(b) a first edge detector configured to receive the first input clock signal, the first edge detector operable to detect a rising edge of the first input clock signal and to generate a first enable signal; | UG572 discloses this limitation.  According to WSOU's infringement contentions, the UltraScale FPGAs comprise a first edge detector configured to receive the first input clock signal, the first edge detector operable to detect a rising edge of the first input clock signal and to generate a first enable signal.<br><br>As examples, the MMCM comprises two input MUXes (Multiplexers) that serve as edge detectors (asynchronous MUX), as exemplified below.  According to WSOU's infringement contentions, each edge detector receives an input clock signal (select line 'S') and detects a rising edge of that input clock signal to generate enable signals (Clock output of the asynchronous MUX).<br><br>For instance, each MUX has two input lines and a select line.  The asynchronous MUX timing diagram below shows that, before the 'S' line transitioned from low to high, $I_0$ was selected to be the output signal 'O'.  When the S line transitioned from low to high (i.e., rising edge of the clock was detected), $I_1$ was selected to be the output signal 'O', and thus a first clock signal was enabled.<br><br>*See, e.g.,* |

| '838 Claim Language | Prior Art References |
|---|---|
| | <br>*Figure 3-1:*  Detailed MMCM Block Diagram<br><br>UG572, at 31. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                   U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| |  Figure 2-9:  BUFGMUX as BUFGCTRL<br><br>UG572, at 20.<br><br>Figure 2-15 shows the asynchronous MUX timing diagram.<br><br>Figure 2-15:  Asynchronous MUX Timing Diagram |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

███████████████████████████████████████████

| '838 Claim Language | Prior Art References |
|---|---|
| | UG572, at 23.<br><br>According to WSOU's infringement contentions, the following exemplary schematic evidence further illustrates how this claim element is met by the UltraScale FPGAs:<br><br><br><br>To the extent this limitation is not explicitly disclosed by UG572, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the UltraScale FPGAs so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(c) a second edge detector configured to receive the second input clock signal, the second edge detector operable to detect the rising edge of the second input clock signal and to generate a second enable signal; | UG572 discloses this limitation. According to WSOU's infringement contentions, the UltraScale FPGAs comprise a second edge detector configured to receive the second input clock signal, the second edge detector operable to detect a rising edge of the second input clock signal and to generate a second enable signal.<br><br>For instance, the MMCM comprises two input MUXes (Multiplexers) that serve as edge detectors (asynchronous MUX), as exemplified below. According to WSOU's infringement contentions, each edge detector receives an input clock signal (select line 'S') and detects a rising edge of that input clock signal to generate enable signals (Clock output of the asynchronous MUX). |

| '838 Claim Language | Prior Art References |
|---|---|
| | As other examples, each MUX has two input lines and a select line.  The asynchronous MUX timing diagram below shows that, before the 'S' line transitioned from low to high, $I_0$ was selected to be the output signal 'O'.  When the S line transitioned from low to high (i.e., rising edge of the clock was detected), $I_1$ was selected to be the output signal 'O', and thus a clock signal was enabled.<br><br>*See, e.g.,*<br><br><br><br>*Figure 3-1:*   Detailed MMCM Block Diagram<br><br>UG572, at 31. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                   U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  |  |

Figure 2-9: BUFGMUX as BUFGCTRL

UG572, at 20.

Figure 2-15 shows the asynchronous MUX timing diagram.

