# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>            Plaintiff,<br><br>    v.<br><br>XILINX, INC.,<br><br>            Defendant. | C.A. No. 20-1228-CFC-JLH<br>(Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 29, 2022, copies of the following were served on the persons listed below in the manner indicated:

1) Defendant Xilinx, Inc.'s Response to Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Second Set of Requests for Production of Documents (Nos. 38-50)

2) Defendant Xilinx, Inc.'s Response to Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Second Set of Interrogatories (Nos. 11-23)

**BY E-MAIL**

James M. Lennon
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
jlennon@devlinlawfirm.com

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing

Isaac Rabicoff
RABICOFF LAW FIRM LLC
5680 King Centre Drive, Suite 645
Alexandria, VA 22315
isaac@rabilaw.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309

| | |
|---|---|
| Heather S. Kim | pwilliams@kasowitz.com |
| ThucMinh Nguyen | |
| KASOWITZ BENSON TORRES LLP | Shelley Ivan |
| 333 Twin Dolphin Drive, Suite 200 | Hershy Stern |
| Redwood Shores, CA 94065 | Joshua A. Whitehill |
| jwaldrop@kasowitz.com | Howard L. Bressler |
| djones@kasowitz.com | Bradley P. Lerman |
| mbarber@kasowitz.com | Noah P. Dorman |
| jdowning@kasowitz.com | KASOWITZ BENSON TORRES LLP |
| hkim@kasowitz.com | 1633 Broadway |
| tnguyen@kasowitz.com | New York, NY 10019 |
| | sivan@kasowitz.com |
| | hstern@kasowitz.com |
| | jwhitehill@kasowitz.com |
| | hbressler@kasowitz.com |
| | blerman@kasowitz.com |
| | ndorman@kasowitz.com |

PLEASE TAKE FURTHER NOTICE that on August 1, 2022, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, and will be served by e-mail on the persons listed above.

| | |
|---|---|
| Dated: August 1, 2022 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| OF COUNSEL: | /s/ Robert M. Vrana |
| | Anne Shea Gaza (No. 4093) |
| Hilda C. Galvan | Robert M. Vrana (No. 5666) |
| Keith Davis | Rodney Square |
| Christopher A. Buxton | 1000 North King Street |
| JONES DAY | Wilmington, DE 19801 |
| 2727 North Harwood Street | (302) 571-6600 |
| Dallas, TX 75201 | agaza@ycst.com |
| (214) 969-4556 | rvrana@ycst.com |
| hcgalvan@jonesday.com | |
| kbdavis@jonesday.com | *Attorneys for Xilinx, Inc.* |
| cbuxton@jonesday.com | |

2

David B. Cochran
JONES DAY
North Point 901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7029
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY
110 North Wacker, Suite 4800
Chicago, IL 60606
(312) 269-4003
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
(858) 703-3140
smishaga@jonesday.com

Jonathan McNeal Smith
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2559
jonathansmith@jonesday.com