## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>               Plaintiff,<br><br>      v.<br><br>XILINX, INC.,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 20-1228-CFC-JLH<br>)     (Consolidated)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 1, 2022, copies of the following

were served on the persons listed below in the manner indicated:

1) Defendant Xilinx, Inc.'s Response to Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Third Set of Requests for Production of Documents (Nos. 51-54)

2) Defendant Xilinx, Inc.'s Response to WSOU Investments, LLC d/b/a Brazos Licensing and Development's Third Set of Interrogatories (Nos. 24-25)

**BY E-MAIL**

James M. Lennon
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
jlennon@devlinlawfirm.com

Isaac Rabicoff
RABICOFF LAW FIRM LLC
5680 King Centre Drive, Suite 645
Alexandria, VA 22315
isaac@rabilaw.com

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309

Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
tnguyen@kasowitz.com

pwilliams@kasowitz.com

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Bradley P. Lerman
Noah P. Dorman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
sivan@kasowitz.com
hstern@kasowitz.com
jwhitehill@kasowitz.com
hbressler@kasowitz.com
blerman@kasowitz.com
ndorman@kasowitz.com

PLEASE TAKE FURTHER NOTICE that on August 2, 2022, a copy of this

Notice of Service was electronically filed with the Clerk of the Court using

CM/ECF, and will be served by e-mail on the persons listed above.

Dated: August 2, 2022

OF COUNSEL:

Hilda C. Galvan
Keith Davis
Christopher A. Buxton
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
(214) 969-4556
hcgalvan@jonesday.com
kbdavis@jonesday.com
cbuxton@jonesday.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Xilinx, Inc.*

2

David B. Cochran
JONES DAY
North Point 901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7029
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY
110 North Wacker, Suite 4800
Chicago, IL 60606
(312) 269-4003
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
(858) 703-3140
smishaga@jonesday.com

Jonathan McNeal Smith
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2559
jonathansmith@jonesday.com