## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>XILINX, INC.,<br><br>Defendant. | C.A. No. 1:20-cv-01228-CFC-JLH<br>(Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 17, 2022, copies of *Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Fourth Set of Requests for Production of Documents to Defendant Xilinx, Inc. (Nos. 55-58)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

Hilda C. Galvan
Keith B. Davis
Christopher A. Buxton
JONES DAY (Dallas, TX)
hcgalvan@jonesday.com
kbdavis@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY (Cleveland, OH)
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY (Chicago, IL)
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY (San Diego, CA)
smishaga@jonesday.com

                                      Jonathan McNeal Smith
                                      JONES DAY (San Los Angeles, CA)
                                      jonathansmith@jonesday.com

                                      xilinx-wsou@jonesday.com

                                      jonesdaychicagodocket@jonesday.com

Dated: August 17, 2022                    DEVLIN LAW FIRM LLC

                                      */s/ James M. Lennon*
OF COUNSEL:                           James M. Lennon (No. 4570)
                                      1526 Gilpin Avenue
Jonathan K. Waldrop                  Wilmington, DE 19806
Darcy L. Jones                         (302) 449-9010
Marcus A. Barber                     jlennon@devlinlawfirm.com
ThucMinh Nguyen
John W. Downing                      *Attorneys for Plaintiff*
Heather S. Kim                        *WSOU Investments LLC d/b/a*
KASOWITZ BENSON TORRES LLP     *Brazos Licensing and Development*
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Shelley Ivan
Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Noah P. Dorman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080