IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>XILINX, INC.,<br><br>    Defendant. | | C.A. No. 20-1228-GBW-JLH<br>(Consolidated) |

**[PROPOSED] CLAIM CONSTRUCTION ORDER**

**IT IS HEREBY ORDERED** that the Court adopts Magistrate Judge Hall's recommended constructions as set forth below:

| | Term | Construction |
|---|---|---|
| 1. | "directly connected"<br>('653 patent, claims 1 & 7) | "connected only by conductors like wires or metal traces" |
| 2. | "decision circuit"<br>('653 patent, claims 1 & 7) | "circuit that decides whether an input signal is a binary '1' or '0' by comparing the input signal to a threshold" |
| 3. | "an analyzer configured (i) to analyze spectral power of an input signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input signal, and (ii) to generate a control signal based on the analysis"<br>('950 patent, claim 1) | Governed by pre-AIA 35 U.S.C. § 112, ¶ 6.<br><br>Function: "(i) to analyze spectral power of an input signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the input signal, and (ii) to generate a control signal based on the analysis."<br><br>Structure: A spectrum analyzer and [an algorithm disclosed in the specification that can perform the claimed second function[1]]. |

---

[1] The parties may address at summary judgment whether the specification discloses an algorithm sufficient to avoid a finding of indefiniteness. D.I. 182 at 6.

| | | |
|---|---|---|
| | | Not shown indefinite at this stage. |
| 4. | "[input]/[data-modulated] signal corresponding to the carrier and data signals" <br> ('950 patent, claims 1 & 17) | The [input]/[data-modulated] signals are not limited to optical signals. |
| 5. & 6. | "a spectral band corresponding to a spectral null" <br> ('950 patent, claims 1 & 17) | Not shown indefinite.  The parties agreed that there is no need for the Court to engage in additional construction of the "spectral band corresponding to a spectral null" claim term at this time.  (D.I. 147.) |
| 7. | "operable independent of the controller" <br> ('938 patent, claim 13) | "able to operate while the controller is powered down" |
| 8. | "wherein the plurality of signal states and the number of bits in each sequence are increased" <br> ('971 patent, claims 1 & 15) | "wherein an increase in the plurality of signal states and the number of bits in each sequence is performed automatically" |
| 9. | "based on a transmission quality of the optical signal" <br> ('971 patent, claims 1 & 15) | "based on analysis and evaluation of a characteristic of the optical signal" |

**SO ORDERED** this \_\_\_\_\_ day of November, 2022.

_____
**GREGORY B. WILLIAMS**
**U.S. DISTRICT JUDGE**