**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) | C.A. No. 1:20-cv-01228-CFC-JLH (Consolidated) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| XILINX, INC., | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that attorney Shelley Ivan of Kasowitz Benson Torres LLP, 1633 Broadway, New York, NY 10019 hereby withdraws her appearance as counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos").  All other attorneys involved in the case from Kasowitz Benson Torres LLP and Devlin Law Firm LLC will continue to represent Plaintiff.

Dated:  November 16, 2022

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

DEVLIN LAW FIRM LLC

By:  */s/ James Michael Lennon*
James M. Lennon (No. 4570)
Peter Akawie Mazur (No. 6732)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com
pmazur@devlinlawfirm.com

Attorneys for WSOU Investments, LLC
d/b/a Brazos Licensing and
Development

1

Hershy Stern
Joshua A. Whitehill
Howard L. Bressler
Noah P. Dorman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, N.E., Suite 2445
Atlanta, GA 30309
(404) 260-6080

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 16th day of November, 2022, via the Court's CM/ECF system.

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
