**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>XILINX, INC.,<br><br>　　　　　Defendant. | C.A. No. 1:20-cv-01228-GBW-JLH (Consolidated) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 18, 2022, copies of *Plaintiff's Supplemental Objections and Responses to Defendant Xilinx, Inc.'s First Set of Interrogatories (Nos. 1-13)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Anne Shea Gaza (No. 4093)　　　　　　　　xilinx-wsou@jonesday.com
Robert M. Vrana (No. 5666)
YOUNG CONAWAY STARGATT
　& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

Dated: November 18, 2022

　　　　　　　　　　　　　　　　　　　　DEVLIN LAW FIRM LLC

OF COUNSEL:　　　　　　　　　　　　　*/s/ James M. Lennon*
　　　　　　　　　　　　　　　　　　　　James M. Lennon (No. 4570)
Jonathan K. Waldrop　　　　　　　　　　1526 Gilpin Avenue
Darcy L. Jones　　　　　　　　　　　　　Wilmington, DE 19806
Marcus A. Barber　　　　　　　　　　　　(302) 449-9010
John W. Downing　　　　　　　　　　　　jlennon@devlinlawfirm.com
Heather S. Kim
ThucMinh Nguyen　　　　　　　　　　　　*Attorneys for Plaintiff*

KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
tnguyen@kasowitz.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080
pwilliams@kasowitz.com

Hershy Stern
Howard L. Bressler
Jeceaca An
Joshua A. Whitehill
Noah P. Dorman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
hstern@kasowitz.com
hbressler@kasowitz.com
jan@kasowitz.com
jwhitehill@kasowitz.com
ndorman@kasowitz.com