# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XILINX, INC.,<br><br>　　　　　Defendant. | C.A. No. 1:20-cv-01228-GBW-JLH<br>(Consolidated) |

## PLAINITFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated:  December 5, 2022

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com

DEVLIN LAW FIRM LLC

By: */s/ Peter A. Mazur*
　　James M. Lennon (No. 4570)
　　Peter Akawie Mazur (No. 6732)
　　1526 Gilpin Avenue
　　Wilmington, DE 19806
　　(302) 449-9010
　　jlennon@devlinlawfirm.com
　　pmazur@devlinlawfirm.com

　　*Attorneys for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

tnguyen@kasowitz.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080
pwilliams@kasowitz.com

Hershy Stern
Howard L. Bressler
Jeceaca An
Joshua A. Whitehill
Noah P. Dorman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
hstern@kasowitz.com
hbressler@kasowitz.com
jan@kasowitz.com
jwhitehill@kasowitz.com
ndorman@kasowitz.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 5th day of December, 2022, via the Court's CM/ECF system.

>  */s/ Peter A. Mazur*
> Peter Akawie Mazur (No. 6732)