Figure 2-15: Asynchronous MUX Timing Diagram

| '838 Claim Language | Prior Art References |
|---|---|
| | UG572, at 23.<br><br>According to WSOU's infringement contentions, the following exemplary schematic evidence further illustrates how this claim element is met by the UltraScale FPGAs:<br><br><br><br>To the extent this limitation is not explicitly disclosed by UG572, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the UltraScale FPGAs so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(d) a first divider configured to receive the first enable signal and operable to generate a first adjusted enable signal based on a first predetermined factor; and | UG572 discloses this limitation.  According to WSOU's infringement contentions, the UltraScale FPGAs comprise a first divider configured to receive the first enable signal and operable to generate a first adjusted enable signal based on a first predetermined factor.<br><br>For example, in the MMCM architecture, the clock output signal (first enable signal) from one of the two BUFGMUX is connected to a counter divider 'D' (first divider).  The counter divider ('D') is thus configured to receive the clock output signal (first enable signal), as exemplified below. The output from the counter divider 'D' is a first adjusted enable signal generated based on a first predetermined factor. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH

U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | The 9 signals were included in the line from LF to VCO.<br><br>*See, e.g.,*<br><br><br>*Figure 3-1:*  Detailed MMCM Block Diagram<br><br>UG572, at 31.<br><br>Input multiplexers select the reference and feedback clocks from either the global clock I/Os or the clock routing or distribution resources. Each clock input has a programmable counter divider (D). The phase-frequency detector (PFD) compares both phase and<br><br>UG572, at 30. |

| **'838 Claim Language** | **Prior Art References** |
|---|---|
| | According to WSOU's infringement contentions, the following exemplary schematic evidence further illustrates how this claim element is met by the UltraScale FPGAs: |
| | To the extent this limitation is not explicitly disclosed by UG572, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the UltraScale FPGAs so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |
| 1(e) a dual clock generator configured to receive the first adjusted enable signal and the second enable signal, and in response operable to generate a reference clock signal and transmit the reference clock signal over a single conductor. | UG572 discloses this limitation.  According to WSOU's infringement contentions, the UltraScale FPGAs comprise a dual clock generator configured to receive the first adjusted enable signal and the second enable signal, and in response operable to generate a reference clock signal and transmit the reference clock signal over a single conductor.

For instance, the first adjusted enable signal and the second enable signal that are output from the counter divider 'D' and a second MUX 'BUFGMUX', respectively, are sent to a dual clock generator module (blocks from PFD to VCO, according to WSOU's infringement contentions). The phase-frequency detector (PFD) generates a signal proportional to the phase and frequency of both enable signals.  The PFD produces an up or down signal to the charge pump (CP) and loop filter (LF) to determine whether the voltage-controlled oscillator (VCO) should operate at a higher or lower frequency, as exemplified below.  Eight signals can eventually be sent out from the VCO |

| '838 Claim Language | Prior Art References |
|---|---|
| | and one of those signals is the reference clock signal (CLKOUT), which is then transmitted forward over a single conductor, as exemplified below.<br><br>*See, e.g.,*<br><br><br><br>*Figure 3-1:* Detailed MMCM Block Diagram<br><br>UG572, at 31. |

| '838 Claim Language | Prior Art References |
|---|---|
|  | ## MMCMs <br><br> UltraScale architecture-based devices contain one CMT per I/O bank. The MMCMs serve as frequency synthesizers for a wide range of frequencies, and as jitter filters for either external or internal clocks, and deskew clocks. <br><br> Input multiplexers select the reference and feedback clocks from either the global clock I/Os or the clock routing or distribution resources. Each clock input has a programmable counter divider (D). The phase-frequency detector (PFD) compares both phase and frequency of the rising edges of both the input (reference) clock and the feedback clock. If a minimum High/Low pulse is maintained, the duty cycle is ancillary. The PFD is used to generate a signal proportional to the phase and frequency between the two clocks. This signal drives the charge pump (CP) and loop filter (LF) to generate a reference voltage to the VCO. The PFD produces an up or down signal to the charge pump and loop filter to determine whether the VCO should operate at a higher or lower frequency. When VCO operates at a frequency that is too high, the PFD activates a down signal causing the control voltage to be reduced, thus decreasing the VCO operating frequency. When the VCO operates at a frequency that is too low, an up signal increases voltage. The VCO produces eight output phases and one variable phase for fine-phase shifting. Each output phase can be selected as the reference clock to the output counters (Figure 3-1). Each counter can be independently programmed for a given customer design. A special counter M is also provided. This counter controls the feedback clock of the MMCM, allowing a wide range of frequency synthesis. <br><br> In addition to integer divide output counters, MMCMs add a fractional counter for CLKOUT0 and CLKFBOUT. <br><br> UG572, at 30-31. <br><br> According to WSOU's infringement contentions, the following exemplary schematic evidence further illustrates how this claim element is met by the UltraScale FPGAs: |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | To the extent this limitation is not explicitly disclosed by UG572, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify the UltraScale FPGAs so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

## EXHIBIT E-10
## U.S. PATENT NO. 9,312,838

The asserted claims of U.S. Patent No. 9,312,838 ("the '838 patent") are anticipated and/or obvious in view of the Altera Stratix & Stratix GL Enhanced PLL ("Stratix"), as evidenced by the Altera Stratix Device Handbook, Volume 2 ("Stratix Handbook") either alone or combination with the knowledge of a person of ordinary skill in the art ("POSITA"), or in combination with one or more other references disclosed in Xilinx's Invalidity Contentions, including the other charted references.

The Stratix Handbook was published in April 2004.  Therefore, the Stratix Handbook qualifies as prior art under at least AIA 35 U.S.C. § 102(a)(1).

The use of claim terms in the chart below is based on WSOU's construction of claim terms in its infringement contentions, as understood by Xilinx.  This chart should not be construed as consenting to or agreeing with WSOU's construction of claim terms.  Because discovery is ongoing and the Court has not completed the claim construction process, Xilinx reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

| '838 Claim Language | Prior Art References |
| --- | --- |
| 1(pre) An apparatus, comprising: | To the extent the preamble is limiting, the Stratix Handbook discloses it.  The Stratix Handbook describes phase-locked loops (PLLs) used in Altera Stratix and Stratix devices.  A Stratix PLL is an apparatus. <br><br> *See, e.g.,* |

1

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                          U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | Stratix® and Stratix GX devices have highly versatile phase-locked loops (PLLs) that provide robust clock management and synthesis for on-chip clock management, external system clock management, and high-speed I/O interfaces. There are two types of PLLs in each Stratix and Stratix GX device: enhanced PLLs and fast PLLs. Each device has up to four enhanced PLLs, which are feature-rich, general-purpose PLLs supporting advanced capabilities such as external feedback, clock switchover, phase and delay control, PLL reconfiguration, spread spectrum clocking, and programmable bandwidth. There are also up to eight fast PLLs per device, which offer general-purpose clock management with multiplication and phase shifting as well as high-speed outputs to manage the high-speed differential I/O interfaces. <br><br> Stratix Handbook, at 1-1. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| **'838 Claim Language** | **Prior Art References** |
|---|---|
| |  Stratix Handbook, at 1-6. <br><br> To the extent this limitation is not explicitly disclosed by the Stratix Handbook, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Stratix so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

3

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                                U.S. Patent No. 9,312,838

| **'838 Claim Language** | **Prior Art References** |
|---|---|
| | |
| 1(a) first and second clocks operable to generate first and second input clock signals, respectively, wherein the first and second input clock signals are asynchronous in relation to one another; | The Stratix Handbook discloses this limitation.  The Stratix PLL receives a first input clock signal (INCLK0 or INCLK1) and a second input clock signal (FBIN).  The Stratix PLL comprises a phase-frequency detector (PFD), which—according to WSOU's infringement contentions—is equipped to compare two asynchronous signals (i.e., two signals with variable phase and frequency difference).  Hence, both of the input clock signals are asynchronous in relation to one another.  *See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                   U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | <br><br>Stratix Handbook, at 1-6.<br><br>To the extent this limitation is not explicitly disclosed by the Stratix Handbook, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Stratix so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

Figure 1–3. Stratix & Stratix GX Enhanced PLL

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                          U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | |
| 1(b) a first edge detector configured to receive the first input clock signal, the first edge detector operable to detect a rising edge of the first input clock signal and to generate a first enable signal; | The Stratix Handbook discloses this limitation.  According to WSOU's infringement contentions, multiplexers can serve as edge detectors and generate enable signals.  The Stratix PLL comprises a first multiplexer (first edge detector) configured to receive a first input clock signal and to detect a rising edge of that input clock signal to generate a first enable signal.<br><br>*See, e.g.,* |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | Figure 1–3. Stratix & Stratix GX Enhanced PLL<br><br>Stratix Handbook, at 1-6.<br><br>To the extent this limitation is not explicitly disclosed by the Stratix Handbook, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Stratix so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                      U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | |
| 1(c) a second edge detector configured to receive the second input clock signal, the second edge detector operable to detect the rising edge of the second input clock signal and to generate a second enable signal; | The Stratix Handbook discloses this limitation.  According to WSOU's infringement contentions, multiplexers can serve as edge detectors and generate enable signals.  The Stratix PLL comprises a second multiplexer (second edge detector) configured to receive a second input clock signal and to detect a rising edge of that input clock signal to generate a second enable signal.<br><br>*See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

| **'838 Claim Language** | **Prior Art References** |
|---|---|
| | <br><br>Stratix Handbook, at 1-6.<br><br>To the extent this limitation is not explicitly disclosed by the Stratix Handbook, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Stratix so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                        U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | |
| 1(d) a first divider configured to receive the first enable signal and operable to generate a first adjusted enable signal based on a first predetermined factor; and | The Stratix Handbook discloses this limitation.  The Stratix PLL comprises a divider block "÷n" (first divider) that is configured to receive the output of the first edge detector (first enable signal) and divide the first enable signal to generate a first adjusted enable signal based on a first predetermined factor "n."<br><br>*See, e.g.*,<br><br>**Clock Multiplication & Division**<br><br>Each Stratix and Stratix GX device enhanced PLL provides clock synthesis for PLL output ports using $m/(n \times$ post-scale counter) scaling factors. The input clock is divided by a pre-scale counter, $n$, and is then multiplied by the $m$ feedback factor. The control loop drives the VCO to match $f_{IN} \times (m/n)$. Each output port has a unique post-scale counter that divides down the high-frequency VCO.<br><br>Stratix Handbook, at 1-9. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| |  Stratix Handbook, at 1-6.<br><br>To the extent this limitation is not explicitly disclosed by the Stratix Handbook, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Stratix so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                           U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| | |
| 1(e) a dual clock generator configured to receive the first adjusted enable signal and the second enable signal, and in response operable to generate a reference clock signal and transmit the reference clock signal over a single conductor. | The Stratix Handbook discloses this limitation.  According to WSOU's infringement contentions, blocks PFD to VCO make up a dual clock generator.  The Stratix PLL comprises a dual clock generator (blocks PFD to VCO) configured to receive the first adjusted enable signal and the second enable signal.  The PFD generates a signal proportional to the phase and frequency of the enable signals, and produces an up or down signal to the charge pump (CP) and loop filter (LF) to determine whether the voltage-controlled oscillator (VCO) should operate at a higher or lower frequency.  The VCO then generates a reference clock signal (CLKOUT), which is then transmitted forward over a single conductor.<br><br>*See, e.g.*, |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                                    U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
| |  Stratix Handbook, at 1-6.<br><br>To the extent this limitation is not explicitly disclosed by the Stratix Handbook, it is inherent or obvious. Moreover, it would have been obvious to one of ordinary skill in the art to modify Stratix so as to include this claim limitation in light of the knowledge possessed by one of ordinary skill in the art. |

*WSOU v. Xilinx*, Case No. 1:20-cv-01233-CFC-JLH                              U.S. Patent No. 9,312,838

| '838 Claim Language | Prior Art References |
|---|---|
|  |  |